1  NICHOLAS B. JANDA  (SBN 253610)
   nick.janda@dentons.com
2  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
3  Los Angeles, California 90017-5704
   Telephone: (213) 623-9300
4  Facsimile: (213) 623-9924

5  MONICA B. RICHMAN (*pro hac vice* pending)
   monica.richman@dentons.com
6  DANIEL A. SCHNAPP (*pro hac vice* pending)
   daniel.schnapp@dentons.com
7  MARY KATE BRENNAN (*pro hac vice* pending)
   marykate.brennan@dentons.com
8  DENTONS US LLP
   1221 Avenue of the Americas
9  New York, New York 10020-1089
   Telephone: (212) 768-6700
10 Facsimile: (212) 768-6800

11 *Attorneys for Plaintiff*
   *DAYBREAK GAME COMPANY LLC*
12

13            **UNITED STATES DISTRICT COURT**

14        **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

15

16

17 DAYBREAK GAME COMPANY          **CONFIDENTIAL – ~~FILED UNDER~~**
   LLC,                           **~~SEAL~~**
18
                                  Case No. **'25CV1489 BAS BLM**
19          Plaintiff,
                                  **COMPLAINT FOR:**
20    v.
                                  **COPYRIGHT**
21 KRISTOPHER TAKAHASHI,          **INFRINGEMENT, VIOLATION**
   ALEXANDER TAYLOR, and DOES     **OF THE DMCA, TRADEMARK**
22 1-20, inclusive,               **DILUTION, UNFAIR**
                                  **COMPETITION, BREACH OF**
23                                **CONTRACT,  AND UNJUST**
                                  **ENRICHMENT**
24          Defendants.

25

26

27

28
                              - 1 -

FILED

Jun 14 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ gloriavocal        DEPUTY

DENTONS US LLP
601 SOUTH FIGUEROA STREET., SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Plaintiff Daybreak Game Company LLC ("Plaintiff" or "Daybreak"), by and through the undersigned counsel, alleges as follows, upon actual knowledge with respect to itself and its own acts, and upon information and belief as to all other matters.

## INTRODUCTION

1.    This action arises from Defendants' systematic and ongoing infringement of Plaintiff's valuable intellectual property rights in the iconic EverQuest franchise. Defendants have created, operated, and promoted an unauthorized EverQuest emulator called "The Heroes' Journey" ("THJ") that brazenly copies Daybreak's copyrighted game content, circumvents Daybreak's technological protection measures, dilutes Daybreak's famous EVERQUEST mark, and generates revenue through a thinly-disguised "donation" system. THJ requires users to download and modify Daybreak's legitimate EverQuest client software, then redirects players to Defendants' unauthorized servers where players can access substantially identical copies of Daybreak's copyrighted characters, environments, storylines, and game mechanics. Defendants aggressively have promoted THJ across social media platforms, gaming forums, and video channels, consistently marketing THJ as an enhanced "EverQuest experience" to attract players away from Daybreak's legitimate  EverQuest service. This ongoing infringement already has caused substantial irreparable harm to Daybreak through loss of control over its intellectual property, dilution of its valuable EVERQUEST mark, siphoning of legitimate EverQuest players, and lost revenue. Plaintiff seeks emergency injunctive relief to immediately halt Defendants' infringing activities, as well as permanent injunctive relief, monetary damages, and other appropriate remedies because Defendants' conduct threatens the integrity and sustainability of Daybreak's core business and valuable intellectual property rights, and monetary damages alone cannot remedy the ongoing erosion of Daybreak's market position and trademark rights.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 2-

**THE PARTIES, JURISDICTION, AND VENUE**

2.    Plaintiff, Daybreak Game Company LLC, is a Delaware limited liability company with its principal place of business in San Diego, California

3.    Daybreak owns the EverQuest intellectual property, including but not limited to all copyrights and trademarks associated with the EverQuest franchise.

4.    Defendants are individuals who have collaborated to create, develop, distribute, and promote the unauthorized and illegal EverQuest emulator called "The Heroes' Journey":

a.    Defendant Kristopher Takahashi, also known by the alias "Aporia," is the primary game producer of THJ. Aporia has been the main voice of THJ in interviews, Discord communications, and promotional videos. Mr. Takahashi directly has contributed to the development of THJ's core functionality and has actively promoted THJ;

b.    Defendant Alexander Taylor, also known by the alias "Catapultam-Habeo," is a lead developer of THJ responsible for significant code contributions to the project. Catapultam-Habeo also actively has been promoting THJ along with Aporia through online forums and interviews.

5.    Defendants DOES 1-20 are individuals whose identities are currently unknown to Plaintiff but who have materially contributed to the development, distribution, or promotion of THJ. They include individuals who have contributed code to the project, assisted in its distribution, participated in its administration, engage in promotion activities, or otherwise, acting along and in concert, facilitated its infringing activities.

6.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Copyright Act, 17 U.S.C. §§ 101 *et seq.*, the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*, and the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201 *et seq.*

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 3 -

7. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a) because they are so related to Plaintiff's federal claims that the state law claims form part of the same case or controversy.

8. This Court has personal jurisdiction over Defendants because:

a. Defendants agreed to personal jurisdiction in this District when they accessed and used the EverQuest software subject to Daybreak's End User License Agreement ("EULA"), attached hereto as Exhibit A, which explicitly states: "Both parties submit to personal jurisdiction in California and further agree that any cause of action relating to this Agreement shall be brought in the County of San Diego, State of California (if under State law) or the Southern District of California (if under federal law)." This forum selection clause is enforceable and establishes personal jurisdiction over Defendants.

b. Defendants purposefully have directed their activities toward California and this District by, among other things, operating an interactive website accessible to California residents, and actively soliciting users located in California;

c. Defendants have caused harm that they knew would be felt in California, where Daybreak is headquartered and where Daybreak owns and manages the EverQuest intellectual property;

d. Defendants have knowingly and intentionally infringed the intellectual property owned by a California company, thereby expressly aiming their conduct at California; and

e. Upon information and belief, Defendants have received substantial monetary compensation through their "donation" system from users located in California, demonstrating purposeful availment of the benefits and protections of California law and creating sufficient minimum contacts with this forum.

f. The exercise of jurisdiction over Defendants is reasonable and comports with fair play and substantial justice.

- 4-

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

9. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because:

a. Defendants consented to venue in this District through their agreement to Daybreak's EULA, which designates the Southern District of California as a forum for any cause of action relating to the Agreement;

b. A substantial part of the events giving rise to Plaintiff's claims occurred in this District, including the development and ownership of Plaintiff's intellectual property at issue;

c. Plaintiff is headquartered in this District and has suffered harm in this District; and

d. Defendants are subject to personal jurisdiction in this District.

10. To the extent any Defendants are foreign entities or individuals not resident in the United States, venue is also proper under 28 U.S.C. § 1391(c)(3), which provides that a defendant not resident in the United States may be sued in any judicial district.

## FACTUAL BACKGROUND

### A. EverQuest's Groundbreaking Success

11. EverQuest is one of the most commercially successful and culturally influential massively multiplayer online role-playing games ("MMORPG") in gaming history.

12. Since its release in 1999, EverQuest has become a cultural phenomenon and cornerstone of the MMORPG genre.

13. EverQuest's rich fantasy world of Norrath has captivated millions of players worldwide, fostering deep emotional connections and creating lasting experiences across generations of gamers. This meticulously crafted universe is populated with original and distinctive characters, creatures, locations, and storylines that have become well-known and highly valued intellectual property.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

CASE NO.
COMPLAINT

14. Daybreak has continuously developed and supported EverQuest through the release of numerous expansion packs that introduced new gameplay mechanics, character classes, races, items, and challenges, contributing to the extraordinary longevity of the EverQuest experience. This consistent dedication to quality and innovation has attracted and retained one of the most passionate and dedicated player communities in gaming history, some of whom have played EverQuest for decades.

15. The impact of EverQuest also extends far beyond entertainment value, as the game has fostered profound human connections resulting in many real-world friendships, relationships, and even marriages between players who first met in Norrath.

16. The remarkable commercial success of EverQuest over the past twenty-five years, coupled with its profound cultural impact on the MMORPG landscape and the broader gaming industry, underscores the immense value and widespread recognition of Daybreak's EverQuest intellectual property.

**B.    EverQuest's Development and IP**

17. EverQuest originally was developed by Verant Interactive and released by Sony in 1999.

18. In 2015, Sony Online Entertainment LLC, which included the EverQuest development team and all rights in the EverQuest game franchise and related IP, including all rights detailed in the EULA, was acquired by a private buyer and renamed Daybreak Game Company LLC.

19. As the current owner and guardian of the EverQuest legacy, Daybreak holds the intellectual property rights to the copyrights to the EverQuest game's intricate code, distinctive artwork, memorable characters, rich storylines and all other creative elements that make Norrath special, unique, and original. Daybreak's EverQuest is protected by numerous registered copyrights, including those listed in

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 6-

the chart below:

| Title | Reg. No. |
|---|---|
| EverQuest. | PA0000933147 |
| EverQuest. | TX0004879520 |
| EverQuest. (map) | VA0001015154 |
| Everquest, the ruins of Kunark. | PA0001001701 |
| EverqQuest : the scars of velious | PA0001077985 |
| EverQuest, shadows of Luclin. | PA0001084803 |
| EverQuest : Planes of Power. | PA0001245922 |
| EverQuest Planes of Power: Prima's official strategy guide | TX0005635557 |
| EverQuest: the ruins of Kunark/written by Brad McQuaid and Jim Lee | TX0005493741 |
| Everquest: transformation/writer, Devin Grayson; artist Philip S. Tan | TX0005593463 |
| EverQuest : Lost Dungeons of Norrath. | PA0001246135 |
| EverQuest online adventures. | PA0001245921 |
| EverQuest online adventures : Frontiers. | PA0001246134 |
| EverQuest : the legacy of Ykesha. | PA0001246139 |
| EverQuest : Gates of Discord. | PA0001256065 |
| Omens of war. | PA0001256081 |
| EverQuest atlas : the maps of Myrist / compiled by Maelin Starpyre. | TX0006058975 |
| EverQuest role-playing game: player's handbook | TX0006052320 |
| Everquest : dragons of Norrath. | PA0001259127 |
| The Shadows of Luclin | VAU000529434 |
| EverQuest: Rain of Fear *(Client-Side Code 2013)* | PA0002533309 |
| EverQuest Franchise Primer | TX0002490913 |
| Encyclopedia Norrathica – A complete and unabridged compilation of historical, geographical and theological writings of the world of EverQuest. | TX0002491692 |
| Norrathica - An edited compilation of historical, geographical and theological writings on the world | TX0002490919 |
| EverQuest: Rain of Fear *(Client-Side Code 2012)* | PA0002533846 |
| EverQuest: Rain of Fear - Server-Side Code | PA0002533847 |
| Cazic-Thule *(1999)* | Case No. 1-14932662144 |
| Cazic-Thule *(2010)* | Case No. 1-14932585291 |
| Lord Nagafen *(1999)* | Case No. 1-14932585581 |
| Lord Nagafen *(2006)* | Case No. 1-14932585548 |
| Lady Vox *(1999)* | Case No. 1- |

- 7 -

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

| | 14932572631 |
|---|---|
| Lady Vox *(2006)* | Case No. 1-14932572631 |
| Innoruuk | Case No. 1-14932585515 |

Copies of the above referenced registrations are attached hereto as Exhibit B.

20.    Daybreak also maintains trademark protection for the iconic EverQuest name, its expansion packs and related marks, which have become synonymous with a groundbreaking online gaming experience, including those listed in the chart below:

| Trademark | U.S. Reg. No. | Goods & Services (Int'l Class) | First Use |
|---|---|---|---|
| EVERQUEST | 2520693 | Metal key chains and pewter figurines (006);<br><br>Non-metal key chains and figurines made of plastic (020) | Nov. 1, 2000 |
| EVERQUEST | 2137911 | Computer and video game software (028) | June 16, 1997 |
| EVERQUEST | 2507594 | Operating a real time, role playing game for others over global and local area computer networks (041) | March 16, 1999 |
| EVERQUEST EVOLUTION | 2952622 | Computer game software and video game software (009);<br><br>Operating a real time game for others over computer networks (041) | Aug. 18, 2003 |
| EVERQUEST II DESTINY OF VELIOUS | 4026845 | Computer game software and video game software; providing downloadable multiplayer, role playing, real time computer and video game software via an online website for entertainment purposes (009);<br><br>Entertainment services, namely, operating a multiplayer, role playing, real time game for others via the Internet and local area computer networks (041) | Feb. 22, 2011 |
| EVERQUEST HOUSE OF THULE | 4026846 | Computer game software and video game software; providing | Oct. 12, 2010 |

DENTONS US LLP<br>601 SOUTH FIGUEROA STREET, SUITE 2500<br>LOS ANGELES, CALIFORNIA 90017-5704<br>(213) 623-9300

- 8-

| | | downloadable multiplayer, role playing, real time computer and video game software via an online website for entertainment purposes (009);<br><br>Entertainment services, namely, operating a multiplayer, role playing, real time game for others via the Internet and local area computer networks (041) | |
|---|---|---|---|
| EVERQUEST: THE RUINS OF KUNARK | 2562334 | Operating a real time, role playing game for others over global and local area computer networks (041) | April 24, 2000 |

Copies of the above referenced registrations are attached hereto as Exhibit C.

21.     Among its registered trademarks, Daybreak owns U.S. Trademark Registration No. 2507594 for EVERQUEST, which registered on November 13, 2001, for "operating a real time, role playing game for others over global and local area computer networks." *See* Ex. C. This registration is valid and subsisting. Daybreak has used the EVERQUEST mark continuously in interstate commerce since 1999, and the mark has achieved widespread recognition and fame among consumers in the United States as a designation of source for massively multiplayer online role-playing games and related entertainment services.

22.     To preserve the integrity of the EverQuest world and continue supporting its dedicated community, the authentic EverQuest experience remains accessible exclusively through official channels, including Daybreak's subscription service and authorized game servers that ensure every player has a high quality experience.

23.     With the development, distribution, and promotion of THJ, Defendants have implemented a reverse-engineered server-side EverQuest infrastructure and created an unauthorized access point to Norrath and a modified, derivative game experience that relies entirely on Daybreak's intellectual property.

24.     Through the development and distribution of THJ, Defendants' conduct

DENTONS US LLP<br>601 SOUTH FIGUEROA STREET, SUITE 2500<br>LOS ANGELES, CALIFORNIA 90017-5704<br>(213) 623-9300

CASE NO
COMPLAINT

has caused and is continuing to cause irreparable harm to Daybreak by undermining the exclusivity of its intellectual property, diverting customers, and eroding consumer confidence in the authenticity of the EverQuest experience. This ongoing harm to the EverQuest franchise cannot be remedied solely by monetary damages.

**C.    EverQuest's Iconic Characters**

25.    For nearly 30 years, Daybreak has created numerous iconic characters that have become central to the EverQuest experience. These characters are distinctive, original, and integral to the EverQuest experience. The EverQuest characters are unique, original visual designs with backstories, abilities, and roles existing in the game world of Norrath. Among the most significant are the following four characters ("Iconic EverQuest Characters"):

a.    <u>Lady Vox</u> – An ancient ice-blue dragon and one of EverQuest's most recognizable antagonists, first introduced in the original 1999 release. Lady Vox represents one of the Game's original epic encounters. Her distinctive visual design—featuring a massive white dragon form with unique scale patterns and anatomical features—and her specific combat abilities and lore are original creative works developed by the EverQuest game team and owned by Plaintiff. Lady Vox has appeared in multiple EverQuest expansions and has been featured prominently in marketing materials, merchandise, and promotional content, enhancing her recognition and commercial value.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300



      b.    <u>Lord Nagafen</u> – A legendary red dragon who serves as a counterpart to Lady Vox and one of the original high-level challenges in EverQuest. Lord Nagafen, like Lady Vox, represents a pinnacle achievement for players to confront. His distinctive visual design as a massive red dragon with unique physical characteristics and his specific combat abilities and lore are original creative works. Lord Nagafen has appeared throughout the game's history in multiple contexts and has been featured in merchandise and promotional materials, demonstrating his substantial commercial value to Plaintiff.

CASE NO
COMPLAINT

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300



      c.    <u>Innoruuk</u> - Known as the "Prince of Hate" and one of the most powerful evil deities in the EverQuest pantheon. Also introduced in the original 1999 release, Innoruuk features a highly distinctive visual design as a tall, menacing deity with horns, crimson skin, and unique ceremonial attire that visually differentiates him from generic fantasy villains. His domain, the Plane of Hate, represents one of EverQuest's most challenging and iconic raid zones, featuring distinctive and original architecture and visual elements designed specifically to reflect his malevolent nature. Innoruuk has been featured prominently in official EverQuest novels, strategy guides, comic books, and promotional materials, further enhancing his recognition and substantial commercial value to Plaintiff.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 12-

CASE NO
COMPLAINT



      d.    <u>Cazic-Thule</u> – Known as "The Faceless" and "Lord of Fear," Cazic-Thule is one of the most important deity figures in the EverQuest pantheon. This character features an original, distinctive, and recognizable visual design as a towering, reptilian deity with multiple arms and a unique head design. Cazic-Thule plays a central role in the Game's lore and mythology, with an extensive backstory that has been developed across numerous EverQuest game expansions. His distinctive appearance, abilities, and role in the EverQuest world represent substantial creative investment by Plaintiff and significant commercial value.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

CASE NO
COMPLAINT

Cazic-Thule

26.    The Iconic EverQuest Characters, *inter alia*, are not generic fantasy tropes, but distinctive, fully-realized creative works protected under U.S. copyright law. The original visual designs, storylines, combat mechanics, and in-game roles of The Iconic EverQuest Characters are the result of substantial creative investment.

27.    The Iconic EverQuest Characters have acquired substantial commercial value through their prominent feature in:

    a.    Multiple EverQuest game expansions released over more than twenty years;

    b.    Official EverQuest merchandise including figurines, artwork, clothing, and collectibles;

    c.    Strategy guides, lore books, and other official publications;

    d.    Marketing and promotional materials used to advertise EverQuest and its expansions; and

    e.    Community events and conventions where these characters are

- 14-

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1  featured prominently.

2      28.    The Iconic EverQuest Characters are recognizable symbols of the
3  EverQuest brand and drive player engagement and retention. Players often subscribe
4  to EverQuest specifically to experience encounters with these characters, representing
5  direct revenue for Plaintiff.

6      29.    THJ directly appropriates these valuable character properties by
7  incorporating identical or substantially similar versions of the Iconic EverQuest
8  Characters and numerous other distinctive EverQuest characters. Screenshots, videos,
9  and promotional materials for THJ prominently feature EverQuest characters,
10  demonstrating Defendants' unauthorized use of Plaintiff's intellectual property for
11  Defendants' commercial advantage.

**D.    THJ Emulator's Unauthorized Activities**

13      30.    THJ has engaged in systematic and deliberate copyright and trademark
14  infringement through the following activities:

15          a.    Altering critical client-side (on the player's computer) game files
16  to redirect server communication from official Daybreak servers to unauthorized THJ
17  emulator servers. Specifically, THJ modifies the "eqhost.txt" file, which contains
18  server connection parameters and causes the client-side files to communicate with a
19  server that controls the authentication process;

20          b.    Bypassing Daybreak's account authentication system, which
21  ordinarily requires:

22              i.    Creation of a valid Daybreak Account through Daybreak's
23                  official website;

24              ii.    Authentication of that account through Daybreak's secure
25                  login servers;

26              iii.   Verification of an active subscription or appropriate account
27                  status;

28              iv.    Communication with Daybreak's authentication servers to

- 15-

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

validate access permissions; and

  v. Ongoing verification of account credentials throughout the gaming session;

  c. Creating promotional materials for THJ that present the EverQuest characters, environments, and gameplay systems as if they originated with Defendants rather than Daybreak;

  d. Making statements suggesting that THJ's content was created through Defendants' independent efforts;

  d. Replacing certain splash screens and user interface elements while deliberately preserving others that contain Daybreak's copyrighted imagery and registered trademarks;

  e. Modifying the main login screen to display "The Heroes' Journey" branding alongside retained EverQuest logo elements, making consumer confusion likely regarding the origin of the software;

  f. Altering loading screens that display Daybreak's copyright notices, thereby removing critical legal information regarding intellectual property ownership; and

  g. Implementing patches to bypass Daybreak's authentication systems and digital rights management protections.

**E. THJ's Unauthorized Server Emulation**

31. The THJ project has developed server emulation software that:

  a. Replicates proprietary server-side code and protocols developed by the EverQuest team;

  b. Works in conjunction with the THJ client, the software application that runs on a player's personal computer, to recreate Daybreak's copyrighted game world and experience, including zones, non-player characters, quests, items, and dialogue from the EverQuest Rain of Fear ("RoF") expansion;

  c. Implements modified versions of the EverQuest game mechanics,

- 16-

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300



progression systems, and character development features;

d.    Utilizes and causes the display of Daybreak's protected EverQuest characters, locations, and storylines without authorization; and

e.    Integrates substantial portions of Daybreak's copyrighted content while making unauthorized modifications to create an alternative game experience.

**F.    THJ's Specific File Modifications to the RoF Game Install**

32.    Technical analysis of the THJ installer and associated software reveals the following specific unauthorized modifications to Daybreak's copyrighted material, specifically THJ:

a.    Extracted, modified, and recompiled with altered parameters data files containing quest scripts (.qst) affecting in-game progression and rewards;

b.    Modified to alter the original game experience designed by Daybreak of non-player character definitions and behavior scripts;

c.    Modified zone information files (.zon files) containing environmental data, spawn locations, and navigation meshes from their original state;

d.    Altered item databases to modify the attributes, availability, and acquisition methods of in-game items;

e.    Reverse-engineered and modified client-server communication protocols to communicate with unauthorized servers; and

f.    Circumvented through unauthorized modifications to client files that point the client software to non-authorized account authentication mechanisms.

**G.    Development and Distribution of THJ**

33.    At least the following GitHub repositories are associated with THJ:

a.    https://github.com/The-Heroes-Journey-EQEMU/Server    -    A public repository forked from EQEmu/Server containing the core server code for THJ. It has 14,313 commits and was last updated on June 7, 2025. This repository contains the fundamental emulator code that powers the THJ server, including the multiclassing functionality that alters it from standard EverQuest.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

b.      https://github.com/The-Heroes-Journey-EQEMU/quests    -    A public repository containing scripts for the quest system in THJ. This repository has 25 commits and was last updated on June 7, 2025. These scripts control NPC behaviors, quest rewards, and gameplay mechanics specific to THJ.

c.      https://github.com/The-Heroes-Journey-EQEMU/eqemupatcher - A public repository forked from xackery/eqemupatcher containing the code for the file comparison and patching utility. This repository has 647 commits and was last updated on June 4, 2025. This tool modifies the legitimate EverQuest client to connect to THJ servers.

d.      https://github.com/The-Heroes-Journey-EQEMU/thj-patcher - A custom patcher specifically for THJ using Windows Presentation Foundation (WPF). This patcher includes hardcoded values for server connections, such as the storage URL "https://patch.heroesjourneyemu.com/rof/" and is designed to make installation simpler for users than the standard eqemupatcher.

e.      https://github.com/The-Heroes-Journey-EQEMU/thj-launcher    - A launcher utility for THJ that provides a streamlined way to start the game. The repository's README explicitly credits "The Heroes Journey Dev Team - Aporia and Catapultam" and gives "Special thanks to Drake for the support," directly identifying the primary contributors.

f.      https://github.com/The-Heroes-Journey-EQEMU/thj-wiki    -    A public repository for the THJ Wiki content, which was last updated on June 7, 2025.

g.      https://github.com/The-Heroes-Journey-EQEMU/eqdb - A public repository forked from mifisher324/eqdb for the EverQuest Database specific to THJ, last updated on June 8, 2025. This repository contains database structures and content specific to THJ.

h.      https://github.com/The-Heroes-Journey-EQEMU/maps - A public repository forked from wayfarershaven/maps containing map data for THJ.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

i.      https://github.com/The-Heroes-Journey-EQEMU/downloadeqrof - A public repository forked from xackery/downloadeqrof. "downloadeqrof" is designed to simplify the process of downloading the Steam Rain of Fear 2 EverQuest client.

34.    Based on analysis of these GitHub repositories and other public sources associated with THJ, the primary contributors to the development of THJ include, but are not limited to:

a.      Mr. Takahashi as the project leader and primary administrator of THJ. The THJ website specifically identifies Aporia as a member of "The Heroes Journey Dev Team" along with Mr. Taylor. Mr. Takahashi's pseudonym, "Aporia" also is referenced on the THJ Wiki as an administrative contact for users who need exemptions to the IP limit rule.

b.      Mr. Taylor, under his pseudonym "catapultam-habeo," who has made significant contributions to the core server functionality, including multiclassing mechanics and character progression systems. Mr. Taylor also has contributed to quest scripts for zones such as Bastion of Thunder and Plane of Torment, and has co-authored updates to the THJ in-game storytelling tool. Evidence of these contributions can be found in commits to the THJ Server repository and the quests_public repository.

c.      Additional contributors whose identities remain unknown to Plaintiff who include individuals that have made various contributions to THJ repositories including installer improvements and gameplay enhancements. These individuals, identified as DOES 1-20, have facilitated the unauthorized development and promotion of THJ through code contributions, administrative support, and community outreach activities documented in public forums and GitHub commit logs.

35.    Defendants coordinated their development efforts through Discord servers, GitHub issue tracking, and other communication channels to create, test, and deploy THJ.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

36.    THJ officially launched on or about October 25, 2024, as evidenced by announcements on various social media platforms including Reddit and Discord and videos on YouTube.

37.    The first public announcement of THJ appeared on the EQEmulator Forum, at eqemulator.org/forums/showthread.php?t=44193 on October 10, 2024, where user "Aeventh" posted, "I am excited to announce The Heroes' Journey, a three-year labor of love aimed at creating an incredible solo/duo EQ experience."

38.    "Aeventh" is a pseudonym for Mr. Takahashi.

39.    Following the initial announcement, promotional activity for THJ increased significantly. A comprehensive timeline of public promotional activities includes:

a.    October 29, 2024: ResetEra gaming forum post titled "Play 3 classes in 1 on new EQEmu server, The Heroes' Journey launches Nov. 1st" posted at https://www.resetera.com/threads/play-3-classes-in-1-on-new-eqemu-server-the-heroes-journey-launches-nov-1st.1022376/. This post promoted THJ's upcoming launch and explicitly described it as an "EQEmu server" that allows players to "Pick any three classes on one character."

b.    November 1, 2024: Fires of Heaven gaming community forum announcement titled "The Heroes Journey (Multiclass EQemu Progression Server)" posted at https://www.firesofheaven.org/threads/the-heroes-journey-multiclass-eqemu-progression-server.15510/. This announcement promoted THJ's launch day with direct links to heroesjourneyemu.com and THJ's Discord server, generating significant ongoing discussion across multiple forum pages.

c.    November 25, 2024: YouTube instructional video, uploaded by content creator "Broken Stoic," titled "The Heroes Journey, Comprehensive Beginner Guide," which has received approximately 30,803 views to date. This video explicitly promoted THJ as an EverQuest emulator while demonstrating gameplay featuring recognizable EverQuest characters and environments.

- 20-

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

d.    <u>February 8, 2025</u>: Gaming review article titled "The Heroes Journey: Redefining EverQuest with Unmatched Power and Fun" published on Futura Feed gaming website at https://futurafeed.com/the-heroes-journey-redefining-everquest/. This article explicitly describes THJ as "a bold reimagining of the classic [EverQuest] game" and consistently markets THJ as providing an enhanced "EverQuest experience."

e.    <u>February 15, 2025</u>: YouTube installation tutorial titled "EverQuest 'The Heroes Journey' Client Installation Guide" uploaded by Broken Stoic, garnering approximately 13,758 views. This tutorial provides detailed instructions for downloading and modifying the legitimate EverQuest client to connect to THJ servers.

f.    <u>March 8, 2025</u>: YouTube livestream titled "Q&A w/ Aporia, Varietyvoid and Jeff Butler (3/8/25)" hosted by Broken Stoic, featuring a live question-and-answer session between THJ players and the primary THJ developers.

g.    Operation of a dedicated Discord server with 22,911 members to date, serving as the central community hub for THJ players and the primary source for game updates.

h.    Ongoing promotional discussions across EverQuest-related forums, including active threads on EQEmulator Forums such as discussions at https://www.eqemulator.org/forums/showthread.php?t=44212 and gameplay questions at https://www.eqemulator.org/forums/showthread.php?t=44287.

40.    THJ consistently and explicitly refers to EverQuest by name throughout its supporting marketing materials. While the main heroesjourneyemu.com landing page strategically avoids direct mentions of the EVERQUEST mark, THJ's official wiki (wiki.heroesjourneyemu.com) makes numerous explicit references to EverQuest. The wiki, which serves as the primary instructional documentation for users, consistently refers to THJ as being "based on EverQuest" and providing an "EverQuest" experience. This systematic pattern of using Daybreak's EVERQUEST

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

mark to promote THJ demonstrates a deliberate strategy to market THJ as an alternative EverQuest experience while maintaining plausible deniability on its main promotional page.

**H.    The THJ Installation Process and Its Relationship with EQEmu**

41.    THJ requires users to install and run a specific version of the EverQuest client, specifically the EverQuest client included in the Rain of Fear game expansion, which is typically obtained through Daybreak's EverQuest Depot on Steam. THJ's official installation guide on its wiki explicitly directs users to "Search for EverQuest in the top-right search bar" on Steam, instructing them to download Daybreak's copyrighted client files as the foundation for running THJ.

42.    The THJ installer, developed and distributed by Defendants, guides users through a process that includes:

a.    Directing users to purchase or download the legitimate EverQuest client from Steam's EverQuest Depot using explicit instructions that identify the product by the EVERQUEST mark;

b.    Downloading and installing additional files created by Defendants;

c.    Modifying the legitimate EverQuest client files to connect to Defendants' unauthorized servers rather than Daybreak's official servers; and

d.    Altering critical game files to bypass authentication mechanisms designed to ensure users connect only to authorized servers.

43.    The modifications made by the THJ installer include, but are not limited to:

a.    Modifications to the login process to redirect users to THJ servers or other non-Daybreak servers; and

b.    Modifications to EverQuest character data structures to enable unauthorized character creation and progression.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

44.    These modifications constitute unauthorized derivative works of Daybreak's copyrighted software and circumvent technological measures implemented by Daybreak to authenticate access to its copyrighted works.

45.    THJ is built upon the foundation of the EQEmu Server project, an open-source project that attempts to recreate EverQuest server functionality.

46.    While EQEmu itself raises separate intellectual property concerns, THJ goes significantly further in its infringement by:

a.    Actively promoting itself as an EverQuest replacement using Daybreak's EVERQUEST mark;

b.    Directly modifying Daybreak's copyrighted client software;

c.    Creating a simplified installation process specifically designed to make unauthorized access to EverQuest content easier for the casual user; and

d.    Enhancing and expanding upon EQEmu's functionality to create an unauthorized derivative EverQuest experience.

## I.    Ongoing Operations and Commercial Impact

47.    Since its launch, THJ has attracted a substantial community of users, which is not surprising – and even flattering for Plaintiff - given the unmatched popularity of EverQuest over the decades.

48.    Based on server population data, analysis of Discord server membership, and sustained community engagement across multiple platforms, Plaintiff estimates that THJ has approximately 20,000 active users.

49.    Defendants continue to operate, maintain, and promote THJ through regular updates, community engagement, and ongoing development. Recent GitHub commits show continued active development of the project, including:

a.    https://github.com/The-Heroes-Journey-EQEMU/quests;    Last Updated – June 7, 2025;

b.    https://github.com/The-Heroes-Journey-EQEMU/Server;    Last Updated – June 7, 2025;

- 23 -

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

CASE NO
COMPLAINT

c.      https://github.com/The-Heroes-Journey-EQEMU/eqemupatcher; Last Updated – June 4, 2025; and

d.      https://github.com/The-Heroes-Journey-EQEMU/thj-launcher; Last Updated – April 10, 2025.

50.     Defendants have established a sophisticated commercial revenue model thinly disguised as a "donation" system that directly generates income from their unauthorized use of Daybreak's intellectual property. This monetization scheme operates through multiple channels:

a.      Defendants solicit financial contributions through a prominent "Donate" button on the THJ website (heroesjourneyemu.com) (discussed herein), offering in-game benefits in direct exchange for monetary payments;

b.      Contributors who make financial payments receive digital items called "Echoes of Memory," which function as a premium currency within THJ;

c.      These "Echoes of Memory" can be exchanged for valuable in-game items, cosmetic enhancements, and character benefits that provide material advantages within the game;

51.     Defendants have received financial benefits through their monetization system, directly profiting from their unauthorized use of Plaintiff's intellectual property.

52.     The THJ website at "heroesjourneyemu.com" serves as the central hub for distribution of the unauthorized emulator. The THJ website prominently displays EverQuest imagery and content while promoting the THJ game that directly competes with Daybreak's legitimate service. The THJ website includes detailed installation instructions that specifically direct users to obtain and modify Daybreak's copyrighted EverQuest client software as a prerequisite for using the unauthorized emulator.

53.     While the main website strategically avoids direct mention of EverQuest, the THJ wiki specifically identifies THJ as "a multiclass, no box progression server based on EverQuest." The wiki contains numerous explicit references to EverQuest,

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 24-

including statements like: "Welcome to The Heroes' Journey (THJ). This guide is for anyone whether you are brand new to Everquest (EQ), an EQ Veteran or a casual EQ Emu player." These explicit associations with Daybreak's trademarks are designed to attract EverQuest players and promote THJ as a "new spin" on the EverQuest experience, directly competing with Daybreak's legitimate service.

54.    The THJ website and associated wiki contains numerous explicit references to EverQuest, including but not limited to:

a.    Specific mention of "original EverQuest";

b.    Comparison pages titled "Live-vs-THJ" that explicitly compare THJ to EverQuest;

c.    Installation instructions that specifically direct users to download the EverQuest client, including Steam console commands to obtain specifically identified EverQuest files; and

d.    New player guides that explicitly frame THJ as an EverQuest experience for "EQ Veterans" and "EQ Emu players."

55.    The THJ emulator's unauthorized use of Daybreak's intellectual property has resulted in:

a.    Diversion of potential and current customers from legitimate EverQuest services to unauthorized services;

b.    Dilution of Daybreak's valuable EVERQUEST mark through unauthorized use;

c.    Diminished control over its intellectual property;

d.    Damage to Daybreak's reputation and goodwill through association with an unauthorized and potentially unstable product; and

e.    e.    Financial harm to Daybreak through lost revenue.

56.    The THJ emulator creates the false impression of legitimacy by incorporating substantial portions of Daybreak's original content while making

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 25-

modifications designed to present itself as a unique entity and alternative to the EverQuest product.

57.     Defendants have knowingly and intentionally engaged in these infringing activities with full awareness of Daybreak's exclusive rights in and to the EverQuest intellectual property.

**J.     Circumvention of Technical Protection Measures**

58.     The THJ emulator specifically circumvents technological measures that effectively control access to Daybreak's copyrighted works by:

a.     Bypassing authentication systems designed to verify legitimate access to EverQuest content;

b.     Modifying client files to connect to unauthorized servers rather than Daybreak's official servers; and

c.     Altering the content of game files that normally would prevent connection to unauthorized servers.

59.     These circumvention activities violate the anti-circumvention provisions of the Digital Millennium Copyright Act, 17 U.S.C. § 1201.

60.     The modifications within the THJ emulator specifically are designed and marketed for the purpose of providing unauthorized access to Daybreak's copyrighted EverQuest content, constituting a violation of Daybreak's exclusive rights.

**K.     EverQuest EULA**

61.     All legitimate users of EverQuest are bound by the EULA which explicitly prohibits, among other things:

a.     Reverse engineering, decompiling, or disassembling the EverQuest software;

b.     Creating or using unauthorized server emulation software;

c.     Modifying the game client; and

d.     Using the EverQuest software in any way not expressly authorized by Daybreak.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

CASE NO.
COMPLAINT

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

62.    Specifically, the relevant provisions of the EULA state:

a.    "You may not use any third party software to modify the Software to change Game play" (Ex. A ¶ 9);

b.    "You may not create, facilitate, host, link to or provide any other means through which the Game may be played by others, such as through server emulators." *Id.* ¶ 9; and

c.    "You may not copy (except to make one necessary back-up copy), distribute, sell, auction, rent, lease, loan, modify or create derivative works, adapt, translate, perform, display, sublicense or transfer all or any portion of the Software." *Id.* ¶ 7.

63.    By developing, distributing, and promoting THJ, Defendants have not only violated these provisions themselves but actively have induced and encouraged others to breach the EULA.

64.    The THJ Installer application offered on the THJ website automates the circumvention of Daybreak's technical protection measures by modifying the EverQuest client and directing it to connect to unauthorized servers. The application is an easy-to-use tool that results in users breaching the EULA and infringing Plaintiff's intellectual property rights.

**L.    Intellectual Property Registrations**

65.    Daybreak's EverQuest is protected by numerous federally registered copyrights, including but not limited to those identified in Exhibit B.

66.    Defendants' unauthorized use of Daybreak's intellectual property includes, but is not limited to:

a.    Copying and using substantial portions of Daybreak's copyrighted game code;

b.    Creating unauthorized derivative works based on Daybreak's copyrighted content; and

- 27-

c.    Utilizing Daybreak's copyrighted characters, environments, storylines, and other creative elements.

67.    The EVERQUEST mark is famous and distinctive.

**M.    Harm to Daybreak**

68.    Defendants' unauthorized creation, development, and distribution of THJ has caused and continues to cause substantial harm to Daybreak, including but not limited to:

a.    Dilution of the distinctive quality of the EVERQUEST Mark, which Daybreak has carefully cultivated and protected for over two decades through consistent brand management and quality control;

b.    Loss of control over the quality and content of services provided under the EVERQUEST mark, as Defendants operate without Daybreak's rigorous quality assurance processes, security protocols, or content moderation systems;

c.    Interference with Daybreak's business relationships with authentic EverQuest users through the diversion of active players from official servers to THJ's unauthorized server;

d.    Negative impact on Daybreak's ability to successfully launch and maintain new official progression servers due to decreased player participation caused by THJ's competing unauthorized service; and

e.    Damage to Daybreak's reputation and goodwill through association with an unauthorized service that operates outside Daybreak's established standards for game balance, security, and player conduct; and

f.    Direct diversion of potential revenue, including lost subscription fees and in-game purchases from users who would otherwise be paying customers of Daybreak's legitimate EverQuest service.

69.    Defendants' actions have been willful and deliberate, with full knowledge of Daybreak's rights in and to EverQuest and the EVERQUEST mark.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

CASE NO.
COMPLAINT

### **FIRST CLAIM FOR RELIEF**

### **Direct Copyright Infringement 17 U.S.C. § 101 *et seq.***

70.     Daybreak repeats and realleges each and every allegation contained in paragraphs 1 through 69 as if fully set forth herein.

71.     Daybreak is the owner of valid and subsisting copyrights in EverQuest, including those listed in Exhibit B, which protect the original expression in the EverQuest software code, visual elements, characters, environments, storylines, and other creative content.

72.     Daybreak's copyrighted works contain wholly original material that constitutes copyrightable subject matter under the laws of the United States.

73.     Daybreak has complied with all statutory formalities and requirements to register and maintain its copyrights in EverQuest.

74.     Without Daybreak's authorization, Defendants have copied, modified, distributed, displayed, and created derivative works based on Daybreak's copyrighted works by:

    a.     Copying substantial portions of Daybreak's game code and content;

    b.     Creating unauthorized server software that works in conjunction with Defendant's unauthorized modification to Daybreaks client software to reproduce Plaintiff's game mechanics, content, and the EverQuest experience;

    c.     Modifying Daybreak's client software;

    d.     Displaying Daybreak's copyrighted visual elements;

    e.     Reproducing Plaintiff's distinctive characters, including the Iconic EverQuest Characters, with identical or substantially similar visual designs, abilities, behaviors, and backstories; and

    f.     Replicating specific encounters, dialogues, and narrative elements associated with Daybreak's proprietary characters.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 29-

75.     Under the EULA, Paragraph 8, Plaintiff explicitly retains "all rights, title and interest, including, without limitation, ownership of all intellectual property rights relating to or residing in the Disc, the Software and the Game, all copies thereof, and all game character data in connection therewith." The EULA further specifies that users "have not and will not acquire or obtain any intellectual property or other rights, including any right of exploitation, of any kind in or to the Disc, the Software or the Game."

76.     Defendants' actions constitute direct copyright infringement of Defendant's exclusive rights under 17 U.S.C. § 106.

77.     Defendants' infringement of Daybreak's copyrights has been willful, intentional, and purposeful, in disregard of Daybreak's rights.

78.     As a direct and proximate result of Defendants' infringement, Daybreak has suffered and will continue to suffer monetary damages in an amount to be proven at trial.

79.     Pursuant to 17 U.S.C. § 504(b), Daybreak is entitled to recover from Defendants the damages it has sustained and will sustain, as well as any gains, profits, and advantages obtained by Defendants as a result of their acts of infringement, or, at Daybreak's election, statutory damages pursuant to pursuant to 17 U.S.C. § 504(c), as well as its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

80.     As a result of Defendants' infringement, Daybreak has suffered and will continue to suffer irreparable harm for which monetary damages are inadequate. Unless restrained by this Court, Defendants will continue to infringe Daybreak's copyrights. Pursuant to 17 U.S.C. §502, Daybreak is entitled to preliminary and permanent injunctive relief prohibiting further infringement.

## SECOND CLAIM FOR RELIEF

### Copyright Infringement by Inducement

81.     Daybreak repeats and realleges each and every allegation contained in paragraphs 1 through 69 as if fully set forth herein

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

82.    THJ users engage in direct copyright infringement by reproducing, and accessing unauthorized copies of Daybreak's copyrighted EverQuest content.

83.    Defendants have intentionally induced third-party infringement of Daybreak's exclusive rights under 17 U.S.C. §106 developing, distributing, and promoting THJ with the objective and practical effect of encouraging users to access, copy, and play unauthorized versions of EverQuest. This inducement includes:

a.    Hosting and disseminating modified game files that bypass access controls;

b.    Providing detailed installation guides and tools instructing users to circumvent Daybreak's account and server authentication protocols; and

c.    Marketing THJ as a substitute for the official EverQuest experience, thereby inciting users to violate Daybreak's copyright rights.

84.    Defendants' inducement of copyright infringement is willful and intentional.

85.    As a direct and proximate result of Defendants' inducement of infringement, Daybreak has suffered and will continue to suffer damages in an amount to be proven at trial.

86.    Daybreak is suffering ongoing irreparable harm because Defendants' conduct facilitates widespread infringement at scale, depriving Daybreak of control over the use and distribution of its proprietary content and undermining its licensing model. This loss of control over digital distribution and the erosion of loyalty cannot be fully remedied by monetary damages.

## THIRD CLAIM FOR RELIEF

### Violation of the Digital Millenium Copyright Act, 17 U.S.C. § 1201

87.    Daybreak repeats and realleges each and every allegation contained in paragraphs 1 through 69 as if fully set forth herein

88.    Daybreak employs technological protection measures ("TPMs") under 17 U.S.C. §1201(a) that effectively control access to EverQuest. These TPMs include,

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

but are not limited to, authentication protocols and access controls that restrict the use of EverQuest client software without communicating to an official EverQuest server.

89. The THJ emulator and associated software circumvent these technological measures by:

a. Alerting eqhost.txt to reroute server connections;

b. Removing splash screens that include copyright notices; and

c. Distributing an installer that automates client-side circumvention of the account authorization protocols.

90. These actions constitute violations of the anti-circumvention provisions of the Digital Millennium Copyright Act, 17 U.S.C. § 1201.

91. Defendants' circumvention activities were willful and were undertaken with knowledge that such activities were prohibited by law.

92. As a direct and proximate result of Defendants' DMCA violations, Defendant has suffered and will continue to suffer monetary damages in an amount to be proven at trial.

93. Plaintiff is entitled to recover either actual damages and any additional profits of the violator, or statutory damages, as well as its attorneys' fees and costs pursuant to 17 U.S.C. § 1203.

94. Defendants' circumvention of Daybreak's TPMs effectively nullify Daybreak's ability to control access to its EverQuest IP and enforce its EULA. This irreparable harm cannot be undone, justifying injunctive relief.

## FOURTH CLAIM FOR RELIEF

### Trademark Dilution, 15 U.S.C. § 1125(c)

95. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 69 as if fully set forth herein.

96. Plaintiff's EVERQUEST mark (Reg. No. 2507594) is inherently distinctive and widely recognized by the general consuming public of the United States, qualifying as a "famous mark" under 15 U.S.C. § 1125(c). The EVERQUEST

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 32-

mark has been in continuous use for over twenty years, is registered on the Principal Register, has achieved "incontestable" status under 15 U.S.C. § 1065 and has been the subject of substantial advertising and promotion, and represents one of the most well-known MMORPGs in the United States.

97.    Defendants' use of the EVERQUEST mark began after the Mark became famous.

98.    Defendants' unauthorized use of the EVERQUEST mark in connection with THJ is likely to cause dilution by blurring by impairing the distinctiveness of Daybreak's famous EVERQUEST mark.

99.    Defendants' unauthorized use of the EVERQUEST mark in connection with THJ also is likely to cause dilution by tarnishment, as THJ lacks the quality control, security measures, and professional management of authentic EverQuest products.

100.    Defendants willfully intended to trade on Plaintiff's reputation and to cause dilution of the famous EVERQUEST mark.

101.    As a direct and proximate result of Defendants' conduct, Plaintiff has suffered and will continue to suffer monetary damages in an amount to be proven at trial.

102.    Plaintiff is entitled to injunctive relief, as well as damages, profits, and costs pursuant to 15 U.S.C. § 1125(c).

## FIFTH CLAIM FOR RELIEF

### Federal Unfair Competition, 15 U.S.C. § 1125(a)

103.    Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 69 as if fully set forth herein.

104.    Defendants have engaged in unfair competition in violation of 15 U.S.C. § 1125(a) through multiple acts, including but not limited to:

a.    *False Designation of Origin*: Using the EVERQUEST mark and similar designations in connection with THJ, thereby creating a false designation of

- 33-

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

origin and false and misleading representation that is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of THJ with Daybreak, or as to the origin, sponsorship, or approval of THJ by Daybreak;

b. *Reverse Passing Off*: Removing or obscuring Daybreak's marks from EverQuest content incorporated into THJ and presenting that content as the own creation of THJ or as unaffiliated with Daybreak, including:

i. Removing or altering Daybreak's copyright notices and attributions from EverQuest content reproduced in THJ;

ii. Creating promotional materials for THJ that present EverQuest's characters, environments, and gameplay systems as if they originated with Defendants rather than Daybreak;

iii. Making statements suggesting that THJ's content was created through Defendants' independent efforts rather than appropriated from Daybreak's copyrighted materials; and

iv. Failing to properly attribute EverQuest's creative elements to Daybreak when incorporating them into THJ;

c. *False Advertising*: Making false and misleading representations about THJ and its relationship to Daybreak, including:

i. Statements that THJ provides the authentic EverQuest experience;

ii. Representations that imply authorization or approval by Daybreak;

iii. Claims about the quality, characteristics, or nature of THJ that are likely to deceive consumers; and

iv. Omissions of material fact regarding THJ's unauthorized nature;

d. *Trade Dress Infringement*: Adopting the distinctive look and feel of EverQuest, including its user interface elements, visual style, and overall

presentation, thereby creating a likelihood of confusion as to the source or origin of THJ.

105.  Defendants' unfair competition has occurred in interstate commerce and has caused and is likely to continue to cause confusion, mistake, or deception among consumers regarding the origin, sponsorship, approval, or affiliation of THJ.

106.  Defendants knew or should have known that their actions constituted unfair competition and would cause confusion, mistake, or deception among consumers. Defendants' unfair competition has been willful and deliberate.

107.  As a direct and proximate result of Defendants' unfair competition, Daybreak has suffered and will continue to suffer damages, including diverted customers, lost profits, lost goodwill, and damage to its reputation.

108.  Daybreak is entitled to recover Defendants' profits, Daybreak's actual damages, and the costs of this action pursuant to 15 U.S.C. § 1117(a). Defendants' violations have been willful and therefore, Daybreak is entitled to enhanced damages under 15 U.S.C. § 1117(a).

109.  Daybreak has suffered and will continue to suffer irreparable harm for which monetary damages are inadequate. Unless restrained by this Court, Defendants will continue their unfair competition. Pursuant to 15 U.S.C. § 1116, Daybreak is entitled to preliminary and permanent injunctive relief.

## SIXTH CLAIM FOR RELIEF

### California Trademark Dilution, Cal. Bus. & Prof. Code § 14330

110.  Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 69 as if fully set forth herein.

111.  Daybreak's EVERQUEST mark is distinctive and famous within the State of California and was distinctive and famous prior to Defendants' first use of the mark.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 35-

112.    Defendants' unauthorized use of the EVERQUEST mark in connection with THJ is likely to cause dilution of the distinctive quality of Daybreak's mark in violation of California Business & Professions Code § 14330.

113.    Defendants' acts of dilution include, but are not limited to:

a.    Dilution by blurring, by diminishing the EVERQUEST mark's uniqueness and distinctiveness in California; and

b.    Dilution by tarnishment, by associating the EVERQUEST mark with services of inferior quality lacking Daybreak's professional standards and quality controls.

114.    As a direct and proximate result of Defendants' dilution, Daybreak has suffered and continues to suffer irreparable injury to its business, reputation, and goodwill in California, for which Daybreak has no adequate remedy at law.

115.    Defendants' dilution has been willful and deliberate, entitling Daybreak to enhanced remedies.

116.    Daybreak is entitled to injunctive relief, compensatory damages, disgorgement of Defendants' profits, and punitive damages.

## SEVENTH CLAIM FOR RELIEF

### Breach of Contract, California Common Law

117.    Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 69 as if fully set forth herein.

118.    The EULA constitutes a valid and binding contract between Plaintiff and all users of EverQuest software. All users of the legitimate EverQuest client software, including the Rain of Fear client upon which THJ is based, must affirmatively click through and accept the EULA before accessing the EVERQUEST      game.     This mandatory clickthrough agreement creates a binding contractual relationship between Daybreak and each user.

119.    Defendants, individually or collectively, have accessed and used the EverQuest software and, in doing so, agreed to be bound by the terms of the EULA.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

The developers of THJ, including but not limited to those known publicly only by the aliases "Aporia" and "Catapultam-Habeo," have demonstrated intimate familiarity with the EverQuest client software that could only be obtained through direct use of the software, necessarily including acceptance of the EULA.

120.    The EULA explicitly prohibits users from, among other things:

a.    Creating "any means through which the Game may be played by others, such as through server emulators" (EULA ¶ 9);

b.    Using "any third party software to modify the Software to change Game play" (*id*.); and

c.    Copying, distributing, modifying, creating derivative works, or transferring any portion of the Software. *Id.* at ¶ 7.

121.    Defendants have materially breached the EULA by:

a.    Creating and operating a server emulator that provides an unauthorized means to play EverQuest;

b.    Modifying the EverQuest client software to connect to unauthorized servers; and

c.    Creating derivative works based on EverQuest software.

122.    As a direct and proximate result of Defendants' breach of contract, Daybreak has suffered and will continue to suffer monetary damages in an amount to be proven at trial.

123.    Daybreak has suffered and will continue to suffer irreparable harm for which monetary damages are inadequate. Unless restrained by this Court, Defendant will continue to breach the EULA and Daybreak is entitled to injunctive relief.

## EIGHTH CLAIM FOR RELIEF

### Unfair Competition, California Cal. Bus. & Prof. Code § 17200

124.    Daybreak repeats and realleges each and every allegation contained in paragraphs 1 through 69 as if fully set forth herein.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 37-

125. Defendants have misrepresented their goods or services as those of Daybreak.

126. Specifically, Defendants have engaged in passing off by:

a. Using Daybreak's EVERQUEST marks and content in connection with THJ;

b. Creating the false impression that THJ is affiliated with, authorized by, or connected to Daybreak;

c. Adopting trade dress and visual elements associated with EverQuest; and

d. Otherwise misrepresenting the source of THJ to consumers in California.

127. Defendants' passing off has caused and is likely to cause confusion among consumers in California as to the source, sponsorship, affiliation, or approval of THJ.

128. As a direct and proximate result of Defendants' passing off, Daybreak has suffered and continues to suffer damages, including diverted customers and harm to its reputation and goodwill in California.

129. Defendants' passing off has been willful and malicious, entitling Daybreak to punitive damages.

130. Daybreak is entitled to injunctive relief, compensatory damages, disgorgement of Defendants' profits, and punitive damages.

## NINTH CLAIM FOR RELIEF

### Unjust Enrichment Under California Common Law

131. Daybreak repeats and realleges each and every allegation contained in paragraphs 1 through 69 as if fully set forth herein.

132. Through the development, operation, and promotion of THJ, Defendants have wrongfully obtained benefits at Daybreak's expense.

133. Specifically, Defendants have:

- 38 -

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

a.    Profited from the use of Daybreak's intellectual property without authorization;

b.    Received donations, subscriptions, or other financial contributions from users for THJ;

c.    Enhanced their reputation and gained recognition in the gaming community by exploiting Daybreak's creative work; and

d.    Obtained substantial value from Daybreak's investment in developing and maintaining EverQuest without bearing the costs of that development.

134.    It would be unjust and inequitable to permit Defendants to retain these benefits without compensation to Daybreak.

135.    Daybreak is entitled to restitution from Defendants in an amount to be proven at trial, representing the value of the benefits conferred upon Defendants.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief and judgment against Defendants as follows:

a.    For preliminary and permanent injunctive relief enjoining Defendants and all persons acting in active concert or participation with them from:

1.    Developing, operating, hosting, maintaining, updating, modifying, distributing, advertising, marketing, promoting, or otherwise making available any software, server, service, emulator, installer, launcher, or tool that reproduces, derives from, or facilitates access to Plaintiff's copyrighted EverQuest content, including but not limited to The Heroes' Journey;

2.    Providing support, updates, bug fixes, community engagement, technical assistance, or instructions related to the installation, use, or configuration of any such infringing material;

- 39-

CASE NO.
COMPLAINT

3.      Operating, maintaining, or directing others to any Discord server, forum, website, or social media account used to promote or support the infringing emulator or related tools

4.      Circumventing technological measures that effectively control access to Daybreak's copyrighted works;

5.      Using the EVERQUEST Mark or any confusingly similar variations thereof; and

6.      Interfering with Plaintiff's business relationships with its customers;

b.      For an order requiring Defendants to deliver to Plaintiff for destruction all copies of materials that infringe Plaintiff's copyrights or trademarks, including all source code, executable files, documentation, promotional materials, and any and all other items related to the THJ emulator;

c.      For an order requiring Defendants to disable any and all websites, servers, or other online services that host, distribute, or promote the THJ emulator;

d.      For an award of actual damages suffered by Daybreak as a result of Defendants' infringement, or, at Plaintiff's election, statutory damages pursuant to 17 U.S.C. § 504(c) for copyright infringement;

e.      For an award of Defendants' profits attributable to their infringement of Plaintiff's copyrights pursuant to 17 U.S.C. § 504(b);

f.      For an award of statutory damages pursuant to 17 U.S.C. § 1203 for violations of the Digital Millennium Copyright Act;

g.      For an award of damages for breach of contract in an amount to be determined at trial;

h.      For an award of Plaintiff's costs and reasonable attorneys' fees pursuant to 17 U.S.C. §§ 505 and 1203, 15 U.S.C. § 1117, and other applicable law;

i.      For an order requiring Defendants to file with the Court and serve upon Daybreak's counsel within thirty (30) days after entry of final judgment a report in

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1    writing under oath setting forth in detail the manner and form in which Defendants

2    have complied with the Court's orders; and

3        j.      For any such other and further relief as the Court deems just and proper.

4                        **DEMAND FOR JURY TRIAL**

5        Plaintiff hereby demands a jury trial for all claims so triable, as provided by

6    Rule 38 of the Federal Rules of Civil Procedure.

7

8    Dated:  June 10, 2025              Respectfully submitted,

9                                       DENTONS US LLP

10

11                                      By: */s/ Nicholas B. Janda*

12                                          Nicholas B. Janda
                                            Monica B. Richman (*pro hac vice* pending)
13                                          Daniel A. Schnapp (*pro hac vice* pending)
                                            Mary Kate Brennan (*pro hac vice* pending)
14
                                            *Attorneys for Plaintiff*
15                                          *DAYBREAK GAME COMPANY, LLC*

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

CASE NO.
COMPLAINT