Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,137,911
Registered Feb. 17, 1998

## TRADEMARK
PRINCIPAL REGISTER

## EVERQUEST

SONY INTERACTIVE ENTERTAINMENT INC. (DELAWARE CORPORATION)
550 MADISON AVENUE, 12TH FLOOR
NEW YORK, NY 10022

FOR: COMPUTER AND VIDEO GAME SOFTWARE, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-16-1997; IN COMMERCE 6-16-1997.

SN 75-133,750, FILED 7-15-1996.

CRAIG D. TAYLOR, EXAMINING ATTORNEY

Int. Cls.: 6 and 20

Prior U.S. Cls.: 2, 12, 13, 14, 22, 23, 25, 32, and 50

Reg. No. 2,520,693

United States Patent and Trademark Office   Registered Dec. 18, 2001

## TRADEMARK
## PRINCIPAL REGISTER

### EVERQUEST

SONY COMPUTER ENTERTAINMENT AMERICA INC. (DELAWARE CORPORATION)
919 E. HILLSDALE BOULEVARD
FOSTER CITY, CA 94404

FOR: METAL KEY CHAINS AND PEWTER FIGURINES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 11-1-2000; IN COMMERCE 11-1-2000.

FOR: NON-METAL KEY CHAINS AND FIGURINES MADE OF PLASTIC, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 11-1-2000; IN COMMERCE 11-1-2000.

SN 75-666,053, FILED 3-23-1999.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 2,507,594
Registered Nov. 13, 2001

## SERVICE MARK
## PRINCIPAL REGISTER

## EVERQUEST

SONY COMPUTER ENTERTAINMENT AMERICA INC. (DELAWARE CORPORATION)
919 E. HILLSDALE BOULEVARD
FOSTER CITY, CA 94404

FOR: OPERATING A REAL TIME, ROLE PLAYING GAME FOR OTHERS OVER GLOBAL AND LOCAL AREA COMPUTER NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-16-1999; IN COMMERCE 3-16-1999.

OWNER OF U.S. REG. NO. 2,137,911.

SN 75-666,108, FILED 3-23-1999.

LAVERNE THOMPSON, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 2,562,334
Registered Apr. 16, 2002

## SERVICE MARK
## PRINCIPAL REGISTER

### EVERQUEST: THE RUINS OF KUNARK

SONY COMPUTER ENTERTAINMENT AMERICA INC. (DELAWARE CORPORATION)
919 E. HILLSDALE BOULEVARD
FOSTER CITY, CA 94404

FOR: OPERATING A REAL TIME, ROLE PLAYING GAME FOR OTHERS OVER GLOBAL AND LOCAL AREA COMPUTER NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-24-2000; IN COMMERCE 4-24-2000.

SN 75-879,771, FILED 12-22-1999.

CAROLYN GRAY, EXAMINING ATTORNEY

Int. Cls.: **9 and 41**

Prior U.S. Cls.: **21, 23, 26, 36, 38, 100, 101, and 107**

**United States Patent and Trademark Office**

Reg. No. 2,952,622
Registered May 17, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# EVERQUEST EVOLUTION

SONY COMPUTER ENTERTAINMENT AMERICA INC. (DELAWARE CORPORATION)
919 EAST HILLSDALE BOULEVARD
FOSTER CITY, CA 94404

FOR: COMPUTER GAME SOFTWARE AND VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-18-2003; IN COMMERCE 8-18-2003.

FOR: OPERATING A REAL TIME GAME FOR OTHERS OVER COMPUTER NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-18-2003; IN COMMERCE 8-18-2003.

SN 76-507,993, FILED 4-21-2003.

CHRIS WELLS, EXAMINING ATTORNEY



# United States of America
### United States Patent and Trademark Office

# EVERQUEST II DESTINY OF VELIOUS

**Reg. No. 4,026,845**
**Registered Sep. 13, 2011**
**Int. Cls.: 9 and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

SONY ONLINE ENTERTAINMENT LLC (DELAWARE LIMITED LIABILITY COMPANY)
8928 TERMAN COURT
SAN DIEGO, CA 92121

FOR: COMPUTER GAME SOFTWARE AND VIDEO GAME SOFTWARE; PROVIDING DOWNLOADABLE MULTIPLAYER, ROLE PLAYING, REAL TIME COMPUTER AND VIDEO GAME SOFTWARE VIA AN ONLINE WEBSITE FOR ENTERTAINMENT PURPOSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-22-2011; IN COMMERCE 2-22-2011.

FOR: ENTERTAINMENT SERVICES, NAMELY, OPERATING A MULTIPLAYER, ROLE PLAYING, REAL TIME GAME FOR OTHERS VIA THE INTERNET AND LOCAL AREA COMPUTER NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-22-2011; IN COMMERCE 2-22-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,137,911, 3,321,307, AND OTHERS.

SN 85-032,149, FILED 5-6-2010.

COURTNEY ALVAREZ, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,026,845



# United States of America
## United States Patent and Trademark Office

# EVERQUEST HOUSE OF THULE

Reg. No. 4,026,846
Registered Sep. 13, 2011
Int. Cls.: 9 and 41

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SONY ONLINE ENTERTAINMENT LLC (DELAWARE LIMITED LIABILITY COMPANY)
8928 TERMAN COURT
SAN DIEGO, CA 92121

FOR: COMPUTER GAME SOFTWARE AND VIDEO GAME SOFTWARE; PROVIDING DOWNLOADABLE MULTIPLAYER, ROLE PLAYING, REAL TIME COMPUTER AND VIDEO GAME SOFTWARE VIA AN ONLINE WEBSITE FOR ENTERTAINMENT PURPOSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-12-2010; IN COMMERCE 10-12-2010.

FOR: ENTERTAINMENT SERVICES, NAMELY, OPERATING A MULTIPLAYER, ROLE PLAYING, REAL TIME GAME FOR OTHERS VIA THE INTERNET AND LOCAL AREA COMPUTER NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-12-2010; IN COMMERCE 10-12-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,137,911, 3,321,307, AND OTHERS.

SN 85-032,151, FILED 5-6-2010.

COURTNEY ALVAREZ, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

Page: 2 / RN # 4,026,846

900322968  04/28/2015

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
ETAS ID: TM339600

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | CHANGE OF NAME |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Sony Online Entertainment LLC | | 01/30/2015 | LIMITED LIABILITY COMPANY: DELAWARE |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Daybreak Game Company LLC |
| Street Address: | 8928 Terman Court |
| City: | San Diego |
| State/Country: | CALIFORNIA |
| Postal Code: | 92121 |
| Entity Type: | LIMITED LIABILITY COMPANY: DELAWARE |

### PROPERTY NUMBERS Total: 80

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 4034757 | AGAINST THE VOID |
| Registration Number: | 4186438 | AGE OF DISCOVERY |
| Serial Number: | 86326794 | ALTAR OF MALICE |
| Registration Number: | 3747127 | CASH GUNS CHAOS |
| Registration Number: | 4373692 | CHAINS OF ETERNITY |
| Registration Number: | 2977269 | CHAMPIONS OF NORRATH |
| Serial Number: | 86343086 | CORPSE RUN |
| Serial Number: | 86518109 | DAYBREAK GAMES |
| Registration Number: | 4034754 | DRAGONBROOD THE ANARCHS |
| Serial Number: | 85912301 | EQ NEXT |
| Serial Number: | 85940807 | EQN |
| Registration Number: | 3752622 | EQUINOX |
| Registration Number: | 4034756 | ETHERNAUTS |
| Registration Number: | 2520693 | EVERQUEST |
| Registration Number: | 2137911 | EVERQUEST |
| Registration Number: | 2507594 | EVERQUEST |
| Registration Number: | 2952622 | EVERQUEST EVOLUTION |
| Registration Number: | 4026846 | EVERQUEST HOUSE OF THULE |
| Registration Number: | 4026845 | EVERQUEST II DESTINY OF VELIOUS |

OP $2015.00 4034757

TRADEMARK

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3742711 | EVERQUEST II KINGDOM OF SKY |
| Registration Number: | 3731791 | EVERQUEST II RISE OF KUNARK |
| Registration Number: | 3846236 | EVERQUEST II SENTINEL'S FATE |
| Registration Number: | 3729250 | EVERQUEST II THE SHADOW ODYSSEY |
| Registration Number: | 3723166 | EVERQUEST II THE SHADOW ODYSSEY |
| Serial Number: | 85912288 | EVERQUEST NEXT |
| Registration Number: | 3734529 | EVERQUEST PROPHECY OF RO |
| Registration Number: | 3767872 | EVERQUEST SECRETS OF FAYDWER |
| Registration Number: | 3723168 | EVERQUEST SEEDS OF DESTRUCTION |
| Registration Number: | 3731759 | EVERQUEST THE BURIED SEA |
| Registration Number: | 3165614 | EVERQUEST THE GATES OF DISCORD |
| Registration Number: | 2971713 | EVERQUEST THE LEGACY OF YKESHA |
| Registration Number: | 2967562 | EVERQUEST THE PLANES OF POWER |
| Registration Number: | 3743405 | EVERQUEST THE SERPENT'S SPINE |
| Registration Number: | 3842726 | EVERQUEST UNDERFOOT |
| Registration Number: | 2977111 | EVERQUEST: THE LOST DUNGEONS OF NORRATH |
| Registration Number: | 2562334 | EVERQUEST: THE RUINS OF KUNARK |
| Serial Number: | 86265533 | EVERYTHING'S GAME |
| Registration Number: | 3313616 | FIELD COMMANDER |
| Registration Number: | 4289740 | FORGELIGHT |
| Registration Number: | 4034760 | FORSWORN |
| Registration Number: | 3113167 | FRANTIX |
| Registration Number: | 3764436 | FREE REALMS |
| Registration Number: | 4276697 | FREE TO PLAY. YOUR WAY. |
| Registration Number: | 3735312 | FREEREALMS |
| Registration Number: | 3823534 | G.I.R.L. GAMERS IN REAL LIFE |
| Registration Number: | 3823536 | G.I.R.L. GAMERS IN REAL LIFE |
| Serial Number: | 86162179 | H1Z1 |
| Registration Number: | 4034759 | INQUISITOR |
| Serial Number: | 86042800 | KRONO |
| Registration Number: | 4629617 | LANDMARK |
| Registration Number: | 4052220 | LEGACIES |
| Registration Number: | 3673549 | LEGENDS OF NORRATH |
| Registration Number: | 4323781 | LEGENDS OF NORRATH DOOM OF THE ANCIENT O |
| Registration Number: | 3077088 | LORDS OF EVERQUEST |
| Registration Number: | 3447681 | |
| Registration Number: | 4034755 | OATHBOUND |
| Registration Number: | 4034758 | OATHBREAKER |

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 2796518 | PLANETSIDE |
| Registration Number: | 4358091 | PLANETSIDE 2 |
| Registration Number: | 4186807 | POXNORA |
| Registration Number: | 3258494 | POXNORA |
| Registration Number: | 4227084 | PRIESTESS OF THE ANARCHS |
| Registration Number: | 4433668 | RAIN OF FEAR |
| Registration Number: | 2595525 | SCARS OF VELIOUS |
| Registration Number: | 2946349 | SHADOWS OF LUCLIN |
| Registration Number: | 3870994 | STATION CASH |
| Registration Number: | 3871576 | STATION CASH |
| Registration Number: | 3494064 | STATION LAUNCHER |
| Registration Number: | 3682349 | STATION VOICE |
| Registration Number: | 4034761 | STORM BREAK |
| Serial Number: | 85930567 | STURMENDRANG |
| Registration Number: | 2182370 | TANARUS |
| Registration Number: | 4642167 | TEARS OF VEESHAN |
| Serial Number: | 86326802 | THE DARKENED SEA |
| Registration Number: | 4034762 | TRAVELERS |
| Registration Number: | 3107916 | UNTOLD LEGENDS |
| Registration Number: | 4190790 | VEIL OF ALARIS |
| Registration Number: | 4052196 | VENGEFUL GODS |
| Registration Number: | 2270823 | WE'VE GOT YOUR GAME |
| Registration Number: | 2286182 | YOU'RE IN OUR WORLD NOW |

**CORRESPONDENCE DATA**

Fax Number: 2127686800

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 212-768-5367
Email: trademarks.us@dentons.com,ian.farias@dentons.com
Correspondent Name: Monica B. Richman, Dentons US LLP
Address Line 1: P.O. Box #061080
Address Line 4: Chicago, ILLINOIS 60606-1080

| ATTORNEY DOCKET NUMBER: | 20001159.0001 |
|---|---|
| NAME OF SUBMITTER: | Monica B. Richman |
| SIGNATURE: | /monica b. richman/ |
| DATE SIGNED: | 04/28/2015 |

**Total Attachments: 3**
source=Daybreak - Amended Certificate of Formation#page1.tif

**TRADEMARK**
**REEL: 005505 FRAME: 0534**

source=Daybreak - Amended Certificate of Formation#page2.tif
source=Daybreak - Amended Certificate of Formation#page3.tif

TRADEMARK
REEL: 005505 FRAME: 0535



# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE RESTATED CERTIFICATE OF "SONY ONLINE ENTERTAINMENT LLC", CHANGING ITS NAME FROM "SONY ONLINE ENTERTAINMENT LLC" TO "DAYBREAK GAME COMPANY LLC", FILED IN THIS OFFICE ON THE THIRTIETH DAY OF JANUARY, A.D. 2015, AT 10:22 O'CLOCK A.M.

4112222  8100

150120799

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 2081847

DATE: 01-30-15

TRADEMARK
REEL: 005505 FRAME: 0536

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:22 AM 01/30/2015
FILED 10:22 AM 01/30/2015
SRV 150120799 - 4112222 FILE

# AMENDED AND RESTATED CERTIFICATE OF FORMATION

## OF

## SONY ONLINE ENTERTAINMENT LLC

### Dated as of January 30, 2015

This Amended and Restated Certificate of Formation of Sony Online Entertainment LLC (the "Company"), dated as of January 30, 2015, has been duly executed and is being filed by an authorized person in accordance with the provisions of Section 18-208 of the Delaware Limited Liability Company Act, to amend and restate the Certificate of Formation of Sony Online Entertainment LLC (f/k/a SOE Services LLC) which was filed on February 17, 2006 with the Secretary of State of the State of Delaware, as amended pursuant to the Certificate of Amendment dated April 5, 2006 (the "Certificate").

The Certificate is hereby amended and restated in its entirety by substituting such Certificate with this Amended and Restated Certificate of Formation of the Company as follows:

FIRST: The name of the limited liability company is "Daybreak Game Company LLC."

SECOND: The Company's registered office in the State of Delaware is c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, in the City of Wilmington, County of New Castle, Delaware 19801. The registered agent of the Company at such address is The Corporation Trust Company.

THIRD: The Certificate of Formation shall be effective upon its filing in the Office of the Secretary of State of the State of Delaware.

IN WITNESS WHEREOF, the undersigned has duly executed this Amended and Restated Certificate of Formation as of the date first written above.

By: Sony Computer Entertainment America LLC
*its sole managing member*

By: *[signature]*
Name: Shawn Layden
Title: Authorized Representative

*[Signature Page to Amended and Restated Certificate of Formation]*