**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

R

**PA 933-147**

099921460

EFFECTIVE DATE OF REGISTRATION

**MAY 1 0 1999**

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

EVERQUEST (PC Version)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Action/adventure video game and source code

**2**

a

NAME OF AUTHOR ▼

Sony Computer Entertainment America, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

c

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

a

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1999 ◀ Year

b

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 16   Year ▶ 1999
U.S.A. ◀ Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America, Inc.
919 E. Hillsdale Blvd.
Foster City, CA  94404

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED
MAY 1 0 1999

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

*Amended by CO from simultaneously submitted photocopy of application.

EXAMINED BY ___ :M PA

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**Name** ▼     **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Tsan Merritt-Poree, Esq.
Cooley Godward LLP
One Maritime Plaza, 20th Fl.
San Francisco, CA 94111-3580

merrittporeec@cooley.com    Area Code and Telephone Number▶ (415) 693-2287

Be sure to give your daytime phone number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Sony Computer Entertainment America    Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Tsan Merritt-Poree                                        Date ▶ May 7, 1999

Handwritten signature (X) ▼

**9**

MAIL CERTIFICATE TO

**Name** ▼
Tsan Merritt-Poree c/o Cooley Godward LLP

Certificate will be mailed in window envelope

**Number/Street/Apt** ▼
One Maritime Plaza, 20th Floor

**City/State/ZIP** ▼
San Francisco, CA 94111-3580

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

SEE CHARGE?
at www.
3000 for



115189699

1:5189699

# FORM PA

**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE

## PA 1-001-701

*PA001001701*



EFFECTIVE DATE OF REGISTRATION

| 7 | 31 | '00 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Everquest: The Ruins of Kunark

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Video Game and Manual

## 2

**a**

**NAME OF AUTHOR ▼**

Sony Computer Entertainment America Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ Delaware

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual material and computer program

### NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2000 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶ April    Day ▶ 24    Year ▶ 2000
USA ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404-2175

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**DO NOT WRITE HERE OFFICE USE ONLY**

APPLICATION RECEIVED
JUL 31 2000
ONE DEPOSIT RECEIVED
JUL 31 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | 6.8 | | FORM PA |
|---|---|---|---|
| CHECKED BY | | | |
| ☐ CORRESPONDENCE<br>Yes | | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ PA933-147    **Year of Registration** ▼ 1999

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

The original game, Everquest, is expanded upon.

**a**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

An expansion pack to the original Everquest game, entitled The Ruins of Kunark, is added.

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ Sony Interactive Entertainment Inc.    **Account Number** ▼ DAO 79839

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Kerry Hopkins c/o Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

**b**

Area code and daytime telephone number ▶ ( 650 ) 655-5602    Fax number ▶ ( 650 ) 655-8042

Email ▶

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Sony Computer Entertainment America Inc.**
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Riley R. Russell    Date ▶ 07/07/00

Handwritten signature (X) ▼

☞ x _Riley R. Russell_

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Kerry Hopkins c/o Sony Computer Entertainment America Inc. |
|---|---|
| | **Number/Street/Apt** ▼ 919 East Hillsdale Boulevard |
| | **City/State/ZIP** ▼ Foster City, CA 94404 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000    ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68
WEB REV: June 1999

# FORM PA

**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE

REGI

**PA 1-077-985**

EFFE

3　　8　　02

Month　Day　Year

**124317643**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

EverQuest: The Scars of Velious

**PREVIOUS OR ALTERNATIVE TITLES ▼**

The Scars of Velious

**NATURE OF THIS WORK ▼** See Instructions

Video game

---

**NAME OF AUTHOR ▼**

Sony Computer Entertainment America Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼　　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material, computer program, user's manual, packaging and artwork (SCEAI, employer for hire).

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼　　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼　　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1999 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ November　Day ▶ 1　Year ▶ 2000
United States of America ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶**　• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions　• Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ____ pages

| EXAMINED BY | | FORM PA |
| CHECKED BY | | |
| | CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is "no," go to space 7.

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give  **Previous Registration Number ▼**  PA933-147; PA1-001-701    **Year of Registration ▼**  1999; 2000

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
**Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates ▼

Some previously registered computer program code.

See instructions before completing this space

**Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New computer program code, new audiovisual material, art, sounds, text, manual and packaging.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name ▼**  Sony Interacitve Entertainment Inc.    **Account Number ▼**  DA079839

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

Christine DeNezza
Sony Computer Entertainment America
919 East Hillsdale Boulevard
Foster City, CA 94404

Area code and daytime telephone number ▶ ( 650 )  655-8000    Fax number ▶ ( 650 )  655-8042
Email ▶

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sony Computer Entertainment America Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Riley R. Russell    Date ▶  3-5-02

Handwritten signature (X) ▼
x  R.S.R. Russell

| Certificate will be mailed in window envelope to this address: | **Name ▼** Christine DeNezza c/o Sony Computer Entertainment America |
| | **Number/Street/Apt ▼** 919 East Hillsdale Boulevard |
| | **City/State/ZIP ▼** Foster City, CA 94404 |

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30

*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV: June 1999
☆ PRINTED ON RECYCLED PAPER
☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68

# FORM PA

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

R

**PA 1-084-803**

EFFECTIVE DATE OF REGISTRATION

3        8        02
Month    Day    Year

124316287

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

EverQuest: The Shadows of Luclin

PREVIOUS OR ALTERNATIVE TITLES ▼

The Shadows of Luclin

NATURE OF THIS WORK ▼ See instructions

Video game

**2**

NAME OF AUTHOR ▼

Sony Computer Entertainment America Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ....
     Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        [ ] Yes [ ] No
Pseudonymous?    [ ] Yes [ ] No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

Audiovisual material, computer program, user's manual, ~~packaging~~ and artwork (SCEAI, employer for hire).

NAME OF AUTHOR ▼                                    *text

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ....
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        [ ] Yes [ ] No
Pseudonymous?    [ ] Yes [ ] No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ....
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        [ ] Yes [ ] No
Pseudonymous?    [ ] Yes [ ] No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼



**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given in all cases.

2001    ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.

Month ▶ December    Day ▶ 4    Year ▶ 2001
United States of America    ◀ Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
MAR 08, 2002
ONE DEPOSIT RECEIVED
MAR 08, 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of    2    pages

EXAMINED BY _TAA_    FORM PA

CHECKED BY

CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

"Amended by C.O. from phone call to Christine DeNezza on May 1, 2002.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is "no," go to space 7.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼  PA933-147; PA1-001-701    Year of Registration ▼  1999; 2000

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Some previously registered computer program code.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New computer program code, new audiovisual material, art, sounds, text, manual and ~~packaging~~ "text and artwork on container

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  Sony Interacitve Entertainment Inc.    Account Number ▼  DA079839

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Christine DeNezza
Sony Computer Entertainment America
919 East Hillsdale Boulevard
Foster City, CA 94404

Area code and daytime telephone number ▶ ( 650 ) 655-8000    Fax number ▶ ( 650 ) 655-8042

Email ▶

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sony Computer Entertainment America Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Riley R. Russell    Date ▶ 5-3-02

Handwritten signature (X) ▼

x _Riley R Russell_

Certificate will be mailed in window envelope to this address:

Name ▼  Christine DeNezza c/o Sony Computer Entertainment America

Number/Street/Apt ▼  919 East Hillsdale Boulevard

City/State/ZIP ▼  Foster City, CA 94404

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000    ☼ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68

WEB REV: June 1999

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www copyright gov* write the Copy
right

138292686



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1 — 245 — 921**

*PA00081245921*

EFFECTIVE DATE OF REGISTRATION

10 - 18 - 04
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

## 1

**TITLE OF THIS WORK ▼**

EverQuest  Online Adventures (North American version for the PlayStation 2)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Video Game

## 2

**a** **NAME OF AUTHOR ▼**

Sony Computer Entertainment America Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in Delaware

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month February  Day 9  Year 2003
Nation United States

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America Inc
919 East Hillsdale Boulevard
Foster City, CA 94404

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
OCT 08 2004
ONE DEPOSIT RECEIVED
OCT 08 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 4 pages

| EXAMINED BY | CheckedBy GJ | FORM PA |
|---|---|---|
| CHECKED BY | | |

| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B, or C.
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give **Previous Registration Number** ▼ PA933-147, PA1-001-701     **Year of Registration** ▼ 1999, 2000

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼
EVERQUEST (PC VERSION), Everquest The Ruins of Kunark, EverQuest The Scars of Velious
PA1-077-985 2002, EverQuest The Shadows of Luclin PA1-084-803 2002

*See instructions before completing this space*

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
New Audiovisual elements

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
a **Name** ▼ Sony Interactive Entertainment Inc     **Account Number** ▼ DA079839

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404
Area code and daytime telephone number ( 650 ) 655-8000     Fax number ( 650 ) 655-7350
Email

**8** **CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Sony Computer Entertainment America Inc**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Riley R Russell     Date 10/11/04

Handwritten signature (X) ▼
x _R R Russell_

**9** Certificate will be mailed in window envelope to this address
**Name** ▼ Christine DeNezza c/o SCEA
**Number/Street/Apt** ▼ 919 East Hillsdale Boulevard
**City/State/ZIP** ▼ Foster City, CA 94404

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material
**Library of Congress**
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*\*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application shall be fined not more than $2,500.*

Rev June 2002—20,000   Web Rev June 2002   ⊕ Printed on recycled paper     U.S. Government Printing Office 2000-461-113/20 021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**Form PA /CON**
UNITED STATES COPYRIGHT OFFICE

**PA 1-245-921**

*PA00012459210*

**EFFECTIVE DATE OF REGISTRATION**

10 - 18 - 04
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED
10-18-04

Page __3__ of __4__ pages

---

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

- **TITLE** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form)

  EverQuest Online Adventures (North American version for the PlayStation 2)

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA)

  Sony Computer Entertainment America Inc , 919 East Hillsdale Boulevard, Foster City, CA 94404

---

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶ _____
{Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶ _____
{Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶ _____
{Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

**CONTINUATION OF** (Check which) ☐ Space 1 ☐ Space 4 ☑ Space 6

# C

EverQuest Planes of Power (pending),

**Continuation of other Spaces**

| Certificate will be mailed in window envelope to this address | Name ▼ Christine DeNezza c/o Sony Computer Entertainment America |
| | Number/Street/Apt ▼ 919 East Hillsdale Boulevard |
| | City/State/ZIP ▼ Foster City, CA 94404 |

• Complete all necessary spaces
• Sign your application

1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

# D

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office or call (202) 707-3000

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website ___ copyright.gov write the Copy-
right C ___



133292664

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1‑245‑922**

PA0001245922a

EFFECTIVE DATE OF REGISTRATION

10 ‑ 18 ‑ 04
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

EverQuest: Planes of Power

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Video Game

## 2

**a**

**NAME OF AUTHOR ▼**

Sony Computer Entertainment America Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in Delaware

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month November  Day 28  Year 2002
United States    Nation

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sony Computer Entertainment America Inc
919 East Hillsdale Boulevard
Foster City, CA 94404

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
OCT 08 2004
ONE DEPOSIT RECEIVED
OCT 08 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | $G$ | FORM PA |
|---|---|---|
| CHECKED BY | | |

| | CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5**
**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B, or C
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give **Previous Registration Number ▼** PA933-147, PA1-001-701      **Year of Registration ▼** 1999, 2000

**6**
**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

EVERQUEST (PC VERSION), Everquest The Ruins of Kunark, EverQuest The Scars of Velious
PA1-077-985 2002, EverQuest The Shadows of Luclin PA1-084-803 2002

See instructions before completing this space

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New Audiovisual elements

**7**
**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**a** Name ▼ Sony Interactive Entertainment Inc      Account Number ▼ DA079839

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404

Area code and daytime telephone number ( 650 ) 655-8000      Fax number ( 650 ) 655-7350
Email

**8**
**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Sony Computer Entertainment America Inc
                        Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Riley R Russell      Date 10/11/04

Handwritten signature (X) ▼
x _[signature]_

**9**
Certificate will be mailed in window envelope to this address

Name ▼ Christine DeNezza c/o SCEA
Number/Street/Apt ▼ 919 East Hillsdale Boulevard
City/State/ZIP ▼ Foster City, CA 94404

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

Rev June 2002—20 000   Web Rev June 2002   ⊕ Printed on recycled paper

U.S. Government Printing Office 2000 461 113/20 021

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www copyright gov* write the Copy-
right Offic

138292675

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1 – 245 – 924**

EFFECTIVE DATE OF REGISTRATION

10 - 18 - 04

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Champions of Norrath (North American version for the PlayStation 2)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Video Game

---

**2**

**a** **NAME OF AUTHOR ▼**

Sony Computer Entertainment America Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in **Delaware**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month **February** Day **10** Year **2004**
Nation **United States**

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sony Computer Entertainment America Inc
919 East Hillsdale Boulevard
Foster City, CA 94404

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
OCT 18 2004

TWO DEPOSITS RECEIVED
OCT 18 2004

FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of **4** pages

| EXAMINED BY  Cs | FORM PA |
| --- | --- |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☑ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give **Previous Registration Number** ▼ PA933-147, PA1-001-701    **Year of Registration** ▼ 1999, 2000

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
EVERQUEST (PC VERSION), Everquest The Ruins of Kunark, EverQuest The Scars of Velious
PA1-077-985 2002, EverQuest The Shadows of Luclin PA1-084-803 2002
See instructions before completing this space

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New Audiovisual elements

**7** **a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼ Sony Interactive Entertainment Inc    **Account Number** ▼ DA079839

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404
Area code and daytime telephone number ( 650 ) 655-8000    Fax number ( 650 ) 655-7350
Email

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the    Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Sony Computer Entertainment America Inc**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Riley R Russell    Date 10/11/04
Handwritten signature (X) ▼
☞    x _Rfy R Russell_

**9** Certificate will be mailed in window envelope to this address
Name ▼ Christine DeNezza c/o SCEA
Number/Street/Apt ▼ 919 East Hillsdale Boulevard
City/State/ZIP ▼ Foster City, CA 94404

• Complete all necessary spaces
• Sign your application in space 8
Application form
1. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington D C 20559-6000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500

# CONTINUATION SHEET
# FOR APPLICATION FORMS



**Form PA/CON**
UNITED STATES COPYRIGHT OFFICE

REG      **PA 1-245-924**

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

**EFFECTIVE DATE OF REGISTRATION**

10 - 18 - 04
(Month)    (Day)    (Year)

**CONTINUATION SHEET RECEIVED**

10 - 18 - 04

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
Space B is a continuation of Space 2 on the basic application.
Space B is not applicable to Short Forms.
Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- **TITLE** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form )

Champions of Norrath (North American version for the PlayStation 2)

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )

Sony Computer Entertainment America Inc , 919 East Hillsdale Boulevard, Foster City, CA 94404

---

**B**
**Continuation of Space 2**

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| | Year Born▼     Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| | Year Born▼     Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| | Year Born▼     Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

CONTINUATION OF (Check which)    ❑ Space 1    ❑ Space 4    ☑ Space 6

**C**

Continuation of other Spaces

EverQuest Planes of Power (pending), EverQuest Online Adventures (North American version for the PlayStation 2) (pending), EverQuest The Legacy of Ykesha (pending), EverQuest Lost Dungeons of Norrath (pending), EverQuest Online Adventures Frontiers (North American version for the PlayStation 2) (pending), Lords of EverQuest (pending)

**D**

Certificate will be mailed in window envelope to this address

Name ▼
Christine DeNezza c/o Sony Computer Entertainment America

Number/Street/Apt ▼
919 East Hillsdale Boulevard

City/State/ZIP ▼
Foster City, CA 94404

• Complete all necessary spaces
• Sign your application

1  Application form
2  Nonrefundable fee in check or money order payable to Register of Copyrights
3  Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S E.
Washington, D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1—245—926**

*PA0001245926*

EFFECTIVE DATE OF REGISTRATION

10 — 18 — 04
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1** TITLE OF THIS WORK ▼

Lords of EverQuest

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

Video Game

---

**2** NAME OF AUTHOR ▼

**a** Sony Computer Entertainment America Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in  Delaware

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given ONLY if this work has been published.
2003  Year  In all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month December  Day 2  Year 2003
United States    Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America Inc
919 East Hillsdale Boulevard
Foster City, CA 94404

APPLICATION RECEIVED
OCT 18 2004
ONE DEPOSIT RECEIVED
OCT 18 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions      • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY  *GJ* | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B or C.
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▼ PA933-147, PA1-001-701    **Year of Registration** ▼ 1999, 2000

## 6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

EVERQUEST (PC VERSION); Everquest. The Ruins of Kunark; EverQuest The Scars of Velious PA1-077-985 2002; EverQuest The Shadows of Luclin PA1-084-803 2002

*See instructions before completing this space*

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New Audiovisual elements

## 7

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**a** Name ▼ Sony Interactive Entertainment Inc    Account Number ▼ DA079839

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404

Area code and daytime telephone number ( 650 ) 655-8000    Fax number ( 650 ) 655-7350
Email

## 8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Sony Computer Entertainment America Inc**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Riley R Russell    Date 10 / 11 / 04

Handwritten signature (X) ▼
x *R R Russell*

## 9

Certificate will be mailed in window envelope to this address

Name ▼ Christine DeNezza c/o SCEA
Number/Street/Apt ▼ 919 East Hillsdale Boulevard
City/State/ZIP ▼ Foster City, CA 94404

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D C 20559-6000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev June 2002—20,000    Web Rev June 2002    ⊛ Printed on recycled paper    U.S. Government Printing Office 2000-461-113/20,021



# CONTINUATION SHEET
# FOR APPLICATION FORMS



**Form PA /CON**
UNITED STATES COPYRIGHT OFFICE

**PA 1-245-926**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

**EFFECTIVE DATE OF REGISTRATION**

10 - 18 - 04
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED
OCT 8 2004

Page  3  of  4  pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
- Space B is a continuation of Space 2 on the basic application
- Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form )

Lords of EverQuest

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )

Sony Computer Entertainment America Inc , 919 East Hillsdale Boulevard, Foster City, CA 94404

**B**
**Continuation of Space 2**

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born▼    Year Died▼ |

| Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No | AUTHOR'S NATIONALITY OR DOMICILE Name of Country  OR ┌ Citizen of ▶ _____ └ Domiciled in ▶ _____ | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK  Anonymous?  ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No  If the answer to either of these questions is "Yes," see detailed instructions |

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born▼    Year Died▼ |

| Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No | AUTHOR'S NATIONALITY OR DOMICILE Name of Country  OR ┌ Citizen of ▶ _____ └ Domiciled in ▶ _____ | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK  Anonymous?  ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No  If the answer to either of these questions is "Yes," see detailed instructions |

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born▼    Year Died▼ |

| Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No | AUTHOR'S NATIONALITY OR DOMICILE Name of Country  OR ┌ Citizen of ▶ _____ └ Domiciled in ▶ _____ | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK  Anonymous?  ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No  If the answer to either of these questions is "Yes," see detailed instructions |

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

CONTINUATION OF (Check which)   ☐ Space 1   ☐ Space 4   ☑ Space 6

EverQuest Planes of Power (pending), EverQuest Online Adventures (North American version for the PlayStation 2) (pending), EverQuest The Legacy of Ykesha (pending), EverQuest Lost Dungeons of Norrath (pending), EverQuest Online Adventures Frontiers (North American version for the PlayStation 2) (pending)

**C**

Continuation of other Spaces

Certificate will be mailed in window envelope to this address

Name ▼
Christine DeNezza c/o Sony Computer Entertainment America

Number/Street/Apt ▼
919 East Hillsdale Boulevard

City/State/ZIP ▼
Foster City, CA 94404

• Complete all necessary spaces
• Sign your application

1  Application form
2  Nonrefundable fee in check or money order payable to Register of Copyrights
3  Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

**D**

**Form PA**
For a Work of Performing Arts

**PA 1 – 246 – 134**

EFFECTIVE DATE OF REGISTRATION

10 – 18 – 04

Month    Day    Year

138292642

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

EverQuest: Online Adventures Frontiers (North American version for the PlayStation 2)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Video Game

---

**2**

**a** NAME OF AUTHOR ▼

Sony Computer Entertainment America Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____ Delaware

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003    Year   in all cases
This information must be given

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month November   Day 18   Year 2003
United States    Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

OCT 08 2004   ONE DEPOSIT RECEIVED
OCT 08 2004   TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY | G-J | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

**5**

☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give **Previous Registration Number ▼**  PA933-147; PA1-001-701     **Year of Registration ▼**  1999; 2000

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a  6**

EVERQUEST (PC VERSION); Everquest: The Ruins of Kunark; EverQuest: The Scars of Velious PA1-077-985 2002; EverQuest: The Shadows of Luclin PA1-084-803 2002

See instructions before completing this space

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

New Audiovisual elements

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**a  7**

**Name ▼**  Sony Interactive Entertainment Inc.     **Account Number ▼**  DA079839

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

**b**

Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404

Area code and daytime telephone number  ( 650 ) 655-8000     Fax number  ( 650 ) 655-7350

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

**8**

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Sony Computer Entertainment America** Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Riley R. Russell     **Date**  10/11/04

Handwritten signature (X) ▼

☞  x  R g R Russell

| Certificate will be mailed in window envelope to this address. | **Name ▼** Christine DeNezza c/o SCEA | **9** |
|---|---|---|
| | **Number/Street/Apt ▼** 919 East Hillsdale Boulevard | |
| | **City/State/ZIP ▼** Foster City, CA 94404 | |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C 20559-6000

Fees are subject to change  For current fees, check the Copyright Office website at www.copyright.gov write the Copyright Office or call (202) 707-3000

\*17 U.S.C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20,000  Web Rev June 2002  ⊕ Printed on recycled paper     U.S. Government Printing Office 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS



**Form PA /CON**
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**PA 1–246–134**

*PA01246134*

/AU

**EFFECTIVE DATE OF REGISTRATION**

| Io | 18 | O4 |
|---|---|---|
| (Month) | (Day) | (Year) |

**CONTINUATION SHEET RECEIVED**

OCT 10 2004    10-18-04

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form )

  EverQuest Online Adventures Frontiers (North American version for the PlayStation 2)

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )

  Sony Computer Entertainment America Inc , 919 East Hillsdale Boulevard, Foster City, CA 94404

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶ _____
    ⎱ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶ _____
    ⎱ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶ _____
    ⎱ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

CONTINUATION OF (Check which)    ❑ Space 1    ❑ Space 4    ☑ Space 6

**C**

Continuation of other Spaces

EverQuest  Planes of Power (pending), EverQuest· Online Adventures (North American version for the PlayStation 2) (pending), EverQuest  The Legacy of Ykesha (pending), EverQuest  Lost Dungeons of Norrath (pending)

---

**D**

| Certificate will be mailed in window envelope to this address: | |
|---|---|
| Name ▼ | Christine DeNezza c/o Sony Computer Entertainment America |
| Number/Street/Apt ▼ | 919 East Hillsdale Boulevard |
| City/State/ZIP ▼ | Foster City, CA 94404 |

YOU HAVE
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS
IN THE SAME PACKAGE
1  Application form
2  Nonrefundable fee in check or money order payable to Register of Copyrights
3  Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington, D C  20559-6000

Fees are subject to change For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

September 2003 — 20,000   Web Rev September 2003   ♲ Printed on recycled paper

U S Government Printing Office  2003-496-605/60,034

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

R  **PA 1–246–135**

‖‖‖‖‖‖‖‖‖‖‖‖‖
*PA0001246135*

EFFECTIVE DATE OF REGISTRATION

10 – 18 – 04
Month      Day      Year

138292620

‖‖‖‖‖‖‖‖‖‖

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

EverQuest: Lost Dungeons of Norrath

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Video Game

**2**

**a** NAME OF AUTHOR ▼

Sony Computer Entertainment America Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in  Delaware

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
2003  Year in all cases

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month  September    Day  8    Year  2003
United States    Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

APPLICATION RECEIVED
OCT 08 2004
ONE DEPOSIT RECEIVED
OCT 08 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY   GJ                                    FORM PA

CHECKED BY

☐ CORRESPONDENCE                                    FOR
   Yes                                              COPYRIGHT
                                                    OFFICE
                                                    USE
                                                    ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   **5**
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No, do not check box A, B, or C
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give **Previous Registration Number ▼**            **Year of Registration ▼**
PA933-147; PA1-001-701                                  1999; 2000

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation   **6**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼                          a

EVERQUEST (PC VERSION); Everquest: The Ruins of Kunark; EverQuest: The Scars of Velious
PA1-077-985 2002; EverQuest: The Shadows of Luclin PA1-084-803 2002                                See instructions
                                                                                                  before completing
                                                                                                  this space

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼   b
New Audiovisual elements

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account   **7**
Name ▼                                    Account Number ▼                                         a

Sony Interactive Entertainment Inc.          DA079839

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼   b

Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404

Area code and daytime telephone number  ( 650  ) 655-8000          Fax number  ( 650  ) 655-7350
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the   ☐ author                                              **8**
                                      Check only one ▶  { ☐ other copyright claimant
                                                          ☐ owner of exclusive right(s)
                                                          ☑ authorized agent of **Sony Computer Entertainment America Inc**
                                                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Riley R. Russell                                               Date  10/11/04

☞        Handwritten signature (X) ▼
         X _____ Rgy R Russell _____

Certificate         Name ▼                                                      YOU MUST                         **9**
will be                                                                         • Complete all necessary spaces
mailed in           Christine DeNezza c/o SCEA                                  • Sign your application in space 8
window                                                                          SEND ALL ELEMENTS
envelope            Number/Street/Apt ▼                                         IN THE SAME PACKAGE
to this             919 East Hillsdale Boulevard                                1 Application form
address:                                                                        2 Nonrefundable filing fee in check or money
                    City/State/ZIP ▼                                              order payable to Register of Copyrights
                    Foster City, CA 94404                                       3 Deposit material
                                                                                MAIL TO
                                                                                Library of Congress
                                                                                Copyright Office
                                                                                101 Independence Avenue, S E
                                                                                Washington, D C  20559-6000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500

Rev June 2002—20,000   Web Rev June 2002   ♻ Printed on recycled paper                                    U S Government Printing Office 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**Form PA/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-246-135**

EFFECTIVE DATE OF REGISTRATION

10 - 18 - 04
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
10-18-04

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**A** Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET.** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form )

  EverQuest Lost Dungeons of Norrath

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )

  Sony Computer Entertainment America Inc , 919 East Hillsdale Boulevard, Foster City, CA 94404

---

**B** Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
| | Year Born▼   Year Died▼ |

| Was this contribution to the work a "work made for hire"? □ Yes □ No | AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ _____ Domiciled in ▶ _____ | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? □ Yes □ No Pseudonymous? □ Yes □ No | If the answer to either of these questions is "Yes," see detailed instructions |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
| | Year Born▼   Year Died▼ |

| Was this contribution to the work a "work made for hire"? □ Yes □ No | AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ _____ Domiciled in ▶ _____ | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? □ Yes □ No Pseudonymous? □ Yes □ No | If the answer to either of these questions is "Yes," see detailed instructions |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
| | Year Born▼   Year Died▼ |

| Was this contribution to the work a "work made for hire"? □ Yes □ No | AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ _____ Domiciled in ▶ _____ | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? □ Yes □ No Pseudonymous? □ Yes □ No | If the answer to either of these questions is "Yes," see detailed instructions |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

**CONTINUATION OF** (Check which)    ❏ Space 1    ❏ Space 4    ☑ Space 6

EverQuest Planes of Power (pending), EverQuest Online Adventures (North American version for the PlayStation 2) (pending), EverQuest The Legacy of Ykesha (pending)

# C

Continuation
of other
Spaces

---

**Certificate will be mailed in window envelope to this address:**

Name ▼

Christine DeNezza c/o Sony Computer Entertainment America

Number/Street/Apt ▼

919 East Hillsdale Boulevard

City/State/ZIP ▼

Foster City, CA 94404

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE

1  Application form
2  Nonrefundable fee in check or money order payable to Register of Copyrights
3  Deposit Material

MAIL TO

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

# D



**138292653**

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1–246–139**

*PA000124613914*

EFFECTIVE DATE OF REGISTRATION

10 – 18 – 04

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

EverQuest: The Legacy of Ykesha

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Video Game

**2**

**a**

**NAME OF AUTHOR ▼**

Sony Computer Entertainment America Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in Delaware _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2003 Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month March    Day 4    Year 2003
United States    Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
OCT 08 2004
ONE DEPOSIT RECEIVED
OCT 08 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

**DO NOT WRITE HERE**

Page 1 of 2 pages

| EXAMINED BY | $G$ | FORM PA |
|---|---|---|
| CHECKED BY | | |

| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No, do not check box A, B, or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give **Previous Registration Number** ▼     **Year of Registration** ▼

PA933-147; PA1-001-701                              1999; 2000

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

EVERQUEST (PC VERSION); Everquest: The Ruins of Kunark; EverQuest: The Scars of Velious
PA1-077-985 2002; EverQuest: The Shadows of Luclin PA1-084-803 2002

**a**

**6**

See instructions before completing this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New Audiovisual elements

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                                    Account Number ▼

Sony Interactive Entertainment Inc.                     DA079839

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404

Area code and daytime telephone number  ( 650 ) 655-8000          Fax number  ( 650 ) 655-7350

Email

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Sony Computer Entertainment America** Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Riley R. Russell                                          Date  10/11/04

Handwritten signature (X) ▼

☞  x  Riley R Russell

| Certificate will be mailed in window envelope to this address: | Name ▼ Christine DeNezza c/o SCEA | **YOU MUST** • Complete all necessary spaces • Sign your application in space 8 **9** |
|---|---|---|
| | Number/Street/Apt ▼ 919 East Hillsdale Boulevard | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material |
| | City/State/ZIP ▼ Foster City, CA 94404 | MAIL TO Library of Congress Copyright Office 101 Independence Avenue, S E Washington, D C 20559-6000 |

\*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev June 2002—20,000   Web Rev June 2002   ♻ Printed on recycled paper                         U S Government Printing Office 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS



**Form PA/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1−246−139**

VA | VAU

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, u this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

EFFECTIVE DATE S ...

| 10 | 18 | 04 |
| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

OCT 07 2005

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

Page __3__ of __4__ pages

---

**A**
Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET.** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form)

EverQuest The Legacy of Ykesha

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA)

Sony Computer Entertainment America Inc , 919 East Hillsdale Boulevard, Foster City, CA 94404

---

**B**
Continuation
of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶ _____
⎱ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶ _____
⎱ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶ _____
⎱ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

---

**CONTINUATION OF** (Check which)    ☐ Space 1    ☐ Space 4    ☑ Space 6

**C**

EverQuest  Planes of Power (pending); EverQuest· Online Adventures (North American version for the PlayStation 2) (pending)

Continuation
of other
Spaces

---

| Certificate will be mailed in window envelope to this address: | Name ▼  Christine DeNezza c/o Sony Computer Entertainment America |
| --- | --- |
| | Number/Street/Apt ▼  919 East Hillsdale Boulevard |
| | City/State/ZIP ▼  Foster City, CA 94404 |

• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1  Application form
2  Nonrefundable fee in check or money order payable to Register of Copyrights
3  Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington, D C  20559-6000

**D**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

Copyright Office fee...
For current fees, ch...
website at www.cop...
right Office, or call (...



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE **PA 1 – 256 – 065**

EFFECTIVE DATE OF REGISTRATION

| 1 | 12 | 2005 |
|---|----|------|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

EverQuest: Gates of Discord

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

Video Game

## 2

**a**

**NAME OF AUTHOR ▼**

Sony Computer Entertainment America Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in **Delaware**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month **March** Day **4** Year **2004**
Nation **United States**

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JAN 12 2005
ONE DEPOSIT RECEIVED
JAN 12 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY ___s/m___    **FORM PA**

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B, or C
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number** ▼ PA933-147; PA1-001-701    **Year of Registration** ▼ 1999; 2000

**6** **DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

EVEQUEST (PC Version); Everquest: The Ruins of Kunark; EverQuest: The Scars of Velious PA1-077-985 2002; EverQuest: the Shadows of Luclin PA1-084-803 2002

See instructions before completing this space

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
New Audiovisual elements

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**a** Name ▼    Account Number ▼
Sony Interactive Entertainment Inc.    DA079839

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404

Area code and daytime telephone number  ( 650 ) 655-8000    Fax number ( 650 ) 655-7350
Email

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Sony Computer Entertainment America** Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Riley R. Russell    Date

Handwritten signature (X) ▼
x _Ry R Russell_    1—10-05

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Christine DeNezza c/o SCEA
Number/Street/Apt ▼
919 East Hillsdale Boulevard
City/State/ZIP ▼
Foster City, CA 94404

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev June 2002—20,000  Web Rev June 2002  ⊕ Printed on recycled paper    U S Government Printing Office 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS



Form **PA** /CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1 – 256 – 065**

*PA0001256065*

PA

EFFECTIVE DATE OF REGISTRATION

1        12       2005
(Month)      (Day)      (Year)

CONTINUATION SHEET RECEIVED

JAN 12 2005

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

Page **3** of **4** pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**



## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form)

  **EverQuest: Gates of Discord**

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Sony Computer Entertainment America Inc., 919 East Hillsdale Boulevard, Foster City, CA 94404

## B
**Continuation of Space 2**

### d
| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
| | Year Born▼          Year Died▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
| --- | --- | --- |
| ☐ Yes ☐ No | OR { Citizen of ▶ _____  Domiciled in ▶ _____ | Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

### e
| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
| | Year Born▼          Year Died▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
| --- | --- | --- |
| ☐ Yes ☐ No | OR { Citizen of ▶ _____  Domiciled in ▶ _____ | Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

### f
| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
| | Year Born▼          Year Died▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
| --- | --- | --- |
| ☐ Yes ☐ No | OR { Citizen of ▶ _____  Domiciled in ▶ _____ | Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which):   ☐ Space 1   ☐ Space 4   ☑ Space 6

**C**

Continuation
of other
Spaces

EverQuest Planes of Power PA1-245-922 2004; EverQuest: Online Adventures (North American version for the
PlayStation 2) PA1-245-921 2004; EverQuest: The Legacy of Ykesha PA1-246-139 2004; EverQuest Lost Dungeons of
Norrath PA1-246-135 2004; EverQuest: Online Adventures Frontiers (North American version for the PlayStation 2)
PA1-246-134 2004

---

<table>
<tr><td>Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address:</td><td>Name ▼<br><br>Christine DeNezza c/o SCEA<br><br>Number/Street/Apt ▼<br><br>919 East Hillsdale Boulevard<br><br>City/State/ZIP ▼<br><br>Foster City, CA 94404</td></tr>
</table>

**D**

September 2003 — 20,000   Web Rev September 2003   ♻ Printed on recycled paper

U S Government Printing Office 2003-496-605/60,034



Copyright
For some
websites
right Office



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1–256–081**

*PA0001256081*

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 1 | 12 | 2005 |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

EverQuest: Omens of War

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Video Game

## 2

**a**

**NAME OF AUTHOR ▼**

Sony Computer Entertainment America Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in Delaware

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2004 Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month September  Day 14  Year 2004
United States  Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JAN 12 2005
ONE DEPOSIT RECEIVED
JAN 12 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY slm | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No, do not check box A, B, or C
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☑ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give **Previous Registration Number** ▼ **PA933-147; PA1-001-701**    **Year of Registration** ▼ **1999; 2000**

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

EVEQUEST (PC Version); Everquest: The Ruins of Kunark; EverQuest: The Scars of Velious PA1-077-985 2002; EverQuest: the Shadows of Luclin PA1-084-803 2002

See instructions before completing this space

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New Audiovisual elements

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
a **Name** ▼ Sony Interactive Entertainment Inc.    **Account Number** ▼ DA079839

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404

Area code and daytime telephone number ( 650 ) 655-8000    Fax number ( 650 ) 655-7350
Email

**8** **CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Sony Computer Entertainment America Inc.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Riley R. Russell    *signature*    **Date** 1-10-05
Handwritten signature (X) ▼
☞ x _____

**9** Certificate will be mailed in window envelope to this address:
**Name** ▼ Christine DeNezza c/o SCEA
**Number/Street/Apt** ▼ 919 East Hillsdale Boulevard
**City/State/ZIP** ▼ Foster City, CA 94404

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

\*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev June 2002—20,000    Web Rev June 2002    ♻ Printed on recycled paper    U S Government Printing Office 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

Ⓒ Form PA /CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1–256–081**



AU

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |
| 1 | 12 | 2005 |

CONTINUATION SHEET RECEIVED
**JAN 1 2 2005**

Page _3_ of _4_ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE. (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

EverQuest: Omens of War

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Sony Computer Entertainment America Inc., 919 East Hillsdale Boulevard, Foster City, CA 94404

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

CONTINUATION OF  (Check which)    ❏ Space 1    ❏ Space 4    ☑ Space 6

EverQuest Planes of Power PA1-245-922 2004; EverQuest: Online Adventures (North American version for the PlayStation 2) PA1-245-921 2004; EverQuest: The Legacy of Ykesha PA1-246-139 2004; EverQuest Lost Dungeons of Norrath PA1-246-135 2004; EverQuest: Online Adventures Frontiers (North American version for the PlayStation 2) PA1-246-134 2004; EverQuest: Gates of Discord (pending)

**C**

Continuation
of other
Spaces

---

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Christine DeNozza c/o SCEA

Number/Street/Apt ▼
919 East Hillsdale Boulevard

City/State/ZIP ▼
Foster City, CA 94404

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1  Application form
2  Nonrefundable fee in check or money order payable to Register of Copyrights
3  Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

**D**

Fees are subject to change For current fees, check the Copyright Office website at www copyright gov, write the Copyright Office, or call (202) 707-3000

Registration Number:

**PA 1-259-127**



\* 1 5 0 9 0 7 6 7 7 \*

Effective date of
registration:

November 30, 2005

## Title

| | |
|---|---|
| **Title of Work:** | EverQuest: Dragons of Norrath |
| **Nature of Work:** | Video Game |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2005 |
| **Date of 1st Publication:** | February 15, 2005 |

**Nation of 1st Publication:** United States

## Author

| | |
|---|---|
| **Author:** | Sony Computer Entertainment America Inc. |
| **Nature of Authorship:** | Audiovisual elements |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Delaware |
| **Anonymous:** | No |

**Pseudonymous:** No

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Sony Computer Entertainment America Inc. |
| | 919 East Hillsdale Blvd., Foster City, CA 94404 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Riley R. Russell, authorized agent of Sony Computer Entertainment America Inc. |
| **Date:** | November 17, 2005 |

**IPN #:**  ║║║║║║║║║║║║║║║
★ 1 5 0 9 0 7 6 7 7 ★

**Registration #:**  ║║║║║║║║║║║║║║║
★ P A 0 0 0 1 2 5 9 1 2 7 ★

**Service Request #:**  1-3132095

Christine DeNezza
c/o SCEA
919 East Hillsdale Blvd.
Foster City, CA 94404



**FORM TX**
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE

RE...

**TX 4-879-520**

* T4000402952D*

EFFECTIVE DATE OF REGISTRATION

Month MAY Day 11 Year 99

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

EVERQUEST

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**

Sony Computer Entertainment America, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
*Users Guide

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1999 ◀ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ March    Day ▶ 16    Year ▶ 1999
ONLY if this work has been published.
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sony Computer Entertainment America, Inc.
919 E. Hillsdale Blvd.
Foster City, CA 94404

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 11 1999
ONE DEPOSIT RECEIVED
MAY 11 1999
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____ *Jim4*                        FORM TX

CHECKED BY

\*Amended by C.O. Authority Telephone Call on 5/18/99 with Tsan Merritte-Poree.

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes • ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Tsan Merritt-Poree, Esq.
Cooley Godward LLP
One Maritime Plaza, 20th Floor, San Francisco, CA 94111-3580

Be sure to
give your
daytime phone
◄ number

Area Code and Telephone Number ▶ 415-693-2287

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Sony Computer Entertainment America, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Tsan Merritt-Poree                                    Date ▶ May 10, 1999

Handwritten signature (X) ▼

**10**

**MAIL CERTIFI-CATE TO**

Name ▼
Tsan Merritt-Poree c/o Cooley Godward LLP

Number/Street/Apt ▼
One Maritime Plaza 20th Fl.

**Certificate will be mailed in window envelope**

City/State/ZIP ▼
San Francisco, CA  94111-3580

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

R

**TX 5-493-741**

124175516

EFFECTIVE DATE OF REGISTRATION

FEB 1 3 2002

| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

EVERQUEST: THE RUINS OF KUNARK

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give    Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

WildStorm Productions, an imprint of DC Comics

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
X Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶    USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes X No
Pseudonymous?    ☐ Yes X No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
entire work - text and art

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    2001*    ◀ Year in all cases.    This information must be given

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.    Month▶ January *    Day▶ 2*    Year▶ 2002*
USA    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America Inc.
c/o DC Comics, 1700 Broadway, New York, NY 10019

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

by written agreement

APPLICATION RECEIVED
FEB 13 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 13 2002
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions    • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ___ pages

\*Amended by C.O. from phone call to
Camille Truchel on March 20, 2002.

EXAMINED BY

CHECKED BY

□ CORRESPONDENCE
    Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

□ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** □ This is the first published edition of a work previously registered in unpublished form.

**b.** □ This is the first application submitted by this author as copyright claimant.

**c.** □ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**        **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

EVERQUEST character graphics based on character graphics in EVERQUEST computer game.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New story text and art with new graphics of old and new characters.

**6**

See instructions
before completing
this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a □ Copies and Phonorecords        b □ Copies Only        c □ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**Name ▼**        **Account Number ▼**

DC Comics        011355

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Camille Truchel
DC Comics - 3rd Fl.
1700 Broadway  New York, NY 10019
                    Area Code and Telephone Number ▶  212/636-5420

**9**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

□ author
□ other copyright claimant
□ owner of exclusive right(s)
☒ authorized agent of  Sony Online Entertainment
                        America Inc.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Camille Truchel                    date ▶ 5/11/02

        Handwritten signature (X) ▼

        *Camille Truchel*

**10**

**MAIL CERTIFICATE TO**

**Name ▼**
DC Comics
        Attn: Camille Truchel - 3rd Fl.
**Number/Street/Apartment Number ▼**
1700 Broadway
**City/State/ZIP ▼**
New York          New York          10019

Certificate
will be
mailed in
window
envelope

**YOU MUST**
· Complete all necessary spaces
· Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

\*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1995—400,000  ⊕ PRINTED ON RECYCLED PAPER        U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 5-593-463

EF.

| 08 | 22 | 02 |
|----|----|----|
| Month | Day | Year |

128350549

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

EVERQUEST: TRANSFORMATION

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**

WildStorm Productions, an imprint of DC Comics

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

entire work - text and art

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002    ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ June    Day ▶ 12    Year ▶ 2002    USA    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sony Computer Entertainment America
c/o DC Comics, 1700 Broadway, New York, NY 10019

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

by written agreement

APPLICATION RECEIVED
AUG 22 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 22 2002
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
EVERQUEST character graphics based on character graphics in the EVERQUEST computer game.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New story text and art with new graphics of old and new characters.

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a** Name ▼                                    Account Number ▼
DC Comics                                      011355

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

**b** Camille Truchel
DC Comics  - 3rd Floor
1700 Broadway, New York, NY 10019
Area code and daytime telephone number ▶ 212/636-5420          Fax number ▶ 212/636-5595
Email ▶ camille.truchel@dccomics.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s) Sony Online Entertainment
☒ authorized agent of                    America
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Camille Truchel                                              Date▶ 8/14/02

Handwritten signature (X) ▼
X _Camille Truchel_

**8**

The filing fee of $20.00 is effective through December 31, 1998. After that date, please write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

| Mail certificate to: | Name ▼ DC Comics Attn: Camille Truchel |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ 1700 Broadway  - 3rd Fl. |
| | City/State/ZIP ▼ New York    New York    10019 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

September 1997—300,000   ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1997-417/750-60,022

129843756

129843756

# FORM TX
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE



R

TX 5-635-557

**EFFECTIVE DATE OF REGISTRATION**

Month _NOV_  Day _01_  Year _02_

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK▼**

EverQuest: Planes of Power - Prima's Official Strategy Guide by Debra McBride & David Cassady

**PREVIOUS OR ALTERNATIVE TITLES▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** | **Number ▼** | **Issue Date ▼** | **On Pages ▼**

---

**NAME OF AUTHOR▼**

Prima Games

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☒ Yes ☐ No | OR { Citizen of ▶ United States { Domiciled in ▶ | Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No  If the answer to either of these questions is "Yes," see detailed instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed▼
Author of text and compilation of screen shots.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes ☐ No | OR { Citizen of ▶ { Domiciled in ▶ | Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No  If the answer to either of these questions is "Yes," see detailed instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed▼

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes ☐ No | OR { Citizen of ▶ { Domiciled in ▶ | Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No  If the answer to either of these questions is "Yes," see detailed instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 10  Day ▶ 23  Year ▶ 2002
United States ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2▼

Sony Computer Entertainment America Inc. c/o Prima Games
3000 Lava Ridge Court
Roseville, CA 95661

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright▼

By written agreement.

APPLICATION RECEIVED
NOV 0 1 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 0 1 2002
REMITTANCE NUMBER AND DATE

See instructions before completing this space.

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of **2** pages

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes,"   **Previous Registration Number ▼**   **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates▼

EverQuest: Planes of Power electronic entertainment software game.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed▼

Text and compilation of screen shots.

See instructions before completing this space.

### ---space deleted---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only     See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**     **Account Number ▼**

Prima Entertainment     DA077933

**CORRESPONDENCE** Give name and address to which correspondence about this application should be   Name/Address/Apt/City/State/ZIP ▼

Marilyn Clay c/o Prima Games

3000 Lava Ridge Court

Roseville, CA 95661

Be sure to give your daytime phone number.

Area Code & Telephone Number ▶ (916) 787-4446

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Prima Games

of the work identified in this application and that the statements made by me in this application are correct to the best of my   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Marilyn Clay     date ▶ 10/30/02

Handwritten signature (X) ▼ _Marilyn Clay_

| MAIL CERTIFICATE TO | **Name ▼** Prima Games |
| | **Number/Street/Apartment Number ▼** 3000 Lava Ridge Court |
| Certificate will be mailed in window envelope | **City/State/ZIP ▼** Roseville, CA 95661 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www copyright gov* write the Copy-
right



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



**TX 6-052-320**



EFFECTIVE DATE OF REGISTRATION

| 10 | 13 | 2004 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

EverQuest Role Playing Game  Player's Handbook

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
Sony Computer Entertainment America Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ Delaware

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Handbook to Role Playing Game

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ September    Day ▶ 1    Year ▶ 2002
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America Inc
919 East Hillsdale Boulevard
Foster City, CA 94404

*See instructions before completing this space*

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
OCT 1 3 2004
ONE DEPOSIT RECEIVED

OCT 1 3 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions.    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | Joe | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box ) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes   give  Previous Registration Number ▶            Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed  ▼

**b**

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                                               Account Number ▼

Sony Interactive Entertainment Inc                  DA079839

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼

Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City  CA 94404

**b**

Area code and daytime telephone number ▶ 650-655 8000              Fax number ▶ 650-655-7350

Email ▶

**7**

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sony Computer Entertainment America Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Riley R Russell                                    Date ▶ 10 /11/ 04

Handwritten signature (X) ▼

X _____ Riley R Russell _____

**8**

**9**

| Certificate will be mailed in window envelope to this address | Name ▼ |
|---|---|
| | Christine DeNezza c/o SCEA |
| | Number/Street/Apt ▼ |
| | 919 East Hillsdale Boulevard |
| | City/State/ZIP ▼ |
| | Foster City, CA 94404 |

Complete all necessary spaces
Sign your application in space 8

1  Application form
2  Nonrefundable filing fee in check or money order payable to Register of Copyrights
3  Deposit material

Library of Congress
Copyright Office  TX
101 Independence Avenue S E
Washington D C  20559-6222

Fees are subject to change  For current fees check the Copyright Office website at www.copyright.gov write the Copyright Office or call (202) 707-3000.

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  July 2003—xxx   Web Rev  July 2003    ♻ Printed on recycled paper

Copyright Office fees are subject to change. For cur~~~~~~~~ffice website~~~~~~~~ right Of~~~~~

138292256



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-058-975**



EFFEC.

10    13    04
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
**TITLE OF THIS WORK ▼**
EVERQUEST ATLAS: THE MAPS OF MYRIST

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**    **NAME OF AUTHOR ▼**
Sony Computer Entertainment America Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Delaware

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Atlas

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared as "Author" of that part, and leave the space for dates of birth and death blank.

**b**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**    **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**    This information must be given in all cases.
2002 ◀Year

**b**    **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**    Complete this information ONLY if this work has been published.
Month ▶ October    Day ▶ 14    Year ▶ 2002
United States    ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 13 2004
ONE DEPOSIT RECEIVED
OCT 13 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | *(signature)* | FORM TX |
|---|---|---|
| CHECKED BY | | |

| □ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▶**          **Year of Registration ▶**

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                      Account Number ▼

Sony Interactive Entertainment Inc.          DA079839

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name / Address / Apt / City / State / ZIP ▼

Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404

Area code and daytime telephone number ▶ 650-655-8000          Fax number ▶ 650-655-7350

Email ▶

**b**

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sony Computer Entertainment America Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Riley R. Russell                                    Date ▶ 10/11/04

Handwritten signature (X) ▼

X _____ *Riley Russell* _____

| Certificate will be mailed in window envelope to this address: | Name ▼ Christine DeNezza c/o SCEA | • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 919 East Hillsdale Boulevard | 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* 3. Deposit material |
| | City/State/ZIP ▼ Foster City, CA 94404 | Library of Congress Copyright Office - TX 101 Independence Avenue, S.E. Washington, D.C. 20559-6222 |

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx   Web Rev: July 2003   ♻ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

**Registration Number:**

# TX 6-838-742

**Effective date of registration:**

April 18, 2008

## Title

| | |
|---|---|
| **Title of Work:** | EverQuest: The Blood Red Harp |

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** September 19, 2006    **Nation of 1st Publication:** United States

## Author

- **Author:** Elaine Cunningham
  **Author Created:** text

  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Sony Computer Entertainment America, Inc.

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Perseus Books Group

**Name:** Mellisa Brandt

**Email:** mellisa.brandt@perseusbooks.com    **Telephone:** 617-252-5257

**Address:** 11 Cambridge Center

Cambridge, MA 02142  United States

## Certification

**Name:** Justin Lovell

**Date:** April 15, 2008

**IPN#:**

**Registration #:**    TX0006838742

**Service Request #:**    1-55699318

Perseus Books Group
Justin Lovell
11 Cambridge Center
Cambridge, MA 02142  United States

Registration Number:

# TX 6-863-197

**Effective date of registration:**

July 23, 2008

## Title
**Title of Work:** EverQuest: Truth and Steel

## Completion/ Publication
**Year of Completion:** 2006

**Date of 1st Publication:** August 15, 2006          **Nation of 1st Publication:** United States

## Author
■          **Author:** Sony Computer Entertainment America Inc.

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Sony Computer Entertainment America Inc.

## Rights and Permissions
**Organization Name:** Perseus Books Group

**Name:** Permissions 1-1AHLQL

**Email:** permissions@perseusbooks.com          **Telephone:** 617-252-5257

**Address:** 11 Cambridge Center

Cambridge, MA 02142 United States

## Certification
**Name:** Justin Lovell

**Date:** June 25, 2008

**Correspondence:** Yes

**IPN#:**

**Registration #:**    TX0006863197

**Service Request #:**    1-71932666

Perseus Books Group
Justin Lovell
11 Cambridge Center
Cambridge, MA 02142  United States

**FEE CHANGES**

Registration filing fees are effective through June 30, 1999. For information c... changes, write the Copyright Offic... http://www.loc.gov/copyright, or call ... 3000. Beginning as early as Januar... the Copyright Office may impose ... charge when insufficient fees are received.

098617238

**FORM VA**
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-015-154**

5 - 18 - 99
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

EVERQUEST MAP

**NATURE OF THIS WORK ▼** See instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work**

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        O

## 2

**a** **NAME OF AUTHOR ▼**

Sony Computer Entertainment America, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1999

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ USA

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
1998
This information must be given ▼Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month ▶ March   ▶ Day 16   ▶ 99 Year
ONLY if this work has been published.
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America, Inc.
989 East Hillsdale Blvd.
Foster City, CA 94404

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
MAY 18 1999
ONE DEPOSIT RECEIVED
MAY 18 1999
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
| | Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ **Yes** ☒ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box.)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number**  **Year of Registration**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

**6**

a

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**  **Account Number ▼**

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP

Tsan Merritt-Poree, Esq.
Cooley Godward LLP
One Maritime Plaza, 20th Floor
San Francisco, CA  94111

b

Area code and daytime telephone number ▶ ( 415 ) 693-2287    Fax number ▶ ( 415 ) 951-3699

Email ▶ merrittporee@cooley.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Sony Computer Entertainment America, Inc.**
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

TSAN MERRITT-POREE    Date 17 May 99

☞ **Handwritten signature (X) ▼**

X

**9**

Mail certificate to:

Certificate will be mailed in window envelope

**Name ▼**
Tsan Merritt-Poree

**Number/Street/Apt ▼**
Cooley Godward, LLP, One Maritime Plaza, 20th Floor

**City/State/ZIP ▼**
San Francisco, CA  94111

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20* filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*Registration fees are effective through June 30, 1999. For the latest fee information, write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1998—125,000    ♻ PRINTED ON RECYCLED PAPER    ✰U.S. GOVERNMENT PRINTING OFFICE: 1996-432-381/80,014



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REG

**VAu 529 – 434**




EFFECTIVE DATE OF REGISTRATION

6 -- 8 -- 01
Month      Day      Year

122017693

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK** ▼

The Shadows of Luclin

**NATURE OF THIS WORK** ▼ See instructions

Artwork (oil painting)

**PREVIOUS OR ALTERNATIVE TITLES** ▼

EverQuest: The Shadows of Luclin

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work** ▼

If published in a periodical or serial give: **Volume** ▼     **Number** ▼     **Issue Date** ▼     **On Pages** ▼

---

**2**

**a**

**NAME OF AUTHOR** ▼

Sony Online Entertainment Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☒ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
This information must be given in all cases.
2001 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____ ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Online Entertainment Inc.
8928 Terman Court
San Diego, CA. 92121

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED**
JUN 08 2001
**ONE DEPOSIT RECEIVED**
JUN 08 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK** ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____    FORM V

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give:  **Previous Registration Number**▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**    Identify any preexisting work or works that this work is based on or incorporates▼

b. **Material Added to This Work**    Give a brief, general statement of the material that has been added to this work and in which copyright is claimed▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                               **Account Number** ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP▼
Jennifer L. Hall, Esq., Director, Legal and Business Affairs
Sony Online Entertainment Inc.
8928 Terman Court
San Diego, CA. 92121
Area Code and Telephone Number ▶ (858)577-3359    Fax (858)577-3356    jhall@station.sony.com

**7**

Be sure to give your daytime phone number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    Sony Online Entertainment Inc.
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jennifer L. Hall                                      Date ▶ June 6, 2001

**Handwritten signature (X)** ▼

**8**

**MAIL CERTIFI-CATE TO**

Name ▼
Jennifer L. Hall, Esq./ Sony Online Entertainment Inc.
Number/Street/Apt ▼
8928 Terman Court
City/State/ZIP ▼
San Diego, CA. 92121

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces.
• Sign your application in space 8.
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to  Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. section 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

LegalStar, 19