NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (*pro hac vice* pending)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*pro hac vice* pending)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*pro hac vice* pending)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY LLC*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC, <br><br> Plaintiff, <br><br> v. <br><br> KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive, <br><br> Defendants. | CONFIDENTIAL ~~FILED UNDER SEAL~~ <br><br> Case No. '25CV1489 BAS BLM <br><br> **DECLARATION OF WALTER TUANQUI IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER** <br><br> Date: <br> Time: <br> Ctrm: |

I, Walter Tuanqui, declare as follows:

**BACKGROUND AND QUALIFICATIONS**

1. I am a QA Analyst at Daybreak Game Company LLC ("Daybreak"), a position I have held since November 13, 2023. I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. As QA Analyst at Daybreak, I am responsible for quality assurance and testing of Daybreak games. In this capacity, I have extensive knowledge of EverQuest's visual assets, character designs, environmental elements, user interface components, and technical architecture.

3. I hold a Bachelor of Arts in Asian Studies from San Diego State University and have 18 years of experience in game development and technical analysis. I have worked directly on EverQuest content development and am intimately familiar with the game's proprietary visual and technical elements.

4. I am familiar with the distinctive visual elements, character designs, environmental assets, and user interface components that comprise EverQuest's copyrighted content, having been involved in their creation, modification, and maintenance.

**ANALYSIS OF "THE HEROES' JOURNEY" EMULATOR**

5. At the direction of Daybreak management, I conducted a comprehensive technical and visual analysis of "The Heroes' Journey" ("THJ") emulator to identify instances of copying or unauthorized use of Daybreak's copyrighted EverQuest content.

6. I accessed THJ through its website at heroesjourneyemu.com, downloaded and installed the THJ client software, used the THJ software to play THJ, and systematically compared THJ's visual and technical elements against EverQuest's proprietary content.

7. For certain character comparisons (Lady Vox, Lord Nagafen, Innoruuk, and Cazic-Thule, I was unable to capture direct screenshots from the THJ client due to level restrictions in the THJ emulator, my in game character could not access high-level boss encounters like Lady Vox, Lord Nagafen, Innorruk, and Cazic-Thule. To obtain accurate visual representations of how these characters appear in THJ, I located and reviewed gameplay videos on YouTube that displayed these specific characters.

8. My analysis included examination of character models, environmental assets, user interface elements, spell effects, item designs, narrative content, and overall visual presentation within THJ.

**EVIDENCE OF DIRECT COPYING - CHARACTER DESIGNS**

9. Through my analysis, I observed numerous instances where THJ reproduces visual characteristics that are identical or substantially similar to EverQuest's distinctive character designs:

    a. **Lady Vox**: THJ's Lady Vox has the same white dragon appearance, wing structure, facial features, and ice-based visual effects as EverQuest's Lady Vox character.

    b. **Lord Nagafen:** THJ's Lord Nagafen has the same red dragon design, scale patterns, horn configuration, body proportions, and fire-based visual effects as EverQuest's Lord Nagafen character.

    c. **Innoruuk:** THJ's Innoruuk has the same dark deity appearance, facial features, body structure, clothing/armor design, and dark magical effects as EverQuest's Innoruuk character.

    d. **Cazic-Thule:** THJ's Cazic-Thule has the same fear deity appearance, physical characteristics, color scheme, and associated visual effects as EverQuest's Cazic-Thule character.

10. I observed that these characters in THJ match EverQuest's character designs in numerous specific visual details.

**EVIDENCE OF DIRECT COPYING - ENVIRONMENTAL ASSETS**

11. My analysis revealed the following observations regarding THJ's environmental and location assets:

    a. **Zone Architecture:** THJ reproduces architectural elements that match various EverQuest zones, including building designs, structural layouts, and environmental details.

    b. **Terrain Features:** THJ contains terrain elements that match EverQuest's terrain, including rock formations, water features, and landscape designs.

    c. **Ambient Elements:** THJ reproduces visual elements that match EverQuest's ambient elements, including lighting effects, atmospheric elements, and environmental details.

**EVIDENCE OF DIRECT COPYING - USER INTERFACE ELEMENTS**

12. THJ's user interface contains elements that match EverQuest's interface design:

    a. **Window Layouts:** THJ has window arrangements, sizing, and organizational structure for inventory, character stats, and other interface elements that match EverQuest's interface.

    b. **Visual Design Elements:** THJ contains visual design elements that match EverQuest's interface, including button designs, background textures, and decorative elements.

    c. **Iconography:** THJ uses icons and visual symbols that match EverQuest's interface iconography.

**EVIDENCE OF DIRECT COPYING - SPELL AND VISUAL EFFECTS**

13. THJ contains spell effects and visual elements that match EverQuest's effects:

a. **Spell Animations:** THJ has spell effect animations, including particle effects, color schemes, and visual behaviors that match EverQuest's spell effects.

b. **Combat Effects:** THJ contains combat visual effects, including weapon effects, damage indicators, and special ability animations that match EverQuest's combat effects.

**OBSERVED NARRATIVE AND TEXT CONTENT**

14. My analysis revealed that THJ contains narrative elements and text content that matches EverQuest content:

a. **Character Dialogue:** THJ includes dialogue text that matches or closely parallels EverQuest's character interactions and storylines.

b. **Quest Content:** THJ contains quest descriptions, objectives, and narrative elements that are identical or substantially similar to EverQuest's content.

c. **Lore Elements:** THJ incorporates lore, backstory, and world-building elements that match EverQuest's fictional universe.

**TECHNICAL OBSERVATIONS**

15. Based on my technical analysis and comparison, I observed that THJ reproduces EverQuest's visual and content elements across multiple categories including characters, environments, interface elements, effects, and narrative content.

16. The visual elements reproduced in THJ match elements that EverQuest has used for many years.

17. I observed similarities across multiple categories of content - characters, environments, interface elements, effects, and narrative content.

**VISUAL EVIDENCE**

18. I captured screenshots from my gameplay of THJ. For visual evidence of Lady Vox, Lord Nagafen, Innoruuk, and Cazic-Thule in THJ, I was unable to

1 capture direct screenshots from the THJ client due to level restrictions in the THJ
2 emulator and the current level of my in game character. To obtain accurate visual
3 representations of how these characters appear in THJ, I located and reviewed THJ
4 gameplay videos on YouTube.

5     19.   I identified the following YouTube videos as containing clear footage
6 of these THJ characters that appears to be unedited:

7       a.   **Lady Vox:** EverQuest The Heroes Journey | SHD/SHM/ROG
8 Lvl 47 | Ep 38 | Lady Vox at
9 https://www.youtube.com/watch?v=vKARWcdcmbw, uploaded by
10 EverQuestOG on May 1, 2025.

11       b.   **Lord Nagafen:** EverQuest The Heroes Journey |
12 SHD/SHM/ROG Lvl 47 | Ep 37 | Lord Nagafen at
13 https://www.youtube.com/watch?v=Lu6-bFn1RVw, uploaded by
14 EverQuestOG on April 30, 2025.

15       c.   **Innoruuk:** Eps. 05 "Slaying Innoruuk!" | Heroes' Journey Emu |
16 EverQuest at https://www.youtube.com/watch?v=O5wXkg40Yeo, uploaded
17 by LevelUpLarry on January 21, 2025.

18       d.   **Cazic-Thule:** Eps. 06 "Slaying Cazic-Thule!" | Heroes' Journey
19 Emu | EverQuest at https://www.youtube.com/watch?v=Jasy3izlRhI,
20 uploaded by LevelUpLarry on January 21, 2025.

21     20.   I personally viewed each video to assess: a) whether the videos
22 appeared to show THJ gameplay based on my familiarity with the game's interface,
23 environment, and visual style; b) whether the character models displayed were
24 consistent with what I observed during my direct THJ client access; and c) whether
25 the video quality was sufficient to accurately capture the visual details of the
26 characters.

21. I captured screenshots from these THJ YouTube videos on or around June 3, 2025, using standard screenshot methods. I selected frames that provided the clearest views of each character's visual features.

22. Based on my experience with THJ's visual elements from my direct client access, the character models shown in these YouTube videos appeared consistent with the THJ game environment and visual style that I observed during my own gameplay.

23. I have prepared side-by-side visual comparisons showing the similarities I observed between EverQuest and THJ. These comparisons are attached hereto as Exhibits A through D:

> **Exhibit A**: Character comparison screenshots (Lady Vox, Lord Nagafen, Innoruuk, and Cazic-Thule).
>
> **Exhibit B:** Environmental asset comparisons
>
> **Exhibit C:** User interface element comparisons
>
> **Exhibit D:** Spell effect and visual element comparisons

24. Exhibit A was created by taking screenshots of EverQuest and the THJ screenshots were capture from the YouTube gameplay videos as described in paragraphs 18-22 above.

25. Exhibits B-D were created by taking screenshots of both EverQuest and THJ under similar conditions and organizing them for direct visual comparison. They accurately represent the visual content present in both games as of June 3, 2025.

**CONCLUSION**

26. I have conducted a comprehensive technical analysis and visual comparison of EverQuest and THJ. I observed similarities between THJ and EverQuest across multiple categories of visual and creative content.

27. The visual comparisons attached as exhibits show the similarities I observed between the two games.

Case 3:25-cv-01489-BAS-BLM   Document 1-10   Filed 06/14/25   PageID.235   Page 8 of 8
Docusign Envelope ID: 4B24697E-10B6-44D8-B5    D26945A5AD

1
2      I declare under penalty of perjury under the laws of the United States of
3 America that the foregoing is true and correct. Executed in San Diego, California
4 on June 10, 2025.

*Signed by:*
*Walter Tuanqui*
C265127C7D424D5...

6      Walter Tuanqui

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.
TUANQUI DECL. ISO TRO