NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (*pro hac vice* pending)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*pro hac vice* pending)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*pro hac vice* pending)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Plaintiff*
DAYBREAK GAME COMPANY LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive,<br><br>Defendants. | CONFIDENTIAL – ~~FILED UNDER SEAL~~<br><br>Case No. '25CV1489 BAS BLM<br><br>**DECLARATION OF DAVID YOUSSEFI IN SUPPORT OF PLAINTIFF DAYBREAK GAME COMPANY LLC'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS *EX PARTE* MOTION TO FILE UNDER SEAL**<br><br>Date:<br>Time:<br>Ctrm: |

1

Case No. _____
YOUSEFFI DECL. ISO EPA TO FILE UNDER SEAL

US_ACTIVE\130502152\V-1

I, David Youssefi, hereby declare as follows:

1. I am over 18 years of age and otherwise competent and qualified to testify on the statements contained herein if called upon to do so at a hearing or trial on this matter. I have personal knowledge of the matters contained herein and, to the best of my knowledge and belief, the averments contained herein are true and correct.

2. I am a Senior Vice President at and the General Counsel of Daybreak Game Company LLC ("Daybreak").

3. In connection with the above-captioned matter, Daybreak has filed a Complaint against Defendants Kristopher Takahashi, Alexander Taylor, Does 1-20, inclusive (collectively "Defendants") as well as an *Ex Parte* Application For Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; Motion For Expedited Discovery; Motion For Alternative Service ("Motion Papers").

4. Both the Complaint and Motion Papers specifically reference and incorporate the sensitive nature of the filing of this action given Defendants' business strategy and the likelihood that Defendants will destroy or conceal critical documents relating to this litigation when they obtain notice of the action.

5. Exposure to Defendants and the public of the commencement of this action prior to an order issuing injunctive relief would likely render this action useless and place Daybreak at a significant disadvantage.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct. Executed this 10th day of June, 2025, at San Diego, California.


DocuSigned by:
D4CB00F6CA2145B...

David Youssefi

2

Case No.
MOTION & MEMORANDUM
ISO MOTION TO SEAL