## EXHIBIT A – Character Comparison Screenshots

**Lady Vox**

| EverQuest | The Heroes' Journey |
|---|---|
|  |  |
| |  |

# Lord Nagafen

| EverQuest | The Heroes' Journey |
|---|---|
|  |  |
|  | |

## Innoruuk



## Cazic-Thule



