## Exhibit B - Environmental Asset Comparisons

### Zone Architecture





14

Case No.
TUANQUI DECL. ISO TRO

## 4.b. Terrain

| EverQuest | The Heroes' Journey |
|---|---|
| | |
| | |
| | |

15

Case No.
TUANQUI DECL. ISO TRO

 

### 4.c. Ambient Elements

| EverQuest | The Heroes' Journey |
|---|---|

 

Case No.
TUANQUI DECL. ISO TRO






17

Case No.
TUANQUI DECL. ISO TRO


