# Exhibit C - User Interface Element Comparisons

## 5.a. Window Layouts

| EverQuest | The Heroes' Journey |
|---|---|
|  |  |
|  |  |

| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

**Skin of Milk**
Description
Skin of Milk
No Trade
Size: TINY
Weight: 0.1
☐ Modified
This is a refreshing drink.

**Bread Cakes***
Description
Bread Cakes*
No Trade
Size: SMALL
Weight: 1.0
☐ Modified
This is a hearty meal.

**Skin of Milk**
Description
Skin of Milk
Class: ALL
Race: ALL
Size: TINY
Weight: 0.1
☐ Modified
This is a refreshing drink.
Stackable Count: 100
Value: 1cp

**Bread Cakes**
Description
Bread Cakes
Class: ALL
Race: ALL
Size: SMALL
Weight: 1.0
☐ Modified
This is a hearty meal.
Stackable Count: 100
Value: 1cp

**Spell: Blast of Cold**
Level: 1
Skill: Evocation
Mana: 8
Cast: 1.5 sec
Resist: Cold
Target: Single
Reflectable: Yes
Range: 200
Duration: Instant
Covers your target in a thin layer of frost, causing between 11 and 18 damage.

On You: Your skin goes numb.
On Other: Soandso's skin goes numb.

**Spell: Blast of Cold**
Level: 1
Skill: Evocation
Mana: 8
Cast: 1.5 sec (1.5 sec)
Spell Effect: Covers your target in a thin layer of frost, causing between 11 and 18 damage.

RecoveryTime: 1.50    RecastTime: 1.50
Range: 200
Resist: Cold/Ice

**Spell: Courage**
Level: 1
Skill: Abjuration
Mana: 12
Cast: 2 sec
Spell Line: Courage
Target: Single
Range: 100
Duration: 12:00
Provides your target with a sense of courage, increasing their hit points and armor class for 0:27:00.

On You: You feel a rush of courage.
On Other: Soandso looks courageous.
Wears Off: You feel less courageous.

**Spell: Courage**
Duration: 12m
Level: 1
Skill: Abjuration
Mana: 12
Cast: 2.0 sec (1.8 sec)
Spell Effect: Provides your target with a sense of courage, increasing their hit points and armor class for 0:27:00.

Duration: 27.0 minutes
RecoveryTime: 1.50    RecastTime: 1.50
Range: 100

Slot 1: Increase AC by 2 (L8) to 15 (L26)
Slot 2: Increase Maximum Hitpoints by 18 (L8) to 20 (L10)
Slot 3: Increase HP when cast by 18 (L8) to 20 (L10)
Cast on you: You feel a rush of courage.
Cast on another: looks courageous.
Wears off: You feel less courageous.

**Spell: Minor Healing**
Level: 1
Skill: Alteration
Mana: 10
Cast: 1.5 sec
Spell Line: Holy Remedy
Target: Single
Range: 100
Duration: Instant
Mends minor wounds, healing 12 hit points.

On You: You feel a little better.
On Other: Soandso feels a little better.

**Spell: Minor Healing**
Level: 1
Skill: Alteration
Mana: 10
Cast: 1.5 sec (1.3 sec)
Spell Effect: Mends minor wounds, healing between 12 and 20 hit points.

RecoveryTime: 1.50    RecastTime: 1.50
Range: 100

Slot 1: Increase Hitpoints by UnknownCalc002
Cast on you: You feel a little better.
Cast on another: feels a little better.




## 5.b. Visual Design





## 5.c. Iconography

| EverQuest | The Heroes' Journey |
|---|---|
|  |  |
|  |  |

24

Case No.
TUANQUI DECL. ISO TRO



