# Exhibit D - Spell Effect And Visual Element Comparisons

## 6.a. Spell Animations






### 6.b. Combat Effects

| EverQuest | The Heroes' Journey |









## 7.a. Character Dialogue

| EverQuest | The Heroes' Journey |
|---|---|
| Murtog MacYee - 100% (Alchemy Supplies) | Murtog MacYee |
| You say, 'Hail, Murtog MacYee' Murtog MacYee says, 'Greetin's! I've many fine herbs and potions fer sale. Please look around.' Targeted (Merchant): Holana Oleary Stand close to and right click on the Merchant to begin a transaction. You say, 'Hail, Holana Oleary' Holana Oleary says, 'Hmph. Hello, how are ye an' how do ye do? Now, what are ye planning to buy?' Murtog MacYee says, 'Dinnae be rude to the customers, Holana.' | Targeted (Merchant): Murtog MacYee Stand close to and right click on the Merchant to begin a transaction. Murtog MacYee says 'Greetin's! I've many fine herbs and potions fer sale. Please look around.' Targeted (Merchant): Holana Oleary Stand close to and right click on the Merchant to begin a transaction. Holana Oleary says 'Hmph. Hello, how are ye an' how do ye do? Now, what are ye planning to buy?' |






## 7.b. Quest Content

| EverQuest | The Heroes' Journey |
|---|---|
| Tarker Blazetoss - 100% (Wizard Guildmaster) | Tarker Blazetoss |
| Camlend Serbold - 100% (Paladin Guildmaster) | Camlend Serbold |








Case No.
TUANQUI DECL. ISO TRO

## 7.c. Lore Elements

| EverQuest | The Heroes' Journey |
|---|---|
| **Berserker**<br><br>There are some in Norrath that are born with an innate rage that, if controlled, can become a powerful weapon. They are called berserkers. The berserker is a master of the two-handed axe and of throwing weapons. To keep their bodies light and swift, berserkers wear light chain armor.<br><br>Berserkers are fearsome fighters that possess inordinate amounts of strength and bravery. They lunge into battle swinging large two-handed axes or hurtling throwing weapons at their prey. They carry huge axes because of the damage they deal and for the fear the weapons instill in the enemy. As great as a berserker's skill with a two-handed axe is, his skill with throwing weapons cannot be overlooked. As he becomes more powerful, he can infuse his rage into various thrown weapons, causing dire effects when they strike a foe. | **Berserker**<br><br>There are some in Norrath that are born with an innate rage that, if controlled, can become a powerful weapon. They are called berserkers. The berserker is a master of the two-handed axe and of throwing weapons. To keep their bodies light and swift, berserkers wear light chain armor.<br><br>Berserkers are fearsome fighters that possess inordinate amounts of strength and bravery. They lunge into battle swinging large two-handed axes or hurtling throwing weapons at their prey. They carry huge axes because of the damage they deal and for the fear the weapons instill in the enemy. As great as a berserker's skill with a two-handed axe is, his skill with throwing weapons cannot be overlooked. As he becomes more powerful, he can infuse his rage into various thrown weapons, causing dire effects when they strike a foe. |





**Necromancer**

Necromancers are servants of the dark gods, studying ancient and mysterious tomes to gain power over the world of the dead. Necromancers are primarily a magic-using class, with the ability to wear cloth armor and wield blunt weapons and daggers.

Necromancers are able to raise the dead, commanding them to do their bidding and aid them in battle. A skeletal servant often accompanies the necromancer in her adventures throughout Norrath. Necromancers have mastered the powers of poison and disease, allowing them to assault their enemies with damaging afflictions that savage their vitality over time.

> **Rogue**
>
> Rogues are the stealthy thieves and vicious assassins that stalk the shadows of Norrath. Rogues are primarily a melee class, able to wear chain armor and use piercing, slashing and some blunt weapons.
>
> Rogues are sneaky fighters who always seek to take advantage of enemies by attacking from behind. Rogues can backstab enemies for extra damage, using poisoned weapons for added effect. Rogues can detect traps, pick locks and pockets, and fall safely from great heights.
>
> Rogues are known for their ability to sneak and hide. This allows them to move almost anywhere, exploring the dangers that lie ahead. Combined with rogue items that use illusions, rogues make excellent scouts.

> **Rogue**
>
> Rogues are the stealthy thieves and vicious assassins that stalk the shadows of Norrath. Rogues are primarily a melee class, able to wear chain armor and use piercing, slashing and some blunt weapons.
>
> Rogues are sneaky fighters who always seek to take advantage of enemies by attacking from behind. Rogues can backstab enemies for extra damage, using poisoned weapons for added effect. Rogues can detect traps, pick locks and pockets, and fall safely from great heights.
>
> Rogues are known for their ability to sneak and hide. This allows them to move almost anywhere, exploring the dangers that lie ahead. Combined with rogue items that use illusions, rogues make excellent scouts.



Case No.
TUANQUI DECL. ISO TRO

**Froglok**

The Frogloks are a race of sentient amphibians. While they may be short, Frogloks are sturdy. They can swim underwater for long distances and can see well in the dark. They are clumsy on land as they are required to hop, but they can cross great distances with each leap.

**Froglok**

The Frogloks are a race of sentient amphibians. While they may be short, Frogloks are sturdy. They can swim underwater for long distances and can see well in the dark. They are clumsy on land as they are required to hop, but they can cross great distances with each leap.

**Wood Elf**

The Wood Elves, or Feir'Dal, are more accepting of others than their cousins, the High Elves. Like their Elven cousins, Wood Elves only reach about five feet in height and have very attractive and subtle features. Their skins are tinged an oaken color so that they blend with their natural surroundings in the forests.

Wood Elves generally regard those who respect nature as friends, especially rangers and druids. The Wood Elves believe in co-existing with their natural surroundings as opposed to shaping them. This leads most of their kind to worship Tunare, the Mother of All. The Feir'Dal harness the powers of song and the living, breathing properties of their environment. Wood Elves are known for their love of celebration and good food. A good song will also tweak their pointed ears.

♂ ♀

**Wood Elf**

The Wood Elves, or Feir'Dal, are more accepting of others than their cousins, the High Elves. Like their Elven cousins, Wood Elves only reach about five feet in height and have very attractive and subtle features. Their skins are tinged an oaken color so that they blend with their natural surroundings in the forests.

Wood Elves generally regard those who respect nature as friends, especially rangers and druids. The Wood Elves believe in co-existing with their natural surroundings as opposed to shaping them. This leads most of their kind to worship Tunare, the Mother of All. The Feir'Dal harness the powers of song and the living, breathing properties of their environment. Wood Elves are known for their love of celebration and good food. A good song will also tweak their pointed ears.

**Bertoxxulous**

**BERTOXXULOUS - THE PLAGUEBRINGER**

Followers of Bertoxxulous believe the only truth on Norrath is that everything dies. They view the decay of flesh as a thing of ultimate beauty. The subtle purples of a fresh bruise, the almost iridescent yellow/green of an infested pustule, are but a few of the things that his followers relish. It is not surprising that many of his followers pursue the dark art of necromancy, for to them nothing is more desirable than to be surrounded by beings who, even in undeath, continue to rot and decay. Do not take this to mean that his followers are suicidal or seek a quick death. To the contrary, they wish to live long, painful lives, spreading their dark, diseased stain across all Norrath.

**Bertoxxulous**

**BERTOXXULOUS - THE PLAGUEBRINGER**

Followers of Bertoxxulous believe the only truth on Norrath is that everything dies. They view the decay of flesh as a thing of ultimate beauty. The subtle purples of a fresh bruise, the almost iridescent yellow/green of an infested pustule, are but a few of the things that his followers relish. It is not surprising that many of his followers pursue the dark art of necromancy, for to them nothing is more desirable than to be surrounded by beings who, even in undeath, continue to rot and decay. Do not take this to mean that his followers are suicidal or seek a quick death. To the contrary, they wish to live long, painful lives, spreading their dark, diseased stain across all Norrath.

**Innoruuk**

**INNORUUK - THE PRINCE OF HATE**

Followers of Innoruuk include nearly the entire dark elven race, who regard Him as their 'Father'. They believe that Hate is a creative force, or rather 'THE' creative force in the universe. Creativity is born of destruction. Love and kindness are tools for those too ignorant to know what they want or too cowardly to do what is necessary to obtain their ends. It is only through the total disdain of one's enemies that one can gain true power over them. Pity and mercy have no power when confronted with contempt and viciousness. It is the honest belief of his followers that if they were to hate strong enough, they could destroy all of Norrath.

**Innoruuk**

**INNORUUK - THE PRINCE OF HATE**

Followers of Innoruuk include nearly the entire dark elven race, who regard Him as their 'Father'. They believe that Hate is a creative force, or rather 'THE' creative force in the universe. Creativity is born of destruction. Love and kindness are tools for those too ignorant to know what they want or too cowardly to do what is necessary to obtain their ends. It is only through the total disdain of one's enemies that one can gain true power over them. Pity and mercy have no power when confronted with contempt and viciousness. It is the honest belief of his followers that if they were to hate strong enough, they could destroy all of Norrath.

**Solusek Ro**

**SOLUSEK RO - THE BURNING PRINCE**

Followers of Solusek Ro believe in the raw and unbridled power of fire. Fire birthed the world and in fire shall it be consumed. True aggressive action is the only way for one to obtain what is desired. Power is gained by superior force. Followers of Ro have little fear. They are bold and brash and say what they mean and do what they say. Social graces are something they neither possess nor desire. They demand the respect of their peers and more often than not, earn it as well. Those who seek true elemental power follow Solusek Ro, and thus many wizards turn to his burning embrace.

**Solusek Ro**

**SOLUSEK RO - THE BURNING PRINCE**

Followers of Solusek Ro believe in the raw and unbridled power of fire. Fire birthed the world and in fire shall it be consumed. True aggressive action is the only way for one to obtain what is desired. Power is gained by superior force. Followers of Ro have little fear. They are bold and brash and say what they mean and do what they say. Social graces are something they neither possess nor desire. They demand the respect of their peers and more often than not, earn it as well. Those who seek true elemental power follow Solusek Ro, and thus many wizards turn to his burning embrace.




130503976