AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court, Southern District of California<br>333 West Broadway, Suite 420<br>San Diego, CA 92101 |
|---|---|
| DOCKET NO.<br>25cv01489-BAS-BLM | DATE FILED<br>6/14/2025 |
| PLAINTIFF<br>Daybreak Game Company LLC | DEFENDANT<br>Kristopher Takahashi; Alexander Taylor; Does 1-20, inclusive |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| Copyright Reg. No. | Title of Work | Author of Work |
|---|---|---|
| PA0000933147 | EverQuest (PC Version) | Sony Computer Entertainment America Inc. |
| TX0004879520 | EverQuest | Sony Computer Entertainment America Inc. |
| VA0001015154 | EverQuest Map | Sony Computer Entertainment America Inc. |
| PA0001001701 | EverQuest: The Ruins of Kunark | Sony Computer Entertainment America Inc. |
| PA0001077985 | EverQuest: The Scars of Velious | Sony Computer Entertainment America Inc. |
| PA0001084803 | EverQuest: The Shadows of Luclin | Sony Computer Entertainment America Inc. |
| PA0001245922 | EverQuest: Planes of Power | Sony Computer Entertainment America Inc. |
| TX0005635557 | EverQuest Planes of Power - Prima's Official Strategy Guide by Debra McBride & David Cassady | Prima Games |
| TX0005493741 | EverQuest: The Ruins of Kunark | WildStorm Productions, an imprint of DC Comics |
| TX0005593463 | EverQuest: Transformation | WildStorm Productions, an imprint of DC Comics |
| PA0001246135 | EverQuest: Lost Dungeons of Norrath | Sony Computer Entertainment America Inc. |
| PA0001245921 | EverQuest Online Adventures (North American Version for the PlayStation 2) | Sony Computer Entertainment America Inc. |
| PA0001246134 | EverQuest: Online Adventures: Frontiers (North American version for the PlayStation 2) | Sony Computer Entertainment America Inc. |
| PA0001246139 | EverQuest: The legacy of Ykesha | Sony Computer Entertainment America Inc. |
| PA0001256065 | EverQuest: Gates of Discord | Sony Computer Entertainment America Inc. |
| PA0001256081 | EverQuest: Omens of War | Sony Computer Entertainment America Inc. |
| TX0006058975 | EverQuest Atlas: The Maps of Myrist | Sony Computer Entertainment America Inc. |
| TX0006052320 | EverQuest Role-Playing Game: Player's Handbook | Sony Computer Entertainment America Inc. |
| PA0001259127 | EverQuest: Dragons of Norrath | Sony Computer Entertainment America Inc. |
| VAU000529434 | EverQuest: The Shadows of Luclin | Sony Online Entertainment Inc. |
| PA0002533846 | EverQuest: Rain of Fear *(Published 2012)* | Daybreak Game Company LLC |
| PA0002533847 | EverQuest: Rain of Fear - Server-Side Code | Daybreak Game Company LLC |
| PA0002533309 | EverQuest: Rain of Fear *(Published 2013)* | Daybreak Game Company LLC |
| TXu002490913 | EverQuest Franchise Primer | Daybreak Game Company LLC |

| TXu002491692 | Encyclopedia Norrathica – A complete and unabridged compilation of historical, geographical and theological writings of the world of EverQuest. | Daybreak Game Company LLC |
| --- | --- | --- |
| TXu002490919 | Norrathica - An edited compilation of historical, geographical and theological writings on the world of EverQuest | Daybreak Game Company LLC |