# U.S. District Court

## California Southern - San Diego

Receipt Date: Jun 10, 2025 4:37PM

NORMAN ASPIS  
15645 VIA MONTECRISTO  
SAN DIEGO , CA 92127

Rcpt. No: 161659        Trans. Date: Jun 10, 2025 4:37PM        Cashier ID: #SN (6532)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | 25CV1489 | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00  
Total Tendered: $405.00  
Total Cash Received: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.