NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (pro hac vice pending)
monica.richman@dentons.com
DANIEL A. SCHNAPP (pro hac vice pending)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (pro hac vice pending)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Plaintiff*
*Daybreak Game Company LLC*

**FILED**
Jun 14 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ gloriavocal    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC, <br><br> Plaintiff, <br> v. <br><br> KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive, <br><br> Defendants. | CONFIDENTIAL – ~~FILED UNDER SEAL~~ <br><br> Case No. '25CV1489 BAS BLM <br><br> **PLAINTIFF DAYBREAK GAME COMPANY LLC'S NOTICE OF PARTIES WITH FINANCIAL INTEREST [LOCAL RULE 40.2]** |

1

Case No.
Daybreak Game Company LLC's
Notice of Parties With Financial Interest

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 40.2, Plaintiff Daybreak Game Company LLC, through its undersigned counsel of record, hereby certifies that the following parties may have a financial interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff Daybreak Game Company LLC (a party to this action).
2. Defendant Kristopher Takahashi (a party to this action).
3. Defendant Alexander Taylor (a party to this action).
4. Dream Acquisition Company (a non-party to this action).

Dated: June 10, 2025

By: Respectfully submitted,

DENTONS US LLP

By: *Nicholas B. Janda*
Nicholas B. Janda
Monica B. Richman (*pro hac vice* pending)
Daniel A. Schnapp (*pro hac vice* pending)
Mary Kate Brennan (*pro hac vice* pending)

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY, LLC*

130503923