1  NICHOLAS B. JANDA (SBN 253610)
   nick.janda@dentons.com
2  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
3  Los Angeles, California 90017-5704
   Telephone: (213) 623-9300
4  Facsimile: (213) 623-9924

5  MONICA B. RICHMAN (pro hac vice pending)
   monica.richman@dentons.com
6  DANIEL A. SCHNAPP (pro hac vice pending)
   daniel.schnapp@dentons.com
7  MARY KATE BRENNAN (pro hac vice pending)
   marykate.brennan@dentons.com
8  DENTONS US LLP
   1221 Avenue of the Americas
9  New York, New York 10020-1089
   Telephone: (212) 768-6700
10 Facsimile: (212) 768-6800

11 *Attorneys for Plaintiff*
   *Daybreak Game Company LLC*

FILED
Jun 14 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ gloriavocal   DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| DAYBREAK GAME COMPANY LLC, | CONFIDENTIAL ~~FILED UNDER SEAL~~ |
|---|---|
| Plaintiff, | Case No. '25CV1489 BAS BLM |
| v. | |
| KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive, | **CORPORATE DISCLOSURE STATEMENT OF DAYBREAK GAME COMPANY LLC [FED. R. CIV. P. 7.1]** |
| Defendants. | |

1

Case No. ____
Corporate Disclosure Statement
of Daybreak Game Company LLC

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Daybreak Game Company LLC ("Daybreak") hereby states as follows:

1. Daybreak is a Delaware limited liability company with its principal place of business located in San Diego, California.

2. Daybreak is a wholly owned subsidiary of Dream Acquisition Company. Dream Acquisition Company is owned by Enad Global 7 AB.

3. No publicly held company owns 10% or more of the stock of Daybreak.

Dated: June 10, 2025

By: Respectfully submitted,

DENTONS US LLP

By: *Nicholas B. Janda*
Nicholas B. Janda
Monica B. Richman (*pro hac vice* pending)
Daniel A. Schnapp (*pro hac vice* pending)
Mary Kate Brennan (*pro hac vice* pending)

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY, LLC*

130503840