NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (*pro hac vice* pending)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*pro hac vice* pending)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*pro hac vice* pending)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Plaintiff*
*Daybreak Game Company LLC*

FILED
Jun 14 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ gloriavocal    DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive,<br><br>Defendants. | CONFIDENTIAL – ~~FILED UNDER SEAL~~<br><br>Case No. '25CV1489 BAS BLM<br><br>*EX PARTE* APPLICATION FOR ORDER PERMITTING PLAINTIFF DAYBREAK GAME COMPANY LLC TO EXCEED PAGE LIMIT |

Plaintiff Daybreak Game Company LLC ("Daybreak") respectfully requests leave of Court, on an *ex parte* basis, for permission to file its *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction; Motion for Expedited Discovery; Motion for Alternative Service (the "Application"), which is in excess of twenty-five (25) pages. Civil Local Rule 7.1(h.) provides that "memoranda . . . must not exceed a total of twenty-five (25) pages in length . . . without leave of the judge who will hear the motion." Civ. L.R. 7.1(h.). For the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of *Ex Parte* Application for Order Permitting Daybreak to Exceed Page Limit, Daybreak now applies for leave to file its Application, which totals thirty-seven (37) pages.

Dated: June 10, 2025

Respectfully submitted,

DENTONS US LLP

By: */s/ Nicholas B. Janda*
    Nicholas B. Janda
    Monica B. Richman (*pro hac vice* pending)
    Daniel A. Schnapp (*pro hac vice* pending)
    Mary Kate Brennan (*pro hac vice* pending)

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY, LLC*

130504868