NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (*pro hac vice* pending)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*pro hac vice* pending)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*pro hac vice* pending)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Plaintiff*
*Daybreak Game Company LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive,<br><br>Defendants. | CONFIDENTIAL – ~~FILED UNDER SEAL~~<br><br>Case No. '25CV1489 BAS BLM<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER PERMITTING PLAINTIFF DAYBREAK GAME COMPANY LLC TO EXCEED PAGE LIMIT** |

1

Case No. _____
Memorandum of Points and Authorities in Support
of *Ex Parte* Application to Exceed Page Limit

1  Pursuant to Civil Local Rule 7.1(h.), Plaintiff Daybreak Game Company LLC ("Daybreak") hereby respectfully requests leave of Court, on an *ex parte* basis, for permission to file its *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction; Motion for Expedited Discovery; Motion for Alternative Service (the "Application"), which is in excess of twenty-five (25) pages.

An extended brief is necessary due to the complex issues involved in this intellectual property matter, including because of the identification of numerous copyrights, trademarks, and visual depictions set forth in the Application. Thirty-seven(37) pages is necessary to present argument and adequately support all aspects of the Application.

Accordingly, Daybreak respectfully requests that the Court grant this *Ex Parte* Application allowing it to file the Application, which exceeds the twenty-five (25) page limit imposed by this Court.

Dated: June 10, 2025

Respectfully submitted,

DENTONS US LLP

By: */s/ Nicholas B. Janda*
Nicholas B. Janda
Monica B. Richman (*pro hac vice* pending)
Daniel A. Schnapp (*pro hac vice* pending)
Mary Kate Brennan (*pro hac vice* pending)

*Attorneys for Plaintiff*
DAYBREAK GAME COMPANY, LLC

130504890