NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (*pro hac vice* pending)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*pro hac vice* pending)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*pro hac vice* pending)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

Attorneys for Plaintiff
DAYBREAK GAME COMPANY LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:25-cv-01489-BAS-BLM<br><br>**PLAINTIFF DAYBREAK GAME COMPANY LLC'S NOTICE OF MOTION TO SEAL**<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br><br>Hearing Date: July 18, 2025 |

PLEASE TAKE NOTICE that Plaintiff Daybreak Game Company LLC ("Daybreak") brings this motion for an order sealing limited portions of the (i) Declaration of Jennifer Chan ("Chan Decl.") and (ii) Memorandum of Law in support of Daybreak's Application for a Temporary Restraining Order ("TRO Application"), both originally filed on June 10, 2025, under seal. This Motion is brought before Hon. Cynthia Bashant in Courtroom 12B, Suite 1280, 333 West Broadway, San Diego, California 92101. This Motion is noticed to be heard on July 18, 2025 or as soon thereafter as the matter may be heard.

This Court has discretion to permit sealing of documents to protect, *inter alia*, "confidential . . . commercial information." Fed. R. Civ. P. 26(c).. Courts consistently recognize that protecting confidential business information constitutes a compelling reason for sealing when disclosure would result in competitive harm. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); s*ee also San Diego Comic Convention v. Dan Farr Prods.*, No. 14-CV-1865 AJB (JMA), 2017 WL 3732081, at *2-3 (S.D. Cal. Aug. 30, 2017) (finding compelling reason to seal confidential business information); *see also Apple Inc. v. Samsung Electronics Co.*, 727 F.3d 1214, 1223-24 (Fed. Cir. 2013) (remanding to seal documents containing about business strategies and financial performance to prevent competitive harm where "suppliers could have access to [] profit, cost, and margin data").

Daybreak brings this Motion on the grounds that disclosure of its confidential business information would publicly reveal user performance data as well as financial performance and operational information. Daybreak respectfully submits that the Court should grants its Motion because failure to do so would, *inter alia*, place Daybreak at a competitive disadvantage by revealing its highly sensitive

competitive intelligence to competitors in the gaming industry and divulge Daybreak's sensitive business information that is not publicly disclosed.

Daybreak specifically requests that the Court seal limited portions of documents as detailed in the below chart:

| Ex. | Document | Portion(s) to be Sealed |
|---|---|---|
| 1 | Memorandum of Law in Support of Daybreak's June 10, 2025 TRO Application | Excerpts on page 27 |
| 2 | Chan Declaration | Excerpts in ¶¶ 25, 26, and 28 |

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Declarations of Nicholas B. Janda and David Youssefi in support thereof, and all of the pleadings, records, and papers on file herein.

Dated: June 16, 2025

Respectfully Submitted,

DENTONS US LLP

By: *Nicholas B. Janda*
Nicholas B. Janda
Monica B. Richman (*pro hac vice* pending)
Daniel A. Schnapp (*pro hac vice* pending)
Mary Kate Brennan (*pro hac vice* pending)

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY, LLC*