NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (*pro hac vice* pending)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*pro hac vice* pending)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*pro hac vice* pending)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:25-cv-01489-BAS-BLM<br><br>**DECLARATION OF NICHOLAS B. JANDA IN SUPPORT OF MOTION TO SEAL PORTIONS OF TRO APPLICATION AND CHAN DECLARATION** |

# DECLARATION OF NICHOLAS B. JANDA

I, Nicholas B. Janda, declare as follows:

1. I am an attorney licensed to practice law in the State of California (State Bar No. 253610) and am counsel of record for Plaintiff Daybreak Game Company LLC ("Daybreak") in this action. I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. The information Daybreak seeks to seal is not publicly disclosed and has been maintained as confidential by Daybreak. As detailed in the Declaration of David Youssefi, these data points inform strategic planning and operational decisions and are accessible only to senior personnel. Their disclosure would cause competitive and operational harm to Daybreak.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a redacted version of the TRO Application, in which the confidential information has been redacted in accordance with Daybreak's sealing request.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a redacted version of the Chan Declaration, in which the confidential portions (specifically, paragraphs 25, 26, and 28) have been redacted consistent with Daybreak's sealing request.

5. These redacted documents reflect only the limited portions of the filings that Daybreak seeks to maintain under seal. If the Court grants the Motion to Seal, these redacted versions are suitable for public docketing.

6. Unredacted versions of Exhibit 1 and Exhibit 2 have been provisionally filed under seal, subject to and pending resolution of the Motion to Seal.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on June 16, 2025, at Sierra Madre, California.

*/s/ Nicholas B. Janda*
Nicholas B. Janda