1   NICHOLAS B. JANDA (SBN 253610)
    nick.janda@dentons.com
2   DENTONS US LLP
    601 South Figueroa Street, Suite 2500
3   Los Angeles, California 90017-5704
    Telephone: (213) 623-9300
4   Facsimile: (213) 623-9924

5   MONICA B. RICHMAN (*pro hac vice* pending)
    monica.richman@dentons.com
6   DANIEL A. SCHNAPP (*pro hac vice* pending)
    daniel.schnapp@dentons.com
7   MARY KATE BRENNAN (*pro hac vice* pending)
    marykate.brennan@dentons.com
8   DENTONS US LLP
    1221 Avenue of the Americas
9   New York, New York 10020-1089
    Telephone: (212) 768-6700
10  Facsimile: (212) 768-6800

**FILED**

Jun 10 2025

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
BY          s/ armincortez          **DEPUTY**

11  *Attorneys for Plaintiff*
12  *Daybreak Game Company LLC*

**REDACTED**

13              UNITED STATES DISTRICT COURT

14              SOUTHERN DISTRICT OF CALIFORNIA

15

16  DAYBREAK GAME COMPANY LLC,

17              Plaintiff,

18      v.

19  KRISTOPHER TAKAHASHI,
20  ALEXANDER TAYLOR, and DOES 1-
    20, inclusive,
21

22              Defendants.

23

24

25

26

27

28

**CONFIDENTIAL – FILED UNDER SEAL**

Case No. **'25CV1489 BAS BLM**

**DECLARATION OF JENNIFER CHAN IN SUPPORT OF** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MOTION FOR EXPEDITED DISCOVERY**

Date:
Time:
Ctrm:

1

## DECLARATION OF JENNIFER CHAN

I, Jennifer Chan, declare as follows:

**BACKGROUND AND QUALIFICATIONS**

1.    I am an Executive Producer at Daybreak Game Company LLC ("Daybreak"), which owns and operates the EverQuest videogame franchise. In my role, I act as the Head of Studio for Darkpaw Games, which is the group at Daybreak responsible for the ongoing development and day-to-day operations of EverQuest and EverQuest II I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto under oath.

2.    I have been employed by Daybreak, formerly known as Sony Online Entertainment LLC, since May 2008, and have served as Head of Studio at Darkpaw Games since March 2020. Prior to this role, I served as Technical Director from January 2014 to January 2021, and held various programming positions including Lead Programmer and Senior Programmer at Sony Online Entertainment (Daybreak's predecessor company) from 2008 to 2014. In my current role, I am responsible for building and fostering game teams for the EverQuest franchise, driving long and medium term planning for the IP, managing large technical projects involving millions of lines of code, and guiding development and refinement of internal proprietary tools and systems. I hold a Bachelor of Science degree in Computer Science and a Bachelor of Arts degree in Performing Arts from Colorado State University (2002-2005), and have over 17 years of experience in game development and online services, with particular expertise in the EverQuest franchise.

3.    Through my role and experience, I have extensive technical knowledge of EverQuest's client-server architecture, authentication systems, access

control mechanisms, and the technical methods by which the game controls and manages user access to game content.

**EVERQUEST'S TECHNOLOGICAL SYSTEMS**

4.     EverQuest operates using a client-server architecture where users install client software on their computers that connects to Daybreak's game servers to access the complete game experience. The client software contains game assets, user interface elements, and communication protocols, while the servers host the game world, character data, and game logic.

5.     EverQuest employs several integrated technological systems that work together to control access to the game:

a.     **Account Creation System:** Users must create a valid Daybreak account through Daybreak's official website before they can access EverQuest. This system verifies user information and establishes account credentials.

b.     **Subscription Verification System:** The system checks that users have active subscriptions or appropriate account status before allowing game access.

c.     **Authentication Protocol:** During the login process, the client software communicates with Daybreak's authentication servers to verify account credentials and authorization status.

d.     **Server Connection Architecture:** The client software is configured to connect only to Daybreak's official game servers, which host the authoritative game world and character data.

6.     These systems work together as an integrated access control mechanism. A user must have a valid account, appropriate subscription status, successfully authenticate through Daybreak's systems, and connect to Daybreak's official servers to access the complete EverQuest experience.

7.     The client software includes configuration files that specify which servers to connect to and how to authenticate with those servers. Key configuration elements include network connection parameters and authentication protocols.

8.     EverQuest's client software also includes visual elements such as startup splash screens that display copyright and intellectual property ownership information to users during the game loading process.

9.     The integrated nature of these systems means that the complete EverQuest experience requires both the client software and connection to Daybreak's servers, which contain the authoritative game world, character data, and game logic that make the game functional.

**TECHNICAL ANALYSIS OF "THE HEROES' JOURNEY"**

10.     At the direction of Daybreak management, I conducted a technical analysis of "The Heroes' Journey" ("THJ") to understand how it operates technically and what modifications it makes to EverQuest's systems.

11.     Based on my analysis, THJ operates by making modifications to the EverQuest client software and providing alternative server infrastructure.

**THJ'S CLIENT-SIDE MODIFICATIONS**

12.     THJ modifies the EverQuest client software by altering configuration files that control server connections. Specifically, THJ modifies the "eqhost.txt" file, which contains the network address information that tells the client software which servers to connect to. THJ changes this file so that instead of connecting to Daybreak's official servers, the client connects to servers operated by THJ.

13.     THJ removes or modifies startup splash screens that normally display copyright and intellectual property ownership information during the game loading process.

14.   THJ distributes an automated installer that performs these client-side modifications. Users download and run this installer, which automatically makes the necessary changes to their EverQuest client software configuration.

15.   The effect of these modifications is that when users launch their EverQuest client software, instead of connecting to Daybreak's authentication servers and game servers, the client connects to THJ's servers.

**THJ'S SERVER-SIDE OPERATIONS**

17.   THJ operates its own server infrastructure that mimics the functionality of Daybreak's EverQuest servers. This includes servers that handle user authentication, game world hosting, character data storage, and game logic processing.

18.   THJ's servers are designed to respond to EverQuest client software in a way that replicates the server-side functionality that would normally be provided by Daybreak's official servers.

19.   Through this server infrastructure, THJ enables users to access game content and functionality using their modified EverQuest client software without connecting to or authenticating through Daybreak's official systems.

**TECHNICAL EFFECTS OF THJ'S APPROACH**

20.   As a result of THJ's client-side modifications and server-side operations, users can access EverQuest game content and functionality without going through Daybreak's account creation system, subscription verification system, or authentication protocols.

21.   Users of THJ do not need to create Daybreak accounts, maintain active subscriptions with Daybreak, or authenticate through Daybreak's systems to access the EverQuest gaming experience.

22.     THJ's technical approach enables users to access the complete EverQuest experience - including game world, characters, content, and functionality - by connecting to THJ's servers instead of Daybreak's servers.

23.     The client software modifications mean that users' EverQuest clients no longer connect to Daybreak's infrastructure, but instead connect to THJ's alternative infrastructure to access game content.

**IMPACT ON DAYBREAK'S TECHNICAL SYSTEMS**

24.     THJ's approach means that Daybreak's integrated access control systems - including account creation, subscription verification, and authentication protocols - are not utilized when users access EverQuest content through THJ.

25.     From a technical perspective, THJ provides an alternative pathway for users to access EverQuest game content that does not involve Daybreak's servers or access control systems.

26.     Users who modify their clients to connect to THJ can access EverQuest content without interacting with any of Daybreak's technological systems that are designed to control and manage access to that content.

**IMPACT OF "THE HEROES' JOURNEY" EMULATOR**

24.     I have analyzed the impact of the THJ emulator on EverQuest's user base and financial performance. THJ officially launched on approximately October 25, 2024. Since that launch, EverQuest has experienced significant and measurable declines in user engagement and revenue that directly correlate with THJ's operation.

25.     Monthly Active User Decline: Between November 2024 and April 2025, monthly active users on official EverQuest servers declined by approximately ~█ %. This represents a loss of approximately ~███ active monthly users during this █ -month period.

26.    Daily Active User Decline: During the same period, daily active users on official EverQuest servers declined by approximately ~█%. Daily Average Users dropped from an average of approximately ~█████ users to approximately ~█████ users, representing a ~█% decline.

27.    I have conducted detailed analysis of these user engagement patterns and determined that the decline is not attributable to normal seasonal fluctuations, holiday patterns, content cycles, or other typical market factors that affect MMORPG usage. Instead, the timing and pattern of the decline directly correlates with THJ's launch and subsequent growth in popularity.

**PROJECTED FUTURE IMPACT AND BUSINESS VIABILITY**

28.    Based on my analysis and consultation with Daybreak's financial team regarding current user engagement trends, if THJ continues to operate and grow at its current rate, EverQuest's user base will decline below the minimum threshold needed to sustain ongoing development, server maintenance, and operational costs by approximately █████████.

29.    The "network effect" inherent in MMORPGs means that user losses accelerate as the community shrinks. As players migrate to THJ, the remaining player experience on official servers degrades, incentivizing further departures. This creates a downward spiral that becomes increasingly difficult to reverse.

**THJ'S ANNOUNCED JUNE 20, 2025 UPDATE**

30.    I am aware that THJ has announced a major content update scheduled for as early as June 20, 2025. Based on historical data regarding how major updates affect user migration in the MMORPG market, this update will likely significantly accelerate user migration from official EverQuest servers to THJ.

**BUSINESS IMPACT ASSESSMENT**

31.    The impact of THJ on EverQuest extends beyond direct technical circumvention and includes multiple interconnected business effects:

Case No. ____
J. CHAN DECL. ISO EX PARTE FOR TRO
& OSC

a.    **User Community Value:** EverQuest's player community has significant value that extends beyond measurable subscription revenue. Historical data shows that once players migrate to competing services and establish new social connections, they typically do not return even if the competing service is later removed.

b.    **Brand and Reputation Impact:** THJ's association of EverQuest content with an unauthorized service affects the brand's market perception in ways that extend beyond direct technical metrics.

c.    **Cascading Effects:** The impact includes effects on expansion pack sales, in-game purchases, merchandise sales, and licensing opportunities that are interconnected with the core user base.

32.    **Quantification Challenges:** Based on my experience in technical operations of MMORPG businesses, the full impact of user migration includes indirect effects that are difficult to precisely quantify, including network effects, community value, brand impact, and lost future opportunities that extend beyond direct technical measurements.

**CONCLUSION**

33.    Based on my technical analysis and business impact assessment, THJ represents both a comprehensive technical circumvention of Daybreak's systems and an existential threat to the EverQuest franchise. The technical violations are clear and systematic, while the broader damage to EverQuest's community and long-term viability cannot be adequately remedied through monetary compensation alone.

34.    Immediate action is necessary to prevent THJ from causing further technical violations and damage to EverQuest's user base. Each day of delay results in additional circumvention of our technological protection measures and user migration that becomes increasingly difficult to reverse.

Docusign Envelope ID: E2787BC6-6701-45C2-9F    C101D14D5F5

1    I declare under penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct.

3    Executed on June 10, 2025, at San Diego, California.

DocuSigned by:

*Jennifer Chan*

0CEBAD15D45840E...

Jennifer Chan

6    130472095

Case No.
J. CHAN DECL. ISO EX PARTE FOR TRO
& OSC