NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (*pro hac vice* pending)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*pro hac vice* pending)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*pro hac vice* pending)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| DAYBREAK GAME COMPANY LLC, | Case No. 25-cv-01489-BAS-BLM |
|---|---|
| Plaintiff, | **SECOND DECLARATION OF NICHOLAS B. JANDA IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| v. | |
| KRISTOPHER TAKAHASHI, *et al.*, | |
| Defendants. | |

# DECLARATION OF NICHOLAS B. JANDA

I, Nicholas B. Janda, declare as follows:

**BACKGROUND**

1. I am an attorney licensed to practice law in the State of California (State Bar No. 253610) and am counsel of record for Plaintiff Daybreak Game Company LLC ("Daybreak") in this action. I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. I make this declaration for the purpose of authenticating certain documents that are relevant to this action and are attached hereto as exhibits.

**DOCUMENT AUTHENTICATION**

3. **EverQuest User Agreement and Software License:** Attached hereto as Exhibit A is a true and correct copy of the EverQuest User Agreement and Software License. This document is included in the EverQuest Rain of Fear client game code that users download to play EverQuest.

4. I obtained this document from the EverQuest Rain of Fear client installation files. I can authenticate this as a true and accurate reproduction of the User Agreement and Software License that is included in the EverQuest client software.

5. This document is attached for the purpose of showing the contractual terms that govern the use of EverQuest client software, including the restrictions on creating server emulators and the intellectual property ownership provisions contained therein.

6. **THJ Website Announcement:** I have reviewed The Heroes' Journey website at https://heroesjourneyemu.com/. The website displays a prominent announcement stating "Jun 20th, 7PM CST - Next update!" Attached hereto as Exhibit B is a true and correct copy of the website showing this announcement on

the website. I can authenticate that this website contains the described announcement regarding a major update scheduled for June 20, 2025 at 7PM CST.

7.     **EverQuest Copyright Registrations:** Attached hereto as Exhibit C are true and correct copies of U.S. Copyright Office records showing Daybreak's registered copyrights in EverQuest-related works. These include audiovisual elements, software code, and other original content used in the EverQuest game. I obtained these records from the public database maintained by the U.S. Copyright Office and can authenticate them as accurate representations of Daybreak's registered copyright interests in EverQuest.

8.     **EverQuest Trademark Registrations:** Attached hereto as Exhibit D are true and correct copies of records from the U.S. Patent and Trademark Office reflecting Daybreak's ownership of federal trademark registrations associated with the EverQuest franchise.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 16, 2025, at Sierra Madre, California.

*/s/ Nicholas B. Janda*
Nicholas B. Janda