# Exhibit B



Home    FAQ    Discord    Item Search    Wiki

Twitch    Reddit



Jun 20th, 7PM CST
Next update!


**Be a Hero**
Donate to the Project


**Over 24000+**
Discord Members



**Join the Journey**
Get Started Now

---

# What is The Heroes Journey?

*You heard a voice cry out to you from the void...*
*It was a familiar voice that beckoned your return...*
*And return you must... stronger than ever...*
**Be the Hero You Were Meant to Be!**

The Heroes' Journey is a new spin on an old classic.

Aiming to give players the chance to relive some of their fondest memories as the heroes they once were. Only this time instead of being bound to a single class path, players may choose to walk three paths at the same time, attaining incredible power through thousands of AAs, spells, and disciplines while personally progressing through each expansion seeking out Enchanted and Legendary versions of their favorite gear.



Seamless Multiclassing

Sure, your Warrior was tanky, but why not be your own holy trinity? Playing with a friend? Be everything your partner is missing.

FAQ →



### Enhanced Loot

Yes, we still have your favorite pixels, but now those pixels come in three rarities of increasing power.

FAQ →



## Class Defining AA

Don't wait four expansions for your favorite class to get good. Each class starts with AA allowing them to immediately fulfill their role.

FAQ →



## Personal Progression

While some expansions won't be available right away, YOU will prove your worth in order to progress.

FAQ →



### Free Trade

Finding an epic piece of gear is great, unless you can't use it. Hoard your pixels and trade them for what you want!

FAQ →



### Increased Spawn Rate

Waiting for named to spawn can be a drag. It's a good thing most spawns have been cut down to just over ten minutes.

FAQ →



## Discovery Based Fast Travel

Throughout your journey you may find shimmering rune circles on the ground. Your discoveries will allow you to quickly return.

[FAQ →](#)



### No Box No MQ

No need to box. Just you, your epic class choices, and your friends.
No need for MQ, either, as your map comes packed with awesome.

FAQ →



Everquest is a registered trademark of Daybreak Game Company LLC. EQEmulator and The Heroes' Journey are not associated or affiliated in any way with Daybreak Game Company, LLC or its subsidiaries.