# Exhibit C

| Title | Reg. No. |
|---|---|
| EverQuest. | PA0000933147 |
| EverQuest. | TX0004879520 |
| EverQuest. (map) | VA0001015154 |
| Everquest, the ruins of Kunark. | PA0001001701 |
| EverqQuest : the scars of velious | PA0001077985 |
| EverQuest, shadows of Luclin. | PA0001084803 |
| EverQuest : Planes of Power. | PA0001245922 |
| EverQuest Planes of Power: Prima's official strategy guide | TX0005635557 |
| EverQuest: the ruins of Kunark/written by Brad McQuaid and Jim Lee | TX0005493741 |
| Everquest: transformation/writer, Devin Grayson; artist Philip S. Tan | TX0005593463 |
| EverQuest : Lost Dungeons of Norrath. | PA0001246135 |
| EverQuest online adventures. | PA0001245921 |
| EverQuest online adventures : Frontiers. | PA0001246134 |
| EverQuest : the legacy of Ykesha. | PA0001246139 |
| EverQuest : Gates of Discord. | PA0001256065 |
| Omens of war. | PA0001256081 |
| EverQuest atlas : the maps of Myrist / compiled by Maelin Starpyre. | TX0006058975 |
| EverQuest role-playing game: player's handbook | TX0006052320 |
| Everquest : dragons of Norrath. | PA0001259127 |
| The Shadows of Luclin | VAU000529434 |
| EverQuest: Rain of Fear *(Client-Side Code 2013)* | PA0002533309 |
| EverQuest Franchise Primer | TXu002490913 |
| Encyclopedia Norrathica – A complete and unabridged compilation of historical, geographical and theological writings of the world of EverQuest. | TXu002491692 |
| Norrathica - An edited compilation of historical, geographical and theological writings on the world | TXu002490919 |
| EverQuest: Rain of Fear *(Client-Side Code 2012)* | PA0002533846 |

| EverQuest: Rain of Fear - Server-Side Code | PA0002533847 |
|---|---|
| Cazic-Thule *(1999)* | Case No. 1-14932662144 |
| Cazic-Thule *(2010)* | Case No. 1-14932585291 |
| Lord Nagafen *(1999)* | Case No. 1-14932585581 |
| Lord Nagafen *(2006)* | Case No. 1-14932585548 |
| Lady Vox *(1999)* | Case No. 1-14932572631 |
| Lady Vox *(2006)* | Case No. 1-14932572631 |
| Innoruuk | Case No. 1-14932585515 |

# FORM PA
**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE

R

**099921460**

**PA 933-147**

*F000093314 7*

EFFECTIVE DATE OF REGISTRATION

**MAY 1 0 1999**

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

EVERQUEST (PC Version)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Action/adventure video game and source code

**2**

**a**

**NAME OF AUTHOR ▼**

Sony Computer Entertainment America, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1999 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ March    Day ▶ 16    Year ▶ 1999
Nation ▶ U.S.A.

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America, Inc.
919 E. Hillsdale Blvd.
Foster City, CA  94404

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED
MAY 1 0 1999

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

*Amended by CO from simultaneously
submitted photocopy of application.

EXAMINED BY _____   RM PA

CHECKED BY _____

☐ CORRESPONDENCE
   ☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**Name** ▼     **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Tsan Merritt-Poree, Esq.

Cooley Godward LLP

One Maritime Plaza, 20th Fl.

San Francisco, CA 94111-3580

Merrittporee@cooley.com    Area Code and Telephone Number ▶ (415) 693-2287

**8**

Be sure to
give your
daytime phone
number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of _Sony Computer Entertainment America_   Inc.

    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Tsan Merritt-Poree       Date ▶ May 7, 1999

☞ Handwritten signature (X) ▼

**9**

**MAIL CERTIFICATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
Tsan Merritt-Poree c/o Cooley Godward LLP

Number/Street/Apt ▼
One Maritime Plaza, 20th Floor

City/State/ZIP ▼
San Francisco, CA 94111-3580

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable $20 filing fee
  in check or money order
  payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.



FEE CHANGES

as of June 30 2002 . To

at www.
3000 for

**115189699**



# FORM PA
**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE

**PA 1-001-701**

*PA0001001701*

EFFECTIVE DATE OF REGISTRATION

7 / 31 / '00

Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

Everquest: The Ruins of Kunark

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Video Game and Manual

---

**2**

**a**

**NAME OF AUTHOR ▼**

Sony Computer Entertainment America Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ Delaware

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual material and computer program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.

2000

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶ April    Day ▶ 24    Year ▶ 2000

USA    ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404-2175

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
JUL 31 2000
ONE DEPOSIT RECEIVED
JUL 31 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___2___ pages

| EXAMINED BY  | GB | FORM PA |
|---|---|---|
| CHECKED BY | | |

| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ PA933-147    Year of Registration ▼ 1999

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

The original game, Everquest, is expanded upon.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

An expansion pack to the original Everquest game, entitled The Ruins of Kunark, is added.

**6** a
b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

Sony Interactive Entertainment Inc.    DAO 79839

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼
Kerry Hopkins c/o Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

b

Area code and daytime telephone number ▶ ( 650 ) 655-5602    Fax number ▶ ( 650 ) 655-8042
Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Sony Computer Entertainment America Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Riley R. Russell    Date ▶ 07/07/00

Handwritten signature (X) ▼
☞    X _Riley R. Russell_

Certificate will be mailed in window envelope to this address:
Name ▼ Kerry Hopkins c/o Sony Computer Entertainment America Inc.
Number/Street/Apt ▼ 919 East Hillsdale Boulevard
City/State/ZIP ▼ Foster City, CA 94404

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000    ✪ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68
WEB REV: June 1999

# FORM PA
**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE

REGI

**PA 1-077-985**

EFFE

3    8    '02

Month    Day    Year

**124317643**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

EverQuest: The Scars of Velious

**PREVIOUS OR ALTERNATIVE TITLES ▼**

The Scars of Velious

**NATURE OF THIS WORK ▼** See instructions

Video game

---

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

See instructions before completing this space.

**NAME OF AUTHOR ▼**

Sony Computer Entertainment America Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶    United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual material, computer program, user's manual, packaging and artwork (SCEAI, employer for hire).

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1999 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ November    Day ▶ 1    Year ▶ 2000
United States of America ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

**APPLICATION RECEIVED**
MAR 7 2002
**ONE DEPOSIT RECEIVED**
MAR 8 2002
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**
- Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
- See detailed instructions.
- Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
| | Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    PA933-147; PA1-001-701     Year of Registration ▼     1999; 2000

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Some previously registered computer program code.

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New computer program code, new audiovisual material, art, sounds, text, manual and packaging.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

Sony Interacitve Entertainment Inc.          DA079839

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.     Name/Address/Apt/City/State/ZIP ▼

Christine DeNezza
Sony Computer Entertainment America
919 East Hillsdale Boulevard
Foster City, CA 94404

Area code and daytime telephone number ▶ ( 650 ) 655-8000        Fax number ▶ ( 650 ) 655-8042

Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sony Computer Entertainment America Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Riley R. Russell                                        Date ▶  7-5-02

Handwritten signature (X) ▼

☞    x   R R Russell

Certificate will be mailed in window envelope to this address:

Name ▼
Christine DeNezza c/o Sony Computer Entertainment America
Number/Street/Apt ▼
919 East Hillsdale Boulevard
City/State/ZIP ▼
Foster City, CA 94404

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68
WEB REV: June 1999

# FORM PA

**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE
R



**PA 1-084-803**

*PAK0001084803*

EFFECTIVE DATE OF REGISTRATION

| 3 | 8 | 02 |
|---|---|---|
| Month | Day | Year |

124316287

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

EverQuest: The Shadows of Luclin

**PREVIOUS OR ALTERNATIVE TITLES ▼**

The Shadows of Luclin

**NATURE OF THIS WORK ▼** See instructions

Video game

**NAME OF AUTHOR ▼**

Sony Computer Entertainment America Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ......
{ Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    [ ] Yes  [x] No
Pseudonymous?    [ ] Yes  [ ] No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual material, computer program, user's manual, ~~packaging~~ and artwork (SCEAI, employer for hire).
*text*

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ......
{ Domiciled in ▶ ......

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    [ ] Yes  [ ] No
Pseudonymous?    [ ] Yes  [ ] No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ......
{ Domiciled in ▶ ......

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    [ ] Yes  [ ] No
Pseudonymous?    [ ] Yes  [ ] No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼



See instructions before completing this space.

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ December    Day ▶ 4    Year ▶ 2001
United States of America    ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 08 2002
ONE DEPOSIT RECEIVED
MAR 08 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY *TH*

CHECKED BY

CORRESPONDENCE
Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

*Amended by C.O. from phone call to Christine DeNezza on May 1, 2002.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼
PA933-147; PA1-001-701          1999; 2000

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Some previously registered computer program code.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New computer program code, new audiovisual material, art, sounds, text, manual and ~~packaging~~  *text and artwork on container

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼

Sony Interacitve Entertainment Inc.              DA079839

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Christine DeNezza
Sony Computer Entertainment America
919 East Hillsdale Boulevard
Foster City, CA 94404

Area code and daytime telephone number ▶ ( 650 ) 655-8000          Fax number ▶ ( 650 ) 655-8042
Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sony Computer Entertainment America Inc.
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Riley R. Russell                                      Date ▶ 5.3.02

Handwritten signature (X) ▼
X  *Riley R Russell*

Certificate will be mailed in window envelope to this address:
Name ▼
Christine DeNezza c/o Sony Computer Entertainment America
Number/Street/Apt ▼
919 East Hillsdale Boulevard
City/State/ZIP ▼
Foster City, CA 94404

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV: June 1999                    ⊕ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www.copyright.gov* write the Copy
right



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1−245−921**

EFFECTIVE DATE OF REGISTRATION

10 - 18 - 04
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼

EverQuest  Online Adventures (North American version for the PlayStation 2)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

Video Game

**2**

**a**  NAME OF AUTHOR ▼

Sony Computer Entertainment America Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in  **Delaware**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2003
Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month  **February**  Day  9  Year  2003
Nation  **United States**

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Sony Computer Entertainment America Inc
919 East Hillsdale Boulevard
Foster City, CA 94404

APPLICATION RECEIVED
OCT 08 2004
ONE DEPOSIT RECEIVED
OCT 08 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of  4  pages

| EXAMINED BY GJ | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B, or C.

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give **Previous Registration Number** ▼ PA933-147, PA1-001-701  **Year of Registration** ▼ 1999, 2000

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

EVERQUEST (PC VERSION), Everquest  The Ruins of Kunark, EverQuest  The Scars of Velious
PA1-077-985 2002, EverQuest  The Shadows of Luclin PA1-084-803 2002

**b** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New Audiovisual elements

See instructions before completing this space

**7** **a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼ Sony Interactive Entertainment Inc      Account Number ▼ DA079839

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404

Area code and daytime telephone number  ( 650 ) 655-8000    Fax number  ( 650 ) 655-7350

Email

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Sony Computer Entertainment America** Inc
    Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Riley R Russell      Date 10/11/04

Handwritten signature (X) ▼

x _Riley R Russell_

**9** Certificate will be mailed in window envelope to this address

Name ▼ Christine DeNezza c/o SCEA

Number/Street/Apt ▼ 919 East Hillsdale Boulevard

City/State/ZIP ▼ Foster City, CA 94404

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D C 20559-6000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev June 2002—20,000  Web Rev June 2002  ℗ Printed on recycled paper      U S Government Printing Office 2000-461-113/20 021

# CONTINUATION SHEET
# FOR APPLICATION FORMS



Form PA /CON
UNITED STATES COPYRIGHT OFFICE

PA 1-245-921

EFFECTIVE DATE OF REGISTRATION

10 - 18 - 04
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED
10-18-04

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form)
  EverQuest Online Adventures (North American version for the PlayStation 2)
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA)
  Sony Computer Entertainment America Inc , 919 East Hillsdale Boulevard, Foster City, CA 94404

**B** Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

CONTINUATION OF  (Check which)    ❑ Space 1    ❑ Space 4    ☑ Space 6

EverQuest  Planes of Power (pending),

**C**

Continuation
of other
Spaces

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Christine DeNezza c/o Sony Computer Entertainment America

Number/Street/Apt ▼
919 East Hillsdale Boulevard

City/State/ZIP ▼
Foster City, CA 94404

• Complete all necessary spaces
• Sign your application

1  Application form
2  Nonrefundable fee in check or
   money order payable to Register
   of Copyrights
3  Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington, D C  20559-6000

**D**

Fees are subject
to change.
For current fees,
check the Copyright
Office website at
www.copyright.gov
write the Copyright
Office, or call
(202) 707-3000

September 2003 — 20,000   Web Rev  September 2003   ♲ Printed on recycled paper

U S  Government Printing Office  2003-496-605/60,034

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website ... copyright.gov write the Copy-
right O

136292664

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1 – 245 – 922**

EFFECTIVE DATE OF REGISTRATION

10 - 18 - 04

Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

EverQuest· Planes of Power

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Video Game

---

**2**

**a**  NAME OF AUTHOR ▼

Sony Computer Entertainment America Inc

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in Delaware

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2002
Year in all cases.
This information must be given

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month November  Day 28  Year 2002
United States      Nation

---

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America Inc
919 East Hillsdale Boulevard
Foster City, CA 94404

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
OCT 08 2004
ONE DEPOSIT RECEIVED
OCT 08 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __ pages

| EXAMINED BY $GS$ | FORM PA |
|---|---|
| CHECKED BY | |

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No, do not check box A, B, or C
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give Previous Registration Number ▼    Year of Registration ▼
PA933-147, PA1-001-701                                      1999, 2000

**6**

a

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

EVERQUEST (PC VERSION), Everquest The Ruins of Kunark, EverQuest The Scars of Velious
PA1-077-985 2002, EverQuest The Shadows of Luclin PA1-084-803 2002

See instructions
before completing
this space

b

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
New Audiovisual elements

**7**

a

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                              Account Number ▼
Sony Interactive Entertainment Inc                                  DA079839

b

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404
Area code and daytime telephone number ( 650 ) 655-8000    Fax number ( 650 ) 655-7350
Email

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Sony Computer Entertainment America Inc
                            Name of author or other copyright claimant or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Riley R Russell ▼                                                  Date 10/11/04

Handwritten signature (X) ▼
☞ x [signature]

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Christine DeNezza c/o SCEA
Number/Street/Apt ▼
919 East Hillsdale Boulevard
City/State/ZIP ▼
Foster City, CA 94404

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to
change For current
fees check the
Copyright Office
website at
www copyright gov
write the Copyright
Office or call
(202) 707-3000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000 Web Rev June 2002 ♲ Printed on recycled paper                    U S Government Printing Office 2000 461 113/20 021

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www.copyright.gov* write the Copy-
right Offic

138292675

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1 – 245 – 924**

PAA0012459244

EFFECTIVE DATE OF REGISTRATION

10 - 18 - 04
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Champions of Norrath (North American version for the PlayStation 2)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Video Game

---

**2**

NAME OF AUTHOR ▼

**a** Sony Computer Entertainment America Inc

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in Delaware

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

**b**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼

**c**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004    Year    This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month February    Day 10    Year 2004
Nation United States

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America Inc
919 East Hillsdale Boulevard
Foster City, CA 94404

APPLICATION RECEIVED
OCT 07 2004
OCT 08 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| | CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
| | ☐ Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give **Previous Registration Number** ▼  PA933-147, PA1-001-701        **Year of Registration** ▼  1999, 2000

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

EVERQUEST (PC VERSION), Everquest  The Ruins of Kunark, EverQuest  The Scars of Velious PA1-077-985 2002, EverQuest  The Shadows of Luclin PA1-084-803 2002

**a**

**6**

See instructions before completing this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New Audiovisual elements

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**Name** ▼        **Account Number** ▼

Sony Interactive Entertainment Inc        DA079839

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼

Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404

Area code and daytime telephone number  ( 650 ) 655-8000        Fax number  ( 650 ) 655-7350
Email

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Sony Computer Entertainment America Inc**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Riley R  Russell        Date  10/11/04

Handwritten signature (X) ▼

☞        x        Rf R Russell

**Certificate will be mailed in window envelope to this address**

| Name ▼ |
| --- |
| Christine DeNezza c/o SCEA |
| Number/Street/Apt ▼ |
| 919 East Hillsdale Boulevard |
| City/State/ZIP ▼ |
| Foster City, CA 94404 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington D C  20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**9**

*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20,000  Web Rev June 2002  ✪ Printed on recycled paper        U.S. Government Printing Office 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS



Form PA/CON
UNITED STATES COPYRIGHT OFFICE

RE: PA 1-245-924

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

10 - 18 - 04
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED
10 - 18 - 04

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form)

Champions of Norrath (North American version for the PlayStation 2)

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA)

Sony Computer Entertainment America Inc, 919 East Hillsdale Boulevard, Foster City, CA 94404

---

## B
Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

CONTINUATION OF  (Check which)    ☐ Space 1    ☐ Space 4    ☑ Space 6

**C**

Continuation
of other
Spaces

EverQuest  Planes of Power (pending), EverQuest  Online Adventures (North American version for the PlayStation 2) (pending), EverQuest  The Legacy of Ykesha (pending), EverQuest  Lost Dungeons of Norrath (pending), EverQuest Online Adventures Frontiers (North American version for the PlayStation 2) (pending), Lords of EverQuest (pending)

---

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Christine DeNezza c/o Sony Computer Entertainment America

Number/Street/Apt ▼
919 East Hillsdale Boulevard

City/State/ZIP ▼
Foster City, CA 94404

**D**

• Complete all necessary spaces
• Sign your application

1  Application form
2  Nonrefundable fee in check or
   money order payable to Register
   of Copyrights
3  Deposit material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject
to change.
For current fees,
check the Copyright
Office website at
www.copyright.gov,
write the Copyright
Office  or call
(202) 707-3000

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000



**Form PA**
**C** For a Work of Performing Arts
**UNITED STATES COPYRIGHT OFFICE**

**PA 1 – 245 – 926**

**EFFECTIVE DATE OF REGISTRATION**

10  -  18  -  04
Month      Day      Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**    **TITLE OF THIS WORK ▼**

Lords of EverQuest

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Video Game

---

**2**  **a**   **NAME OF AUTHOR ▼**

Sony Computer Entertainment America Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in **Delaware**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**  **a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003   Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month **December** Day **2** Year **2003**
Nation **United States**

---

**4**   **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sony Computer Entertainment America Inc
919 East Hillsdale Boulevard
Foster City, CA 94404

**APPLICATION RECEIVED**
OCT 18 2004
**ONE DEPOSIT RECEIVED**
OCT 18 2004
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **4** pages

| EXAMINED BY | GJ | FORM PA |
|---|---|---|
| CHECKED BY | | |

| | CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| ☐ | Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No, do not check box A, B, or C.

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▼    **Year of Registration** ▼

PA933-147, PA1-001-701          1999, 2000

**6**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

EVERQUEST (PC VERSION); Everquest. The Ruins of Kunark; EverQuest  The Scars of Velious PA1-077-985 2002; EverQuest  The Shadows of Luclin PA1-084-803 2002

See instructions before completing this space

**b** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New Audiovisual elements

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**a** Name ▼                    Account Number ▼

Sony Interactive Entertainment Inc          DA079839

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼

Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404

Area code and daytime telephone number  ( 650 ) 655-8000        Fax number  ( 650 ) 655-7350

Email

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Sony Computer Entertainment America** Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Riley R Russell                                  Date  10/11/04

Handwritten signature (X) ▼

☞  x   P8 R Rusell

**9**

| Certificate will be mailed in window envelope to this address | Name ▼ |
|---|---|
| | Christine DeNezza c/o SCEA |
| | Number/Street/Apt ▼ |
| | 919 East Hillsdale Boulevard |
| | City/State/ZIP ▼ |
| | Foster City, CA 94404 |

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D C  20559-6000

Fees are subject to change, for current fees, check the Copyright Office website at www.copyright.gov, write to the Copyright Office, or call (202) 707-3000.

*17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev June 2002—20,000  Web Rev  June 2002  ⊛ Printed on recycled paper                    U.S. Government Printing Office  2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS



Form PA /CON
UNITED STATES COPYRIGHT OFFICE

PA 1-245-926

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

10 - 18 - 04

(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form )

  Lords of EverQuest

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )

  Sony Computer Entertainment America Inc , 919 East Hillsdale Boulevard, Foster City, CA 94404

**B**
Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born▼    Year Died▼ |
|---|---|

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born▼    Year Died▼ |
|---|---|

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born▼    Year Died▼ |
|---|---|

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA

CONTINUATION OF  (Check which)     ☐ Space 1     ☐ Space 4     ☑ Space 6

**C**

Continuation
of other
Spaces

EverQuest  Planes of Power (pending), EverQuest  Online Adventures (North American version for the PlayStation 2) (pending), EverQuest  The Legacy of Ykesha (pending), EverQuest  Lost Dungeons of Norrath (pending), EverQuest  Online Adventures Frontiers (North American version for the PlayStation 2) (pending)

Certificate
will be
mailed in
window
envelope
to this
address

| Name ▼ |
| Christine DeNezza c/o Sony Computer Entertainment America |
| Number/Street/Apt ▼ |
| 919 East Hillsdale Boulevard |
| City/State/ZIP ▼ |
| Foster City, CA 94404 |

• Complete all necessary spaces
• Sign your application

1  Application form
2  Nonrefundable fee in check or
   money order payable to Register
   of Copyrights
3  Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington, D C  20559-6000

**D**

Fees are subject
to change.
For current fees,
check the Copyright
Office website at
www.copyright.gov,
write the Copyright
Office  or call
(202) 707-3000



138292642

**Ⓒ Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1 – 246 – 134**

PA0001246134

EFFECTIVE DATE OF REGISTRATION

10 - 18 - 04

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

EverQuest: Online Adventures Frontiers (North American version for the PlayStation 2)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

Video Game

**2**

**a** **NAME OF AUTHOR ▼**

Sony Computer Entertainment America Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in **Delaware** }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2003 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month **November** Day **18** Year **2003**
Nation **United States**

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

ONE DEPOSIT RECEIVED
OCT 8 2004

TWO DEPOSITS RECEIVED
OCT 8 2004

FUNDS RECEIVED

**DO NOT WRITE HERE OFFICE USE ONLY**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY   *CJ* | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>   Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do **not** check box A, B, or C.

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give **Previous Registration Number** ▼    **Year of Registration** ▼

PA933-147; PA1-001-701          1999; 2000

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

EVERQUEST (PC VERSION); Everquest: The Ruins of Kunark; EverQuest: The Scars of Velious PA1-077-985 2002; EverQuest: The Shadows of Luclin PA1-084-803 2002

**a**

**6**

See instructions before completing this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New Audiovisual elements

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**Name** ▼        **Account Number** ▼

Sony Interactive Entertainment Inc.        DA079839

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404

**b**

Area code and daytime telephone number  ( 650 ) 655-8000      Fax number  ( 650 ) 655-7350

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Sony Computer Entertainment America Inc.**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Riley R. Russell            Date   10/11/04

Handwritten signature (X) ▼

     x   *Rg R Russell*

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address. | **Name** ▼<br>Christine DeNezza c/o SCEA | |
|---|---|---|
| | Number/Street/Apt ▼<br>919 East Hillsdale Boulevard | |
| | City/State/ZIP ▼<br>Foster City, CA 94404 | |

**YOU OUGHT**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

**9**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev June 2002—20,000   Web Rev June 2002   ⊕ Printed on recycled paper           U S Government Printing Office 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS



**Form PA /CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1−246−134**

⁎P0001246134⁎   /AU

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, **only** Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- **Space A** of this sheet is intended to **identify the basic application.**
  **Space B** is a continuation of Space 2 on the basic application.
  **Space B is not applicable to Short Forms.**
  **Space C** (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

EFFECTIVE DATE OF REGISTRATION

Io     18     04
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

OCToY 2007    10-18-04

Page  3  of  4  pages

**DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY**

| | |
|---|---|
| **A**<br>Identification<br>of<br>Application | **IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work<br>• TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form )<br><br>EverQuest  Online Adventures Frontiers (North American version for the PlayStation 2)<br><br>• NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )<br><br>Sony Computer Entertainment America Inc , 919 East Hillsdale Boulevard, Foster City, CA 94404 |

**B**
Continuation
of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼         Year Died▼

Was this contribution to the work a "work made for hire"?
❑ Yes
❑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR{ Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ❑ Yes ❑ No
Pseudonymous?   ❑ Yes ❑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼         Year Died▼

Was this contribution to the work a "work made for hire"?
❑ Yes
❑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR{ Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ❑ Yes ❑ No
Pseudonymous?   ❑ Yes ❑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼         Year Died▼

Was this contribution to the work a "work made for hire"?
❑ Yes
❑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR{ Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ❑ Yes ❑ No
Pseudonymous?   ❑ Yes ❑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

CONTINUATION OF  (Check which)      ☐ Space 1      ☐ Space 4      ☑ Space 6

**C**

Continuation
of other
Spaces

EverQuest  Planes of Power (pending), EverQuest· Online Adventures (North American version for the PlayStation 2)
(pending), EverQuest  The Legacy of Ykesha (pending), EverQuest  Lost Dungeons of Norrath (pending)

| Certificate will be mailed in window envelope to this address: | Name ▼ |
| | Christine DeNezza c/o Sony Computer Entertainment America |
| | Number/Street/Apt ▼ |
| | 919 East Hillsdale Boulevard |
| | City/State/ZIP ▼ |
| | Foster City, CA 94404 |

YOU DID I
• Complete all necessary spaces
• Sign your application
SEND ALL ELEMENTS
IN THE SAME PACKAGE
1  Application form
2  Nonrefundable fee in check or
   money order payable to Register
   of Copyrights
3  Deposit Material
MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington, D C  20559-6000

**D**

Fees are subject
to change
For current fees,
check the Copyright
Office website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000

September 2003 — 20,000  Web Rev September 2003  ♻ Printed on recycled paper

U S Government Printing Office  2003-496-605/60,034



138292620

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

R    **PA 1-246-135**

*KP9000012461354*

EFFECTIVE DATE OF REGISTRATION

10 - 18 - 04

Month       Day       Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

EverQuest: Lost Dungeons of Norrath

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Video Game

**2**

**a**  NAME OF AUTHOR ▼

Sony Computer Entertainment America Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ┌ Citizen of _____
   └ Domiciled in  Delaware

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ┌ Citizen of _____
   └ Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ┌ Citizen of _____
   └ Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given ONLY if this work has been published.
2003  Year in all cases

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month September  Day 8  Year 2003
United States  Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
OCT 8 2004
ONE DEPOSIT RECEIVED
OCT 08 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of  4  pages

| EXAMINED BY | CJ | FORM PA |
| CHECKED BY | | |

CORRESPONDENCE ☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B, or C
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give Previous Registration Number ▼ **PA933-147; PA1-001-701**  Year of Registration ▼ **1999; 2000**

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
**EVERQUEST (PC VERSION); Everquest: The Ruins of Kunark; EverQuest: The Scars of Velious PA1-077-985 2002; EverQuest: The Shadows of Luclin PA1-084-803 2002**

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
New Audiovisual elements

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
a Name ▼ Sony Interactive Entertainment Inc.   Account Number ▼ DA079839

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404
Area code and daytime telephone number ( 650 ) 655-8000  Fax number ( 650 ) 655-7350
Email

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶ ☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of **Sony Computer Entertainment America Inc**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Riley R. Russell   Date 10/11/04
Handwritten signature (X) ▼ x _Riley R Russell_

**9** Certificate will be mailed in window envelope to this address:
Name ▼ Christine DeNezza c/o SCEA
Number/Street/Apt ▼ 919 East Hillsdale Boulevard
City/State/ZIP ▼ Foster City, CA 94404

*17 U.S.C. §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500
Rev June 2002—20,000  Web Rev June 2002  ☐ Printed on recycled paper  U.S. Government Printing Office 2000-461-113/20,021



# CONTINUATION SHEET FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- **Space A of this sheet is intended to identify the basic application.**
- **Space B is a continuation of Space 2 on the basic application.**
- **Space B is not applicable to Short Forms.**
- **Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.**

**Form PA/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-246-135**

PA0001246135

VAU

EFFECTIVE DATE OF REGISTRATION

10 - 18 - 04
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

10-18-04

Page 3 of 4 pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET.** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form )

EverQuest Lost Dungeons of Norrath

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )

Sony Computer Entertainment America Inc , 919 East Hillsdale Boulevard, Foster City, CA 94404

---

**B**
Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born▼    Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born▼    Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born▼    Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

CONTINUATION OF  (Check which)    ❑ Space 1    ❑ Space 4    ☑ Space 6

**C**
Continuation
of other
Spaces

EverQuest  Planes of Power (pending), EverQuest  Online Adventures (North American version for the PlayStation 2) (pending), EverQuest  The Legacy of Ykesha (pending)



Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Christine DeNezza c/o Sony Computer Entertainment America

Number/Street/Apt ▼
919 East Hillsdale Boulevard

City/State/ZIP ▼
Foster City, CA 94404

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE

1  Application form
2  Nonrefundable fee in check or
   money order payable to Register
   of Copyrights
3  Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington, D C  20559-6000

**D**

Fees are subject
to change.
For current fees,
check the Copyright
Office website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000



138292653

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1–246–139

EFFECTIVE DATE OF REGISTRATION

10 – 18 – 04
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

EverQuest: The Legacy of Ykesha

**PREVIOUS OR ALTERNATIVE TITLES**

**NATURE OF THIS WORK ▼** See instructions

Video Game

---

**2**

**a** **NAME OF AUTHOR ▼**

Sony Computer Entertainment America Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____ Delaware
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Audiovisual material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2003    Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month March    Day 4    Year 2003
United States    Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
OCT 08 2004
ONE DEPOSIT RECEIVED
OCT 08 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | G̅S̅ | FORM PA |
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ **Yes** ☐ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, **do not** check box A, B, or C.

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give **Previous Registration Number** ▼  **PA933-147; PA1-001-701**    **Year of Registration** ▼  **1999; 2000**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

EVERQUEST (PC VERSION); Everquest: The Ruins of Kunark; EverQuest: The Scars of Velious
PA1-077-985 2002; EverQuest: The Shadows of Luclin PA1-084-803 2002

**6**

a

See instructions before completing this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New Audiovisual elements

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**Name** ▼  Sony Interactive Entertainment Inc.    **Account Number** ▼  DA079839

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name / Address / Apt / City / State / ZIP ▼

Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404

**Area code and daytime telephone number** ( 650 ) 655-8000    **Fax number** ( 650 ) 655-7350

**Email**

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Sony Computer Entertainment America Inc.**
　　Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Riley R. Russell    **Date** 10/11/04

**Handwritten signature (X)** ▼

☞    x  _Rg R Russell_

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Christine DeNezza c/o SCEA | YOU MUST • Complete all necessary spaces • Sign your application in space 8 |
| | **Number/Street/Apt** ▼ 919 East Hillsdale Boulevard | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material |
| | **City/State/ZIP** ▼ Foster City, CA 94404 | MAIL TO Library of Congress Copyright Office 101 Independence Avenue, S E Washington, D C 20559-6000 |

**9**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev June 2002—20,000  Web Rev June 2002  ⊕ Printed on recycled paper    U S Government Printing Office 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS



**Form PA /CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-246-139**

VA | VAU

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application.
- Space B is a continuation of Space 2 on the basic application.
- Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

| | | |
|---|---|---|
| 10 | 18 | 04 |
| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

OCT 07 2005

Page  3  of  4  pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET.** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form )

  EverQuest  The Legacy of Ykesha
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )

  Sony Computer Entertainment America Inc , 919 East Hillsdale Boulevard, Foster City, CA 94404

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

**CONTINUATION OF** (Check which)   ❑ Space 1   ❑ Space 4   ☑ Space 6

EverQuest  Planes of Power (pending); EverQuest· Online Adventures (North American version for the PlayStation 2)
(pending)

**C**
Continuation
of other
Spaces

---

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
Christine DeNezza c/o Sony Computer Entertainment America

Number/Street/Apt ▼
919 East Hillsdale Boulevard

City/State/ZIP ▼
Foster City, CA 94404

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1   Application form
2   Nonrefundable fee in check or
    money order payable to Register
    of Copyrights
3   Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington, D C  20559-6000

Fees are subject
to change.
For current fees,
check the Copyright
Office website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000

**D**



Copyright Office fee
For current fees, ch
website at www.cop
right Office, or call (

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE  **PA 1-256-065**

EFFECTIVE DATE OF REGISTRATION

| 1 | 12 | 2005 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

EverQuest: Gates of Discord

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Video Game

**2**

**a** NAME OF AUTHOR ▼

Sony Computer Entertainment America Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in Delaware

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2004 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month March  Day 4  Year 2004
Nation United States

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
JAN 12 2005
ONE DEPOSIT RECEIVED
JAN 12 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY | S/M | FORM PA |
|---|---|---|
| CHECKED BY | | |

| | CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| ☐ | Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B, or C

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼
PA933-147; PA1-001-701                                    1999; 2000

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6**
**a**

EVEQUEST (PC Version); Everquest: The Ruins of Kunark; EverQuest: The Scars of Velious PA1-077-985 2002; EverQuest: the Shadows of Luclin PA1-084-803 2002

See instructions before completing this space

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

New Audiovisual elements

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                        Account Number ▼

**7**
**a**

Sony Interactive Entertainment Inc.                        DA079839

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼

**b**

Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404

Area code and daytime telephone number  ( 650 ) 655-8000        Fax number  ( 650 ) 655-7350
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

**8**

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Sony Computer Entertainment America Inc.**
Name of author or other copyright claimant, or owner of exclusive rights(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Riley R. Russell                                            Date

Handwritten signature (X) ▼

☞        x        _Ry R Russell_                            1-10-05

| Certificate will be mailed in window envelope to this address: | Name ▼ Christine DeNezza c/o SCEA | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 919 East Hillsdale Boulevard | |
| | City/State/ZIP ▼ Foster City, CA 94404 | |

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20,000    Web Rev June 2002  ⊕ Printed on recycled paper                    U S Government Printing Office 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

© Form **PA**/CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1−256−065

PAU

EFFECTIVE DATE OF REGISTRATION

1      12    2005
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

JAN 12 2005

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**A**

Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE  (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form)

  EverQuest: Gates of Discord

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Sony Computer Entertainment America Inc., 919 East Hillsdale Boulevard, Foster City, CA 94404

---

**B**

Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH<br>Year Born▼        Year Died▼ |
|---|---|---|

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⌠ Citizen of ▶ _____
    ⌡ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**e**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH<br>Year Born▼        Year Died▼ |
|---|---|---|

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⌠ Citizen of ▶ _____
    ⌡ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

**f**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH<br>Year Born▼        Year Died▼ |
|---|---|---|

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⌠ Citizen of ▶ _____
    ⌡ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

CONTINUATION OF (Check which):    ☐ Space 1    ☐ Space 4    ☑ Space 6

**C**
Continuation
of other
Spaces

EverQuest Planes of Power PA1-245-922 2004; EverQuest: Online Adventures (North American version for the PlayStation 2) PA1-245-921 2004; EverQuest: The Legacy of Ykesha PA1-246-139 2004; EverQuest Lost Dungeons of Norrath PA1-246-135 2004; EverQuest: Online Adventures Frontiers (North American version for the PlayStation 2) PA1-246-134 2004

| Certificate will be mailed in window envelope to this address: | Name ▼ Christine DeNezza c/o SCEA |
|---|---|
| | Number/Street/Apt ▼ 919 East Hillsdale Boulevard |
| | City/State/ZIP ▼ Foster City, CA 94404 |

**D**

Copyright
For care
wehsite al
right Offie

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-256-081**

*PA0001256081*

EFFECTIVE DATE OF REGISTRATION

| 1 | 12 | 2005 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

EverQuest: Omens of War

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Video Game

**2**

**a** **NAME OF AUTHOR ▼**

Sony Computer Entertainment America Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in **Delaware**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2004

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month **September** Day **14** Year **2004**
**United States** Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JAN 12 2005
ONE DEPOSIT RECEIVED
JAN 12 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _4_ pages

| EXAMINED BY ___slm___ | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>  Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B, or C

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼  **PA933-147; PA1-001-701**   Year of Registration ▼  **1999; 2000**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

EVEQUEST (PC Version); Everquest: The Ruins of Kunark; EverQuest: The Scars of Velious PA1-077-985 2002; EverQuest: the Shadows of Luclin PA1-084-803 2002

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New Audiovisual elements

**b**

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼  Sony Interactive Entertainment Inc.    Account Number ▼  DA079839

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404

Area code and daytime telephone number  ( 650 ) 655-8000    Fax number  ( 650 ) 655-7350

Email

**b**

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Sony Computer Entertainment America Inc.**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Riley R. Russell    _Riley R Russell_    Date  1-10-05

Handwritten signature (X) ▼

☞  x _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Christine DeNezza c/o SCEA | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼<br>919 East Hillsdale Boulevard | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money<br>   order payable to *Register of Copyrights*<br>3. Deposit material |
| | City/State/ZIP ▼<br>Foster City, CA 94404 | MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

**9**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

\*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev June 2002—20,000    Web Rev June 2002    ☐ Printed on recycled paper    U.S. Government Printing Office 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

⬤ Form PA /CON
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**PA 1-256-081**

AU

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application.
- Space B is a continuation of Space 2 on the basic application.
- Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**EFFECTIVE DATE OF REGISTRATION**

1 (Month)  12 (Day)  2005 (Year)

**CONTINUATION SHEET RECEIVED**
JAN 12 2005

Page 3 of 4 pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

⬤ TITLE. (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form )

EverQuest: Omens of War

⬤ NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )

Sony Computer Entertainment America Inc., 919 East Hillsdale Boulevard, Foster City, CA 94404

## B
**Continuation of Space 2**

**d**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

CONTINUATION OF (Check which)·     ❏ Space 1     ❏ Space 4     ☑ Space 6

EverQuest Planes of Power PA1-245-922 2004; EverQuest: Online Adventures (North American version for the
PlayStation 2) PA1-245-921 2004; EverQuest: The Legacy of Ykesha PA1-246-139 2004; EverQuest Lost Dungeons of
Norrath PA1-246-135 2004; EverQuest: Online Adventures Frontiers (North American version for the PlayStation 2)
PA1-246-134 2004; EverQuest: Gates of Discord (pending)

**C**
Continuation
of other
Spaces

| Certificate will be mailed in window envelope to this address: | Name ▼<br><br>Christine DeNezza c/o SCEA<br><br>Number/Street/Apt ▼<br><br>919 East Hillsdale Boulevard<br><br>City/State/ZIP ▼<br><br>Foster City, CA 94404 |
|---|---|

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1   Application form
2   Nonrefundable fee in check or
    money order payable to Register
    of Copyrights
3   Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

**D**

Fees are subject
to change
For current fees,
check the Copyright
Office website or
www copyright.gov
or In the Copyright
Office, or call
(202) 707-3000

September 2003 — 20,000   Web Rev September 2003   ♻ Printed on recycled paper

U S Government Printing Office  2003-496-605/60,034

Registration Number:

# PA 1-259-127



*150907677*

Effective date of
registration:

November 30, 2005

## Title

| | |
|---|---|
| **Title of Work:** | EverQuest: Dragons of Norrath |
| **Nature of Work:** | Video Game |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2005 | | |
| **Date of 1st Publication:** | February 15, 2005 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Sony Computer Entertainment America Inc. |
| **Nature of Authorship:** | Audiovisual elements |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Delaware |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Sony Computer Entertainment America Inc. |
| | 919 East Hillsdale Blvd., Foster City, CA 94404 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Riley R. Russell, authorized agent of Sony Computer Entertainment America Inc. |
| **Date:** | November 17, 2005 |

**IPN #:**

*150907677*

**Registration #:**

*PA0001259127*

**Service Request #:**  1-3132095

Christine DeNezza
c/o SCEA
919 East Hillsdale Blvd.
Foster City, CA 94404

FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
RE

102824309

TX 4-879-520

* TX0004879520 *

EFFECTIVE DATE OF REGISTRATION

Month May Day 11 Year 99

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

EVERQUEST

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
Sony Computer Entertainment America, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
*Users Guide

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1999 ◀Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ March  Day ▶ 16  Year ▶ 1999
United States                                    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sony Computer Entertainment America, Inc.
919 E. Hillsdale Blvd.
Foster City, CA 94404

APPLICATION RECEIVED
MAY 11 1999
ONE DEPOSIT RECEIVED
MAY 11 1999
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | 9ma | FORM TX |

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

*Amended by C.O. Authority Telephone Call on 5/18/99 with Tsan Merritte-Poree.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Tsan Merritt-Poree, Esq.
Cooley Godward LLP
One Maritime Plaza, 20th Floor, San Francisco, CA 94111-3580
Area Code and Telephone Number ▶ 415-693-2287

Be sure to give your daytime phone number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Sony Computer Entertainment America, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**10**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Tsan Merritt-Poree                          Date ▶ May 10, 1999

☞ **Handwritten signature (X)** ▼

**MAIL CERTIFICATE TO**
Name: Tsan Merritt-Poree c/o Cooley Godward LLP
Number/Street/Apt ▼ One Maritime Plaza 20th Fl.
City/State/ZIP ▼ San Francisco, CA 94111-3580

Certificate will be mailed in window envelope

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
R

**TX 5-493-741**

*T-800549741*

124175516

EFFECTIVE DATE OF REGISTRATION

**FEB 1 3 2002**

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

EVERQUEST: THE RUINS OF KUNARK

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**        **Number ▼**        **Issue Date ▼**        **On Pages ▼**

## 2

### a
**NAME OF AUTHOR ▼**

WildStorm Productions, an imprint of DC Comics

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
X Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶        USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  X No
Pseudonymous?    ☐ Yes  X No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
entire work — text and art

### b
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

### c
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

### a
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2001*
This information must be given ◀ Year in all cases.

### b
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ January *    Day ▶ 2*    Year ▶ 2002*
USA
◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sony Computer Entertainment America Inc.
c/o DC Comics, 1700 Broadway, New York, NY 10019

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

by written agreement

See instructions before completing this space.

APPLICATION RECEIVED
FEB 13 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 13 2002
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
· Complete all applicable spaces (numbers 5-11) on the reverse side of this page
· See detailed instructions    · Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ___ pages

*Amended by C.O. from phone call to
Camille Truchel on March 20, 2002.

EXAMINED BY                                                FORM TX

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ **Yes** ☒ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
   EVERQUEST character graphics based on character graphics in EVERQUEST computer game.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
   New story text and art with new graphics of old and new characters.

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one
of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                    Account Number ▼
   DC Comics                            011355

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

   Camille Truchel
   DC Comics - 3rd Fl.
   1700 Broadway   New York, NY 10019
                              Area Code and Telephone Number ▶ 212/636-5420

Be sure to
give your
daytime phone
◄ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                                        ☐ author
                     Check only one ▶  ☐ other copyright claimant
                                        ☐ owner of exclusive right(s)    Sony Online Entertainment
                                        ☒ authorized agent of    America Inc.▪
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
   Camille Truchel                                             date ▶ 3/11/02

      ☞ Handwritten signature (X) ▼
         [signature]

**10**

**MAIL CERTIFI-CATE TO**
Name ▼
   DC Comics
   Attn: Camille Truchel - 3rd Fl.
Number/Street/Apartment Number ▼
   1700 Broadway
City/State/ZIP ▼
   New York              New York              10019

Certificate
will be
mailed in
window
envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

January 1995—400,000  ♻ PRINTED ON RECYCLED PAPER                    U.S. GOVERNMENT PRINTING OFFICE  1995-387-237/34

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 5-593-463

EF.

| 08 | 22 | 02 |
|----|----|----|
| Month | Day | Year |

128350549

`1P83350549`

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **TITLE OF THIS WORK ▼**

EVERQUEST: TRANSFORMATION

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**

**a** **NAME OF AUTHOR ▼**

WildStorm Productions, an imprint of DC Comics

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ _____ USA _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?    ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
entire work - text and art

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**    This information must be given in all cases.
2002 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**    Complete this information ONLY if this work has been published.
Month ▶ June    Day ▶ 12    Year ▶ 2002    USA    ◀ Natio

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sony Computer Entertainment America
c/o DC Comics, 1700 Broadway, New York, NY 10019

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

by written agreement

**APPLICATION RECEIVED**
AUG. 2 2 2002
ONE DEPOSIT RECEIVED

**TWO DEPOSITS RECEIVED**
AUG. 2 2 2002

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HER
Page 1 of _____ pag

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

EVERQUEST character graphics based on character graphics in the EVERQUEST computer game.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New story text and art with new graphics of old and new characters.

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a** Name ▼                                              Account Number ▼

DC Comics                    011355

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b** Camille Truchel
DC Comics  - 3rd Floor
1700 Broadway, New York, NY 10019

Area code and daytime telephone number ▶ 212/636-5420          Fax number ▶ 212/636-5595

Email ▶ camille.truchel@dccomics.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of

Sony Online Entertainment America

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Camille Truchel                                              Date ▶ 8/14/02

☞ Handwritten signature (X) ▼

X _____

The filing fee of $20.00 is effective through December 31, 1998. After that date, please write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

Mail
certificate
to:

Name ▼ DC Comics
      Attn: Camille Truchel

Number/Street/Apt ▼ 1700 Broadway - 3rd Fl.

City/State/ZIP ▼ New York    New York    10019

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

September 1997—300,000   ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1997-417/750-60,022

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

R

TX 5 – 635 – 557

EFFECTIVE DATE OF REGISTRATION

Month _NOV_  Day _01_  Year _02_

129843756

129843756

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK** ▼

EverQuest: Planes of Power - Prima's Official Strategy Guide by Debra McBride & David Cassady

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work** ▼

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**NAME OF AUTHOR** ▼

Prima Games

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶ _United States_
   ⎱ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Author of text and compilation of screen shots.

**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶
   ⎱ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶
   ⎱ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
_2002_ ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ _10_  Day ▶ _23_  Year ▶ _2002_
_United States_ ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America Inc. c/o Prima Games
3000 Lava Ridge Court
Roseville, CA 95661

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By written agreement.

APPLICATION RECEIVED
NOV 0 1 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 0 1 2002

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

**MORE ON BACK**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _2_ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes,"   Previous Registration Number ▼        Year of Registration ▼

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates▼

EverQuest: Planes of Power electronic entertainment software game.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed▼

Text and compilation of screen shots.

See instructions before completing this space.

---

## ---space deleted---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

See instructions.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Prima Entertainment        Account Number ▼        DA077933

---

**CORRESPONDENCE** Give name and address to which correspondence about this application should be    Name/Address/Apt/City/State/ZIP ▼

Marilyn Clay c/o Prima Games

3000 Lava Ridge Court

Roseville, CA 95661

Be sure to give your daytime phone number.

Area Code & Telephone Number ▶   **(916) 787-4446**

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of ___Prima Games___
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Marilyn Clay        date ▶ 10/30/02

Handwritten signature (X) ▼   *Marilyn Clay*

---

| MAIL CERTIFICATE TO | Name ▼ Prima Games |
|---|---|
| | Number/Street/Apartment Number ▼ 3000 Lava Ridge Court |
| Certificate will be mailed in window envelope | City/State/ZIP ▼ Roseville, CA 95661 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www copyright gov* write the Copy-
rigt

**1382922;2**

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6 — 052 — 320**

EFFECTIVE DATE OF REGISTRATION

| 10 | 13 | 2004 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ▼**

EverQuest Role Playing Game  Player's Handbook

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

| If published in a periodical or serial give  Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|

---

**2**

**a**

**NAME OF AUTHOR ▼**

Sony Computer Entertainment America Inc

Was this contribution to the work a "work made for hire"?
- ☑ Yes
- ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶
Domiciled in ▶ Delaware

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes, see detailed instructions

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Handbook to Role Playing Game

**b**

**NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶
Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶
Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 1   Year ▶ 2002
United States ◀ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sony Computer Entertainment America Inc
919 East Hillsdale Boulevard
Foster City, CA 94404

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
OCT 1 3 2004
ONE DEPOSIT RECEIVED
OCT 1 3 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions.    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | Joe | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |

| | CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
| --- | --- | --- |
| ☐ | Yes | |

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?  **5**
☐ Yes  ☑ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box )  ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is  Yes  give  **Previous Registration Number** ▶          **Year of Registration** ▶

**DERIVATIVE WORK OR COMPILATION**          **a  6**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

**Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼          **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account          **a  7**
Name ▼          Account Number ▼
Sony Interactive Entertainment Inc          DA079839

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name / Address / Apt / City / State / ZIP ▼          **b**
Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City  CA 94404

Area code and daytime telephone number ▶  650–655 8000          Fax number  ▶  650-655-7350
Email ▶

**CERTIFICATION*** I  the undersigned  hereby certify that I am the          **8**
Check only one ▶          ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sony Computer Entertainment America Inc
of the work identified in this application and that the statements made          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge

**Typed or printed name and date ▼** If this application gives a date of publication in space 3  do not sign and submit it before that date
Riley R  Russell          Date▶  10 / 11 / 04

Handwritten signature (X) ▼

X _____ Ry R Russell _____

| Certificate will be mailed in window envelope to this address | Name ▼ Christine DeNezza c/o SCEA | **9** |
| | Number/Street/Apt ▼ 919 East Hillsdale Boulevard | |
| | City/State/ZIP ▼ Foster City, CA 94404 | |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to  Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office  TX
101 Independence Avenue  S E
Washington  D C  20559-6222

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  July 2003—xxx    Web Rev  July 2003    ⊕ Printed on recycled paper          U S Government Printing Office 2000-461 113/20 021

Copyright Office fees are subject to change.
For cur ___ tice
website ___
right Of ___

138292256

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**TX 6-058-975**

*TX0000605097S*

EFFEC.

10 13 04
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

EVERQUEST ATLAS: THE MAPS OF MYRIST

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:   **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

**2**

**a**

**NAME OF AUTHOR ▼**

Sony Computer Entertainment America Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Delaware

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Atlas

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 14   Year ▶ 2002
United States ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 13 2004
ONE DEPOSIT RECEIVED
OCT 13 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**
- Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
- See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | ~~Rto~~ | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶      **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

Sony Interactive Entertainment Inc.      DA079839

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Christine DeNezza c/o SCEA
919 East Hillsdale Boulevard
Foster City, CA 94404

**b**

Area code and daytime telephone number ▶ 650-655-8000        Fax number ▶ 650-655-7350

Email ▶

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☑ authorized agent of   Sony Computer Entertainment America Inc.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Riley R. Russell                     Date ▶ 10/11/04

Handwritten signature (X) ▼

X _____ *Riley Russell* _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Christine DeNezza c/o SCEA | |
|---|---|---|
| | Number/Street/Apt ▼<br>919 East Hillsdale Boulevard | |
| | City/State/ZIP ▼<br>Foster City, CA 94404 | |

- • Complete all necessary spaces
- • Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office · TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

**9**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx  Web Rev: July 2003  ® Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

**Registration Number:**

## TX 6-838-742

**Effective date of registration:**

April 18, 2008

## Title

**Title of Work:** EverQuest: The Blood Red Harp

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** September 19, 2006    **Nation of 1st Publication:** United States

## Author

■   **Author:** Elaine Cunningham

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Sony Computer Entertainment America, Inc.

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Perseus Books Group

**Name:** Mellisa Brandt

**Email:** mellisa.brandt@perseusbooks.com    **Telephone:** 617-252-5257

**Address:** 11 Cambridge Center

Cambridge, MA 02142  United States

## Certification

**Name:** Justin Lovell

**Date:** April 15, 2008

**IPN#:**

**Registration #:**    TX0006838742

**Service Request #:**    1-55699318

Perseus Books Group
Justin Lovell
11 Cambridge Center
Cambridge, MA 02142  United States

Registration Number:

## TX 6-863-197

Effective date of
registration:

July 23, 2008

## Title

**Title of Work:** EverQuest: Truth and Steel

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** August 15, 2006        **Nation of 1st Publication:** United States

## Author

■        **Author:** Sony Computer Entertainment America Inc.

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sony Computer Entertainment America Inc.

## Rights and Permissions

**Organization Name:** Perseus Books Group

**Name:** Permissions 1-1AHLQL

**Email:** permissions@perseusbooks.com        **Telephone:** 617-252-5257

**Address:** 11 Cambridge Center

Cambridge, MA 02142  United States

## Certification

**Name:** Justin Lovell

**Date:** June 25, 2008

**Correspondence:** Yes

**IPN#:**

**Registration #:**    TX0006863197

**Service Request #:**    1-71932666

Perseus Books Group
Justin Lovell
11 Cambridge Center
Cambridge, MA 02142  United States



**FEE CHANGES**

Registration filing fees are effective through June 30, 1999. For information c... changes, write the Copyright Offic... http://www.loc.gov/copyright, or call ... 3000. Beginning as early as Januar... the Copyright Office may impose ... charge when insufficient fees are received.

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-015-154**

098617238

5-18-99

Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

EVERQUEST MAP

**NATURE OF THIS WORK ▼** See instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     O

## 2

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR▼**

Sony Computer Entertainment America, Inc.

**DATES OF BIRTH AND DEATH**
Year Born▼   Year Died▼
1999

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture
☒ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b** **NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
1998 ◀ Year
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information Month ▶ March   Day 16   99 Year
ONLY if this work has been published.   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2▼

Sony Computer Entertainment America, Inc.
989 East Hillsdale Blvd.
Foster City, CA 94404

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
MAY 18 1999
ONE DEPOSIT RECEIVED
MAY 18 1999
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number▼     Year of Registration▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name▼                                      Account Number▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP

Tsan Merritt-Poree, Esq.
Cooley Godward LLP
One Maritime Plaza, 20th Floor
San Francisco, CA  94111
Area code and daytime telephone number▶ ( 415 ) 693-2287      Fax number ( 415 ) 951-3699
Email▶  merrittporee@cooley.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Sony Computer Entertainment America, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
TSAN MERRITT-POREE                                      Date. 12 May 99

Handwritten signature (X)▼
X

Mail
certificate
to:

Certificate
will be
mailed in
window
envelope

Name▼
Tsan Merritt-Poree
Number/Street/Apt ▼
Cooley Godward, LLP, One Maritime Plaza, 20th Floor
City/State/ZIP ▼
San Francisco, CA  94111

**9**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20* filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*Registration filing fees are effective through June 30, 1999. For the latest fee information, write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000.

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
July 1998—125,000                    ♻ PRINTED ON RECYCLED PAPER                    ✰U.S. GOVERNMENT PRINTING OFFICE: 1996-432-381/80,014



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REG

 **VAu 529 – 434**



`122017693`

EFFECTIVE DATE OF REGISTRATION



6 - 8 - 01

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

The Shadows of Luclin

**NATURE OF THIS WORK ▼** See instructions

Artwork (oil painting)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

EverQuest: The Shadows of Luclin

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the
collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

## 2

**a** **NAME OF AUTHOR ▼**

Sony Online Entertainment Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either
of these questions is
"Yes," see detailed
instructions

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP**    Check appropriate box(es).    **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP**    Check appropriate box(es).    **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

---

## 3

**a** **YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED**

2001    ◀ Year

This information
must be given
in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information    Month ▶    Day ▶    Year ▶
ONLY if this work
has been published.    ◀ Nation

---

## 4

See instructions
before completing
this space.

**COPYRIGHT CLAIMANT(S)**    Name and address must be given even if the claimant is the same as
the author given in space 2.▼

Sony Online Entertainment Inc.
8928 Terman Court
San Diego, CA. 92121

**TRANSFER**    If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
JUN 08 2001
ONE DEPOSIT RECEIVED
JUN 08 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK** ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____    FORM V

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼    **5**
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give:    **Previous Registration Number**▼    **Year of Registration**▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.    **6**
a. **Preexisting Material**    Identify any preexisting work or works that this work is based on or incorporates▼

See instructions
before completing
this space

b. **Material Added to This Work**    Give a brief, general statement of the material that has been added to this work and in which copyright is claimed▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.    **7**
**Name**▼    **Account Number**▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP▼

Jennifer L. Hall, Esq., Director, Legal and Business Affairs

Sony Online Entertainment Inc.

8928 Terman Court

San Diego, CA. 92121

Be sure to
give your
daytime phone
number

Area Code and Telephone Number ▶    (858)577-3359    Fax (858)577-3356    jhall@station.sony.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the    **8**
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    Sony Online Entertainment Inc.
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jennifer L. Hall    Date ▶    June 6, 2001

**Handwritten signature (X)** ▼

☛    _Jennifer L. Hall_

**MAIL
CERTIFI-
CATE TO**

Name ▼
Jennifer L. Hall, Esq./ Sony Online Entertainment Inc.

Number/Street/Apt ▼
8928 Terman Court

City/State/ZIP ▼
San Diego, CA. 92121

Certificate
will be
mailed in
window
envelope

**9**

YOU MUST
• Complete all necessary spaces.
• Sign your application in space 8.
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to: Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**\*17 U.S.C. section 506(e):** Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

LegalStar, 19