NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (*pro hac vice* pending)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*pro hac vice* pending)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*pro hac vice* pending)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI, *et al.*,<br><br>Defendants. | Case No. 25-cv-01489-BAS-BLM<br><br>**DECLARATION OF NICHOLAS B. JANDA IN SUPPORT OF *EX PARTE* APPLICATION FOR EMERGENCY ORDER TO REMOVE CONFIDENTIAL INFORMATION AND REFILE REDACTED VERSIONS**<br><br>Date:<br>Time:<br>Ctrm: |

## DECLARATION OF NICHOLAS B. JANDA

I, Nicholas B. Janda, declare as follows:

1. I am an attorney licensed to practice law in the State of California (State Bar No. 253610) and am counsel of record for Plaintiff Daybreak Game Company LLC ("Daybreak") in this action. I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. ECF No. 1-11 and ECF No. 5 in the above captioned matter, which Daybreak did not file on the PACER docket, contain filings that bear confidential information which creates immediate and irreparable harm to Daybreak.

3. These documents bearing confidential information must be removed from the public docket and refiled as redacted versions.

4. The emergency nature of this situation requires immediate judicial intervention to prevent further dissemination of confidential information that should not be disclosed to the public.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 16, 2025, at Sierra Madre, California.

*/s/ Nicholas B. Janda*
Nicholas B. Janda