NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (*pro hac vice* pending)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*pro hac vice* pending)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*pro hac vice* pending)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br>v.<br>KRISTOPHER TAKAHASHI, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-01489-BAS-BLM<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION TO ADVANCE HEARING DATE ON AMENDED TRO APPLICATION**<br><br>Date: _____<br>Time: _____<br>Ctrm.: _____<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 20, 2025, or as soon as this matter may be heard before Hon. Cynthia Bashant or any Judge sitting in her stead, Plaintiff Daybreak Gaming Company LLC ("Daybreak") will and hereby does

apply on an *ex parte* basis for an order advancing the hearing on its Amended Motion and Memorandum in Support of Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction ("Amended TRO Application") (Dkt. No. 10), which is currently scheduled for July 18, 2025, to June 20, 2025, or another earlier date that is convenient for the Court.

This *Ex Parte* Application is made, and good cause exists to grant the relief requested herein, on the grounds that Daybreak was unable to secure a hearing date on its Amended TRO Application within 28 days after filing it, pursuant to Southern District of California Local Rule 7.1. At the time that Daybreak filed its Amended TRO Application on June 16, 2025, the earliest available hearing date was July 18, 2025. As such, it was not possible for Daybreak to notice the hearing on or before June 20, 2025. Accordingly, Daybreak respectfully requests that the Court advance the hearing date on its Amended TRO Application to June 20, 2025.

This *Ex Parte* Application is based upon the accompanying Memorandum of Points and Authorities, the declaration of Nicholas B. Janda, the pleadings, papers, and records on file in this action, and any evidence and argument that may be presented at the hearing on this *Ex Parte* Application.

Dated: June 17, 2025

Respectfully Submitted,

DENTONS US LLP

By: *Nicholas B. Janda*
Nicholas B. Janda
Monica B. Richman (*pro hac vice* pending)
Daniel A. Schnapp (*pro hac vice* pending)
Mary Kate Brennan (*pro hac vice* pending)

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY, LLC*