NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (*pro hac vice* pending)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*pro hac vice* pending)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*pro hac vice* pending)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| DAYBREAK GAME COMPANY LLC, | Case No. 3:25-cv-01489-BAS-BLM |
|---|---|
| Plaintiff, | **DECLARATION OF NICHOLAS B. JANDA IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ADVANCED HEARING ON AMENDED TRO APPLICATION** |
| v. | |
| KRISTOPHER TAKAHASHI, *et al.*, | |
| Defendants. | Date: _____ <br> Time: _____ <br> Ctrm.: _____ |
| | **NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

I, Nicholas B. Janda, declare as follows:

1. I am an attorney licensed to practice law in the State of California (State Bar No. 253610) and am counsel of record for Plaintiff Daybreak Game

Company LLC ("Daybreak") in this action. I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. At the time Daybreak filed its Amended TRO Application (Dkt. No. 10) on June 16, 2025, the earliest available hearing date pursuant to the relevant rules was July 18, 2025.

3. I have reviewed publicly available information concerning Defendants' announcement that on June 20, 2025, it will update The Heroes' Journey emulator. This includes, for example, a video published on YouTube by "Broken Stoic" at https://www.youtube.com/watch?v=t3xWPX-SeMQ, which discusses the update and characterizes it as a major content release that will substantially expand the functionality of the unauthorized emulator.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 17, 2025, at Sierra Madre, California.

/s/ Nicholas B. Janda
Nicholas B. Janda