UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**Daybreak Game Company LLC**
                **Plaintiff(s)**

VS.   Case No: 25cv01489-BAS-BLM

**Kristopher Takahashi, et al.**
                **Defendant(s)**

## DECLARATION OF SERVICE

I, Leroy Masters, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons; Civil Cover Sheet; Complaint with Exhibits; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Corporate Disclosure Statement of Daybreak Game Company LLC; Plaintiff Daybreak Game Company LLC's Notice of Parties with Financial Interest (Local Rule 40.2); Ex Parte Application for Order Permitting Plaintiff Daybreak Game Company LLC to Extend Page Limit; Memorandum of Points and Authorities in Support of Ex Parte Application for Order Permitting Plaintiff Daybreak Game Company LLC to Exceed Page Limit; Plaintiff Daybreak Game Company LLC's Motion to File Under Seal; Declaration of Nicholas B. Janda in Support of Ex Parte Application for Motion to Seal Temporary Restraining Order and Order to Show Case Re: Preliminary Injunction, Motion for Expedited Discovery, Motion for Alternative Service with Exhibits; Plaintiff Daybreak Game Company LLC's Memorandum of Points and Authorities in Support of Its Ex Parte Motion to File Under Seal; Declaration of David Youssefi in Support of Plaintiff Daybreak Game Company LLC's Memorandum in Support of its Ex Parte Motion to File Under Seal; Declaration of Walter Tuanqui in Support of Plaintiff's Motion for a Temporary Restraining Order with Exhibits; Declaration of Jennifer Chan in Support of Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, Motion for Expedited Discovery; Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, Motion for Expedited Discovery, Motion for Alternative Service; Plaintiff Daybreak Game Company LLC's Motion to File Under Seal; Plaintiff Daybreak Game Company LLC's Memorandum of Points and Authorities in Support of its Ex Parte Motion to File Under Seal; Ex Parte Application for Order Permitting Plaintiff Daybreak Game Company to Exceed Page Limit; Memorandum of Points and Authorities in Support of Ex Parte Application for Order Permitting Plaintiff Daybreak Game Company LLC to Exceed Page Limit; Plaintiff Daybreak Game Company LLC's Notice of Motion to Seal; Plaintiff Daybreak Game Company LLC's Memorandum of Points and Authorities in Support of its Motion to File Portions of the TRO Application Under Seal; and Chan Declaration Under Seal; Declaration of Nicholas B. Janda in Support of Motion to Seal Portions of TRO Application and Chan Declaration; Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, Motion for Expedited Discovery, Motion for Alternative Service; Declaration of Jennifer Chan in Support of Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, Motion for Expedited Discovery; Declaration of David Youssefi in Support of Motion to Seal Portions of Complaint, TRO Application, and Chan Declaration; Plaintiff's Amended Application for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue; Second Declaration of Nicholas B. Janda in Support of Plaintiff's Application for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue with Exhibits; Ex Parte Application for Emergency Order to Remove Confidential Information and Refile Redacted Versions; and Declaration of Nicholas B. Janda in Support of Ex Parte Application for Emergency Order to Remove Confidential Information and Refile Redacted Versions in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/18/2025 at 11:25 AM, I personally served Kristopher Takahashi with the Summons; Civil Cover Sheet; Complaint with Exhibits; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Corporate Disclosure Statement of Daybreak Game Company LLC; Plaintiff Daybreak Game Company LLC's Notice of Parties with Financial Interest (Local Rule 40.2); Ex Parte Application for Order Permitting Plaintiff Daybreak Game Company LLC to Extend Page Limit; Memorandum of Points and Authorities in Support of Ex Parte Application for Order Permitting Plaintiff Daybreak Game Company LLC to Exceed Page Limit; Plaintiff Daybreak Game Company LLC's Motion to File Under Seal; Declaration of Nicholas B. Janda in Support of Ex Parte Application for Motion to Seal Temporary Restraining Order and Order to Show Case Re: Preliminary Injunction, Motion for Expedited Discovery, Motion for Alternative Service with Exhibits; Plaintiff Daybreak Game Company LLC's Memorandum of Points and Authorities in Support of Its Ex Parte Motion to File Under Seal; Declaration of David Youssefi in Support of Plaintiff Daybreak Game Company LLC's Memorandum in Support of its Ex Parte Motion to File Under Seal; Declaration of Walter Tuanqui in Support of Plaintiff's Motion for a Temporary Restraining Order with Exhibits; Declaration of Jennifer Chan in Support of Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re:

Preliminary Injunction, Motion for Expedited Discovery; Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, Motion for Expedited Discovery, Motion for Alternative Service; Plaintiff Daybreak Game Company LLC's Motion to File Under Seal; Plaintiff Daybreak Game Company LLC's Memorandum of Points and Authorities in Support of its Ex Parte Motion to File Under Seal; Ex Parte Application for Order Permitting Plaintiff Daybreak Game Company to Exceed Page Limit; Memorandum of Points and Authorities in Support of Ex Parte Application for Order Permitting Plaintiff Daybreak Game Company LLC to Exceed Page Limit; Plaintiff Daybreak Game Company LLC's Notice of Motion to Seal; Plaintiff Daybreak Game Company LLC's Memorandum of Points and Authorities in Support of its Motion to File Portions of the TRO Application Under Seal; and Chan Declaration Under Seal; Declaration of Nicholas B. Janda in Support of Motion to Seal Portions of TRO Application and Chan Declaration; Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, Motion for Expedited Discovery, Motion for Alternative Service; Declaration of Jennifer Chan in Support of Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, Motion for Expedited Discovery; Declaration of David Youssefi in Support of Motion to Seal Portions of Complaint, TRO Application, and Chan Declaration; Plaintiff's Amended Application for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue; Second Declaration of Nicholas B. Janda in Support of Plaintiff's Application for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue with Exhibits; Ex Parte Application for Emergency Order to Remove Confidential Information and Refile Redacted Versions; and Declaration of Nicholas B. Janda in Support of Ex Parte Application for Emergency Order to Remove Confidential Information and Refile Redacted Versions at 392 NW Sheffield Circle, Fort Pierce, Florida 34983.

Kristopher Takahashi is described herein as:

Gender:  Male    Ethnicity:  Caucasian    Age:  47+    Weight:  220    Height:  5'9"    Hair:  Brown

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/18/2025

*Leroy Masters*

Leroy Masters

Client Ref Number: 20001159-000452

Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050  Job#:13547836