```
MORGAN, LEWIS & BOCKIUS LLP
Ben Anger, Bar No. 269145
ben.anger@morganlewis.com
600 Anton Boulevard
Suite 1800
Costa Mesa, CA  92626-7653
Tel:   +1.714.830.0600
Fax:  +1.714.830.0700

MORGAN, LEWIS & BOCKIUS LLP
Joshua M. Dalton (*pro hac vice pending*)
Josh.dalton@morganlewis.com
One Federal Street
Boston, MA 02110-1726
Tel:   +1.617.341.7700
Fax:  +1.617.341.7701
```

Attorneys for Defendants,
Kristopher Takahashi and Alexander Taylor

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DAYBREAK GAME COMPANY LLC | Case No. 25CV01489-BAS-BLM |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF BENJAMIN B. ANGER** |
| KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; Does 1-20, Inclusive | |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

NOTICE OF APPEARANCE
25CV01480-BAS-BLM

PLEASE TAKE NOTICE that Benjamin B. Anger hereby enters his appearance as counsel for Defendants Kristopher Takahashi and Alexander Taylor. Effective immediately, please add Benjamin B. Anger to be noticed on all matters, and for purposes of receipt of notices of electronic filing, the email address for Mr. Anger is: ben.anger@morganlewis.com

Dated:   June 20, 2025          MORGAN, LEWIS & BOCKIUS LLP

By /s/ *Benjamin B. Anger*
Benjamin B. Anger
Joshua M. Dalton
Attorney for Defendants,
Kristopher Takahasi and Alexander Taylor

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day June 2025, a copy of the foregoing was filed electronically and served upon all counsel of record via operations of the Court's CM/ ECF Systems or by mail upon anyone who unable to accept electronic filing. Parties may access the filing through the Court's CM/ECF System

Executed on June 20, 2025, at Costa Mesa, California.

_____
Leslie Garcia