MORGAN, LEWIS & BOCKIUS LLP
Benjamin B. Anger, Bar No. 269145
ben.anger@morganlewis.com
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653
Tel:  +1.714.830.0600
Fax:  +1.714.830.0700

MORGAN, LEWIS & BOCKIUS LLP
Joshua M. Dalton (*pro hac vice pending*)
Josh.dalton@morganlewis.com
One Federal Street
Boston, MA 02110-1726
Tel:  +1.617.341.7700
Fax:  +1.617.341.7701

Attorneys for Defendants,
Kristopher Takahashi and Alexander Taylor

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; Does 1-20, Inclusive<br><br>Defendants. | Case No. 25CV01489-BAS-BLM<br><br>**DECLARATION OF JOSHUA M. DALTON IN SUPPORT OF OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION TO ADVANCE HEARING DATE OF ITS AMENDED TRO APPLICATION** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DECLARATION OF JOSHUA M. DALTON IN SUPPORT OF OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION TO ADVANCE HEARING DATE OF ITS AMENDED TRO APPLICATION 25CV01489-BAS-BLM

I, Joshua M. Dalton, declare as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts (BBO # 636402) and have submitted a motion to appear *pro hac vice* on behalf of Kristopher Takahashi and Alex Taylor (Defendants[1]) in this action. I am over eighteen and competent to make this declaration. I have personal knowledge of the facts stated herein, and if called as a witness, could testify competently thereto,

2. On June 18, 2025, immediately after being retained by Defendants, I sent an email to counsel of record for Plaintiff which included the following:

> We have just been retained by Another Quest LLC, the company behind The Heroes' Journey (and of which Mr. Takahashi and Mr. Taylor are the sole members). Please be advised that **Another Quest is hereby suspending the release of the June 20 patch to allow us to discuss this matter**. They will also agree, as any normal defendant would, to preserve evidence, and not to divest any assets other than in connection with ordinary business expenses. There are no other defendants responsible for The Heroes' Journey, so the expedited discovery designed to locate them is unnecessary.
>
> With these points in mind, we would ask that you withdraw the pending TRO, or at a minimum inform the Court immediately of the fundamental change in facts from those presented in your papers.

Attached hereto as Exhibit A is a true and accurate copy of the June 18, 2025 email from me to Daniel A. Schnapp and the three other attorneys listed on Plaintiff's pleadings as attorneys for Daybreak Game Company LLC (emphasis in original).

3. The fact that Defendants had made the decision not to release the June 20 patch was reiterated to counsel for Plaintiff in a telephone conference and additional emails on Friday, June 20.

---

[1] The company that operates The Heroes's Journey, and the proper defendant in this matter, is Another Quest LLC. Plaintiff has improperly named the company's two members, Mr. Takahashi and Mr. Taylor, as defendants in this lawsuit. Defendants have not agreed to jurisdiction in the Court, and Morgan Lewis appears strictly to address the emergency motion to advance the hearing date [ECF 13] filed on June 17, 2025.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

2

DECLARATION OF JOSHUA M. DALTON IN SUPPORT OF OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION TO ADVANCE HEARING DATE OF ITS AMENDED TRO APPLICATION 25CV01489-BAS-BLM

4. The delay of the patch has also been publicly announced on The Heroes' Journey website. Specifically, before being made aware of this lawsuit, the website reflected that an update was occurring at 7 p.m. CST on June 20, 2025:



*See* Declaration of Nicholas B. Janda [ECF 1-5] ¶ 6 and Ex. B.

5. After Defendants were made aware of the lawsuit and made the decision to pause the release of the June 20 patch as a sign of good faith, I reviewed The Hereoes' Journey EMU website at https://heroesjourneyemu.com/. The website now displays the following announcement:



6. Another Quest took this action expressly to *maintain* the status quo and permit the parties to discuss a possible resolution of the underlying complaint.

7. I sent counsel for Defendants one final attempt to confirm that the Motion was no longer needed on Sunday, June 22, which said in part:

> Just to be very clear, **Another Quest is agreeing not to release the patch at least until there can be a hearing on a <u>preliminary injunction</u>** unless agreed to by the parties or permitted by the Court before then. In short, this entirely eliminates any threat that the patch will be released before even a hearing on the TRO, which I understand was a concern when Plaintiff filed the motion to advance the hearing date at ECF 13. We are willing to include that in a stipulation to the

Morgan, Lewis & Bockius LLP
Attorneys at Law
Costa Mesa

3

DECLARATION OF JOSHUA M. DALTON IN SUPPORT OF OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION TO ADVANCE HEARING DATE OF ITS AMENDED TRO APPLICATION 25CV01489-BAS-BLM

Court, either as part of Plaintiff withdrawing ECF 13, or otherwise.

Attached hereto as Exhibit B is a true and accurate copy of the June 22, 2025 email from me to Daniel A. Schnapp (emphasis in original).

I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23, 2025 in Boston, Massachusetts.

                               */s/ Joshua M. Dalton*
                               Joshua M. Dalton

Morgan, Lewis & Bockius LLP
Attorneys at Law
Costa Mesa

4

DECLARATION OF JOSHUA M. DALTON IN SUPPORT OF OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION TO ADVANCE HEARING DATE OF ITS AMENDED TRO APPLICATION 25CV01489-BAS-BLM

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day June 2025, a copy of the foregoing was filed electronically and served upon all counsel of record via operations of the Court's CM/ECF Systems or by mail upon anyone who unable to accept electronic filing. Parties may access the filing through the Court's CM/ECF System.

Executed on June 23, 2025, at Costa Mesa, California.

_____
Vanessa Green

Morgan, Lewis & Bockius LLP
Attorneys at Law
Costa Mesa

5

DECLARATION OF JOSHUA M. DALTON IN SUPPORT OF OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION TO ADVANCE HEARING DATE OF ITS AMENDED TRO APPLICATION 25CV01489-BAS-BLM