# Exhibit A

## Dalton, Joshua M.

| | |
|---|---|
| **From:** | Dalton, Joshua M. |
| **Sent:** | Wednesday, June 18, 2025 8:49 PM |
| **To:** | 'nick.janda@dentons.com'; 'monica.richman@dentons.com'; 'daniel.schnapp@dentons.com'; 'marykate.brennan@dentons.com' |
| **Cc:** | Shelkey, Doneld G. |
| **Subject:** | Daybreak v. Takahashi et al |

Counsel:

We have just been retained by Another Quest LLC, the company behind The Heroes' Journey (and of which Mr. Takahashi and Mr. Taylor are the sole members).  Please be advised that **Another Quest is hereby suspending the release of the June 20 patch to allow us to discuss this matter.**  They will also agree, as any normal defendant would, to preserve evidence, and not to divest any assets other than in connection with ordinary business expenses.  There are no other defendants responsible for The Heroes' Journey, so the expedited discovery designed to locate them is unnecessary.

With these points in mind, we would ask that you withdraw the pending TRO, or at a minimum inform the Court immediately of the fundamental change in facts from those presented in your papers.

Again, I am available to discuss at your first convenience.

Rgds.

-Josh

**Joshua M. Dalton**
**Morgan, Lewis & Bockius LLP**
One Federal Street | Boston, MA 02110-1726
Direct: +1.617.951.8284 | Main: +1.617.341.7700 | Fax: +1.617.341.7701
Assistant: Catherine McNulty | +1.617.341.7901 | catherine.mcnulty@morganlewis.com
josh.dalton@morganlewis.com | www.morganlewis.com

