# Exhibit B

## Dalton, Joshua M.

| | |
|---|---|
| **From:** | Dalton, Joshua M. |
| **Sent:** | Sunday, June 22, 2025 1:43 PM |
| **To:** | 'Schnapp, Daniel A.'; Janda, Nick; Anger, Ben; Shelkey, Doneld G. |
| **Cc:** | Richman, Monica B.; Brennan, Mary Kate |
| **Subject:** | RE: Daybreak v. Takahashi - Motion to Advance Hearing Date [ECF 13] |

Hi Dan.

Just to be very clear, **Another Quest is agreeing not to release the patch at least until there can be a hearing on a preliminary injunction** unless agreed to by the parties or permitted by the Court before then. In short, this entirely eliminates any threat that the patch will be released before even a hearing on the TRO, which I understand was a concern when Plaintiff filed the motion to advance the hearing date at ECF 13. We are willing to include that in a stipulation to the Court, either as part of Plaintiff withdrawing ECF 13, or otherwise. Please let me know by the end of today is that changes your mind, and otherwise we will assume it does not and will proceed accordingly.

It appears that both Defendants have now been served through the normal process, so there is no need for us to accept service on their behalf. We again believe that the proper defendant is Another Quest LLC, and will agree to accept service (reserving all rights) on its behalf if you amend to swap out Another Quest for the current defendants.

I'm sure Don will send along the emails shortly.

**Joshua M. Dalton**
**Morgan, Lewis & Bockius LLP**
One Federal Street | Boston, MA 02110-1726
Direct: +1.617.951.8284 | Main: +1.617.341.7700 | Fax: +1.617.341.7701
Assistant: Catherine McNulty | +1.617.341.7901 | catherine.mcnulty@morganlewis.com
josh.dalton@morganlewis.com | www.morganlewis.com



**From:** Schnapp, Daniel A. <daniel.schnapp@dentons.com>
**Sent:** Sunday, June 22, 2025 1:02 PM
**To:** Dalton, Joshua M. <josh.dalton@morganlewis.com>; Janda, Nick <nick.janda@dentons.com>; Anger, Ben <ben.anger@morganlewis.com>; Shelkey, Doneld G. <doneld.shelkey@morganlewis.com>
**Cc:** Richman, Monica B. <monica.richman@dentons.com>; Brennan, Mary Kate <marykate.brennan@dentons.com>
**Subject:** Re: Daybreak v. Takahashi - Draft Stipulated TRO (Subject to FRE 408 and Client Approval)

[EXTERNAL EMAIL]
Hi Josh - for the reasons already expressed in my email on Friday we are not withdrawing any motions. We also have not heard from you regarding acceptance of service of process, so kindly confirm same. Lastly, as discussed on Friday, please forward us all emails anyone from Morgan Lewis or any of your clients sent to Daybreak, whether or not sent anonymously. Don mentioned he would send them but we have not received anything.

We reserve all rights in connection the foregoing.

1

Thank you,
Dan

**Daniel A. Schnapp**
Partner

+1 212 398 7630   |   +1 646 872 8847   |   646-872-8847
New York

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.