# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>          Plaintiff,<br><br> v.<br><br>KRISTOPHER TAKAHASHI, *et al.*,<br><br>          Defendants. | Case No. 25-cv-01489-BAS-BLM<br><br>**ORDER GRANTING IN PART PLAINTIFF'S EX PARTE MOTION TO SHORTEN TIME**<br><br>**(ECF No. 13)** |

    Presently before the Court is Plaintiff Daybreak Game Company LLC's ("Daybreak") *Ex Parte* Motion to Shorten Time to Hear its Amended Temporary Restraining Order ("TRO") Application ("Motion to Shorten"). (ECF No. 13.) On June 10, 2025, Daybreak submitted, *inter alia*, an *Ex Parte* Application for TRO and Order to Show Cause for a Preliminary Injunction, Motion for Expedited Discovery, and Motion for Alternative Service ("TRO Application"). (ECF No. 5.) On June 14, 2025, the Court denied the TRO Application without prejudice, finding that Daybreak "failed to make the showing required to justify proceeding without notice," and provided Daybreak with the opportunity to refile its TRO as a regularly noticed motion, provided that "all filings are

served in compliance with the Federal Rules of Civil Procedure, the Civil Local Rules, and this Court's Standing Order." (ECF No. 14 at 9:3–4, 10:16–19.)

On June 16, 2025, Daybreak filed an Amended Motion for TRO and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("Amended TRO"). (ECF No. 10.) The next day, it filed the instant Motion to Shorten, requesting that the Court "advance the hearing date from July 18, 2025[,] to June 20, 2025, or another earlier date that is convenient for the Court." (ECF No. 13 at 5:17–20.) On June 20, 2025, Daybreak filed affidavits confirming service on Defendants Kristopher Takahashi and Alexander Taylor, indicating service on June 18 and 19, respectively. (ECF Nos. 18, 19.) On June 23, 2025, Defendants filed their opposition to Daybreak's Motion to Shorten. (ECF No. 22.)

Having previously found that Daybreak's TRO Application failed to justify the *ex parte* nature of the relief sought, the Court similarly finds that Daybreak has not demonstrated the extraordinary circumstances required to justify expedited hearing of its Amended TRO without allowing Defendants a reasonable opportunity to respond. As set forth in Section 9 of the Court's Standing Order for Civil Cases:

> All motions for temporary restraining orders must be briefed. While temporary restraining orders may be heard in true *ex parte* fashion (i.e., without notice to an opposing party), the Court will do so only in extraordinary circumstances. The Court's strong preference is for the opposing party to be served and afforded a reasonable opportunity to file an opposition.

Moreover, Daybreak's argument for advancing the hearing date is based on the premise that Defendants intended to release a major update to "The Heroes' Journey" ("THJ") emulator on June 20, 2025, which would "substantially escalate their infringing activities and cause exponentially greater harm to Daybreak." (ECF No. 13-1 at 2:7–8.) However, Defendants' counsel declared under penalty of perjury that, on June 18— immediately upon being retained—Another Quest LLC, the entity behind THJ and of which Defendants Takahashi and Taylor are the sole members, publicly suspended the release of the update and notified Daybreak's counsel to allow for further discussions. (ECF No. 22-1 ¶ 2, Ex. A.) Defendants' counsel subsequently reiterated this position and

later clarified that his clients had agreed to suspend the release at least until a hearing could be held. (*Id.* ¶¶ 3, 7, Ex. B.)

In light of the foregoing, the Court **GRANTS IN PART** Daybreak's Motion to Shorten. (ECF No. 13.) Although Daybreak has not demonstrated the extraordinary circumstances required to justify advancing the hearing without first affording Defendants an opportunity to respond, the Court nevertheless finds it appropriate to move the hearing date; however, the Court will do so only after Defendants have had an opportunity to be heard. Accordingly, the Court **ORDERS** Defendants Takahashi and Taylor to respond as soon as practicable, and no later than **Friday, June 27, 2025, at 5:00 PM**. Furthermore, the Court **ORDERS** the parties to appear on **Wednesday, July 2, 2025, at 2:00 p.m.**, in Courtroom 12B for oral argument. At the hearing, the parties should be prepared to address the Amended TRO. (ECF No. 10.)

IT IS SO ORDERED.s

**DATED: June 24, 2025**

*[signature]*
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**