| | |
|---|---|
| DENTONS US LLP<br>NICHOLAS B. JANDA (SBN 253610)<br>nick.janda@dentons.com<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, California 90017-5704<br>Telephone: (213) 623-9300<br><br>MONICA B. RICHMAN (*pro hac vice* pending)<br>monica.richman@dentons.com<br>DANIEL A. SCHNAPP (*pro hac vice* pending)<br>daniel.schnapp@dentons.com<br>MARY KATE BRENNAN (*pro hac vice* pending)<br>marykate.brennan@dentons.com<br>1221 Avenue of the Americas<br>New York, New York 10020-1089<br>Telephone: (212) 768-6700<br><br>NORMAN M. ASPIS (SBN 313466)<br>norman.aspis@dentons.com<br>4655 Executive Drive, Suite 700<br>San Diego, CA 92121<br>Telephone: (619) 699-2574<br><br>*Attorneys for Plaintiff* | MORGAN, LEWIS & BOCKIUS LLP<br>Benjamin B. Anger, Bar No. 269145<br>ben.anger@morganlewis.com<br>600 Anton Boulevard. Suite 1800<br>Costa Mesa, California 92626-7653<br>Telephone: (714) 830-0600<br><br>Joshua M. Dalton (*pro hac vice* pending)<br>josh.dalton@morganlewis.com<br>One Federal Street<br>Boston, Massachusetts 02110-1726<br>Telephone: (617) 951-8284<br><br>*Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br>v.<br>KRISTOPHER TAKAHASHI, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-01489-BAS-BLM<br><br>JOINT MOTION TO (I) ENTER STIPULATED ORDER, (II) CONVERT JULY 2, 2025 HEARING INTO STATUS CONFERENCE, (III) SCHEDULE PRELIMINARY INJUNCTION HEARING, AND (IV) SET BRIEFING SCHEDULE ON DAYBREAK'S MOTION FOR PRELIMINARY INJUNCTION<br><br>NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Daybreak Game Company LLC ("Daybreak") and Defendants Kristopher Takahashi and Alexander Taylor

("Defendants") (collectively, "Parties") hereby jointly and respectfully request that the Court:

    i.    enter the Parties' Stipulated Order as resolution of the Amended TRO Application (Dkt. 10); and

    ii.    convert the July 2, 2025 hearing (*see* Dkt. 24) on Daybreak's Amended Motion for Temporary Restraining Order (*see* Dkt. 10) into a remote status conference;

Having resolved Daybreak's application for a temporary restraining order (*see* Dkt. 10) pursuant to the Stipulated Order, the Parties make the above requests in order to preserve judicial resources and facilitate a prompt hearing and determination of Daybreak's Motion for Preliminary Injunction, and, accordingly, good cause exists to grant the relief requested herein and as further set forth in the Stipulated Order.

The Parties' Joint Motion is based on this Notice, the accompanying Stipulated Order, all pleadings and papers on file in this action, all matters of which the Court may take judicial notice, and any such other evidence and argument as may be presented at the time of the hearing.

Dated: June 26, 2025

Respectfully submitted,
DENTONS US LLP

By: *s/Norman M. Aspis*
Nicholas B. Janda
Monica B. Richman (*pro hac vice* pending)
Daniel E. Schnapp (*pro hac vice* pending)
Mary Kate Brennan (*pro hac vice* pending)
Norman M. Aspis

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY, LLC*

Dated: June 26, 2025

Respectfully submitted,
MORGAN, LEWIS & BOCKIUS LLP

By: *Benjamin B. Anger*
Benjamin B. Anger
Joshua M. Dalton

*Attorneys for Defendants*

SIGNATURE ATTESTATION

Pursuant to Section 2(f)(4) of the ECF Manual, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 26, 2025

DENTONS US LLP

By: *s/Norman M. Aspis*
Nicholas B. Janda

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY, LLC*