MORGAN, LEWIS & BOCKIUS LLP
Benjamin B. Anger, Bar No. 269145
ben.anger@morganlewis.com
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653
Tel:  +1.714.830.0600
Fax:  +1.714.830.0700

MORGAN, LEWIS & BOCKIUS LLP
Joshua M. Dalton (*pro hac vice pending*)
josh.dalton@morganlewis.com
One Federal Street
Boston, MA 02110-1726
Tel:  +1.617.341.7700
Fax:  +1.617.341.7701

Attorneys for Defendants,
Kristopher Takahashi and Alexander Taylor

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; Does 1-20, Inclusive<br><br>Defendants. | Case No. 25CV01489-BAS-BLM<br><br>**RESPONSE TO DAYBREAK'S AMENDED MOTION FOR TRO** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB1/ 160271061.2

RESPONSE TO AMENDED TRO APPLICATION
25CV01480-BAS-BLM

1  Pursuant to the Court's June 24, 2025 order (Dkt. 24), Defendants hereby
2  timely respond to Daybreak's Amended Motion for TRO (Dkt. 10) as follows:

3  Defendants do not oppose resolution of Daybreak's Amended Motion for TRO
4  through entry of the Stipulated Order proposed by the Parties in their Joint Motion
5  filed on June 26, 2025 (Dkt. 26).  Defendants understand that Daybreak considers its
6  request for a temporary restraining order resolved upon entry of the Stipulated Order,
7  which relief is not opposed by Defendants.

8  Defendants request the right to oppose any temporary restraining order that
9  goes beyond the scope of the proposed Stipulated Order, and have the assent of
10 Daybreak until June 30, 2025 to adjourn their deadline to respond to the Amended
11 TRO Application (Dkt. 10) should the Court not grant the Joint Motion (Dkt. 26) and
12 enter the proposed Stipulated Order.

14 Dated:      June 27, 2025              MORGAN, LEWIS & BOCKIUS LLP

16                                         By /s/ Benjamin B. Anger
17                                            Benjamin B. Anger
                                              Joshua M. Dalton

18                                            Attorneys for Defendants,
                                              Kristopher Takahasi and Alexander
19                                            Taylor

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB1/ 160271061.2

2

RESPONSE TO AMENDED TRO APPLICATION
25CV01480-BAS-BLM

# CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

DENTONS US LLP
Nicholas B. Janda
nick.janda@dentons.com
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Tel: 213.623.9300

Monica B. Richman (pro hac vice pending)
monica.richman@dentons.com
Daniel A. Schnapp (pro hac vice pending)
daniel.schnapp@dentons.com
Mary Kate Brennan (pro hac vice pending)
marykate.brennan@dentons.co
1221 Avenue of the Americas
New York, New York 10020-1089
Tel: 212.768-6700

Norman M. Aspis
norman.aspis@dentons.com
4655 Executive Drive, Sutie 700
San Diego, CA 92121
Tel: 619.699.2574

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on June 27, 2025, at Costa Mesa, California.

_____
Vanessa Green