UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI, *et al.*,<br><br>Defendants. | Case No. 25-cv-01489-BAS-BLM<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION FOR ENTRY OF STIPULATED ORDER (ECF No. 26);**<br><br>**(2) TERMINATING AS MOOT AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER (ECF No. 10);**<br><br>**(3) CONVERTING HEARING TO STATUS CONFERENCE; AND**<br><br>**(4) SETTING BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION** |

Presently before the Court is the parties' Joint Motion for Entry of Stipulated Order. (ECF No. 26.) The parties ask the Court to enter a stipulated order to resolve Plaintiff's Amended Motion for Temporary Restraining Order (ECF No. 10.) They also request that

the Court convert the July 2, 2025, hearing previously set for that Motion into a remote status conference. (ECF No. 26.)

Good cause appearing, the Court **GRANTS** the parties' Joint Motion (ECF No. 26). The Court will enter the stipulated order. Further, the Court **CONVERTS** the July 2, 2025, hearing into a remote status conference. The Court will circulate a Zoom link to the parties' counsel in advance of the status conference.

In addition, in light of the stipulated order, the Court **TERMINATES AS MOOT** Plaintiff's Amended Motion for Temporary Restraining Order (ECF No. 10).

Finally, the Court sets the following briefing schedule for Plaintiff's Motion for Preliminary Injunction:

(1) Plaintiff's moving papers must be filed no later than **July 16, 2025.**

(2) Defendants' opposition must be filed no later than **July 30, 2025.**

(3) Defendants' reply must be filed no later than **August 6, 2025**.

Oral argument for the Motion shall be heard on **August 12, 2025, at 10:30 a.m.**, in Courtroom 12B.

**IT IS SO ORDERED.**

**DATED: June 27, 2025**

*[signature]*

Hon. Cynthia Bashant, Chief Judge
United States District Court