UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI, *et al.*,<br><br>Defendants. | Case No. 25-cv-01489-BAS-BLM<br><br>**STIPULATED ORDER RESOLVING PLAINTIFF'S AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER** |

WHEREAS, on June 10, 2025, Plaintiff Daybreak Game Company LLC ("Daybreak") filed a Complaint (ECF No. 1) alleging copyright infringement, violations of the Digital Millennium Copyright Act ("DMCA"), trademark dilution, unfair competition, breach of contract, and unjust enrichment against individuals Kristopher Takahashi and Alexander Taylor ("Defendants")[1] in connection with their alleged illegal creation, operation, and promotion of "The Heroes' Journey" ("THJ") emulator that, Daybreak alleges, *inter alia*, copies Daybreak's copyrighted game

---

[1] Defendants allege that the company that operates THJ—Another Quest LLC—is the proper defendant in this matter, and allege that Daybreak has improperly named the company's two members, Mr. Takahashi and Mr. Taylor, as defendants in this lawsuit. Daybreak rejects this argument.

content, circumvents Daybreak's technological protection measures, dilutes Daybreak's famous EVERQUEST mark, and generates revenue through a "donation" system;

WHEREAS, on June 16, 2025, Daybreak filed its Amended Application for a Temporary Restraining Order and Preliminary Injunction ("Amended TRO Application") (ECF No. 10) seeking, *inter alia*, to immediately halt the operation of THJ;

WHEREAS, on June 17, 2025, Daybreak filed an *Ex Parte* Application to Advance Hearing Date on its Amended TRO Application ("Motion to Advance") (ECF No. 13), which Defendants opposed on June 23, 2025 (ECF No. 22);

WHEREAS, the Court granted Daybreak's Motion to Advance in part on June 24, 2025, scheduling the oral argument on the temporary restraining order sought by Daybreak in its Amended TRO Application for July 2, 2025 (ECF No. 24);

WHEREAS, the Parties agree, in order to preserve judicial resources and facilitate a prompt hearing and determination of Daybreak's request for a preliminary injunction ("Motion for Preliminary Injunction"), to submit this Stipulated Order resolving Daybreak's Amended TRO Application, pending Court approval and endorsement, and request that this Stipulated Order be entered;

WHEREAS, Defendants deny any wrongdoing;

WHEREAS, the Parties have agreed to stipulate to the below restrictions until the Court can hear oral argument from both sides regarding Daybreak's Motion for Preliminary Injunction;

WHEREAS, the Court retains the power to enforce any violation by Defendants, or Another Quest LLC, or any parties acting in concert with them, of this Order;

**THEREFORE, IT IS NOW HEREBY STIPULATED AND AGREED** by and between the Parties, through their counsel, and **ORDERED** by this Court, that

pending the hearing and determination of Daybreak's Motion for Preliminary Injunction:

## I. AGREED-UPON RESTRICTIONS AND ACTIONS

Defendants, and all persons in their control and acting in concert with them, shall immediately cease and desist from and/or take the following actions within one business day of entry of this Stipulated Order:

**A. Update Restriction and Preservation of Revenue**

1. *Suspension of THJ Updates*: Defendants shall postpone, cancel, or otherwise refrain from releasing the announced major update to THJ that had been scheduled for approximately June 20, 2025, and all other updates, including new content, in-game items, and game mechanics, other than minor bug fixes or other routine changes to maintain THJ (collectively, "Updates"). Defendants shall not otherwise disseminate the June 20, 2025, update or any other Updates (whether in whole, in part or in any modified form) until permitted to do so by this Court or by agreement of the Parties.

2. *Preservation and Escrow of Revenue*: Defendants will not disseminate any proceeds from all donation systems, payment processing, and/or revenue collection mechanisms associated with THJ other than for professional services and other ordinary and reasonable business expenses, and agree to maintain records of the dissemination of any such proceeds. Defendants also will provide an accounting to counsel for Daybreak on a weekly basis of all such proceeds and payments. Daybreak reserves the right to challenge the propriety of any such dissemination of proceeds including, without limitation, as part of Daybreak's damages as set forth in the Complaint. On the last business day of each month while this Stipulated Order is in place, any remaining proceeds will be placed in an agreed-upon third-party escrow account.

**B. Agreed Public Statement**

1. No later than one business day after entry of this Stipulated Order, Defendants agree to post prominently on THJ's Discord server and website (heroesjourneyemu.com) the following public statement:

    > "The Heroes' Journey is currently subject to pending litigation brought by Daybreak Game Company LLC regarding intellectual property and other related matters. While that case proceeds, a Stipulated Order found <u>here</u> [with hyperlink] has been agreed to by the Parties in that litigation and is subject to enforcement by the United States District Court for the Southern District of California."

## II. PRESERVATION OF EVIDENCE

1. *Comprehensive Preservation Order*: Defendants, and all those acting in concert with them, including, but not limited to, Another Quest LLC, shall immediately preserve all evidence related to THJ within their possession, custody, and control, including, but not limited to, the following:

    a. All source code;

    b. All communications between Defendants and contributors;

    c. All financial records and transaction data;

    d. All promotional materials and marketing content; and

    e. All GitHub repositories, Discord communications, and online content.

## III. TEMPORARY JURISDICTIONAL AND PROCEDURAL WAIVERS

1. Defendants will not file any motion prior to the Court's hearing and determination of Daybreak's Motion for Preliminary Injunction raising any of the following:

    a.    Any challenge to this Court's personal jurisdiction over Defendants;

    b.    Any challenge to venue in the United States District Court for the Southern District of California; and

    c.    Any other procedural challenges under Federal Rule of Civil Procedure 12.

Defendants reserve the right to raise such arguments before the Court in their briefing or as part of the hearing on the Motion for Preliminary Injunction or thereafter, including, without limitation, as one of the grounds on which to deny the Motion for Preliminary Injunction and/or dismiss the Complaint.

## IV. CONTINUATION OF EXISTING OPERATIONS

1. *Existing Player Access*: Nothing in this Stipulated Order shall prevent THJ users from continuing to access and play on THJ servers using their accounts until the Court's determination on Daybreak's Motion for Preliminary Injunction, provided that Defendants do not release substantive new content (*e.g.*, the June 20, 2025, patch) or implement new in-game items or mechanics during the pendency of this Stipulated Order. Nothing in this Stipulated Order shall prevent Defendants from implementing bug fixes or other routine changes to maintain THJ.

**IT IS SO ORDERED.**

DATED: June 27, 2025

<u>*[signature]*</u>
**Hon. Cynthia Bashant, Chief Judge
United States District Court**