# Supplemental Declaration of Jennifer Chan – Filed Under Seal