NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (*pro hac vice* forthcoming)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*pro hac vice* pending)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*pro hac vice* pending)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:25-cv-01489-BAS-BLM<br><br>**SUPPLEMENTAL DECLARATION OF NICHOLAS B. JANDA, ESQ. IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MOTION FOR PRELIMINARY INJUNCTION** |

**DECLARATION OF NICHOLAS B. JANDA**

I, Nicholas B. Janda, declare as follows:

1. I am an attorney licensed to practice law in the State of California (State Bar No. 253610) and am counsel of record for Plaintiff Daybreak Game Company LLC ("Daybreak") in this action. I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. I personally accessed the YouTube video posted by Thomas Van, a content creator with 1,870 subscribers, at https://www.youtube.com/watch?v=_RzGx8REDJ8. This video describes his experience playing THJ. I accessed this video on July 15, 2025.

3. In the comments section of this video, I observed the following user comments:

- Sourpickles: *"Hands down the best thing that has ever happened to the game. Never going back to original EQ again."*
- googler5130: *"Yep! I have zero ambition to play Everquest as it was after THJ."*

4. I personally accessed another YouTube video posted by Thomas Van, at https://www.youtube.com/watch?v=vGW_cEFxlk4. I accessed this video on July 15, 2025.

5. In the comments section of this video, I observed the following user comment:

- ganjarat: *"I literally have zero urge to play LIVE eq anymore after playing this lol This could end badly for the server if manages to pull even more people from retail."*

6. I personally accessed another YouTube video posted by Aethplayseverquest, at https://www.youtube.com/watch?v=31DtTDTLk0c. I accessed this video on July 15, 2025.

7. In the comments section of this video, I observed the following user comment:

- tokencitizen5511: *"The day I started THJ I stopped my EQ subs."*

8. I personally observed the following comment posted on the THJ Discord server by friz898 on April 11, 2025, "I would have gotten excited for that TLP if it wasn't for this server. I just don't know how I could ever go back to regular EQ without them copying THJ QoL stuff, and multiclassing stuff."

9. I personally observed on the following comment posted on the THJ Discord server by Armsol on April 17, 2025, "So I just want to say, I have played eq since march 16th 1999 off and on with breaks, I have played multiple TLPs, I have 6 accounts I played with .... I have been on this EMU now for 2 weeks, I have cancelled all my accounts on EQ[.]"

10. I personally observed the following comment posted on the THJ Discord server by Graddix on June 16, 2025, "I just want to say this server is evil... I tried going back to even look at my old 65 bard on live and I just can't even..."

11. I personally observed the following comment posted by Discord member Gribbles.Miniatures on June 23, 2025, "THJ has done the damage to me. I don't know if I can go back to regular EQ."

12. I personally accessed a Reddit post titled "Why the heroes journey will ruin all other everquest servers for you" at https://www.reddit.com/r/TheHeroesJourney/comments/1li46r3/why_the_heroes_journey_will_ruin_all_other/ on July 15, 2025, where Reddit user Janus408 commented: "I love it, would never consider playing a different version of EQ[.]"

13. I personally accessed the Reddit post titled "DBG Sueing Emulation Server, Project Quarm Shut Down as Well" at https://www.reddit.com/r/everquest/comments/1lim374/dbg_sueing_thj_emulation_server_project_quarm/ on July 15, 2025, where Reddit user Innovictos commented: "I skipped the TLP this year because THJ."

14. I personally accessed the YouTube video titled "EverQuest 2025: Fangbreaker TLP vs. Heroes' Journey – Which Serve Should you Play?" at https://www.youtube.com/watch?v=6ZibQzKi02s on July 15, 2025. The 16-minute video compares EverQuest's Fangbreaker side by side with Defendants' THJ. The description for the description for the video states "EverQuest fans, it's time to choose your adventure!".

15. On December 12, 2024, my client received in Daybreak's Privacy Officer mailbox an email with the subject line "Everquest private server making $20k/mo." A true and correct copy of that email is attached as Exhibit 1.

16. On March 3, 2025, my client received an email with the subject line "Business Development Person at Daybreak." A true and correct copy of that email is attached as Exhibit 2.

17. On July 9, 2025, I received an email from Defendants' counsel attaching Defendants' accounting for the period ending July 5, 2025. A true and correct copy of that email and attachment is attached as Exhibit 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2025, at Sierra Madre, California.

*/s/ Nicholas B. Janda*
Nicholas B. Janda