# Exhibit 1

| | |
|---|---|
| **From:** | Jay <jasonalex560@gmail.com> |
| **Sent:** | Thursday, December 12, 2024 11:19 AM |
| **To:** | privacyofficer@daybreakgames.com; DPO (External) |
| **Subject:** | Everquest private server making $20k/mo |

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello, there is currently an everquest emulated server making $20k/mo at the moment by selling buffs and items to players. They have around 2,000 concurrent users for the past month, and utilize the ingame digital currency system to facilitate these transactions.

Their website: https://heroesjourneyemu.com/
Their system that takes in donations and then applies the digital currency to your account: https://ko-fi.com/theheroesjourney

Their private server stats: https://eqemulator.org/index.php?pageid=serverinfo&worldid=4047