# Exhibit 2

| From: | Shelkey, Doneld G. <doneld.shelkey@morganlewis.com> |
|---|---|
| Sent: | Sunday, June 22, 2025 4:45 PM |
| To: | Dalton, Joshua M.; Schnapp, Daniel A.; Janda, Nick; Anger, Ben; Richman, Monica B.; Brennan, Mary Kate |
| Subject: | FW: Business Development Person at Daybreak |

**[WARNING: EXTERNAL SENDER]**

Dan,

See below for my email to Daybreak requesting a meeting with a business development person to engage in a talk about a strategic marketing/collaboration agreement. This was sent anonymously on behalf of Another Quest.

**Doneld G. Shelkey**
**Morgan, Lewis & Bockius LLP**
One Federal Street | Boston, MA 02110-1726
Direct: +1.617.341.7599 | Main: +1.617.341.7700 | Fax: +1.617.341.7701
Assistant: Susan M. Forbes | +1.617.951.8545 | susan.forbes@morganlewis.com

One Oxford Centre, Thirty-Second Floor | Pittsburgh, PA 15219-6401
Direct: +1.412.560.7727 | Main: +1.412.560.3300 | Fax: +1.412.560.7001
doneld.shelkey@morganlewis.com | www.morganlewis.com



**From:** Shelkey, Doneld G.
**Sent:** Monday, March 3, 2025 9:36 PM
**To:** 'dyoussefi@daybreakgames.com' <dyoussefi@daybreakgames.com>
**Subject:** Business Development Person at Daybreak

Hi David,

You don't know me, but I briefly worked with Andy Zaffron years ago on a couple of matters with SOE. I continue to work in the electronics entertainment space with several client investors, developers, and publishing companies. A client asked if I knew anyone at Daybreak with which it could discuss a potential strategic marketing/collaboration relationship. I told them that my contacts from the SOE days have all long moved on (and then moved on again, as it goes!), but that I would reach out to you to see if you had any ideas as to the best ways to connect business development teams. I don't have many details on the nature of the collaboration, but I could certainly ping for more information if that would be helpful.

Thanks and let me know!

**Don Shelkey**
**Morgan, Lewis & Bockius LLP**
One Federal Street | Boston, MA 02110-1726
Direct: +1.617.341.7599 | Main: +1.617.341.7700 | Fax: +1.617.341.7701
Assistant: Susan M. Forbes | +1.617.951.8545 | susan.forbes@morganlewis.com

One Oxford Centre, Thirty-Second Floor | Pittsburgh, PA 15219-6401
Direct: +1.412.560.7727 | Main: +1.412.560.3300 | Fax: +1.412.560.7001
doneld.shelkey@morganlewis.com | www.morganlewis.com



CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.