NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (*pro hac vice* forthcoming)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*pro hac vice* pending)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*pro hac vice* pending)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Plaintiff*
*Daybreak Game Company LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:25-cv-01489-BAS-BLM<br><br>**DECLARATION OF GARRY KITCHEN IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 12, 2025<br>Time: 10:30 a.m.<br>Ctrm: 12B |

# DECLARATION OF GARRY KITCHEN

I, Garry Kitchen, declare as follows:

## I. BACKGROUND AND QUALIFICATIONS

1. I have been retained by counsel for Daybreak Game Company LLC as a technical expert in connection with the above-referenced lawsuit against Defendants Kristopher Takahashi, Alexander Taylor, and Does 1-20, inclusive. The nature of the litigation involves Defendants' operation of a game service entitled "The Heroes' Journey" ("THJ") that utilizes a modified version of Daybreak's EverQuest client software and copyrighted content.

2. I have several decades of experience in the field of video game design and development. I have been asked to provide my opinions on certain technical issues regarding the potential infringement of Plaintiff's EverQuest franchise IP rights by the THJ property, including the copying and modification of copyrighted game code, and the use of copyrighted characters, environment, storylines, and game mechanics.

3. I am an engineer, video game designer, entrepreneur, and consultant. I received a Bachelor of Science degree in Electrical Engineering in 1980 from Fairleigh Dickinson University, where I was awarded membership in the Eta Kappa Nu Honor Society, the Honor Society of the Institute of Electrical and Electronic Engineers (IEEE).

4. My career in the electronic entertainment/video game industry includes over 40 years of experience running game development companies, with significant hands-on technical and creative experience in all game genres, including console, PC retail and download, online, mobile, and dedicated electronics. I have personally developed video game software that has generated career sales in excess of $350 million.

5. I have been directly involved in the design, development, and publication of hundreds of commercially released video game products, across a

breadth of hardware and online platforms, from the earliest Atari machine through the present-day Apple iPhone.

6. I have extensive experience with client-server architectures, online game systems, authentication protocols, and technological protection measures. My work spans multiple platforms and generations of technology, from early arcade conversions to modern mobile applications and online services.

7. I have been retained as an expert witness in numerous intellectual property cases involving video games, including matters concerning copyright infringement, trade secret misappropriation, and trademark disputes. My expert witness clients include major gaming companies such as Nintendo, Sony Interactive Entertainment, Microsoft, Apple, Ubisoft, Wargaming, Disney, LEGO, Hasbro, Zynga, and SuperCell.

8. In reference to the issues of relevance in this case, I have been developing video game software since the late 1970's. In 1996, in recognizing the significance of the rapid-growing consumer adoption of the Internet, I stepped away from the traditional brick-and-mortar video game business to focus on the digital distribution of gaming content. In my role as CEO of Skyworks, in the early 2000s, I lead a team of programmers, designers, and artists in the development of a large-scale casual game-based MMO with a budget in excess of $10M.

9. I am compensated in this matter at my standard rate of $650/hour. My compensation is in no way affected by the outcome of the litigation.

## II. SUMMARY OF OPINIONS

10. In my opinion, THJ is entirely dependent on Daybreak's EverQuest client software for its operation. THJ does not include its own original client software; instead, it requires users to install Daybreak's proprietary EverQuest client and then applies systematic modifications to enable connectivity to an unauthorized server infrastructure. Without EverQuest's copyrighted client software, THJ cannot function.

11. Based on my technical analysis of the visual evidence and installation process, THJ directly utilizes Daybreak's copyrighted asset files rather than creating independent content. THJ displays EverQuest's characters, environments, user interface elements, and spell effects using the same underlying asset files, representing substantial creative and financial investment that THJ gains without incurring normal development costs.

12. In my opinion, THJ systematically circumvents technological protection measures that control access to EverQuest's copyrighted content. THJ's sophisticated patcher defeats server authentication controls and client-side verification systems, enabling users to access the complete EverQuest experience without Daybreak's authorization or control.

13. Based on my analysis of THJ's development infrastructure, THJ operates with significant technical sophistication, including nine GitHub repositories, automated patch distribution systems, comprehensive file verification protocols, and backup deployment mechanisms. This level of technical complexity demonstrates professional software engineering practices typically associated with commercial game development operations rather than casual, fan-driven modification projects.

14. In my opinion, THJ operates as a commercial competitor that systematically exploits Daybreak's intellectual property. By utilizing EverQuest's copyrighted assets without authorization, implementing different gameplay features like multiclassing, and offering free access to valuable content, THJ creates direct competition while avoiding the substantial development costs that Daybreak incurred.

15. Based on my experience with MMORPG economics, THJ's continued operation causes harm to EverQuest's viability through permanent player migration. MMORPGs derive primary value from active player communities, and once players

migrate to competing services offering modified versions of the game, they typically do not return even if the competing service is later removed. This creates a one-way exodus that permanently reduces the original game's player base and threatens its long-term viability, as the social connections and investment that retain players become established in the competing environment.

## III. TECHNICAL ANALYSIS

16. My analysis included review of legal documents and supporting evidence provided by counsel, specific visual comparison exhibits, THJ's public materials including website, documentation, and promotional videos, complete analysis of nine THJ GitHub repositories including commit histories, code structure, and development patterns, and hands-on installation and comparison of both legitimate EverQuest and THJ installs for direct technical comparison.

17. In my opinion, the EverQuest client software represents substantial creative expression and investment. Based on my review of the EverQuest game installation, the client software contains character models, environmental textures, user interface graphics, spell effects, animations, and other visual assets representing significant artistic and technical investment.

18. Based on my analysis of the visual evidence, I conclude that THJ displays EverQuest's iconic characters using Daybreak's original asset files and character systems. The identical visual presentation demonstrates direct utilization of EverQuest's character model files, texture maps, and animation data. THJ displays characters such as Lady Vox, Lord Nagafen, Innoruuk, and Cazic-Thule using the same underlying asset files that EverQuest uses.

19. Based on my analysis, THJ displays EverQuest's environmental assets using the original asset files. The identical architectural elements, terrain features, and ambient lighting effects demonstrate direct utilization of Daybreak's optimized asset files through THJ's modified client systems.

20. Based on my analysis, THJ's interface displays EverQuest's original interface asset files. The identical layout precision, iconographic elements, and design consistency demonstrate direct integration with Daybreak's interface systems through THJ's modified client.

21. Based on my analysis, THJ displays spell effects using EverQuest's original effect asset files. The identical spell animations, particle systems, and visual behaviors demonstrate direct utilization of Daybreak's effect asset files through THJ's modified client installation.

## IV. CIRCUMVENTION OF TECHNOLOGICAL PROTECTION MEASURES

22. To quantify the scope of THJ's modifications to EverQuest's copyrighted game code, I used a commercially-available tool called Beyond Compare, a sophisticated file comparison program that performs comprehensive analyses of software modifications.

23. THJ systematically modified 234 of Daybreak's copyrighted files spanning critical game systems including maps, user interface elements, help documentation, authentication controls, and visual assets. These modifications affect core EverQuest functionality including player navigation (maps), visual presentation (loadscreens), game mechanics (character abilities), and server authentication (eqhost.txt).

24. The primary way in which THJ bypasses the technological protection measures that Daybreak deployed to control access to its content was to change the URL of the EverQuest server, as held in the eqhost.txt file. The host parameter in the file is modified to redirect server calls from "everquest.com" to "projecteq.net." In this way, the THJ unauthorized derivative work takes control of the user's navigational path before they ever reach the EverQuest server.

25. THJ's installation process has modified URLs in the eqlsClient.ini file to point to eqemulator.com, discord.gg/heroesjourney and

wiki.heroesjourneyemu.com in order to divert the player's navigational flow away from the Daybreak servers.

26. In my opinion, THJ systematically defeats Daybreak's technological protection measures designed to control access to EverQuest's copyrighted content. THJ's patcher specifically circumvents: (a) server authentication controls by modifying eqhost.txt to redirect client connections from Daybreak's authorized servers (everquest.com) to THJ's unauthorized servers (projecteq.net); and (b) client-side authentication systems by altering eqlsClient.ini to bypass Daybreak's login verification URLs and redirect authentication requests to THJ's systems. These systematic modifications collectively enable users to access EverQuest's copyrighted experience through THJ's servers without authorization from Daybreak, defeating the technological measures Daybreak implemented.

## V.     COMMERCIAL HARM ANALYSIS

27. In my opinion, THJ positions itself as a direct competitor to EverQuest while using Daybreak's intellectual property without authorization. This creates unfair competitive advantages by targeting the same market, using identical core content, and advertising different features.

28. THJ fundamentally alters EverQuest's core design by implementing a multiclassing system that allows players to combine multiple character classes, effectively creating "super characters" that break EverQuest's intended balance and strategic limitations. In my opinion, this modification of EverQuest's core mechanics and game structure is a "cheat code" that allows players to bypass the fundamental character limitations and progression challenges that define the authentic EverQuest experience.

29. By offering players the ability to access multiple character classes simultaneously using EverQuest's copyrighted content and characters, THJ provides an unauthorized alternative version that undermines the incentive to play legitimate EverQuest. Players can experience EverQuest's valuable content and

intellectual property through THJ's modified system without respecting the game's intended design limitations or subscribing to Daybreak's official service.

30. By using EverQuest's valuable intellectual property, which has benefited from over 20 years of market exposure and millions of MMORPG fans, THJ is reaping the benefits of having IP rights to popular and recognizable video game properties in their product and are doing so without having to pay industry standard licensing costs.

31. Therefore, in my opinion, THJ gains a significant unfair competitive advantage through its leveraging of EverQuest's established brand recognition, all while avoiding significant IP license costs.

## VI. MMO INDUSTRY ECONOMICS

32. Based on my experience developing and operating MMOs, these games have fundamentally different economic requirements than single-player or traditional multiplayer games. MMOs depend on sustained player communities to generate value, requiring ongoing server infrastructure, continuous content development, and customer support that can only be supported by maintaining critical mass player populations.

33. Based on my industry experience, MMOs operate on a critical mass principle where the game experience degrades rapidly once player populations fall below certain thresholds. Below critical mass, social structures fail (guilds cannot form or maintain membership), in-game economies collapse (insufficient players to support trading and commerce), and content becomes inaccessible (raids and group activities require minimum player participation).

34. Based on my industry experience, player departure creates an accelerating effect where each departing player makes the remaining experience less attractive, encouraging additional departures. As guild membership declines, group activities become harder to organize, and the social ecosystem that originally attracted players deteriorates. This acceleration means that early intervention is

critical - once the exodus reaches a certain threshold, it becomes extremely difficult to reverse.

35. In my opinion, the community-driven nature of MMOs means that player migration represents permanent loss of irreplaceable social infrastructure. Unlike other game genres where players can return to identical experiences, MMO communities develop unique social structures, cultural knowledge, and relationship networks that cannot be rebuilt through financial investment alone.

36. In my opinion, when competing services fragment an MMO's player base, the resulting community division typically becomes permanent.

37. In my opinion, each day that THJ operates causes permanent community loss through daily user migration, social connection formation in the competing environment, investment accumulation that reduces likelihood of return, and continued degradation of the remaining official community.

## VII.  CONCLUSIONS

38. Based on my comprehensive technical analysis, THJ operates by systematically modifying EverQuest's client software to create a competing version of EverQuest that depends entirely on Daybreak's creative and technical foundation. The evidence demonstrates extensive modification of EverQuest's game files, systematic reproduction of EverQuest's distinctive characters and environments, and creation of an alternative EverQuest experience using Daybreak's existing content.

39. In my opinion, THJ's modifications represent systematic commercial exploitation of Daybreak's 25-year investment in the EverQuest franchise. THJ's multiclassing system fundamentally alters EverQuest's core single-class design, creating a "cheat code" version of EverQuest that undermines the progression mechanics that define the authentic EverQuest experience.

40. THJ's systematic circumvention of Daybreak's technological protection measures demonstrates violation of the EverQuest anti-circumvention

provisions. THJ implemented modification tools that specifically target and defeat Daybreak's server authentication and client verification systems, enabling unauthorized access to copyrighted content.

41. Based on my 40+ years of experience in the gaming industry, THJ's approach of offering a modified version of EverQuest using EverQuest's own copyrighted assets creates direct competition that threatens EverQuest's viability. By providing access to EverQuest's valuable content through modified gameplay that bypasses EverQuest's intended limitations, THJ undermines players' incentives to engage with legitimate EverQuest.

42. The continued operation of THJ poses an ongoing threat to the EverQuest franchise by fragmenting the player community and offering an unauthorized alternative that uses EverQuest's distinctive characters, environments, and content while avoiding the gameplay limitations of authentic EverQuest and Daybreak's servers.

43. My opinions set forth in this declaration are based on my education, training, and experience in the relevant field. A complete analysis of my methodology, technical findings, and supporting documentation is contained in my Expert Report, which is attached hereto as **Exhibit 1** and incorporated herein by reference.

44. I reserve the right to supplement, modify, or expand upon the opinions expressed in this declaration and the attached Expert Report based on additional information, documents, or discovery that may become available during the course of this litigation, including during formal expert discovery under Federal Rule of Civil Procedure 26.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 16, 2025, at Shingle Springs, California.

DocuSigned by:

*Garry Kitchen*

BD1540968404407...

Garry Kitchen