# EXHIBIT 1

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

## Expert Report of Garry Kitchen

## I.    INTRODUCTION AND SCOPE OF ASSIGNMENT

1.    I have been retained by counsel for Daybreak Game Company LLC as a technical expert in connection with the above-referenced lawsuit (the "Litigation") against Defendants Kristopher Takahashi, Alexander Taylor, and Does 1-20, inclusive. The nature of the Litigation involves Defendants' operation of a game service entitled "The Heroes' Journey" (THJ) that utilizes a modified version of Daybreak's EverQuest client software and copyrighted content.

2.    I have several decades of experience in the field of video game design and development. I have been asked to provide my opinions on certain technical issues regarding the potential infringement of Plaintiff's EverQuest franchise IP rights by the THJ property, including the copying and modification of copyrighted game code, and the use of copyrighted characters, environment, storylines and game mechanics.

3.    My opinions set forth in this report are based on my education, training, and experience in the relevant field, as well as my review of the materials I have been given in this case (including any exhibits attached to this report), as well as any other methodologies or references I may cite in this document.[1]

## II.    QUALIFICATIONS

### A.    Education

4.    I am an engineer, video game designer, entrepreneur, and consultant. I received a Bachelor of Science in Electrical Engineering in 1980 from Fairleigh Dickinson University, where

---

[1] This Expert Report is submitted in connection with Daybreak's motion for preliminary injunctive relief and does not constitute formal expert discovery under Federal Rule of Civil Procedure 26. I reserve the right to supplement, modify, or expand upon the opinions expressed herein based on additional information, documents, or discovery that may become available during the course of this litigation.

I was awarded membership in the Eta Kappa Nu Honor Society, the Honor Society of the Institute of Electrical and Electronic Engineers (IEEE). As an Electrical Engineering student, I was twice chosen to receive the Engineering Merit Scholarship from Panasonic / Matsushita Corporation of Japan, one of the largest consumer electronics companies in the world.

**B.    Professional Experience**

5.    My career in the electronic entertainment/video game industry includes over 40 years of experience running game development companies, with significant hands-on technical and creative experience in all game genres, including console, PC retail and download, online, mobile, and dedicated electronics. I have personally developed video game software that has generated career sales in excess of $350 million.

6.    I have been directly involved in the design, development, and publication of hundreds of commercially released video game products, across a breadth of hardware and online platforms, from the earliest Atari machine through the present-day Apple iPhone. In that capacity I have personally designed and programmed video games, acted as a co-designer and/or co-developer on numerous games, managed development teams from small to large, run development studios and game publishers, and served as Vice President of Game Publishing for Nickelodeon Television, a division of media giant Viacom.

7.    Key career highlights include several groundbreaking achievements in game development: **a) Donkey Kong for Atari 2600 (1982):** My adaptation of Nintendo's arcade hit, published by Coleco, became one of the top-selling games on the Atari platform, selling over 4 million units and generating $100 million in sales revenue; **b)  Keystone Kapers (1983):** Published by Activision, this title sold over 750,000 units and was nominated for Video Game of the Year; **c) Garry Kitchen's GameMaker (1985):** One of the earliest all-in-one game design

products for consumers, this became one of the top-selling Activision games on the Commodore 64 and earned me the title of Video Game Designer of the Year in 1985; **d) The Simpsons: Bart vs. the Space Mutants (1991):** This launched the successful "Bart vs..." series of licensed games.

8.      I founded Absolute Entertainment, Inc. in 1986, building it into one of the leading video game developers in North America. Under my leadership, Absolute created more than 120 software titles while working with leading entertainment companies including Nintendo, Sega, Sony, 3DO, Paramount Pictures, MCA, 20th Century Fox, and Acclaim.

9.      From 1995-2009, I served as President/CEO of Skyworks Technologies, Inc., a privately held multimedia developer specializing in interactive marketing and high-end game development. Skyworks pioneered free online gaming with the launch of LifeSavers Candystand, recognized as the premier example of brand-sponsored gaming. Under my leadership, Skyworks supplied games to world-class brands including Nabisco, Pepsi, BMW, ESPN, and Ford.

10.      I have extensive experience with client-server architectures, online game systems, authentication protocols, and technological protection measures. My work spans multiple platforms and generations of technology, from early arcade conversions to modern mobile applications and online services.

11.      I have been retained as an expert witness in numerous intellectual property cases involving video games, including matters concerning copyright infringement, trade secret misappropriation, and trademark disputes. My expert witness clients include major gaming companies such as Nintendo, Sony Interactive Entertainment, Microsoft, Apple, Ubisoft, Wargaming, Disney, LEGO, Hasbro, Zynga, and SuperCell.

12.     I have received numerous industry awards including a Lifetime Achievement Award in Video Games and have made appearances on major media outlets including CNBC, CNN, ABC Eyewitness News, and the NBC Today show discussing interactive entertainment.

13.     I currently serve on the Board of Advisors of the National Video Game Museum and Fairleigh Dickinson University's FDUArts Advisory Board. In 2020, I co-founded Audacity Games with my brother Dan Kitchen and David Crane to develop Atari 2600 games for retro consoles.

14.     I am a member of the Academy of Interactive Arts & Sciences, the International Game Developers Association, the I.E.E.E., and the National Academy of Television Arts & Sciences. In addition, I serve on the Advisory Board of the National Video Game Museum.

15.     I am recognized as an industry expert in the areas of electronic entertainment, online and mobile gaming, and interactive advertising and have spoken and/or appeared at many industry events. My speaking engagements have included the Qualcomm Q-Tech Forum, Consumer Electronics Show, National Cable Show, Digital Media Summit, Game Developers Conference (GDC), Digital Hollywood, iMedia Breakthrough Summit, Gamer Technology Conference, Classic Gaming Expo, Casual Connect, Portland Retro Gaming Expo, Advertising in Gaming Conference, DMExpo, and the VNU Digital Marketing Conference.

16.     In reference to the issues of relevance in this case, I have been developing video game software since the late 1970's. In 1996, in recognizing the significance of the rapid-growing consumer adoption of the Internet, I stepped away from the traditional brick-and-mortar video game business to focus on the digital distribution of gaming content. To that end, I co-founded Skyworks Technologies, Inc., which was a pioneer in many areas of online gaming which have become standard fare, such as distribution of game content over cable networks, advertising-

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

supported free games (freemium, or free-to-play), streaming of IAB[2]-standard advertising units into online games, online multiplayer gaming, and casual-game focused MMOs.

17.    In my role as CEO of Skyworks, in the early 2000s, I lead a team of programmers, designers, and artists in the development of a large-scale casual-game based MMO with a budget in excess of $10M.[3] Additionally, while serving as the Vice President of Game Publishing for Viacom Media Networks/Nickelodeon Kids & Family Group, an online gaming conglomerate which included AddictingGames.com, Shockwave.com, and Monkey Quest, a browser-based MMO for young children.

18.    My education, professional experience and case history as an expert witness are described in my Curriculum Vitae, attached as **Appendix A**.

### C.    Software Publications

19.    I have participated in a business and technical management role in the publication of hundreds of commercial software products. In addition, I have had direct involvement in the development of over 80 commercial software products, either as designer, co-designer, software author or co-author. A list of these published titles is included in my Curriculum Vitae, attached as **Appendix B.**

### III.    COMPENSATION

20.    I am compensated in this matter at my standard rate of $650/hour. My compensation is in no way affected by the outcome of the Litigation.

---

[2] The Interactive Advertising Bureau in one of the largest media and marketing organizations, with over 700 member. The IAB works with experts and members to develop standards and guidelines for the interactive advertising industry. *See* http://www.iab.net/.
[3] Unfortunately, the worldwide economic crash of 2003 left the project ("TheRoad.com") without adequate funding to launch.

## IV.    GLOSSARY OF TERMS

21.    **Multiplayer Video Game:**  A multiplayer video game is simply a game in which one or more players interact with one or more other players. The simplest example of a multiplayer video game is PONG (1972), in which a two-player game displayed on a single television screen was played competitively by two players each using their own game controller. This type of game would be referred to as a local multiplayer video game.

22.    **Online Multiplayer Video Games:** With the advent of the Internet as a broadly available worldwide computer network in the early to mid-1990s, the ability to competitively play a video game against another person in a remote geographical location became theoretically possible. The online multiplayer video game category encompasses games in which the participants can be in different geographic locations while playing with other players through their own internet connected machines.

23.    **Real-Time Synchronous Online Multiplayer Video Game:** A Real-time Synchronous Online Multiplayer Video Game is one in which two or more players interact with each other synchronously through an online connection, in real-time, in the same game environment. The first significant real-time synchronous online games were Doom[4] and Quake (1997/1999), from id Software, which were first-person-shooter games in which players could move around and interact in a 3D environment in real-time. Real-time synchronous online multiplayer games are very difficult to develop, and expensive (and challenging) to host.

24.    **MMOs:** With the emergence of real-time synchronous online multiplayer games such as Doom and Quake, an even more sophisticated genre of online games emerged, which could

---

[4] *See* https://www.computerhistory.org/revolution/computer-games/16/202/855.

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

host hundreds or thousands of people simultaneously interacting in an online environment. This new genre of game was referred to as MMOs, or massively multiplayer online games.

25.     MMOs are considered real-time synchronous online multiplayer games. In MMOs hundreds, and often thousands, of players interact in a persistent online world. MMO games feature diverse gameplay activities, complex in-game economies, and long-term character progression.

26.     From a technical standpoint, an MMO is generally split into two primary code bases - the "client" code, which runs on the hardware that each player is using to interact with the experience, and the centralized remote "server" code, which works in concert with the collective of players' client machines to run the product, while establishing a wide-area network environment in which all of the players interact.

27.     For technical reasons, a portion of the code base that runs an MMO is physically located on the centralized remote server, while the remainder of the code base is located on the client. However, it is important to note that while the code base may be divided between two different physical environments/computers, when one refers to the game's code base, they are always referring to the combination of the client-side code and the server-side code. It would be inaccurate to claim that the client-side software or the server-side software individually represents the game code.

28.     Daybreak's EverQuest game is an MMO.

29.     **Client (machine):** When speaking about online multiplayer games, such as the ones at issue in this case, the technical term ***client*** refers to the computing machine that the player is physically using - whether it be a computer, a tablet, or a mobile device. In such an architecture, the *client machine* displays information to the user (in terms of visual feedback), usually through

a display screen, and accepts input from the user, through devices such as keyboards, game controllers, or the like.[5]

30.    **Server:** However, in a networked gaming environment, the *client* does not work alone, as it must have some interconnection with other networked players who are participating in the experience (on their own client machines). One preferred method of handling such a network is to have a multitude of *clients*, all individually connected through a wide-area network (i.e., the Internet) to a central remote computer system. That centralized system, referred to as the ***server***, provides services to the connected clients, including delivering resources to each machine, sending and receiving messages to and from each client machine, and facilitating communications between individual machines.

31.    For example, in a large-scale online game with hundreds of users in different virtual locations, as each user uses a control device (e.g., a game control directional pad) to move their character within the virtual environment, their client machine updates the central server with the new location of that player, which is then disseminated by the server to all of the other client systems. In that way, the server can be thought of as the central repository which keeps track of the current state of the virtual environment.[6]

32.    **Client/Server Architecture:** This type of architecture is referred to as a client-server model:[7]

---

[5] *See* https://www.geeksforgeeks.org/system-design/client-server-model/.
[6] *Id*.
[7] *See* https://commons.wikimedia.org/wiki/File:Client-server-model.svg.

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM



33.     For this architecture to work, the software running on the clients and the server must be designed to interact. To better understand that relationship, it is helpful to think of a multiplayer gaming title, such as EverQuest or World of Warcraft, as a single, large-scale, networked video game, which operates as one large computing system. Like any computer application, the MMO has a master code base, which is the software program that is responsible for all aspects of the system's operation. From the standpoint of handling the multiplayer capabilities, that master code base is generally split into two primary code bases - the "client" code, which runs on the hardware that each player is using to interact with the experience, and the centralized remote "server" code, which works in concert with the collective of players' client machines to run the product, while establishing a wide-area network environment in which all of the players interact.

34.     **RPG (Role playing game):** An RPG, or role-playing-game, is a strategy game which can be played in either a tabletop or video game format. RPGs began in the 1970s as tabletop games that were part acting, part storytelling, part social interaction, and part dice rolling. Each player would take the role of a character, referred to as their "player character," while one person would act as the "dungeon master." While the players controlled their respective characters, the

dungeon master narrated the action, controlled monsters, and refereed the game. Tabletop RPGs were played using pencil, paper, polyhedral dice, and imagination. The first—and to this day the most popular—RPG was called Dungeons and Dragons ("D&D"), first published in 1974 by TSR, and subsequently published by Wizards of the Coast, now a subsidiary of Hasbro.[8]

35.    D&D's innovation[9] was the creation and control of individual characters, with various statistics representing their basic abilities, such as their strength, dexterity, and intelligence, as well as more detailed statistics such as hit points (current health), saving throws (a dice throw to determine the outcome of an attack), class level, and the number of feats that the character can perform. Characters typically have a class that represents their occupation, such as a sorcerer, wizard, paladin, ranger, or druid. A character's level reflects the character's experience in their class. When a character gains enough experience, their level and other abilities increase. Generally, player characters start the game at level 1 and advance to more powerful levels as the game progresses. Most importantly, the characters' experiences, level values, and other abilities are persistent from one game to another. This advancement of persistent character attributes is referred to as **character progression** and is one of the defining features of an RPG.

36.    By the 1980s, the RPG format had carried over to video games. Video game RPGs adopted rules and game systems from tabletop RPGs, with the player taking the role of a character in the story. However, instead of a dungeon master, the computer controlled the environment and combat mechanics, replacing the need for pencils, paper, and dice. Many video games have been

---

[8] *See* http://dnd.wizards.com/dungeons-and-dragons/what-dd/history/history-forty-years-adventure.

[9] "The earliest prototypical fantasy campaigns run by Dave Arneson only allowed players to control human fighting men, whose inspiration came from historic medieval wargaming. . . . The concept of character class began to emerge when players in Arneson's campaign wished to play a wizard, for which rules had existed in Gary Gygax's 1971 wargame Chainmail." Also, "[a] character class is a set of rules which describe the primary progression of abilities of a player character in Dungeons & Dragons." *See* https://dungeonsdragons.fandom.com/wiki/Character_class#.

inspired by gameplay elements introduced first in Dungeons and Dragons. Dungeons and Dragons is credited with creating the RPG genre and has been hugely influential in both tabletop and video game formats.

37.    **MMORPG:** An MMORPG is a massively multiplayer online role-playing video game (an RPG) in which hundreds or thousands of players participate simultaneously through an online Internet connection. In contrast to a traditional RPG video game, in which the characters in the world are largely computer controlled, or non-player characters ("NPC"), an MMORPG has the added layer of human interaction driven by human intelligence.

38.    An important aspect of an MMORPG is the persistence of the world, and the persistence of the state of the role characters within the world. In other words, if your character achieves an increase in level, that new level persists as your character goes forward in the game, even from session to session. This persistence of the attributes that define a character's essence as they progress in the game experience[10] - strength, stamina, agility, dexterity, intelligence, wisdom, and charisma - is what differentiates MMORPGs from more simplistic single-player games.

39.    One of the earliest MMORPGs was Richard Garriott's Ultima Online, launched in 1997, which pioneered the genre and achieved great success despite the limitations of its 2D graphics. Within two years, Sony Online Entertainment launched EverQuest (1999), which became the most popular MMO of its generation with its state-of-the-art 3D rendered world of Norrath. Quoting from PC Gamer magazine, "if Ultima Online started the genre, Everquest refined it."[11]

40.    Daybreak Game Company LLC, the successor company to Sony Online Entertainment, is now the owner of the EverQuest intellectual property, and continuing publisher

---

[10] *See* https://eqoa.fandom.com/wiki/Statistics.
[11] *See* https://www.pcgamer.com/a-brief-history-of-mmo-games/.

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

of the EverQuest MMO, which is now in its 26th year of operation, with over 30 full expansion updates since its launch.[12]

## V.    SUMMARY OF OPINIONS

41.    In my opinion, THJ is entirely dependent on Daybreak's EverQuest client software for its operation. THJ does not include its own original client software; instead, it requires users to install Daybreak's proprietary EverQuest client and then applies systematic modifications to enable connectivity to an unauthorized server infrastructure. Without EverQuest's copyrighted client software, THJ cannot function.

42.    Based on my technical analysis of the visual evidence and installation process, THJ directly utilizes Daybreak's copyrighted asset files rather than creating independent content. THJ displays EverQuest's characters, environments, user interface elements, and spell effects using the same underlying asset files, representing substantial creative and financial investment that THJ gains without incurring normal development costs.

43.    THJ systematically circumvents technological protection measures that control access to EverQuest's copyrighted content. THJ's sophisticated patcher defeats server authentication controls and client-side verification systems, enabling users to access the complete EverQuest experience without Daybreak's authorization or control.

44.    Based on my analysis of THJ's development infrastructure, THJ operates with significant technical sophistication including nine GitHub repositories, automated patch distribution systems, comprehensive file verification protocols, and backup deployment mechanisms. This level of technical complexity demonstrates professional software engineering

---

[12] *See* https://www.everquest.com/expansion-content.

practices typically associated with commercial game development operations rather than casual, fan-driven modification projects.

45.    In my opinion, THJ operates as a commercial competitor that systematically exploits Daybreak's intellectual property. By utilizing EverQuest's copyrighted assets without authorization, implementing different gameplay features like multiclassing, and offering free access to valuable content, THJ creates direct competition while avoiding the substantial development costs that Daybreak incurred.

46.    Based on my experience with MMORPG economics, THJ's continued operation causes harm to EverQuest's viability through player migration. MMORPGs derive primary value from active player communities, and once players migrate to competing services offering modified versions of the game, they typically do not return even if the competing service is later removed. This creates a one-way exodus that permanently reduces the original game's player base and threatens its long-term viability, as the social connections and investment that retain players become established in the competing environment.

## VI.    METHODOLOGY AND TECHNICAL ANALYSIS FRAMEWORK

47.    My analysis included review of the following materials: (a) Legal documents and supporting evidence provided by counsel; (b) Specific visual comparison exhibits, including Exhibit A to the Walter Tuanqui Declaration containing side-by-side visual comparisons of four iconic EverQuest characters (Lady Vox, Lord Nagafen, Innoruuk, and Cazic-Thule) in EverQuest versus THJ, Exhibit A to the Walter Tuanqui Declaration containing side-by-side visual comparisons of environmental assets in EverQuest versus THJ, Exhibit A to the Walter Tuanqui Declaration containing side-by-side visual comparisons of user interface elements in EverQuest versus THJ, and Exhibit A to the Walter Tuanqui Declaration containing side-by-side visual

comparisons of spell effects and visual elements in EverQuest versus THJ; (c) THJ's public materials including website, documentation, and promotional videos; (d) Complete analysis of nine THJ GitHub repositories including commit histories, code structure, and development patterns; and (e) Hands-on installation and comparison of both legitimate EverQuest and THJ installs for direct technical comparison.

48.     To ensure comprehensive and reliable analysis, I employed a five-phase methodology: (1) baseline documentation of legitimate EverQuest installation and client file analysis; (2) technical analysis of THJ's GitHub repositories and development patterns; (3) hands-on THJ installation with monitoring of all system modifications; (4) analysis of the final THJ game install; and (5) comparative analysis of visual elements, technical sophistication, and circumvention mechanisms.

49.     Key technical steps included: establishing a controlled testing environment, cataloging EverQuest's client files and configuration parameters, analyzing THJ's modification tools and automated patching systems, documenting specific client modifications and authentication bypasses, performing systematic visual comparisons using technical analysis tools, and evaluating the sophistication of circumvention methods against industry standards.

50.     My 40+ years of experience in game development, including extensive work with client-server architectures, authentication systems, and intellectual property analysis, provides the technical foundation necessary to conduct this analysis reliably and draw conclusions about the scope and nature of THJ's use of EverQuest's intellectual property.

## VII.    UNDERSTANDING OF THE CASE

51.     Based on my review, I understand that Defendants operate THJ, a game service that systematically modifies Daybreak's EverQuest client software and operates a game service entitled

"The Heroes' Journey" that utilizes a modified version of Daybreak's EverQuest client software and copyrighted content. More specifically, THJ requires users to download Daybreak's legitimate EverQuest client software, modifies it, and redirects players to an unauthorized server operated by Defendants.

52.    **Understanding of MMORPG Architecture:** MMORPGs like EverQuest consist of two essential, integrated components that work together to create the complete gaming experience: a) Client Software: The application installed on players' computers containing visual assets, user interface elements, audio files, character models, environmental textures, and communication protocols. The client renders the game world and handles user input. b) Server Infrastructure: The backend systems that host the authoritative game world, process player actions, maintain character data, enforce game rules, handle player interactions, and serve as the source of truth for the game state.

53.    **Integrated Nature of MMORPG Systems:** The client and server components are designed to work together as an integrated system. Neither component alone constitutes the complete game—the client without server access is essentially non-functional, and the server infrastructure is meaningless without client software to access it. The complete "work" that is EverQuest requires both components functioning together.

54.    **THJ's Approach:** Rather than creating original server software, Defendants have created an emulated server infrastructure designed to respond to Daybreak's copyrighted client software. This allows THJ to leverage Daybreak's substantial investment in client-side development (art assets, character models, user interfaces, audio, etc.) while providing alternative server functionality.

## VIII.   TECHNICAL ANALYSIS

### A.    Creative Assets Overview

55.    In my opinion, the EverQuest client software represents substantial creative expression and investment. Based on my review of the EverQuest game installation, the client software contains character models, environmental textures, user interface graphics, spell effects, animations, and other visual assets representing significant artistic and technical investment.

### B.    Visual Copying Evidence

#### 1.   *Character Design Analysis*

56.    Based on my analysis of Exhibit A and the THJ game install, I conclude that THJ displays EverQuest's iconic characters using Daybreak's original asset files and character systems. The identical visual presentation demonstrates direct utilization of EverQuest's character model files, texture maps, and animation data. THJ displays characters such as Lady Vox, Lord Nagafen, Innoruuk, and Cazic-Thule using the same underlying asset files that EverQuest uses.

57.    Industry standards for character development typically require substantial development time, team expertise including concept artists and technical artists, professional development tools, and extensive quality assurance. By utilizing Daybreak's existing assets, THJ created a competing game and bypassed all of the normal development associated with creating character assets.

#### 2.   *Environmental Analysis*

58.    Based on my analysis of Exhibit B, THJ displays EverQuest's environmental assets using the original asset files. The identical architectural elements, terrain features, and ambient lighting effects demonstrate direct utilization of Daybreak's optimized asset files through THJ's modified client systems.

59.    Based on industry standards for environmental asset development, creating original zone architecture, terrain features, and ambient elements of EverQuest's complexity typically requires substantial development investment including specialized environment artists and 3D modelers, professional level design and world-building expertise, advanced texturing and lighting systems programming, and extensive playtesting and quality assurance. The environmental assets in EverQuest represent years of accumulated artistic and technical development across multiple expansion releases. By utilizing EverQuest's existing environmental asset files, THJ bypasses all of these normal development costs and time investment associated with creating original environmental content of comparable scope and quality.

### 3.    *UI System Analysis*

60.    Based on my analysis of Exhibit C, THJ's interface displays EverQuest's original interface asset files. The identical layout precision, iconographic elements, and design consistency demonstrate direct integration with Daybreak's interface systems through THJ's modified client.

61.    Based on my experience with user interface development, the level of precision in reproducing complex UI systems requires significant development time and access to original design specifications. In my opinion, THJ's interface presentation demonstrates integration with Daybreak's existing interface systems rather than independent development.

### 4.    *Spell Effects Analysis*

62.    Based on my analysis of [Exhibit D], THJ displays spell effects using EverQuest's original effect asset files. The identical spell animations, particle systems, and visual behaviors demonstrate direct utilization of Daybreak's effect asset files through THJ's modified client installation.

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

63.     From a technical perspective, spell effects represent sophisticated 3D animation systems including particle generation, shader programming, and synchronized audio-visual effects. The identical presentation of EverQuest's specific spell animations, particle behaviors, and visual timing in THJ demonstrates direct utilization of complex technical assets that would require substantial specialized development to create independently. Similarly, the environmental rendering effects, lighting systems, and user interface elements represent technical assets requiring professional graphics programming and 3D modeling expertise.

### C.     Technical Evidence

#### 1.     *THJ Installation Analysis*

64.     Before a gamer can play The Heroes' Journey (THJ), they must go through an "installation" process. In my experience, the software functionality that is the focus of my analysis usually comes after the installation, but as it turns out, in this case, what happens during the "so-called" installation process ends up being critical to my analysis.

65.     An industry standard game installation would be expected to download one or more runtime files (executables, data and asset files, etc.) which are either owned by, or licensed to, the publisher in question, with the end result being an authenticated, internet-connected, ready-to-play gaming experience.

66.     While the THJ process also ends with a playable game installed on the client device, this result is achieved through methods that go well beyond the normal and customary function of a game installer. Specifically, as I detail below, the "installation" instructions walk the user through the process of downloading an unrelated third-party publisher's copyrighted game file (in this case, Daybreak's) while circumventing the normal install process of Steam, the hosting webstore. The "installation" then runs an automated program in which thousands of additional data files are added

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

to the game's build, while, at the same time, the third-party publisher's executable code is methodically modified ("patched") in a blatant example of copyright infringement. In addition, the unrelated third-party publisher's authentication and security processes are disabled, and the addresses to the third-party publisher's server code are changed. When completed, the user is faced with a derivative game experience which is an altered implementation of the legendary MMORPG EverQuest.

67.     To familiarize the reader with the issues at hand, in the following section I go through the "installation" process of THJ, as found on the webpage https://wiki.heroesjourneyemu.com/en/getting-started/installation-guide.

68.     For each step of the process, I will explain what is happening, and I will also explain the custom THJ code that is deployed to download and modify Daybreak's intellectual property, in the form of the EverQuest® Rain of Fear® executable file.

69.     **Step 1: Create an EQEmulator Account** - requires the user to create unique login credentials which will allow them access to the EQEmulator Open-Source project.



*Step 1: Create an EQEmulator Account*

70.     I successfully created an EQEmulator account as requested.

71.     **Step 2: Create a Loginserver Account** - instructed the user to create account credentials that would ultimately be used to login to the actual game.

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM



*Step 2: Create a Loginserver account*

72.    I successfully created a Loginserver account as requested.

73.    **Step 3: Create a THJ folder in Your C Drive -** instructed the user to create a folder on their computer entitled THJ, which will ultimately hold The Heroes' Journey game application.



*Step 3: Create a THJ folder*

74.    I successfully created a THJ folder on my C: drive account as required, as shown below.



*C: Drive with THJ folder created*

75.    **Step 4 - Add EverQuest to Your Steam Library** - instructed the user to issue a series of instructions to the Steam store application.

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM



***Step 4: Add EverQuest to Your Steam Library***

76.     I opened my Steam client and searched for EverQuest. Once it came up in the above pictured interface, I added the game to my library as instructed. It is important to note that at this point the THJ "installation" instructions have advised the user to circumvent the normal flow that one would expect when purchasing a Steam game. At the point of the above prompt, the normal course of action would have been to click on the green Play Game button, which would have then brought up an installation screen which would download and install the appropriate version of EverQuest, as intended by the game's publisher. By taking this convoluted route, the creators and developers of THJ appears to want to be in control of what specific version of the EverQuest executable code the user receives.

77.     **Step 5 - Open the Steam Console** - instructed the user to open the Steam command-line interface (the console) which allows knowledgeable users to have much greater control over their library of Steam content.

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM



*Step 5: Open the Steam Console*

78.  **Step 6: Download the RoF2 Client** - instructed me to enter a specific download

command into the Steam console command line interface:

download_depot 205710 205711 1926608638440811669



*Step 6: Download the RoF2 Client*

79.  At this point in time, having bypassed the standard Steam download and install

process, the THJ "installation" instructions were now taking the user through the process of

downloading one specific version of the EverQuest game client (executable), referred to as the

RoF2 Client, through the use of its identifying GAME_APP_ID of 205710. Applications are

identified on the Steam Platform by number. For example, the GAME_APP_ID for the EverQuest

game client is 205710 (*See* https://steamdb.info/app/205710/).

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

80.    The RoF2 naming convention is referring to the EverQuest update Rain of Fear,
which was the nineteenth expansion pack of the EverQuest franchise, released on November 28,
2012. The "2" refers to a slightly newer client build than the 2012 version release version of the
update. According to the EQEmulator community website, RoF2 is the May 10, 2013, version of
the RoF game executable.13

81.    I initiated the download on my machine and received a "download complete"
message, as shown below:

> Depot Download complete:
> C:\Program Files (x86)\Steam\steamapps\content\app_205710\depot_205711" (manifest
> 1926608638440811669)

82.    From a copyright infringement standpoint, I consider the completion of this step to
be significant as Daybreak's intellectual property, in the form of the EverQuest® Rain of Fear®
executable (and runtime files), have been obtained and are now resident on the user's computer.

83.    **Step 7: Locate and Copy the Downloaded Game Files** - instructed the user to
navigate to the app_205710 folder of Steam (where the Daybreak EverQuest game files are stored)
and move the contents of that folder (Daybreak's IP) to the newly created C:\THJ folder.

---

13 *See* https://www.eqemulator.org/forums/showthread.php?t=39092.



***Step 7: Locate and Copy the Downloaded Game Files***

84.     I located the Steam content folder and copied the files inside app_205710\depot_205711 and pasted them into C:\THJ. In reference to the above image which shows a window with approximately 20 folders, I must note that the image is very misleading. In fact, the folder which holds the files to be copied includes at least 4,130 items, all of which are copied from the EverQuest game folder and pasted into the THJ game folder.

85.     I consider the completion of this step to be equally significant to the downloading of the Daybreak game files. In this case, the user has been asked to copy the physical intellectual property assets which make up the copyrighted EverQuest Rain of Fear game release as they reside in their Steam content folder (identified by the GAME_APP_ID 205710), and paste a copy of the entirety of the games' client-side IP into the newly-created folder THJ, where they will used as game assets for *The Heroes' Journey* game.

86.     **Step 9: Download and Install the Patcher** - instructed the user to download a custom piece of software - heroesjourneyemu.exe - and put it into the C:\THJ folder with the EverQuest game files.

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM



***Step 9: Download and Install the Patcher***

87.     At this point, the Daybreak files that make up EverQuest: Rain of Fear have been downloaded from Steam (in a non-straightforward way) and moved into The Heroes' Journey game folder.  Step 8 instructs the user to download from The Heroes' Journey github repository14 an executable file entitled heroesjourneyemu.exe, which is subsequently placed into the THJ folder with the EverQuest game assets. Steps 9 and 10 involve the verification of the location of the "patcher" program, and the actual execution of the "patcher." Once the "patcher" has been run, the game The Heroes' Journey is ready to run.

2.      *Macroanalysis of Modifications Made to the EverQuest Client Game Code by the THJ Patcher*

88.     To quantify the scope of THJ's modifications to EverQuest's copyrighted game code, I used a commercially-available tool called Beyond Compare,15 a sophisticated file comparison program that performs comprehensive analyses of software modifications.

---

[14] *See* https://github.com/The-Heroes-Journey-EQEMU/thj-patcher/releases/download/1.1.0.150/heroesjourneyemu.exe.
[15] *See* https://www.scootersoftware.com.

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM



***Beyond Compare File Analysis Tool (sample screen)***

89.    I first saved a version of the EverQuest: Rain of Fear v2 game build, as it was downloaded from Steam.com using the method described in the THJ installation instructions. I then compared the original EverQuest build to the same directory structure of files after completing the entire THJ game installation. The table below gives a statistical overview of the two collections of files - the original copyrighted EverQuest files (pre-modification) and the same directory structure after being modified in the THJ installation.

| | |
|---|---|
| Total number of files in original EverQuest build | 8,784 |
| Total number of files in modified build | 12,954 |
| New files added<br>(files in the modified build that weren't in the original build) | 4,215 |
| Files modified<br>(files that are in both builds but have later dates in the modified build) | 234 |

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

| | |
|---|---|
| Files deleted (files that were in the original build but are not in the modified build) | 66 (99.3% of EverQuest files were kept in THJ). |
| Untouched files (the same file in both builds) | 8,426 |

90. THJ systematically modified 234 of Daybreak's copyrighted files spanning critical game systems including maps, user interface elements, help documentation, authentication controls, and visual assets. These modifications affect core EverQuest functionality including player navigation (maps), visual presentation (loadscreens), game mechanics (character abilities), and server authentication (eqhost.txt).

91. The table below documents the 234 copyrighted files which were modified by THJ from the original EverQuest client software and used in the parallel game development project to create unauthorized version of EverQuest.

| | | |
|---|---|---|
| help/tips/ctxdeath.html | maps/freeportmilitia.txt | uifiles/default/loadscreens/loadscreen32.jpg |
| help/aas.html | maps/freeportsewers.txt | uifiles/default/loadscreens/loadscreen33.jpg |
| help/augments.html | maps/freeporttheater.txt | uifiles/default/loadscreens/loadscreen34.jpg |
| help/bazaar.html | maps/freeportwest.txt | uifiles/default/loadscreens/loadscreen35.jpg |
| help/contactgm.html | maps/freporte.txt | maps/southkarana.txt |
| help/contacttech.html | maps/freportn.txt | maps/southro.txt |
| maps/abysmal.txt | maps/freportw.txt | maps/sro.txt |
| maps/acrylia.txt | maps/gfaydark.txt | maps/steamfont.txt |
| maps/akanon.txt | maps/greatdivide.txt | maps/steamfontmts.txt |
| maps/alkabormare | maps/grobb.txt | maps/steppes.txt |
| maps/arena.txt | maps/grobb_1.txt | maps/stonebrunt.txt |
| maps/ashengate.txt | maps/guildhall.txt | maps/stonehive.txt |
| maps/barter.txt | maps/guildlobby.txt | maps/sunderock.txt |
| maps/bazaar.txt | maps/halas.txt | maps/swampofnohope.txt |
| maps/beholder.txt | maps/harbingers.txt | maps/tenebrous.txt |
| maps/burningwood.txt | maps/highkeep.txt | maps/thurgadina.txt |
| maps/cabeast.txt | maps/highpass.txt | maps/thurgadinb.txt |
| maps/cabwest.txt | maps/hillsofshade.txt | maps/timorous.txt |
| maps/cauldron.txt | maps/hollowshade.txt | maps/toskirakk.txt |
| maps/cobaltscar.txt | maps/icefall.txt | maps/tox.txt |
| maps/commonlands.txt | maps/innothule.txt | maps/toxxulia.txt |
| maps/commons.txt | maps/innothuleb.txt | maps/tutoriala.txt |
| maps/crescent.txt | maps/kael.txt | maps/tutorialb.txt |
| maps/crystallos.txt | maps/kaladima.txt | Resources/BaseData.txt |
| maps/dawnshroud.txt | maps/kaladimb.txt | Resources/GlobalLoad.txt |
| maps/discord.txt | maps/kerraridge.txt | Resources/GlobalLoad_chr.txt |
| maps/dreadlands.txt | maps/kithicor.txt | Resources/loadscreen.jpg |
| maps/echo.txt | maps/lakerathe.txt | Resources/OnDemandResources.txt |
| maps/ecommons.txt | maps/lavastorm.txt | Resources/skillcaps.txt |

| | | |
|---|---|---|
| maps/emeraldjungle.txt | maps/lfaydark.txt | uifiles/default/loadscreens/loadscreen01.jpg |
| maps/erudnext.txt | maps/mesa.txt | uifiles/default/loadscreens/loadscreen02.jpg |
| maps/erudnint.txt | maps/misty.txt | uifiles/default/loadscreens/loadscreen03.jpg |
| maps/erudsxing.txt | maps/mistythicket.txt | uifiles/default/loadscreens/loadscreen04.jpg |
| maps/everfrost.txt | maps/neighborhood.txt | uifiles/default/loadscreens/loadscreen05.jpg |
| maps/feerrott.txt | maps/neighborhood_1.txt | uifiles/default/loadscreens/loadscreen06.jpg |
| maps/felwithea.txt | maps/neighborhood_2.txt | uifiles/default/loadscreens/loadscreen07.jpg |
| maps/felwitheb.txt | maps/nektulos.txt | uifiles/default/loadscreens/loadscreen08.jpg |
| maps/fieldofbone.txt | maps/nektulos_1.txt | uifiles/default/loadscreens/loadscreen09.jpg |
| maps/firiona.txt | maps/neriaka.txt | uifiles/default/loadscreens/loadscreen10.jpg |
| maps/freeportacademy.txt | maps/neriakb.txt | uifiles/default/loadscreens/loadscreen11.jpg |
| maps/freeportcityhall.txt | maps/neriakc.txt | uifiles/default/loadscreens/loadscreen12.jpg |
| maps/freeporteast.txt | maps/nexus.txt | uifiles/default/loadscreens/loadscreen13.jpg |
| maps/freeporthall.txt | maps/northkarana.txt | uifiles/default/loadscreens/loadscreen14.jpg |
| uifiles/default/loadscreens/loadscreen19.jpg | uifiles/default/EQLSUI_ConnectWnd.xml | uifiles/default/loadscreens/loadscreen15.jpg |
| uifiles/default/loadscreens/loadscreen20.jpg | uifiles/default/EQLSUI_MainWnd.xml | uifiles/default/loadscreens/loadscreen16.jpg |
| uifiles/default/loadscreens/loadscreen21.jpg | uifiles/default/EQLSUI_ServerSelectWnd.xml | uifiles/default/loadscreens/loadscreen17.jpg |
| uifiles/default/loadscreens/loadscreen22.jpg | uifiles/default/EQUI_AAWindow.xml | uifiles/default/loadscreens/loadscreen18.jpg |
| uifiles/default/loadscreens/loadscreen23.jpg | uifiles/default/EQUI_Animations.xml | uifiles/default/CascadeMenu.txt |
| uifiles/default/loadscreens/loadscreen24.jpg | uifiles/default/EQUI_BazaarSearchWnd.xml | uifiles/default/EQLS_background_01.tga |
| uifiles/default/loadscreens/loadscreen25.jpg | uifiles/default/EQUI_BigBankWnd.xml | uifiles/default/EQLS_background_02.tga |
| uifiles/default/loadscreens/loadscreen26.jpg | uifiles/default/loadscreens/loadscreen29.jpg | uifiles/default/EQLS_background_03.tga |
| uifiles/default/loadscreens/loadscreen27.jpg | uifiles/default/loadscreens/loadscreen30.jpg | uifiles/default/EQLS_background_04.tga |
| uifiles/default/loadscreens/loadscreen28.jpg | uifiles/default/loadscreens/loadscreen31.jpg | uifiles/default/EQLS_background_05.tga |
| uifiles/default/loadscreens/loadscreen36.jpg | uifiles/default/loadscreens/loadscreen42.jpg | uifiles/default/loadscreens/loadscreen49.jpg |
| uifiles/default/loadscreens/loadscreen37.jpg | uifiles/default/loadscreens/loadscreen43.jpg | uifiles/default/loadscreens/loadscreen50.jpg |
| uifiles/default/loadscreens/loadscreen38.jpg | uifiles/default/loadscreens/loadscreen44.jpg | uifiles/default/loadscreens/loadscreen51.jpg |
| uifiles/default/loadscreens/loadscreen39.jpg | uifiles/default/loadscreens/loadscreen45.jpg | uifiles/default/loadscreens/loadscreen52.jpg |
| uifiles/default/loadscreens/loadscreen40.jpg | uifiles/default/loadscreens/loadscreen46.jpg | uifiles/default/loadscreens/loadscreen53.jpg |
| uifiles/default/loadscreens/loadscreen41.jpg | uifiles/default/loadscreens/loadscreen47.jpg | uifiles/default/loadscreens/loadscreen54.jpg |
| uifiles/default/loadscreens/loadscreen55.jpg | uifiles/default/loadscreens/loadscreen48.jpg | |

92.     Finally, the analysis tool offers a file directory view which can be helpful in visualizing how the various files are split between the original copyrighted game build and the THJ unauthorized game project.

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM



93.     While the image above is certainly helpful in understanding the relationship between the two directories (before and after modification), the magnitude of the copying can only be fully comprehended when one considers that the columns above, which each display about 70 lines of file references, scroll vertically to reveal about 12,000 more lines of file references.

           3.     *THJ Source Code Analysis*

94.     I am informed that the source code for the THJ product is hosted on github at https://github.com/The-Heroes-Journey-EQEMU.  The source code analysis in this section works directly from files downloaded from this github repository on July 7, 2025.

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

95.     It has been pointed out through other forms of analysis that THJ modifies the
EverQuest game client, a fact freely admitted in the thj-patcher/README.md file:

> "**Client Setup**
>
> After building the patcher, copy heroesjourneyeq.exe to your
>
> EverQuest directory (where eqgame.exe is located). The patcher
>
> will automatically check for updates and **patch your client as**
>
> **needed**." (Emphasis added)

96.     The developers of THJ created a number of programs designed to assist a game
player in cloning and modifying Daybreak's software.  These include a Patcher and several Helper
Applications. Sections of the source code for THJ are reproduced here with emphasis added for
readability.

> a.     Code Modifying Programs
>
> (1)     The Patcher

97.     I understand that THJ created and made available a github repository called "The-
Heroes-Journey-EQEMU."   Within said repository can be found a directory "thj-patcher"
containing "releases/latest/download."  At that location is stored a copy of the latest patcher named
"heroesjourneyemu.exe."  This file is an executable program built from the source code found in
the root of the "thj-patcher-master" directory of said repository.  It is this source code that shows
the operation of the "Patcher."

98.     The Patcher is compiled to include a number of programs and Helper Applications
to facilitate the modification of Daybreak's EverQuest client program.  The technical architecture
of the patcher system and the helper programs demonstrates software engineering sophistication
comparable to commercial deployment tools. An analysis of these included programs demonstrates
the operation of the Patcher.

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

(2)    Helper Applications

(a)    SteamHelper.cs

99.    The installation process described in the previous section is described in the

**Manual Installer Guide**.[16] There is also a more turnkey process referred to as **The Heroes'**

**Journey Installer**[17], which simply automates certain elements of the step-by-step process

previously reviewed. The Steam Helper code discussed below is part of the automated install

process.

100.    The Steam Helper is a tool created by the developers of THJ to cause Daybreak's

intellectual property to be downloaded from Steam.   This tool takes the familiar form of an

automated installer and explicitly calls out to the Steam Platform to download Daybreak's

EverQuest game client through the use of its identifying GAME_APP_ID of 205710.[18]

```
File: thj-launcher-main/Helpers/SteamHelper.cs
Routine: SteamHelper()

17 namespace THJPatcher.Helpers
18 {
19  public static class SteamHelper
20  {
21    private const string GAME_APP_ID = "205710";
22    private const string GAME_DEPOT_ID = "205711";
23    private const string GAME_MANIFEST_ID = "1926608638440811669";
24    private const double TOTAL_GB = 8.91;
25    private const double EXPECTED_DOWNLOAD_SIZE_B = 9567578066.0;
. . .
41  public static async Task InstallGame(Action<string>
            setClipboardText, Action<string> updateStatusCallback)
```

101.    As noted, in this routine a specific game is slated for download by the player, using

the helper app created for this purpose by THJ.   That specific game is Daybreak's EverQuest.   By

---

[16] *See* https://wiki.heroesjourneyemu.com/en/getting-started/installation-guide.

[17] *See* https://wiki.heroesjourneyemu.com/en/getting-started/installation-guide.

[18] Applications are identified on the Steam Platform by number. For example, the GAME_APP_ID for the EverQuest™ game client is 205710 (*See* https://steamdb.info/app/205710/).

31

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

line 41 this helper app begins the installation of EverQuest.  As part of the installation process the

helper app allows the player to install Daybreak's game onto a local hard disk:

```
55 // Create drive selection dialog
56 var dialog = new Window
57 {
58  Title = "Select Installation Drive",
59  Width = 300,
60  Height = 250,
61  WindowStartupLocation = WindowStartupLocation.CenterScreen,
62  ResizeMode = ResizeMode.NoResize,
63  WindowStyle = WindowStyle.ToolWindow,
64  Background = new SolidColorBrush(Color.FromRgb(32, 32, 32))
65 };
. . .
136 string selectedDrive = null;
137 okButton.Click += (s, e) =>
138 {
139  if (comboBox.SelectedItem != null)
140  {
141   selectedDrive = drives[comboBox.SelectedIndex].Name;
142   dialog.DialogResult = true;
143  }
144 };
```

102.    By line 141, the player has selected which local disk drive ("selectedDrive") for the

installation.  Further instructions to the player are then provided:

```
157 string installPath = Path.Combine(selectedDrive, "THJ");
158 updateStatusCallback($"Installing to: {installPath}");
159 updateStatusCallback("\n");
160
161 Directory.CreateDirectory(installPath);
162
163 // First message
164 updateStatusCallback("Steam will launch
            automatically to begin the download.");
165 updateStatusCallback("\n");
166
167 // Command line instructions
168 updateStatusCallback("Once Steam opens:");
169 updateStatusCallback("1. Click on the command line");
170 updateStatusCallback("2. Press Ctrl + V to paste");
171 updateStatusCallback("3. Press Enter to start the download");
172 updateStatusCallback("\n");
173
174 // Final step message
175 updateStatusCallback("After the download
            completes, the installer will apply the final patches.");
176 updateStatusCallback("The installer will alert
            you when the process is complete.");
```

32

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

103.    The highlighted text is displayed to the player as part of the explanation of the installer's operation.  The "final patches" referred to in the installer message are then downloaded and executed:

```
376 // Download and install the patcher
377 updateStatusCallback("Installing the Heroes' Journey Patcher...");
378 string patcherPath = Path.Combine(installPath,
        "heroesjourneyemu.exe");
379
380 try
381 {
382 using (var response = await httpClient.GetAsync(
383  "https://github.com/The-Heroes-Journey-EQEMU/thj-patcher/releases/
        latest/download/heroesjourneyemu.exe",
384 HttpCompletionOption.ResponseHeadersRead))
385 {
386  response.EnsureSuccessStatusCode();
387  using (var fileStream = File.Create(patcherPath))
388  using (var downloadStream = await
            response.Content.ReadAsStreamAsync())
389  {
390   await downloadStream.CopyToAsync(fileStream);
391  }
392 }
393 updateStatusCallback("Patcher installed successfully!");
394
```

104.    Thus, the installer executes the patch "heroesjourneyemu.exe" as downloaded from github.  To be clear, this is an executable program designed by the developers of THJ to modify Daybreak's EverQuest client program stored on the player's PC.

(b)    FileVerificationHelper.cs

105.    The File Verification Helper is a tool created by THJ to ensure, after EverQuest has been downloaded, that all of the EverQuest files needed to run THJ are present.  It has already been established that THJ operates through the use of the EverQuest client program.  It is additionally significant that The Heroes' Journey game can neither be installed or operate without the use of certain specific require files that are part of Daybreak's EverQuest installation package. The Patcher source code identifies at least some of said required files:

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

```
File: thj-launcher-main/Helpers/SteamHelper.cs
Routine: SteamHelper()

8 public static class FileVerificationHelper
9 {
10 private static readonly string[] RequiredDlls = new[]
11 {
12  "mss32.dll",
13  "xul.dll",
14  "nspr4.dll",
15  "steam_api.dll"
16 };
. . .
```

106.    Shown is a list of library programs that the Patcher expects to be on the player's
computer after the installation of the EverQuest client.  The Patcher relies upon the existence those
programs and will fail in their absence.  This is further evidence that THJ relies upon installation
of Daybreak's IP.

```
36 // Verify all required files are present after copying
37 string[] missingFiles = RequiredDlls
38 .Where(dll => !File.Exists(Path.Combine(installPath, dll)))
39 .ToArray();
40
41 if (missingFiles.Any())
42 {
43  string missingFilesList = string.Join(", ",missingFiles);
44  throw new FileNotFoundException(
45  $"Critical files are missing: {missingFilesList}. " +
46  "Please verify your Steam EverQuest installation and try again.");
47 }
```

(c)    PatchHelper.cs

107.    The Patch Helper is a tool created by THJ to perform the actual patching of the
EverQuest client program.  It performs various functions, including checking for the latest patch
version, testing the patch for authenticity, and downloading all of the necessary files to patch
Daybreak's EverQuest client program.  The patching process is driven by a YAML[19] file

---

[19] YAML is an acronym for Yet Another Markup Language. This file type is simply an English-language list that can
be parsed to provide structured data.

"filelist.yml" (reproduced in part below) that contains a list of files to download / overwrite.

Portions of this helper tool are reproduced here:

```
File: thj-launcher-main/Helpers/PatchHelper.cs
Routines:  CheckAndDisplayPatchVersion()
           CheckAndUpdateFiles()
           updateStatusCallback()
           GetPatchVersion()
           ParseFileList()


19 private static readonly string localFilePath =
           Path.Combine(AppDataPath, "filelist.yml");
20 private static readonly string patcherUrl =
           "https://raw.githubusercontent.com/BND10706/thj-patcher-
                files/main/filelist.yml";

59 // Method to check the patch and display progress using a callback
60 public static async Task<bool>
           CheckAndDisplayPatchVersion(Action<string> updateStatusCallback)
61 {
62 try
63 {
64 updateStatusCallback("Checking for available patches...");
. . .
77 // Check if any files need updating
78 bool needsUpdate = await
           CheckAndUpdateFiles(remoteFileList, updateStatusCallback);
79
80 if (!needsUpdate)
81 {
82   updateStatusCallback("All files are up to date.");
83   return false;
84 }
85
86 return true;
87 }
88
89 return false;
90 }
91 catch (Exception ex)
92 {
93   updateStatusCallback($"An error occurred while fetching the patch:
           {ex.Message}");
94   throw;
95  }
96 }
97
98 // Method to fetch and return the patch version
99 private static async Task<string>
           GetPatchVersion(Action<string> updateStatusCallback)
. . .
103 // Step 1: Check if the local file exists, read it
104 if (File.Exists(localFilePath))
```

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

```
105 { . . . }
. . .
123 // Step 2: If no local file or if it could not be parsed, download
            from GitHub
124 updateStatusCallback($"Attempting to download filelist.yml from
            {patcherUrl}");
. . .

. . .
131 // Parse the YAML file to extract version
132 var filelistFromGitHub = ParseFileList(response);
133
134 if (filelistFromGitHub == null)
135 {
136  Console.WriteLine("Failed to parse the GitHub filelist.");
137  updateStatusCallback("Failed to parse the patch file.");
138  return null;
139 }
140
141 // Save the fetched file locally
142 await File.WriteAllTextAsync(localFilePath, response);
143
144 Console.WriteLine($"Parsed GitHub filelist, patch
            version: {filelistFromGitHub.Version}");
145 updateStatusCallback($"Fetched patch version:
            {filelistFromGitHub.Version}");

. . .

162 // Parsing the filelist from the YAML content
163 private static FileList ParseFileList(string yamlContent)
164 {
165  try
166  {
167   var deserializer = new DeserializerBuilder()
168   WithNamingConvention(CamelCaseNamingConvention.Instance)
169   .Build();
170   var filelist = deserializer.Deserialize<FileList>(yamlContent);
171   return filelist;
172  }
173  catch (Exception ex)
174  {
175   Console.WriteLine($"Error parsing filelist YAML: {ex.Message}");
176   return null;
177  }
178 }
```

108.  Lines 98-124 obtain "filelist.yml," either from a previously downloaded local copy
in step 1; or by downloading it from github in step 2.  Lines 163-178 parse the YAML file to obtain
a complete list of files to be downloaded to the player's PC.

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

109.    Once the YAML file has been parsed, the Patcher has a list of files with instructions of what to do with each file (i.e. deleting Daybreak's existing EverQuest files and downloading new files in their place).    The actual downloading of said list of files is performed by "FileChecker.cs" as shown below.

(d)    filelist.yml

110.    This file is the YAML information upon which the Patcher relies.  It contains a list of files to delete, as well as more than 4,000 files to download.  Note that each file that is downloaded will *overwrite and replace* one of Daybreak's source code files if the new file is using the same filename as the original:

```
File: thj-patcher-master/filelist.yml

20250316a8ee06a76b4172d8110afc06d1ae1b31 0
2 deletes:
3 - name: nektulos.eqg
4 - name: nektulos_EnvironmentEmitters.txt
5 - name: lavastorm.eqg
6 - name: bazaar.eqg
7 - name: highpasshold.emt
8 - name: highpasshold.eqg
9 - name: highpasshold.zon
10 - name: highpasshold_chr.txt
11 - name: highpasshold_EnvironmentEmitters.txt
12 - name: arena.eqg
13 - name: northro_assets.txt
14 - name: northro_chr.txt
15 - name: northro.emt
16 - name: northro_EnvironmentEmitters.txt
17 - name: northro.eqg
18 - name: northro.mp3
19 downloadprefix:
            https://raw.githubusercontent.com/The-Heroes-Journey-EQEMU/
            eqemupatcher/master/rof/
20 downloads:
21 - name: AutoChannels.txt
22 md5: 4256199c37834f3d087772782f64b4c7
23 date: "20250316"
24 size: 3572
25 - name: Barter.mp3
26 md5: c1cf7f0b70ac3d56b61924a324419980
27 date: "20250316"
28 size: 1368192
29 - name: GlobalLoad_chr.txt
```

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

```
30 md5: 485c4b9e040297d18c665ad2b1f853d3
31 date: "20250316"
32 size: 333
33 - name: Nektulos.zon
34 md5: 5559260293b7008b5f45113c6ec23e56
35 date: "20250316"
36 size: 1090519
. . .
173 - name: eqhost.txt
174 md5: e25e4009cf689dedfaabb950905ba52f
175 date: "20250316"
176 size: 76
. . .

Plus more than 4900 additional files to download...
```

111.    Note that on line 173 of filelist.yml, the Patcher is instructed to download and overwrite "eqhost.txt:"

112.    The following is a side-by-side analysis of Daybreak's "eqhost" file from a clean installation of EverQuest vs. THJ's "eqhost" file after the Patcher has been run:

| eqhost.txt (Daybreak) | eqhost.txt (THJ) |
|---|---|
| [LoginServer]<br>Host=eqlplogin1.everquest.com:15900 | [LoginServer]<br>#Host=login.eqemulator.net:5999 [20]<br>Host=login.projecteq.net:5999 |

113.    As can be seen, the "Host" parameter is modified to redirect server calls from "everquest.com" to "projecteq.net."

(e)    FileChecker.cs

114.    The File Checker is a tool created by THJ to perform the downloading of the files identified by the Patch Helper described above.  Here is where the destructive patching of the EverQuest client program is triggered.

115.    Operation: In case the THJ patch was previously applied, this program checks already installed files against the current version in the github repository.  It is logical to skip

---

[20] The leading hashmark (#) indicates that this line is "commented out," a common programming technique to help remind the programmer of a previous value before a change.  It is the second "Host" line that is operable.

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

downloading any files that are already up to date.  Of course, the first time Daybreak's EverQuest

game client is patched, all files will be downloaded and applied.

```
File: thj-launcher-main/Helpers/FileChecker.cs
Routine: CheckForUpdates()

9 public class FileChecker
10 {
11  public static async void CheckForUpdates(Action<string>
            updateStatusCallback, Action enablePlayButtonCallback)
12 {
13 try
14  {
15   updateStatusCallback("Checking for updates...");
16
17   // Check for patch and download/apply if needed
18   bool updatesAvailable = await
            PatchHelper.CheckAndDisplayPatchVersion(updateStatusCallback);
19
20   if (updatesAvailable)
21   {
22    updateStatusCallback("Updates found.Downloading and applying...");
23    await PatchHelper.DownloadAndApplyUpdates(updateStatusCallback);
24
25    // Update version after applying updates
26    updateStatusCallback($"Updated to version:
            {PatchHelper.CurrentVersion}");
27   }
28   else
29   {
30     updateStatusCallback("No updates needed.");
31   }
32
33   // Enable play button
34   enablePlayButtonCallback();
35   }
```

116.    At line 23, the routine "DownloadAndApplyUpdates" in "PatchHelper.cs" is

executed to perform the downloading and overwriting Daybreak's EverQuest files.

(f)    MainWindow.xaml.cs

117.    The main operating program for the Patcher is captured in the source code file

"MainWindow.xaml.cs."  Here can be found the routines that update the player's PC – deleting,

downloading, and overwriting Daybreak's EverQuest game client files.  Once the main window of

the Patcher is loaded, the following sequence is executed.  (Note that MainWindow.xaml.cs is a

141 page document.  In the interest of space, only appropriate code lines are reproduced.)

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

118.    The routine "MainWindow_Loaded" located at line 682 calls "StartPatch()" at line 957.  The routine "StartPatch()" located at line 1405 calls "AsyncPatch()" at line 1425.  The routine "AsyncPatch()" is found at line 1455 and performs the patch process, downloading the files identified in "filelist.yaml."

```
File: thj-launcher-main/Helpers/PatchHelper.cs
Routines:  MainWindow_Loaded()
                StartPatch()
                AsyncPatch()

682 private async void MainWindow_Loaded(object sender,
            RoutedEventArgs e)
. . .
957 await StartPatch();
. . .
1405 private async Task StartPatch()
. . .
1425 await AsyncPatch();
. . .
1455 private async Task AsyncPatch()
1456 {
1457  Stopwatch start = Stopwatch.StartNew();
1458  StatusLibrary.Log($"Patching with patcher version
            {version}...");
1459  StatusLibrary.SetProgress(0);
. . .
```

119.    As an aside, it was discovered during source code analysis that at some point in the development of THJ, the github repository was cloned and served from a url belonging to THJ, specifically https://patch.heroesjourneyemu.com.  While that has become the primary source for patch files, the github repository remains as a backup:

```
333 fileName = "heroesjourneyemu";
334
335 // SWAP: Make patch.heroesjourneyemu.com the primary,
                GitHub the backup
336 filelistUrl = "https://patch.heroesjourneyemu.com";
```

120.    Regardless of the source of the files, the routine "AsyncPatch()" applied the patch, deleting, downloading, and overwriting Daybreak's EverQuest game client files.  First it downloads and parses the file list, ultimately creating a "filelist" on line 1647:

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

```
1633 // Download the filelist
1634 string webUrl = $"{filelistUrl}/filelist_{suffix}.yml";
1635 string filelistResponse = await
          UtilityLibrary.DownloadFile(cts, webUrl, "filelist.yml");
1636 if (filelistResponse != "")
1637 {
1638  StatusLibrary.Log($"Failed to fetch filelist from
          {webUrl}: {filelistResponse}");
1639  return;
1640 }
1641
1642 // Parse the filelist
1643 FileList filelist;
1644 using (var input = await Task.Run(() =>
          File.OpenText($"{Path.GetDirectoryName(System.Windows.Forms.
          Application.ExecutablePath)}\\filelist.yml")))
1645 {
1646  var deserializerBuilder = new DeserializerBuilder()
1647  WithNamingConvention(CamelCaseNamingConvention.Instance)
1648  Build();
1649  filelist = await Task.Run(() =>
          deserializerBuilder.Deserialize<FileList>(input));
1650 }
```

121.    The routine then orders the file by priority:

```
1809 // Download and patch files
1810 if (!filelist.downloadprefix.EndsWith("/"))
          filelist.downloadprefix += "/";
1811
1812 // Process files in a specific order: DLLs first, then
          other files, maps last
1813 var orderedFiles = new List<FileEntry>();
1814 orderedFiles.AddRange(dllFiles);
1815 orderedFiles.AddRange(otherFiles);
orderedFiles.1816 AddRange(mapFiles);
```

122.    The routine then processes every file in the combined, ordered list.  (The "foreach" operation defines a program loop to process every element of "orderedFiles." The "while" operation will continue to try each file until its download is successful.)

```
1823 foreach (var entry in orderedFiles)
1824 {
. . .
2060 while (!downloadSuccess && retryCount < maxRetries)
2061 {
2062  // Try primary URL first
2063  string url = filelist.downloadprefix +
          entry.name.Replace("\\", "/");
2064 string response = await
```

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

```
                               UtilityLibrary.DownloadFile(cts, url, entry.name);
2065
2066  // If primary fails, try backup URL
2067  if (response != "")
2068  {
2069    string backupUrl =
          "https://github.com/The-Heroes-Journey-EQEMU/eqemupatcher/releases/
          latest/download/rof/" + entry.name.Replace("\\", "/");
2070    response = await
          UtilityLibrary.DownloadFile(cts, backupUrl, entry.name);
2071    if (response != "")
2072    {
2073      if (shouldLogFile)
2074      {
2075        StatusLibrary.Log($"Failed to download
                {entry.name} ({generateSize(entry.size)}): {response}");
2076      }
2077      retryCount++;
2078      continue;
2079    }
2080  }
```

123.    The actual file download is handled by a utility program "DownloadFile"
highlighted in green (either from the primary or backup url location). At the completion of every
"while" loop within the "foreach" loop the Patcher's process is complete.

b.    Summary of Patcher and Helper Applications

124.    The THJ patcher is an active tool designed to modify the EverQuest client to make
it compatible with THJ's unauthorized server infrastructure. In my analysis, the patcher performs
the following key functions:

- Modifies eqhost.txt to redirect network traffic from Daybreak's official servers to
  THJ's servers.

- Replaces or overwrites EverQuest's core executable files and dynamic link libraries
  (DLLs) to disable subscription verification and authentication checks.

- Utilizes a filelist.yml to replace and add resource files (such as maps, textures, and
  zone data) required for THJ's customized server environment.

42

- Deploys helper applications (e.g., FileVerificationHelper.cs) to verify EverQuest file integrity and assist with patching and updates.

- Creates a modified client directory (C:\\THJ) that is separate from Daybreak's official installation path.

125.    These modifications collectively change the original EverQuest client into a customized version tailored for THJ's servers.

4.    *Analysis of Modified Files Related to Client Authentication*

126.    The primary way in which THJ bypasses the technological protection measures that Daybreak deployed to control access to its content was to change the URL of the EverQuest server, as held in the eqhost.txt file. As earlier discussed in the source analysis above, I note that on line 173 of filelist.yml, the THJ's Patcher program is instructed to download and overwrite "eqhost.txt."

127.    Following is a side-by-side analysis of Daybreak's "eqhost" file from a clean installation of EverQuest vs. THJ's "eqhost" file after the Patcher has been run:

| eqhost.txt (Daybreak) | eqhost.txt (THJ) |
|---|---|
| [LoginServer]<br>Host=eqlplogin1.everquest.com:15900 | [LoginServer]<br>#Host=login.eqemulator.net:5999 [21]<br>Host=login.projecteq.net:5999 |

128.    As can be seen, the "Host" parameter is modified to redirect server calls from "everquest.com" to "projecteq.net." In this way, the THJ unauthorized derivative work takes control of the user's navigational path before they ever reach the EverQuest server.

129.    Regarding technological protection measures Daybreak uses to control access to its content on the client side, my research uncovered a file which is modified by THJ's installation

---

[21] The leading hashmark (#) indicates that this line is "commented out," a common programming technique to help remind the programmer of a previous value before a change.  It is the second "Host=" line that is operable.

and patcher process, specifically to interfere with the password and login authentication process executed during the client-side game initialization.

130.    The file - *eqlsClient.ini* - is found in the root of the copyrighted EverQuest client software. The relevant code segment from the original version of the file is shown below. Note that this code defines the SONY URLs associated with various client-side support, login and authentication-related functions, including AccountURL, TechSupportURL, EQHelpURL, DowntimeURL, PasswordResetURL, and PasswordToolURL (shown in highlight).

```
[CLIENT]
IniFlushIntervalInSecs=60
AccountURL=https://account.station.sony.com
EQLiveURL=http://eqlive.station.sony.com/
TechSupportURL=http://help.station.sony.com/cgi-bin/soe.cfg/php/enduser/live.php
EQHelpURL=www.station.com/kb
NetworkStatusURL=http://eqlive.station.sony.com/support/network_status.jsp
DowntimeURL=http://eqlive.station.sony.com/support/scheduled_downtime.jsp
PasswordResetURL=https://account.station.sony.com/cam/resetRequired/resetPassword!input.action?theme=eq
PasswordToolURL=https://www.station.sony.com/secure/en/registration/view.jsp
WebOrderLink5=https://eqbl.station.sony.com/launchpad/subscription.jsp
WebOrderLink6=http://www.everquest.com/rates
WebOrderLink7=http://www.walkofgame.com/
```

131.    The same file - **eqlsClient.ini** - is found in the root of the THJ game folder, which holds the modified EverQuest client software. The relevant code segment from the THJ modified version of the file is shown below. Note that the THJ install process has modified the SONY URLs to point to eqemulator.com, discord.gg/heroesjourney and wiki.heroesjourneyemu.com (shown in highlight) in order to hijack the player's navigational flow away from the Sony servers.

```
[CLIENT]
IniFlushIntervalInSecs=60
AccountURL=https://www.eqemulator.org/          MODIFIED - was account.station.sony.com
EQLiveURL=http://eqlive.station.sony.com/
TechSupportURL=https://discord.gg/heroesjourney    MODIFIED - was help.station.sony.com/cgi-
                                                   bin/soe.cfg/php/enduser/live.php

EQHelpURL=https://discord.gg/heroesjourney        MODIFIED - was www.station.com/kb
NetworkStatusURL=https://wiki.heroesjourneyemu.com/  MODIFIED - was eqlive.station.sony.com/support/
                                                     network_status.jsp
DowntimeURL=https://wiki.heroesjourneyemu.com/    MODIFIED - was eqlive.station.sony.com/support/
                                                   scheduled_downtime.jsp


PasswordResetURL=https://www.eqemulator.org/       MODIFIED - was account.station.sony.com/cam/
                                                   resetRequired/resetPassword!input.action?theme=eq

PasswordToolURL=https://www.eqemulator.org/        MODIFIED - was www.station.sony.com/secure/en/
                                                   registration/view.jsp
```

WebOrderLink5=https://www.google.com
WebOrderLink6=https://www.google.com
WebOrderLink7=https://www.google.com

132.    In my opinion, THJ systematically defeats Daybreak's technological protection measures designed to control access to EverQuest's copyrighted content. THJ's patcher specifically circumvents: (a) **server authentication controls** by modifying eqhost.txt to redirect client connections from Daybreak's authorized servers (everquest.com) to THJ's unauthorized servers (projecteq.net); and (b) **client-side authentication systems** by altering eqlsClient.ini to bypass Daybreak's login verification URLs and redirect authentication requests to THJ's systems. These systematic modifications collectively enable users to access EverQuest's copyrighted experience through THJ's servers without authorization from Daybreak, defeating the technological measures Daybreak implemented.

5.    *GitHub Repository Analysis*

133.    I conducted a comprehensive review of THJ's GitHub presence at https://github.com/The-Heroes-Journey-EQEMU, which hosts nine separate repositories containing THJ's development materials.

134.    The repositories contain extensive documentation including detailed installation guides, user support materials, technical specifications, and developer resources. The main repository includes comprehensive README files, troubleshooting guides, and step-by-step user instructions.

135.    My analysis of the commit histories reveals ongoing development activity by multiple contributors, with regular updates, feature additions, and bug fixes documented over an extended period. The repositories show evidence of version control practices including branching, merging, and release management.

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

136.    The repositories include automated systems for patch distribution, with both primary and backup distribution mechanisms. THJ maintains its own patch distribution server at https://patch.heroesjourneyemu.com in addition to the GitHub backup system.

137.    The repositories contain sophisticated build systems, automated deployment tools, and comprehensive file management systems that handle the distribution and installation of thousands of modified game files.

138.    In my opinion, the technical sophistication evidenced by THJ's development infrastructure mirrors professional software engineering practices. The multi-repository structure, automated build systems, primary and backup distribution servers, and comprehensive documentation represent a level of technical complexity typically associated with commercial game development operations, not casual modification projects.

### D.    Technical Analysis Conclusions

139.    The technical evidence demonstrates that THJ cannot function without Daybreak's copyrighted EverQuest client software. THJ's File Verification Helper specifically checks for required Daybreak files, and the entire installation process begins by downloading Daybreak's complete EverQuest Rain of Fear client containing 8,784 files.

140.    THJ's patcher system systematically modifies Daybreak's client by downloading approximately 4,215 files that overwrite or supplement the original installation. After the patcher system has modified the client software, the client includes 12,954 files.

141.    In my technical analysis, I observed that THJ is entirely dependent on the EverQuest client software for its operation. The THJ ecosystem does not include its own original client; instead, it requires users to install Daybreak's proprietary EverQuest client and then applies modifications to that client to enable connectivity to THJ's server infrastructure. The gameplay

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

experience delivered through THJ relies on the original art assets, user interface elements, and game mechanics provided by the EverQuest client. Without the EverQuest client, THJ would not be able to function. The final result is a modified client installation that combines Daybreak's original copyrighted files with THJ's replacement files, creating a version that connects to unauthorized servers while retaining Daybreak's underlying client architecture and assets.

## IX.    EXPERT OPINIONS BASED ON EVIDENCE ANALYSIS

### A.    Expert Opinions from Visual Evidence Analysis

142.    Based on my analysis of the visual evidence in Exhibits A-D to the Tuanqui Declaration, THJ's identical presentation of EverQuest's characters, environments, and user interface elements demonstrates direct utilization of Daybreak's original asset files rather than creation of independent content.

143.    In my opinion, the identical presentation quality across diverse content categories—characters, environmental assets, user interface elements, and spell effects—demonstrates comprehensive utilization of Daybreak's complete visual asset library. This represents substantial creative and financial investment that THJ gains commercial advantage from without incurring the normal development costs and time required to create original content of comparable quality.

144.    THJ's systematic copying of protected expression and direct utilization of Daybreak's visual asset files constitutes use of Daybreak's distinctive creative expression to offer competing game experiences using Daybreak's own visual identity and artistic investment.

### B.    Expert Opinions from Technical Evidence Analysis

145.    Based on my technical analysis of THJ's GitHub repositories and installation process, THJ has developed sophisticated modification tools requiring sophisticated software engineering expertise. The technical complexity includes automated patch distribution systems,

multi-repository version control, comprehensive file verification protocols, and backup deployment mechanisms that demonstrate enterprise-grade development practices.

146.    In my opinion, THJ represents a commercial operation that functions as a competing game development entity using altered versions of Daybreak's copyrighted content, though THJ's operation depends entirely on Daybreak's copyrighted foundation.

147.    In my opinion, the modification tools specifically target and defeat Daybreak's protection systems, including authentication mechanisms and server verification procedures. The GitHub repositories reveal professional development methodologies, comprehensive documentation, and automated deployment systems that demonstrate commercial intent rather than educational purposes.

148.    My analysis of THJ's ongoing development patterns, including regular content updates and community contributions, demonstrates sustained commercial exploitation of Daybreak's intellectual property. In my expert opinion, this level of technical sophistication could only be achieved through deliberate and sustained effort to create competing products using Daybreak's copyrighted foundation.

149.    THJ represents comprehensive copying and modification of EverQuest's copyrighted content. My analysis demonstrates that THJ's operation involves: (a) systematic alteration of 234 files; (b) insertion of 4,215 files into the EverQuest game client; (d) deletion of 66 files from the EverQuest game client; (e) creative implementation of multiclassing gameplay systems that fundamentally alter EverQuest's core design philosophy; and (f) comprehensive utilization of Daybreak's complete visual asset library including character models, environmental textures, spell effects, and user interface elements.

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

## C.    Overall Conclusion from Evidence Analysis

150.    In my opinion, the combined visual and technical evidence demonstrates that THJ

operates as a parallel game development project that creates an unauthorized competing version

of EverQuest. THJ's modifications go far beyond industry-accepted inspiration and constitute

alteration of protected creative expression to create a competing derivative product that depends

completely on Daybreak's visual assets and copyrighted client software.

## X.    COMMERCIAL HARM THROUGH IP EXPLOITATION

151.    Beyond the copyright violations, THJ's systematic use of Daybreak's intellectual

property creates significant competitive harm. My analysis of industry practices and market

dynamics reveals how THJ gains unfair advantages that damage fair competition in the MMORPG

market.

152.    Based on my extensive experience in the gaming industry, I can confirm that the

MMORPG market has established norms and consumer expectations regarding the distinction

between officially sanctioned and unauthorized services, quality and support standards, security

and trust requirements, and licensing practices.

153.    In my opinion, THJ positions itself as a direct competitor to EverQuest while using

Daybreak's intellectual property without authorization. This creates unfair competitive advantages

by targeting the same market, using identical core content, and advertising different features.

154.    In my opinion, THJ gains significant unfair competitive advantages through its

unauthorized use of Daybreak's intellectual property by avoiding substantial development costs,

leveraging established brand recognition, benefiting from proven game design, and exploiting

existing community interest and knowledge.

155.    In my opinion, THJ's practices undermine fair competition in the MMORPG

market by discouraging original content creation, likely deceiving consumers about legal and

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

business differences, and potentially undermining intellectual property protections throughout the
gaming industry.

156.    In my opinion, THJ gains unfair competitive advantages by leveraging Daybreak's
investment in EverQuest's intellectual property, including use of copyrighted client assets and
systems without authorization, allowing THJ to offer a competing service without incurring the
substantial development costs of creating original game content.

### A.    THJ's Modifications Undermine EverQuest's Core Game Design and Take Away the Player's Incentive to Play EverQuest

157.    EverQuest was designed around a single-class character progression system where
players choose one character class (such as warrior, wizard, or cleric) and advance through
carefully balanced gameplay over hundreds of hours. This single-class limitation is a fundamental
design element that creates strategic choices, encourages group cooperation, and drives the social
dynamics that define the MMORPG experience.

158.    Delivering "delight" to a player's experience is a key element in game design.
Players like to be surprised by content that they haven't seen before whether it be a new character
ability, a new location or environment, an entertaining animation, or a new tool. Being surprised
by new content leads to a feeling of discovery and anticipation, which keeps a player coming back
to an ongoing game experience like EverQuest.

159.    EverQuest's progression system is designed to achieve a balance between challenge
and reward, where players must invest significant time and effort to achieve higher levels and
unlock advanced content. The massive commercial success and longevity of EverQuest
demonstrates the effectiveness of this carefully crafted progression design.

160.    THJ fundamentally alters this core design by implementing a multiclassing system
that allows players to combine multiple character classes, effectively creating "super characters"

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

that break EverQuest's intended balance and strategic limitations. In my opinion, this modification of EverQuest's core mechanics and game structure is a "cheat code" that allows players to bypass the fundamental character limitations and progression challenges that define the authentic EverQuest experience.

161.    By offering players the ability to access multiple character classes simultaneously using EverQuest's copyrighted content and characters, THJ provides an unauthorized alternative version that undermines the incentive to play legitimate EverQuest. Players can experience EverQuest's valuable content and intellectual property through THJ's modified system without respecting the game's intended design limitations or subscribing to Daybreak's official service.

**B.    THJ Gains Valuable Market Share Through the Incorporation of Daybreak's Intellectual Property**

162.    EverQuest's unique and valuable intellectual property assets, in the form of the characters, environments, and story aspects, are well known and recognized by gamers and entertainment fans alike – for example, characters such Lady Vox and Lord Nagafen, and environments such as Norrath and Kunark.

163.    It is a well-known fact within the video game industry that games which utilize licensed characters generally have an advantage over games without licenses, primarily due to established brand recognition and pre-existing built in audience. For example, in 2020, while only 9 percent of mobile games carried an IP license, the category accounted for 23% of the overall player spending.

164.    By using EverQuest's valuable intellectual property, which has benefited from over 20 years of market exposure and millions of MMORPG fans, THJ is reaping the benefits of having IP rights to popular and recognizable video game properties in their product and are doing so without having to pay industry standard licensing costs. In addition, the existence of another online

gaming property which is utilizing the proprietary catalog of EverQuest Intellectual Property diminishes the value of the EverQuest online game, as it is no longer the only property featuring the catalog of intellectual property.

165.    Undoubtedly, the existence of new competition from an unauthorized game experience which is enjoying the benefit of established EverQuest gaming content will inevitably reduce the size of the active EverQuest audience.

166.    Therefore, in my opinion, THJ gains a significant unfair competitive advantage through its leveraging of EverQuest's established brand recognition, all while avoiding significant IP license costs.

### C.    THJ Gains Valuable Market Share Through the Incorporation of Recognizable Intellectual Property

167.    THJ has a significant financial advantage over EverQuest and other MMOs vying for audience as it is benefiting from the use of high quality, proven intellectual property, and it is doing so without incurring the normal and customary development costs that such IP would cost. This significant cost savings extends to art development, game design, 3D modeling, rigging, and animation, 2D graphics design, sound and music design, and quality assurance.

168.    Therefore, in my opinion, THJ gains a significant unfair competitive advantage through its unauthorized use of Daybreak's intellectual property by avoiding substantial development costs.

### D.    Industry Impact and Precedent Concerns

169.    THJ's systematic modification of EverQuest's client software to create competing, parallel game directly undermines Daybreak's ability to recoup its substantial 25-year investment in the EverQuest franchise. When a competing commercial game can offer EverQuest's proven

content and characters without bearing the development costs that Daybreak incurred, it likely creates direct competitive harm to Daybreak's business model.

170.    In my opinion, THJ, a commercial enterprise, has established a market presence using EverQuest's copyrighted content and created ongoing competitive distortion – THJ capitalizes on EverQuest's IP and established gaming community and causes continuing harm to Daybreak's franchise value and market position.

### E.    Summary of Commercial Impact Opinion

171.    In my opinion, THJ gains significant competitive advantages through its unauthorized use of Daybreak's intellectual property by avoiding substantial development costs, leveraging established brand recognition without carrying the burden of significant license costs, and by launching a directly competing product using modified Daybreak's copyrighted EverQuest client software.

## XI.    ANTI-CIRCUMVENTION ANALYSIS

172.    THJ's systematic modification process circumvents multiple technological protection measures that Daybreak implemented to control access to EverQuest's copyrighted content. As detailed in my source code analysis above, THJ's patcher modifies both the eqhost.txt file to redirect server connections away from Daybreak's authorized servers and the eqlsClient.ini file to bypass Daybreak's authentication and verification systems.

173.    This circumvention allows users to access EverQuest's copyrighted content without going through Daybreak's account authentication and access control systems.

174.    In my opinion, this circumvention supports the overall pattern of unauthorized use of Daybreak's intellectual property by enabling users to access the copyrighted client content without authorization from Daybreak.

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

## XII.  MMO ECONOMICS

### A.  MMO Viability and Industry Economics

175.    In MMOs, hundreds, and often thousands, of players interact in a persistent online world. MMO games feature diverse gameplay activities, complex in-game economies, and long-term character progression.

176.    Based on my experience developing and operating MMOs, these games have fundamentally different economic requirements than single-player or traditional multiplayer games. MMOs depend on sustained player communities to generate value, requiring ongoing server infrastructure, continuous content development, and customer support that can only be supported by maintaining critical mass player populations.

177.    Based on my industry experience, MMOs operate on a critical mass principle where the game experience degrades rapidly once player populations fall below certain thresholds. Below critical mass, social structures fail (guilds cannot form or maintain membership), in-game economies collapse (insufficient players to support trading and commerce), and content becomes inaccessible (raids and group activities require minimum player participation).

178.    Based on my industry experience, player departure creates an accelerating effect where each departing player makes the remaining experience less attractive, encouraging additional departures. As guild membership declines, group activities become harder to organize, and the social ecosystem that originally attracted players deteriorates. This acceleration means that early intervention is critical - once the exodus reaches a certain threshold, it becomes extremely difficult to reverse.

179.    Throughout my career, I am aware of multiple MMOs that have failed due to community fragmentation and player migration. Notable examples include The Matrix Online, which shut down in August 2009 after four years of operation, and despite significant investment,

54

when its player base fragmented, and Star Wars Galaxies, which despite having large user engagement at the outset and passionate fan support, it could not maintain economic viability after player migration. Once an MMO loses critical mass, the network effects that originally made the game valuable are destroyed, and the remaining player base typically continues to decline regardless of attempts to address the underlying problems through content updates or marketing efforts.

180.    In my expert opinion, the community-driven nature of MMOs means that player migration represents permanent loss of irreplaceable social infrastructure. Unlike other game genres where players can return to identical experiences, MMO communities develop unique social structures, cultural knowledge, and relationship networks that cannot be rebuilt through financial investment alone.

181.    In my expert, when competing services fragment an MMO's player base, the resulting community division typically becomes permanent.

**B.    Effect of THJ on Daybreak's EverQuest Community and Comparison to Other EverQuest Emulation Projects**

182.    In my opinion, each day that THJ operates likely causes permanent community loss through daily user migration, social connection formation in the competing environment, investment accumulation that reduces likelihood of return, and continued degradation of the remaining official community.

183.    Based on my understanding of network effects, the community loss creates a self-reinforcing cycle where population decline reduces social activity, content becomes less accessible, social pressure encourages further migration, and economic systems fail with insufficient participation.

## XIII.    CONCLUSION

184.    Based on my comprehensive technical analysis, THJ operates by systematically modifying EverQuest's client software to create a competing version of EverQuest that depends entirely on Daybreak's creative and technical foundation. The evidence demonstrates extensive modification of EverQuest's game files, systematic reproduction of EverQuest's distinctive characters and environments, and creation of an alternative EverQuest experience using Daybreak's existing content.

185.    In my opinion, THJ's modifications represent systematic commercial exploitation of Daybreak's 25-year investment in the EverQuest franchise. THJ's multiclassing system fundamentally alters EverQuest's core single-class design, creating a "cheat code" version of EverQuest that undermines the progression mechanics that define the authentic EverQuest experience.

186.    THJ's systematic circumvention of Daybreak's technological protection measures demonstrates violation of the EverQuest anti-circumvention provisions. THJ implemented modification tools that specifically target and defeat Daybreak's server authentication and client verification systems, enabling unauthorized access to copyrighted content.

187.    Based on my 40+ years of experience in the gaming industry, THJ's approach of offering a modified version of EverQuest using EverQuest's own copyrighted assets creates direct competition that threatens EverQuest's viability. By providing access to EverQuest's valuable content through modified gameplay that bypasses EverQuest's intended limitations, THJ undermines players' incentives to engage with legitimate EverQuest.

188.    The continued operation of THJ poses an ongoing threat to the EverQuest franchise by fragmenting the player community and offering an unauthorized alternative that uses

*Daybreak v. Takahashi, et al.*
Case No. 3:25-cv-01489-BAS-BLM

EverQuest's distinctive characters, environments, and content while avoiding the gameplay

limitations of authentic EverQuest and Daybreak's servers.

Appendix A

Garry Kitchen Curriculum Vitae
and Expert Witness History

# Garry E. Kitchen

SGK Service Inc.
2435 Iron Point Rd. #1051
Folsom, CA 95630
925-553-5990
http://www.garrykitchen.com
gk@garrykitchen.com

## EDUCATION

**Bachelor of Science, Electrical Engineering,** 1980
Fairleigh Dickinson University, Teaneck, New Jersey
Eta Kappa Nu Honor Society, 1977-1980
Engineering Merit Scholarship - Matsushita Corp, 1978-1979

## AFFILIATIONS

International Game Developers Association (IGDA)
Academy of Interactive Arts and Sciences (AIAS)
Institute of Electrical & Electronics Engineers (IEEE)
Eta Kappa Nu - Honor Society of the IEEE
National Academy of Television Arts & Sciences (NATAS)
Board of Advisors – National Videogame Museum (nvmusa.org)
Board of Advisors – Fairleigh Dickinson University (FDU) Gildart Haase
    School of Computer Science and Engineering
BOSSLEVEL - The World's Top 100 Game Developers (invitation only)
*Elite Expert* for IMS Expert Services, Pensacola, Florida
Guidepoint Global (FNA Vista Research - Society of Industrial Leaders)
Coleman Research Group

## EXPERIENCE

• Conceived and led development of Nickelodeon's AddictingGames mobile app for iOS, which rose to #1 in the Apple app store within 72 hours of launch, becoming the most downloaded app in Viacom's history.

• 40+ years of technical management experience running game development companies, with an unmatched 17 years of management experience in Internet gaming.

• Hands-on technical and creative experience in all genres of game development, including console, PC retail and download, online, mobile and dedicated electronic.

• Leading Expert Witness for the video game industry, with over 30 years of experience in technical consulting on patent infringement, copyright, software development, and business issues for clients such as Nintendo, Sony Computer Entertainment, Zynga, Activision, Taito, and Hasbro (see **Expert Consulting Experience** section below).

**Garry E. Kitchen**
Page 2

**EXPERIENCE**
(cont'd)

- Strategic business planning - a history of anticipating and influencing industry trends with pioneering initiatives:
**1980** Reverse engineered the Atari 2600 in anticipation of the video game revolution
**1986** Established the 1st North American-based Nintendo development studio
**1996** Pioneered *Advergaming* with the launch of LifeSavers' Candystand.com
**2005** Applied dynamic in-game advertising technology to casual games
**2008** Repositioned Skyworks as leading iPhone publisher with over 25M downloads

- Expertise in developing comprehensive business plans, with application toward raising investment capital, through IPO or private equity placement.

- Recognized as an industry expert in video gaming by numerous trade conferences, including Digital Hollywood, iMedia Breakthrough, GDC, CES, Gamer Technology Conference, Casual Game Conference, Advertising in Games conference, VNU Digital Marketing conference, National Cable Show and the QualComm QTech conference.

- Experience in dealing with broadcast and print media, including CNBC, ABC Eyewitness News, CNN, Good Morning Atlanta, The Today Show, Business Week and various consumer and trade publications.

- Personally developed video game software products generating career retail sales in excess of $350 million.

- Co-founded Skyworks Technologies, Inc., an industry pioneer in *Advergames* - sponsorship-supported video games used as advertising vehicles.  Skyworks was named a Top 50 Interactive Agency by Advertising Age for the years 2003 and 2004.  Skyworks' client list included Nabisco/Kraft Foods, BMW, Toyota, Ford, PepsiCo, Campbell's, Fox Sports, CBS, Mattel, Weather Channel, Microsoft Network, Yahoo!, Miller Brewing Company, GlaxoSmithKline and MTV.

- Developed strategy and business plan for the Casual Games Network (CGN), Skyworks' initiative applying dynamic in-game advertising to online casual games, partnering with Massive Incorporated.

**Garry E. Kitchen**
Page 3

**EXPERIENCE**
(cont'd)

• Co-founded Absolute Entertainment, Inc., console game publisher licensed by Nintendo, Sega, Sony, 3DO and Atari and video game developer of over 100 marketed titles from 1986 to 1995, generating product retail sales of over $300 million.  Successfully lead Absolute through oversold IPO, raising $12 million.

• Consulted for RCA David Sarnoff Research Labs (1986-1987) on entertainment applications of Digital Video Interactive (DVI), the first technology to store digital full-motion video on a CDROM.

• Designed & programmed Atari 2600 adaptation of hit arcade game Donkey Kong, 1982 wholesale revenues in excess of $100 million on four million units sold.

• Conceived, designed and developed Bank Shot, an innovative electronic pool game marketed by Parker Brothers, named "10 Best Games of 1980", *Omni Magazine*.

• Reverse-engineered Atari 2600 game system in 1980, creating one of the first third party 2600-compatible game cartridges - Space Jockey.

**EMPLOYMENT HISTORY**

**President/CEO**
Audacity Games Inc, Danville/Folsom, California
March 2021 - Present

**President/CEO**
SGK Service Inc., Danville/Folsom, California
March 2007 - Present

**Vice President Game Publishing**
Viacom Media Networks, San Francisco, California
December 2010 - May 2012

**Chief Operating Officer**
Skyworks Interactive, Inc., Hackensack, New Jersey
December 2007 - September 2009

**Garry E. Kitchen**
Page 4

**EMPLOYMENT HISTORY**
(cont'd)

> **Chairman, President & CEO**
> Skyworks Technologies, Inc., Hackensack, New Jersey
> November 1995 - December 2007
>
> **Chairman, President & CEO**
> Absolute Entertainment, Inc., Upper Saddle River, New Jersey
> March 1986 - November 1995
>
> **Senior Designer**
> Activision, Inc., Mountain View, California
> June 1982 - March 1986
>
> **Engineer/Designer**
> James Wickstead Design Associates, Cedar Knolls, New Jersey
> April 1976 - October 1981

**HONORS AND AWARDS**

> • U.S. Patent #8,407,090
>   <u>Dynamic reassignment of advertisement placements to maximize
>   impression count</u>
>   Publication date – March 26, 2013
>
> • 2012 Official *WEBBY AWARD* Honoree - Games (Handheld Devices)
>   <u>AddictingGames Mobile</u> for iOS platform
>   *International Academy - Digital Arts & Sciences WEBBY AWARDS - 2012*
>
> • Nomination to *Board of Advisors*
>   *Video Game History Museum (www.vghmuseum.org) - 2010*
>
> • Nomination as an *Elite Expert* by IMS Expert Services
>   *IMS Expert Services (www.ims-expertservices.com) - 2009*
>
> • Nomination to the Advisory Committee: "Reinventing Advertising: VOD,
>   PVR, Broadband, Games, PODs & Mobile Consortium"
>   *Digital Hollywood - 2005, 2006*

**Garry E. Kitchen**
Page 5

**HONORS AND AWARDS**
(cont'd)

• 2004 Nominee – *Advergame of the Year*
<u>The BMI X3 Adventure</u>
*Billboard Digital Entertainment Awards (DECA)*

• Lifetime Achievement Award in Video Games
*Classic Gaming Expo* – 2003

• New Jersey Entrepreneur of the Year - Finalist
*Inc. Magazine*, *Merrill Lynch* and *Ernst & Young* - 1993

• Best Simulation Game
<u>Super Battletank</u>
*Game Informer Magazine* - 1992

• Sega Seal of Quality Award Nominee - Best Flying/Driving Genesis
<u>Super Battletank</u>
*Sega of America* - 1992

• Lifetime Achievement Award in Video Games
*The Doctor Fad Show*
Syndicated educational television program - 1990

• Video Game Designer of the Year
*Computer Entertainer Magazine* - 1985

• Best Creativity Product - Nominee
<u>Garry Kitchen's GameMaker</u>
*SPA Excellence in Software* - 1985

• Video Game of the Year - Certificate of Merit
<u>Keystone Kapers</u>
*Electronic Games Magazine* - 1983

• Video Game Cartridge of the Year - Honorable Mention
<u>Donkey Kong - Atari 2600</u>
*The Arcade Awards* - 1983

• Best Science Fiction/Fantasy Videogame - Certificate of Merit
<u>Space Jockey - Atari 2600</u>
*The Arcade Awards* - 1983

**Garry E. Kitchen**
Page 6

**HONORS AND AWARDS**
(cont'd)
- U.S. Patent #4,346,892
  Electronic Pool Game
  Bank Shot – handheld game marketed by Parker Brothers - 1981

- Ten Best Games of 1980
  Bank Shot
  *OMNI Magazine* - 1980

- The Games 100 - The Top 100 Games of 1980
  Bank Shot
  *Games Magazine* – 1980

- Engineering Merit Scholarship
  Panasonic / Matsushita Corporation of Japan
  Fairleigh Dickinson University - 1978, 1979

**Garry E. Kitchen**

Page 7

## EXPERT CONSULTING EXPERIENCE

| Year | Law Firm | Client | Case | Description | Report/ Declaration | Deposition | Court Testimony |
|------|----------|--------|------|-------------|---------------------|------------|-----------------|
| 2025- | Quinn Emanuel Urquhart & Sullivan, LLP | FTX Recovery Trust | FTX Recovery Trust, Plaintiff, v. MATTHEW NASS, MATTHEW PLACE, JOSHUA LEYTON, JOHN CONBERE, and LUIS SCOTT-VARGAS, Defendants. | Video game-related contractual issue | | | |
| 2025 | Wilson Sonsini Goodrich & Rosati | Kooapps LLC | Lowtech Studio, LLC v. Kooapps LLC et. al. Case No. 1:23-cv 1437-DII, Western District of Texas, Austin Division. | Mobile game-related copyright/trade-dress dispute | | | |
| 2024 | Corey, Luzaich, de Ghetaldi & Riddle LLP | Travis Naas | Travis Naas vs. Tony Huynh, et al. Case No. 22CF010179. SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF ALAMEDA. | Video game-related contractual dispute | | | |
| 2024 | Polsinelli LLP | Blaze Mobile, Inc. | Ex Parte Reexamination Number 90/019,144 | U.S. Patent 9,996,849 | √ | | |
| 2024 | Morrison Cooper LLP | KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL | THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company, Plaintiff, vs. KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL. CASE NO. 2-23-cv-02687 SVW (JCx), US District Court, Central District of California | Contractual dispute | √ | | |
| 2024 | Kirkland & Ellis LLP | Apple Inc. | Apple Inc. v. ZeroDensity Yazilim Anonim Sirketi, U.S. District Court, Eastern District of Virginia | Trademark dispute | √ | | |
| 2023- 2025 | Pietz & Shahriari LLP | Matthew Au | EMILY DOBBS, ET AL. VS L FOR LOFTS LLC, ET AL., LASC Case No. 22STCV17848 | Software-related matter | √ | √ | |

| 2023- | Cherian LLP | JUNK FOOD CUSTOM ARCADES, LLC | JUNK FOOD CUSTOM ARCADES, LLC, Plaintiff, v. HIT BOX LLC, Defendant.

CIVIL ACTION NO: 2:21-cv-002620RWS; DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION | Patent dispute | | | |
|---|---|---|---|---|---|---|---|
| 2023- | Osler, Hoskin & Harcourt LLP | Demand Science Group, LLC | Demand Science Group, LLC and DemandScience Canada Inc. v. Lee Gladish and Skipintro Technologies Inc. c.o.b. as SendNow.ai

Court File No. CV-23-00709772-0000 | Contract dispute | | | |
| 2023 | Willkie Farr & Gallagher LLP | Selena Gomez | Selena Gomez, an individual, Plaintiff, v. FORGAME US CORPORATION, a Delaware corporation; FORGAME HOLDINGS LIMITED, a Cayman Islands company; MUTANTBOX INTERACTIVE LIMITED, a United Kingdom company, et al, SUPERIOR COURT OF CALIFORNIA CENTRAL DISTRICT, Case No. 20STCV14383 | Unauthorized use of plaintiff's image and likeness in mobile game. | √ | | |
| 2023 | Gerard Fox Law, P.C. | Just Games Interactive, LLC, d/b/a Kung Fu Factory | JUST GAMES INTERACTIVE ENTERTAINMENT, LLC, d/b/a Kung Fu Factory, Plaintiff, vs. TY, INC., Jams Arbitration 5340000150 | Video game related litigation | √ | | |
| 2023 | Perkins Coie LLP | Nintendo of America Inc. | Nintendo Co., Ltd, and Nintendo of America Inc., Petitioners, v. Gamevice Inc., Patent Owner.

IPR petition (PTAB) Case No. IPR2023-00643, Patent No. 10,391,393 | U.S. Patent 10,391,393 | √ | √ | |
| 2023- | Markowitz Herbold PC | John Cannata, Michael Duffy | n/a | Pre-litigation analysis re: Roblox online games | | | |
| 2023 | Covington & Burling LLP | Xpoint Services LLC | GeoComply Solutions Inc. v. Xpoint Services LLC, Case No. 1:22-cv-01273 (WCB) U.S. District Court for the District of Delaware | Patent litigation | | | |

| 2022-2023 | Ellis George Cipollone | Ragnarok Game, LLC | Ragnarok Game, LLC and ESDFOS, LLC v. Nine Realms, Inc. dba Human Head; Bethesda Softworks LLC; Zenimax Media Inc.; et al<br><br>Central District of California, Case No. 19STCV43434 | Video game related litigation | √ | √ | |
|---|---|---|---|---|---|---|---|
| 2022-2023 | The Lemons Law Firm, PLLC | Jessenia Mills | Jessenia Gallegos, Petitioner, v. Jessenia Mills, Respondent. UNITED STATES PATENT AND TRADEMARK OFFICE / TRIAL AND APPEAL BOARD, Cancellation No. 92044063, Registration No. 6278898 | Trademark dispute | √ | | |
| 2022 | Sidley Austin LLP | Microsoft Corporation | WSOU Investments, LLC, d/b/a Brazos Licensing & Development v. Microsoft Corporation<br><br>Western District of Texas, Case Nos. 6:20-cv-00457-ADA & 2:16-cv-457 | Patent litigation re: U.S. Patent No. 8,965,978 | √ | | |
| 2022-2023 | ERISE IP | FanDuel, Inc. (petitioner) | Betfair Interactive US, LLC d/b/a FanDuel et al. v. Beteiro, LLC<br><br>IPR petition (PTAB-IPR2023-00095) | U.S. Patent 10,255,755, U.S. Patent 10,147,266, U.S. Patent 10,043,341, U.S. Patent 9,965,920 | √ | √ | |
| 2021-2022 | LimNexus LLP | Sony Interactive Entertainment | SMobile v. Sony Computer Entertainment America LLC et al.<br><br>American Arbitration Association, Case No. 01-20-0019-3327 | Video game related litigation | √ | | √<br>(arbitration) |
| 2021-2022 | Pillsbury Winthrop Shaw Pittman LLP | Disney Interactive Studios, Inc. | VRtoysone, LLC et al. v. Disney Interactive Studios, Inc.<br><br>Central District of California, Case No. 2:19-cv-00742-CBM-AS | Patent litigation re: U.S. Patent No. 6,460,851 | √ | | |
| 2021 | Quinn Emanuel Urquhart & Sullivan, LLP | Skillz Platform Inc. | Skillz Platform Inc. v. AviaGames Inc.<br><br>Northern District of California, Case No. 5:21-cv-02436-BLF | Patent litigation | | | |
| 2022 | Morrison Foerster LLP | Kahoot! | Aviel D. Rubin, v. Kahoot! ASA et al.<br><br>Western District of Texas, Case No. 6:22-CV-236 | Patent litigation re: U.S. Patent 9,064,376 | | | |

| Year | Firm | Client | Case | Description | | | |
|---|---|---|---|---|---|---|---|
| 2021 | Morrison Foerster LLP | Kahoot! | Kahoot! v. TimePlay Inc.<br><br>IPR petition (PTAB) | U.S. Patent 9,675,879, U.S. Patent 9,675,880, U.S. Patent 9,643,083 | √ | | |
| 2021- | Preg O'Donnell & Gillet PLLC | The City of Tacoma | The Estate of Wesley A. Evans et al. v. The City of Tacoma et al.<br><br>Superior Court of Washington (Pierce County), Case No. 20-2-07562-6 | Video game related litigation | √ | | |
| 2021 | Confidential | Confidential | Confidential | Litigation | | | |
| 2021-2022 | Pinsent Masons LLP | Oovee Limited | Oovee Limited v. S3D Interactive, Inc.<br><br>London Court of International Arbitration, LCIA Arb. No. 204597 | Video game related litigation | √ | | |
| 2021 | Standley Law Group LLP | Shoot-A-Way, Inc. | Shoot-A-Way, Inc. v. Airborne Athletics, Inc.<br><br>American Arbitration Association, Columbus, Ohio, Case No. 01-21-0001-9333 | Patent litigation | √ | √ | √ (arbitration) |
| 2020-2021 | Faegre Drinker Biddle & Reath LLP | Microsoft Corporation | Worlds Inc. v. Microsoft Corporation<br><br>Western District of Texas, Case No. 6:20-cv-00872-ADA | Patent litigation | | | |
| 2020-2021 | ERISE IP | Spin Master Ltd | Spin Master Inc. v. Interactive Play Devices LLC<br><br>IPR petition (PTAB), Case No. IPR2021-00316 | U.S. Patent No. 9,868,072 | √ | | |
| 2020-2021 | Latham & Watkins LLP | Supercell Oy | Supercell Oy v. Gree, Inc.<br><br>IPR petition (PTAB), Case No. IPR2021-00499 | U.S. Patent No, 10,039,977, U.S. Patent No. 9,539,517, U.S. Patent No. 10,369,464 | √ | | |
| 2020-2021 | ARDENT LAW GROUP PC | Snail Games USA | Jeremy Wood et al. v. Snail Games USA, Inc. et al.<br><br>JAMS Arbitration, Irvine, California, Case No. 1200054734 | Video game-related contractual matter | √ | | √ (arbitration) |
| 2020-2023 | Quinn Emanuel Urquhart & Sullivan, LLP | NetEase Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited | NetEase Inc. et al. v. PUBG Corporation et al.<br><br>California Superior Court (San Mateo County), Case No. 20-civ-01382 | Video game-related contractual matter | √ | √ | √ |

| 2020 | Duane Morris LLP | LEGO Systems, Inc., LEGO Brand Retail, Inc., Warner Bros. Home Entertainment Inc. and WB Games Inc. | MQ Gaming, LLC et al. v. Lego Systems, Inc. et al.  District of Delaware, Case No. 1:19-cv-00905-MN | Various IPRs, Interactive-toy related patent litigation | √ | | |
|------|------------------|-----------------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------------------------------|---------------------------------------------------------|---|---|---|
| 2020 | ERISE IP | Sony Interactive Entertainment LLC | Sony Interactive Entertainment LLC, Petitioner, v. BOT M8, LLC  IPR petition (PTAB), Case No. IPR2020-00963 | U.S. Patent No. 7,338,363, U.S. Patent No. 7,497,777 | √ | | |
| 2020-2021 | California Dept. of Justice | State of California Franchise Tax Board | Confidential | Video game-related tax matter | √ | √ | |
| 2020 | Lewis Brisbois Bisgaard & Smith LLP | Suzhou Snail Digital Technology Co. Ltd. | Suzhou Snail Digital Technology Co. Ltd. v. Fox Digital Entertainment, Inc. et al.  Central District of California, Case No. 2:17-cv-07113-PSG-FFM | Video game-related contract dispute | √ | √ | |
| 2020 | Sheppard Mullin, Richter & Hampton LLP | Confidential | Confidential | Video game-related arbitration | √ | √ | √ (arbitration) |
| 2019-2020 | ERISE IP | Sony Interactive Entertainment LLC | Infernal Technology, LLC et al. v. Sony Interactive Entertainment America, LLC  Eastern District of Texas, Case No. 2:19-cv-248 | Patent litigation | √ | | |
| 2019-2021 | Morgan, Lewis & Bockius LLP | Banilla Games Inc. | Savvy Dog Systems, LLC et al. v. Pennsylvania Coin, LLC et al.  Middle District of Pennsylvania, Case No. 3:19-cv-01470-JPW | Covered Business Method review of U.S. Patent No. 7,736,223 | √ | | |
| 2019 | Kirkland & Ellis LLP | Apple Inc. | Social Technologies LLC v. Apple Inc.  Northern District of California, Case No. 3:18-cv-05945-VC | Trademark infringement case | √ | √ | |
| 2019 | ERISE IP | Fanduel, Inc. | CG Technology Development, LLC et al. v. Fanduel, Inc.  District of Delaware, Case No. 17-1041-RGA-CJB | Software-related patent infringement case | √ | √ | |

| 2018-2020 | Quinn Emanuel Urquhart & Sullivan, LLP | AM General LLC | AM General LLC v. Activision Blizzard, Inc. et al. Southern District of New York, Case No. 17-cv-08644-GBD | Copyright and trademark infringement case | √ | | |
|---|---|---|---|---|---|---|---|
| 2018-2019 | Wong & Leow LLC | David Ian Storey | David Ian Andrew Storey v. Planet Arkadia Pte. Ltd. et al. High Court of The Republic of Singapore, Case No. HC/S 1092/2015 | MMORPG contractual dispute/ copyright infringement case | √ | √ | |
| 2018-2023 | Quinn Emanuel Urquhart & Sullivan, LLP | NetEase, Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited | PUBG Corporation et al. v. NetEase, Inc. et al. Northern District of California, Case No. 4:18-cv-02010-JSW | Video game-related copyright infringement case | √ | | |
| 2020-2023 | Perkins Coie LLP | Nintendo of America Inc. | Nintendo of America Inc. v. Gamevice Inc. IPR petition (PTAB), Case No. IP2020-01172, Case TBD | U.S. Patent 10,391,393 and U.S. Patent TBD | √ | | |
| 2019-2020 | Perkins Coie LLP | Nintendo Co. Ltd., and Nintendo of America Inc. | Gamevice, Inc. v. Nintendo Co., Ltd. et al. Northern District of California, Case No. 3:18-cv-1942-RS. | Patent infringement litigation. | √ | √ | |
| 2018-2021 | Manatt, Phelps & Phillips LLP | Ironburg Inventions Ltd. | Ironburg Inventions Ltd. v. Valve Corporation Northern District of Georgia, Case 1:15-cv-04219 | Game controller-related patent infringement case | √ | √ | √ |

Consulting (non-litigation)

| | | |
|---|---|---|
| uCool Inc., | Intellectual property analysis | 2016- |
| Deck of Dice Gaming, LLC | Game development/Advisor | 2017- |
| Audacity Games Inc. | Video game development/publishing | 2021- |
| Skyworks Interactive Corp. | Video game development/publishing | 2022- |

Appendix B

Garry Kitchen
Softwareology and
Written Publications

# Garry Kitchen Softwareology

| TITLE | PLATFORM | YEAR | PUBLISHER/ LICENSEE | ROLE |
|---|---|---|---|---|
| Wildfire | Electronic Toy | 1979 | Parker Brothers | Software |
| Bank Shot | Electronic Toy | 1980 | Parker Brothers | Design/Software |
| Space Jockey | Atari 2600 | 1980 | U.S. Games | Design/Software |
| 3D Supergraphics (with P. Lutus) | Apple II | 1980 | United Software of America | Assembly Language demos |
| Reversal | Atari 400/800 | 1981 | Hayden Publishing | Atari conversion from Apple II |
| Bellhop | Apple II | 1982 | Hayden Publishing | Co-design/Software |
| Donkey Kong | Atari 2600 | 1982 | Coleco | Software |
| Keystone Kapers | Atari 2600 | 1983 | Activision | Design/Software |
| Pressure Cooker | Atari 2600 | 1983 | Activision | Design/Software |
| Crackpots | | | | Software |
| Ghostbusters | | | | Software |
| Kung Fu Maste | | | | Art/Software |
| Pete Rose Base | | | | Co-design/Software |
| The Designer's | | | | Design/Software |
| Ghostbusters | | | | Additional Software |
| Garry Kitchen's GameMaker | C64 | 1985 | Activision | Design/Software |
| Crossbow | C64 | 1986 | Absolute | Co-design/Software |
| Stealth ATF | NES | 1989 | Activision | Co-design/Software |
| A Boy and His Blob | NES | 1990 | Absolute | Co-design/Software |
| Battletank | NES | 1990 | Absolute | Design/Software |
| Destination Earthstar | NES | 1990 | Acclaim | Co-design/Software |
| The Simpsons: Bart vs the Space Mutants | NES | 1991 | Acclaim | Co-design/Software |
| Home Alone | SNES | 1992 | THQ | Co-design/Software |
| Super Battletank: War in the Gulf | SNES | 1992 | Absolute | Design/Software |
| The Simpsons: Bart vs the World | NES | 1992 | Acclaim | Co-design/Software |
| Klondike Solitaire | SEGA Channel | 1995 | SEGA | Co-design/Art |
| Super Battletank 2 | SNES | 1993 | Absolute | Co-design/Software |
| LifeSavers Chomp | CDROM | 1996 | LifeSavers | Co-design/Software |
| Candystand Yipes Hang Gliding | Web/online | 1997 | LifeSavers | Design/Software |
| Candystand Yipes Skate Race | Web/online | 1997 | LifeSavers | Design/Software |
| Candystand Video Poker | Web/online | 1997 | LifeSavers | Design/Software |

| | | | | |
|---|---|---|---|---|
| Candystand Yipes Coloring Book | Web/online | 1997 | LifeSavers | Design/Software |
| Candystand Grafitti Contest | Web/online | 1997 | LifeSavers | Design/Software |
| Candystand Where in the world... | Web/online | 1997 | LifeSavers | Design/Software |
| Bet Your Lifesavers TV Trivia | Web/online | 1997 | LifeSavers | Design/Software |
| Candystand Snowboarding | Web/online | 1997 | LifeSavers | Design/Software |
| Nabisco Chipulator | Web/online | 1997 | Nabisco | Design/Software |
| Bubble Yum Screensaver | Web/online | 1998 | LifeSavers | Design/Software |
| Candystand Gummiworks Construction Kit | Web/online | 1998 | LifeSavers | Design/Software |
| Ford Basketball Shootout | Web/online | 1998 | Ford | Design/Software |
| H.O.R.S.E. Basketball Shootout | Web/online | 1998 | Sportcut | Design/Software |
| Bet Your Lifesavers '80s TV Trivia | Web/online | 1998 | LifeSavers | Design/Software |
| Fruit Stripe Puzzle game | Web/online | 1999 | LifeSavers | Design/Software |
| Ford Fallout | Web/online | 1999 | Ford | Design/Software |
| Premium Jigsaw Puzzle Palace | Web/online | 1999 | Nabisco | Design/Software |
| Nabiscoworld Ball Toss | Web/online | 1999 | Nabisco | Design/Software |
| Nabiscoworld Holiday House | Web/online | 1999 | Nabisco | Design/Software |
| Nabiscoworld Greeting Cards | Web/online | 1999 | Nabisco | Design/Software |
| S.I. H.O.R.S.E. Basketball Shootout | Web/online | 1998 | CNN/SI | Design/Software |
| Candystand Flavor Factory | Web/online | 2000 | LifeSavers | Design/Software |
| Candystand 2 Minute Drill | Web/online | 2000 | LifeSavers | Design/Software |
| Cornnuts Nuttin' But Net | Web/online | 2000 | Nabisco | Design/Software |
| Bell Atlantic Nothing But Net | Web/online | 2000 | Bell Atlantic | Design/Software |
| Home Run Derby | Web/online | 2001 | Century 21 | Design/Software |
| Big League Bash | Web/online | 2001 | Fox Sports | Design/Software |
| Kraft Puzzle Maker | Web/online | 2001 | Kraft | Design/Software |
| GSK Trivia | CDROM | 2001 | GSK | Design/Software |
| Stars Academy Mess of Mass | Web/online | 2001 | Stars Academy | Design/Software |
| Stars Academy Space Trivia | Web/online | 2001 | Stars Academy | Design/Software |
| GSK Coloring Book | Web/online | 2001 | GSK | Design/Software |
| Big Barney Chase board game | Web/online | 2001 | Kraft/Post | Design/Software |
| Mission Code Red | Web/online | 2001 | Pepsi | Design/Software |
| Trolli Kaboom | Web/online | 2002 | LifeSavers | Design/Software |
| Candy Drops | Web/online | 2002 | LifeSavers | Design/Software |
| Smack Dab in the Middle | Web/online | 2002 | Nabisco | Design/Software |
| Intelsat Satellite game | CDROM | 2002 | Intelsat | Design/Software |
| Red & Ned racing | Web/online | 2002 | Kraft | Design/Software |
| Tombstone Racer | Web/online | 2003 | Tombstone Pizza | Design/Software |
| Barney Spy Caper | Web/online | 2005 | Kraft/Post | Software |
| Dandy Drops | Web download | 2004 | Skyworks | Design/Software |

| | | | | |
|---|---|---|---|---|
| VU Role Playing Game | Web/online | 2004 | LifeSavers | Design/Software |
| Acrobats | Web/online | 2004 | Nabisco | Design/Software |
| Air Hockey | Web/online | 2004 | LifeSavers | Design/Software |
| Poker Puzzle | Web/online | 2004 | Nabisco | Design/Software |
| Board Game of Life | Web/online | 2004 | Fidelity | Design/Software |
| Swap and Drop | Web/online | 2004 | Weightwatchers | Design/Software |
| Craver Catch | Web/online | 2005 | Kraft/Post | Design/Software |
| Acrobats Deluxe | Web download | 2005 | Skyworks | Design/Software |
| March of the Penguins | DS | 2006 | DSI | Design |
| Grind and Grab | Web/online | 2006 | LifeSavers | Design/Software |
| Spiderman City game | Web/online | 2007 | Kraft/Nabisco | Design/Software |
| Arcade Hoops | iOS | 2008 | Skyworks | Co-design/Software |
| Arcade Bowl | iOS | 2008 | Skyworks | Software |
| Air Hockey | iOS | 2009 | Skyworks | Design |
| World Cup Table Tennis | iOS | 2009 | Skyworks | Exec Producer/Design |
| Match 3 Poker | iOS | 2009 | Skyworks | Design/Software |
| Skyscrapers | iOS | 2009 | Skyworks | Design/Software |
| Iron Horse | iOS | 2010 | AppStar Games | Co-design |
| Fling Pong | iOS | 2010 | AppStar Games | Design/Software |
| Leslie West String Benda' | iOS | 2010 | AppStar Games | Co-design |
| Jelly Cannon | iOS | 2012 | Nickelodeon | Executive Producer |
| Addicting Games | iOS | 2012 | Nickelodeon | Exec Producer/Design |
| Scribble Hero | iOS | 2012 | Nickelodeon | Executive Producer |
| Circus Convoy | Atari 2600 | 2021 | Audacity Games | Co-designer/Art |
| Casey's Gold | Atari 2600 | 2024 | Audacity Games | Additional Design/Art |

# Garry Kitchen
# Written Publications

"*Atari 2600 / 7800: A Visual Compendium*" Foreword, Copyright 2019, Bitmap Books

<u>Medium.com</u>

*"How I Spent My Summer of 1982: The making of Donkey Kong for the Atari 2600", October 28, 2020*

*"My Strangest Business Deal Ever: What's the name of a $66M aircraft really worth?" October 29, 2020*

*"How I fixed Atari's Awful Music: And Got Over My Fear of Out-of-Tune Game Toons", November 8, 2020*

*"The Voice Scrambling Helmet: Adventures in Toy Design: Part 1", November 11, 2020*

*"Designing an Electronic Toy – Wildfire Pinball", November 27, 2020*

*"It's just an electronic toy, officer: Adventures in Toy Design: Part 2", November 30, 2020*

*"The Origins of Computer Mahjong: The amazing story of its development." December 18, 2020*

*"Activision, Atari, Absolute: How Video Game Companies Once Gamed the Alphabet for an Inside Joke: Notes from a retro game designer", January 4, 2021*

*"What's Under those PW Dots? I don't like when my computer hides things from me.", February 4, 2021*