UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI, *et al.*,<br><br>Defendants. | Case No. 25-cv-01489-BAS-BLM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME**<br><br>**(ECF No. 43)** |

Presently before the Court is the parties' Joint Motion for an Extension of Time for Defendants Kristopher Takahashi and Alexander Taylor ("Defendants") to Respond to Plaintiff Daybreak Game Company LLC's Complaint. (ECF No. 43.) Good cause appearing, the Court **GRANTS** the request. The Court finds good cause for the extension in light of the fact that the parties met and conferred, agreed to extend the deadline, and this is the parties' first request. (*Id.* ¶¶ 4–5.) Accordingly, Defendants shall have leave to respond on or before **August 15, 2025**.

IT IS SO ORDERED.

DATED: July 29, 2025

Hon. Cynthia Bashant, Chief Judge
United States District Court

- 1 -

25cv1489