BENJAMIN B. ANGER, SBN 269145
  ben.anger@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard
Costa Mesa, CA 92626
T: (714) 830-0600 / F: (714) 830-0700

JOSHUA M. DALTON (*pro hac vice*)
  josh.dalton@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
T: (617) 341-7700 / F: (617) 341-7701

*Counsel for Defendants, Kristopher Takahashi and Alexander Taylor*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; Does 1-20, Inclusive,<br><br>Defendants. | CASE NO. 3:25-CV-01489<br><br>**DECLARATION OF KRISTOPHER TAKAHASHI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 12, 2025<br>Time: 10:30 am<br>Place: Courtroom 12b 12th Floor<br>Judge: Hon. Cynthia Bashant |

I, Kristopher Takahashi, declare:

1. My name is Kristopher Takahashi. I am a managing member of Another Quest LLC ("AQ"), which operates *The Heroes' Journey* ("THJ"). I am over the age of 18 and competent to make this declaration. I submit this Declaration in support of Defendants' Opposition to Plaintiff's Supplemental Motion for Preliminary Injunction. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2. I began playing *EverQuest* ("EQ") in 2000 at the age of 13, shortly after the launch of the *Kunark* expansion. EQ quickly became a significant part of my life. The relationships created, lessons learned, and memories made while playing EQ in high school, college, and beyond have, without question, shaped who I am today.

3. At times, I felt a sense of belonging in the EQ community, even when it was difficult to find it in real life. For almost 25 years, the EQ universe (both the EQ game and emulators, as discussed below) has been more than just a game to me – it has been a source of great joy, a refuge during tough times, and a conduit through which I support and am supported by others like me.

### I. The Client and the Server: Main Components of EverQuest

4. EQ operates using two key software components: a client, which a user installs on their computer, containing all the graphics, models, and sounds for the game, and a server, currently operated by Daybreak Games Company LLC ("Daybreak"), which sets the rules, storylines, progression, mechanics, and possible interactions.

5. In the context of Massively Multiplayer Online (MMO) games, such as EQ, the client software running on the player's device enables them to interact with the game world. This client software handles several elements of the game experience, including displaying the game world. The client is responsible for rendering the game's graphics, including models, environments, and visual effects.

6. The client also captures player inputs and sends them to the server for processing. It then interprets and displays game state updates received from the server to the player. Examples include movement commands, attack actions, item usage, and social interactions.

7. In essence, the client for an MMO is the player's window into the game world, responsible for displaying it, taking their actions, and providing a responsive experience. Still, it relies on the server for *what* should be displayed *when*, *how*, and *why* via authoritative game state and logic.

8. I like to think of the client as the puppets and the stage, while the server is the script and puppet master. Individually, each is ineffective on their own; the puppets cannot act without the puppet master, and likewise, the puppet master cannot put on a show without the puppets and the stage.

9. There has always been only one way to play EQ, and that is by connecting to the EQ servers that generate the EQ universe. To connect to EQ servers, a player must update to or download the most current EQ client. They then have to use an official Daybreak account and follow Daybreak's login steps as detailed below to connect that client to EQ. Older clients, like the one used for THJ, are obsolete, meaning they can no longer connect to EQ servers.

II. **The Nearly Twenty Five-Year History of Emulators**

10. As EQ has evolved over the years, it changed how players could interact with the game, including mechanical, story, gameplay, and feature changes. Each of these can affect a player's experience in many different ways, including the capabilities of their characters. Even if a player prefers older or different mechanics and gameplay, they must use the most recent client to connect to an authoritative EQ server, which dictates what they can or cannot do in the game.

11. Within less than two years after the launch of EQ, players began increasingly voicing a preference for previous gameplay and mechanics that were no longer available. In 2001, one such player, known as Ashran, began a project to generate

*original* source code that could be used to create an entirely different server and replace, or emulate, the EQ servers. **Exhibit 1**, which was captured July 13th, 2025 via The Wayback Machine, contains a true and accurate printout of Ashran's comments made on hackersquest.gomp.ch on June 21, 2001: "Well, many people keep asking me why I started the emu project. I started it when VI screwed the Necros. They nerfed my poor char :)" (Translating from gamer-speak: Ashran started the project when Verant Interactive, the original developers of Everquest, decreased the power of his in-game character, a necromancer).

12. What Ashran and others created was an EQ server emulator, known by December 28, 2001, as EQ Emulator (or "EQEmu") by writing their own server code (without using Daybreak's server code). This entirely fan-generated source code allowed a player to connect an outdated EQ client to a custom emulator server to play whatever variant of the game that the server's creator could dream up. The creators made this Project EQEmu source code available as open source.

13. A huge part of any MMORPG, like EQ, is that you interact with thousands of players who are simultaneously sharing the same world via a shared server. Connecting with that group of players with the character you have developed on that server is only possible when logged into that exact server. Emulators do not allow a player to access the world, use the characters, or interact with the players found on the EQ servers. An emulator user can only interact with those other users who also log into the same emulator server using entirely different accounts, where they have entirely different characters. There is no connection between the EQ world and each of the emulator worlds (nor is there a connection between the various emulator worlds other than the account used).

14. EQEmu has been downloaded countless times, had its installation completed more than 28,000 times, and been used to launch over 4,000 individual servers since its inception; each one aimed at providing different, unique, experiences for the operators and players, none of which are connected to the EQ server.

15. The most notable of those server emulator projects was Project 1999 (P99), "giving players the opportunity to experience Classic EQ once again" *See* **Exhibit 2** which was captured on July 13, 2025 and is publicly available online (https://wiki.project1999.com/Project1999:About).

16. I became aware of P99 after college when an old friend, with whom I had previously played EQ, invited me to play. It was described as an opportunity to compete in a world we were previously too young to enjoy; a world that no longer existed.

17. The server software used by P99 is based on the open-source, EQEmu project, which has been publicly available and in operation for over 20 years. EQEmu's fan-written, clean room engineered server software is entirely separate from Daybreak's server software, featuring distinct internal structures, limitations, and capabilities. This is the same server software on which THJ is based.

### III. How Emulators Create An Alternative EQ Universe

18. Just like EverQuest, all emulators use the same two key software components: the client and the server. As discussed above, emulator servers, like THJ, are built using open source EQEmu code and therefore *do not use any source code owned by Daybreak*. Nor do emulators copy EQ's client source code. However, all emulators do require players to download an obsolete-but-authentic EQ client on their own and then direct that client to connect to emulator servers, which then provides the player access to only the emulated server and not the EQ server.

19. The Declaration of Walter Tuanqui makes a number of false or misleading statements around this. Chief among them is suggesting that similarities in side-by-side comparisons of graphics from the EQ client and the obsolete client players use to access THJ means that THJ has copied all of the client's content. *See* Tuanqui Decl. ¶¶ 9-13. That is false. These graphics are not identical because THJ copied them. They are identical because they are the same graphics. Both of them are generated by an EQ client, which is where all such graphical elements reside.

20. As with all emulators, THJ simply created an emulated server to which a player can connect their own obsolete but authentic copy of an actual EQ client. In other words, all emulators, including THJ, create their own unique server (the puppet master) to connect to and bring to life an obsolete but authentic EQ client (the puppets and the stage).

21. Furthermore, Mr. Tuanqui's declaration contains speculative and unsupported claims of potential harm, using language such as "may cause confusion" and "potentially harms brand." These statements express hypothetical concerns about reputational or community impact without offering data, examples, or evidence of actual confusion or harm. Given the decades-long coexistence of EQ and EQEmu, there is no evidence to suggest that any users or potential users of an emulator do not fully understand the difference between EQ and EQEmu emulators.

22. The client needed to join the THJ server is known as the Rain of Fear 2 ("ROF2") client. That client was launched on approximately May 20, 2013 and was obsolete by the next patch from EQ shortly thereafter. We chose the ROF2 client because it was the only publicly available client from a known distributor (Steam) that interoperates with EQEmu servers.

23. Other EQEmu projects have used, in addition to the ROF2 client, various other obsolete clients, including those known as: Titanium, Underfoot, and Seeds of Destruction, among others.

24. THJ is but one of thousands of fan projects that have used EQEmu to create their own server with unique stories, mechanics, and gameplay systems. To access most of these emulator servers, as with THJ, players must:

   a. create an EQEmu account via eqemulator.org;

   b. obtain an obsolete but authentic EQ client through Steam or other services;

   c. point that client to emulator login servers, which exist entirely separate from and are unrelated to Daybreak's servers; and

DECLARATION OF KRISTOPHER TAKAHASHI  
5  
NO. 3:25-CV-01489

      d. log in to that emulator server using their EQEmu server account.

25. To play EQ on the other hand, a user must:

      a. create an official Daybreak EQ account via everquest.com;

      b. download and use the current, Daybreak-approved EQ client; and

      c. log into a Daybreak-operated server to play EQ with their EQ account.

26. EQ and EQEmu require different accounts. EQ accounts and servers will not work with EQEmu accounts or servers, nor will EQEmu accounts and servers work with EQ accounts or servers.

27. The following graphic illustrates the fundamentally different accounts, clients, and servers used to play any of the many emulators like THJ or P99, and those required to play EQ.



28. Again, the only way to play EQ and use the character you develop in EQ to interact with others playing in that universe is to use an official Daybreak EQ account and the current EQ client to connect to the EQ servers. In no way do any EQEmu servers allow a player to access EQ or that universe.

29. To reiterate, THJ follows the same structure that other EQEmu servers have used for decades:

    a. Players must create an EQEmu account and EQEmu server account. *Not an EQ account.*

    b. Players must obtain or use an existing 12-years-obsolete EQ client. *Not the current client required to play EQ.*

    c. Players must point the client to an EQEmu login server. *Not the EQ login servers.*

    d. Players must connect using their EQEmu login credentials. *Not EQ login credentials.*

    e. Players then enter a wholly separate experience, which represents an entirely distinct server environment completely disconnected from the EQ server environment and community.

### IV. Emulators Acceptance and Encouragement by Daybreak

30. The level of activity on the EQ servers has always ebbed and flowed depending on the time of year. Daybreak issues new content, i.e. an expansion once a year, and a Time Locked Progression server (TLP) once a year, during which times play increases as players experience the new content, and then trails off as months pass. EQEmu servers have kept the EQ community active and engaged between EQ expansions, contributing to the game's long-term viability.

31. Daybreak's awareness, acceptance, and encouragement of EverQuest emulators since its inception can be seen in public posts, articles, statements, and its own actions (or inaction), examples of which include:

    a. The largest EQEmu server in 2015, P99, received formal acknowledgment from Daybreak, allowing it to operate under specific guidelines while all indications were that other emulators continued without interference. This is accurately reflected in **Exhibit 3**, which was captured July 13, 2025 via The Wayback Machine displaying what was posted on Daybreak's official website as of September 18th, 2015.

    b. Daybreak's Then-President John Smedley, in an interview with Alexander Wall of TenTonHammer on May 05, 2015, said, "I never want to paint these emulator guys as anything but our number one fans and the hardest working people I've ever met. So to be able to support it officially like we have, it makes me feel good." This is accurately reflected in **Exhibit 4**, which was captured July 26, 2025 and is publicly available online (https://www.tentonhammer.com/articles/exclusive-interview-with-daybreak-games-president-john-smedley).

    c. Mr. Smedley, later shared on X on Jan 4, 2016, "Truth is I've always respected the hell out of the people that work on the emulator stuff. Good for them." This is accurately reflected in **Exhibit 5**, which was captured July 28, 2025 and is publicly available online (https://x.com/j_smedley/status/684192936280510464).

    d. Daybreak's Then-Executive Producer Holly Longdale stated in an interview with Andy Kelly of *PC Gamer* on March 12, 2019 discussing emulated Everquest servers: "We have more players now than we did in 2015 and our revenue has gone up. And that's thanks to these servers." This is accurately reflected in **Exhibit 6**, which was captured July 13, 2025 and is publicly available online (https://www.pcgamer.com/how-is-classic-mmo-everquest-still-alive-after-two-decades/).

    e. Widespread social media coverage of the EQEmu server, Project Quarm, which included another article published by *PC Gamer* on October 28th, 2023 which is accurately reflected in **Exhibit 7**, which was captured on July 13, 2025 and is publicly available online (https://www.pcgamer.com/why-the-original-1999-version-of-everquest-is-still-one-of-the-best-mmos-to-play-today/). This article links directly to a getting started video for Project Quarm posted by a known internet

personality that has, as of July 13, 2025, over 443,000 subscribers which can be found here: https://www.youtube.com/watch?v=7Wd8ES_w1HY.

32. By 2023, over 20 years after the launch of EQEmu, a well-established status quo had emerged: EQ operated the official game, while EQEmu servers operated independently, each using an obsolete EQ client and their own emulated server to provide unique experiences that were largely unavailable on EQ. This is the status quo in which THJ was created.

33. Both the article featuring Holly Longdale in *PC Gamer* and the official announcement about P99 by Daybreak mention an agreement by emulators to not launch significant updates or improvements close in time to when Daybreak releases upgrades or improvements for EQ. *See* **Exs. 3**, **6**.

34. We have operated at all times according to what we understood to be the acceptable parameters for emulators, not because we had formally agreed to them, but because we were trying to follow what we understood to be Daybreak's rules for emulators. We have publicly stated that we are conscientiously trying to adhere to this understanding. For example, the recording of our Question and Answer sessions from April 10, 2025, May 1, 2025, and May 25, 2025 (publicly available online at https://www.youtube.com/playlist?list=PLN7ilkSEB1MqEN-kveFYML7lZWsAg_NId) which includes, among other topics, discussions confirming THJ will not launch major updates near EQs TLP server launch.

35. Project Quarm, which started in 2023, is one of the other major EQEmu servers referenced above. It had no formal agreement with Daybreak when this lawsuit was filed in June. It now has one, further strengthening awareness and acceptance by Daybreak of emulators. Screenshots detailing the following can be seen in **Exhibit 8**.

36. It is noteworthy that, under Project Quarm's agreement, it appears that Project Quarm will be allowed to have Solo, Self Found, and Hardcore modes. Adding these modes was the core of the THJ update originally slated for June, the release of

which Daybreak claimed in its filings was the impetus and urgency for its initial request for a temporary restraining order against THJ.

### V. Development of "The Heroes' Journey" Emulator

37. Over the years, I grew up to become a working professional, volunteer, husband, and father. While each of these enriched my life, they also left me with less time to play EQ. EQ requires significant time commitments in a single sitting for a player to make meaningful progress in the game. As such, I found myself drifting away from EQ, as it no longer fit into my life.

38. After years of short-lived, failed journeys into various EQ and EQEmu servers, I decided to create my own EQEmu server tailored to players like me. Focusing on accessibility for people with limited time, unique and interesting gameplay systems and experiences, and respect for the EQ universe, I began developing what would ultimately become THJ. To be clear, I never would have invested thousands of hours developing original content aimed at creating a more accessible, adult-friendly EQ emulator if I had any idea that Daybreak would change its well-established attitude toward emulators and attempt to have all our efforts eliminated.

39. During that initial experience working with EQEmu, I connected with Alexander Taylor, creator of the EQEmu server, Pyrelight, whose technical innovations inspired me. Together, we founded Another Quest LLC and combined our projects to develop and launch THJ.

40. Since we began working on the server that became THJ, we have collectively invested thousands of hours in developing extensive original systems, database, and mechanical changes based around the EQEmu server framework, including but not limited to:

    a. Multiclassing systems that allow a character to be multiple classes *simultaneously*;

    b. Custom quality of life and minion management systems;

     c. Over 100,000 new or customized items;

     d. Over 10,000 new or customized spells;

     e. Interactive holiday events; and

     f. Countless mechanical differences from EQ that fundamentally change the nature of how players interact with and experience the game.

41. These developments represent original ideas, content, code, and data that further differentiate THJ from EQ. All of those developments were made under the reasonable belief that what we created would not only be allowed to exist, but would be encouraged by Daybreak, just as other emulators like P99 had been. This was reinforced by the knowledge that we were but one of thousands of EQEmu servers to have come into existence over its 20+ year history with no public objection from either Daybreak or its predecessors.

42. Another Quest LLC ("AQ") was formed in Florida on September 18th, 2024, which is accurately reflected in its Articles of Organization attached as **Exhibit 9**, to manage the development, launch, and operation of THJ, including receiving donations or other revenue, payment of all business expenses, and the proper reporting of income for tax purposes. AQ has consistently operated in good faith, believing that by following the established community structure and observing the decades-long acceptance of emulators, we were within acceptable parameters.

43. In terms of donations, P99, the EQEmu project itself, and many other EQEmu servers accept donations. A true and accurate printout showing donation buttons and pages as of July 13th, 2025 are attached hereto as **Exhibits 10** (EQEmu Donation Front Page)**, 11** (P99 Donation Front Page)**, 12 (**EQEmu Donate Page)**, and 13 (**P99 Donate Page). Whether directly monetary, in-kind, solicited via Discord or forums, on Patreon, or GoFundMe, or Twitch, accepting donations has been a common and open practice within the EQEmu community, without objection from Daybreak.

## VI. The Future of The Heroes' Journey

44. While we knew what we created was special, we never imagined the incredible reception we would receive from the EQEmu community. By November 24th, 2024, we had already achieved a concurrent user count of nearly 1,700. We thought this was a temporary influx of people, but the growth continued, and by early January 2025, we had surpassed the concurrent user count of what was then the largest emulator, P99, of just over 2,682.

45. Realizing that this growth may not be temporary, we engaged industry expert, Zachary Karlsson (who had by then also become a THJ player), to help us make contact with Daybreak. On January 29, 2025, Zachary introduced AQ to Doneld Shelkey at Morgan Lewis, who subsequently reached out to Daybreak. A copy of that email was attached as Ex. 2 to the Supplemental Declaration of Nicholas B. Janda. Ultimately, we received no response until five months later when Daybreak served not AQ, but Alex and me, personally, with this civil suit.

46. I am proud of what we have accomplished and have been overwhelmed by the support shown to us by the EQ community. Since this lawsuit became public, we have received numerous statements of support from community members, including parents, volunteers, and retired service members, who have all expressed their own stories on the profound impact that THJ has had on their respective lives. By way of limited example, I have included a message received from a retired marine expressing the impact that THJ has had on his life, which is accurately reflected in **Exhibit 14**. I have received many more like messages from other players.

47. I thought Daybreak might contact us at some point, but I assumed it would be to offer congratulations, initiate a dialogue, or extend an invitation to coexist officially, similar to P99 and now Project Quarm. I never expected their first contact would be a civil suit– the first civil suit we are aware of to be brought against an EQEmu server in the over two-decade history of EQEmu.

48. The Heroes' Journey does not compete with EQ, nor was it ever intended to. They offer very different experiences the same way running a marathon offers a different experience than running a sprint. Rather, THJ is a tribute to EQ, and a way for those of us who grew up in this world to carry it with us into adulthood, into busy lives, and still find time to be heroes again. To be met not with a conversation or a question, but with a lawsuit, served to me personally, was devastating.

49. I never expected our passion, our effort, and our deep respect for the EQ universe to be misunderstood as a threat, but here we are. Those of us involved would have never dedicated collectively tens of thousands of hours of our time developing original content if we had known that Daybreak would turn its back on an over twenty-year history of peaceful co-existence with emulators, during which time emulators have enhanced the larger EQ community, by seeking to entirely shut down the results of our efforts.

I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7/30/25 in Port St Lucie, FL.

/s/ _____

Kristopher Takahashi