BENJAMIN B. ANGER, SBN 269145
  ben.anger@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard
Costa Mesa, CA 92626
T: (714) 830-0600 / F: (714) 830-0700

JOSHUA M. DALTON (*pro hac vice*)
  josh.dalton@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
T: (617) 341-7700 / F: (617) 341-7701

*Counsel for Defendants, Kristopher
Takahashi and Alexander Taylor*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC, | CASE NO. 3:25-CV-01489 |
| Plaintiff, | |
| v. | **DECLARATION OF ZACHARY KARLSSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR PRELIMINARY INJUNCTION** |
| KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; Does 1-20, Inclusive, | |
| Defendants. | Date: August 12, 2025<br>Time: 10:30 am<br>Place: Courtroom 12b 12th Floor<br>Judge: Hon. Cynthia Bashant |

I, **Zachary Karlsson**, declare:

1. My name is Zachary Karlsson, but I use "Ozuri" online. I currently serve as an advisor to Another Quest LLC. I have donated to THJ, but I neither have a financial interest in the outcome of this litigation nor have I been compensated by THJ. I submit this Declaration in support of Defendants' Opposition to Plaintiff's Supplemental Motion for Preliminary Injunction. I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. I have spent more than 25 years in the video game industry in a variety of roles, including senior executive leadership roles. My specific career path has landed me in business development where I've been responsible for vetting and investing in projects and companies.

3. I have held executive leadership positions at leading video games studios such as Capcom, Namco Bandai, Double Fine (now Microsoft), and others. I have been a venture-backed startup CEO and am currently the Chief Operating Officer and co-founder of a venture-backed MMO Development studio. I have served on the Boards of Directors for multiple organizations, including the Academy of Interactive Arts and Sciences.

4. I have provided expert testimony in several legal proceedings, lectured on video game development, spoken at the Game Developer's Conference, and worked as a discovery consultant for intellectual property and securities litigation in the video game industry.

## I. Experience with EverQuest, Emulators, and The Heroes' Journey

5. I was an EverQuest Beta player and then transitioned into also being a volunteer customer service representative ("Guide"). In 1999, Verant Interactive, the company that developed Everquest, hired me as the Game Master ("GM") of Rallos Zek, later a Lead GM and Head GM, and ultimately co-led the Training Department. I was significantly responsible for setting up EverQuest's international operations in

several departmental functions. I led the team that hired and/or trained more than 1000 people in roles like Guide, GM, Customer Service Representative, Technical Support Representative, and QA Analyst on three continents and in seven languages.

6.      I worked on the Internal Affairs team, handled customer escalations, and interacted on behalf of the company with VIP players and customers.

7.      I worked for Verant Interactive, and later Sony Online Entertainment ("SOE") after it acquired Verant, between 1999 and 2004 while EverQuest was on its rise and at its peak. I also worked on Vanguard: Saga of Heroes, a title later acquired by SOE and now owned by Plaintiff. I have worked on multiple Massively Multiplayer Online ("MMO") games for different companies.

8.      During my time as an employee of SOE, we learned about EverQuest emulator projects early on. Very quickly, it became clear that we wanted to support their efforts. We knew that these were relatively under-funded developers, made up of die-hard EQ fans who would bring energy, creativity, and longevity to the larger EQ community. We did not view them as any sort of serious competition, particularly with a professionally-operated game development studio.

9.      Project 1999, Project Quarm, and thousands of other emulated servers have existed with Daybreak's knowledge and, at minimum, passive approval for over two decades. I am aware of no prior lawsuits. I am aware of no takedown notices. I had not even seen a sternly worded blog post from Daybreak about emulators.

10.     Emulators are not unique to EverQuest. I have personally played the majority of MMOs on the market.  As a part of that experience, I have frequently found myself playing emulator projects. Oftentimes, for me, it's nostalgia for an earlier iteration of the product, a new rule-set, or sometimes just a new combat encounter that draws my interest. I have played extensively on the City of Heroes: Homecoming emulator and donated to that project; supported the Vanguard: Saga of Heroes emulator; played on, contributed to, and financially supported multiple World of

Warcraft emulators.  In each case, the emulator added to the overall community around the MMO, increasing overall interest and player retention for the MMO.

11.    The cost of making an MMO in modern terms is usually in excess of $60M, without making any serious mistakes; most studios make several mistakes. Massively Multiplayer Online Game Development is some of the most challenging, and costly, game development in the entirety of the video game industry, in some cases running in excess of $250M. As such, the notion that a fan-run project, held together largely by volunteers, could compete with a professional studio is, frankly, nonsense.

12.    I began playing on the THJ emulator, and told my friends about it, in late 2024.

13.    On December 27, 2024, I was contacted by Kris Takahashi of Another Quest LLC. When we spoke, I offered to support them in any way that we could, in the manner in which many EQ, Vanguard, Star Wars Galaxies, and other developers have supported emulator projects over the years. A number of other prominent members of the MMO development community agreed to offer similar assistance. This included Jeff Butler, the former Producer of EQ during its meteoric rise, and the one largely responsible for leading the team to its financial success as a live service product.

14.    I'm the only person in the world who has fully onboarded as a fully-privileged administrator to both EQ and THJ, affording me unique insight into the structural and fundamental differences between EQ and THJ. These two games are fundamentally different experiences. The differences in the backend mean that they are unique and distinct.

## II.    Differences Between EverQuest and THJ

15.    The fundamental base of a play experience in an MMO is your individual character, and its abilities, and how those abilities interact with the environment and other players. EQs single-class character system pushes the moment-to-moment

gameplay experience into being about the characters' "Spells and Abilities," the things inherent in the class of the character created.

16.    By contrast, THJ's moment-to-moment "gameplay loop," due to its three-class combination structure, is about the interaction of the "Alternate Advancement" abilities ("AA"), a later game post-maximum level unlock that players can earn through accruing experience through their gameplay, typically combat or quests.

17.    The game concept introduced by THJ is radically different in both structure and design from anything I'd ever even really considered, and certainly not in the context of EQ. "Multi-classing" is a concept we see in tabletop roleplaying games like Dungeons & Dragons, but this is a unique interpretation of that idea.

18.    As with every other EQ emulator, the only way to play THJ is to use an obsolete, but authentic, EQ client, which houses all the graphic aspects of the game as of that client's release. All graphical elements for THJ come from the Rain of Fear 2 client, released May 2013. Thus, on even the most basic level, THJ does not and cannot provide the "complete EverQuest experience."

19.    EverQuest has released more than 30 expansions since 1999. An expansion is a large-scale, official addition to an MMORPG that introduces new content and features beyond regular patches or updates and marks a major chapter in the game's lifecycle. When EverQuest first launched, an expansion was something that you could purchase in a physical store, but that definition has become blurry with ubiquitous download.

20.    Expansions typically:

    a. contain new areas to explore (e.g., continents, dungeons, cities), new environmental themes, quests, storylines, conflicts, world events, factions, or enemies,

    b. encourage new progression paths and power scaling through new level caps, stronger weapons, armor, and loot,

c.  introduce new player race or class choices expanding roleplay and combat dynamics, and new or overhauled mechanics and systems like skill trees, crafting systems, mounts, and housing.

21.  Each expansion can and, most often, does, dramatically change how the game is played and experienced by the player; it is primarily the reason companies are able to charge a much higher price for an expansion. Daybreak's most recent EQ expansion, *the Outer Brood*, is sold for between $34.99 and $249.99 for a digital download.

22.  THJ operates using Project EQEmu fan-written open-source code that emulates just the first five of those thirty expansions, and then adds extensive new and original features and functionalities. By definition and execution, the experience THJ offers is partial, diverging, and heavily customized in comparison to EQ.

23.  EQ, as a product, requires significant time and collaboration: 4-6 players, several hours per day, and historically, multi-hour sessions. It is not an exaggeration to say that playing EQ at a high level is a lifestyle that often dominates a majority of players' non-working and non-sleeping hours.

24.  To make progress on EQ, players cannot act alone. They must be part of a larger group, known as a guild (or a "clan" in other games). Due to declining populations over the past several years, many Daybreak users rely on "multi-boxing"— playing multiple accounts simultaneously—to complete content. Automation tools are widely used. It is disingenuous to suggest that EQ has a robust and healthy user base, let alone that THJ is "siphoning" them away. Many THJ players left Daybreak long ago. Some were banned for rule violations, but many left due to product fatigue, community drift, or Daybreak's policy choices.

## III.   The Massive Ban Wave Of July 2024: The Real Player Exodus

25.  At the end of July 2024, Daybreak initiated a **massive, automated wave of player bans** aimed at players suspected of "botting" (using programs to automate

gameplay without the need for active human input) or using other client enhancements. This included use of automation software like MQ, MQ2, and MQNext which allows players to control and automate the behavior of multiple characters across multiple accounts, and includes additional functionality like enhanced maps, pathfinding and navigation, autoloot, trading, and tradeskilling. In doing so, they hit not just would-be cheaters, but **innocent players, long-time subscribers, and community leaders**. The forums erupted in protest. Some bans were reversed — most weren't. Many players simply quit.

26.    These players didn't leave EQ for THJ. THJ hadn't even launched yet. There is no evidence that all or even most of them eventually "migrated" to THJ at all. They left Daybreak in frustration. These were **multi-boxers, group runners, and guild organizers**, many of whom operated dozens of paid accounts. With its July 2024 automated player bans, Daybreak didn't just lose bodies — it lost **revenue whales** as described by user realityunderfire on the EverQuest subreddit, seen in **Exhibit 15**, from May 23, 2025: "Daybreak has been driving the game into the ground over the past year or two. Even population on live this winter was really low. After their huge MQ crackdown I know at least 10 people on just one server that stopped playing. You may say good, and I understand your sentiments, but nuking ~100 gold subbed accounts that buy expansions every year isn't a good business strategy." *Id.* at ¶ 12.

27.    Daybreak once tolerated third-party automation tools. Now they ban them indiscriminately, even as their remaining player base **relies on automation** just to complete group content due to dwindling populations. It further reflects a willful and deliberate misunderstanding of the EQ player base and represents one of many self-inflicted wounds Daybreak has committed against itself and EQ.

28.    With the possible exception of "Planetside: Arena," Daybreak hasn't successfully launched an original game since they purchased SOE in 2015. In my professional opinion, this is primarily because their development teams have been depleted. Based on my experience, Daybreak doesn't pay reasonable market wages and

additionally under-resources their teams. This structure creates a dysfunctional feedback loop that allows only for value extraction from their games and products, rather than value enhancement, and makes eventual obsolescence all but guaranteed.

29.    Emulators are nothing short of a part of the fabric of the EQ community, and have been for decades. During that whole time, Daybreak and its predecessors have been aware of the robust emulator community, and have benefited from the vitality generated as a result of emulator projects like Project 1999, TAKP, and Quarm for decades, in the form of continued goodwill and interest in the franchise, support in maintaining an evergreen market in the Expansion to TLP Release schedule, and the wide proliferation of streamers and content creators whose interest in and support of emulators keep people talking about a 26 year old game.

30.    Examples of how massive and established emulators are in the EQ community can be found on Twitch and Discord. Twitch (owned by Amazon) remains the largest video game streaming platform in the world for games (~31M Daily Visitors).  Most streams on that platform tagged "EverQuest" are of EQEmu content, not EQ content. And of the 10 different servers currently discoverable/searchable on Discord with an "everquest" search, one is an EverQuest predecessor, two are games explicitly inspired by EverQuest, three belong to Daybreak or are Daybreak-adjacent, and four are EverQuest Emulators.

31.    Daybreak's community center of gravity is on its forums, while THJ's is on their Discord; it is notable that the Discord community operates with significant cross-pollinization from the emulation community. *See* **Exhibit 16**.

32.    Further, the owners of EQ have always benefited from the efforts made by die-hard fans, without compensation, to maintain the EQ community. For example, all of the maps in the game were community-made, throughout the vast majority of the franchise's life. SOE then monetized that community creation through the creation of a physical Atlas. This symbiotic relationship between a company and its players is part of what keeps an MMO alive for the long term.

33.    Through its recent ban on multi-players and this lawsuit's attack on an emulator, Daybreak is undermining the heart of what has kept EverQuest alive for decades while other MMOs have come and gone.

## IV.    Response To Certain Alleged Evidence Of "Willful Infringement" From Daybreak

34.    Daybreak has suggested that THJ is a lone, unique, and malicious attack on its intellectual property in a way that ignores decades of conduct by thousands of individuals with the express knowledge and even approval by Daybreak and its predecessors.  For example:

35.    *"The systematic and comprehensive recreation of EverQuest's client-server architecture, character systems, user interface, and distinctive content demonstrates deliberate copying rather than inadvertent similarity. Kitchen Decl. Id. at 18-21. The technical complexity required to create a functioning unauthorized copy of EverQuest indicates intentional, sustained, and systematic efforts to reproduce Daybreak's copyrighted works. Id. at 13."*

36.    Neither Another Quest nor its members recreated the client-server architecture, character systems, or user interface of EverQuest. THJ is just one of a hundred current emulators that operate on the EQEmu server and are part of the EQEmu community. The EQ Emulator project, from which THJ is built, maintains that all implementations are the result of clean-room engineering and is publicly available online (https://github.com/EQEmu/Server). THJ relies on EQ Emulator open-source code which is not Daybreak's server code but is instead fan-written open source code that allows for interoperability with an obsolete EQ client.  Its underlying platform is distinguishable from EverQuest's backend.

37.    *"In March 2025, a lawyer from Defendants' counsel's firm sent an email to the General Counsel stating that he had an unnamed client who was looking for a contact at Daybreak with whom it 'could discuss a potential strategic*

*marketing/collaboration relationship' and was looking for 'any ideas as to the best ways to connect business development teams'. Supp. Janda Decl. ¶ 16, Ex. 2 thereto. The message did not specify any game or product and did not make any mention of THJ. Id. The Morgan Lewis counsel later stated, after this lawsuit was filed, that this email was 'sent anonymously on behalf of Another Quest' despite the fact that his firm represents Defendants. Id. It appears that Defendants intended to steal Daybreak's intellectual property and users and then, after gaining an unlawful commercial advantage, attempt to force Daybreak into a business relationship."*

38.     This assertion is meritless. Defendants started THJ as a passion-project, believing that a fan-based project could be successful. When it became clear that THJ was gaining popularity rapidly, AQ asked me to assist in contacting Daybreak, to see if we could enter some kind of strategic partnership or marketing agreement similar to what other emulators who reached a certain critical mass of players like P99 had done in the past; or, at the least, find out what Daybreak's current preferences for emulators were (such as avoiding releasing new content in the same month), and then to try to comply with them. We got no response. We approached business development people as we believed that's who would be most inclined to talk to us about how we wanted to handle THJ's unexpected, but hoped for, success.

39.     *"Despite knowledge of Daybreak's rights, Defendants established a sophisticated sales and revenue model while falsely calling it a 'donation' system, directly profiting from unauthorized use of Daybreak's intellectual property. Supp. Chan Decl. ¶¶ 41-42. This commercial exploitation demonstrates willful infringement for financial gain."*

40.     THJ does not sell anything; not game time, subscriptions, items, nor digital goods. It does offer a small in-game token for players who donate to support the developers, called "Echoes of Memory" or "EoM," but that item can also be earned through regular gameplay, and is also routinely awarded to players for simply being good members of the community - reporting bugs and exploits or contributing to the

open-source nature of the project. As one example, in a public conversation on the Project Quarm Discord on December 23, 2024, Secrets, the username of the head of the Project Quarm emulator, talks about how bug fixes are the biggest source of EoM and how they have received EoM for contributing code. *See* **Exhibit 17**.

41.    Daybreak's attempt to frame THJ as a commercial enterprise rings hollow to anyone familiar with how these emulator projects operate. *See* **Exs. 10-13**. THJ does not monetize user activity, gate content behind paywalls, or otherwise even allow or accept payment for playing THJ. It is a community-built passion project that operates with transparency, openness, and creative intent. THJ is **free**, supported by donations. As of July 26, 2025, just 1.2% of players have voluntarily signed up to make a monthly donation, which is the closest metric to a recurring subscription.

42.    Daybreak asserts, *"The THJ universe that Defendants are marketing as their own is an exact replica of EverQuest's iconic characters, settings, narratives and other unique characteristics."*

43.    This contains a number of false or misleading statements. While AQ has taken great care to interact with and cultivate a positive community that includes content creators, the content created by them cannot be seen as "marketing." AQ has never purchased advertising nor engaged in paid marketing**.** This is a grass-roots effort, supported by community members.  Nor is it an "exact replica" of EQ, as discussed at length in this declaration.

44.    *"Takahashi and Taylor operate under pseudonyms ("Aporia" and "Catapultam-Habeo," respectively) rather than their real identities, and DOES 1-20 remain completely unidentified. While the use of online handles is common, operating a large-scale commercial venture infringing well-known intellectual property while avoiding identification suggests awareness of potential legal consequences."*

45.    The use of online handles such as "Aporia" and "Catapultam-Habeo" reflects standard practice in the gaming industry and online communities, not an intent

to evade legal responsibility. THJ was created by gamers, and the platforms used to build, test, and communicate around the project, including Discord and in-game systems, are all rooted in gaming culture, where screen names or pseudonyms are the norm.

46.    Even within the official EverQuest community, Daybreak employees themselves routinely operate under pseudonyms while communicating with the public. Examples include: "Blastoff" – Patch notes and Test server updates, "Prathun" – Developer, "Ngreth" – Systems Designer, "Absor" – Raid Design Lead, "Dreamweaver" – Former Community Manager.

47.    These handles are publicly associated with official development and community roles and are recognized as such by players. Their use underscores the cultural and professional normalcy of pseudonyms in online gaming environments, including among Daybreak's own staff.

48.    At no time did the use of pseudonyms by Takahashi or Taylor conceal their identity from those with a legitimate need to know. Both individuals operate transparently within the THJ community, and Another Quest LLC is a registered legal entity with publicly available filings.

49.    Thus, the use of pseudonyms online is neither evidence of concealment nor suggestive of bad faith. Rather, it reflects the culture of the medium and mirrors practices common even among Daybreak's own employees.

50.    Daybreak's claims (ECF No. 1 ¶ 88) that THJ *"circumvents" "access controls"* are disingenuous. THJ does not interact with Daybreak's authentication servers, database systems, or backend tools in any capacity. **It does not override or bypass their login systems nor simulate, fake, nor misrepresent their subscription services.** A player cannot use THJ accounts to access EQ servers, and a player cannot use EQ accounts to access THJ servers.

51.    Daybreak claims (ECF No. 1 ¶ 29, 30 (c)) THJ produces *"screenshots, videos, and promotional materials…[that ]prominently feature EverQuest characters…"* Defendants do not produce promotional materials, screenshots, or videos at all.

52.    Daybreak further claims (ECF No. 1 ¶ 30 (d, e, f)) that Defendants removed EverQuest branding, making consumer confusion likely. This is disingenuous. The login screen wherein the branding is removed very clearly states that "EverQuest is a registered trademark of Sony Online Entertainment LLC. EQEmulator and The Heroes' Journey are not associated or affiliated in any way with Daybreak Game Company, LLC or its subsidiaries and predecessors." *See* **Exhibit 18**. As Mr. Kitchen concedes in his expert report, the process of getting to a login screen on THJ requires a significant investment of time and effort. *See* Kitchen Expert Report ¶¶ 79-87 (stating at the end of the several page description of the THJ installation guide, "At this point, the Daybreak files that make up EverQuest: Rain of Fear have been downloaded from Steam *(in a non-straightforward way)* and moved into The Heroes' Journey folder.") (emphasis added). The likelihood of consumer confusion is very low.

## V.    Responses To Allegations That THJ Is Diverting Players And Revenue From EQ And Daybreak

53.    Daybreak repeatedly claims that THJ is "diverting" huge numbers of players. But Daybreak never says how many paying subscribers actually left Daybreak to play THJ. It offers no user records, no account matches, no conversion metrics. No evidence is provided to show how many paying customers who left EQ were "diverted" to THJ rather than simply leaving for other reasons and going somewhere else or nowhere else at all. Daybreak offers only vague innuendo with cherry-picked financial windows, neglecting to account for their own missteps, holding out their most successful TLP launch against some of their least successful, and artfully misrepresenting the exigency of the situation.

54.    In paragraph 27 of her first declaration (ECF No. 9-4), Ms. Chan says, in reference to monthly and daily active user decline, *"the decline is not attributable to normal seasonal fluctuations, holiday patterns, content cycles, or other typical market factors that affect MMORPG usage. Instead, the timing and pattern of the decline directly correlates with THJ's launch and subsequent growth in popularity."*

55.    This suggestion that a correlation of reduced players was caused by THJ also ignores the potential that external factors were actually driving the results. During similar time periods, other MMORPGs like Lost Ark and Final Fantasy XIV also experienced active user decline. According to Steam Charts, Lost Ark's average player count dropped from 17,040 in November 2024 to 14,348 in April 2025, a 15.8% drop.[1] According to PC Gamer, this drop is due to known progression pain points and barriers to playstyle flexibility.[2]

56.    Similarly, according to Active Player, Final Fantasy XIV's average player count declined from 20,326 in November 2024 to 17,153 in March of 2025 due to what PC Gamer describes as "a content release schedule problem—not just in the gaps between patches, but in the prioritisation of content itself." [3] The game's director accepted such feedback and told PC Gamer: "[w]e did see feedback from people who wanted to tackle the battle content faster. So because we saw that type of feedback we will take that on board as a learning process and experience."[4] Plaintiff seems to be

---

[1] *See* https://steamcharts.com/app/1599340?utm_source=chatgpt.com

[2] *See* https://www.pcgamer.com/games/following-massive-player-fall-off-amazons-mmo-lost-ark-is-getting-an-update-to-make-levelling-faster-and-address-a-known-progression-pain-point/?utm_source=chatgpt.com.

[3] https://activeplayer.io/final-fantasy-xiv/?utm_source=chatgpt.com

[4] https://www.pcgamer.com/games/final-fantasy/final-fantasy-14-s-yoshi-p-says-if-the-question-is-whether-i-was-shocked-by-the-mixed-reception-to-dawntrail-s-story-the-answer-is-no-not-really/

taking a less customer-focused approach: instead of looking internally, Daybreak is attempting to blame some of its biggest fans for its own mistakes.

57. Also, in paragraph 29 of her first declaration (ECF No. 9-4), Ms. Chan references the "network effect" and says, *"As players migrate to THJ, the remaining player experience on official servers degrades, incentivizing further departures."*

58. The assertion that THJ triggered a downward spiral on EverQuest servers mischaracterizes both THJ's audience and the nature of MMORPG community dynamics. THJ does not compete for the same players actively engaged in EQ. It serves a subset of long-time EverQuest fans, many of whom have aged out of EQ's time demands, incompatible with their current lifestyles, or those already a part of the EQEmu community.

59. To understand how the numbers provided by Daybreak are functionally inaccurate, one must understand the nature of the modern EverQuest release cycle.

60. EverQuest has two main annual releases: (i) a winter Expansion and (ii) a summer Time-Locked Progression ("TLP") server(s). The Expansion release is of interest to players who are invested in the 'Live' EverQuest servers (those with all content available), and the TLP release is of interest to players who are interested in the seasonal play model, which Daybreak created, wherein a set of new servers with a rule variation is launched each summer.

61. Based upon publicly available data and Daybreak's own data, each of these releases coincides with a temporary increase in monthly average users ("MAU") and daily average users ("DAU"), which fades over the next months as the novelty of the experience fades.

62. The most recent EQ Expansion release occurred in December of 2024, and by Daybreak's own data, this release performed similarly to the previous Expansion in regard to player engagement.

63.    In contrast, by that same data, the most recent TLP release, Fangbreaker, was a catastrophic failure in comparison to the previous year's TLP release. This does not, however, take into consideration what that TLP release actually represents.

64.    Plaintiff has traditionally released two servers for each TLP, each with a significant difference in rules offering a new play experience compared to Live servers and previous TLPs. In 2024, they released Tormax and Teek, with Teek being particularly well-received and popular. It was one of the largest hits in the history of the TLP system.

65.    In 2025, only one server was released, the Time-Locked Progression (TLP) server "Fangbreaker," which launched in May 2025. Fangbreaker only allows two (2) accounts to be played simultaneously. But, many of Daybreak's customers can run 18 or more accounts, simultaneously. Comparing those two things, and then externalizing blame, is transparently disingenuous. User zekreject describes the likely impact of the two-account restriction on Daybreak's public forums, saying, "am i reading this right – max 2 accounts per person until planes of power? I was planning on 4 or 5 boxing. But if it is just 2 accounts per person total (i.e. max of 2 PCs) then i may not bother with this server." *See* **Ex. 15**.

66.    Fangbreaker, has been overwhelmingly recognized by the player base as the worst server Plaintiff has ever created as part of this cyclical release model.  As such, Daybreak's suggestion that THJ is causing Daybreak's decline is not just false — it's **desperate scapegoating**. Fangbreaker was **universally panned** by the EQ community and the gamer community at large. Player feedback was brutal. Some highlights from **Exhibit 15** include:

   a. From user Lama on the EverQuest forums, ""honestly, did they not read the forums... our responses... no one likes the extended phase 1.... this is going to be a fail."

b. From user JMADI420 on the EverQuest forums, "Yup I think they want to lose money this year ?"

c. From user xlex60 on the EverQuest forums, "Pretty bad when you cant [sic] find any Buzz about a new tlp. Youtube and streamers dont [sic] even talk about it. And the forums are full of unanswered questions and dissapointments [sic]. Is Fangbreaker DoA DUD ?"

d. From user BazMule on the EverQuest forums, "This server is going to flop quicker then [sic] Lebron James. Change it to level 60 on launch and maybe it will be a success. Edit: First to engage, which no one wants, is lol funny. Not to mention no free trade, oof. Tormax 2.0 inc."

e. From user filthytlpplayer on the EverQuest forums, "TLP has been driven into the ground. They need a refreshed experience if they intend to keep selling us quarter of a century old content year after year. I've done all I care to do on TLPs, there's no reason to play on another one, especially with the community shift that's occurred since they were first introduced."

f. From user sfw3015 on the EverQuest subreddit, "Honestly I think that they as usual took half measures on everything about the server. They wanted to try to appeal to casuals and hardcore so tried to split the difference making neither interested. . . .So like I said they tried to make too many groups happy and made none of them happy thus low interest."

g. From user volcanicpooruption on the EverQuest subreddit, "Seems to me this years TLP is only for the ultra hardcore. Which, most of us probably were 20 years ago. But, most of us aint [sic] got time for that shit now. Bummed nearly every year, personally."

h. From the user Similar-Molasses4786 on the EverQuest subreddit, "Dam [sic] that's a terrible ruleset. Welp, see ya next year."

i. User Brontus sums it up, "Thank you for verbalizing what many of us feel. I just can't play on TLP servers anymore. Adding in more gimmicks to freshen up the experience is not going to cut it. Enduring the same content over and over feels like the film Groundhog Day. It's tedious and unsatisfying. The forums feel pointless. There's no engagement and solidarity between the players and the developers these days. It's heartbreaking to see the franchise languish. I love grouping, but I don't like hardcore raiding. Grouping is the essence of fantasy RPGs for me. When Planes of Power was released, EverQuest carelessly morphed into an MMORPG that caters exclusively to raiders and raiding culture. That's not me. I don't have the time or the patience anymore. The only way I'll return is with the tentative EverQuest 3 or whatever they call it. I'll give it a try because I'm loyal to the franchise. But it may never get the green light from Enad Global 7. So the future is uncertain." *See* **Ex. 15**.

67.    Even Daybreak's own Producer's Letter of April 2025, which is attached hereto as **Exhibit 19**, admitted that the design was flawed and had to be reworked post-launch and forced them to post an addendum after-the-fact: "EDIT: Thank you to everyone who provided constructive feedback and[sic] regarding this year's TLP Ruleset. The game team has taken it all into consideration and has decided on the following changes for the Expanded start and Unlocks…"

68.    Moreover, what data we do have does not support blaming Daybreak's decline on THJ. SteamCharts provides publicly available data showing EverQuest's monthly population trends. It isn't dispositive in that Steam isn't the only distribution platform for EverQuest, but it serves as a representative proxy as it is the largest PC Games distribution platform in the world. The data makes clear that **there is no statistical collapse** that correlates with THJ's November 1, 2024. As evidenced in **Exhibit 20**, SteamCharts shows the decline of players started in July of 2024 with a drop to 403 average players, coinciding with Daybreak's ban wave. This decline

continued each month up to and through the launch of THJ. In October 2024, the month prior to THJ's launch, SteamCharts showed EverQuest had an average of 301 players and a peak of 572 players. By May of 2025, six months after THJ's launch, SteamCharts showed 240 average and 587 peak players. These are normal seasonal fluctuations.

69.    In contrast, SteamCharts shows that EverQuest had 516 average players and a peak of 894 players in June 2024. That means that the player population dropped substantially in the months **before** THJ launched — and during a period when Daybreak banned thousands of players in its ban wave discussed above.

70.    Further, at EQ's height, and as disclosed in a 2020 Investor Presentation, EQ reported having only 82,000 MAU in 2020. *See* **Ex. 21**.

71.    Further, the statements made by Daybreak's parent company, Enad Global 7 in its Interim Report with the Swedish Regulatory authority do not match the dire financial predictions made by Daybreak in this case. The entry for Q1 of 2025 for Daybreak Games reads:

> For Q1, Daybreak contributed Net Revenue of SEK 189.7 (188.5) million, up 0.6 percent from the prior year, and Adjusted EBITDA of SEK 30.0 (42.1) million. Adjusted EBITDA margin amounted to 15.8 (22.4) percent. Daybreak's portfolio performed in line with expectations for the period, with The Lord of the Rings Online continuing its strong momentum, supported by the launch of additional new servers. DC Universe Online continued its positive trend following the introduction of a new content release cadence. PlanetSide 2 showed signs of stabilization over the quarter, ending on a strong note. ***EverQuest delivered a stable performance in-line with expectations, although slightly down compared to the exceptional results during last year's anniversary celebrations.*** Both Magic: The Gathering Online and Dungeons & Dragons Online are preparing new initiatives to build on the

increased player engagement seen last year. Singularity 6 continued its preparations for PlayStation 5 and Xbox Series S/X releases of Palia (successfully launched on May 13). The collaboration with Cold Iron continues to progressi[sic] with the product launch targeted for later this year." *See* **Ex. 22** (emphasis added).

72.    It is worth noting that, while Enad Global 7 acknowledges that there were "exceptional results" from their 25th Anniversary Event, "Fippy Fest," which coincided with the most successful TLP launch since Daybreak began TLPs as a concept, Daybreak's submissions attempt to mischaracterize that exceptional apex as a baseline and blame subsequent drops entirely on one emulator, THJ, rather than admitting to the numerous other factors in play.

73.    For Q4 2024, the Daybreak section of Enad Global 7's securities filing reads:

"For Q4, Daybreak contributed Net Revenue of SEK 198.5 (181.8) million, up 9.2 percent from the prior year, and Adjusted EBITDA of SEK 26.6 (29.1) million. Adjusted EBITDA margin amounted to 13.4 (16.0) percent. **Daybreak's portfolio performed in line with expectations for the period, led by EverQuest, which concluded a successful anniversary year with the release of two major content updates.** The Lord of the Rings Online continues to see improved performance, driven by the launch of its new servers with updated ruleset earlier in the year. Both Magic: The Gathering Online and Dungeons & Dragons Online experienced increased player activity in 2024. It was a transition year for DC Universe Online with a new leadership team taking the reins with updated direction for the title as communicated early 2025. Under the new leadership, the annual content release schedule will expand from two to three chapters. Additionally, significant gameplay changes and monetization efforts are planned for 2025. Singularity 6 has been primarily focused on the development efforts for Palia's release across the latest generation consoles

planned for the first half of 2025. The collaboration with Cold Iron is also advancing towards a planned launch of its game later this year. With these developments, **2025 promises to be an exciting year for Daybreak**, contributing significantly to EG7's overall performance." *See* **Ex. 23** (emphasis added).

74.    Meanwhile, **THJ deliberately refrained from releasing major content in May 2025 to avoid competing with Daybreak's new TLP launch, to comply with the only known parameter of the P99 deal.** Fangbreaker still flopped, and EQ suffered. Why? Because, as discussed above, it was a bad product based on bad decisions as emphasized in **Exhibit 15**.

75.    Perhaps the most damning contradiction to Daybreak's claim that an emulator, THJ, is an existential threat to EQ is **Daybreak's recent deal with Project Quarm** — another EQEmu community effort. Quarm has public install videos on YouTube, created by the same kinds of external parties over which Daybreak has sued Defendants, external login wrappers (the same content creator-created videos that Plaintiff included as evidence of infringement), a thriving online community, includes Hardcore/Solo Self-Found mechanics, and has received no takedown threats.

76.    It is worth noting that these are the same game mechanics that were going to be included in THJ's June 2025 update that Daybreak used as justification for seeking a temporary restraining order. Their presence in Quarm indicates clearly that those mechanics are not an exigent nor existential threat.

77.    Quarm has operated since before THJ, and had daily users in the thousands, similar to THJ as seen in **Exhibit 24**. Yet earlier this month, Daybreak formally agreed to allow them to continue as an EQ Emulator. Even with the imposition of certain restrictions on Project Quarm, it is difficult to square statements from Daybreak that emulators like THJ siphon off players and pose an existential threat with Daybreak allowing one of the largest emulators on EQEmu to remain operational.

78.    And all of that at the same time that Daybreak continues to affirmatively permit Project 1999 to operate three servers, with thousands of players, and full knowledge of its substantially similar activities as THJ, including but not limited to: recreation of EverQuest characters and environments, systematic use of the EverQuest mark, and solicitation for donation revenue.

## VI.    Responses To Player Comments Cited By Daybreak

79.    Nicholas Janda's supplemental declaration contains **cherry-picked, misquoted, undated, and misrepresented comments**.

80.    Paragraph 3 of the Supplemental Janda Declaration cites *"googler5130: Yep!  I have zero ambition to play Everquest as it was after THJ."* Janda Decl. ¶ 3. However, that's not the full comment. The full quote states: *"Yep!  I have zero ambition to play Everquest as it was after THJ.  Honestly, **I have no idea what DB can do this year as far as Progression servers goes to make it appealing**.  They should work something out with the devs at THJ."* (emphasis added).  This was after the lawsuit had been filed and is only one example of a library of the continuing damage that Daybreak is doing to itself.

81.    One example is, *"I love it, would never consider playing another version of EQ."* Janda Decl. ¶ 12. But, the full comment states, *"I hope THJ isn't flying too close to the sun. I love it, would never consider playing another version of EQ — so does that mean Daybreak will come after them?"* They fear that Daybreak will retaliate due to Defendant's game being too fun and popular.

82.    Paragraph 13 of the Supplemental Janda Declaration reads: *"Innovictos commented: 'I skipped the TLP this year because of THJ,'"* as it fails  to provide context that this was **after** the lawsuit had been made public. Janda Decl. ¶ 13.  It was in response to a thread explicitly about this lawsuit and its consequences.

## VII.    Critique of Declaration and Report of Garry Kitchen.

83.    Mr. Kitchen is a respected name in the larger community of game engineering and design. However, his expertise is in **console titles, mobile games, and brand-sponsored advergames**, and the vast majority of his expansive career as a game developer ended 20 years ago; he is currently a consultant and hobbyist game-maker. He has never operated an MMO, managed a persistent world, or dealt with a 25-year-old codebase supporting thousands of concurrent users.

84.    His opinions on MMO player behavior, authentication systems, or server emulation carry ***no technical weight***. His conclusions are based on analogies to mobile architecture and assumptions that do not apply here.

85.    His analysis relies predominantly on visual similarities without accounting for the source of those assets being the specific client, which is not distributed by THJ, no analysis of utility versus expressive content, and no demonstration of copy of any server-side or THJ-created work, which is where the creative contributions of the Defendants actually reside. Mr. Kitchen's analysis is a mile wide and an inch deep.

86.    In Mr. Kitchen's Expert Report (¶¶130-131), he highlights a significant portion of the page to show modifications inside eqlsClient.ini. Mr. Kitchen then uses that as evidence that THJ is "hijack[ing] the player's navigational flow away from the **Sony** servers" *Id.* (emphasis added).  Daybreak's parent company is Enad Global 7, not Sony, and Plaintiff has no more control of any of those domains than Defendants.

87.    This text file contains a number of parameters, none of which are involved in either client or server authentication. All of these parameters serve to feed hyperlinks into the user interface of the game prior to login, which are used to direct users to help pages/resources.

88.    In Mr. Kitchen's Expert Report (¶ 91), he provides a table that documents the "234 copyrighted files which were modified by THJ from the original EverQuest client software and used in the parallel game development project to create [sic]unauthorized version of EverQuest."

89.   As a primary matter, Mr. Kitchen's table only has 179 files, not 234.

90.   Of the 179 files listed in Mr. Kitchen's report, at least 167 (approximately 93%) either:

    a.  merely have the same file names as the original, despite being of completely different content and origin, or

    b.  are generated through configuration processes or tools analogous to algorithmic processes or AI, lacking the human authorship required for copyright protection.

91.   For example:

    a.  `help/*.txt` (6 files) – are in-game help text files adjusted to reflect where players can receive support or specific game mechanics unique to THJ which differ from EverQuest.

    b.  `maps/*.txt` (100 files) – are in-game map files, replaced DBG versions with fan-created versions. These aren't Daybreak's files. They have the same names as Daybreak's files, but they are not Daybreak's files at all.

    c.  `uifiles/default/loadscreens/*.jpg` (55 files), `uifiles/default/EQLS_background_0*.tga` (5 files) `Resources/loadscreen.jpg` – are in-game loading hint screens and pre-login UI background, replaced DBG art assets with original ones which was done explicitly to eliminate any Trademark claim. These files, though they share the same names as DBG files, were written for THJ.

    d.  `Resources/BaseData.txt`, `Resources/skillcaps.txt` are replaced as part of content customization. These files are arguably not even copyrighted by THJ, it is generated by the EQEmu software, even if it has the same name as an original file.

    e.  `Resources/GlobalLoad.txt`, `Resources/GlobalLoad_chr.txt`,

`Resources/OnDemandResources.txt` – are replaced as part of content customization. These files are used to configure which character model assets are loaded as a matter of technical computer memory management.

f. `uifiles/default/CascadeMenu.txt` – are simple text file which controls the layout of one menu in the UI. Adjusted in order to remove access to in-game features which do not work on EQEmu or THJ.

g. `uifiles/default/EQLSUL_.xml*` (4 files) – are pre-login UI definitions. Edited in order to remove access features which do not work on EQEmulator, or to replace the text 'Station Account' with 'EQEmulator Account'.

h. `uifiles/default/EQUI_*.xml` (4 files) – are in-Game UI definitions. Edited to allow for customized features or mechanics on THJ.

92.     In Paragraph 38 of the Kitchen Declaration, he offers the opinion: *"The evidence demonstrates extensive modification of EverQuest's game files, systematic reproduction of EverQuest's distinctive characters and environments, and creation of an alternative EverQuest experience using Daybreak's existing content."*

93.     This statement is misleading in a number of ways. It ignores that nearly all client file modifications are a matter of simple configuration changes or the creation of entirely new files. It ignores that any reproduction of characters and environments is either visually a product of using an authentic-but-obsolete client, or work done in the base EQEmu database from which THJ draws – as does P99, Project Quarm, and the thousands of EQEmu servers that have existed over the last 20 years, of which THJ is one.

94.     Mr. Kitchen says that he *"understand[s] that THJ created and made available a github repository called 'The-Heroes-Journey-EQEMU.'"* Kitchen Report ¶ 97.

95.    This misunderstands the scope of EQEmu.  And while his technical analysis of EQEmu is accurate in many ways, its role as the foundation of the experience, its longevity and integration into the EverQuest ecosystem, and the thousands of EQEmu servers that have existed over its twenty-four year history seem incorrectly ascribed to Defendants.

96.    THJ does not "grant access" to the "complete EverQuest experience." Instead, it delivers an entirely different game experience, with different rules, progression, class structure, and server behavior that diverges sharply from Daybreak's live product. The community that participates in THJ is **distinct**, and there is no interaction facilitated by the THJ client between it and Daybreak's official EverQuest servers.

97.    Contrary to Mr. Kitchen's assertions, THJ is not *"targeting the same market, using identical core content, and advertising different features"* nor is it *"avoiding substantial development costs, leveraging established brand recognition, benefiting from proven game design, and exploiting existing community interest and knowledge."*  It is not *"allowing THJ to offer a competing service without incurring the substantial development costs of creating original game content." Id.* ¶¶ 153, 154, 155, 156.

98.    The market that THJ is targeting is one abandoned by Daybreak; the core content is experientially different, and THJ doesn't engage in advertising. It has avoided substantial development costs only through leveraging a passionate fan community that has made the EQEmu project possible, and the THJ modifications thereupon; it fundamentally changed the game design, and while it certainly has benefited from a passionate EverQuest community who has wanted to see a fresh take on an old classic, it hasn't been without cost, in the forms of tens of thousands of hours over 24 years from hundreds of contributors to the broader EQEmu community.

## VIII.    Conclusion

99.     While some hundreds of players no doubt have moved from EQ to THJ in the past eight months (and some number have moved back to EQ because it offers a completely different challenge), Daybreak did not suffer a mass exodus of players because of THJ. It lost players because it burned trust, punished loyal users, shipped broken servers that failed to engage their player base, and then blamed the community. *See* **Exhibit 15**.

I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on <u>July 30, 2025</u> in <u>Oakland, CA</u>.

/s/ <u>Zachary Karlsson</u>

Zachary Karlsson