BENJAMIN B. ANGER, SBN 269145
  ben.anger@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard
Costa Mesa, CA 92626
T: (714) 830-0600 / F: (714) 830-0700

JOSHUA M. DALTON (*pro hac vice*)
  josh.dalton@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
T: (617) 341-7700 / F: (617) 341-7701

*Counsel for Defendants, Kristopher Takahashi and Alexander Taylor*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; Does 1-20, Inclusive<br><br>Defendants. | CASE NO. 3:25-CV-01489<br><br>**DECLARATION OF ALEXANDER TAYLOR IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 12, 2025<br>Time: 10:30 am<br>Place: Courtroom 12b 12th Floor<br>Judge: Hon. Cynthia Bashant |

I, **Alexander Taylor**, declare:

1. My name is Alexander Taylor. I am a Member of Another Quest LLC ("AQ") and, in that capacity, serve as Lead Developer of The Heroes' Journey ("THJ"). I am over the age of 18 and competent to make this declaration. I submit this Declaration in support of Defendants' Opposition to Plaintiff's Supplemental Motion for Preliminary Injunction. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. I have been a player of EverQuest ("EQ") since 2001, beginning on my fourteenth birthday. It is difficult to overstate the degree to which EQ has been a formative influence on both my personal and professional life. It has led me to lifelong friendships and a lasting and abiding passion for technology, software development, and the world of Norrath.

## I. EQEmulator and The Heroes' Journey

3. I began participating in the EQEmulator ("EQEmu") community after concluding that the current version of EQ was no longer the game that I had grown up playing. As a player, I wanted to experience a game reminiscent of earlier iterations of EQ. Even the official time-locked progression servers offered by Daybreak Games did not provide the experience that I was looking for, while many EQEmu servers did.

4. As a developer, I found that working with EQEmu gave me the opportunity to express creativity and develop my technical skills. In that context, I partnered with Kristopher Takahashi to create THJ, a new game project inspired by the gameplay ethos of early EQ, with the explicit goal of offering a distinct and original experience. Our objective was to build a server, based on EQEmu, that introduced custom gameplay systems, quests, and world content, all crafted with a cohesive design vision, and tailored to our specific creative goals.

5. We made the decision to devote our efforts to creating this emulator based on what we had seen in the EQ community: the co-existence between EQ and the many EQEmu emulator projects that gave EQ fans a way of staying connected to the larger

EQ community when they were unable or unwilling to play the main EQ game. We obviously would have never done so if we had any reason to believe that Daybreak would bring a lawsuit and attempt to block the results of our work from being enjoyed by the EQ community.

6. THJ is one of more than 4,000 projects built using EQEmu, a community-driven fan project that has existed and evolved for over two decades. What distinguishes our specific project is not the nature of the technology we used or the principles we followed. Rather, our work attracted attention because of its quality and the enthusiasm of its player base, not because we deviated from the norms or practices that have governed similar emulator-based projects for decades.

7. EQEmu is an independently developed server software framework that interoperates with specific, obsolete versions of the EverQuest client. All audiovisual content such as 3D models, textures, animations, sound effects, music, icons, and user interface elements are entirely contained within the client software. EQEmu supplies structural and behavioral instructions which the client interprets using its own locally stored assets. The relationship between the two is analogous to a film production: the client provides the set, actors, lighting, and camera crew, while the EQEmu server functions as the director, delivering scene instructions and narrative structure without supplying the audiovisual content.

8. The game database used by THJ to define in-game items, characters, abilities, and similar data about the world originated from the collective open-source efforts of thousands of contributors who, over the last two decades, approximated the original EverQuest game world through observations of EQ gameplay, reconstruction of removed or obsolete content preserved on third-party fan websites, and creation of entirely original data.

9. THJ does not distribute or host any version of the EQ client software. Instead, users download the client through Steam, a third-party platform. None of the executable software distributed by AQ in service of THJ comes from Daybreak.

## II. THJ is Not the "complete EverQuest experience"; It is a Unique EQEmulator Experience

10. THJ was built with EQEmu at its core. As of the date of this writing, our version of the server code differs from the mainline EQEmu project by 35,112 lines of code and 2,075 version commits. Since the inception of THJ, we have made hundreds of thousands of our own edits to this database, and tens of thousands of lines of code in scripts, in pursuit of a fully customized and original gameplay experience.

11. The public database which powers the overwhelming majority of EQEmu servers, including THJ, Project EQ ("PEQ"), contains incomplete fan recreations of the first nine EverQuest expansions. As shown in the chart below, THJ only makes use of five of these recreations. This database and associated set of behavior scripts was painstakingly created – without access or reference to the actual data or code used by EverQuest – by hundreds of contributors over the last twenty years. It is neither a replica of EverQuest, either in terms of scope – EQ now has thirty-one expansions – nor in function – EverQuest servers could not make use of this data to construct a game world. There is no plausible argument to be made that any game world constructed using the PEQ database could be construed as the "complete EverQuest experience."



12. Since our public beta in October 2024 and our official release on November 1, 2025, THJ has received over 130 individual update releases, each consisting of multiple documented changes recorded in our publicly accessible changelog. These updates reflect ongoing development efforts in support of a unique gameplay experience, including both modifications to the core EQEmu server framework and the creation of original game content, systems, and technical features designed exclusively for THJ.

13. THJ differs substantially from EverQuest in concept. The foremost and most core difference lies in the fundamental gameplay loop; the ability for the player to select more than one Class for their character.

14. Class selection determines the abilities that a player has – how they are able to interact with the game environment and overcome challenges and generally informs how each player interacts with core gameplay. This difference may seem subtle to the uninitiated, but it is anything but to those with experience with these types of games. Players of THJ spend most of their time trying to explore an unsolved design space of interactions between the abilities of the 560 possible combinations of classes, rather than how to apply the solved restrictions of the 16 classes offered by EQ.

15. Given this change in game mechanics, combined with the accessible, single-player (in a shared multiplayer world) focus of THJ's content redesign, THJ is no longer an MMORPG in the traditional sense at all, much less does it provide access to "the complete EverQuest experience," as alleged by Daybreak. THJ is more similar to an action role-playing game, a genre of video game characterized by individual player creativity in exploring "builds" while generally playing solo, with a chat room attached.

16. Put simply, EverQuest is a team marathon that you run every day. It is a lifestyle, and, when fully-immersed in the grind, provides one kind of entertainment and community. THJ is more of an individual sprint, allowing players to play on their own and for shorter periods. While both are a form of running, marathons do not compete with sprints, or vice versa. They provide distinct and different challenges and rewards.

DECLARATION OF ALEXANDER TAYLOR                                    NO. 3:25-CV-01489

5

### III. Technical Rebuts of Plaintiff's Declarations

17. The Declaration of Walter Tuanqui contains a number of misleading or false statements, including;

    a. Paragraph 7 claims he was unable to access certain "high-level boss encounters" on THJ due to level restrictions. This assertion is demonstrably incorrect in two significant respects:

        i. These encounters are not particularly high level, and any player familiar with the game mechanics common between EverQuest and THJ should be able to reach those levels within a reasonable period of time.

        ii. Two of the specifically named encounters can be accessed for the purposes of investigation at level 1 in less than ten minutes through the use of game mechanics common between EverQuest and THJ that any expert in EverQuest should be aware of.

        iii. These errors reveal that Mr. Tuanqui's evaluation was cursory, at best, and suggests a fundamental lack of knowledge for the game's mechanics and structure.

    b. Paragraphs 8 through 27, along with their accompanying exhibits, analyze the audiovisual similarities between EverQuest and THJ. The fact that there are "striking similarities" between the two is unsurprising and expected due to the fact that players on THJ are connecting to the THJ emulated server utilizing an authentic but obsolete EQ client obtained from Steam. There are thus no unauthorized copies of DBG's copyrighted assets as implied.

18. The Declaration of Garry Kitchen ("Kitchen Declaration") contains a number of misleading and false statements, including;

a. Paragraphs 12, 24, 25, and 26 make the claim that the THJ installation process uses sophisticated systems to bypass Technological Protection Measures consisting of both server and client authentication processes. This is false for three main reasons.

   i. First, THJ does not "bypass" any of the Technological Protection Measures used to protect Daybreak's EQ servers, because users of THJ do not connect to the EQ servers.

   ii. Second, the method used to direct the client to an entirely different, EQEmu-based emulated server is both rudimentary and within the intended function of the client software. Specifically, modifications to eqhost.txt and eqlsClient.ini. Both of these files are plain-text, human-readable, unencrypted files, which contain simple technical configuration parameters. To highlight the degree that these files are readily accessible to any end user and are not protected to any significant degree, any Windows computer will open these files using Notepad when double-clicked, after which they can be freely edited.

   iii. Third, the file eqhost.txt contains a single text parameter, which specifies the 'Login Server' the client will attempt to connect to. This connection occurs using the unmodified network protocol present in the client. Notably, the THJ patcher, which a player must download and run themselves, overwrites this file so that it connects to 'login.projecteq.net', a public, third-party login server which serves as a pass-through proxy for 'login.eqemulator.org' – the exact same login server used by Project 1999, Project Quarm, and nearly every other publicly accessible EQEmulator server. Instructions that include the installation of a modified

      eqhost.txt file can be seen in the current Project 1999 Files (V61).

b. Paragraph 24 in particular implies that THJ is engaged in some sort of hijacking of the EQ client because the user is redirected from 'everquest.com' to 'projecteq.net'. This framing is disingenuous and misleading: eqhost.txt and its containing configuration parameter is not a technological protection measure; it instead exists for the specific and intended purpose of directing traffic from the client to a specified Login Server. EQ itself uses this to point players at different live, test and beta login servers. Ms. Chan can be seen linking to troubleshooting instructions on EverQuest's official forums **Exhibit 25**, to manually delete this file and repatching it as a fix for login server issues in **Exhibit 26**. A configurable parameter that is easily accessible and user-configurable is the exact opposite of a technological protection measure.

c. The Login Server itself handles account authentication and negotiation of the connection between the client and the game server(s). The alternate Login Server provided by eqemulator.org does not allow for connections between the client and the EQ server, it only allows connection to EQEmulator servers, using EQEmulator accounts.

d. After the connection to the EQEmu game server(s) is established, those servers handle ongoing authentication and connection to the client. No EQ server is or has ever been involved in this process in the case of THJ or any other EQEmulator project.

e. In short, because THJ never tries to access the server protected by Daybreak's technological protections or account authentication measures, no such measures have been "circumvented" in this process.

---

DECLARATION OF ALEXANDER TAYLOR        No. 3:25-CV-01489

8

## IV. Daybreak's Users May Have Gone Somewhere, but Most of Them Didn't Come to THJ

19. As of July 1, 2025, THJ has accumulated approximately 22,600 unique users and has experienced a linear average growth in all-time total users of approximately 2,800 per month since launch. This figure is distinct from industry standard Monthly Active User counts, as 22,600 represents the total number of unique users who created accounts at any point since we launched in October 2024. It is not the number of "active users" who are actually playing the game during any given time period. This growth pattern is shown in the figure below.



20. It would be expected that, over anything but the shortest time periods post-launch, a significant and growing percentage of these individual user accounts will become inactive. Any suggestion that total unique accounts on THJ will somehow go from a linear to an exponential progression is entirely speculative and, I believe, unfounded. We do not expect any such growth, nor do we see any basis to believe it will happen.

21. Review of historical data from EQEmu suggests that THJ users are primarily made up of existing members of the EQEmu community as evidenced in **Exhibits 27-37**. EQEmu's total online player count can be seen gradually rising on the

days noted from around 3,036 in April of 2015 (Ex. 27) to 5,628 in September of 2024 (Ex. 37), about one month prior to THJ launching. By June of 2025, approximately seven months after THJ's launch, that total online player count for all of EQEmu was virtually unchanged at 5,936. This indicates that the vast majority of players who log into THJ were already a part of the EQEmu community, rather than players pulled from EQ.

22. Though THJ has grown due to its incredible reception from the EQEmu community, it has been visited by less than 10% of EQEmu's total registered users as evidenced in **Exhibit 38**, which helps explain THJs continued growth. As captured on July 23, 2025, whereas the EQEmu community forums have 291,035 registered members, the P99 community forums have 233,108 registered members, as seen in **Exhibit 39**, and the THJ community forums have 27,001 registered members, as seen in **Exhibit 40**. Though the forum platforms differ, these facts further refute the idea that THJ's users must have come from EQ rather than from the very large EQEmu userbase already in existence, as illustrated in the graph below.



DECLARATION OF ALEXANDER TAYLOR                                    NO. 3:25-CV-01489
10

23. Furthermore, community sentiment within both the THJ social media channels (ie, Discord, Reddit, etc), and the broader EverQuest community suggest that:

    a. Many players of THJ are long-lapsed EQ players who have had their interest in the EQ universe reignited by the innovations by THJ. *See* **Ex. 41**.

        i. As indicated by user vincentramirez6967 in their comment on the YouTube video, "The Heroes Journey, Comprehensive Beginner Guide" saying, "**Haven't touched EQ for 23yrs till THJ**."

        ii. As indicated by user Lidirt in their comment on Reddit, "Similar boat **coming back from playing way back**. I picked up Paladin, monk, beserker. It's been a blast."

        iii. As indicated by user justinsellers9402 in their comment on the YouTube video entitled, "The Heroes Journey, Comprehensive Beginner Guide" saying, "I played from the day of commercial release until Gates of Discord which I hated so badly, that I just quit. I have come back several times for a month here and there, tried a TLP or two, but it just didn't click, and unless you could put in dozens of hours per week, it wasn't worth it and you got left behind. **I had not been on in several years. I tried THJ, and loved it. I got 2 friends to play again**."

    b. Many players of THJ have never played EQ ever before and have found THJ as an entry point into the EQ universe which may lead to players signing up to Daybreak and trying the actual, "complete EverQuest experience" for the first time. *See id.*

        i. As indicated by user Slahar Odar in a comment made in THJ's Discord, "though im not sure how custom the server can be / is. **never played retail everquest**."

DECLARATION OF ALEXANDER TAYLOR
11
NO. 3:25-CV-01489

    ii. As indicated by user Necacali in a comment made in OOC chat on THJ, "**I've never played everquest before** so idk if I'm looking at the right thing in the first place."

    iii. As indicated by user Lord of Black 69 in a comment on THJ's Discord, "I should mention **I never played everquest before**."

 c. Many players of THJ engage with both EQEmu and EQ simultaneously, or in an alternating fashion often playing EQEmu while waiting for Daybreak to offer new content that interests them. *See id.*

    i. As indicated by user Lunafae in a comment found in THJ's Discord, "THJ is a completely different experience… I don't think it does take players away from them… at least for myself, **I play both and pay for the daybreak sub**."

    ii. As indicated by user Sarys in a comment found in THJ's Discord, "probably not. **I play both but I might not if this gets shutdown**."

    iii. As indicated by user Sekai777 in a comment found in THJ's Discord, "**A lot of people play(ed) both here and live and cancelled their subs when the lawsuit hit.** If they don't resolve it amicably with THJ, they stand to lose more than they gain."

24. All of these categories are either new players which THJ has done most of the hard work in winning for Daybreak, or players which have otherwise let their EQ accounts lapse and whom THJ has brought back in part for Daybreak, rather than Daybreak customers which THJ has siphoned. This is further reflected in the collection of quotes found in **Exhibit 41**.

25. EQEmu and THJ players aren't confused about the distinction between emulators and EQ, nor are they looking for the official EQexperience. They are looking

---

DECLARATION OF ALEXANDER TAYLOR     NO. 3:25-CV-01489

for an experience with less time commitment than EQ, and a nostalgic and classic gaming experience.

26. The available facts are plain: Even if the assumption was made that every single player on THJ had been drawn from the EQ playerbase, that total would fall far short of the number of players Daybreak asserts have been "siphoned" from EQ to THJ, meaning that THJ cannot be the driver of the claimed existential emergency suffered by Daybreak.

27. This assumption of mass migration from EQ to THJ would furthermore need to ignore the ample evidence to the contrary – that (a) the online population of EQEmulator is relatively unchanged over the lifespan of THJ, (b) THJ players are in no small part composed of those who were already not actively playing EQ, (c) it has been a normal pattern for EQEmulator to offer supplementary experiences for EQ players for decades, and (d) the EQ community was wildly discontented leading up to their most recent product release.

I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ____July 30, 2025____ in ____Pereybere, Mauritius____.

/s/ *Alexander Taylor*

Alexander Taylor

DECLARATION OF ALEXANDER TAYLOR                   NO. 3:25-CV-01489

13