Docusign Envelope ID: C10F53C9-E811-4516-BCD1-2EDC471A9A38
Case 3:25-cv-01489-BAS-BLM   Document 50-4   Filed 07/30/25   PageID.1089   Page 1 of 15

1  BENJAMIN B. ANGER, SBN 269145
     ben.anger@morganlewis.com
2  MORGAN, LEWIS & BOCKIUS LLP
   600 Anton Boulevard
3  Costa Mesa, CA 92626
   T: (714) 830-0600 / F: (714) 830-0700
4
   JOSHUA M. DALTON (*pro hac vice*)
5     josh.dalton@morganlewis.com
   MORGAN, LEWIS & BOCKIUS LLP
6  One Federal Street
   Boston, MA 02110-1726
7  T: (617) 341-7700 / F: (617) 341-7701

8

9  *Counsel for Defendants, Kristopher Takahashi and Alexander Taylor*

10

11              **UNITED STATES DISTRICT COURT**

12              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| DAYBREAK GAME COMPANY LLC, | CASE NO. 3:25-CV-01489 |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF CHRIS MILES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR PRELIMINARY INJUNCTION** |
| KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; Does 1-20, Inclusive, | |
|  | Date: August 12, 2025 |
| Defendants. | Time: 10:30 am |
|  | Place: Courtroom 12b 12th Floor |
|  | Judge: Hon. Cynthia Bashant |

DECLARATION OF CHRIS MILES                                    NO. 3:25-CV-1489

I, **Chris Miles**, declare:

1. My name is Chris Miles. I am known in the EverQuest Emulator community as "Akkadius" or "Akk." I am over the age of 18 and competent to make this declaration. I submit this Declaration in support of Defendants' Opposition to Plaintiff's Supplemental Motion for Preliminary Injunction. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. I am the lead developer and a core maintainer of EQEmulator, an open-source server emulator project for the EverQuest MMORPG.

3. I have been actively involved with the EQEmulator community for approximately seventeen (17) years, or since around 2008, and have contributed countless hours to its development, maintenance, and community support.

## I. The Profound Impact of EverQuest on Its Fans

4. Since the launch in 1999, EverQuest was not merely a video game; for many players, it was a formative experience that shaped friendships, communities, and even careers. As one of the earliest and most influential MMORPGs, EverQuest created a sense of place and belonging unprecedented at the time. Players spent thousands of hours exploring its world, forming guilds, mentoring new players, and developing deep, lasting relationships. In some cases, these bonds extended far beyond the game - leading to lifelong friendships, marriages, and professional collaborations.

5. This profound connection explains why a community-driven preservation effort like EQEmulator exists at all. The extraordinary technical achievements of EQEmu – spanning over two decades and hundreds of contributors – are a testament to the depth of feeling players have for EverQuest. It is rare, if not extremely unique, for a fan community to sustain such an ambitious volunteer project for over 24 years purely out of passion and respect for the original work.

DECLARATION OF CHRIS MILES                                                    NO. 3:25-CV-01489

## II. Background of EQEmulator

6. EQEmulator ("EQEmu") is an open-source project founded in 2001 by a small group of passionate EverQuest players who wanted to understand and preserve the technical underpinnings of their favorite MMORPG. Over the following two decades, it grew into a global collaborative effort that has involved hundreds of contributors and touched the lives of hundreds of thousands of players worldwide. EQEmu can be found at eqemulator.org, and a list of currently-available emulator servers can be found by clicking "Servers" on the homepage. A true and correct copy of which, as of July 30, 2025, is attached hereto as **Exhibit 42**.

7. From its earliest days, EQEmu was created entirely through **clean-room reverse engineering** – a painstaking process of analyzing network traffic and game behavior without any access to or use of proprietary server code or client assets. The project's developers demonstrated extraordinary technical skill and discipline to build a fully functional EverQuest-compatible server from the ground up, one packet at a time.

8. Today, EQEmu remains a vibrant and actively maintained project. Its primary GitHub "Server" repository lists over 109 contributors, 465 forks, and more than 12,000+ commits over its lifespan – this doesn't count the Google Code SVN history and the Sourceforge days. *See id.* In just the past year alone, over 20 contributors have made over 200+ commits, underscoring a pattern of sustained, passionate development by a dedicated volunteer community. *See id.*

9. Crucially, EQEmulator does not contain or distribute any proprietary server code or client assets owned by Daybreak Game Company (or its predecessors). It requires players to supply their own EverQuest client software in order to connect – reinforcing the project's longstanding intent to respect intellectual property boundaries in good faith.

10. Over its 24-year history, EQEmu has become a cornerstone of the EverQuest community, enabling the creation of hundreds of private servers that cater to

diverse play styles – from faithful recreations of classic eras to innovative new worlds and mechanics. I believe the existence of EQEmu has been a big part of how the EQ community has stayed so vibrant for so long, through the highs and lows of the main EQ game.

### III.  EQEmulator Sub-Communities (Servers)

11. The EQEmulator community encompasses **hundreds of active servers**, each forming its own sub-community managed by independent operators. These servers and communities vary widely in scale and purpose. Some exist solely for small groups of family and friends to enjoy together, while others are far more ambitious – serving larger audiences, developing extensive new content, and offering innovative experiences that extend beyond the original EverQuest gameplay.

12. Operators approach their work differently: some run servers directly from the **stock EQEmulator open source codebase**, focusing on configuration and content; others maintain their own **forks of that codebase**, customizing gameplay mechanics, systems, and features to meet the unique needs of their communities. This diversity underscores EQEmu's role as a flexible, open-source platform for preservation, experimentation, learning, growth, and creativity.

### IV.  Supported by Original EverQuest Developers

13. Over the years, several original EverQuest developers and staff have expressed understanding and support for EQEmulator's existence. These acknowledgments reflect the reality that EQEmu was never intended to harm EverQuest but rather to preserve and celebrate it.

14. For example, in 2015, Daybreak Game Company entered into a formal agreement with Project 1999, an EQEmu-powered server, to allow it to operate as an EverQuest emulator. *See* **Ex. 3**. While this agreement was specific to P99, it demonstrated that official recognition and coexistence between the emulator community and the owners of EverQuest is possible.

15. Additionally, former Sony Online Entertainment ("SOE") staff and developers have made public statements acknowledging the passion and effort of the EQEmu community, further underscoring its non-adversarial nature, such as when the former Creative Director, Brad McQuaid appeared on a podcast and discussed emulators, P99 and Pantheon in 2014. The podcast is publicly available online (youtube.com/watch?v=hCv7JLZ_QSA).

**V.   My Role, Contributions and Experience**

16. Over more than two decades in technology, I've built, led, and empowered technical communities – both professionally and through my work on EQEmulator. In my career, I've spent over a decade working in both big tech and startup environments, holding senior engineering leadership roles where I led cross-functional teams and delivered platforms serving thousands of developers. I've partnered with some of the world's most notable technology companies – including but not limited to Google, Meta, TikTok, GitHub, and Docker – collaborating on sensitive technical programs and building trusted relationships at scale. These experiences have taught me how to scale systems, empower developers, and foster professional partnerships built on mutual respect. This perspective directly informs my work with EQEmulator and contributions to the open source community.

17. Since joining EQEmulator in 2008, I quickly grew into one of its most active and influential contributors – not through any formal title, but by consistently helping anyone and everyone who needed support. Whether it was assisting new server operators, mentoring developers, or tackling complex technical challenges, I quickly became a strong and trusted resource within the community.

18. Over the past seventeen years, my role evolved into that of a lead developer, core maintainer, and community steward. My contributions have spanned software development, infrastructure engineering, community support, and community leadership. I've maintained and advanced the project while balancing the demands of full-time employment, family responsibilities, and other obligations. This has often

meant dedicating evenings, weekends, and whatever time I could spare to keep things moving forward. That's not to diminish the extraordinary contributions of others in our community. I am deeply grateful for the time, energy, and passion they have poured into this project.

***Core Development and Leadership:***

19. Over my seventeen years with EQEmulator, I have built, co-designed, implemented, and reviewed countless systems that form the backbone of the project today. My contributions span virtually every aspect of the emulator's infrastructure and community, including but not limited to:

   a. **Server Infrastructure and Gameplay Systems**: Designed and enhanced critical systems, such as combat, movement, NPC behavior, pathfinding, quest engines, and database architecture to faithfully recreate EverQuest's mechanics and ensure stability at scale.

   b. **Performance and Reliability**: Led initiatives to optimize server performance and stability, enabling large player communities to enjoy seamless gameplay without lag or downtime.

   c. **Security and Scalability**: Delivered key security updates and system hardening measures, ensuring servers can operate reliably even under high load.

   d. **Administrative Tools and Deployment Frameworks**: Created tools like Spire (a web-based database editor and admin panel) and Akk-Stack (a Docker orchestration system). These innovations simplified server setup, scaling, and ongoing management for both novice and experienced operators.

   e. **Server Installers and Platform Support**: Designed and maintained official EQEmu installers for Windows and Linux, dramatically lowering

technical barriers and helping hundreds of independent servers come online over the past decade.

    f. **Documentation and Knowledge Sharing**: I host and maintain docs.eqemu.io – an 800+ page resource I largely authored along with many other contributors.

    g. **Tooling Ecosystem**: Developed and maintained a suite of supporting utilities that improve developer productivity and server stability.

    h. **Empowering the Community**: Assisted countless server operators with setup, troubleshooting, and optimization - supporting both small private servers and large public projects.

    i. **Leadership and Mentorship**: Provided strategic direction for the project, reviewed and merged countless contributions, and mentored new developers to sustain a collaborative, open-source culture.

20. In total, I have dedicated tens of thousands of hours to EQEmulator's development, maintenance, and community support. This work has empowered hundreds of independent server operators, supported tens of thousands of players.

## VI. Positive Impact of EQEmulator

21. EQEmulator has provided significant value to the owners of EverQuest and to the EverQuest community.

    a. **Preservation**: Maintaining access to classic EverQuest content from eras no longer available on official servers. EQEmulator only has supported content through the 2005 timeline, nothing afterwards.

    b. **Education**: Providing an open-source platform that fosters programming expertise, community building, and creativity - empowering contributors to learn, collaborate, and shape meaningful experiences together.

    c. **Innovation**: Empowering the creation of custom game worlds and new player experiences, some of which have seemingly informed changes made to the EverQuest game itself.

    d. **Community**: Sustaining a vibrant player base of tens of thousands who continue to stay connected to the EverQuest community with EQEmu-powered servers, often because these servers offer a more time-flexible or accessible alternative to the official game. In my opinion, players who step away from EverQuest but remain connected to EQ through emulators are more likely to return to EQ than those who leave EQ behind entirely.

## VII. Notable Servers Built on EQEmulator

22. Over the past two decades, EQEmulator has served as the foundation for many thousands of private emulator servers. These servers vary widely in scope and purpose – from preservation efforts to creative reinterpretations of the EverQuest experience. Notable examples include but are not limited to:

    a. **ProjectEQ (PEQ) The Grand Creation (TGC)**: TGC began in the early 2000s and has become the foundation for nearly every EQEmulator server created in the past two decades. Its database work on items, NPCs, quests, and zones forms the backbone of the Project EQ (PEQ) database, now the de facto canonical content repository for EQEmu-powered servers. Other projects have since built upon this foundation, refining specific eras or tailoring content to unique server visions, but TGC remains the cornerstone of EQEmu's content ecosystem.

    b. **Raid Addicts**: Active since 2003, Raid Addicts is the longest-running EQEmulator server. For over 20 years, it has offered players a heavily customized experience focused on challenging raid content, unique zones, and original progression. Its continuous operation showcases the enduring passion and dedication of both its developers and player community.

---

DECLARATION OF CHRIS MILES      NO. 3:25-CV-01489

7

  c. **Project 1999 (P99)**: Launched in 2009, P99 was formally recognized in 2015 through an agreement with Daybreak. It recreates classic EverQuest, as it existed between 1999 and 2001. With tens of thousands of registered players, it became the gold standard for time-locked progression and inspired Daybreak's own official time-locked progression servers. P99 hard-forked their codebase from EQEmulator around 2009.

  d. **Project Quarm and TAKP (The Al'Kabor Project)**: TAKP launched in 2014 to preserve EverQuest's Mac server experience, which was shut down by Sony Online Entertainment (later became Daybreak) in 2013. The TAKP team has worked for over a decade to maintain this unique era. These efforts started as soon as the community caught wind that the Mac server would be shutting down. Project Quarm, launched in 2023, builds on TAKP's codebase after going open source and has already attracted thousands of players. Despite TAKP's fork from EQEmulator, recent efforts have reintegrated significant portions of modern EQEmu work, showing the ecosystem's shared innovation.

  e. **The Heroes' Journey (THJ)**: Launched in late 2024, THJ blends classic content with modern quality-of-life enhancements, reflecting EQEmu's flexibility to support both preservation and innovation.

  23. These and countless other servers have hosted tens of thousands of players, keeping EverQuest's legacy alive during periods where official support for earlier eras was unavailable, when interest in the main game waned, or when players wanted a way to engage with the larger EQ community.

  24. These examples represent only a small fraction of the servers that have been built on EQEmulator. Over the years, countless other servers have come and gone, each reflecting the unique vision and effort of their volunteer creators. This list is not intended to be comprehensive but illustrates the diversity, longevity, and cultural significance of the EQEmulator ecosystem.

## VIII.   EQEmulator as a Powerful Catalyst for Learning and Careers

25.   Over the past two decades, EQEmulator has been a powerhouse bedrock for learning, creativity, and professional growth.

26.   Many contributors and community members started with little or no formal training, yet through hands-on involvement with EQEmulator, they developed advanced skills in:  C++ programming and software architecture; Database administration and optimization (MySQL, MariaDB); Network engineering and client-server protocol design; Scripting languages such as Perl and Lua; and Collaborative development and open-source project management.

27.   Through this work, individuals have gained not only technical skills, but also vital professional competencies, such as:

   a. **Working with People and Communities**: Navigating complex social dynamics, mediating disputes, and fostering inclusive environments.

   b. **Administration and Leadership**: Managing teams, organizing projects, and maintaining large-scale server infrastructures that serve thousands of players.

   c. **Professional Development**: Learning discipline, accountability, and teamwork in an open-source ecosystem where contributions directly impact real users.

28.   Many of these individuals have gone on to build careers in software engineering, systems administration, project management, and the gaming industry itself – bringing with them skills and experiences first cultivated within the EQEmulator community.

29.   The project's open-source and volunteer-driven nature fosters a unique culture of mentorship and innovation. It provides a rare environment where aspiring developers and administrators can engage with complex systems, learn from

experienced peers, and develop both technical and interpersonal skills critical for success in professional settings.

30. This educational and developmental impact underscores EQEmulator's value far beyond its role in preserving a game. It has become a creative and professional incubator, preparing countless individuals for careers in technology and gaming.

## IX. Creativity and Customization in EQEmulator

31. EQEmulator is also a platform for creativity, learning, and community-driven innovation. Many servers built on EQEmu modify server-side gameplay elements such as NPC behavior, quest logic, item balance, and progression rules – while still operating entirely within the constraints of the EverQuest client.

32. For example, servers have introduced new quest scripts, unique itemization, and alternative raid mechanics – all achieved without altering client-side assets, such as zone geometry, textures, or models. These projects serve as creative outlets for passionate players and developers, while enriching the broader EverQuest community.

33. Importantly, such creative servers complement, rather than compete with EverQuest. They often appeal to niche audiences or provide experimental gameplay that Daybreak itself has historically not supported.

34. Many servers built on EQEmu have become platforms for experimentation, creativity, and community-driven innovation. Volunteer developers have explored a wide range of novel gameplay concepts, alternative progression systems, and unique social dynamics – all implemented entirely within the technical constraints of the original EverQuest client.

35. These innovations have included, among other things:
   a. New progression models tailored to different playstyles and communities;
   b. Alternative rulesets and balancing to create fresh challenges and experiences;

    c. Quality-of-life enhancements and administrative tools that improved player accessibility and server management; and

    d. Custom content and events designed to foster player engagement and community building.

36. EQEmulator provides a space for experimentation and creativity that the official development cycle cannot always accommodate. In a commercial setting, development resources are often constrained by product roadmaps, budgetary priorities, and the need to deliver predictable returns on investment. These constraints are natural and not a fault of the company - they are inherent to operating a large, live MMORPG within a business environment.

37. By contrast, EQEmu's open-source, community-driven nature allows for **unbounded creative freedom**. Volunteer developers and server administrators are able to explore unconventional ideas, test alternative mechanics, and cater to niche player communities without the same financial or operational limitations. This freedom has fostered innovations and custom experiences that have, in some cases, influenced features later adopted in the official EverQuest product. Far from undermining EverQuest, EQEmu has contributed to its enduring legacy and relevance.

**X. Impact of Corporate Transitions on EverQuest's Original Vision**

38. Since its launch in 1999, EverQuest has undergone multiple ownership changes – starting with its original developer Verant Interactive, which was acquired by Sony Online Entertainment, then transitioning to Columbus Nova (Daybreak Game Company), a subsidiary of Enad Global 7 (EG7). These transitions coincided with significant workforce reductions. In 2015, 2018, and 2019, Daybreak publicly confirmed layoffs affecting many teams, including those supporting EverQuest and its related projects.

39. As a result, much of the original creative team that gave EverQuest its distinct character and community-first design was no longer involved. This is not

unusual in the lifecycle of long-running games, but it left gaps in the preservation and stewardship of earlier EverQuest content.

40. EQEmulator stepped into and filled that gap, providing continuity where official support for classic EverQuest became limited. Our community's volunteer efforts have ensured that these formative chapters of gaming history remain accessible and playable, long after official resources and focus shifted elsewhere.

## XI. The Stakes of This Case

41. The lawsuit involving The Heroes' Journey (THJ) threatens not only that individual server but the entire EQEmulator community. EQEmu has operated for over twenty-four (24) years as a community-driven preservation project. Its loss would represent not only the destruction of a technical marvel but also the silencing of a passionate player community.

42. As a leader in this community, I have personally consoled dozens of players and server operators who are experiencing deep fear, anxiety, and even panic attacks over this case and future of the project they love. This case has cast a shadow over a fanbase that, for decades, has poured its creativity, time, and passion into keeping EverQuest's legacy alive. These sentiments are echoed across social media, forums, and YouTube, where long-time players express deep sadness and fear for the future.

43. I have never viewed EQEmulator's existence as "us versus them." We are all part of a broader EverQuest family, united by a shared love for a groundbreaking game that few outside its loyal fanbase can fully understand.

44. In all my years leading and working on EQEmu, I have never seen or heard of any attempt by Daybreak Games or Sony Online Entertainment to shut the project down. If there had been such efforts, I'm confident I would have been aware of them given my role in the community. This lawsuit against The Heroes' Journey is the first time that I've seen action of this kind.

45. Regardless of how this case concludes, I hope that all parties can find a way to honor EverQuest's legacy together, rather than see it become a source of division and loss.

**XII.    What I Would Hope to See**

46. As both a developer and a long-time fan of EverQuest, my deepest hope is for a future where the official EverQuest team and the EQEmulator community can not only continue to coexist and even collaborate but become far more unified and stronger together. I believe there is an opportunity to create a revitalized working relationship that respects the intellectual property and brand of EverQuest while supporting the community's preservation and creative efforts in a responsible way.

47. This perspective is not without precedent in EverQuest's history. In the early days of SOE, former president John Smedley was known to recognize that highly talented and passionate fans who work on secondary and tertiary support systems – UI designers, fan site administrators (e.g. castersrealm), database miners, and tooling communities – can be part of the solution, rather than the problem. Instead of treating them as adversaries, he would bring them into the fold, hiring them to contribute directly to EverQuest. Many of them went on to become some of the game's most impactful developers, proving that passion and technical skill – even when born outside the company – can strengthen the official product when given proper guidance and opportunity.

48. Daybreak has a unique opportunity to embrace the passion, effort, output, and talent of this volunteer community. With the right structures in place, this partnership could foster sustainable growth for EverQuest and emulators, protect the EverQuest brand, and allow official and community-driven efforts to coexist in a way that honors the legacy of the game and its players.

1  I declare under the pains and penalties of perjury under the laws of the United
2  States of America that the foregoing is true and correct.

4  Executed on _____July 30, 2025_____ in _____.

/s/ [signature: DocuSigned by, 7F1AF460426B413...]

Chris Miles