1 | BENJAMIN B. ANGER, SBN 269145
     ben.anger@morganlewis.com
2 | MORGAN, LEWIS & BOCKIUS LLP
3 | 600 Anton Boulevard
  | Costa Mesa, CA 92626
4 | T: (714) 830-0600 / F: (714) 830-0700

5 | JOSHUA M. DALTON (*pro hac vice*)
     josh.dalton@morganlewis.com
6 | MORGAN, LEWIS & BOCKIUS LLP
  | One Federal Street
7 | Boston, MA 02110-1726
  | T: (617) 341-7700 / F: (617) 341-7701

*Counsel for Defendants, Kristopher Takahashi and Alexander Taylor*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC | CASE NO. 3:25-CV-01489 |
| Plaintiff, | |
| vs. | **DECLARATION OF JEFFREY R. BUTLER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR PRELIMINARY INJUNCTION** |
| KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; Does 1-20, Inclusive | |
| Defendants. | Date: August 12, 2025<br>Time: 10:30 am<br>Place: Courtroom 12b 12th Floor<br>Judge: Hon. Cynthia Bashant |

DECLARATION OF JEFFREY BUTLER     No. 3:25-CV-01489

I, **Jeffrey Ross Butler**, declare:

1. The statements herein are based on my personal knowledge acquired during my employment at SOE and through continuous professional engagement with the massively multiplayer online ("MMO") community over the past twenty-plus years. If called as a witness, I could and would testify competently to the truth of these matters.

2. I worked on EverQuest, for Verant Interactive and later Sony Online Entertainment ("SOE") from 1998-2001, when I left to co-found Sigil Games Online and develop Vanguard: Saga of Heroes for Microsoft, later acquired by Sony Online Entertainment in 2007. I returned to SOE as Creative Director and Director of Development from 2007 until 2015, 11 years across three stints.

3. I was titularly responsible for some or all of the EverQuest franchise on multiple occasions, including for its planned sequel products, EverQuest Next, and Landmark.

4. In 1998, I was one of the 32 people chosen to play in the earliest phase of EverQuest Beta .5 before its commercial launch.

5. As EverQuest's beta expanded to hundreds of testers, I consistently held the top character level across several phases – visibility that brought me into regular contact with the development team.

6. In February of 1999, my efforts as a player and member of the volunteer Guide Program led the developers to offer me a job as the first EverQuest Lead Game Master "Lead GM." I relocated to San Diego, CA for this role.

7. I was promoted to Customer Service Manager just one week after joining where I oversaw technical, email, and in-game support for every product. I led the team through EverQuest's record-breaking launch—tackling the unprecedented challenges of early online gaming—then expanded our staff from 7 to 75 within one year while growing the volunteer Guide Program to more than 1,300 players.

8. To accelerate EverQuest's content delivery, I created the **Apprentice Program**, pairing my customer-service team with developers to learn design skills firsthand. Just two weeks after launch, the first apprentice earned a full-time role on the game's design team.

9. As the EverQuest development team moved on to other projects, I formed the **EverQuest Live Team**, recruiting the top graduates of the Apprentice Program to carry the game into its prime. Eight months after the launch, I became the **Producer** where I was responsible for directing all game operations, development, and creative strategy. Under my leadership, we released the franchise's most celebrated expansions—*Ruins of Kunark*, *Scars of Velious*, and *Shadows of Luclin*—and laid the groundwork for *Planes of Power*.

10. During my time at EverQuest, emulators of the EverQuest server were well-known to me and the team at SOE. Because EverQuest was an online-only, subscription service—every player paid $9.89 per month, with no free or offline mode. We did not view these free emulators as commercial competitors. We therefore chose not to pursue any enforcement activity against emulators.

11. The stated goal of these emulators was to reproduce EverQuest's launch-era mechanics, an experience we ourselves could no longer provide: within only a few years, the live game had evolved, and we no longer possessed the original source code, design formulas, or documentation needed to recreate that "classic" rule set. Undertaking such a project would have required extensive reverse-engineering and still yielded, at best, an inexact approximation, so we chose not to pursue it.

12. We believed the emulator projects posed no risk of consumer confusion; they never claimed to be Sony Online Entertainment, and we saw no plausible likelihood that our subscribers—or prospective subscribers—would mistake those unofficial servers for the official EverQuest service.

13. In discussions about emulators among the EverQuest development or leadership teams, I do not recall the possibility that emulator operators might solicit or

DECLARATION OF JEFFREY BUTLER                                             NO. 3:25-CV-01489

2

receive donations being discussed as a reason that we might consider reversing our acceptance of emulators. Since then, many of the EQEmu-based emulators have solicited donations in some form.

14. I recall further discussion on the subject of emulated servers in or around 2013–2014 after EverQuest had shifted from a purely subscription model to a hybrid system, which allowed free play at lower levels and optional paid tiers ("Station Pass") for full access. Even then, our internal discussions did not address the possibility of emulators accepting donations, nor did we see emulators as commercial threats.

15. In short, SOE took no enforcement action against emulators during my tenure.

16. By approximately 2014, unofficial emulators existed for several legacy MMOs—including World of Warcraft, which was said to have been emulated before its commercial release —yet we still regarded them as occupying a space we had no intention of entering. Their aim remained the preservation of earlier rule sets that we, as a live-service developer, were not planning to replicate. We again elected not to take any action against emulators, which, by then, were an established part of the larger EQ community.

17. More broadly, the industry had begun to recognize that aging titles often relied on volunteer modders and fan communities—rather than original studios—for ongoing content and support. In that context, we continued to accept emulator communities and understood they served an audience that we no longer targeted and posed no significant risk to our own business objectives.

18. EverQuest was heavily inspired by Dungeons & Dragons and drew directly from its setting, classes, characters and monsters. The co-creator of D&D, Dave Arneson, asked me directly in front of Wizard of the Coast Head of Business, Ryan Dancey, and thousands of witnesses at Dragon Con in 2000 to confirm that point. I did confirm that point. It is notable that Wizards of the Coast (then owners of D&D) did not

show up at our doorstep with a lawsuit. They offered their full support for for-profit community-created Dungeons & Dragon content and rules expansions.

19. The result was an explosion of community-driven material that revitalized the Dungeons & Dragons brand: D&D 3E sold more copies and generated more revenue than any previous edition, in large part because of this open ecosystem. Twenty-five years later they continue, as has EverQuest, to benefit from community-sourced content creation.

20. As with D&D, it is neither surprising nor alarming that MMO players volunteer time and expertise to build unofficial servers, rules variants, and other fan projects. Just as the Open Gaming Content initiative gave D&D fresh commercial life, these community efforts extend the relevance of legacy online worlds—often in areas the original studio no longer plans to serve.

21. From a professional standpoint, such parallel development is a predictable facet of our industry's growth and certainly one that EverQuest benefited from over the years in terms of continued fan interest.

22. I maintain three active Daybreak subscriptions, which I use solely to play EverQuest, and EverQuest 2, its sequel.

23. Over the years, I have enjoyed an amicable relationship with the existing developers of the EverQuest franchise.

24. I have avidly played THJ since late 2024 and have been happy to donate to support their development efforts on more than one occasion.

25. I have participated in several online streams in support of THJ, both to lend the weight of my experience with the franchise and to ensure any players who might be interested in their unique offering are aware of THJ.

26. More than two decades later, I continue to support EverQuest emulators and their community. I believe that good-faith fan emulators, like THJ, enrich the historical legacy of classic MMOs, foster creativity, and do not constitute market

DECLARATION OF JEFFREY BUTLER                                    NO. 3:25-CV-01489

4

|   |   |
|---|---|
| 1 | substitution for any existing or planned official servers. I continue to be flattered, |
| 2 | honored, and humbled by the care the EQEmu community has shown the product we |
| 3 | created. |

I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on <u>July 30, 2025</u> in <u>Poway, CA</u>.

/s/ *Jeffrey Butler*

Jeffrey Ross Butler

DECLARATION OF JEFFREY BUTLER   NO. 3:25-CV-01489
5