# EXHIBIT 1

The Wayback Machine - https://web.archive.org/web/20010630181047/http://www.hackersquest.gomp.ch:80/




# HACKERSQUEST
## hackersquest.gomp.ch

. .: ..:. . ..:[ **HACKERSQUEST NEWS** ]:. . .

, . ,..;.;:[ **CURRENT PROJECT DOWNLOADS** ]:;.;:.., . ,

| NAME | VER | DOWNLOAD |
|---|---|---|
| **EQInside** | v0.2B | [**FULL** | NO MFC | DEVKIT] |
| **ZoneConverter** | v1.1 | [**ZONECONVERTER v1.1** | SOURCE] |
| **EQSpells** | v0.2B | [**FULL** | NO MFC] |
| **ItemCollector** | v2.2 | [**FULL**] |
| **ShowEQ** | v2.3 | [**LINUX SHOWEQ v2.3**] |
| **EmuLogin** | v2.2 | [**EMULOGIN v2.2**] |
| **EthernalQuest** (emu server) | v1.0 beta | [**ETHERNALQUEST v1.0 Beta**] |
| **DxWindows** | v0.1 Beta 2 | [**DXWINDOWS v0.1 Beta 2**] |
| **Autogenerated Emulator ItemDB** | - | [**Emulator ItemDB**] |

Most current versions of released projects.
For more information view the projects or F.A.Q. sections.

### The answer to all questions! (Or some) :: 6.21.2001

Well, many people keep asking me why I started the emu project.
I started it when VI screwed the Necros.
They nerfed my poor char :)
Heres the proof that necros are pretty useless :)
Its a great read!

On a side note, expect a new emu release within 2-4 weeks!
(If everything goes right!)

-ashran

### HQ Forum :: 5.16.2001

Hi People!
I wanted to ask you all for beeing a bit nicer on the boards.
Do you really want to waste my time?
I've got better things to do than banning people or deleting threads.
If the big mess on the boards doesnt stop, I'll either have