# EXHIBIT 2

page | discussion | view source | history

This is a wiki for a reason. Anyone can contribute. If you see something that is inaccurate or can be improved, don't ask that it be fixed--just improve it.

[ Disclaimer, Create new user --- Wiki markup help, Install P99 ]

# Project1999:About

Relive the classic Everquest MMORPG Gaming Experience as it was in 1999 and onward.

Project 1999 is a free to play Emulated Everquest Server giving players the opportunity to experience Classic EQ once again, starting with the original 3 continents and a max level of 60, with the look and feel of the old interface and several modifications making game mechanics similar to how the game used to be.

Project 1999 is the best and most popular classic Everquest experience.



http://www.project1999.com/

## Class Population Breakdown July 1, 2011

Here is a nice chart posted 🔒 by Uthgaard on 07-01-2011. It shows on Project 1999 the relative breakdown among active players based on class and level.

**search**
Go | Search

**navigation**
- Main page

**world**
- Zones
- Quests
- NPCs
- Raid Encounters
- Equipment
- Armor Sets
- Clickies
- Resist Gear
- Lore of Norrath
- Languages
- Deities
- Factions
- Guides
- Game Mechanics

**character**
- Races
- Classes
- Skills
- Disciplines
- Tradeskills
- Cultural Tradeskills
- Spells
- Pet Guide
- Haste Guide
- Newbie Guide
- Gear Reference

**community**
- Player List from Live
- Auction Price Tracker
- Magelo (Blue)
- Magelo (Red)
- Magelo (Green)

**toolbox**
- Random Page
- What links here
- Related changes
- Special pages