# EXHIBIT 3

7/13/25, 5:19 PM EverQuest :: News - An Update & Announcement from Project 1999!

Case 3:25-cv-01489-BAS-BLM   Document 50-8   Filed 07/30/25   PageID.1115   Page 2 of 2

