# EXHIBIT 5




**Don't miss what's happening**
People on X are the first to know.