# EXHIBIT 8



**Secrets** 📌 PQ 🔨 7/15/2025 12:01 AM
We have some exciting news to share with all of you.

As some of you may be aware, Project Quarm has been offline for a few weeks now. Taking down the server was performed as a show of good faith to Daybreak Game Company.
Following this, we reached out to Daybreak Game Company to discuss our options for an agreement similar to the one Project 1999 had created and began to explore options. As hardcore fans of their games, we have always strived to promote the official game of EverQuest that we all love. We would like to personally thank all the folks at Daybreak for this opportunity.

As a result of our discussion, **we have entered into a written agreement with Daybreak Game Company LLC.**

This agreement formally recognizes Project Quarm as a personal, non-commercial, not-for-profit fan-based private server and establishes the guidelines that we as a project must follow. This agreement will allow us to continue to update the game without risk of legal repercussions.

As a lifelong fan of over 23 years, it is an incredible privilege to have this consideration, and we are honored to share in our love of EverQuest with our community.

Project Quarm will also be **fast-forwarding the server to Luclin when it returns.** Please stay tuned for more information about the server's return within the coming weeks.

*Project Quarm is operated solely as a personal, non-commercial, not-for-profit fan-based private server. Project Quarm is not associated or affiliated in any way with Daybreak Game Company LLC.*

Project Quarm contains a number of changes to the base game that make various changes to the base game of EverQuest through the EverQuest: Planes of Power expansion.
Some of those modifications, however, were determined to be a step too far for a personal, non-commercial fan-based private server.
As such, we were asked to remove specific items as part of our agreement. These are the following items:

Custom Zones:
o Myriah's Domain
o Shard of Decay
o Plane of Injustice
o Fireclad Ocean

Custom Raid Encounters:
o Khati Sha

Custom Player Race and Class Unlocks
o Iksar Rogue (quest) and their related items / NPCs
o Iksar Ranger (quest) and their related items / NPCs
o Wood Elf Beastlord (quest) and their related items / NPCs
o Barbarian Paladin (quest) and their related items / NPCs
o Froglok Race (and their associated graphical updates and illusion items)

Features:
o Item tinting/armor fixes

Custom Expansion: Terror of Sul
o Gone Completely

Incomplete Quests
o Kunark Archaeologist
o Completing incomplete quests like unused purpose of Varsoon, Iksar Cudgel, etc
o Addition of Iksar quests similar to that of Cudgel, Shackle for Iksar Rogue, Ranger

We may remove extra additions on request by Daybreak Game Company at any time.

*Project Quarm is operated solely as a personal, non-commercial, not-for-profit fan-based private server. Project Quarm is not associated or affiliated in any way with Daybreak Game Company LLC.*

As part of the agreement Project Quarm was asked by Daybreak Game Company to implement a Player Cap of 1200 players. Additional players past this point will be placed in a queue.
However, we additionally obtained permission to add offline Bazaar trading to the game on the launch of the Luclin expansion.
NOTE: Players in the offline Bazaar do not count against the Player Cap.

*Project Quarm is operated solely as a personal, non-commercial, not-for-profit fan-based private server. Project Quarm is not associated or affiliated in any way with Daybreak Game Company LLC.*



**Ailia** 🔨 7/15/2025 12:58 AM
Here's the short version of what's changing with the actual server itself.

```
Luclin launches when the server comes back up.
All Luclin features including AAs, Beastlords, Focus effects
and the like will be available immediately.
Luclin raids will not be available until the original Luclin
launch date. (Jan 1st, 2026)
Luclin raid mobs will not spawn in open world as is
consistent with how all other instanced raids are handled.

Bazaar will support offline traders.
Support for playing a character while a trader is offline on
the same account will be added at a later date.
The mule system will be retired accordingly. Mule accounts
will be converted to normal accounts and must be dealt with
accordingly.

All corpses that expired during the downtime have been
restored back to a week.

The server will have a population cap and queue system. The
details of the Queue system will be announced at a later date
as some aspects are still in development.
```

And this is the list of stuff NOT changing

```
Legacy Loot
NODROP Legacy Item Variants (Manarock, Fungi Shirt, ect)
Loot Lockouts
Guild Instances
PVP Instances
Shared bank
Various other anti-bottlenecking features and changes
NG+
XP Pots
Solo/Self Found/Hardcore modes
Veskar
Kurns Tower/Box of Abu Kar
```