# EXHIBIT 9

# Electronic Articles of Organization For Florida Limited Liability Company

L24000406862
FILED 8:00 AM
September 18, 2024
Sec. Of State
mdsellers

## Article I

The name of the Limited Liability Company is:

    ANOTHER QUEST LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

    1792 NW ST LUCIE WEST BLVD
    PORT SAINT LUCIE, FL. US  34986

The mailing address of the Limited Liability Company is:

    1792 NW ST LUCIE WEST BLVD
    PORT SAINT LUCIE, FL. US  34986

## Article III

The name and Florida street address of the registered agent is:

    E1C TECHNOLOGY
    392 NW SHEFFIELD CIR
    PORT ST. LUCIE, FL.   34983

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   KRISTOPHER TAKAHASHI

## Article IV

The name and address of person(s) authorized to manage LLC:

Title:  CEO
KRISTOPHER M TAKAHASHI
392 NW SHEFFIELD CIR
PORT ST. LUCIE, FL.   34983  UN

L24000406862
FILED 8:00 AM
September 18, 2024
Sec. Of State
mdsellers

Signature of member or an authorized representative

Electronic Signature: KRISTOPHER TAKAHASHI

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.