# **EXHIBIT 14**

I am sending this to you because you most likely have the best understanding of how to use it. When I was in the Marines, ████████████ When I was able to have downtime and was on my computer, EQ gave me a window to be human. and because I wasn't face to face with people, I could be ME... that is hard for a lot of us... EQ "expanded" so much over the years, it isn't the same, the people shifted, the game it self became unplayable for me... THJ has brought back a place and time of tranquility for me. A specific set of people and a certain mindset within the gameplayers. If THJ goes down... I am certain that I will not be the only person that would have a negative reprocussion from the situation.

████████████████████████████████████████

████████████████████████████████ so, for this, I thank YOU, for helping me maintain my shortcomings as an individual.



**Aporia** ✈ **THJ**  6/28/2025 12:41 PM

████ let me start by thanking you for your service and saying that you *are not* alone.

What you consider shortcomings are just part of the wonderful fabric that makes you who you are- someone that would reach out to a stranger on the internet and put their own heart on the line to make someone else feel supported in a time of need.

I promise that we are going to do everything we can to carve out a place for THJ and the many wonderful people that make up this community.

I sincerely, thank you for your support 💪

---

June 29, 2025

████████████  6/29/2025 4:12 AM

Thank you, I just wanted to put up something that may be usable in a hearing. from someone who has spent a lifetime in the "Old EQworld" and has become lost in it... and had the actual potential of that life revealed again (Wow, that sounds culty....)

Thank you guys!