# **EXHIBIT 15**

Player Sentiment on Fangbreaker, DBG, and TLPs

**Players didn't want Fangbreaker, it is no surprise that engagement was low.** Fangbreaker is the subject of immense community discontent and has been widely recognized as a failure from the moment it was announced. The rule set was also seemingly structured to minimize user engagement compared to previous offerings.

Emphasis has been added where emphasis was observed in this Exhibit.

1) I personally accessed the official EverQuest forums and the thread 'Fangbreaker Rulesets FAQ' started within by the DBG Community Manager 'Angeliana' at https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996 . This thread includes player reactions to the Fangbreaker ruleset.
2) In this thread, I observed the following comments:
    a) Posted by user zekreject (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4379152); *"am i reading this right - max 2 accounts per person until planes of power?I was planning on 4 or 5 boxing. But if it is just 2 accounts per person total (i.e. max of 2 PCs) then **i may not bother with this server**"*
    b) Posted by user JMADI420 (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4384394) in reply to the previous post by user 'zekreject'; *"Yup **I think they want to lose money this year ?**"*
    c) Posted by user argee01 (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4379129); *"TBH you had it better the first time. The Aradune only 2 computers per person thing would have been nice if people weren't stuck in the lvl 60 era for 6 months at really weird lvl ranges.... The original post saying 2 accounts per PC would have helped the server out a lot until truebox is over in PoP. **That correction may have killed the server IMHO.** This server needs boxers during that long stretch until people hit 60 and can start raiding that content."*
    d) Posted by user Sepia (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4379138); *"You had a good thing with slightly relaxing truebox to 2 per pc, please go back to that change. If not, then **please add a normal tlp server alongside this one** lol"*
    e) Posted by user Argoztik (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4379142); *"**Q: what is the name of my other tlp option and when can i expect it to launch?**"*

f) Posted by user KronoQuester (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4379157); *"Not allowing people to play two accounts per PC is completely indefensible. Its 2025 stop forcing us to use multiple computers. Cheaters are already getting around this so the only people this restriction is hurting is legit players. Having two keyboards and mice on my desk is freaking annoying. I'm down with limiting everyone to two accounts, but forcing us to use TWO PCs is a monumental blunder.* **Its the difference of people more people celebrating this server and more people instead detesting it.** *YOU HAD IT RIGHT THE FIRST TIME IN THE FAQ!"*

g) Posted by user wildone (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4379217); *"so someone like me who 6 boxes on 6pcs* **will cancel 4 accounts to play the new server**,*it seems these server is set up to catch the non boxer crowd!"*

h) Posted by user Lama (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4379244); *"honestly, did they not read the forums... our responses... no one likes the extended phase 1....* **this is going to be a fail**" (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4379244); *"yeah* **it will be super low population** *as well"*

i) Posted by user Exmortis_MT (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4379272); *"Yep, which is fine,* **I might actually suspend some accounts** *as I was holding all 6 for this TLP."*

j) Posted by user filthytlpplayer (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4379595); "*It's a bad sign when the FAQ needs to be this long. ETA: @Devs and @Players"*

k) Posted by user xlex60 (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4385168); *"Pretty bad when you cant find any Buzz about a new tlp. Youtube and streamers dont even talk about it. And* **the forums are full of unanswered questions and dissapointments**. *Is Fangbreaker DoA DUD ?"*

l) Posted by user omgomg (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4381863); *"its too late now, im sure,* **but oakwynd had 16 guilds pre-recruiting, fangbreaker has 5** *they needed to add the oakwynd rules"*

m) Posted by user happypanties 2024 (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4384401); *"**Get rid of this ruleset while you still can**. This will be like Tormax DoA..... Let's have an hardcore normal server with random abilities for raid bosses."*

n) Posted by user GaiaGirl (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4384219); *"**Not even tempted.**"*

o) Posted by user Souliwarr (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4379365) *"TBH, free trade woulda made this dope. **First TLP I won't be joining** in a bit."*

p) Posted by user Ascertain (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4379541) *"The 2 accounts per PC was wonderful, I generally 3-4 box. My spouse also plays, but this server I was thinking about letting my child give EQ a go . I can foresee this 2 account per person causing problems all around. With the lengthy time at the lower levels, **the population is going to drop**. Without being able to box more than two it will be very difficult so **I may not give the server a chance**."*

q) Posted by user Holyreptar (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4379665)  *"They had a great server till they put the stupid restricted TrueBox thing on it that does absolutely nothing. If I wanna box, I'll box 6. They won't do anything about it; they never do. I'm glad that if I do play, **I am just going to spin the accounts up with krono and skip buying bags this TLP so they don't get the 100s I normally spend for the expansions and bags. I've never seen a company that listens to its player base so little, hates making money**, or is as dumb as EA."*

r) Posted by user 'Gronnz69' in direct response to the 'Restricted Truebox' rule in the original post (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4379925) *"This is the most detrimental decision your company has made on this server. **It significantly reduces subscription revenue by imposing unnecessary restrictions.** You should reconsider this move, especially since encounter locking is already in place. There's no justification for adding further limitations on players who run multiple accounts, pay subscriptions, and contribute to your revenue."*

s) Posted by user Dythan (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4380013) *"**In 3 months, Daybreak will have the actual #'s to*

*show that this "Restricted True box" experiment was an utter folly, and it will be the last we ever hear or see of it. Even common sense says if you want to disencourage the large 6+ multi boxers, 3 would be the reasonable breakpoint. The arbitrary selection of 2 accounts per Household will eventually go down in EQ lore as a big a folly as Landmark."*

t) Posted by user BazMule (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4380164) *"**This server is going to flop** quicker then Lebron James. Change it to level 60 on launch and maybe it will be a success. Edit: First to engage, which no one wants, is lol funny. Not to mention no free trade, oof. Tormax 2.0 inc."*

u) Posted by user 'Sennik Jevest' in response to another user discussing the 'Restricted Truebox' rule (https://forums.everquest.com/index.php?threads/fangbreaker-rulesets-faq.303996/post-4381226) *"Can confirm, this change is the reason **I will not be playing**."*

3) I personally accessed the official EverQuest forums and the thread, 'Am [sic]i the only one tired of starting over?' started by user 'Risiko' posted on April 18, 2025. (https://forums.everquest.com/index.php?threads/am-i-the-only-one-tired-of-starting-over.303829/). This thread includes player reactions to the TLP style servers.From the official EverQuest forums, in the thread.

4) In this thread, I observed the following comments:

a) Posted by user Risiko, *"I get that Everquest was very special when it came out and set the ground work for many games to come in the industry. I have enjoyed playing through TLP after TLP, but at a certain point, **I'm just done**. Am I alone in seriously being tired of starting over on a new TLP server? Mischief was an amazing TLP to play on, and I am very much still loving my time on the Teek server. At this point, with the persona system in place, **I really do not see myself starting over on a TLP again for many, many years (if ever)**. Instead, I just create another **persona to level up on Teek**. I like the fact that all my flags get passed down to every persona I play, and there is no getting past the fact that free trade is the best ruleset ever made for EQ (seriously.. why did people start applying super glue to everything they picked up in the past. It's just bizarre). So yeah.. that's my question. **Am I alone in being done with starting over yet again on a new TLP**?"*

b) Posted by user 'Mashef' (https://forums.everquest.com/index.php?threads/am-i-the-only-one-tired-of-starting-over.303829/post-4376487) *"Not at all. **I don't plan on re-rolling on TLP ever again.** They haven't come out with things to entice me. My Classic-PoP days are behind me. Persona's are great enough for me to see things on one character."*

51
EXHIBIT 15

c) Posted by user 'Kukaw' (https://forums.everquest.com/index.php?threads/am-i-the-only-one-tired-of-starting-over.303829/post-4376513) *"I'm with you on not starting over, except I decided back with Mischief. Even though it isn't as busy as it once was, I have zero regrets.* ***I just can't start over again with all the expansions****...at least for awhile."*

d) Posted by user 'Shui' (https://forums.everquest.com/index.php?threads/am-i-the-only-one-tired-of-starting-over.303829/post-4376522)  *"****I will never play anything before GoD again*** *on a TLP, other than that it will depend on the rule set"*

e) Posted by user 'Yinla' (https://forums.everquest.com/index.php?threads/am-i-the-only-one-tired-of-starting-over.303829/post-4376564) *"****I decided last year Teek would be my last TLP****, but for my last I wanted to do everything. I've missed a few things along the way, but plan on going back to do them. For once I wanted a char that has done everything. This seemed doable with personas, but lack of storage for gear stopped me in my tracks with some class stuff. Random loot and free trade has been one of the best ideas Daybreak has come up with, I may be tempted with another run at it, the same with Vaniki. But Phinny clones are a no no, if I want normal I can do live.* ***Having seen the rule set for this year, was happy it didn't appeal to me*** *and most of my Teek guild. Raids are just starting to get interesting on Teek. :)"*

f) Posted by user 'Brontus' (https://forums.everquest.com/index.php?threads/am-i-the-only-one-tired-of-starting-over.303829/post-4377314) *"Thank you for verbalizing what many of us feel.* ***I just can't play on TLP servers anymore.*** *Adding in more gimmicks to freshen up the experience is not going to cut it. Enduring the same content over and over feels like the film Groundhog Day. It's tedious and unsatisfying.The forums feel pointless.* ***There's no engagement and solidarity between the players and the developers these days****. It's heartbreaking to see the franchise languish. I love grouping, but I don't like hardcore raiding. Grouping is the essence of fantasy RPGs for me. When Planes of Power was released,* ***EverQuest carelessly morphed into an MMORPG that caters exclusively to raiders and raiding culture****. That's not me. I don't have the time or the patience anymore.* ***The only way I'll return is with the tentative EverQuest 3*** *or whatever they call it. I'll give it a try because I'm loyal to the franchise. But it may never get the green light from Enad Global 7. So the future is uncertain."*

g) Posted by user 'xxar' (https://forums.everquest.com/index.php?threads/am-i-the-only-one-tired-of-starting-over.303829/post-4377586) *"TLP has turned into anything but the original EQ experience, it hardly even resembles it. This ruleset touches on nothing that is classic EQ or even the concept of time locked progression, we are now playing a different game.* ***I will not be there in all***

*honesty* , there are better servers that are more akin to the classic EQ vibe and are free." [Based upon user's post history, they are likely referring to Project 1999]

5) I personally accessed the official EverQuest forums and the thread, 'New TLP desperately needed this year to save the TLP space' started by user 'Dirkman' posted on July 13, 2025. (https://forums.everquest.com/index.php?threads/new-tlp-desperately-needed-this-year-to-save-the-tlp-space.305053/)

6) In this thread, I observed the following comments:

   a) Posted by user Dirkman, **"Fangbreaker has been an epic failure for several reasons but most were self inflicted**. *The server population is below 1,000 people most nights now only 48 days into the server. By far the worse population for a TLP as a primary server by about 60% margin. A new server is needed this year asap to save DPG from having a massive down year in the TLP space. Simply release a new TLP in Sept or October with a proven mix of rulesets to get people interested in the eq tlp space again. The ruleset does not even need FV to be a massive hit at this point but of course would not work. A Oakwynd ruleset, with resource hunter added alone would be a very big hit and allow some breathing room for DPG financially. The 2 easy choices that requires almost no dev time to maximize are simple. Oakwynd ruleset + resource hunter New mixed server with FV loot, normal expansion release schedule, legacy characters, resource hunter (NO Random, or Bonus loot) The tlp space is on the edge of oblivion right now but could be saved with quick decisive action. To others who comment on this, yes there is a ton of combination of the existing rules which will work. My point is to keep it simple and require almost no dev time so dont ask for things like beastlords or berserkers in classic, or other things that they have said time and time again would require massive dev time."*

   b) Posted by user 'filthytlpplayer' (https://forums.everquest.com/index.php?threads/new-tlp-desperately-needed-this-year-to-save-the-tlp-space.305053/post-4395109)   *"TLP has been driven into the ground. They need a refreshed experience if they intend to keep selling us quarter of a century old content year after year.* **I've done all I care to do on TLPs, there's no reason to play on another one**, *especially with the community shift that's occurred since they were first introduced.*

   c) Posted by user 'Chuuk' (https://forums.everquest.com/index.php?threads/new-tlp-desperately-needed-this-year-to-save-the-tlp-space.305053/post-4395261)   *"Setting aside the debatable success of Fangbreaker, I generally am on the side of the fence that argues* **the new-but-slightly-different-TLP-every-year cycle is probably not sustainable much longer**, *assuming it currently even is. Maybe they're just milking the cow the best they can until the taxman comes, but* **frankly, the only thing that would get me to re-sub at this point**

      *would be something actually unique. I know there are tons of other games out there that probably offer what I want, but like many of you, I love the lore and I want EQ to give me what I want - not something else! Resource hunter seems cool from what I hear, but I think the transient nature of each server gives me pause. It's disparaging to sink hundreds of hours into a server only to have it reset every year. Anywho - DPG, gimme something great...please!!!"*

   d) Posted by user 'Catashe' (https://forums.everquest.com/index.php?threads/new-tlp-desperately-needed-this-year-to-save-the-tlp-space.305053/post-4395510) *"Fangbreaker would have been fine if the devs should just pull the plug and remove the race/class restrictions on all TLPs instead of just trying to jury rig it for Fangbreaker.. Which made them want to start a TLP with "classic only" cause of the level restrictions but with more "options" for classes at launch so they introduced that stupid level lock with all the expansions open.. And to top it all off... May 26th 2021 is a day that live in Infamy for TLP players.. its the day Mischief launched and with it Free Trade rules...* **With Mischief and Teek now, I think there is a HUGE chunk of the TLP playerbase who just can't bring themselves to play without Free Trade rules now***.. Doesn't even have to be Mischief rules with random loot.. Just launching a TLP with Free Trade rules and I think the TLP playerbase will flock to it in droves on top of the Krono Lords that come with it... It just makes life easier.. Can buy or sell what you want... Makes raid leaders lives easier not having to bid/roll off loot EVERY boss.. just loot the s\*\*\* and move on and bid it out once everything is over…"*

   e) Posted by user 'Zalphos' (https://forums.everquest.com/index.php?threads/new-tlp-desperately-needed-this-year-to-save-the-tlp-space.305053/post-4395824) *"Daybreak has never released a slow TLP. Fangbreaker and Teek are 2-3 months per expansion or less, just like all the others. Faster TLPs appeal to bored re-rollers but not everyone else.* **Continuing to make only faster and faster TLPs is a losing strategy.***"*

7) I personally accessed the official EverQuest forums and the thread, 'Mischief has basically ruined me on all future TLPs lacking RLS.' started by user 'Tounces77' posted on July 8, 2025. (https://forums.everquest.com/index.php?threads/mischief-has-basically-ruined-me-on-all-future-tlps-lacking-rls.304986/)

8) In this thread, I observed the following comments:

   a) Posted by user Tounces77, *"Honestly - as far as grouping, leveling, etc, goes, other TLPs are now going to be "Decent", because those are still mostly fun things even without RLS. But, as far as raiding goes? Yeah,* **after raiding on an RLS server....every other type of TLP pales in comparison. Like it's just not even close.** *Even the free-trade, which was nice, doesn't compare to -actually- being able to gear up before an expansion release. I'm trying out Fangbreaker and resource hunter is okay-ish(it'd be better if there weren't so many zones that*

simply aren't viable to exp in even with 300% bonus), but **I don't really imagine any sort of staying power for this server**, especially considering some of the current benefits of the server are basically going away at PoP release(such as landing spells on higher levels, removing required levels from gear, etc)."

    b) Posted by the user 'coltongrundy' (https://forums.everquest.com/index.php?threads/mischief-has-basically-ruined-me-on-all-future-tlps-lacking-rls.304986/post-4394258) *"Playing on Teek,* **I can't imagine ever playing on another server** *where we have to bid out loot after every kill."*

9) I personally accessed the r/EverQuest subreddit, and a thread entitled 'THJ / DB' posted by u/Timecop_TM (https://www.reddit.com/r/everquest/comments/1lj5r1t/thj_db/)

10) In this thread, I observed the following comments:

    a) Posted by the user u/Timecop_TM
*"As much as I can see the reasoning for DB to pursue THJ with legal action, this sucks to see put into action. It feels retaliatory for the poor numbers for Fangbreaker.* **The truth is, Fangbreaker ruleset is just so far from what your player base and fan base are interested in. It's like you lost the mark and are now blaming the same community that checks you out every season.** *I truly wish DB and THJ/EMU community can come to grips and work this out. Sad to see them pursue this, I feel like the disappointed dad, watching his adult son throw a temper tantrum. This is just one perspective / opinion, I don't want to see either side suffer, as I DO play both."*

    b) From a post by u/Electrical_Ad392 (https://www.reddit.com/r/everquest/comments/1lj5r1t/comment/n0g1prs/) *"After seeing the released docs I hope they have to* **release the numbers on how many players the went after with suspensions and bans for using red/MQ. I bet it's awfully close to those redacted losses in the lawsuit** *lol. not going pro hacking, but the 20 yr truce of "look, just dont use it to interfer with the game or other players and we'll allow it" worked awfully darn well and they pretty quickly acted when people were reporting users who were monopolizing camps and being obnoxious. i dont think THJ should be profiting but it's fucking* **embarrassing seeing DBG even thinking anything THJ did was the reason they've lost so many subscribers in the last year***, they've been textbook stepping over dollars to pick up dimes with a several year running streak of creating worse and worse and smaller and smaller expansions,* **they've made the most bare minimum attempt to keep players so why are they acting surprised they're not keeping them?***"*

11) I personally accessed the r/EverQuest subreddit, and a thread entitled 'Fangbreaker Interest Appears Relatively Low for a TLP, is it Ruleset or Something Else?' posted

by u/Xinetoan
(https://www.reddit.com/r/everquest/comments/1ktlj84/fangbreaker_interest_appears_relatively_low_for_a/)

12) In this thread, I observed the following comments:

   a) Posted by user u/Xinetoan

   "Based on the activity on the official forums, the "gist" of posts there, and the relatively low amount of guild recruitment, **it seems like Fangbreaker is coming in at the lowest interest level for the "only/main" server since the TLP concept started.** I usually play a little and dork around, and I feel like this difference is tangible and defensible. I will leave it to others to discuss the "why" of the ruleset may not be popular, but it got me to thinking that maybe that's not it, or not just it. Do we expect TLP's to go on forever on a 25 year old game? I played with at least 15+ people who I can remember by RL name, and I am the only one doing TLP anymore, many of them played Fippy and etc butr havent done TLP in years. Maybe its jut[sic] "time" for the TLP interest to start to run out of gas? Fippy is itself 14 years old now. The heyday of EQ was around 7 years, meaning it has run 2x that already. Any thoughts?"

   b) Posted by u/sfw3015
   (https://www.reddit.com/r/everquest/comments/1ktlj84/comment/mtur0f6/)
   "Honestly I think that they as usual took half measures on everything about the server. They wanted to try to appeal to casuals and hardcore so tried to split the difference making neither interested. From what I have heard from friends and family if they went full in on a 5 levels behind for all expansions myself and most of my friends would be joining the server and taking on a cool challenge to see what could be done under leveled. But instead that is only happening for luclin then it becomes a generic server for the most part. Those that want a basic no rules change server like that don't want to start at luclin so they aren't going to join. So like I said **they tried to make too many groups happy and made none of them happy thus low interest.**"

   c) Posted by u/visaeris412
   (https://www.reddit.com/r/everquest/comments/1ktlj84/comment/mtug8s8/) "**Its definitely the ruleset.** Throw in that there is a free trade TLP that is only a year old and its doubly bad. **Id say Mischief and Teek are 2 of the most successful TLPs EQ has ever had.**"

   d) Posted by u/realityunderfire
   (https://www.reddit.com/r/everquest/comments/1ktlj84/comment/mtugtc3/)
   "Daybreak has been driving the game into the ground over the past year or two. Even population on live this winter was really low. **After their huge MQ crackdown I know at least 10 people on just one server that stopped playing. You may say good, and I understand your sentiments, but nuking**

      ***~100 gold subbed accounts that buy expansions every year isn't a good business strategy.*** *The group game on live is nearly non existent which lead to people boxing and using programs. They banned / suspended / ran all those people off and it fixed nothing. Sure, those 10 people represent just a drop in a bucket but multiply that across 10 servers and other people who've simply lost interest in the game and thus here we are."*

   e) Posted by user u/jcr4990 (https://www.reddit.com/r/everquest/comments/1ktlj84/comment/mtuog7f/) *"****Fang breaker is the first TLP since Phinigel where I have no plans of even rolling a character.*** *Coming off the success of Teek I had really hoped they saw there was an appetite for some alternative rulesets and not just the same TLP they've done annually for a decade+ with the only variations being expansion unlock and experience rates. People are getting tired of it and they gave us a taste of something different that was massively popular then went right back to the same old boring thing. Not to mention the VERY slow unlock rate is super unpopular with almost every single person I've talked to. I think people would be more receptive to another selos rate server over this tbh. I think this might be the lowest pop TLP we've seen in a long time/ever."*

13) I personally accessed the r/EverQuest subreddit, and a thread entitled 'NEW TLP Concerns....' posted by u/jumpthewallstreet (https://www.reddit.com/r/everquest/comments/1ka5k3a/new_tlp_concerns/)

14) In this thread, I observed the following comments:

   a) Posted by user u/jumpthewallstreet: *"This is 100% my opinion and I may not have all of my facts straight. However,* ***my impression is that the TLP launching on May 28th 2025 is going to be for lack of a better word...... Fail.*** *Starting a server 3 expansions deep on the surface sounds fun but level locking for 24 weeks at 50 kinda makes luclin and kunark raid gear worthless doesn't it? Unless I am missing something, which once again I might be, but doesn't that also make raids impossible without AA's for Warrior class? Also I know on Viniki, the progressive server level locked at 50, provided a adjustment on level required gear. So are they going to do that on this sever? If this has already been addressed please drop a link because I fear I am not the only person concerned about these things. Next - 24 weeks stuck at level 50 seems like a nightmare. Most of the player base can get to 50 in like 2 weeks at a casual pace. And I know for a fact a few groups will have 50 before days end... so won't that just kill off the server to only krono and plat farmers after like 6 weeks? Once again if I have missed something on this I apologize but I am going off the Producer's letter. Resource Hunter seems like a rehash of the hotzone NPC in POK... am I missing something here? Why not just drop that NPC in every starter city and you're set.... Name reservation seems pointless. You are basically just*

*encouraging people to gate keep long time plays names for money. Kinda a bad move that will just make people bitter if you ask me. And you know people will attempt to exploit this. Last point. If your goal is to make a TLP with player requested attributes.....* **why on Earth are you not including Random Loot and Free trade? These are literally the two best thing to ever happen to EverQuest in my opinion.** *Free trade allows a casual player the opportunity to finally complete quest they never could before for hundreds of reasons we all know and that I will not list here. And random loot provides the same thing, this helps remove so many bottle necks and over camping from krono farmers. Yes I know they will still dominate spawns of certain camps but it opens the window just enough to make it fun. Anyways thank you for your time and hopefully a few people can shine some light on these concerns of mine. This may even encourage others with some power to take notice. Have a wonderful day."*

b) In a comment by u/SpeedyStove (https://www.reddit.com/r/everquest/comments/1ka5k3a/comment/mq23qwt)
*"**Whats wild is that, daybreak is so disconnected from the community that it will fail and they won't be able to realize why it's failing.** The vast majority of the community does not way to be lock for that long. People don't mind a luclin start, in fact many people have wanted BL on launch. But daybreak will most likely look at this and be like well I guess people don't want cats at the start. Much like how they looked at the rule set succeeding during Covid and was like let's make Tormax since that ruleset was popular!"*

c) In a comment by u/volcanicpooruption (https://www.reddit.com/r/everquest/comments/1ka5k3a/comment/mpk0dt0/)
*"Seems to me this years TLP is only for the ultra hardcore. Which, most of us probably were 20 years ago. **But, most of us aint got time for that shit now.** Bummed nearly every year, personally"*

d) In a comment by u/Similar-Molasses4786 (https://www.reddit.com/r/everquest/comments/1ka5k3a/comment/mpjyobs)
*"Dam that's a terrible ruleset. **Welp, see ya next year**"*

e) In a comment by user u/Serqet1 (https://www.reddit.com/r/everquest/comments/1ka5k3a/comment/mpn60vj/)
*"Well, My class is much stronger with items that won't be available on the server at all **so I'm out** lol."*

f) In a comment by user u/MoFoRyGar (https://www.reddit.com/r/everquest/comments/1ka5k3a/comment/mpmi8mk)
*"**Go play Project Quarm**. I won't go anywhere else now. Its the best i've ever played. No cheaters no boxing no Krono. People are actually nice to you and aren't KSing all your mobs."*

    The original poster, u/jumpthewallstreet, replies *"I do play there. Badaboom 31 wizard."*

15) I personally accessed the r/TheHeroesJourney subreddit, in a thread entitled 'Project Quarm.....Thoughts?', in a comment posted by u/MeterMaid3000 (https://www.reddit.com/r/TheHeroesJourney/comments/1m1efyz/comment/n3jhr38/)

16) In this thread, I observed the following comments:

    a) *"**most people didnt try the new TLP because the ruleset is a total \*\*\*\*ing joke** which has become the norm for DBG, a company with ZERO creativity and only know how to hit the reset button on their TLP treadmill, sell some 40 slot bags and then watch regular players burn out as they try to advance in a game economy that is controlled by bots and krono farmers **They released an epic TLP last year with Teek, it did historically well.. they could never live up to that type of release again** without thinking outside the box, something that company is incapable of doing now they're trying to blame their low numbers on Fangbreaker, which anyone with a pulse predicted would happen, on their emulator communities as if someone is going to leave THJ if its force shut down by DBG and go spend money on DBGs garbage TLP servers... Suits are running the show at DBG and are going to turbo charge their demise"*

17) I personally accessed the forums at FiresOfHeaven.org, and a thread entitled "Daybreak Sues The Heroes Journey EQ EMU Server Devs" posted on July 23 by user Araxen. (https://www.firesofheaven.org/threads/daybreak-sues-the-heroes-journey-eq-emu-server-devs.16078/)

18) In this thread, I observed the following comments:

    a) Posted by user 'Arbitrary' (https://www.firesofheaven.org/threads/daybreak-sues-the-heroes-journey-eq-emu-server-devs.16078/post-5160541)   *"If they aren't going to put more work in to[sic] these than[sic] there isn't a ton of reason for people to keep coming back. **Even casuals have done everything they ever wanted to do several times over.**"*

    b) Posted by user Pharone (https://www.firesofheaven.org/threads/daybreak-sues-the-heroes-journey-eq-emu-server-devs.16078/post-5160544) *"I'm not sure if DBG is just fucking delusional or just plain trying to find anybody else to blame for their incompetence as a company in the MMO space. **First off, the Fangbreaker server ruleset was pure garbage. Nobody wanted what they made. There didn't have to be any EMUs out there in existence for the Fangbreaker server to be a dismal launch.** The reality of the situation is that DBG (and DPG) exists today SOLELY because a team of semi-talented developers poured their souls in to getting the first 3D first-person MMORPG to market. World of Warcraft came along 5 years later and thanks to the fact that some of those developers jumped ship to go make it's game along with the overly popular Warcraft intellectual property, Blizzard took the crown from Sony Online*

*Entertainment and never looked back. Blaming an EMU server for their failures is laughable and obviously is a last ditch effort to try to save face to their parent company that wants answers for why they are sucking so bad currently. Even if they manage to get a pass from their parent company by blaming that EMU, who are they going to blame next year...the year after that... and so on? The writing is on the wall. Their incompetence is catching up to them, and their misdirection is only going to work for so long before they get fired."*

c) Posted by user 'Tuco' (https://www.firesofheaven.org/threads/daybreak-sues-the-heroes-journey-eq-emu-server-devs.16078/post-5160679)  *"They need to litigate their design team for coming up with losing ideas for **servers that fail predictably.**"*

d) Posted by user 'RobXIII' (https://www.firesofheaven.org/threads/daybreak-sues-the-heroes-journey-eq-emu-server-devs.16078/post-5162476)
*"I've played less and less of the TLE servers. **I've skipped the last 3.** Anytime I run through New Freeport it makes me want to punch a toddler. What intern came up with that garbage?"*

e) Posted by user 'Cringe' (https://www.firesofheaven.org/threads/daybreak-sues-the-heroes-journey-eq-emu-server-devs.16078/post-5166334)  *"I thought it was funny. **Lets make a mostly dud TLP right after a wildly successful one.** I say mostly, because I think the random hot zone thing is a good idea. I'd say this is normal corporate behavior, but this is just normal human behavior that covers so many aspects of life. Never take self responsibility when there is a perfectly good 3rd party you can point at and blame them instead."*

f) User 'Pyratec' posted a descriptive image macro summarizing their feelings (https://www.firesofheaven.org/threads/daybreak-sues-the-heroes-journey-eq-

emu-server-devs.16078/post-5166433)



19) I personally accessed the forums at FiresOfHeaven.org, and a thread entitled "EQ TLP 2025 Fangbreaker Expanded Start Resource Hunter Legacy Characters Encounter Locking" posted on April 30, 2025 by user Arbitrary. (https://www.firesofheaven.org/threads/eq-tlp-2025-fangbreaker-expanded-start-resource-hunter-legacy-characters-encounter-locking.15962/)
20) In this thread, I observed the following comments:

a) Posted by user Elderan (https://www.firesofheaven.org/threads/eq-tlp-2025-fangbreaker-expanded-start-resource-hunter-legacy-characters-encounter-locking.15962/post-5114635) **"Ruleset was and is still garbage."**
b) Posted by user Arbitrary (https://www.firesofheaven.org/threads/eq-tlp-2025-fangbreaker-expanded-start-resource-hunter-legacy-characters-encounter-locking.15962/post-5114680) *"FAQ Continued Q: "Is anyone that anyone would[sic] give a shit about playing on Fangbreaker?" A: "No" Welp. Anyway."*
c) Posted by user Dragonbr (https://www.firesofheaven.org/threads/eq-tlp-2025-fangbreaker-expanded-start-resource-hunter-legacy-characters-encounter-locking.15962/post-5178308) *"This server is the pinnacle of DBG having no clue what they are doing in regards to unlock schedules. After the community begging It's taken them nearly a decade to to[sic] give relief to the really bad segments (pop-loy-ldon and 70's era), while then going forward and doubling down on this dumb shit. Listening to morons that want to "slowly enjoy all the 26 year old content at their own pace" isnt the play for a successful server. When the next tlp is less than 365 days away at all times, there is very little reason to box your population in content wise for this long. Additionally, adding an extra month to normal cadence servers because they have a 5 level increase is dumb imo. You're adding an extra month for something that takes like 5 hours? The next carrot should always be just around the corner to maintain engagement."*