# EXHIBIT 16

English

| Category | Count |
|---|---|
| All | 10 |
| Gaming | 10 |
| Entertainment | 4 |
| Game Developer | 4 |
| Roleplay | 3 |
| Fandom | 3 |
| LFG | 2 |
| Theorycraft | 1 |


**EverQuest Official**
Explore a massive fantasy world, embark on epic quests, battle through dungeons, and take down…
4,843 Online • 15,647 Members


**RedGuides: EverQuest Multi…**
An EverQuest Software and Multiboxing community
883 Online • 3,296 Members


**EverQuest 2**
EverQuest II is a 3D fantasy massively multiplayer online role-playing game.
3,018 Online • 10,410 Members


**Project 1999**
Project 1999 emulates the Classic Everquest Experience!
4,482 Online • 12,657 Members


**Wayfarers Haven**
Wayfarers Haven is a era-like emulated server for Everquest, Currently it is on the Dragons of…
305 Online • 1,696 Members


**Official Pantheon: Rise of th…**
The official Discord server for Pantheon: Rise of the Fallen, an upcoming MMORPG being…
11,751 Online • 30,583 Members


**The Heroes' Journey**
The Heroes' Journey is a unique MMORPG experience. Check HeroesJourneyEmu.com for more…
8,966 Online • 27,000 Members


**Adrullan Online Adventures**
Return to the classic roots of the MMORPG genre in Adrullan: Online Adventures. A world of adventure…
5,415 Online • 12,110 Members


**Realm Worlds, LLC**
The Realm, developed by Sierra in 1996 is one of the first MMORPGs! Come join the fun and keep the…
265 Online • 2,828 Members


**Dalaya**
Play Dalaya, a free-to-play MMORPG EQEmu server. Join us today and start an adventure you'l…
664 Online • 1,635 Members

64
EXHIBIT 16