# EXHIBIT 17

**from secrets during 2024-12**

21 Results    New  Old  Relevant

> @Kaiwren/Arcarsenal no one cares

**Secrets** ⚔ PQ  12/23/2024 4:23 PM
didn't ask

**Secrets** ⚔ PQ  12/23/2024 4:17 PM
EoM from donations is hardly anything

**Secrets** ⚔ PQ  12/23/2024 4:17 PM
people forget that part of it

**Secrets** ⚔ PQ  12/23/2024 4:17 PM
like, submitting a bug fix netted 500 EoM at one point

**Secrets** ⚔ PQ  12/23/2024 4:16 PM
yup - I think bugfixes are the biggest source of EOM rightn ow

**Secrets** ⚔ PQ  12/23/2024 4:14 PM
i also contributed code and got eom

> @GilgaMocha I donated because I wanted t...

**Secrets** ⚔ PQ  12/23/2024 4:14 PM
yup. i donated $50 not expecting anything too

**Secrets** ⚔ PQ  12/23/2024 4:13 PM
and the fact that it isn't shows how much they care

**Secrets** ⚔ PQ  12/23/2024 4:13 PM
like it could be FAR worse

**Secrets** ⚔ PQ  12/23/2024 4:12 PM
and imo it's harmless

↳ Message could not be loaded

**Secrets** ⚔ PQ  12/23/2024 4:12 PM
yeah, to be clear, nothing aporia or cata offers is power, it's just a principle

**Secrets** ⚔ PQ  12/23/2024 4:10 PM
they get motivation, and money is a good motivator for almost everyone

**Secrets** ⚔ PQ  12/23/2024 4:10 PM
it's honestly a good incentive for cata and aporia to continue