# EXHIBIT 20

STEAMCHARTS *An ongoing analysis of Steam's concurrent players.*

# EverQuest Free-to-Play

Store | Hub



**392** playing 9 min ago  **407** 24-hour peak  **985** all-time peak



Compare with others...

| Month | Avg. Players | Gain | % Gain | Peak Players |
|---|---|---|---|---|
| Last 30 Days | 300.1 | -38.1 | -11.25% | 509 |
| June 2025 | 338.2 | +97.9 | +40.74% | 589 |
| May 2025 | 240.3 | +5.6 | +2.38% | 587 |
| April 2025 | 234.7 | -2.8 | -1.17% | 490 |
| March 2025 | 237.5 | -2.7 | -1.14% | 399 |
| February 2025 | 240.2 | -22.7 | -8.64% | 398 |
| January 2025 | 263.0 | -3.2 | -1.20% | 437 |
| December 2024 | 266.2 | -12.7 | -4.55% | 451 |
| November 2024 | 278.9 | -22.1 | -7.34% | 544 |
| October 2024 | 301.0 | -1.4 | -0.45% | 572 |
| September 2024 | 302.3 | -35.9 | -10.61% | 574 |
| August 2024 | 338.2 | -64.8 | -16.09% | 586 |
| July 2024 | 403.0 | -113.1 | -21.91% | 743 |