# EXHIBIT 21



# INVESTOR PRESENTATION

## December 2020

# AGENDA

**Section A:** Introduction to EG7

**Section B:** Introduction to Daybreak

**Section C:** The new group

**Appendix:** Additional material

# Introduction to EG7

## EG7 at a glance

- EG7 is a group of companies that develops, markets, publishes and distributes video games for PC, console and mobile on a global market
- The group comprises EG7 Studios, Petrol, Sold Out, Big Blue Bubble, Piranha Games and Antimatter Games among others
- Covers the entire gaming industry value chain. Where work-for-hire, marketing and publishing has predictive and stable revenue streams and development with great option value
- Has undergone rapid growth, both organically and through acquisitions including the most recent acquisitions Big Blue Bubble and Piranha Games

**SEK 657M**
PRO FORMA REVENUE YTD

**SEK 156M**
PRO FORMA EBITDA YTD

*Source: Company Information.*

# AGENDA

**Section A:** Introduction to EG7

**Section B: Introduction to Daybreak**

**Section C:** The new group

**Appendix:** Additional material

# Strong portfolio of games…



## Live game portfolio



Experience a high-fantasy world based on epic quests and dungeons

**Fantasy MMORPG**      *Release in* **Mar 1999**

YTD Bookings[1]    MAU / Members[2]
**$11.5m**    **82K / 66K**



"Parallel universe" to EQ set 500 years after the first game's events

**Fantasy MMORPG**      *Release in* **Nov 2004**

YTD Bookings[1]    MAU / Members[2]
**$6.5m**    **29K / 21K**



Build a hero from the classic D&D races and experience 100+ hours of adventures

**Fantasy MMORPG**      *Release in* **Feb 2006**

YTD Bookings[1]    MAU / Members[2]
**$6.9m**    **46K / 22K**

- **Evergreen live service** game portfolio with **strong brand** and **community association**



An ongoing series of adventures brimming with action and intrigue

**Fantasy MMORPG**      *Release in* **Apr 2007**

YTD Bookings[1]    MAU / Members[2]
**$9.9m**    **108K / 41K**



Create a new original character and interact with iconic heroes and villains

**Superhero MMORPG**      *Release in* **Jan 2011**

YTD Bookings[1]    MAU / Members[2]
**$26.7m**    **419K / 40K**



Experience enormous battles in territory control open-world gameplay

**Sci-Fi MMOFPS**      *Release in* **Nov 2012**

YTD Bookings[1]    MAU / Members[2]
**$7.9m**    **198K / 25K**

- Mainly monetize via **in-game purchase**, **membership subscription** and **DLC / expansion pack**

- Average  80+

Source: Company information.
Note: 1) YTD bookings as of 30th September 2020. 2) As of September 2020. Members defined as customers who have purchased a monthly membership.

15