# EXHIBIT 25

Log in or Sign up



| Home | Forums | Staff Post Tracker | Help |
|---|---|---|---|

Search Forums    What's New?

Home ▸ Forums ▸ EverQuest Development ▸ Test Update Notes and Bug Roundup ▸

The EverQuest forums have a new home at https://forums.everquest.com/.
All posts and threads have been migrated over.

## Test Update 6/8/16 - New Bugs Only

Discussion in 'Test Update Notes and Bug Roundup' started by Kethir, Jun 7, 2016.

Page 1 of 2   [1]   2   Next >

---

**Kethir**
Developer

This thread is for new bugs and how to reproduce them only. Please keep all opinions, discussions, posts about balance, and anything else in the other thread.

Patch notes and discussions thread

Kethir, Jun 7, 2016    #1   Last edited by Kethir, Jun 7, 2016

---

**Openhand**
New Member

Not a bug.

Openhand, Jun 8, 2016    #2   Last edited by Prathun, Jun 8, 2016

---

**Opius**
New Member

- 
- 
- 
- 
- 
- A bug to visible armour that when a power source is equipped doesn't add stats to Plane of Health armour purchased from the vendor in The 'Broken' Mirror.
- Steps to Reproduce:
  Get gear Equip power source
- Actual Result:
  Power Source provides no stats
- Expected Result:
  Power Source provides stats
- Please fix this as the CotF tier 2 group BP is better than the tier 2 BP from TBM.

Opius, Jun 8, 2016 #3

---



**--Voodoo--**
Augur

Magi at the LDoN camps (North Ro, South Ro, Butcherblock, Everfrost, and Commonlands) and in the Guild Lobby have suddenly become obsessed with Farstone magic, and are refusing to teleport to anywhere but Nedaria's Landing.

--Voodoo--, Jun 8, 2016 #4

---



**DeadRagarr**
Augur

TBM:

All HA's now pop up as expeditions as well as shared task. They don't seem to function properly as we were still able to zone others into the HA by sharing the /taskadd, but not the /dzadd. The zone seemed to ignore the DZ all together, but still pop up as if we had one.

This was tested on Grummus! as well as Decay Decreased.

DeadRagarr, Jun 12, 2016 #5

---



**adetia**
Monkess Wonder, Ruler of All

> DeadRagarr said: ↑
>
> TBM:
>
> All HA's now pop up as expeditions as well as shared task. They don't seem to function properly as we were still able to zone others into the HA by sharing the /taskadd, but not the /dzadd. The zone seemed to ignore the DZ all together, but still pop up as if we had one.
>
> This was tested on Grummus! as well as Decay Decreased.

I noticed this for plane of hate/fear last week.

adetia, Jun 12, 2016 #6

---



**--Voodoo--**
Augur

> --Voodoo-- said: ↑
>
> Magi at the LDoN camps (North Ro, South Ro, Butcherblock, Everfrost, and Commonlands) and in the Guild Lobby have suddenly become obsessed with Farstone magic, and are refusing to teleport to anywhere but Nedaria's Landing.

This is back. Went away the day after I posted this, but doing it again now.

--Voodoo--, Jun 13, 2016 #7

---

**Gyurika Godofwar**
Augur



For some reason people are crashing when zoning and when trying to log in are getting error 1017 about needing to patch but there is nothing to patch. Just started in the last few minutes. Not sure if it's affecting Live servers or not.

Gyurika Godofwar, Jun 16, 2016 #8

Pooneyboy likes this.

---

Gyurika Godofwar said: ↑

**-wycca**
Augur

> For some reason people are crashing when zoning and when trying to log in are getting error 1017 about needing to patch but there is nothing to patch. Just started in the last few minutes. Not sure if it's affecting Live servers or not.

I'm having this issue on quarm beta right now.

-wycca, Jun 16, 2016 #9

---

**Teao**
New Member

Can't log into test keep getting a 1017 error

Teao, Jun 17, 2016 #10

---

**Tiejinnie**
New Member

Same as Teao. Been getting 1017 error for the past 1hr+ trying to log into Test.

Can log into Live servers with no problems.

Tiejinnie, Jun 17, 2016 #11

---

**Gialana**
Augur
allaccess

> DeadRagarr said: ↑
>
>> TBM:
>>
>> All HA's now pop up as expeditions as well as shared task. They don't seem to function properly as we were still able to zone others into the HA by sharing the /taskadd, but not the /dzadd. The zone seemed to ignore the DZ all together, but still pop up as if we had one.
>>
>> This was tested on Grummus! as well as Decay Decreased.

Also happening for TBM missions (I haven't tried TBM HAs).

Gialana, Jun 17, 2016 #12

---

**EnchFWO**
Augur

> DeadRagarr said: ↑
>
>> TBM:
>>
>> All HA's now pop up as expeditions as well as shared task. They don't seem to function properly as we were still able to zone others into the HA by sharing the /taskadd, but not the /dzadd. The zone seemed to ignore the DZ all together, but still pop up as if we had one.
>>
>> This was tested on Grummus! as well as Decay Decreased.

This started happening with PoH: Revisited a few weeks ago as well. Difference is that Hate is coded as a task.

Seems something changed before this patch and then again after to also affect HA/missions.

EnchFWO, Jun 17, 2016 #13

---

Not a bug but have been getting an 1017 for past 6ish hours when logging into test.

**Platrat**
Journeyman

Platrat, Jun 17, 2016

#14

---



**JChan**
Developer





> **Gyurika Godofwar said:** ↑
>
> " For some reason people are crashing when zoning and when trying to log in are getting error 1017 about needing to patch but there is nothing to patch. Just started in the last few minutes. Not sure if it's affecting Live servers or not. "

1. Launchpad click on "Test" next to "Version:"
2. Click "Open Game Directory"
3. Delete eqhost.txt in that directory.
4. Close and re-open Launchpad.

If this doesn't fix the issue please post on this thread.

JChan, Jun 17, 2016

#15

---



**Gyurika Godofwar**
Augur



Test & Beta are both giving 1017 errors to everyone who tries to log in to either. Check the threads and you will see multiple posts in each mentioning it. I'll try your suggestion right quick and let you know if that helps.

Gyurika Godofwar, Jun 17, 2016

#16

---



**Benhan**
Journeyman

cant log into beta or test tried doing this 2x same error 1017 even restarted

Benhan, Jun 17, 2016

#17

---



**Flyingelf**
New Member

Tried your fix but unfortunately it did not fix my 1017 issue either

Flyingelf, Jun 17, 2016

#18

---



**gotwar**
Gotcharms

Jenn, check PM's for more info on when this issue started and how it's manifesting. I'm in game on Gotcharms, as soon as someone zones they will crash and be unable to re-enter. I'm assuming the same is happening on beta (not confirmed).

EQhost.txt, same pre-repatch and post-repatch:

Host=lvseq-test-l01.everquest.com:15900

Still 1017'd.

gotwar, Jun 17, 2016

#19

Gyurika Godofwar likes this.



**Gyurika Godofwar**
Augur



Same problem after trying the fix you posted.



Gyurika Godofwar, Jun 17, 2016                                                                                                                                 #20

Page 1 of 2  | 1 | 2 | Next >                                        (You must log in or sign up to reply here.)

Home ▸ Forums ▸ EverQuest Development ▸ Test Update Notes and Bug Roundup ▸

Home    Legal & Copyright Notices    Privacy Policy    Terms of Service    Photosensitive Warning    Cookie Preferences

©2025 Daybreak Game Company LLC. the Daybreak Game Company logo and EverQuest are registered trademarks of Daybreak Game Company LLC.

