# EXHIBIT 26



New posts    Search forums

Home > Forums > EverQuest Development > Test Update Notes and Bug Roundup >

## Quarm Beta Connection Issues

-wycca · Jun 17, 2016



**-wycca**
New member

Jun 17, 2016                                                                  #1

> **JChan said:** ⤴
>
> OK, things should be clearing up now, let us know if you still continue to experience connecting / zoning issues. Thanks.

This issue is not resolved for me. For beta - I was able to patch and login last night. Like everyone else, at some magic point around 3am EST, I zoned and got booted. I could not get in - kept getting the re-patch error when trying to load the server.



Home    Forums ▼    What's new ▼    Staff Tracker    Help    Sign in/Register    🔍

patcher via the launchpad. Attempting to bypass it gives the same message after server select as last night. I re-downloaded the beta client from the quarm beta sticky again even, and last night I validated all files - nothing helps. Live, in another install directory, patches & plays just fine.

Last edited: Jun 17, 2016



**JChan**
Head of Studio

Staff member
Developer
Moderator

Jun 17, 2016                                                                  #2

> **-wycca said:** ⤴
>
> This issue is not resolved for me. For beta - I was able to patch and login last night. Like everyone else, at some magic point around 3am EST, I zoned and got booted. I could not get in - kept getting the re-patch error when trying to load the server. Launchpad/patching worked fine though. Today I cannot even connect to the patcher via the launchpad. Attempting to bypass it gives the same message after server select as last night. I re-downloaded the beta client from the quarm beta sticky again even, and last night I validated all files - nothing helps. Live, in another install directory, patches & plays just fine.

Are you trying to connect to beta or test? Did you try deleting your eqhost.txt file? (Instructions at: https://forums.daybreakgames.com/eq...ate-6-8-16-new-bugs-only.233177/#post-3443554)



151
EXHIBIT 26

**-wycca**
New member

Jun 17, 2016    #3

> **JChan said:** ⤴
>
> Are you trying to connect to beta or test? Did you try deleting your eqhost.txt file? (Instructions at: https://forums.daybreakgames.com/eq...ate-6-8-16-new-bugs-only.233177/#post-3443554)
>
> Also what are your date / time modified values for eqgame.exe and eqmain.dll?

Beta, sorry.

EQgame modified - Yesterday, June 16, 2016, 7:16:05 AM - I'm on EST FYI.
EQMain modified - Yesterday, June 16, 2016, 7:18:11 AM

EQhost deleted manually - I can't get that far in launchpad. I just get -
"
LaunchPad was unable to connect. Please check the network connection or try again later. If the problem persists, please visit
https://help.daybreakgames.com

for assistance.
(4-503)"

Last edited: Jun 17, 2016

---



**JChan**
Head of Studio
Staff member
Developer
Moderator

Jun 17, 2016    #4

Ah it looks like you're hitting the common LaunchPad issues. Please try the steps in https://help.daybreakgames.com/hc/en-us/articles/217509478-Launchpad-is-stuck-or-won-t-download.

Particularly the Reset your Internet Options and Clear the LaunchPad Cache have resolved that issue for most people.

Last edited: Jun 20, 2016

---

**-wycca**
New member

Jun 17, 2016    #5

> **JChan said:** ⤴
>
> Ah it looks like you're hitting the common LaunchPad issues. Please try the steps in https://help.daybreakgames.com/hc/en-us/articles/217509478-Launchpad-is-stuck-or-won-t-download.

> Particularly the Reset you Internet Options and Clear the LaunchPad Cache have resolved that issue for most people.

Bingo. It was the reset internet options - cleared up launchpad and logging into beta. The information in that link may be a bit out of date, control panel for internet options wasn't an option on win7 for me, I just went into IE and got to it though. Thank you!

Last edited: Jun 17, 2016

---

**S**

**Shillyona**
New member

Jun 18, 2016  #6

> JChan said: ↑
> 
> Ah it looks like you're hitting the common LaunchPad issues. Please try the steps in https://help.daybreakgames.com/hc/en-us/articles/217509478-Launchpad-is-stuck-or-won-t-download.
> 
> Particularly the Reset you Internet Options and Clear the LaunchPad Cache have resolved that issue for most people.

Ive been having problems with an issue for about a week with this and this post fixed it finally! Thanks!

You must log in or register to reply here.

Share:       

Home › Forums › EverQuest Development › **Test Update Notes and Bug Roundup** ›

Legal Notices | Privacy Policy | Terms of Service | Photosensitive Warning | Cookies | Contact

  



©2024 Daybreak Game Company LLC. Daybreak, the Daybreak logo and EverQuest are trademarks or registered trademarks of Daybreak Game Company LLC. The ratings icon is a registered trademark of the Entertainment Software Association. All rights reserved.