# EXHIBIT 27



## » Server List

### » Ads

DONATE

| | | | |
|---|---|---|---|
| [U] | Unregistered | 1 | EQ_Open \|\| www.eqopen.com \|\| Start65 +Quest Lvls \| Custom in Dev |
| [U] | Unregistered | 1 | Everquest 20 - RoF2, Beta, Largely Legit, Flat Maths, Reitemized, Bots, Mercs |
| [U] | Unregistered | 1 | MarksDaBrave's ICEQ Server |
| [U] | Unregistered | 1 | Nothing2 seehere |
| [U] | Unregistered | 1 | Snackbar Kaboom |
| [U] | Unregistered | 1 | The Test Server |
| [U] | [View] | 0 | Raid Addicts (Fully Custom) |
| [U] | [View] | 0 | Alternate Universe |
| [U] | [View] | 0 | Dragons of Mist |
| [U] | [View] | 0 | EQ Fusion |
| [U] | [View] | Locked | Ghanjas Testbed |
| [U] | [View] | 0 | Jorna's Playground |
| [U] | [View] | 0 | MoD Realm |
| [U] | [View] | 0 | Morell-Thule: Resurrection |
| [U] | [View] | Locked | under construction - testing |
| [U] | [View] | 0 | [Test Server] The Hidden Forest |
| [U] | [View] | 0 | The Prime Healer |
| [U] | [View] | 0 | Wanderlust - Construction |
| [U] | [View] | 0 | [Progression]Wrath of Vulak Beta |
| [U] | Unregistered | 0 | --> EQBrowser.com <-- |
| [U] | Unregistered | 0 | !! `The Mystical Order` http://tmoguild.org |
| [U] | Unregistered | Locked | *Sanctuary* Fully Custom High Difficulty |
| [U] | Unregistered | 0 | Aendar PEQ |
| [U] | Unregistered | Locked | Blood of Turmoil --Server Live April 3rd-- |
| [U] | Unregistered | 0 | Cazic Thule - Guinevere - Shadow Council |
| [U] | Unregistered | 0 | CEQ by UniCorn - Test |
| [U] | Unregistered | Locked | Classic EverQuest with a Twist [Under Construction] |
| [U] | Unregistered | Locked | Crusaders Fellowship |
| [U] | Unregistered | Locked | Edge of Insanity |
| [U] | Unregistered | 0 | EverQuest Origins - ROF2 [Legit] |
| [U] | Unregistered | 0 | Hellious - Hardcore Velious Era |
| [U] | Unregistered | 0 | Hywn a private EQEMU server |
| [U] | Unregistered | 0 | Jer's Server |
| [U] | Unregistered | 0 | Kunark Solo - Mercs Enable |
| [U] | Unregistered | 0 | LANkato test server |
| [U] | Unregistered | 0 | MapTest |
| [U] | Unregistered | 0 | Millers |
| [U] | Unregistered | Locked | MyEQsf [(emu-Feb03MercsAndBots:RoF quests-r1634 db-r69 maps-r56) Spells GMcommands Legit] |
| [U] | Unregistered | 0 | New closed for testing |
| [U] | Unregistered | 0 | Protocol 45 |
| [U] | Unregistered | 0 | Secrets of Faydwer |
| [U] | Unregistered | 0 | Test Server - Imperium |

| » Server List | | | |
|---|---|---|---|
| [U] | Unregistered | 0 | The best server in this list |
| [U] | Unregistered | 0 | The Last Ruins |
| [U] | Unregistered | 0 | The Sand Box |
| [U] | Unregistered | Locked | WDG |
| [U] | Unregistered | 0 | Zophim's Playground |
| [U] | Unregistered | 0 | zzzzz Kayen Remote Production |
| [U] | Unregistered | 0 | [EU] Puny Earthlings (5x Exp, Progression, Bots, Custom quests and Augments) |
| [U] | [View] | Down | Synapsix_VMWare_Serv |
| [U] | [View] | Down | SirensBane |
| [U] | [View] | Down | Uthra's Progression Server |

All times are GMT -4. The time now is 11:27 PM.
Powered by vBadvanced CMPS v%1$s

---- EQemulator

Contact Us - EQEmulator - Archive - Top

EQemulator is a trademark of The EQEmulator Team.
Everquest is a registered trademark of Sony Computer Entertainment America Inc.
EQEmulator is not associated with Sony, SOE, & Affiliates, in any way.
Except where otherwise noted, this site is licensed under a Creative Commons License.

Powered by vBulletin®, Copyright ©2000 - 2015, Jelsoft Enterprises Ltd.
Template by Bluepearl Design and vBulletin Templates - Ver3.3
All material copyright of their respective artists.
All other materials Copyright© http://www.eqemulator.net.