# EXHIBIT 28



| » Ads | | » Server List | | |
|---|---|---|---|---|
| | | [U] | Unregistered | 3 | Vengeance |
| | | [U] | Unregistered | 3 | [EU] Puny Earthlings (5x Exp, Progression, Bots, Custom quests and Augments) |
| | | [U] | [View] | 2 | Lamron |
| | | [U] | [View] | 2 | [PROJECT AXCLASSIC] The Rathe |
| | | [U] | [View] | 1 | Morell-Thule: Resurrection |
| | | [U] | [View] | 1 | The Four Headed Dragon |
| | | [U] | [View] | Locked | Tixnu |
| | | [U] | Unregistered | 1 | Legacy of FrostStone [TEST] |
| | | [U] | Unregistered | 1 | MKRGames Test Server |
| | | [U] | Unregistered | Locked | Sargil's Abode |
| | | [U] | [View] | 0 | Nothing2 Seehere |
| | | [U] | [View] | 0 | Alternate Universe |
| | | [U] | [View] | 0 | Awakened Your Dragons |
| | | [U] | [View] | 0 | Celestial Mansion v.1 |
| | | [U] | [View] | Locked | New server in the making! |
| | | [U] | [View] | 0 | Dragons of Mist |
| | | [U] | [View] | 0 | Jorna's Playground |
| | | [U] | [View] | 0 | EQ Launchpad Dev |
| | | [U] | [View] | Locked | under construction - testing |
| | | [U] | [View] | Locked | RebuildEQ.com - Build Driven, Custom Storyline |
| | | [U] | [View] | 0 | Reign of Chaos |
| | | [U] | [View] | 0 | Return to Norrath - [Expansion: Vanilla - Titanium Only] |
| | | [U] | [View] | 0 | semper |
| | | [U] | [View] | 0 | SirensBane |
| | | [U] | [View] | 0 | some kind of test server |
| | | [U] | [View] | 0 | EQMacEmu Dev Server |
| | | [U] | [View] | 0 | [Test Server] The Hidden Forest |
| | | [U] | [View] | Locked | The LifeGuide (In Development) |
| | | [U] | [View] | 0 | [Progression]Wrath of Vulak Beta |
| | | [U] | Unregistered | 0 | UnityEQ.com-Unity3D WebGL client only |
| | | [U] | Unregistered | 0 | -=Test CEQ Server=- |
| | | [U] | Unregistered | 0 | -Anaprox's sandbox- |
| | | [U] | Unregistered | Locked | Adol's Server |
| | | [U] | Unregistered | 0 | Arts of Kunark |
| | | [U] | Unregistered | 0 | Baracuda |
| | | [U] | Unregistered | 0 | Ben's OldSkool EQ Server |
| | | [U] | Unregistered | 0 | BetterQuest.fr - Mieux qu'EverQuest, et en français ! (Dev server) |
| | | [U] | Unregistered | 0 | Dead Hand |
| | | [U] | Unregistered | Locked | Die in a Fire |
| | | [U] | Unregistered | Locked | EQGenesis |
| | | [U] | Unregistered | Locked | Firiona's Wonder |
| | | [U] | Unregistered | 0 | Geidi Prime |
| | | [U] | Unregistered | 0 | Halls Havoc Legit with Mercs |
| | | [U] | Unregistered | 0 | J-Rod's |
| | | [U] | Unregistered | 0 | Kenwenn's Home |

| » Server List | | | |
|---|---|---|---|
| [U] | Unregistered | 0 | MapTest |
| [U] | Unregistered | 0 | Secrets of Faydwer |
| [U] | Unregistered | 0 | sudoepoch - testing in progress |
| [U] | Unregistered | 0 | Tdayin's Realm |
| [U] | Unregistered | Locked | The Long Paw of Spankenstein |
| [U] | Unregistered | 0 | The Machine: Progression server (POP, ldon, LoY) |
| [U] | Unregistered | 0 | TKA_Test |
| [U] | Unregistered | 0 | zzzzz Kayen Remote Production |
| [U] | [View] | Down | testing grounds |
| [U] | [View] | Down | Z Test - Dark |
| [U] | [View] | Down | Blood and Rank |
| [U] | [View] | Down | MoD Realm |
| [U] | [View] | Down | Al's test server |
| [U] | [View] | Down | TheHiveTesting |
| [U] | [View] | Down | Dragon Ball Z |

All times are GMT -4. The time now is 11:26 PM.
Powered by vBadvanced CMPS v%1$s

---- EQEmulator    Contact Us - EQEmulator - Archive - Top

Everquest is a registered trademark of Daybreak Game Company LLC.
EQEmulator is not associated or affiliated in any way with Daybreak Game Company LLC.
Except where otherwise noted, this site is licensed under a Creative Commons License.

Powered by vBulletin®, Copyright ©2000 - 2016, Jelsoft Enterprises Ltd.
Template by Bluepearl Design and vBulletin Templates - Ver3.3