# EXHIBIT 29



| » Ads | | » Server List | | | |
|---|---|---|---|---|---|
| | | [U] | Unregistered | 1 | THE LUCID DREAM |
| | | [U] | [View] | 0 | !! Minnesota EQ - Powered by VMware ESXi 6 on SSD !! |
| | | [U] | [View] | 0 | Aftermath's Test Server |
| | | [U] | [View] | 0 | Awakened Your Dragons |
| | | [U] | [View] | 0 | Blood and Rank - Velious Era (GM EVENTS) |
| | | [U] | [View] | 0 | CoD |
| | | [U] | [View] | 0 | Dragons of Mist |
| | | [U] | [View] | Locked | Draketon |
| | | [U] | [View] | 0 | EQEMU1.CLOUDAPP.NET |
| | | [U] | [View] | 0 | EQ Zion |
| | | [U] | [View] | 0 | Legacy of FrostStone |
| | | [U] | [View] | 0 | Allen's Server [Don't be a *ick] |
| | | [U] | [View] | 0 | The Circle Jerks |
| | | [U] | [View] | 0 | Omni Guild of P99 |
| | | [U] | [View] | Locked | under construction - testing |
| | | [U] | [View] | 0 | Red Dawn |
| | | [U] | [View] | 0 | SirensBane |
| | | [U] | [View] | 0 | Sword of Hawks |
| | | [U] | [View] | 0 | EQMacEmu Dev Server |
| | | [U] | [View] | 0 | [Test Server] The Hidden Forest |
| | | [U] | [View] | 0 | Time Of Destiny |
| | | [U] | [View] | Locked | Not a Guild EQ |
| | | [U] | Unregistered | 0 | Acktack Server |
| | | [U] | Unregistered | 0 | Agalloch - In Development [Alpha Sign-Up - see MOTD] |
| | | [U] | Unregistered | 0 | Akkas Linux PEQ Installer (64GXDt) |
| | | [U] | Unregistered | 0 | Akkas Linux PEQ Installer (C11zED) |
| | | [U] | Unregistered | 0 | Akkas Linux PEQ Installer (ELfzFu) |
| | | [U] | Unregistered | 0 | Akkas Windows PEQ Installer (KDArRs) |
| | | [U] | Unregistered | 0 | Ascension |
| | | [U] | Unregistered | 0 | Ascension-Hammerfall [PoP] |
| | | [U] | Unregistered | 0 | Blackburrow's Revenge (Alpha) |
| | | [U] | Unregistered | 0 | Epidemic R99 Play Test Server |
| | | [U] | Unregistered | 0 | EQLocal |
| | | [U] | Unregistered | 0 | EverQuest: Fates of the Past (Semi-Classic, Progression, 2-box) |
| | | [U] | Unregistered | 0 | FF Server |
| | | [U] | Unregistered | Locked | Firiona's Wonder |
| | | [U] | Unregistered | 0 | Helios |
| | | [U] | Unregistered | 0 | Infused EQ Server |
| | | [U] | Unregistered | 0 | Inigo's Last Dream |
| | | [U] | Unregistered | 0 | J-Rod's |
| | | [U] | Unregistered | Locked | JPC Test Nagafen's Lair (Reborn) |
| | | [U] | Unregistered | 0 | Kazadooms Progression Server 2.0 |
| | | [U] | Unregistered | 0 | Keimo Test |
| | | [U] | Unregistered | 0 | Khalasar (The Great Grass Sea) |
| | | [U] | Unregistered | 0 | Morrell Thule |
| | | [U] | Unregistered | 0 | My_Home |

