# EXHIBIT 30



| » Ads | » Server List | | | |
|---|---|---|---|---|
| | [U] | [View] | 17 | [VoG] Visions of Grandeur |
| | [U] | [View] | 12 | Addicted Dads BETA [Progression/2box/PoP] |
| | [U] | [View] | 10 | AEQ |
| | [U] | [View] | 8 | Anon (Bots) |
| | [U] | [View] | 8 | EQAwakened |
| | [U] | [View] | 8 | The Gods of Norrath [Solo, 6 Box, Double XP] |
| | [U] | [View] | Locked | RebuildEQ.com - To get through locked, check details. |
| | [U] | Unregistered | 6 | CEQ1_Haide |
| | [U] | Unregistered | 6 | Everquest Yap World |
| | [U] | Unregistered | 6 | WingleWARE Public EQ Server |
| | [U] | [View] | 5 | [Hall of Heroes] [CEQ/oow/merc] |
| | [U] | [View] | 3 | [PROJECT AXCLASSIC] The Rathe |
| | [U] | Unregistered | 3 | Akkas Windows PEQ Installer (oxzd4I) |
| | [U] | Unregistered | 3 | FF POP |
| | [U] | Unregistered | Locked | Norrathian Champions of Norrath |
| | [U] | Unregistered | 3 | The Soulless |
| | [U] | [View] | 2 | Nagafen's Lair (3box,1-65,Classic-PoP Progression) |
| | [U] | [View] | 2 | EQ Exile (One IP) |
| | [U] | [View] | 2 | The Prime Healer (Titanium, Bots, OoW) |
| | [U] | Unregistered | 2 | Masteroshadows Server1 |
| | [U] | [View] | 1 | Envy of the Irish |
| | [U] | [View] | Locked | under construction - testing |
| | [U] | Unregistered | 1 | Akkas Windows PEQ Installer (Nvm37j) |
| | [U] | Unregistered | 1 | Akkas Windows PEQ Installer (tRoDTe) |
| | [U] | Unregistered | 1 | Hyperion's Test Server |
| | [U] | Unregistered | 1 | Shadows of Bane |
| | [U] | Unregistered | 1 | The Monday Club |
| | [U] | Unregistered | 1 | W EQ Server |
| | [U] | [View] | Locked | !! Minnesota EQ - Powered by VMware ESXi 6 on SSD !! |
| | [U] | [View] | 0 | A New Hope |
| | [U] | [View] | 0 | eq-emu |
| | [U] | [View] | 0 | Champions of Norrath |
| | [U] | [View] | Locked | Darkonites |
| | [U] | [View] | 0 | Halls Havoc - Buff Bots in Guild Lobby - Boxing Welcomed! |
| | [U] | [View] | 0 | Just Another EQ Server |
| | [U] | [View] | 0 | Lord of Flames |
| | [U] | [View] | 0 | Norrath's Elite Guard |
| | [U] | [View] | Locked | Paradigm Shift Test Server |
| | [U] | [View] | 0 | Project Larcen |
| | [U] | [View] | 0 | Rise of Zek - Kunark [Classic/PVP/Progression] (riseofzek.com) |
| | [U] | [View] | 0 | SirensBane |
| | [U] | [View] | 0 | Tempest Your Dragons |

| | | | » Server List |
|---|---|---|---|
| [U] | [View] | 0 | EQMacEmu Dev Server |
| [U] | [View] | Locked | Broken Cog |
| [U] | [View] | Locked | The Firiona Vie Project |
| [U] | [View] | 0 | [Test Server] The Hidden Forest |
| [U] | [View] | 0 | The Land Of Kush |
| [U] | [View] | 0 | The Void |
| [U] | [View] | 0 | Wanderlust ( Under Construction) |
| [U] | Unregistered | 0 | -The Lucid Dream- |
| [U] | Unregistered | 0 | <<<< TURBO Quest >>>> [In Development] |
| [U] | Unregistered | 0 | Action Park (unstable) |
| [U] | Unregistered | 0 | AEQ DEV |
| [U] | Unregistered | 0 | Aftermath Test Server |
| [U] | Unregistered | 0 | Akkas Linux PEQ Installer (2Vcz1A) |
| [U] | Unregistered | 0 | Akkas Linux PEQ Installer (ilZPmV) |
| [U] | Unregistered | 0 | Akkas Linux PEQ Installer (sAXQFC) |
| [U] | Unregistered | 0 | Akkas Windows PEQ Installer (2mO3wd) |
| [U] | Unregistered | 0 | Andromeda |
| [U] | Unregistered | 0 | Ashen Vendetta Server |
| [U] | Unregistered | 0 | BetterQuest.fr - Mieux qu'EverQuest, et en franÃƒÂ§ais ! (Dev server) |
| [U] | Unregistered | 0 | Bill's EQ Server(2018-5-02) |
| [U] | Unregistered | 0 | Blood Guard Playground |
| [U] | Unregistered | 0 | blue21 |
| [U] | Unregistered | Locked | Cascadia |
| [U] | Unregistered | 0 | Cool Kids Server |
| [U] | Unregistered | 0 | Cougartown and Creamy's Epic Soiree |
| [U] | Unregistered | 0 | Debian test |
| [U] | Unregistered | 0 | EQR Dev 1 |
| [U] | Unregistered | 0 | Everquest Personal Server |
| [U] | Unregistered | 0 | FF Server |
| [U] | Unregistered | Locked | Firiona's Wonder |
| [U] | Unregistered | 0 | Gehman Haus Custom |
| [U] | Unregistered | 0 | Home Server |
| [U] | Unregistered | 0 | Jays server |
| [U] | Unregistered | 0 | Kazadooms Progression Server 2.0 |
| [U] | Unregistered | 0 | Khalasar (The Great Grass Sea) |
| [U] | Unregistered | Locked | Lightning2000BETA |
| [U] | Unregistered | 0 | Lilbug24 |
| [U] | Unregistered | 0 | Magnaserver (PEQ Vanilla) |
| [U] | Unregistered | 0 | ManzoLab Internal Server |
| [U] | Unregistered | 0 | Marks EQ emulator |
| [U] | Unregistered | 0 | Maynard's Realm |
| [U] | Unregistered | 0 | Miskatonic EverQuest |

| | | | » Server List |
|---|---|---|---|
| [U] | Unregistered | 0 | Norrath |
| [U] | Unregistered | 0 | Oddenpower |
| [U] | Unregistered | 0 | Old World |
| [U] | Unregistered | 0 | Omen I |
| [U] | Unregistered | 0 | Overthelimit |
| [U] | Unregistered | 0 | Raspberry Pi 3 Test Server |
| [U] | Unregistered | 0 | Rick Test Server |
| [U] | Unregistered | 0 | S2K Test Server |
| [U] | Unregistered | 0 | Secrets of Faydwer |
| [U] | Unregistered | 0 | Skribe's Solo-Play Server [Bots, Fixed Classic Loot Tables, No Defiant Armor] |
| [U] | Unregistered | 0 | Stronghammer EQ Server |
| [U] | Unregistered | 0 | Tarew Marr: Unavailable |
| [U] | Unregistered | 0 | Tempest Your Dragons [DEV] |
| [U] | Unregistered | 0 | The Inner Circle [TiCRealm] |
| [U] | Unregistered | 0 | The Realm of AuxxZillary |
| [U] | Unregistered | 0 | THX1138 - Developer Server |
| [U] | Unregistered | 0 | Turanger Server |
| [U] | Unregistered | 0 | Vainte Bot Paradise (AFK Server) |
| [U] | Unregistered | 0 | Vengeance |
| [U] | Unregistered | Locked | Vengeance |
| [U] | Unregistered | 0 | Wevs Windows PEQ |
| [U] | Unregistered | 0 | Wrath of Zek - Edge of War (Development) |
| [U] | Unregistered | 0 | [PEQ] (Test) The Grand Creation - Omens of War |
| [U] | [View] | Down | Anon (Solo) |
| [U] | [View] | Down | Shenanigans |

All times are GMT -4. The time now is 10:40 PM.
Powered by vBadvanced CMPS v%1$s

---- EQEmulator  ▼

Contact Us - EQEmulator - Archive - Top

Everquest is a registered trademark of Daybreak Game Company LLC.
EQEmulator is not associated or affiliated in any way with Daybreak Game Company LLC.
Except where otherwise noted, this site is licensed under a Creative Commons License.

Powered by vBulletin®, Copyright ©2000 - 2018, Jelsoft Enterprises Ltd.
Template by Bluepearl Design and vBulletin Templates - Ver3.3