# EXHIBIT 31



172
EXHIBIT 31

| » Ads | » Server List | | | |
|---|---|---|---|---|
| | [U] | Unregistered | 11 | Solo+ hybrid friendly experiment |
| | [U] | Unregistered | 6 | Opp and Phillips' Old School EQ |
| | [U] | Unregistered | 5 | CEQ1_Haide |
| | [U] | [View] | 3 | Gods of Norrath [Time Locked Progression] |
| | [U] | [View] | 3 | The Prime Healer (Titanium, Bots, OoW) |
| | [U] | Unregistered | 3 | Access Denied EQ |
| | [U] | Unregistered | 3 | Dawn of Time - NO Defiant, Max 71 bots [Heavily Under Construction] |
| | [U] | Unregistered | 3 | Robby's Server |
| | [U] | [View] | 2 | Halls Havoc - Buff Bots in Guild Lobby - Boxing Welcomed! |
| | [U] | [View] | Locked | RebuildEQ.com - To get through locked, check details. |
| | [U] | [View] | 2 | Redemption EQ (PvP) |
| | [U] | Unregistered | 2 | ! !~[BP] PLAYBOT EQ ~! [lootreward,drugs,aug,solo,grp] |
| | [U] | Unregistered | 2 | BSA |
| | [U] | Unregistered | 2 | Omen I |
| | [U] | Unregistered | 2 | The Lucid Dream TEST |
| | [U] | [View] | 1 | A New Hope |
| | [U] | [View] | 1 | Nivek PEQ Multi-Boxing Server |
| | [U] | [View] | 1 | Tempest Your Dragons |
| | [U] | [View] | 1 | The Fallen Empire EQEmuServer |
| | [U] | [View] | Locked | The Firiona Vie Project |
| | [U] | [View] | 1 | [Hall of Heroes][ceq/Hero] |
| | [U] | [View] | 1 | [PROJECT AXCLASSIC] The Rathe |
| | [U] | [View] | 1 | [Return of Norrath] TAIWAN-EverQuest |
| | [U] | Unregistered | 1 | Akkas Windows PEQ Installer (ryEgEc) |
| | [U] | Unregistered | 1 | Bobby's World |
| | [U] | Unregistered | 1 | Coolest Kids |
| | [U] | Unregistered | 1 | EREO |
| | [U] | Unregistered | 1 | Fitzgerald Login Server |
| | [U] | Unregistered | Locked | Panther Test |
| | [U] | Unregistered | Locked | TCG Testing Server Setup (Please Ignore for now) |
| | [U] | [View] | Locked | VeritasMortem |
| | [U] | [View] | 0 | !! Minnesota EQ - Powered by VMware ESXi 6 on SSD !! |
| | [U] | [View] | 0 | day1 |
| | [U] | [View] | 0 | Agnarr [PoP, Instanced Raids, 3x Exp, Legit] |
| | [U] | [View] | 0 | Arcadia [Modern|Defiant|Bots|FastRegen] |
| | [U] | [View] | Locked | Darkonites |
| | [U] | [View] | 0 | Envy of the Irish |
| | [U] | [View] | 0 | Izixdim's Realm |
| | [U] | [View] | 0 | Just Another EQ Server |
| | [U] | [View] | 0 | Lord of Flames |
| | [U] | [View] | Locked | under construction - testing |
| | [U] | [View] | Locked | Paradigm Shift Test Server |

| » Server List | | | |
|---|---|---|---|
| [U] | [View] | 0 | Qeynos Cafe |
| [U] | [View] | Locked | Rise of Zek - Kunark [Classic/PVP/Progression] (riseofzek.com) |
| [U] | [View] | 0 | SirensBane |
| [U] | [View] | 0 | Talrin |
| [U] | [View] | 0 | EQMacEmu Dev Server |
| [U] | [View] | Locked | Broken Cog |
| [U] | [View] | 0 | [Test Server] The Hidden Forest |
| [U] | [View] | Pending | The Land Of Kush |
| [U] | [View] | 0 | The Void |
| [U] | Unregistered | 0 | <<<< TURBO Quest >>>> [In Development] |
| [U] | Unregistered | 0 | Action Park (unstable) |
| [U] | Unregistered | 0 | Addicted Dads BETA [Progression/2box/PoP] |
| [U] | Unregistered | 0 | Aftermath Test Server |
| [U] | Unregistered | 0 | Akkas Linux PEQ Installer (BkFC6x) |
| [U] | Unregistered | 0 | Akkas Linux PEQ Installer (klzfjJ) |
| [U] | Unregistered | 0 | Akkas Linux PEQ Installer (sAXQFC) |
| [U] | Unregistered | Locked | Akkas Linux PEQ Installer (ZeOF9O) |
| [U] | Unregistered | 0 | Akkas Test Server |
| [U] | Unregistered | 0 | Akkas Windows PEQ Installer (JiH9nA) |
| [U] | Unregistered | 0 | Army of One |
| [U] | Unregistered | 0 | Baldurs Quest |
| [U] | Unregistered | 0 | BetterQuest.fr - Mieux qu'EverQuest, et en franÃƒÂ§ais ! (Dev server) |
| [U] | Unregistered | 0 | Bill's EQ Server(2018-5-02) |
| [U] | Unregistered | 0 | Blood Guard Playground |
| [U] | Unregistered | Locked | Cascadia |
| [U] | Unregistered | 0 | Connell Clan |
| [U] | Unregistered | 0 | Cougartown and Creamy's Epic Soiree |
| [U] | Unregistered | 0 | DiggEQ |
| [U] | Unregistered | 0 | EQ Rehauled |
| [U] | Unregistered | 0 | EQ20: Reloaded (Alpha) |
| [U] | Unregistered | 0 | ErikSigvard |
| [U] | Unregistered | 0 | EternalNight [Mercs] +Blightfire +Arcstone +Devastation |
| [U] | Unregistered | 0 | FF Server |
| [U] | Unregistered | 0 | Gimme The Loot |
| [U] | Unregistered | Locked | Hero's Respite [Custom / Bots / Solo] |
| [U] | Unregistered | 0 | Heroes of Terminus |
| [U] | Unregistered | 0 | J-U-D's Realm of Hell |
| [U] | Unregistered | 0 | Kazadooms Progression Server 2.0 |
| [U] | Unregistered | Locked | Khalasar (The Great Grass Sea) |
| [U] | Unregistered | 0 | Maerou's EQ Titanium Server |
| [U] | Unregistered | 0 | Maynard's Realm |
| [U] | Unregistered | 0 | Miskatonic EverQuest |

## » Server List

| | | | |
|---|---|---|---|
| [U] | Unregistered | 0 | My House Is Blue |
| [U] | Unregistered | 0 | Norrath |
| [U] | Unregistered | 0 | Old World |
| [U] | Unregistered | 0 | Raspberry Pi 3 Test Server |
| [U] | Unregistered | 0 | Secrets of Faydwer |
| [U] | Unregistered | 0 | Self Word |
| [U] | Unregistered | 0 | Special K |
| [U] | Unregistered | Locked | Tdayin's Realm |
| [U] | Unregistered | 0 | Test Please Ignore |
| [U] | Unregistered | 0 | TGP's Test Server |
| [U] | Unregistered | Locked | The BAMFs II |
| [U] | Unregistered | 0 | The Inner Circle [TiCRealm] |
| [U] | Unregistered | 0 | The King's Lair (Vanilla EQEmu Server) |
| [U] | Unregistered | 0 | The Realm of AuxxZillary |
| [U] | Unregistered | 0 | THX1138 - Developer Server |
| [U] | Unregistered | 0 | Turanger Server |
| [U] | Unregistered | 0 | Unrepentant EQEMU Server |
| [U] | Unregistered | 0 | World of Molecraft |
| [U] | Unregistered | 0 | Wrath of Zek - Edge of War (Development) |
| [U] | Unregistered | 0 | ZZTesterFQDV |
| [U] | Unregistered | Locked | [Alpha] BattleQuest Arena |
| [U] | Unregistered | 0 | [PEQ] (Test) The Grand Creation - Omens of War |
| [U] | [View] | Down | OG Test |
| [U] | [View] | Down | Blackburrow Progression(Alpha,2Boxing) |
| [U] | [View] | Down | Eternal Norrath (Alternate TLP) |
| [U] | [View] | Down | Aegis Test Server |
| [U] | [View] | Down | Taiwan-TEST |
| [U] | [View] | Down | Blood and Rank (GM Events/3box/PoP/Double XP) |
| [U] | [View] | Down | Loremaster |
| [U] | [View] | Down | Tempest Your Dragons [DEV] |
| [U] | [View] | Down | Varlyndria |

All times are GMT -4. The time now is 08:43 PM.
Powered by vBadvanced CMPS v%1$s

---- EQEmulator

Contact Us - EQEmulator - Archive - Top

Everquest is a registered trademark of Daybreak Game Company LLC.
EQEmulator is not associated or affiliated in any way with Daybreak Game Company LLC.
Except where otherwise noted, this site is licensed under a Creative Commons License.

Powered by vBulletin®, Copyright ©2000 - 2019, Jelsoft Enterprises Ltd.
Template by Bluepearl Design and vBulletin Templates - Ver3.3