# EXHIBIT 32



| » Ads | » Server List | | | |
|---|---|---|---|---|
| | [U] | [View] | 8 | Shadowrest |
| | [U] | [View] | 7 | The Experience |
| | [U] | [View] | 6 | Loot Hunters 2 |
| | [U] | [View] | 6 | Everlasting Life |
| | [U] | [View] | 6 | [VoG] Visions of Grandeur |
| | [U] | Unregistered | 6 | Play-Scroll |
| | [U] | Unregistered | 6 | Shogon |
| | [U] | [View] | 5 | New Freeport [Fully Custom] |
| | [U] | [View] | 5 | VegasEQ \| Velious \| Random Drops \| 3x EXP \| QoL |
| | [U] | [View] | 4 | Rolath |
| | [U] | [View] | 3 | Æ Alternate Everquest 3 Box/Custom |
| | [U] | [View] | 3 | Aussie Crew |
| | [U] | [View] | 3 | Rise of Zek 1.0 [Luclin/PVP/Progression](riseofzek.com) |
| | [U] | Unregistered | Locked | [Deez Games] https://deez.games |
| | [U] | Unregistered | 3 | COVID-19 Solo Yolo |
| | [U] | Unregistered | 3 | Curtin's Custom EQ Server |
| | [U] | Unregistered | 3 | The Dragon's Roost |
| | [U] | [View] | 2 | day1 |
| | [U] | [View] | 2 | Descent of Darkness: Solo, Bots, Random Loot |
| | [U] | [View] | 2 | OurPithServer |
| | [U] | [View] | 2 | Rise of Zek - Kunark [Classic/PVP/Progression] (riseofzek.com) |
| | [U] | [View] | 1 | Alternitys Edge |
| | [U] | [View] | Locked | EQAwakened |
| | [U] | [View] | 1 | Darkonites |
| | [U] | [View] | 1 | Karana (x3 XP, Mercs, Speed) |
| | [U] | [View] | Locked | Relapse #4. |
| | [U] | [View] | 1 | EQMacEmu Dev Server |
| | [U] | Unregistered | 1 | $MHN development |
| | [U] | Unregistered | Locked | A Server |
| | [U] | Unregistered | 1 | Akkas Windows PEQ Installer (Tkuc6R) |
| | [U] | Unregistered | 1 | Bobby's World |
| | [U] | Unregistered | 1 | Demon Monkey |
| | [U] | Unregistered | 1 | Drinal |
| | [U] | Unregistered | 1 | Home Everquest Offline Server |
| | [U] | Unregistered | 1 | HTS |
| | [U] | Unregistered | 1 | Mortal Saga's |
| | [U] | Unregistered | 1 | Probably need to rebuild db |
| | [U] | Unregistered | 1 | Rodd of Chaos |
| | [U] | Unregistered | 1 | Scrubs Hovel |
| | [U] | Unregistered | 1 | Winston Home |
| | [U] | [View] | 0 | Flavortown (Velious, Progression to PoP, Raid Focused, Char Transfer/Clone, Guild/Group Xfers Welcome) |
| | [U] | [View] | 0 | !The King's Lair (Solo Tuned EQEmu Server) |

| » Server List | | | |
|---|---|---|---|
| [U] | [View] | Locked | Bastion of Thunder [Dev Box] |
| [U] | [View] | 0 | Craigs EverlyQuest World 1 (CEQW-01) |
| [U] | [View] | 0 | Dungeon EQ - Roguelike Dungeon Crawling (Solo) - Hardcore mode |
| [U] | [View] | Locked | Legacy of FrostStone |
| [U] | [View] | 0 | Halls Havoc - Supporting Boxing(up to 4), Classic thru Velious. Raid zones set up for 1-2 groups. |
| [U] | [View] | 0 | Hellefire |
| [U] | [View] | 0 | Honeytree - AWS |
| [U] | [View] | 0 | Kingdom Dragons |
| [U] | [View] | 0 | Luclin Reborn |
| [U] | [View] | 0 | Nova |
| [U] | [View] | Locked | under construction - testing |
| [U] | [View] | 0 | Raisk's Realm |
| [U] | [View] | 0 | Sullon Zek Reborn |
| [U] | [View] | 0 | [Test Server] The Hidden Forest |
| [U] | [View] | 0 | WoW-TW Everquest |
| [U] | [View] | 0 | Wrath Of Zek - Edge of War |
| [U] | [View] | 0 | [Hall of Heroes][ceq/Hero] |
| [U] | [View] | 0 | [PROJECT AXCLASSIC] The Rathe |
| [U] | [View] | 0 | [PROJECT AXCLASSIC] The Rathe UK |
| [U] | [View] | 0 | [Return of Norrath] China-EverQues |
| [U] | Unregistered | Locked | EQ Reborn - Test Server [Velious] |
| [U] | Unregistered | Locked | EQR Dev |
| [U] | Unregistered | Locked | EQR QA |
| [U] | Unregistered | 0 | ![SEQ]Sanctuary - 30 Custom Classes - Difficult Custom Server |
| [U] | Unregistered | 0 | $pooky!! HorrorQuest (In Development) |
| [U] | Unregistered | 0 | < Guild > Test Server |
| [U] | Unregistered | 0 | A2019 MyEQsf [Mercs&Bots;:RoF2 Spells GMcommands Legit] |
| [U] | Unregistered | 0 | Action Park (unstable) |
| [U] | Unregistered | 0 | Aeternum (Test) |
| [U] | Unregistered | 0 | Akkas Linux PEQ Installer (79DUce) |
| [U] | Unregistered | 0 | Akkas Windows PEQ Installer (KMZpv5) |
| [U] | Unregistered | 0 | Akkas Windows PEQ Installer (v1EHBq) |
| [U] | Unregistered | 0 | Akkas Windows PEQ Installer (YZk2JD) |
| [U] | Unregistered | 0 | An interesting hole |
| [U] | Unregistered | 0 | Ashons solo server test |
| [U] | Unregistered | 0 | BC Test |
| [U] | Unregistered | 0 | Bear Hug Productions Test Server |
| [U] | Unregistered | 0 | Bogard_EQ |
| [U] | Unregistered | 0 | Crealm2 |
| [U] | Unregistered | 0 | Dolalin's Docker EQEMU for Splitpaw Testing |
| [U] | Unregistered | 0 | Duffman_DK EQ Server |

| | | | » Server List |
|---|---|---|---|
| [U] | Unregistered | 0 | EternalLife PEQ Server + BOTs |
| [U] | Unregistered | 0 | EverMore |
| [U] | Unregistered | 0 | FF POP |
| [U] | Unregistered | 0 | Fitzgerald Login Server |
| [U] | Unregistered | 0 | Floof Server |
| [U] | Unregistered | 0 | Frogpond |
| [U] | Unregistered | 0 | Glavid's Realm |
| [U] | Unregistered | 0 | Go Group 55 |
| [U] | Unregistered | 0 | Highpoint Station PEQ (Thoof) |
| [U] | Unregistered | 0 | HisO -Legit. Under Construction |
| [U] | Unregistered | 0 | HoneyTree |
| [U] | Unregistered | 0 | Hyperion Test Server |
| [U] | Unregistered | 0 | JP's Murloc Server |
| [U] | Unregistered | 0 | Jrod |
| [U] | Unregistered | 0 | Juffland |
| [U] | Unregistered | 0 | Larrys EQTest Server |
| [U] | Unregistered | 0 | Ljus |
| [U] | Unregistered | 0 | Lord BetaWolf's Server (PEQ/Boxing/Bots) |
| [U] | Unregistered | 0 | Maerou's EQ Titanium Server |
| [U] | Unregistered | 0 | Maynard's Realm |
| [U] | Unregistered | 0 | Nasgul's Respite |
| [U] | Unregistered | 0 | Nerd Norrath |
| [U] | Unregistered | 0 | NeverRest EQ Server |
| [U] | Unregistered | 0 | New Game Plus - Public Test |
| [U] | Unregistered | 0 | Norrath |
| [U] | Unregistered | 0 | Nyghtshade Ivy |
| [U] | Unregistered | 0 | Old Faithful |
| [U] | Unregistered | 0 | Pavins Pride |
| [U] | Unregistered | 0 | PEQ Expansions |
| [U] | Unregistered | 0 | Practice Realm |
| [U] | Unregistered | 0 | Prexus |
| [U] | Unregistered | 0 | Regression the Server. This wont be up long; dont get attached. |
| [U] | Unregistered | 0 | Scrubfires Yearning |
| [U] | Unregistered | 0 | Secrets of Faydwer |
| [U] | Unregistered | 0 | Sonvens' Realm |
| [U] | Unregistered | 0 | Star Wars Classic EQ WoW-mod DEATHMATCH 24/7 |
| [U] | Unregistered | 0 | Stark Family Server |
| [U] | Unregistered | 0 | Super Ethical Suprise Mechanics |
| [U] | Unregistered | 0 | TFMG - Friendly [Bots,Mercs,Solo/Group] Server |
| [U] | Unregistered | 0 | Thanks for all the fish |
| [U] | Unregistered | Locked | The Adventure Reborn |
| [U] | Unregistered | 0 | The Forgotten World(HQWb1Y) |

180
EXHIBIT 32

| | | | » Server List |
|---|---|---|---|
| [U] | Unregistered | 0 | The OGO Server (solo friendly) |
| [U] | Unregistered | 0 | The Sandbox (24x7 Legit-Custom) |
| [U] | Unregistered | 0 | TQPS EverQuest Server |
| [U] | Unregistered | 0 | Yates Server |
| [U] | Unregistered | 0 | Z's Playground |
| [U] | Unregistered | 0 | [PEQ Test] The Grand Creation - Omens of War |
| [U] | Unregistered | Locked | [TDE] The Dark Exile |
| [U] | Unregistered | 0 | æ˜Ÿä¹‹æ™¨æ›¦ |
| [U] | [View] | Down | Inorpo Test Server |
| [U] | [View] | Down | Mithaniel Marr |
| [U] | [View] | Down | The Fallen Empire EQEmuServer |
| [U] | [View] | Down | Profusion (Moguay TEST Server) |
| [U] | [View] | Down | Envy of the Irish |
| [U] | [View] | Down | EQ Replay (incubating) |
| [U] | [View] | Down | JJ's PEQ Testbed |
| [U] | [View] | Down | Lanys T'Vyl |
| [U] | [View] | Down | Profusion (Enine TEST Server) |
| [U] | [View] | Down | ProjectE-Dev |
| [U] | [View] | Down | Return of The Sleeper (Velious Era) |
| [U] | [View] | Down | Test Jaup |
| [U] | [View] | Down | The Realm |
| [U] | [View] | Down | Legends |

All times are GMT -4. The time now is 10:55 PM.
Powered by vBadvanced CMPS v%1$s

---- EQEmulator

Contact Us - EQEmulator - Archive - Top

Everquest is a registered trademark of Daybreak Game Company LLC.
EQEmulator is not associated or affiliated in any way with Daybreak Game Company LLC.
Except where otherwise noted, this site is licensed under a Creative Commons License.

Powered by vBulletin®, Copyright ©2000 - 2020, Jelsoft Enterprises Ltd.
Template by Bluepearl Design and vBulletin Templates - Ver3.3