# EXHIBIT 33



| | » Ads | | | » Server List | | |
|---|---|---|---|---|---|---|
| | | | [U] | [View] | 9 | Hellefire |
| | | | [U] | [View] | 8 | QoL Server (Under Development) |
| | | | [U] | [View] | 7 | ANCIENT TOMB OF KERAFYRM |
| | | | [U] | [View] | 6 | [TDE] The Dark Exile |
| | | | [U] | Unregistered | 6 | Deletar Swiftstrike -- [5x XP] [5x Item Stats] Otherwise Vanilla |
| | | | [U] | Unregistered | 6 | Bigglesworth House of Horror |
| | | | [U] | Unregistered | 6 | Bone Chewer Test Server |
| | | | [U] | [View] | 5 | Everlasting Life |
| | | | [U] | [View] | 4 | Aussie Crew |
| | | | [U] | [View] | 4 | Dozekar (YOAwuU) |
| | | | [U] | [View] | 3 | Lost Empire |
| | | | [U] | [View] | 3 | Casual Dreams: Solo PoP |
| | | | [U] | [View] | 2 | [PROJECT AXCLASSIC] The Rathe |
| | | | [U] | Unregistered | 2 | EQFC - (Velious, PvP Tournaments) |
| | | | [U] | Unregistered | 2 | Testing |
| | | | [U] | [View] | 1 | Matrix-EQ |
| | | | [U] | [View] | 1 | Reign of Thule -- (PvP) |
| | | | [U] | [View] | 1 | The OGO Server (solo friendly - bots, fast rest, no xp loss, no corpse runs, no spell components, auto-scribe, auto-skill, free Quality of Life items) |
| | | | [U] | Unregistered | 1 | Akkas Windows PEQ Installer (Fg8I7j) |
| | | | [U] | Unregistered | 1 | BG |
| | | | [U] | Unregistered | 1 | Kinsmen - Wings of Wrath |
| | | | [U] | Unregistered | Locked | Laz Test |
| | | | [U] | Unregistered | 1 | Venerate Practice Server |
| | | | [U] | Unregistered | 1 | yawgs new server - dev |
| | | | [U] | Unregistered | Locked | z!! Project Reminiscence: Shadowed Honor !!z |
| | | | [U] | [View] | 0 | Flavortown (Velious, Progression to PoP, Raid Focused, Char Transfer/Clone, Guild/Group Xfers Welcome) |
| | | | [U] | [View] | 0 | EQEmpires: Time-Locked Progression (Coming Soon!!) |
| | | | [U] | [View] | 0 | VegasEQ | Velious | Random Drops | 3x EXP | QoL |
| | | | [U] | [View] | 0 | Cazic-Thule |
| | | | [U] | [View] | 0 | [VoG] Visions of Grandeur |
| | | | [U] | [View] | 0 | !The King's Lair (Solo Tuned EQEmu Server) |
| | | | [U] | [View] | 0 | Alternitys Edge |
| | | | [U] | [View] | 0 | Daerma Adventures |
| | | | [U] | [View] | 0 | Descent of Darkness: Solo, Bots, Random Loot |
| | | | [U] | [View] | Locked | Elder Dragons, Heart of Heros [closed beta] |
| | | | [U] | [View] | 0 | EQLive Germany |
| | | | [U] | [View] | 0 | Halls Havoc - Supporting Boxing(up to 4), Classic thru Velious. Raid zones set up for 1-2 groups. |
| | | | [U] | [View] | 0 | Ixi - Dev3 |
| | | | [U] | [View] | 0 | Kingdom Dragons |
| | | | [U] | [View] | 0 | Luclin Reborn |

| | | | » Server List |
|---|---|---|---|
| [U] | [View] | Locked | under construction - testing |
| [U] | [View] | 0 | Pryme's World: Globo-Gem Inc. |
| [U] | [View] | 0 | Raid Addicts (Fully Custom) [Solo/Group/Raid] |
| [U] | [View] | 0 | Raisk's Realm |
| [U] | [View] | Locked | Riot Test Server |
| [U] | [View] | 0 | Rise of Zek - Kunark [Classic/PVP/Progression] (riseofzek.com) |
| [U] | [View] | 0 | Rolath |
| [U] | [View] | 0 | EQMacEmu Dev Server |
| [U] | [View] | Locked | The Forgotten World |
| [U] | [View] | 0 | [Test Server] The Hidden Forest |
| [U] | [View] | 0 | The Prime Healer (Titanium, Bots, OoW) |
| [U] | [View] | 0 | The Void |
| [U] | Unregistered | 0 | Play-Scroll |
| [U] | Unregistered | 0 | Classic EverQuest with a Twist (New/Revamped Zones, Bots Enabled, Level Cap 65) |
| [U] | Unregistered | Locked | Clumsy's World [Test] |
| [U] | Unregistered | Locked | EQ Reborn - Test Server [Velious] |
| [U] | Unregistered | Locked | EQR Dev |
| [U] | Unregistered | 0 | < Vanquish > Test Server |
| [U] | Unregistered | 0 | A2019 MyEQsf [Mercs&Bots;:RoF2 Spells GMcommands] |
| [U] | Unregistered | 0 | Aegis Test Server1 |
| [U] | Unregistered | 0 | Akkas Windows PEQ Installer (hlAQBU) |
| [U] | Unregistered | Locked | Akkas Windows PEQ Installer (j4W7Ed) |
| [U] | Unregistered | 0 | Alternate Everquest |
| [U] | Unregistered | 0 | An interesting hole |
| [U] | Unregistered | 0 | Bamphf - Dev Server |
| [U] | Unregistered | 0 | Black Lotus |
| [U] | Unregistered | 0 | Boogs |
| [U] | Unregistered | 0 | Carpe Diem - EU (Open Beta) |
| [U] | Unregistered | 0 | Cyan Bloodbane |
| [U] | Unregistered | Locked | Dark Star - First Build |
| [U] | Unregistered | 0 | Dencelle's Test Server |
| [U] | Unregistered | 0 | Dolalin's Classic Splitpaw Test Server |
| [U] | Unregistered | 0 | EQC1 |
| [U] | Unregistered | 0 | EQTest |
| [U] | Unregistered | 0 | Everquest |
| [U] | Unregistered | 0 | Exo's House of Pain |
| [U] | Unregistered | 0 | Fitzgerald Login Server |
| [U] | Unregistered | 0 | Glavid's Realm |
| [U] | Unregistered | 0 | Hyyrtopia Server (bardless) |
| [U] | Unregistered | Locked | KillaNovaTEST |
| [U] | Unregistered | 0 | ManzoLab Linux server |
| [U] | Unregistered | 0 | Pony Server |

