# EXHIBIT 34



| » Ads | » Server List | | | |
|---|---|---|---|---|
| | [U] | [View] | 16 | The Fabled Stomping Grounds - Solo/Custom T3 Live |
| | [U] | [View] | 14 | Aussie Crew |
| | [U] | [View] | 14 | VegasEQ - Planes of Power [Legit, Random Drops, Bots, QoL & Much More] |
| | [U] | [View] | 10 | RetroQuest - Level 1-60 + QoL, Classic EQ |
| | [U] | [View] | 7 | Karana (x3 XP, Bots, Speed) |
| | [U] | [View] | 7 | [Return of Norrath] TAIWAN-EverQuest |
| | [U] | [View] | 6 | Everlasting Life Server |
| | [U] | [View] | 5 | maceraid |
| | [U] | [View] | 5 | Casual Dreams: Solo PoP |
| | [U] | [View] | 5 | Descent of Darkness: Solo, Bots, Random Loot |
| | [U] | [View] | 4 | [PROJECT AXCLASSIC] The Rathe |
| | [U] | [View] | 2 | Rolath |
| | [U] | [View] | 2 | Roughnecks PEQ |
| | [U] | [View] | 2 | ![SEQ]Sanctuary - 30 Custom Classes - Difficult Custom Server |
| | [U] | [View] | 1 | EQEmpires: Time-Locked Progression (Coming Soon!!) |
| | [U] | [View] | Locked | Quillmane |
| | [U] | [View] | 1 | Shadowquest |
| | [U] | [View] | Locked | Kimura's Server (Under Development) |
| | [U] | [View] | Locked | The Heroes' Journey EQEmu |
| | [U] | [View] | 1 | Vegarlson Asylum |
| | [U] | [View] | 1 | White Rhino |
| | [U] | [View] | 0 | A Force of Will |
| | [U] | [View] | 0 | Alternitys Edge |
| | [U] | [View] | 0 | An Interesting Hole |
| | [U] | [View] | 0 | AQuietPlace |
| | [U] | [View] | 0 | Axom Test Server |
| | [U] | [View] | 0 | Bad Omen PEQ Server (Private) |
| | [U] | [View] | 0 | Bastion Everquest Server |
| | [U] | [View] | 0 | Bills EQ Server (2022-09-04) |
| | [U] | [View] | 0 | Classic+ [Titanium] |
| | [U] | [View] | Locked | Clumsy's World [Test] |
| | [U] | [View] | 0 | Crystal Palace |
| | [U] | [View] | 0 | Tibbs Playground |
| | [U] | [View] | 0 | Dencelle Test Server |
| | [U] | [View] | 0 | Divine Reapers [US][LIVE-XP+MERCS] |
| | [U] | [View] | 0 | EQ PoPower [PoPower.Net] Planes of Power game emulator |
| | [U] | [View] | Locked | EQR Dev |
| | [U] | [View] | 0 | Flavortown (Velious, Progression to PoP, Raid Focused, Char Transfer/Clone, Guild/Group Xfers Welcome) |
| | [U] | [View] | 0 | Focker's Everquest Test Server |
| | [U] | [View] | 0 | ForeverEQ |
| | [U] | [View] | Locked | Forgotten World |

| | | | » Server List |
|---|---|---|---|
| [U] | [View] | 0 | Furinex |
| [U] | [View] | 0 | Gnoman's Land |
| [U] | [View] | 0 | Gotterdammerung Solo server |
| [U] | [View] | 0 | [Hall of Heroes][ceq/Hero] |
| [U] | [View] | 0 | Hellefire |
| [U] | [View] | 0 | IDGAF Family Server |
| [U] | [View] | Locked | Jas Test |
| [U] | [View] | 0 | Kingdom Dragons |
| [U] | [View] | Locked | Laz Test |
| [U] | [View] | 0 | Leininger EQ Server |
| [U] | [View] | 0 | Luclin Reborn |
| [U] | [View] | 0 | Morell-Thule: Resurrection (Non-Legit) |
| [U] | [View] | 0 | Morte Test Server |
| [U] | [View] | 0 | Norrath: The Age of Turmoil |
| [U] | [View] | 0 | Oddenpower |
| [U] | [View] | Locked | under construction - testing |
| [U] | [View] | Locked | Pryme's World: Globo-Gem Inc. |
| [U] | [View] | 0 | Retribution |
| [U] | [View] | 0 | Riot ( Test Server) |
| [U] | [View] | 0 | Skribe-ExpansionsDev |
| [U] | [View] | 0 | Static EQ |
| [U] | [View] | 0 | EQMacEmu Development Server |
| [U] | [View] | 0 | Elysium |
| [U] | [View] | Locked | The Forgotten World |
| [U] | [View] | 0 | !The King's Lair (Solo Tuned EQEmu Server) |
| [U] | [View] | 0 | The OGO Server (solo friendly - bots, fast rest, no xp loss, no corpse runs, no spell components, auto-scribe, auto-skill, free Quality of Life items) |
| [U] | [View] | 0 | The Prime Healer (Titanium, Bots, OoW) |
| [U] | [View] | 0 | The Void |
| [U] | [View] | 0 | Tribes of Kunark |
| [U] | [View] | 0 | UltimateEQ Next |
| [U] | [View] | 0 | UOQuest |
| [U] | [View] | 0 | Vallhalls's Einherjar |
| [U] | [View] | 0 | [VoG] Visions of Grandeur |
| [U] | [View] | 0 | Wayfarers Haven Development |
| [U] | [View] | 0 | WorldSeed |
| [U] | [View] | Down | Middle Aged Gamers Association Server |
| [U] | [View] | Down | Reign of Anarchy |
| [U] | [View] | Down | Augamania |
| [U] | [View] | Down | Equilibrium (Under Development) |
| [U] | [View] | Down | LUCID DREAM |
| [U] | [View] | Down | rebooting now |
| [U] | [View] | Down | Sleeks |

| | | | » Server List |
|---|---|---|---|
| [U] | [View] | Down | Testing Stuff |
| [U] | [View] | Down | UltimateEQ |
| [U] | [View] | Down | Aeternum (Test-Bed) |
| [U] | [View] | Down | Project Gate[Velious] |
| [U] | [View] | Down | alternate everquest dev |
| [U] | [View] | Down | Bivouac Server |
| [U] | [View] | Down | cohpvplol |
| [U] | [View] | Down | DeadZergling Server |
| [U] | [View] | Down | EQ Might Test |
| [U] | [View] | Down | Markusdabrave's World |
| [U] | [View] | Down | JR Test Server |
| [U] | [View] | Down | LDK |
| [U] | [View] | Down | Dragon Ball Z |
| [U] | [View] | Down | Project VZTZ [PVP/Semi-Classic/Custom] |
| [U] | [View] | Down | Sarthins Wonderous Creation |
| [U] | [View] | Down | SentientGenesis Test Server |
| [U] | [View] | Down | Strentax Testing |
| [U] | [View] | Down | Timberowl |
| [U] | [View] | Down | Tortuga Azul |
| [U] | [View] | Down | VEQ Test |
| [U] | [View] | Down | ZorNet's Official EQ Server |
| [U] | [View] | Down | zzztest |
| [U] | [View] | Down | |

All times are GMT -4. The time now is 10:57 PM.
Powered by vBadvanced CMPS v%1$s

---- EQEmulator                            EQEmulator - Archive - Top

Everquest is a registered trademark of Daybreak Game Company LLC.
EQEmulator is not associated or affiliated in any way with Daybreak Game Company LLC.
Except where otherwise noted, this site is licensed under a Creative Commons License.

Powered by vBulletin®, Copyright ©2000 - 2022, Jelsoft Enterprises Ltd.
Template by Bluepearl Design and vBulletin Templates - Ver3.3