# EXHIBIT 35





| » Log in | | » Server List | | | |
|---|---|---|---|---|---|
| | | [U] | [View] | 188 | EQTitan [Legit PoP/LDoN/GoD] |
| ☑ Remember Me? | | [U] | [View] | 107 | EQ ProFusion |
| Log in | | [U] | [View] | 36 | Dragon Soul |
| Not a member yet? Register Now! | | [U] | [View] | 8 | Raid Addicts (Fully Custom) [Solo/Group/Raid] |
| » Search Forums | | [U] | [View] | 4 | Clumsy's World [Velious, Semi-Custom, QoL+] |
| | | [U] | [View] | 2 | FVP - The Firiona Vie Project (Kunark) |
| Go | | [U] | [View] | Locked | Rogean Development |
| » Advanced Search | | [U] | [View] | 0 | The Dark Exile |
| | | Version | Server Information | Status | Standard Servers |
| | | [U] | [View] | 2569 | The Heroes' Journey [Multiclass, Solo\Duo, No-Box] |
| | | [U] | [View] | 430 | The Convergence |
| | | [U] | [View] | 98 | EQ Might |
| | | [U] | [View] | 73 | -Dalaya- |
| | | [U] | [View] | 65 | Shelter of the Banned |
| | | [U] | [View] | 30 | TAKP TLP |
| | | [U] | [View] | 29 | Shadowed Eclipse |
| | | [U] | [View] | 20 | Retribution |
| | | [U] | [View] | 20 | The EQArchives Project [Free Trade, Legacy] |
| | | [U] | [View] | 17 | EverQuest Returns | Bots | MQ2 | Custom Progression |

| » Server List | | | |
|---|---|---|---|
| [U] | [View] | 15 | Blood and Rank TPS BETA [www.bloodandrank.org] |
| [U] | [View] | 12 | Aegis of Norrath |
| [U] | [View] | 8 | New Freeport [Fully Custom] |
| [U] | [View] | 6 | Chainbreaker |
| [U] | [View] | 6 | Chaotic Treasures (BETA) |
| [U] | [View] | 6 | PPQ's Private EQ Server |
| [U] | [View] | 4 | VegasEQ - PoP - [vegaseq.com] |
| [U] | [View] | 3 | Aussie Crew |
| [U] | [View] | 3 | Sanctuary: Reign of Thrule |
| [U] | [View] | 2 | A Warlock Server (Solo, 1 Bot, Custom, Progression) |
| [U] | [View] | Locked | Clumsy's World [Test] |
| [U] | [View] | 1 | HossTest |
| [U] | [View] | 1 | The Firiona Vie Project (Original) |
| [U] | [View] | 1 | Classic EverQuest with a Twist |
| [U] | [View] | 1 | The Fabled Stomping Grounds - Solo/ Custom T6 Live |
| [U] | [View] | 1 | Wasting Time |
| [U] | [View] | 0 | Adventure - Requires eqemuclient |
| [U] | [View] | 0 | Aman - Home of the Valar |

| » Server List | | | |
|---|---|---|---|
| [U] | [View] | 0 | An Interesting Hole |
| [U] | [View] | 0 | Bad Omen PEQ Server (Private) |
| [U] | [View] | 0 | Bills EQ Server (2022-09-04) |
| [U] | [View] | 0 | Booty Quest |
| [U] | [View] | 0 | bumamgar_dev |
| [U] | [View] | 0 | Caliran's World |
| [U] | [View] | 0 | Casual Dreams: Solo PoP |
| [U] | [View] | 0 | Luclin Reborn |
| [U] | [View] | 0 | Descent of Darkness: Solo, Bots, Random Loot |
| [U] | [View] | 0 | EQ Might Test |
| [U] | [View] | 0 | EQ-Reborn |
| [U] | [View] | 0 | EQ-TW Everquest 漫遊網 (開發測試用) |
| [U] | [View] | 0 | Everlasting Life Server |
| [U] | [View] | 0 | Flavortown (Luclin, QoL, 6-box, Char Transfers) |
| [U] | [View] | Locked | Morzains Test Server |
| [U] | [View] | 0 | ~Shattered Euphoria~ |
| [U] | [View] | 0 | Gledhow the First |
| [U] | [View] | 0 | Halls Havoc - Supporting Boxing(up to 4), Classic thru Velious. Raid zones set up for 1-2 groups. |
| [U] | [View] | 0 | Forever Quest |

| | | | |
|---|---|---|---|
| » Server List | | | |
| [U] | [View] | 0 | Karana (x3 XP, Bots, Speed) |
| [U] | [View] | 0 | Leininger EQ Server |
| [U] | [View] | 0 | LUNA (Luclin 2 Box Custom) ROF2 \| Vex Thal BIS |
| [U] | [View] | 0 | Morte Test Server |
| [U] | [View] | 0 | No Phun Intended |
| [U] | [View] | 0 | Nowhere |
| [U] | [View] | Locked | under construction - testing |
| [U] | [View] | 0 | Perky Crew |
| [U] | [View] | 0 | Plane of BoTs |
| [U] | [View] | 0 | [PROJECT AXCLASSIC] The Rathe |
| [U] | [View] | 0 | Project Gate - PoP - Legit |
| [U] | [View] | 0 | Qeynosia |
| [U] | [View] | 0 | Revenge of the Akhevans |
| [U] | [View] | 0 | Riot ( Test Server) |
| [U] | [View] | 0 | Rolath |
| [U] | [View] | 0 | Secrets of Faydwer |
| [U] | [View] | 0 | Shrouded Grove \| alpha |
| [U] | [View] | 0 | EQMacEmu Development Server |
| [U] | [View] | 0 | Elysium |
| [U] | [View] | 0 | [Test Server] The Hidden Forest |

| | | | » Server List |
|---|---|---|---|
| [U] | [View] | 0 | The Prime Healer (RoF2, Bots) |
| [U] | [View] | 0 | The Return of New Freeport [Beldwar Host] |
| [U] | [View] | 0 | Tana's Dream |
| [U] | [View] | 0 | Unconquered Souls |
| [U] | [View] | 0 | Vegarlson Asylum |
| com | [View] | Down | Project Quarm |
| [U] | [View] | Down | Some New Server |
| [U] | [View] | Down | Augamania |
| [U] | [View] | Down | CEQ3000 |
| [U] | [View] | Down | rebooting now |
| [U] | [View] | Down | Roughnecks PEQ |
| [U] | [View] | Down | Adventures in Norrath - Custom - 30+ Unique Features! |
| [U] | [View] | Down | Age of Titans (Classless Roguelite) |
| [U] | [View] | Down | Ryun's World |
| [U] | [View] | Down | Terok Setaya |
| [U] | [View] | Down | HeadSpace |
| [U] | [View] | Down | Envy of the Irish |
| [U] | [View] | Down | Miehas World |
| [U] | [View] | Down | Pandemonium |
| [U] | [View] | Down | Raithels Server |
| [U] | [View] | Down | Reign of Anarchy |



| | » Server List | | | |
|---|---|---|---|---|
| [U] | [View] | Down | Robs Test Server | |
| [U] | [View] | Down | Zephyr of Darkness | |
| [U] | [View] | Down | Wayfarers Haven Development | |
| [U] | [View] | Down | | |
| [U] | [View] | Down | | |

All times are GMT -4. The time now is 05:52 PM.
Powered by vBadvanced CMPS v%1$s

---- EQEmulator

EQEmulator - Archive - Top

Everquest is a registered trademark of Daybreak Game Company LLC.
EQEmulator is not associated or affiliated in any way with Daybreak Game Company LLC.
Except where otherwise noted, this site is licensed under a Creative Commons License.

Powered by vBulletin®, Copyright ©2000 - 2025, Jelsoft Enterprises Ltd.
Template by Bluepearl Design and vBulletin Templates - Ver3.3