# EXHIBIT 36



## » Log in

☑ Remember Me?

[Log in]

Not a member yet?
Register Now!

## » Search Forums

[Go]

» Advanced Search

## » Server List

| Version | Server Information | Status | |
|---|---|---|---|
| [U] | [View] | 294 | EQTitan [Legit PoP/LDoN/GoD] |
| [U] | [View] | 162 | Dragon Soul |
| [U] | [View] | 99 | Enine's ProFusion |
| [U] | [View] | 33 | Raid Addicts (Fully Custom) [Solo/Group/Raid] |
| [U] | [View] | 31 | The Dark Exile |
| [U] | [View] | 16 | RetroQuest - TLP |
| [U] | [View] | 8 | Clumsy's World [Velious, Semi-Custom, QoL+] |
| [U] | [View] | 4 | FVP - The Firiona Vie Project (Kunark) |
| [U] | [View] | 1 | DreadBox:Re-Dredged |
| **Version** | **Server Information** | **Status** | **Standard Servers** |
| [U] | [View] | 1292 | Project Quarm |
| [U] | [View] | 118 | Retribution |
| [U] | [View] | 100 | EQ Might |
| [U] | [View] | 73 | UltimateEQ Next |
| [U] | [View] | 61 | Aegis of Norrath |
| [U] | [View] | 42 | CEQ Hyde Server |
| [U] | [View] | 32 | The Fabled Stomping Grounds - Solo/Custom T6 Live |
| [U] | [View] | 26 | A EQ PVP [Classic-Luclin]PoP later |
| [U] | [View] | 24 | MessyServer |
| [U] | [View] | 22 | ChosenQuest |

| | | | » Server List |
|---|---|---|---|
| [U] | [View] | 18 | Blood and Rank [www.bloodandrank.org] |
| [U] | [View] | 13 | Bastion Everquest Server |
| [U] | [View] | 7 | Chainbreaker |
| [U] | [View] | 6 | EQ-Reborn |
| [U] | [View] | 4 | VegasEQ - PoP - [vegaseq.com] |
| [U] | [View] | 3 | A Warlock Server (Solo, 1 Bot, Custom, Progression) |
| [U] | [View] | 3 | Aussie Crew |
| [U] | [View] | 3 | Casual Dreams: Solo PoP |
| [U] | [View] | 3 | Karana (x3 XP, Bots, Speed) |
| [U] | [View] | 3 | Pyrelight [Solo-ish, 1box] (Alpha) |
| [U] | [View] | 3 | New Freeport [Fully Custom] |
| [U] | [View] | 2 | HossTest |
| [U] | [View] | 2 | Lost World |
| [U] | [View] | 1 | The Firiona Vie Project (Original) |
| [U] | [View] | 1 | GuinLocal |
| [U] | [View] | 1 | Rolath |
| [U] | [View] | 1 | Sanctuary: Reign of Thrule |
| [U] | [View] | 1 | The Prime Healer (RoF2, Bots) |
| [U] | [View] | 1 | The Refuge |
| [U] | [View] | 1 | Vegarlson Asylum |
| [U] | [View] | Locked | VEQ Test |

| » Server List | | | |
|---|---|---|---|
| [U] | [View] | 1 | Wayfarers Haven Development |
| [U] | [View] | 0 | A Force of Will |
| [U] | [View] | 0 | A GM Server |
| [U] | [View] | 0 | Adam's Test Server |
| [U] | [View] | 0 | GotH (Test) |
| [U] | [View] | 0 | Æ Alternate Everquest 3 Box/Custom |
| [U] | [View] | 0 | Aman - Home of the Valar |
| [U] | [View] | 0 | An Interesting Hole |
| [U] | [View] | Locked | Antonica (see website for access) [www.antonica.world] Jan 1st |
| [U] | [View] | 0 | Bad Omen PEQ Server (Private) |
| [U] | [View] | 0 | BC |
| [U] | [View] | 0 | Bills EQ Server (2022-09-04) |
| [U] | [View] | 0 | BillServer |
| [U] | [View] | 0 | Boogeymonsir |
| [U] | [View] | 0 | bumamgar_dev |
| [U] | [View] | 0 | Classic EverQuest with a Twist |
| [U] | [View] | 0 | Clumsy's World [Test] |
| [U] | [View] | 0 | Coldblooded Norrath |
| [U] | [View] | 0 | Divine Reapers [US][LIVE-XP+MERCS] |
| [U] | [View] | 0 | Everlasting Life Server |

| » Server List | | | |
|---|---|---|---|
| [U] | [View] | 0 | Flavortown (Velious, Progression to PoP, Raid Focused, Char Transfer/Clone, Guild/Group Xfers Welcome) |
| [U] | [View] | 0 | Forgotten World |
| [U] | [View] | 0 | Friends of Druzzil Ro |
| [U] | [View] | 0 | FVP - The Firiona Vie Project (Test) |
| [U] | [View] | 0 | Gnoman's Land |
| [U] | [View] | Locked | Halls of Testing |
| [U] | [View] | 0 | Ihncan Tashian Server - Bots, 5x XP, K-Clone |
| [U] | [View] | 0 | Forever Quest |
| [U] | [View] | 0 | Judge's World |
| [U] | [View] | 0 | KenderQuest |
| [U] | [View] | 0 | Envy of the Irish |
| [U] | [View] | Locked | Laztest |
| [U] | [View] | 0 | Leininger EQ Server |
| [U] | [View] | Locked | Lost Empire |
| [U] | [View] | 0 | ZzTops |
| [U] | [View] | 0 | Mind Goblin |
| [U] | [View] | 0 | Moltke's Server |
| [U] | [View] | 0 | Morte Test Server |
| [U] | [View] | 0 | No Phun Intended |
| [U] | [View] | 0 | Nowhere |
| [U] | [View] | Locked | under construction - testing |

| | | | » Server List |
|---|---|---|---|
| [U] | [View] | 0 | Prexus |
| [U] | [View] | 0 | [PROJECT AXCLASSIC] The Rathe |
| [U] | [View] | 0 | Project_Classic_Box |
| [U] | [View] | 0 | Project Gate - Velious - Legit |
| [U] | [View] | Locked | Portal-Hopping Adventure |
| [U] | [View] | 0 | PSDTW |
| [U] | [View] | Locked | Raithels Server |
| [U] | [View] | 0 | Reign of Thule Beta (PvP) |
| [U] | [View] | 0 | [Return of Norrath] TAIWAN-EverQuest |
| [U] | [View] | 0 | Riot ( Test Server) |
| [U] | [View] | 0 | Shadowrest |
| [U] | [View] | 0 | Shadowquest |
| [U] | [View] | 0 | Testy McTestface |
| [U] | [View] | 0 | EQMacEmu Development Server |
| [U] | [View] | 0 | Elysium |
| [U] | [View] | 0 | The Monday Club |
| [U] | [View] | 0 | The OGO Server (solo friendly - bots, fast rest, no xp loss, no corpse runs, no spell components, auto-scribe, auto-skill, free Quality of Life items) |
| [U] | [View] | 0 | The Void |

| | | | » Server List |
|---|---|---|---|
| [U] | [View] | 0 | The_Unknown |
| [U] | [View] | 0 | TusinetWorld |
| [U] | [View] | 0 | Vantiro_dev |
| [U] | [View] | 0 | [VoG] Visions of Grandeur |
| [U] | [View] | Down | Kaoserver |
| [U] | [View] | Down | Test Bench |
| [U] | [View] | Down | cohpvplol |
| [U] | [View] | Down | WaxedNost |
| [U] | [View] | Down | Everettquest |
| [U] | [View] | Down | Jimbos world |
| [U] | [View] | Down | Living Norrath |
| [U] | [View] | Down | rebooting now |
| [U] | [View] | Down | Sarthins Wonderous Creation |
| [U] | [View] | Down | WoW-TW Everquest |
| [U] | [View] | Down | Yuk Dum Boo Bum |
| [U] | [View] | Down | A A+ *The Forsaken* (PvP) |
| [U] | [View] | Down | Amity Creek Torvonnilous |
| [U] | [View] | Down | avenver home |
| [U] | [View] | Down | Bobs Beta |
| [U] | [View] | Down | Brave New World |
| [U] | [View] | Down | Secrets Development |
| [U] | [View] | Down | Descent of Darkness: Solo, Bots, Random Loot |
| [U] | [View] | Down | Drucilogs playground |

| » Server List | | | |
|---|---|---|---|
| [U] | [View] | Down | EQ Might Test |
| [U] | [View] | Down | EQFF Server |
| [U] | [View] | Down | Equilibrium (Under Development) |
| [U] | [View] | Down | FondaQuest |
| [U] | [View] | Down | GEQ - Norrath's Waechter |
| [U] | [View] | Down | !!!_GM_TEST_KEADIAN(PQ) |
| [U] | [View] | Down | Honeytree |
| [U] | [View] | Down | LUNA (Luclin True-Box) |
| [U] | [View] | Down | Oather |
| [U] | [View] | Down | Project QoL (6 box and/or 5 Bots, Progression (Starting with Kunark), Custom Content, Fabled items, (WIP)) |
| [U] | [View] | Down | The Druid's Haven |
| [U] | [View] | Down | [Test Server] The Hidden Forest |
| [U] | [View] | Down | Lifeguide |
| [U] | [View] | Down | TQPS |

All times are GMT -4. The time now is 01:41 AM.
Powered by vBadvanced CMPS v%1$s

---- EQEmulator

EQEmulator - Archive - Top

Everquest is a registered trademark of Daybreak Game Company LLC.
EQEmulator is not associated or affiliated in any way with Daybreak Game Company LLC.
Except where otherwise noted, this site is licensed under a Creative Commons License.

Powered by vBulletin®, Copyright ©2000 - 2023, Jelsoft Enterprises Ltd.
Template by Bluepearl Design and vBulletin Templates - Ver3.3