# EXHIBIT 37



| » Log in | | » Server List | | | |
|---|---|---|---|---|---|
| | | [U] | [View] | 231 | EQTitan [Legit PoP/LDoN/GoD] |
| ☑ Remember Me? | | [U] | [View] | 44 | Dragon Soul |
| Log in | | [U] | [View] | 37 | Reign of Thule - (PvP) |
| Not a member yet? Register Now! | | [U] | [View] | 33 | Enine's ProFusion |
| » Search Forums | | [U] | [View] | 22 | Raid Addicts (Fully Custom) [Solo/Group/Raid] |
| | | [U] | [View] | 16 | The Dark Exile |
| Go | | [U] | [View] | 3 | DreadBox:Re-Dredged |
| » Advanced Search | | [U] | [View] | 2 | Clumsy's World [Velious, Semi-Custom, QoL+] |
| | | [U] | [View] | 1 | FVP - The Firiona Vie Project (Kunark) |
| | | **Version** | **Server Information** | **Status** | **Standard Servers** |
| | | [U] | [View] | 963 | The Convergence |
| | | [U] | [View] | 880 | Project Quarm |
| | | [U] | [View] | 146 | Retribution |
| | | [U] | [View] | 135 | EQ Might |
| | | [U] | [View] | 91 | The Heroes' Journey [BETA] |
| | | [U] | [View] | 77 | Aegis of Norrath |
| | | [U] | [View] | 49 | Wasting Time |
| | | [U] | [View] | 33 | The EQArchives Project [Free Trade, Legacy] |
| | | [U] | [View] | 25 | Sanctuary: Reign of Thrule |
| | | [U] | [View] | 12 | Blood and Rank TPS BETA [www.bloodandrank.org] |

| » Server List | | | |
|---|---|---|---|
| [U] | [View] | 12 | Project Gate - LUCLIN - Legit |
| [U] | [View] | 11 | Karana (x3 XP, Bots, Speed) |
| [U] | [View] | 11 | Reign of Tyranny |
| [U] | [View] | 11 | VegasEQ - PoP - [vegaseq.com] |
| [U] | [View] | 8 | Chainbreaker |
| [U] | [View] | 7 | The Burned Wood |
| [U] | [View] | Locked | EQEmpires: Time-Locked Progression (Coming Soon!!) |
| [U] | [View] | 6 | CEQ Hyde Server |
| [U] | [View] | 4 | TurboQuest Seasons |
| [U] | [View] | Locked | -Dalaya- |
| [U] | [View] | 3 | Aussie Crew |
| [U] | [View] | 3 | HossTest |
| [U] | [View] | 2 | Casual Dreams: Solo PoP |
| [U] | [View] | 2 | LUNA (Luclin 2 Box Custom) ROF2 \| Vex Thal BIS |
| [U] | [View] | 2 | Tana's Dream |
| [U] | [View] | 2 | TMC Playground |
| [U] | [View] | 2 | UpgradeQuest |
| [U] | [View] | 2 | VegarIson Asylum |
| [U] | [View] | 1 | GotH (Test) |
| [U] | [View] | 1 | Best Emu |
| [U] | [View] | 1 | City Raiders [Beta 1] |

| » Server List | | | |
|---|---|---|---|
| [U] | [View] | 1 | Descent of Darkness: Solo, Bots, Random Loot |
| [U] | [View] | 1 | EQReturns.com |
| [U] | [View] | 1 | The Firiona Vie Project (Original) |
| [U] | [View] | 1 | Classic EverQuest with a Twist |
| [U] | [View] | 1 | [PROJECT AXCLASSIC] The Rathe |
| [U] | [View] | 1 | RandomLoot Server (BETA) |
| [U] | [View] | 1 | Veruca's Test Server |
| [U] | [View] | 1 | Shadowquest |
| [U] | [View] | 1 | The Fabled Stomping Grounds - Solo/Custom T6 Live |
| [U] | [View] | 0 | VZTZ Reborn (Classic PvP https://discord.gg/wTsXpYUFXc ) |
| [U] | [View] | 0 | A Randomized Loot Server [Classic Progression] [Free Trade, Boxing] |
| [U] | [View] | 0 | A Warlock Server (Solo, 1 Bot, Custom, Progression) |
| [U] | [View] | Locked | Aatheria's Apex (Planes, PvE) |
| [U] | [View] | Locked | Aatheria's Chronicle (Classic, PvE) |

| | | | » Server List |
|---|---|---|---|
| [U] | [View] | Locked | Aatheria's Confrontation (Classic, PvP) |
| [U] | [View] | Locked | Aatheria's Dominion (Planes, PvP) |
| [U] | [View] | 0 | Addicted Dads |
| [U] | [View] | Locked | TestAON |
| [U] | [View] | 0 | Alternitys Edge |
| [U] | [View] | 0 | Aman - Home of the Valar |
| [U] | [View] | 0 | An Interesting Hole |
| [U] | [View] | 0 | Articulated Chaos |
| [U] | [View] | 0 | Bad Omen PEQ Server (Private) |
| [U] | [View] | 0 | Bills EQ Server (2022-09-04) |
| [U] | [View] | 0 | bumamgar_dev |
| [U] | [View] | 0 | Caliran's World |
| [U] | [View] | 0 | City Raiders [DEV] |
| [U] | [View] | Locked | Clumsy's World [Test] |
| [U] | [View] | 0 | Dagarn's Revenge |
| [U] | [View] | 0 | Luclin Reborn |
| [U] | [View] | Locked | DiamondHands Everquest |
| [U] | [View] | 0 | EQ-Reborn |
| [U] | [View] | 0 | Everlasting Life Server |
| [U] | [View] | 0 | Flavortown (Luclin, QoL, 6-box, Char Transfers) |
| [U] | [View] | 0 | FlexQuest \| Real-Time Flex- |

| » Server List | | | |
|---|---|---|---|
| | | | Difficulty Dungeons & Raids |
| [U] | [View] | 0 | guk |
| [U] | [View] | 0 | Gledhow the First |
| [U] | [View] | 0 | GuinLocal |
| [U] | [View] | 0 | Hellefire |
| [U] | [View] | 0 | Hywnn |
| [U] | [View] | 0 | Innoruuk II |
| [U] | [View] | 0 | Forever Quest |
| [U] | [View] | 0 | Killing Time Test Server |
| [U] | [View] | 0 | Leininger EQ Server |
| [U] | [View] | 0 | Lost Empire |
| [U] | [View] | 0 | LucasServer |
| [U] | [View] | 0 | Morte Test Server |
| [U] | [View] | 0 | NECKBEARDS |
| [U] | [View] | 0 | Nerds EQ Emu Experience |
| [U] | [View] | Locked | under construction - testing |
| [U] | [View] | 0 | Perky Crew |
| [U] | [View] | Locked | Pryme's Community Server twitch.tv/prymetymelive |
| [U] | [View] | Locked | RetroRayTV - Fully Custom/ Legit Classic Mechanics |
| [U] | [View] | 0 | [Return of Norrath] TAIWAN-EverQuest |
| » Server List | | | |

| | | | » Server List |
|---|---|---|---|
| [U] | [View] | 0 | Revenge of the Akhevans |
| [U] | [View] | 0 | Riot ( Test Server) |
| [U] | [View] | 0 | Rolath |
| [U] | [View] | 0 | Secrets of Faydwer |
| [U] | [View] | 0 | Shadowbox - PVE |
| [U] | [View] | 0 | Shadows of Veeshan |
| [U] | [View] | 0 | EQMacEmu Development Server |
| [U] | [View] | 0 | Elysium |
| [U] | [View] | 0 | [Test Server] The Hidden Forest |
| [U] | [View] | 0 | !The King's Lair (Solo Tuned EQEmu Server) |
| [U] | [View] | Locked | The Lifeguide |
| [U] | [View] | 0 | The OGO Server (solo friendly - bots, fast rest, no xp loss, no corpse runs, no spell components, auto-scribe, auto-skill, free Quality of Life items) |
| [U] | [View] | 0 | The Prime Healer (RoF2, Bots) |
| [U] | [View] | 0 | Unconquered Souls |
| [U] | [View] | 0 | undrground-eq |
| [U] | [View] | 0 | [VoG] Visions of Grandeur |

217
EXHIBIT 37

» Server List

| | | | |
|---|---|---|---|
| [U] | [View] | 0 | Wayfarers Haven Development |
| [U] | [View] | Down | Moltke's Server |
| [U] | [View] | Down | BC |
| [U] | [View] | Down | Fish-Wolf |
| [U] | [View] | Down | A GM Server |
| [U] | [View] | Down | Adventures in Norrath |
| [U] | [View] | Down | Aeternum (Custom, Solo, aa's & epic from level 1) |
| [U] | [View] | Down | Akkas Docker PEQ Installer22 |
| [U] | [View] | Down | BillServer |
| [U] | [View] | Down | Bobs Beta |
| [U] | [View] | Down | CTS Faldoran Prime |
| [U] | [View] | Down | Epic Emu |
| [U] | [View] | Down | EQ Might Test |
| [U] | [View] | Down | Shadowrest |
| [U] | [View] | Down | Ravenwing |
| [U] | [View] | Down | Test Bench |
| [U] | [View] | Down | Volk's Server |

All times are GMT -4. The time now is 04:22 PM.
Powered by vBadvanced CMPS v%1$s

---- EQEmulator

EQEmulator - Archive - Top

Everquest is a registered trademark of Daybreak Game Company LLC.
EQEmulator is not associated or affiliated in any way with Daybreak Game Company LLC.
Except where otherwise noted, this site is licensed under a Creative Commons License.

Powered by vBulletin®, Copyright ©2000 - 2024, Jelsoft Enterprises Ltd.
Template by Bluepearl Design and vBulletin Templates - Ver3.3