# EXHIBIT 38



EXHIBIT 38