# EXHIBIT 39



222
EXHIBIT 39