# EXHIBIT 40

THE
HEROES
JOURNEY
EMU

The Heroes' Journey

27,001 Members • Community