# EXHIBIT 41

## THJ and EQ Community Sentiment

1) I personally accessed the Reddit thread on r/TheHeroesJourney entitled 'UI Help' by u/Ploosse (https://www.reddit.com/r/TheHeroesJourney/comments/1lek0z6/ui_help/)

   a) *"Hey **new to THJ, and haven't played EQ since PoP**. Is there a way to make the UI more readable? Everything is so tiny. I've changed my chat font size. Is there any other options to make things bigger? Thank you everyone for your help!*
   (PoP referrs to the Planes of Power expansion, released in 2002)

2) I personally accessed the Reddit thread on r/TheHeroesJourney entitled 'THJ Help. 55+ Leveling' by u/BackYardToGlory (https://www.reddit.com/r/everquest/comments/1jwi94a/thj_help_55_leveling/)

   a) *"**I played EQ early and I was young so I never got above 45**. So now im doing THJ and have gotten to 55. I can find a location to level. I have been just leveling alt till I could find time, But i have 3 alts at 55 also so i think it's time to find a spot. So where do I go for 55-60 and then 60-65 to level."*

3) I personally accessed the Reddit thread on r/TheHeroesJourney entitled 'Q: Order of class choice / ability points setup' by u/Drackoda (https://www.reddit.com/r/TheHeroesJourney/comments/1lklxjy/q_order_of_class_choice_ability_points_setup/ )

   a) *"**I played EQ in the early days** but this is all new to me again. I guess the quickest way to get to the point might be to ask how much our ability points matter. For example, if you want to combine a Bard with a Caster or Warrior - do you want to balance your ability points between them or do you pick your primary and just go with the default point setup? If it doesn't make a difference - does the ability to drop a class give us a way into choosing races that don't match classes? For example, you could start with a Dwarven warrior and end up as a Dru/Mag/Enc?"*

4) I personally accessed the Reddit thread on r/TheHeroesJourney entitled 'New to THJ, thoughts on a new melee toon?' posted by u/Lidirt (https://www.reddit.com/r/TheHeroesJourney/comments/1l21gyl/new_to_thj_thoughts_on_a_new_melee_toon/)

   a) *"Similar boat **coming back from playing way back**. I picked up Paladin, monk, beserker. It's been a blast."*

5) I personally accessed the comments of a YouTube Video entitled "The Heroes Journey, Comprehensive Beginner Guide" (https://www.youtube.com/watch?v=GQifCUdiSeE) posted by Broken Stoic,

a) Posted by user @JonathanMudgett

*"Thanks for this video my friend. So **I played EQ back in the day back in the Velious era and I stopped right before Luclin was released and did my thing with WoW for a bit. Last year I heard about project 1999 and was ecstatic when I logged into Norrath just how I remembered it. 99 is cool but I was a bit disappointed with the way end game raiding is handled with the race lines and.. yeah anyways so just heard about this server** sounds cool because I really don't dig the boxing play style and there are very few true box servers. I gotta tell you, I felt like my head was going to explode logging into this server with all the changes that have happened with all the additions AA, so many menus so so many menus, so many ways to distribute your xp different avenues. Then to throw on top of deciding what class combination to pick it was beyond overwhelming literally paralyzing to where despite how much I wanted to play it I just didn't. This is the perfect little nudge I needed to give it a try. Thanks again you did great work here! Maybe see you in game :D"*

b) Posted by user @ILoveBeingaDad-CDN

*"Wow! GREAT video! Liked and subscribed! and looking forward to future video's! I have been hoping that someone would make a beginner series for this server. **It's been over 20 years since I have played Everquest** - and there's a lot to relearn. I would like to see some idea's for class combinations, highlight video's for each class - like class defining (or must have AA's) - ie: Cleric Divine Avatar / Battle Frenzy (I have never played Cleric), a guide on how to use the map. When I do a search on Youtube for class guides, etc... there's not much for returning players (imo). Like how does Bloodlust work? How do I make it better, how do I make a build centered around it... Anyways good luck with the channel - looking forward to more!"*

6) I personally accessed the comments of a YouTube Video entitled "The Heroes Journey, Comprehensive Beginner Guide" (https://www.youtube.com/watch?v=EKlWCoeWFik) posted by Gymnastic Goldfish,

a) Posted by user @RunsWithSpaghetti

*"**I haven't played EverQuest seriously since 2005, but every year I would sub for a few months, hoping to feel that old spark again. It never came. The game has changed so much, it's nearly impossible to reconnect with what made it special. I only started playing daily again because THJ brought the fun back. But now, I'm officially done with Daybreak, regardless of what happens next. They don't respect their players or their communities, just the bottom line."***

b) Posted by user @justinsellers9402;

*"**I played from the day of commercial release until Gates of Discord which I hated so badly, that I just quit.** I have come back several times for a month here and there, tried a TLP or two, but it just didn't click, and unless you could put in dozens of hours per week, it wasn't worth it and you got left behind. I had not been on in several years. **I tried THJ, and loved it. I got 2 friends to play again.** My hope is that the THJ devs can work out a deal to buy DBG, but I doubt it. These guys have done things that Sony said were not possible for years. They made the game fun and interesting again. I will be watching their work whichever way this turns out, but whatever happens, I will never go back to EQ under DBG."*

c) Posted by user @thefitgm335;

*"Put me in for witness testimony. **Haven't played EQ since 2004, and won't play EQ if THJ shuts down.** I won't give DBG a dime, unless they somehow absorb THJ with the original devs getting full freedom without the shady DBG stuff."*

d) Posted by user @vincentramirez6967;

***"Haven't touched EQ for 23yrs till THJ."***

7) I personally accessed the following comments on the THJ community Discord server. **This list is not exhaustive, the total cumulative results for a selection of phrases such as 'new to eq', 'never played eq', 'never played past', 'new to mmo', 'never played an mmo', 'only played p99', or 'new to everquest' is in the thousands.**

a) https://discord.com/channels/1204418766318862356/1307111822200934441/1397632480600653895



b) https://discord.com/channels/1204418766318862356/1301943213149650994/1397133260001382422

3:28 AM   Nyaandyne **OOC**: I went with (because I never played this game ever) beastlord/paladin/wizard

c) https://discord.com/channels/1204418766318862356/1301943213149650994/1396607725323944078

> Rotzilla **OOC**: indeed, im excited for GoD, i quit late PoP.. never played it

d) https://discord.com/channels/1204418766318862356/1307111822200934441/1396534827385094275



Green. 🎮 7/20/25, 11:50 AM
Just installed, never played EQ before. Trying this with a group of 3 friends. Excited to be a part!
❤️ 1   😊

e) https://discord.com/channels/1204418766318862356/1204418767732613147/1303586396321087519



Slahar Odar  ⚔️ **AOA**  11/5/24, 11:06 PM
though im not sure how custom the server can be / is. never played retail everquest.

f) https://discord.com/channels/1204418766318862356/1301943213149650994/1305336857537679453



Kaludar **OOC**: i never played past luclin, did i miss out

The Heroes' Journey **APP**  11/10/24, 7:02 PM
Zazoth (Paladin/Druid/Monk) has reached Level 30.
Rhalnu (Shadow Knight/Necromancer/Enchanter) has reached Level 30.

The Heroes' Journey **APP**  11/10/24, 7:02 PM
Lorek **OOC**: vox has a ton of giants if you can split them
Alebrije **OOC**: Vox is more a sustain fight than a burst due to her heals, but she hits less as a result too
Sarcasm **OOC**: not really kal
Abstract **OOC**: yeah saha, and get 1kpp if u do :P
Heimdalr **OOC**: GoD/OoW in the time of WoW coming out crushed the EQ playerbase
7:02 PM   Allrana **OOC**: Me neither Kalu I never played past Velious. I'm looking forward to it hehe

g) https://discord.com/channels/1204418766318862356/1204418767732613147/1303788045169987606



**RAMunch** 11/6/24, 12:28 PM
i never played when beast master was in the game.  Do the spirit of lighting/cold/fire stack? If not is there one that is better than another?

I don't think they stack, it looks like fire overwrites them and recasting lighting/cold does nothing but i want to make surei 'm not missing something.

(Note: Beastlords were introduced in 2001 with the Shadows of Luclin expansion)

h) https://discord.com/channels/1204418766318862356/1301943213149650994/1306116223049928776

Necacali **OOC**: I've never played everquest before so idk if I'm looking at the right thing in the first place.

i) https://discord.com/channels/1204418766318862356/1204418767732613147/1305745664030015579



**Lord Of Black 69** 11/11/24, 10:07 PM
I should mention I never played everquest before.

j) https://discord.com/channels/1204418766318862356/1301943213149650994/1309741667481423872

Dragonkin **OOC**: big fan as well... i thought id never play EQ again but I love this server

k) https://discord.com/channels/1204418766318862356/1307111822200934441/1310351238365184060



**Rion** 💜LOAF 11/24/24, 3:08 PM
is there a good resource controls and all for someone who has never played everquest before and i mean the barebones basics

l) https://discord.com/channels/1204418766318862356/1204418767732613147/1310776148501860403



**hailto** 11/25/24, 7:15 PM
oh wow

i never played past luclin so a ton of this is completely new to me lol

m) https://discord.com/channels/1204418766318862356/1307111822200934441/1314409600019333191



**7and7s**  12/5/24, 7:50 PM
The translocator map doesn't do anything after attuning it? what am I doing wrong?
I've clicked on it probably 9000 times in every way possible
I'm guessing i'm suppose to hit another key?
Never played EQ before

n) https://discord.com/channels/1204418766318862356/1204418767732613147/1320682818292158516



**Shjade / Shajde / Zhade**  12/23/24, 3:21 AM
That sounds funny at least.
<- never played past early PoP.

o) https://discord.com/channels/1204418766318862356/1299428711598395424/1322763990014890075



**dlovespuddin**  12/28/24, 9:11 PM
really good to know. My knowledge, as likely many of us, is up to a certain point. Mine caps out at Velious having never played Luclin or beyond expansions.



❤️ 1   😊

p) https://discord.com/channels/1204418766318862356/1307111822200934441/1323704858850623498



**Powah**  12/31/24, 11:29 AM
Finally got this working and kinda figured out the UI lol so my idea is I want to play ranger but I want a pet to tank while I shoot so mage I think is a must first thought for third is a cleric to buff/heal the pet but will mage pet alone be enough to tank or should I go necro or beastlord for a 2nd pet for better tanking?
I have never played anything but classic up to velious in my life so all of this is extremely new to me.

q) https://discord.com/channels/1204418766318862356/1301943213149650994/1325210073823318122



**The Heroes' Journey** `APP`  1/4/25, 3:11 PM
Tyndale **OOC**: I never played much past PoP.  What is the expected final level cap on HJ looking like?

r) https://discord.com/channels/1204418766318862356/1307111822200934441/1325392788623331339



**Wuzzle** ⬤ pY  1/5/25, 3:17 AM
I never played EQ and stumbled on a YT about this server. Planning to hop in later today, but I have a couple of questions in the mean time:

Is this server a good place to join for a noob? Are people mostly welcoming on the server or more elitist? Is it easy to find a noob friendly guild? If I jump in, would you say it's better to just mess around to learn or have a mentor? Can I break a character if I just wing it?

s)  https://discord.com/channels/1204418766318862356/1307111822200934441/1331496347865710622



**Azykros** ◉ WUWA  1/21/25, 11:31 PM
So uh, I'm pretty lost trying to find the level 8 zones that are outlined in the Leveling Path. I've never played EQ before so finding those spots has ended up in me almost dying a few times.. how do i get to one of those locations?
The ones listed are:
Unrest, Kurn's Tower, Befallen, Upper Guk, Cazic Thule, Najena, Infected Paw, Permafrost

t)  https://discord.com/channels/1204418766318862356/1307111822200934441/1332754757072453642



**Krs**  1/25/25, 10:51 AM
never played EQ before, this is more than overwelming

👍 1   ☺

u)  https://discord.com/channels/1204418766318862356/1214753739391377448/1307457835894050827



**Jaldace**  11/16/24, 3:30 PM
I have never played past kunark, but if you play war/sk/clr you will slowly tickle all bosses to death

👍 1   ☺

v) https://discord.com/channels/1204418766318862356/1303234066627297363/1309201171524751481



> **NeonDragon**  11/21/24, 10:58 AM
> Yeah I'm trying to make a long term alt. Problem is I never played past Velious. I love my Pal / Monk / Rogue but I don't know how well they will do long term.
>
> Not even sure if rogue scaling will fall off hard later.

8) THJ Players often enjoy both EQ and EQEmu experiences.

9) I personally accessed the following comments on the THJ community Discord server.

a)
> **Lunafae OOC**: I could understand them being mad at p99 etc more than THJ... those servers offer a similar experience to regular eq and so could take players away.   THJ is a completely different experience... I don't think it does take players away from them... at least for myself, I play both and pay for the daybreak sub.

https://discord.com/channels/1204418766318862356/1301943213149650994/1396167112660746654

b)
> **Rhyskssf OOC**: honestly playing both isnt crazy, give us a mischief or new unique ruleset TLP and Ill be there as much as Ill be here. but they down right, absolutely refuse. its hard to support that

https://discord.com/channels/1204418766318862356/1301943213149650994/1389269770280501248

c)
> **Hala OOC**: also I know there are a lot who play both live and here and other emu servers

https://discord.com/channels/1204418766318862356/1301943213149650994/1389068351623397426

d)

> **Sekai777**  6/25/25, 6:55 PM
> A lot of people play(ed) both here and live and cancelled their subs when the lawsuit hit.  If they don't resolve it amicably with THJ, they stand to lose more than they gain

https://discord.com/channels/1204418766318862356/1204418767732613147/1387581976520822916

e)

> **Homeward (Rng/Rog/Clr)**  6/25/25, 2:10 AM
> I haven't been around because Oakwynd dropped Secrets of Faydwer. Add that as a counter to Daybreak saying that THJ interferes with TLPs.  We play both. If a shitty expansion is out on a TLP (like Fangbreaker currently is on.), people are gonna play whatever is more fun for them.  They'll do both if they're both fun. They'll do neither if they're bored of the content

https://discord.com/channels/1204418766318862356/1214753739391377448/1387328976204075042



**Majicca**  6/23/25, 6:45 PM

Daybreak has no shame.  They launch a TLP ruleset that players told them in advance would flop.  It flops because it is not a good ruleset, but to save face they lay blame on a server with a creative idea that people are enjoying.  If it was a good TLP ruleset people may play both servers.  They need to understand, if no EQ emu existed at all this years TLP would have failed.  You get people on TLPs due to nastalgia of the old content.  Not by skipping 4 expansions forward on day 1......

f)

https://discord.com/channels/1204418766318862356/1204418767732613147/13868547
24640444478

g)

Sarys **OOC**: probably not. i play both but I might not if this gets shutdown

https://discord.com/channels/1204418766318862356/1301943213149650994/13867907
59138853017

EXHIBIT 41