# EXHIBIT 42

EQEmu / **Server** `Public`

- Code
- Issues 82
- Pull requests 10
- Actions
- Projects
- Wiki
- Security
- **Insight**

| |
|---|
| Pulse |
| Contributors |
| Community Standards |
| Commits |
| Code frequency |
| Dependency graph |
| Network |
| Forks |

## Contributors

Period: All

Contributions per week to master, line counts have been omitted because commit count exceeds 10,000.



**Commits over time**
Weekly from Feb 9, 2013 to Jul 26, 2025



**Akkadius** #1
3,318 commits

**Kinglykrab** #2
1,683 commits

EXHIBIT 42





scriptandcompile #5
963 commits



Uleat #6
789 commits



KayenEQ #7
635 commits



hgtw #8
268 commits



joligario #9
220 commits



noudess #10
202 commits



fryguy503 #11
194 commits



Aeadoin #12
190 commits

EXHIBIT 42





EXHIBIT 42

EXHIBIT 42