# EXHIBIT 43

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Derek J. Tang (Bar No. 296230)
  derektang@quinnemanuel.com
50 California St., 22nd Fl.
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for uCool, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lilith Games (Shanghai) Co. Ltd.,<br><br>        Plaintiff,<br><br>    vs.<br><br>uCool, Inc. and uCool Ltd.<br><br>        Defendant. | CASE NO. 3:15-cv-01267-SC<br><br>**DECLARATION OF GARRY KITCHEN IN SUPPORT OF DEFENDANT UCOOL, INC.'S OPPOSITION TO PLAINTIFF LILITH GAMES (SHANGHAI) CO. LTD.'S MOTION FOR PRELIMINARY INJUNCTION** |

# TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| I. | INTRODUCTION | 3 |
| II. | QUALIFICATIONS | 3 |
|  | A. Education | 3 |
|  | B. Experience | 4 |
|  | C. Publications | 8 |
| III. | LEGAL FRAMEWORK | 8 |
|  | A. Copyright Infringement | 8 |
|  | B. Trade Secret Misappropriation | 9 |
| IV. | TECHNOLOGICAL BACKGROUND | 9 |
|  | A. DOTA Legend's Code Framework | 10 |
|  | 1. SDK / Operating System | 10 |
|  | 2. Cocos2d | 11 |
|  | 3. The Lua Scripting Language | 13 |
|  | B. Content Over Which Lilith Claims Protection | 14 |
|  | C. Content Over Which Lilith Does Not Claim Protection | 14 |
|  | D. Distribution of Lua Code in Downloaded Apps | 16 |
| V. | ANALYSIS | 23 |
|  | A. Public Availability of Lilith's Lua Code | 23 |
|  | 1. Through the Web | 23 |
|  | 2. Through Reverse Engineering | 29 |
|  | B. Arguments in Lilith's Motion for Preliminary Injunction | 36 |
|  | 1. Lilith's Arguments Regarding Game Content | 36 |
|  | (a) Characters and Artwork | 36 |
|  | (b) User Interface and Gameplay | 37 |
|  | 2. Alleged Presence of Copyright Declaration in Heroes Charge Gameplay | 38 |
|  | 3. Alleged Presence of Copyright Declaration in DOTA Legend and Heroes Charge Source Code | 40 |

-1-

1    C.    Comparison of Source Code for DOTA Legend and Heroes Charge ..................... 40

2         1.    Heroes Charge versions 1.8.4 and 1.8.5 ...................................................... 40

3         2.    New Release of Heroes Charge ................................................................... 41

4              (a)    Unity3d vs. Cocos2d-x ..................................................... 41

5              (b)    C# vs. Lua ....................................................................... 43

6              (c)    Specific Comparison of Latest Heroes Charge Source Code
                      to DOTA Legend Source Code ...................................................... 45

7
VI.    CONCLUSION .................................................................................................... 47

DECLARATION OF GARRY KITCHEN IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY
INJUNCTION

251

EXHIBIT 43

1 **I.  INTRODUCTION**

2     1.    I, Garry Kitchen, have been retained by Quinn Emanuel Urquhart & Sullivan LLP,

3 attorneys for defendant uCool Inc. ("uCool") to provide my independent professional opinions as

4 a technical expert in this matter.   In particular, I have been retained by uCool to analyze and

5 respond to the allegations set forth in Lilith Games (Shanghai) Co. Ltd.'s ("Lilith") motion for a

6 preliminary injunction including, the supporting declarations of Xianmin Yang and Jason Ray.   I

7 submit this Declaration on behalf of uCool to set forth my understanding of the facts and the

8 opinions on which I expect to testify.

9     2.    I understand that Lilith brought this action against uCool in connection with alleged

10 copyrights and trade secrets in its mobile game "Dao Ta Chuan Qi", which I understand translates

11 literally to English as "Sword and Tower Legend."   I further understand that Lilith's game is

12 generally known in the marketplace as "DOTA Legend," and for the purposes of this declaration I

13 will refer to it this way.   Lilith accuses uCool of copyright infringement and trade secret

14 misappropriation based on uCool's publication and marketing of the game "Heroes Charge"

15 beginning in or around August of 2014.

16     3.    In forming my opinions expressed herein, in addition to my 35 years of

17 professional experience working in the software industry, I have considered and relied on the

18 information listed in Exhibit A.

19     4.    I am being compensated in this matter at my standard rate of $500/hour.   My

20 compensation is in no way affected by the outcome of this litigation.

21 **II.  QUALIFICATIONS**

22     **A.    Education**

23     5.    I am an engineer, video game designer and consultant.   I received a Bachelor of

24 Science in Electrical Engineering in 1980 from Fairleigh Dickinson University, where I was a

25 member of the Eta Kappa Nu Honor Society.   As an EE student, I was twice chosen to receive the

26 Engineering Merit Scholarship from Panasonic / Matsushita Corporation of Japan, one of the

27 largest consumer electronics companies in the world.

28

DECLARATION OF GARRY KITCHEN IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY
252                                                               INJUNCTION
EXHIBIT 43

**B. Experience**

6. My career in the electronic entertainment industry includes over 35 years of experience developing interactive entertainment products, with significant hands-on technical and creative experience in all genres, including dedicated electronic toys, online games, and console, PC retail, download, and mobile video games. I have been directly involved in the design of hundreds of commercially-released electronic entertainment products across a breadth of hardware platforms, from the earliest handheld electronic toys of the 1970's to the present day Apple iPhone. I have personally developed interactive entertainment products that have generated career sales in excess of $350 million.

7. In the late 1970s, I functioned as a lead engineer on an early electronic toy from Parker Brothers, Wildfire, a critically acclaimed handheld pinball machine.

8. I invented and developed another early handheld electronic game, Bank Shot for Parker Brothers, named one of the "10 Best Games of 1980" by OMNI Magazine, and also recognized as one of the year's top games by Games Magazine. As a lead engineer on the project, I was involved in all aspects of the development, including hardware, software and game design. I was awarded U.S. Patent No. 4,346,892 ("Electronic Pool Game") for the invention of Bank Shot.

9. In 1980, I reverse-engineered the hardware and software of the Atari 2600 game platform, developing one of the first third-party compatible games for the Atari 2600 system (Space Jockey).

10. In 1982, I designed and programmed the Atari 2600 adaptation of the hit arcade game Donkey Kong, which achieved revenues in excess of $100 million on four million units sold.

11. From June 1982 to March 1986, I was a Senior Designer for Activision, Inc., during which time I designed and developed numerous games, including the hit title Keystone Kapers, which earned a Video Game of the Year – Certificate of Merit from Electronic Games Magazine in 1983.

DECLARATION OF GARRY KITCHEN IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

253
EXHIBIT 43

12. From 1984 through 1985, I developed Garry Kitchen's GameMaker, a suite of five professional quality design tools connected to an easy-to-use programming language that allowed novice game makers to create commercial quality video games. I was named Video Game Designer of the Year in 1985 by Computer Entertainer Magazine for my work on Garry Kitchen's GameMaker.

13. In 1986, I co-founded Absolute Entertainment, Inc. and served as Chairman, President & CEO until November 1995. Absolute Entertainment, Inc. was a console video game publisher licensed by Nintendo, Sega, Sony, 3DO and Atari, and was a video game developer of over 100 marketed titles from 1986 to 1995.

14. From 1986 through 1987, I served as a consultant for RCA David Sarnoff Research Center in Princeton, New Jersey, on the potential entertainment applications of Digital Video Interactive (DVI), one of the first technologies to store full-motion video on a CD-ROM. DVI was introduced to great acclaim at the second annual Microsoft CD-ROM Conference in 1987. DVI technology was subsequently acquired and commercialized by Intel Corporation.

15. In 1995, I co-founded Skyworks Technologies, Inc., an early, pioneering online game company that has become a leading publisher of games on the Apple iPhone platform. I served as Chairman, President & CEO from 1995 to December 2007. I then served as Chief Operating Officer from January 2008 to September 2009.

16. In 2008, Skyworks entered the smartphone app marketplace with the introduction of Arcade Hoops Basketball, an iPhone app that I personally developed and programmed. Arcade Hoops Basketball has been downloaded more than 10,000,000 times on the Apple App store. Skyworks became a leading publisher of games on the Apple iPhone platform with over 50 million total downloads to date.

17. I was recently awarded a patent in the field of online games and interactive advertising, U.S. Patent No. 8,407,090, "Dynamic reassignment of advertisement placements to maximize impression count." The invention relates to a method for dynamically managing in-game advertisements in a manner that maximizes the number of impression counts for individual advertisements that are placed throughout the video game.

18.    Most recently I served as the Vice President of Game Publishing for Viacom Media Networks, a division of Viacom Inc., a $15 billion media conglomerate whose holdings include BET Networks, MTV, VH1, CMT, Nickelodeon, Spike TV, Comedy Central and Paramount Pictures.   While at Viacom, I led development of the Addicting Games mobile app for the Apple iPhone, the first Viacom-published app to reach #1 in the Apple App store.   The Addicting Games mobile app was honored with a 2012 Webby Award in the category of Games (Handheld Devices).   The Addicting Games mobile app was the sixth iPhone-compatible game developed under my direct supervision that has risen to #1 in the Apple App store, a marketplace with over 900,000 individual titles.

19.    I have served numerous times as a technical expert in matters regarding patent issues in video games and electronic entertainment products.   My clients in these cases have included some of the largest entertainment companies in the world, including Sony Computer Entertainment, Nintendo, Hasbro, Konami Digital Entertainment, Ubisoft, Activision and Zynga.

20.    I have been recognized numerous times for my contributions to the field of interactive entertainment.   For example, in 1992, I received a Lifetime Achievement Award in Video Games from The Doctor Fad Show, a syndicated educational television program.   In 2003, I was honored with the Lifetime Achievement Award in Video Games from Classic Gaming Expo. Other awards I have received include New Jersey Entrepreneur of the Year Finalist (Inc. Magazine, Merrill Lynch and Ernst & Young), Bosslevel – The World's Top 100 Game Developers, Software Publishers Association (SPA) Excellence in Software, and Video Game of the Year.   I am a member of the Academy of Interactive Arts & Sciences, the International Game Developers Association, the I.E.E.E and the National Academy of Television Arts & Sciences.   In addition, I serve on the Advisory Board of the Video Game History Museum.

21.    I am recognized as an industry expert in the areas of electronic entertainment, online gaming and interactive advertising and have spoken and/or appeared at many industry events.   My speaking engagements have included a Keynote at Qualcomm Q-Tech Forum 2012, Consumer Electronics Show, National Cable Show, Digital Media Summit, Game Developers Conference (GDC), Digital Hollywood, iMedia Breakthrough Summit, Gamer Technology

-6-                                         Case No. 3:15-cv-01267-SC

1 Conference, Classic Gaming Expo, Casual Connect, Portland Retro Gaming Expo, Advertising in

2 Gaming Conference, DMExpo, and the VNU Digital Marketing Conference.

3       22.    I have been interviewed in a number of print and online publications, including

4 Bloomberg Business, Retro Gamer Magazine, Atarian Magazine, Wired, Video Game Collector,

5 Electronic Games Magazine, Retro Magazine, 3-2-1 Contact, Fast Company, and Business 2.0.  I

6 have also been interviewed numerous times in the broadcast media, having appeared on the Dr.

7 Fad Show, All Access Television, CNN Real News For Kids, Good Morning Atlanta, ABC

8 Eyewitness News, NBC's Sunday Today in New York, and CNN FN Entrepreneurs Only.

9 Additionally, I appear in the documentary films *World 1-1* and *Atari: Game Over*, highly regarded

10 narratives presenting the history of the video game industry.  I have also been interviewed for the

11 upcoming documentary *Batteries Not Included*, "a documentary about the genius behind that thing

12 you had when you were a kid…", as well as Jason Scott's upcoming documentary on the *6502*

13 microprocessor.

14       23.    I have personally programmed or managed development of dozens of mobile

15 applications, including six that have reached #1 in the competitive Apple app store.  I have strong

16 capabilities in software reverse engineering, as one of the first engineers to reverse engineer the

17 Atari 2600 in 1979/1980.  More recently, I performed source recreation from 6502, 65815 and

18 6800 binary images as part of a patent infringement matter.

19       24.    In 1983-1984, I personally developed one of the first game development IDEs

20 (integrated development environments), Garry Kitchen's GameMaker from Activision, based on a

21 tokenized scripting language of my original design, similar in structure to Lua.  I developed the

22 language syntax, compilation technology, as well as the virtual machine runtime engine, which

23 executed the tokenized code.  The scripting language, executing on a 1-mhz 6502 microprocessor,

24 was highly optimized, giving the user the ability to design and develop real time games without

25 the need for complex assembly language programming.

26       25.    In addition to my technical experience, I have performed as an expert consultant on

27 numerous cases involving copyright infringement, and have strong experience in comparing both

28 source code and creative assets in this regard.

DECLARATION OF GARRY KITCHEN IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

1  26.  Attached to this declaration as Exhibit B is my most recent curriculum vitae, which

2  outlines my employment history and prior work as an expert witness.

3  **C.  Publications**

4  27.  I have performed in a business and technical management role in the publication of

5  hundreds of commercial software products.  In addition, I have had direct involvement in the

6  development of over 80 commercial software products, either as designer, co-designer, software

7  author or co-author.  A list of these published titles is included in my Curriculum Vitae, attached

8  as Exhibit B.

9  **III.  LEGAL FRAMEWORK**

10  28.  I understand that Lilith has asserted claims copyright infringement and trade secrets

11  misappropriation claims under California law against uCool.

12  29.  In the preparation of this declaration and other analyses performed in the past, I

13  have been made aware of certain legal principles underlying such claims, including the factual

14  elements that must be satisfied in order to state a claim under federal copyright law and California

15  trade secret law.

16  30.  I am not an attorney and I offer no legal opinions in the analysis set forth in this

17  declaration.  Nevertheless, for purposes of reference, I provide my understanding of these legal

18  principles below.

19  **A.  Copyright Infringement**

20  31.  I understand that to establish copyright infringement, a plaintiff must show (i) that

21  it owns a valid copyright in the infringed work, and (ii), that the defendant copied expression

22  protected by the copyright.

23  32.  I understand that to show that a defendant has copied expression protected by

24  copyright, a plaintiff must demonstrate either (i) direct evidence of copying or (ii) circumstantial

25  evidence through a combination of access to the copyrighted work and substantial similarity

26  between the copyrighted work and the accused product.

27

28

DECLARATION OF GARRY KITCHEN IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION
257
EXHIBIT 43

1       **B.      Trade Secret Misappropriation**

2       33.      I understand that to establish trade secret misappropriation, a plaintiff must show

3   that (i) it has a protected trade secret, and that (ii) the trade secret was misappropriated.

4       34.      I understand that to demonstrate the existence of a protected trade secret, the

5   plaintiff must show that (i) the information in question derives independent economic value from

6   not being generally known to the public or to other persons who can obtain economic value from

7   its disclosure or use, and that (ii) the information is the subject of efforts that are reasonable under

8   the circumstances to maintain its secrecy.

9       35.      I understand that to demonstrate misappropriation, the plaintiff must show (i)

10  acquisition of the trade secret by one who had reason to know that the information was acquired

11  by improper means (ii) disclosure or use of the trade secret by a person with reason to know that

12  the information was derived from or through a person who had utilized improper means to acquire

13  it; acquired under circumstances giving rise to a duty to maintain its secrecy or limit its use; o (iii)

14  derived from or through a person who owed a duty to the person seeking relief to maintain its

15  secrecy or limit its use.

16      36.      I understand that "improper means" includes theft, bribery, misrepresentation or

17  breach of a duty to maintain secrecy, but does not include reverse engineering or independent

18  derivation.   Therefore, a defendant is not liable for trade secret misappropriation if he determines

19  how a competitor's product works simply by analyzing the product in operation.   For instance, an

20  automobile manufacturer is free to investigate how a competitor's car works by buying the

21  competitor's products, examining their components, and even disassembling them.

22  **IV.   TECHNOLOGICAL BACKGROUND**

23      37.      Lilith states in its motion that the subject of its claims is limited only to a small

24  portion of the underlined source code for the game DOTA Legend that is programmed in a scripting language

25  called "Lua."   According to Lilith, "[i]t is just the Lua code authored by Lilith that Lilith

26  maintains a trade secret in and has copyrighted."  (PI Mot. at 3-4.)   In support of its motion, Lilith

27  provides declarations from Messrs. Yang and Ray describing purported similarities between

28  DOTA Legend and Heroes Charge, including similarities in characters, user interface, and

                                            -9-                    Case No. 3:15-cv-01267-SC

1  gameplay, as well as in the appearance of an alleged copyright declaration from Lilith in Heroes

2  Charge.

3       38.    Before opining on these allegations, it is important to clarify how the Lua code over

4  which I understand Lilith claims copyright and trade secret protection operates, and my

5  corresponding understanding of the scope of Lilith's copyright and trade secret claims.   In

6  addition, it is important to explain the extent to which Mr. Yang's and Mr. Ray's allegations

7  actually relate to the scope of those copyright and trade secret claims.   Accordingly, I present a

8  brief overview of the technological background underlying Lua's claims below.

9      **A.**    **DOTA Legend's Code Framework**

10       39.    According to Lilith, the game DOTA Legend has three components:  "(1) the game

11  written by Lilith in Lua; (2) the open-source engine Cocos2d-x, of which there is approximately

12  1,737,487 lines of source code; and (3) the SDK provided by Apple."  (PI Mot. at 3.)   To better

13  understand this structure, the following section provides an overview of app development

14  technologies for mobile devices.

15      **1.**    **SDK / Operating System**

16       40.    Every mobile platform is launched with an operating system ("OS"), which

17  interfaces directly with the hardware of the device.   In the mobile context, the primary operating

18  systems are Apple's iOS, Google's Android, and Microsoft's Windows Phone.   The software for

19  an OS is developed and maintained by the supplier itself—programmers cannot modify the OS.

20  Instead, programmers interface with an OS through an application program interface ("API"),

21  which provides methods to call and to gain access to the underlying functionality of the OS.

22       41.    To develop code on a mobile device, a programmer first downloads a software

23  developer kit ("SDK") for the relevant OS.   The SDK provides an environment for the developer

24  to write, debug and edit the source code necessary to run the program.   The SDK includes

25  documentation outlining the API and may also include sample code demonstrating the

26  functionality.

27       42.    Writing code that interfaces directly with the operating system through the API is

28  referred to as writing <u>native code</u>, or working in the <u>native environment</u>.   As the term implies,

-10-          Case No. 3:15-cv-01267-SC

1  native development involves working at the lowest level possible to communicate with the

2  operating system of the device.   In addition to my work on numerous game consoles, personal

3  computers and standalone electronic devices, I have written native code for Apple iOS platforms

4  (*i.e.*, for the iPhone and iPad).

5          43.     Native code development generally involves use of a specific (preferred)

6  programming language (the "official" language), usually the one that the OS was written in.   The

7  Apple iOS preferred native language is Objective C.   Google Android's preferred language is

8  Java.   The preferred languages for Microsoft's Windows Phone OS are C# (pronounced "C-

9  sharp") and C++ (pronounced "C-plus-plus").

10         44.     It's important to note that code written in native mode is specific to that hardware

11  (and that operating system).   For example, an application written in native code for Apple's iOS

12  is not transferable to an Android device, because the APIs for the two operating systems, and their

13  underlying hardware capabilities, do not share the exact same functions.

14              **2.      Cocos2d**

15         45.     Historically, developing an application for a mobile device in native code has

16  required a significant amount of effort.   While the OS supplies basic functionality to control the

17  hardware, it is generally focused on delivering a broad, generic interface to the platform, rather

18  than supplying higher-level, application-specific functionality that might make the developer's life

19  easier.   Moreover, developing an application that works across multiple operating systems and

20  devices requires several times the effort necessary to develop for a single device.

21         46.     In the early years of mobile development, programmers had to write nearly every

22  line for the programs that they wanted to create—including for simple tasks like making a picture

23  appear on the screen.   This inefficiency quickly became obvious to software developers.   In order

24  to avoid constantly duplicating the same efforts—multiple programmers developing their own

25  solution to accomplish the exact same function in multiple programs—programmers began to

26  share "modules," or lines of code that combined to carry out a common task.

27         47.     These shared modules led to the critical development of cross-platform

28  "middleware" for mobile devices, which gave programmers access to a robust toolkit of useful

-11-                                          Case No. 3:15-cv-01267-SC

1  functionalities to streamline the app development process. Most importantly, because
2  middleware sits between application code and the operating system (hence the term
3  "middleware"), a programmer can use a "standard" API to control the mobile device, rather than
4  the proprietary API for each OS. The middleware itself deals with the specifics of each operating
5  system, allowing the programmer to program an application for multiple platforms, *e.g.*, iOS,
6  Android and Windows Phone, without significant rework.

7      48.    One of the more popular cross-platform middleware solutions, or frameworks, is
8  Cocos2d. Cocos2d is a full-fledged framework[1] that provides underlying technology to aid in the
9  development and design of two-dimensional games. Cocos2d provides a useful "toolkit" for
10  game developers to program games quickly by using the built-in rules and behaviors already
11  supported by Cocos2d. Furthermore, because Cocos2d supports multiple operating systems, a
12  program written using the Cocos2d framework will run cross-platform, requiring little or no
13  modification by the programmer, saving millions of dollars in development costs.

14      49.    Middleware frameworks such as Cocos2d present a significant improvement over
15  the development tools available when mobile devices were first released. Once a programmer
16  becomes familiar with a middleware package, he only needs to write code to access the built-in
17  capabilities of the middleware, a task usually requiring far fewer lines than are contained within
18  the middleware itself. Middleware modules include code for displaying and controlling
19  individual graphic objects, such as animated characters or items ("sprites") and background
20  graphics ("scenes"), menus/user interface functionality (UI), wifi and cellular networking,
21  animations, scene transitions (*e.g.*, fade, dissolve), 3D effects (*e.g.*, particle effects, liquid),
22  touchscreen/buttons/keyboard/voice inputs, interfacing with key OS functionality (music player,
23  phone calls, power management, etc.), display and manipulation of text (fonts, text effects, etc.),
24  and physics simulation, among other capabilities.

---

25  [1] The term "framework" is defined as "a platform for developing software applications. It
26  provides a foundation on which software developers can build programs for a specific platform.
   For example, a framework may include predefined classes and functions that can be used to
27  process input, manage hardware devices, and interact with system software. This streamlines the
   development process since programmers don't need to reinvent the wheel each time they develop a
28  new application." *See* http://techterms.com/definition/framework.

DECLARATION OF GARRY KITCHEN IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION
261
EXHIBIT 43

1     50.    As support for each of the functionalities listed above is embedded in the free

2    Cocos2d middleware, game programmers can access those functionalities simply by calling the

3    Cocos2d API, without the need to program those functionalities themselves. This saves game

4    developers countless time and programming resources, as well as development costs.

5          **3.    The Lua Scripting Language**

6     51.    When working with Cocos2d, or another middleware framework that insulates the

7    developer from the OS and hardware layer, the programmer is no longer programming in native

8    mode. Therefore, there is more flexibility in the choice of language that can be used in the

9    programming of the app. Languages that are easier to learn and use, like Lua, Swift and Python,

10    offer conveniences for certain applications over the more sophisticated, low-level languages like

11    C++ or Objective C.

12     52.    Accordingly, a further advance in app programming has been the move toward

13    mobile app development using "high-level" languages. A high-level language is a programming

14    language that allows the developer to accomplish certain tasks in a few lines of code what would

15    have taken thousands of lines of code in a lower-level language like C++. Languages are

16    considered "high-level" because they are farther away from the lowest level, native code of the

17    operating system. High level languages are, at least theoretically, easier to read, write and

18    maintain.[2]

19     53.    "Lua" is a well-known, high-level non-proprietary scripting language that can be

20    used to control the functions of the Cocos-2d framework. Lua has become very common in

21    mobile game development for a number of reasons. In particular:

22          •    Lua is cross-platform compatible, and not dependent on any specific OS or device;

23          •    It is open-source and therefore publicly available for use in commercial

24              applications without copyright restriction;

25          •    It is (at least theoretically) simpler to use than the native languages discussed

26              above;

27          •    It is fast (i.e. executes its functions quickly, important for games); and

28     [2] *See* http://www.webopedia.com/TERM/H/high_level_language.html

-13-          Case No. 3:15-cv-01267-SC

1  • Developing code in Lua is "realtime", meaning you can change a line of code, run

2  the program, and immediately see the results.   This is in contrast to native

3  languages such as C++, where the code must be linked and compiled after every

4  code change before it can be executed.

5  54.  The Cocos2d framework that includes Lua support "on top of" the framework is

6  referred to as Cocos2d-x.[3]

7  55.  As set forth in Lilith's motion, DOTA Legend is built using a combination of Lua

8  source code and the Cocos2d-x framework.   This combination results in a program of over 2

9  million lines of code, only a small number of lines of which were actually purportedly authored by

10  Lilith employees.   Those lines interact with hundreds of thousands of lines of pre-existing support

11  code within the publicly available Cocos2d-x framework and the operating systems of the

12  compatible devices.

13  **B.**  **Content Over Which Lilith Claims Protection**

14  56.  Lilith states that its employees authored approximately 240,000 lines of DOTA

15  Legend's Lua code "to implement the rules, designs, and other developmental elements of DOTA

16  Legend and to enable the game's performance, advancement, interface between the various

17  aspects of the game, etc. . ."  Lilith then states that "[i]t is just the Lua code authored by Lilith that

18  Lilith maintains a trade secret in and has copyrighted."  (PI Mot. at 3-4.)

19  57.  According to Lilith, the Lua source code over which it claims protection accounts

20  for less than 10 percent of the total source code in DOTA Legend.   (*Id.*)

21  **C.**  **Content Over Which Lilith Does Not Claim Protection**

22  58.  Based on my analysis of the source code that Lilith has made available for the

23  game DOTA Legend, as well as my understanding of Lua and the Cocos2d-x framework, it is

24

25

26

27  ────────────

28  [3]  A full list of functionalities supported by Cocos2d-x is available at http://www.cocos2d-x.org/wiki/Cocos2d-x.

-14-  Case No. 3:15-cv-01267-SC

1 clear that there are certain elements of the DOTA Legend that are <u>not</u> incorporated in its Lua

2 code.[4]

3       59.    In particular, none of the artwork or character designs for the game DOTA Legend

4 are attributable to its Lua code. Rather, all of the visual elements of DOTA Legend, including

5 character profile images and game images; animations associated with the characters' special

6 moves; battle screen backgrounds; audio effects, voice acting and music; user interface icons,

7 windows and other graphical elements; and game maps; are all stored in image and audio files that

8 are separate from the game's Lua code, which is the only aspect of DOTA Legend over which I

9 understand Lilith claims copyright and trade secret protection.

10       60.    Moreover, the standard functions normally associated with a two-dimensional

11 mobile game are incorporated in Cocos2d-x, not Lua, and therefore cannot be part of the code over

12 which Lilith claims protection. As discussed above, Cocos2d-x contains all of the core code

13 necessary for creating two-dimensional sprite-based gameplay. This includes, for instance, the

14 code necessary for the mobile device to detect and interpret the user's input, including how to

15 recognize the tap and swipe commands, the creation of a 2-dimensional "field of play," the ability

16 of images to move around that field, and the integration of game play with other mobile phone

17 applications, such as Facebook, Game Center, or Twitter mobile apps.

18       61.    Accordingly, because Lilith claims protection over only its Lua source code, I

19 understand that Lilith does not, and cannot claim that any alleged copyright or trade secret in that

20 code extends to any aspect of Heroes Charge's artwork, visual elements or basic Cocos2d-x

21 functionality. Neither can Lilith rely on these visual elements to support a claim of infringement

22 or misappropriation of its actual source code.

23       62.    Although Lilith states that the subject of its claims is limited to its Lua source code,

24 Lilith's motion nevertheless includes statements and declarations that purport to compare the

25 artwork of DOTA Legend and Heroes Charge. To the extent that these comparisons may create

26 the erroneous assumption that similarities in artwork are indicative of similarities in underlying

27 _____

28    [4]   I rely on this statement for the purpose of the analysis in this declaration. If Lilith alters the scope of its claims, I reserve the right to modify or supplement this declaration.

1  source code, this assumption is incorrect, such inferences are unfounded, and Lilith's arguments

2  are misleading.

3  **D.  Distribution of Lua Code in Downloaded Apps**

4  63.  Games and other "apps" (short for "applications") available for download through

5  the iTunes app store are stored as ".ipa" files, which are compressed binary files based on the ZIP

6  compression methodology.

7  64.  Because Lua is a high-level scripting language, it is not converted to machine

8  language when the game's source code is compiled and packaged into its .ipa form.  Rather, Lua

9  instructions are converted into tokens[5] while other text elements, such as variable, file and

10  function names, are stored as well.

11  65.  This is an important distinction.  Other lower level languages, such as C, C++ and

12  assembly language are compiled into the lowest level machine code when they are delivered in

13  their final form.  This makes reverse engineering[6] of these programs very difficult because

14  variable, function and file names, which contain information about the program's functionality, are

15  not embedded in compiled assembly language.  However, the dynamic nature of scripting

16  languages such as Lua necessitates that this information remain with the program in some form.

17  Consequently, if an engineer is able to get access to the Lua scripts stored in the .ipa file, the

18  availability of the variable, function and file names offers a more complete view of the code. In

19  some cases, it can be relatively straightforward to use freely available software tools to recover the

20  Lua code from a downloaded app file, potentially including all methods and variable names.

21  66.  However, while there are tools available that can reverse the compilation process

22  (called disassemblers), and recreate Lua source from its compiled form, there are a number of

23  third party techniques that can be deployed by app developers to make the Lua code more difficult

24  _____

25  [5]  Lua tokens, or opcodes, are single bytes of data that represent the various Lua commands.
For example, a subtraction command in Lua is represented in compiled format as a single byte
26  $0D.
[6]  *See* https://blog.udemy.com/reverse-engineering-tutorial/ ("Reverse engineering, the
27  process of taking a software program's binary code and recreating it so as to trace it back to the
original source code, is being widely used in computer hardware and software to enhance product
28  features or fix certain bugs.").

-16-  Case No. 3:15-cv-01267-SC

DECLARATION OF GARRY KITCHEN IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY
INJUNCTION

1   to extract.  If a sophisticated developer implements serious obfuscation techniques, such as

2   encryption, it can be very difficult to extract the Lua code.  However, even in the case in which

3   these techniques are deployed, it is difficult to guarantee complete security of an app's Lua code.

4       67.    The following section gives an overview of an exemplary process for exploring the

5   contents of a commercial iOS application file.  I note that whether this process is a permissible

6   use of the file depends on the specific terms and conditions imposed by the game's owner or

7   publisher—*e.g.*, through an End User License Agreement.

8       68.    Changing the file extension of an app from .ipa to .zip is all that is necessary to

9   allow decompression of the file through standard *ZIP*-compatible software, allowing access to its

10   contents.  Decompressing the .ipa file creates a folder named /Payload/.  Within the folder

11   /Payload/ is a .app file, the file format for an iOS-compatible application.  Right clicking on the

12   .app file and selecting *Show Package Contents* opens a window showing the contents of the .app

13   file.



-17-      Case No. 3:15-cv-01267-SC

DECLARATION OF GARRY KITCHEN IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

266
EXHIBIT 43

**Package contents of app Hero**

69. The file contains various App Store-specific items, such graphical icons, provisioning and code signature data, plist information, and fonts. A folder named *deploy_res* contains certain application-specific data, including compiled Lua scripts, graphic images and audio files.

70. The data within the *deploy_res* folder is stored in 16 subfolders, named "0"-"9" and "a"-"f".

DECLARATION OF GARRY KITCHEN IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

267

EXHIBIT 43



71.     Within these subfolders are hundreds of binary data files stored under the file

extension .ddx.  The .ddx files are of differing lengths depending on the type of data stored within

each file.  The .ddx files give no indication, through either name or file extension, of the type of

file data stored.

72.     Using various tools, it is possible to determine the type of data stored in many of

the .ddx files.  The tools include hex viewers and editors (able to examine visible text and number

patterns with binary files) and binary file analysis tools, specifically developed for reverse

engineering applications.  In addition to the functionality of the Mac OSX operating system,

available tools include Super Text Search, Synalyze It Pro, Texture Packer and Hex Fiend.

73.     For example, simply viewing a preview image of the files within the Mac OS X finder reveals that many of the files graphic images, as shown below:



74.     In addition, graphical files (such as JPEG, PNG, etc.) have documented file formats (e.g. specific header data at the beginning of the file) which can be searched for and recognized using a binary search tool as discussed above.   For example, viewing the file below with a hex editor/viewer reveals a header for a PNG graphic file, evidenced by the ASCII characters "PNG" at the beginning of the file:

DECLARATION OF GARRY KITCHEN IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

75. Similarly, audio files (WAV, M4A, TIFF, etc.) also have documented file formats which can be searched for and identified. Viewing the file below with a hex editor or viewer reveals a header for an M4A audio file, evidenced by the ASCII characters "M4A" and "mp4" at the beginning of the file:

DECLARATION OF GARRY KITCHEN IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY
INJUNCTION

76. Other files that can be identified in this way include sprite sheets, sprite texture files and PKZip compressed files. To the extent one is searching only for Lua files, once these other file types are identified (and investigated, if necessary), they can be discarded.

77. Like graphic and audio files, compiled Lua files also have documented file formats. Various sources online discuss the workings of the Lua virtual machine and associated file formats and include tools that can be used to identify and disassemble Lua scripts. See "A No-Frills Introduction to Lua 5.1 VM Instructions" by Kein-Hong Man,[7] "Lua 5.2 Bytecode and Virtual Machine" by Dirk Laurie,[8] the code repository LuaAssemblyTools from Elijah Frederickson,[9] ChunkSpy by Kein-Hong Man,[10] and LuaDec, a Lua disassembler, by Hisham Muhammad.[11]

78. Using the above sources, it is possible in some cases to locate the Lua data chunks within the .ddx files of the iOS app. If the Lua data is not obfuscated (i.e. encrypted), searching for specific elements of the Lua file format within the binary data accomplishes the task. Synalyze

---

[7] http://luaforge.net/docman/83/98/ANoFrillsIntroToLua51VMInstructions.pdf
[8] http://files.catwell.info/misc/mirror/lua-5.2-bytecode-vm-dirk-laurie/lua52vm.html
[9] https://github.com/mlnlover11/LuaAssemblyTools
[10] http://chunkspy.luaforge.net
[11] http://luaforge.net/projects/luadec/

Case No. 3:15-cv-01267-SC

DECLARATION OF GARRY KITCHEN IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION
271
EXHIBIT 43

1  It Pro, a reverse engineering tool, has the ability to identify binary files by comparing their

2  structure to documented formats (referred to as "grammars") to identify code segments, including

3  Lua.

4       79.     However, a game developer may choose to obfuscate the Lua data in a game to

5  make it more difficult to locate the Lua code.  However, while this technique certainly adds time

6  to the analysis, it does not prevent a skilled software engineer from locating the Lua code.

7       80.     Once the Lua data is located, disassembly tools such as ChunkSpy and LuaDec are

8  used to convert the compiled data to readable Lua source.  While these tools are somewhat

9  automated, they are not automatic and require ongoing research and analysis from a skilled

10  engineer.

11       81.     As stated above, I understand that under California law, reverse engineering is

12  expressly permitted as a means of acquiring information about a third party's product, and does

13  not give rise to a claim of trade secret misappropriation.

14  **V.  ANALYSIS**

15       82.     In this section, I set forth my analysis and opinions on three issues:

16       &bull;     The level of confidentiality of Lilith's Lua source code at the time of the

17       development of Heroes Charge;

18       &bull;     The declarations of Mr. Yang and Mr. Ray, to the extent that they reflect on

19       Lilith's purportedly copyrighted, confidential Lua source code; and

20       &bull;     A comparison between Lilith's Lua source code and the source code of the

21       Heroes Charge.

22       **A.     Public Availability of Lilith's Lua Code**

23       **1.     Through the Web**

24       83.     Although Lilith claims that the Lua source code for Heroes Charge is a confidential

25  trade secret, a search of the Web reveals that portions of its source code are in fact publicly

26  available on the Internet without the use of any illegal or improper actions.

27       84.     For instance, I was readily able to locate a copy of the file "battleprepare.lua" on

28  the code repository website GitHub, at

DECLARATION OF GARRY KITCHEN IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

1    https://github.com/trarck/nodeapp/tree/master/dtcq_dist/1.3. GitHub indicates that this file was

2    uploaded in May 2014, well before the release of Heroes Charge.  A copy of this file is attached

3    to this declaration as Exhibit C.

4        85.    I have compared the code in the Github file "battleprepare.lua" to the DOTA

5    Legend source code made available by Lilith, and have confirmed that large portions of the code

6    are identical to the code found in                                                              For

7    example, the table below illustrates the striking similarity of the first 200 (approximately) lines of

8    successive code starting from the first defined function at line 22 of the Github file.  The code

9    below is marked in red to show differences between the files:

DECLARATION OF GARRY KITCHEN IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY
INJUNCTION
273
EXHIBIT 43