BENJAMIN B. ANGER, SBN 269145
  ben.anger@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard
Costa Mesa, CA 92626
T: (714) 830-0600 / F: (714) 830-0700

JOSHUA M. DALTON (*pro hac vice*)
  josh.dalton@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
T: (617) 341-7700 / F: (617) 341-7701

*Counsel for Defendants, Kristopher Takahashi and Alexander Taylor*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; Does 1-20, Inclusive,<br><br>Defendants. | CASE NO. 3:25-CV-01489<br><br>**DECLARATION OF BENJAMIN B. ANGER IN SUPPORT OF DEFENDANTS' MOTION TO SEAL DOCUMENTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL MOTION FOR PRELIMINARY INJUNCTION** |

I, Benjamin B. Anger, declare:

1. I am an attorney duly admitted to practice in the State of California and admitted to the bar of the United States District Court of the Southern District of California. I am a partner with the law firm of Morgan, Lewis & Bockius LLP and counsel of record for Defendants Kristopher Takahashi and Alexander Taylor in the above-entitled action. I submit this declaration in support of Defendants' Motion to Seal. The facts stated herein are true of my personal knowledge, and if called I could and would testify competently thereto.

2. I have identified two categories of documents and information that contain confidential information or have been provisionally marked confidential by Plaintiff, as detailed below.

3. The first category of information relates to Daybreak's business information, including its (i) user statistics and (ii) financial performance. I understand that Daybreak maintains that this information is confidential business information, and Daybreak has provisionally filed this information under seal. *See* ECF No. 39. The Court has not issued a ruling on Plaintiff's Motion to Seal.

4. The second category of information is personal identifying information about a non-party declarant and a THJ user. Defendants seek to protect the privacy interests of persons, who are not parties to this case, by keeping their personally identifying information confidential.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 30, 2025, in Costa Mesa, California.



Benjamin B. Anger

---