| | |
|---|---|
| 1 | NICHOLAS B. JANDA (SBN 253610) |
| | nick.janda@dentons.com |
| 2 | DENTONS US LLP |
| | 601 South Figueroa Street, Suite 2500 |
| 3 | Los Angeles, California 90017-5704 |
| | Telephone: (213) 623-9300 |
| 4 | Facsimile: (213) 623-9924 |
| 5 | MONICA B. RICHMAN (*pro hac vice forthcoming*) |
| | monica.richman@dentons.com |
| 6 | DANIEL A. SCHNAPP (*pro hac vice*) |
| | daniel.schnapp@dentons.com |
| 7 | MARY KATE BRENNAN (*pro hac vice*) |
| | marykate.brennan@dentons.com |
| 8 | DENTONS US LLP |
| | 1221 Avenue of the Americas |
| 9 | New York, New York 10020-1089 |
| | Telephone: (212) 768-6700 |
| 10 | Facsimile: (212) 768-6800 |

*Attorneys for Plaintiff*
*Daybreak Game Company LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC, | Case No. 3:25-cv-01489-BAS-BLM |
| Plaintiff, | **REPLY DECLARATION OF JENNIFER CHAN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive, | Date: August 12, 2025 |
| | Time: 10:30 a.m. |
| Defendants. | Ctrm: 12B |

# DECLARATION OF JENNIFER CHAN

I, Jennifer Chan, declare as follows:

1. I submit this supplemental declaration to provide additional factual information regarding Daybreak's discovery of THJ, analysis of THJ's business operations, and context for financial data and other assertions referenced in Defendants' opposition brief. As Executive Producer and Head of Studio for Darkpaw Games, I have personal knowledge of the facts set forth herein.

## DAYBREAK'S DISCOVERY OF THJ'S ILLEGAL ACTIVITIES

2. Daybreak's finance department first noticed unusual, alarming, and material performance deterioration in EverQuest's financial metrics in March 2025. This observation prompted further investigation into potential causes.

3. Independent of Daybreak's financial team's investigation, on March 22, 2025, Russ Bullock at Piranha Games, a sister game studio to Daybreak, informed our team about THJ's server operation. This was the first time that I became aware that THJ was directly competing for our players and was a significant, commercial threat.

4. ███████████████████████████████████████████████

5. The December 2024 email referenced by Defendants was sent to our Data Protection Officer (DPO) email address and was automatically filtered to a junk email folder by our email system. No one responsible for EverQuest operations saw this message. We located this email only after Defendants' counsel informed us through our counsel, and after the TRO was filed, that they had sent messages to Daybreak. Defendants did not approach Daybreak until March 2025, after THJ had firmly taken root and was causing actual harm to EverQuest. Even then, they did not disclose their identities, the nature of their business, or even the game they had copied.

## EG7 REPORTING

6. Defendants partially quote EG7's Q1 2025 report stating that "EverQuest delivered a stable performance in-line with expectations." (Opp. at 30-31.) The full quote, however, is "EverQuest delivered a stable performance in-line with expectations. although slightly down compared to the exceptional results during last year's anniversary celebrations." This quarterly report covers the period from January 1, 2025 through March 31, 2025. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

7. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

## FANGBREAKER

8. Defendants argue that Daybreak's release of Fangbreaker in May 2025 was a failure. (Opp. at 31.) Defendants fail to acknowledge their role in drawing EveQuest players away from Fangbreaker.

9. Defendants irreparably harmed Daybreak's ability to market Fangbreaker by positioning THJ as a competing game to Daybreak's authentic Fangbreaker server. A search for "Fangbreaker" on Google pulls up the YouTube video "EverQuest 2025: Fangbreaker TLP vs. Heroes' Journey – Which Server Should You Play?" (https://www.youtube.com/watch?v=6ZibQzKi02s).

10. Fan videos and comments also contradict Defendants' claim that Fangbreaker was an inferior server. *See*, *e.g.*, "I was wrong about Fangbreaker!" (https://www.youtube.com/watch?v=mQ4AxBcpkmI).

## THJ'S COMMERCIAL OPERATIONS

11. I have reviewed THJ's operations and revenue model. THJ generates revenue through a system called "Echoes of Memory" (EOM), which functions as virtual currency within the THJ game environment. EOM is the rough equivalent of

Krono in EverQuest, in that both are virtual currencies that allow players to make premium purchases, and both are actively traded by players for another in-game currency known as "platinum" or "plat." On THJ's Discord "auction" channel, there are thousands of posts from players looking to buy and sell EOM for platinum. This makes EOM an important component of THJ's game economy.

12. According to THJ's own website (https://wiki.heroesjourneyemu.com/en/FAQs) users can obtain EOM through "donations" to THJ. Defendants refer to the EOMs as "gifts" that are sent to players in exchange for "donations." Using this mechanic, THJ sells EOMs to players at an exchange rate of approximately $1 USD per EOM.

13. EOM can be earned through gameplay, but according to THJ's documentation, only approximately 1,000 EOM are distributed server-wide per day through gameplay mechanics. In THJ's own words, this makes EOM "extremely rare" to obtain unless they are purchased using real money through the so-called donation system.

14. Users can exchange EOM for exclusive in-game items and character modifications not otherwise available through gameplay. THJ operates two "EOM vendors" in their game environment where users can purchase these exclusive items. For example, using the vendors, EOM can be exchanged to buy 100 slot bags or to change character classes, and many other items that are highly valuable to players and otherwise unavailable to purchase.

15. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████

# HISTORICAL EMULATOR CONTEXT

16. EverQuest's End User License Agreement (EULA) Section 9 states: "You may not create, facilitate, host, link to or provide any other means through which the Game may be played by others, such as through server emulators."

17. Neither Daybreak, Sony Online Entertainment, nor Verant Interactive has ever issued any statement endorsing or approving emulators or derivative games generally. This EULA prohibition comes with the specific client software that Defendants modify for THJ operations.

18. Daybreak and its predecessor companies sent cease and desist letters to unauthorized emulator operators when resources and circumstances warranted, including but not limited to Winter's Roar (2005), EQClassic (2008), Shards of Dalaya (2008), and Scorpious2k (2009). These letters cited copyright infringement and unauthorized server emulation using modified EverQuest client software. While not every emulator received enforcement action due to resource constraints and discovery limitations, Daybreak never issued any statement endorsing or approving emulators generally. True and correct copies of these cease and desist letters are attached hereto as Exhibit B.

19. In 2015, Daybreak entered into a written agreement with two EverQuest fans that had created a personal project based on the original version of EverQuest called Project 1999. Colloquially known as an "emulator," Project 1999 was not legal, but also posed no commercial threat to EverQuest. Because Daybreak was convinced that the operators of Project 1999 were acting in good faith and meant no harm, Daybreak eventually allowed them to continue operating Project 1999 under very specific and restrictive conditions, including:

• Operation must remain entirely a personal, not-for-profit, fan project, with no monetization of any kind, and no sales of anything at all

• Limited to classic era EverQuest content

• No new mechanics or content permitted

- Client software modifications required Daybreak's written approval
- Daybreak expressly retained all intellectual property rights and legal claims, and the agreement explicitly stated it was not a license

The 2015 Project 1999 agreement explicitly stated it was "not a license" and included language preserving Daybreak's legal claims. A true and correct copy of the Project 1999 agreement is attached as Exhibit C.

20. Other similar fan-made emulator projects also exist, however, the vast majority are too small to pose any kind of commercial risk and none of them engage in any commercial activity. The only other emulator that had been a possible cause for concern due to its popularity, Project Quarm, was shut down by its operator in good faith after this lawsuit was filed. Daybreak has since entered into a similar exceptional agreement with "Project Quarm," allowing it to resume operating. These agreements, while rare, show that Daybreak is sometimes willing to tolerate fan-based projects provided that the operators are acting in good faith, do not operate for profit or as a business, and pose no threat to the real EverQuest. A true and correct copy of the Project Quarm Agreement is attached hereto as Exhibit D.

21. On March 20, 2025, the lead developer of Project 1999, Sean Norton (aka Rogean), sent a message to Defendant Takahashi (aka Apor1a or Aporia) informing him that "you could get in trouble" for selling virtual items in THJ. The message included a copy of the section of the agreement between Daybreak and Project 1999 that prohibits any kind of commercial activity or the sale of anything at all in connection with Project 1999. A true and correct copy of this message is attached hereto as Exhibit E.

22. THJ proceeded to sell EOM and promote its business without seeking any permission or agreement. Defendants were well aware that Project 1999 had an agreement with Daybreak and that THJ, operated for profit, would certainly require permission from Daybreak to run a business selling a copy of EverQuest.

## USER MIGRATION ANALYSIS

23. I have analyzed user engagement patterns before and after THJ's launch. EverQuest's metrics were within normal operational ranges prior to October 2024.

24. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████

25. ███████████████████████████████████████████████████████████████████████████████████████████████████

26. ███████████████████████████████████████████████████████████████████████████████████████

## BUSINESS IMPACT ASSESSMENT

27. ███████████████████████████████████████████████████████████████████████████████████████

28. ███████████████████████████████████████████████████████████████████████████████████████

29. ███████████████████████████████████████████████████████████████████████████████████████

## TECHNICAL OPERATIONS

30. THJ operates by modifying EverQuest client software to redirect server connections from Daybreak's authentication systems to THJ's infrastructure. This

allows users to access EverQuest content without creating Daybreak accounts or maintaining active subscriptions.

31. THJ's server infrastructure replicates and replaces EverQuest's server-side functionality, including authentication, game world hosting, and character data management.

32. This technical approach enables users to access EverQuest content and functionality through THJ's systems without interacting with Daybreak's access control measures.

33. Based on my review of publicly available THJ gameplay footage and screenshots, THJ makes extensive use of EverQuest client-side assets. These include character models, user interface elements, sound effects, environment textures, and item artwork.

34. These assets include both original content from EverQuest's 1999 launch and additional assets created throughout the game's 26-year development history. All of these assets remain functionally required for and actively used in the current commercial version of EverQuest today. These assets were created by Verant Interactive, Sony Online Entertainment, and Daybreak, with Daybreak owning these assets as successor-in-interest, and they continue to be essential components of the overall audiovisual experience that defines EverQuest as it exists today. Defendants have suggested that the age of the assets makes them less relevant, but that is not accurate—these assets remain core to EverQuest's current operation.

35. The EverQuest user experience depends on the combined use of the client and server components. In my role overseeing the EverQuest product, I can confirm that what players perceive as "the game" results from the interoperation of these components. The server governs gameplay rules, while the client renders the characters, environments, animations, effects, and music that shape the user's experience. Defendants' use of the client-side assets developed and owned by Daybreak is how they replicate the EverQuest game experience in THJ, including all

of the EverQuest characters, scenery, storylines, maps, monsters, etc., as well as the overall look and feel of the game.

## CONCLUSION

36. Based on my analysis, THJ operates as a commercial service generating substantial monthly revenue by operating an unauthorized copy and derivative work of EverQuest, which it accomplishes through modification of EverQuest's client software and replication of EverQuest's server infrastructure.

37. THJ is an unauthorized commercial business that unfairly competes directly with EverQuest by circumventing access controls, and reproducing and modifying the software and creative elements of EverQuest game without permission.

38. The user migration to THJ has resulted in EverQuest operating below sustainable user engagement thresholds, requiring operational adjustments to maintain current service levels.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 6, 2025, at San Diego, California.



Jennifer Chan