# Exhibit B

EXHIBIT B

June 21, 2005

<u>VIA ELECTRONIC MAIL & FEDERAL EXPRESS</u>
Jeffrey Sylvan



Re:     www.wintersroar.com

Mr. Sylvan:

I am corporate counsel for Sony Online Entertainment Inc. ("SOE"), which operates the online game *EverQuest* under license from its sister company Sony Computer Entertainment America Inc. ("SCEA"). SCEA has been the federally registered owner of U.S. Trademark Registration No. 2,137,911 for the *EverQuest* mark since February 17, 1998. SOE has been using this mark in commerce as early as June 1997 in conjunction with the production and sale of goods and online services bearing this name. I am writing to you as the registered owner of www.wintersroar.com. To the extent that you have recently transferred ownership of this domain name and, therefore, that this letter has been incorrectly transmitted to you, please advise me of the name and contact information for the appropriate owner of this website so that I may proceed accordingly.

It has come to my attention that you, at the URL http://www.wintersroar.com, and perhaps through other means of distribution, are hosting, marketing and, perhaps, selling products and services which exploit this SOE game. By way of example, and by your own admission, Winter's Roar is an "emulated EverQuest server…that is not served or maintained by Sony, Verant, or anyone affiliated [with] the creators or publishers of the live (or pay for play) EverQuest". (See www.wintersroar.com/?page=intro). Your offer and hosting of such products and services, among other things, a breach of any EverQuest User Agreement and Software License (the "License Agreement") that you may have with SOE, constitutes a tortious interference with the contracts and business relationships that SOE, and SOE and SCEA (collectively, "Sony") have with more than 300,000 game players and violates Sony's exclusive trademark rights and exclusive rights of reproduction, distribution and public display under Section 106 of the Copyright Act.  Accordingly, we demand that you and your agents immediately and permanently cease and desist from the development, hosting, advertising, marketing, distribution and sale of any and all such emulated *EverQuest* servers and any related materials thereto.

The *EverQuest* License Agreement -- to which you or your agents must affirmatively agree when you install the game and each and every time that you log-in to *EverQuest* -- prohibits you from infringing any intellectual property rights and selling any *EverQuest* -related copyrighted material. Your "emulated EverQuest server" and your website (and the products and services offered therein) contain material which was and is infringing on the intellectual property rights of Sony. Every time you click "I ACCEPT" on the License Agreement box, you make certain promises to

EXHIBIT B

July 31, 2025

Sony; by developing, hosting, marketing, distributing and selling such exploits, you are breaking those promises.

Under relevant statutes and established common law in California, your operation of this website and your "emulated EverQuest server" rises to the level of unfair competition. Moreover, federal law and Connecticut state law support similar causes of action. Your company's hosting, advertising, sale and distribution of infringing products violates Sony's proprietary rights, goodwill, and its freedom of contract in business relationships.

In addition, the development, hosting, reproduction, distribution, sale and display of these exploits and the operation of your website violates the exclusive trademark rights and rights under section 106 of the United States Copyright Act which legally belong to Sony. Section 106 of the Copyright Act provides that the copyright owner, here Sony, has the exclusive right to do or authorize, among other things, the following: reproduce the copyrighted work, prepare derivative works based upon the copyrighted work, distribute copies of the copyrighted work to the public, and public display the copyrighted work. Copyright Act Section 501 provides that anyone who violates any of the exclusive rights of the copyright owner is liable for direct infringement of the copyright, here *EverQuest*. Remedies for infringement that may be imposed by a federal court include preliminary and permanent injunctions (Section 502) and actual or statutory damages (Section 504).

Each one of SOE's players is valuable to Sony. Sony has devoted an extraordinary amount of time, assets and resources toward developing unique and distinctive marks which evoke recognition of its commitment to quality and loyalty to its actual or potential consumers. Your company's unauthorized use of our good name constitutes an illegal use that is harmful to Sony's rights in this mark.

Accordingly, we hereby demand that you and your agents immediately and permanently cease and desist from the development, hosting, advertising, marketing, distribution and sale of any and all products and services related to *EverQuest* – including, but not limited to, taking down the emulated server(s) and www.wintersroar.com. Additionally, we demand that you immediately cease any and all use, in connection with any internet site or otherwise, that infringes Sony's trademark rights in these marks.

In the absence of your response in accordance with the foregoing by June 24, 2005, appropriate action will be taken against you to enjoin your unauthorized and illegal use of Sony's registered *EverQuest* mark(s). We will also consider seeking temporary, preliminary and permanent injunctive relief, as well as damages for the harm suffered and which continues to be suffered by SOE, together with attorneys' fees because of the wrongful deprivation caused by your use.

Please contact me at (858) 577-3100 if you have any questions related to this matter. Nothing contained in this letter shall be construed as an admission or as a waiver of any rights or remedies that SOE may have at law or in equity, all of which are hereby expressly reserved.

Thank you, in advance, for your cooperation.

Regards,


Kelly Conway
Staff Counsel

EXHIBIT B

– 3 – July 31, 2025

cc: Andrew Zaffron
Computer Services Langenbach GmbH (d.b.a. Joker.com)
Everyone's Internet, Inc.
University of Hartford

EXHIBIT B

**Sony Online Entertainment LLC**
8928 Terman Court
San Diego, CA 92121

Richard C. Herman
SVP, Legal & Business Affairs

Tel: (858) 577-3100
Fax: (858) 577-3356

September 11, 2008

<u>VIA FEDERAL EXPRESS</u>
Daniel Wilkins


Re:     www.eqclassic.org

Mr. Wilkins:

I am corporate counsel for Sony Online Entertainment LLC ("SOE"), which operates the online game *EverQuest*. SOE and our sister company Sony Computer Entertainment America Inc. ("SCEA") have been the federally registered owner of U.S. Trademark Registration No. 2,137,911 for the *EverQuest* mark since February 17, 1998. SOE has been using this mark in commerce as early as June 1997 in conjunction with the production and sale of goods and online services bearing this name. I am writing to you as the registered owner, as disclosed by Domains by Proxy, Inc., of www.eqclassic.org. To the extent that you have recently transferred ownership of this domain name and, therefore, that this letter has been incorrectly transmitted to you, please advise me of the name and contact information for the appropriate owner of this website so that I may proceed accordingly.

It has come to my attention that you, at the URL http://www.eqclassic.org, and perhaps through other means of distribution, are hosting, marketing and, perhaps, selling products and services which exploit this SOE game. By way of example, and by your own admission, EQClassic is "developed with an intent to recreate EverQuest…[and] aims to be the most accurate recreation of EverQuest servers ever created." (See http://www.eqclassic.org/about.php). Your offer and hosting of such products and services, among other things, a breach of any EverQuest User Agreement and Software License (the "License Agreement") that you may have with SOE, constitutes a tortious interference with the contracts and business relationships that SOE, and SOE and SCEA (collectively, "Sony") have with more thousands of game players and violates Sony's exclusive trademark rights and exclusive rights of reproduction, distribution and public display under Section 106 of the Copyright Act. Accordingly, we demand that you and your agents immediately and permanently cease and desist from the development, hosting, advertising, marketing, distribution and sale of any and all such recreated, emulated, and/or resurrected *EverQuest* servers and any related materials thereto.

The *EverQuest* License Agreement -- to which you or your agents must affirmatively agree when you install the game and each and every time that you log-in to *EverQuest* -

EXHIBIT B

– 2 –                                                                                                   July 31, 2025

- prohibits you from infringing any intellectual property rights and selling any *EverQuest* - related copyrighted material. Your "EQClassic server" and your website (and the products and services offered therein) contain material which was and is infringing on the intellectual property rights of Sony.  Every time you click "I ACCEPT" on the License Agreement box, you make certain promises to Sony; by developing, hosting, marketing, distributing and selling such exploits, you are breaking those promises.

Under relevant statutes and established common law in California, your operation of this website and your "EQClassic server" rises to the level of unfair competition.  Moreover, federal law and Arizona state law support similar causes of action.  Your company's hosting, advertising, sale and distribution of infringing products violates Sony's proprietary rights, goodwill, and its freedom of contract in business relationships.

In addition, the development, hosting, reproduction, distribution, sale and display of these exploits and the operation of your website violates the exclusive trademark rights and rights under section 106 of the United States Copyright Act which legally belong to Sony.  Section 106 of the Copyright Act provides that the copyright owner, here Sony, has the exclusive right to do or authorize, among other things, the following: reproduce the copyrighted work, prepare derivative works based upon the copyrighted work, distribute copies of the copyrighted work to the public, and public display the copyrighted work.  Copyright Act Section 501 provides that anyone who violates any of the exclusive rights of the copyright owner is liable for direct infringement of the copyright, here *EverQuest*.  Remedies for infringement that may be imposed by a federal court include preliminary and permanent injunctions (Section 502) and actual or statutory damages (Section 504).

Each one of SOE's players is valuable to Sony.  Sony has devoted an extraordinary amount of time, assets and resources toward developing unique and distinctive marks which evoke recognition of its commitment to quality and loyalty to its actual or potential consumers.  Your company's unauthorized use of our good name constitutes an illegal use that is harmful to Sony's rights in this mark.

Accordingly, we hereby demand that you and your agents immediately and permanently cease and desist from the development, hosting, advertising, marketing, distribution and sale of any and all products and services related to *EverQuest* – including, but not limited to, taking down the emulated server(s) and www.eqclassic.org.  Additionally, we demand that you immediately cease any and all use, in connection with any internet site or otherwise, that infringes Sony's trademark rights in these marks.

In the absence of your response in accordance with the foregoing by October 1, 2008, appropriate action will be taken against you to enjoin your unauthorized and illegal use of Sony's registered *EverQuest* mark(s).  We will also consider seeking temporary, preliminary and permanent injunctive relief, as well as damages for the harm suffered and which continues to be suffered by SOE, together with attorneys' fees because of the wrongful deprivation caused by your use.

2

EXHIBIT B

Please contact me at (858) 577-3100 if you have any questions related to this matter. Nothing contained in this letter shall be construed as an admission or as a waiver of any rights or remedies that SOE may have at law or in equity, all of which are hereby expressly reserved.

Thank you, in advance, for your cooperation.

Regards,


Richard Herman
SVP, Legal & Business Affairs

3

EXHIBIT B

April 10, 2008

<u>VIA ELECTRONIC MAIL & FEDERAL EXPRESS</u>
Martin Rolf



Re:     www.shardsofdalaya.com

Mr. Rolf:

I am corporate counsel for Sony Online Entertainment LLC ("SOE"), which operates the online game *EverQuest*. SOE and Sony Computer Entertainment America Inc. ("SCEA") have been the federally registered owner of U.S. Trademark Registration No. 2,137,911 for the *EverQuest* mark since February 17, 1998. SOE has been using this mark in commerce as early as June 1997 in conjunction with the production and sale of goods and online services bearing this name. I am writing to you as the registered owner of www.shardsofdalaya.com. To the extent that you have recently transferred ownership of this domain name and, therefore, that this letter has been incorrectly transmitted to you, please advise me of the name and contact information for the appropriate owner of this website so that I may proceed accordingly.

It has come to my attention that you, at the URL http://www.shardsofdalaya, and perhaps through other means of distribution, are hosting, marketing and, perhaps, selling products and services which exploit this SOE game. By way of example, and by your own admission, Shards of Dalaya is an "emulated server based on a popular commercial MMORPG game". (See www.shardsofdalaya.com/intro.htm). Your offer and hosting of such products and services, among other things, a breach of any EverQuest User Agreement and Software License (the "License Agreement") that you may have with SOE, constitutes a tortious interference with the contracts and business relationships that SOE, and SOE and SCEA (collectively, "Sony") have with hundreds of thousands of game players and violates Sony's exclusive trademark rights and exclusive rights of reproduction, distribution and public display under Section 106 of the Copyright Act. Accordingly, we demand that you and your agents immediately and permanently cease and desist from the development, hosting, advertising, marketing, distribution and sale of any and all such emulated *EverQuest* servers and any related materials thereto.

The *EverQuest* License Agreement -- to which you or your agents must affirmatively agree when you install the game and each and every time that you log-in to *EverQuest* -- prohibits you from infringing any intellectual property rights and selling any *EverQuest* -related copyrighted material. Your "emulator" and your website (and the products and services offered therein) contain material which was and is infringing on the intellectual property rights of Sony. Every time you click "I ACCEPT" on the License Agreement box, you make certain promises to Sony; by developing, hosting, marketing, distributing and selling such exploits, you are breaking those promises.

Under relevant statutes and established common law in California, your operation of this website and your "emulator" rises to the level of unfair competition. Moreover, federal law and Texas state law support similar causes of action. Your company's hosting, advertising, sale and distribution of infringing products violates Sony's proprietary rights, goodwill, and its freedom of contract in business relationships.

July 31, 2025

In addition, the development, hosting, reproduction, distribution, sale and display of these exploits and the operation of your website violates the exclusive trademark rights and rights under section 106 of the United States Copyright Act which legally belong to Sony. Section 106 of the Copyright Act provides that the copyright owner, here Sony, has the exclusive right to do or authorize, among other things, the following: reproduce the copyrighted work, prepare derivative works based upon the copyrighted work, distribute copies of the copyrighted work to the public, and public display the copyrighted work. Copyright Act Section 501 provides that anyone who violates any of the exclusive rights of the copyright owner is liable for direct infringement of the copyright, here *EverQuest*. Remedies for infringement that may be imposed by a federal court include preliminary and permanent injunctions (Section 502) and actual or statutory damages (Section 504).

Each one of SOE's players is valuable to Sony. Sony has devoted an extraordinary amount of time, assets and resources toward developing unique and distinctive marks which evoke recognition of its commitment to quality and loyalty to its actual or potential consumers. Your company's unauthorized use of our good name constitutes an illegal use that is harmful to Sony's rights in this mark.

Accordingly, we hereby demand that you and your agents immediately and permanently cease and desist from the development, hosting, advertising, marketing, distribution and sale of any and all products and services related to *EverQuest* – including, but not limited to, taking down the emulated server(s) and www.shard sofdalaya.com . Additionally, we demand that you immediately cease any and all use, in connection with any internet site or otherwise, that infringes Sony's trademark rights in these marks.

In the absence of your response in accordance with the foregoing by April 30, 2008, appropriate action will be taken against you to enjoin your unauthorized and illegal use of Sony's registered *EverQuest* mark(s).  We will also consider seeking temporary, preliminary and permanent injunctive relief, as well as damages for the harm suffered and which continues to be suffered by SOE, together with attorneys' fees because of the wrongful deprivation caused by your use.

Please contact me at (858) 577-3100 if you have any questions related to this matter.  Nothing contained in this letter shall be construed as an admission or as a waiver of any rights or remedies that SOE may have at law or in equity, all of which are hereby expressly reserved.

Thank you, in advance, for your cooperation.

Regards,


Kelly Conway
Director of Business and Legal Affairs



cc:     Andrew Zaffron
        Nitin Corporation d/b/a misk.com

EXHIBIT B

September 21, 2005

VIA ELECTRONIC MAIL & FEDERAL EXPRESS
Matthew Meck

Re:     www.scorpious2k.net

Mr. Meck:

I am corporate counsel for Sony Online Entertainment Inc. ("SOE"), which operates the online game *EverQuest* under license from its sister company, Sony Computer Entertainment America Inc. ("SCEA"). SCEA has been the federally registered owner of U.S. Trademark Registration No. 2,137,911 for the *EverQuest* mark since February 17, 1998. SOE has been using this mark in commerce as early as June 1997 in conjunction with the production and sale of goods and online services bearing this name. I am writing to you as the registered owner of www.scorpious2k.net. To the extent that you have recently transferred ownership of this domain name and, therefore, that this letter has been incorrectly transmitted to you, please advise me of the name and contact information for the appropriate owner of this website so that I may proceed accordingly.

It has come to my attention that you, at the URL http://www.scorpious2k.net, and perhaps through other means of distribution, are hosting, marketing and, perhaps, selling products and services which exploit this SOE game. By way of example, and by your own admission, Scorpious2k is an "Ever[Q]uest emulator". (See www.scorpious2k.net/home.htm). Your offer and hosting of such products and services, among other things, a breach of any EverQuest User Agreement and Software License (the "License Agreement") that you may have with SOE, constitutes a tortious interference with the contracts and business relationships that SOE, and SOE and SCEA (collectively, "Sony") have with hundreds of thousands of game players and violates Sony's exclusive trademark rights and exclusive rights of reproduction, distribution and public display under Section 106 of the Copyright Act. Accordingly, we demand that you and your agents immediately and permanently cease and desist from the development, hosting, advertising, marketing, distribution and sale of any and all such emulated *EverQuest* servers and any related materials thereto.

The *EverQuest* License Agreement -- to which you or your agents must affirmatively agree when you install the game and each and every time that you log-in to *EverQuest* -- prohibits you from infringing any intellectual property rights and selling any *EverQuest* -related copyrighted material. Your "Ever[Q]uest emulator" and your website (and the products and services offered therein) contain material which was and is infringing on the intellectual property rights of Sony. Every time you click "I ACCEPT" on the License Agreement box, you make certain promises to Sony; by developing, hosting, marketing, distributing and selling such exploits, you are breaking those promises.

EXHIBIT B

July 31, 2025

Under relevant statutes and established common law in California, your operation of this website and your "Ever[Q]uest emulator" rises to the level of unfair competition. Moreover, federal law and Texas state law support similar causes of action. Your company's hosting, advertising, sale and distribution of infringing products violates Sony's proprietary rights, goodwill, and its freedom of contract in business relationships.

In addition, the development, hosting, reproduction, distribution, sale and display of these exploits and the operation of your website violates the exclusive trademark rights and rights under section 106 of the United States Copyright Act which legally belong to Sony. Section 106 of the Copyright Act provides that the copyright owner, here Sony, has the exclusive right to do or authorize, among other things, the following: reproduce the copyrighted work, prepare derivative works based upon the copyrighted work, distribute copies of the copyrighted work to the public, and public display the copyrighted work. Copyright Act Section 501 provides that anyone who violates any of the exclusive rights of the copyright owner is liable for direct infringement of the copyright, here *EverQuest*. Remedies for infringement that may be imposed by a federal court include preliminary and permanent injunctions (Section 502) and actual or statutory damages (Section 504).

Each one of SOE's players is valuable to Sony. Sony has devoted an extraordinary amount of time, assets and resources toward developing unique and distinctive marks which evoke recognition of its commitment to quality and loyalty to its actual or potential consumers. Your company's unauthorized use of our good name constitutes an illegal use that is harmful to Sony's rights in this mark.

Accordingly, we hereby demand that you and your agents immediately and permanently cease and desist from the development, hosting, advertising, marketing, distribution and sale of any and all products and services related to *EverQuest* – including, but not limited to, taking down the emulated server(s) and www.scorpious2k.net . Additionally, we demand that you immediately cease any and all use, in connection with any internet site or otherwise, that infringes Sony's trademark rights in these marks.

In the absence of your response in accordance with the foregoing by September 30, 2005, appropriate action will be taken against you to enjoin your unauthorized and illegal use of Sony's registered *EverQuest* mark(s).  We will also consider seeking temporary, preliminary and permanent injunctive relief, as well as damages for the harm suffered and which continues to be suffered by SOE, together with attorneys' fees because of the wrongful deprivation caused by your use.

Please contact me at (858) 577-3100 if you have any questions related to this matter.  Nothing contained in this letter shall be construed as an admission or as a waiver of any rights or remedies that SOE may have at law or in equity, all of which are hereby expressly reserved.

Thank you, in advance, for your cooperation.

Regards,


Kelly Conway
Staff Counsel

EXHIBIT B

– 3 –

July 31, 2025

cc: Andrew Zaffron
    Securenet-Server
    Global Net Access, LLC
    Advanced Internet Technologies
    KNOLOGY Holdings, Inc.

EXHIBIT B