# Exhibit C

EXHIBIT C

**Daybreak Games**
8928 Terman Court
San Diego, CA 92121

David Youssefi
Vice President & General Counsel

E-mail: ▮▮▮▮▮▮▮▮▮▮

April 23, 2015

Sean Norton
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Clifton Gibson
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

Re:   Project 1999

Dear Sean & Clifton:

Thank you for taking the time to talk to me over the phone about Project 1999. As we discussed, you may continue operating Project 1999, including the emulator and the fan site at project1999.com, so long as you comply with the terms set forth below. If this letter accurately reflects our agreement, please confirm by signing below.

1)   **Term and Termination**. This letter agreement ("Agreement") will remain in effect as long as you continue operating Project 1999 in compliance with the terms of this Agreement. Either of us may terminate this Agreement if the other breaches the Agreement and fails to cure the breach within ten days of receiving written notice of the breach from the other party. This Agreement will automatically terminate if you discontinue operating Project 1999.

2)   **Preserve the Peace**. This Agreement is not a license. The purpose of this Agreement is to preserve the peace between you and Daybreak, despite the fact that Daybreak believes that your operation of Project 1999 may give rise to certain legal claims and liabilities. We both agree that:

   a)   Daybreak will not assert any legal claim against you for your operation of Project 1999 so long as you comply with the terms of this Agreement (except that Daybreak will be entitled to indemnity against third party claims as set forth below);

   b)   you have not admitted any fault or liability in connection with Project 1999;

   c)   Daybreak is not waiving any legal claims and may assert any valid legal claims it may have against you if you breach the terms of this Agreement; and

   d)   the statute of limitations for any valid legal claims that Daybreak may have against you will be tolled for the duration of this Agreement.

EXHIBIT C

3) **Representations & Promises**. In agreeing to allow you to continue operating Project 1999, Daybreak is relying on certain representations that you have made. Accordingly, we are entering into this Agreement based on your promise that the following statements are true and will remain true during the term of the Agreement:

a) your emulator software was created from scratch and you did not and will not access, copy, modify, distribute, or use any Daybreak server-side software in connection with your development, testing, or operation of Project 1999;

b) you will not copy, modify, or distribute any EverQuest client software, except that you may modify a user's client data files (but not executable files) as approved by Daybreak in writing in advance (email shall suffice);

c) Project 1999 users are and will always be required to obtain their own copies of the EverQuest client software in order to use Project 1999, and you will not encourage, induce, or assist any user in obtaining a pirated copy of the EverQuest client software;

d) you will comply with the terms of this Agreement and all applicable laws in connection with your continued operation of Project 1999;

e) you will not develop or operate an emulator for any Daybreak game other than EverQuest; and

f) Project 1999 will be maintained at all times as a legacy fan project and will never be operated in conjunction with any EverQuest expansion other than the following: The Ruins of Kunark, The Scars of Velious, The Shadows of Luclin, The Planes of Power, The Legacy of Ykesha, Lost Dungeons of Norrath, Gates of Discord, Omens of War, Dragons of Norrath, and Depths of Darkhollow.

4) **Non-Commercial Use Only**. You represent and agree that Project 1999 is and will remain a non-commercial, not-for-profit, fan-based project. You may continue to solicit donations through PayPal to help cover your server maintenance and data bandwidth costs. However, you may not engage in any other commerce in connection with Project 1999. For example, and without limitation, you may not sell game subscriptions, software, DLC, in-game items (micro-transactions), game-related services, premium access, or any other physical goods, virtual goods, or services in connection with Project 1999. Project 1999 must always be completely free to play with no charges for anything at all.

5) **Terms of Service**. You agree to be bound by Daybreak's Terms of Service and End User License Agreement (EULA), as they may be amended from time to time. In the event of a conflict between the Terms of Service and EULA, and this Agreement, this Agreement shall control.

6) **Intellectual Property**. All intellectual property rights in EverQuest, the Daybreak websites, and all other Daybreak games and business assets, including without limitation all trademarks, copyrights, and patents, are and will remain Daybreak's sole and exclusive property. You may not use any Daybreak trademarks, names, logos, or Daybreak Game Assets (as that term is defined in Daybreak's Terms of Service) unless: (i) such use is expressly permitted by Daybreak's Terms of Service or this Agreement, or (ii) such use is a valid "fair use" under applicable law. Under no circumstance will any use of Daybreak's trademarks, names, logos, or Daybreak Game Assets be permitted in connection with the advertising or promotion of Project 1999, except as expressly provided in paragraph 7 below. If there is any disagreement about whether your use of Daybreak's trademarks, names, logos, or Daybreak Game Assets is permissible, we agree to cooperate with you in good faith to resolve the disagreement. But in any event Daybreak will have the final say and you agree to discontinue any use of Daybreak's trademarks, names, logos, or Daybreak Game Assets that Daybreak determines in its reasonable discretion to be impermissible.

You agree that you will not (i) register or apply to register any of Daybreak's trademarks or any marks similar to Daybreak's trademarks, (ii) register or use any domain name or social media handle that contains any of Daybreak's trademarks, (iii) and/or (iii) dispute or challenge the validity of any of Daybreak's trademarks or other intellectual property.

7) **Advertising & Social Media**. You may continue to operate your website (project1999.com), and your social media pages and feeds, as long as they comply with the terms of this Agreement. You may not distribute or assist or encourage anyone else to distribute any Project 1999 advertising materials to Daybreak's customers via Daybreak's games, forums, websites, social media sites, or other Daybreak channels of communication to its customers. Except for your website and social media sites that are in compliance with Daybreak's Terms of Service, your Project 1999 advertising and promotional materials, including emails, private messages, online ads and search engine key words, must not utilize or contain any of Daybreak's trademarks, names, logos, or Daybreak Game Assets; with the sole exception that you may use the name "EverQuest" or the name of an EverQuest expansion (like "Velious") descriptively in plain text (without a logo or stylization), and in a manner that does not disparage or harm the reputation of Daybreak or its games, to describe Project 1999, for example, to say: "Relive the classic EverQuest experience" or "The Project 1999 Velious expansion is coming soon." All Project 1999 websites, social media sites, and advertising and promotional materials must contain the following disclaimer: "Project 1999 is not associated or affiliated in any way with Daybreak Game Company LLC."

8) **Release of the Velious Expansion**. You agree not to release the Project 1999 "Velious" expansion until August 1, 2015, to avoid a potential conflict with the release of Daybreak's progression server at the end of May. You also agree to delay future Project 1999 release dates as reasonably requested by Daybreak to avoid similar conflicts.

9) **No Relationship**. This Agreement does not create any kind of agency, partnership, joint venture, or licensor-licensee relationship between us at all. You have no authority to bind

Daybreak to any third party or otherwise to act in any way as a representative, partner, or licensee of Daybreak.

10) **No IP Block**. You agree to permanently remove the IP block and any other technological measures that would prevent Daybreak employees accessing Project 1999. Daybreak employees must be free to create accounts and to access Project 1999 at all times.

11) **No Confidentiality**. This Agreement is not confidential. You and Daybreak may share the terms of this Agreement with others, provided that any press release or other public statements are reviewed and approved by both of us before they are made public.

12) **No Assignment**. You may not assign this Agreement to any other person or company.

13) **Transfer to Daybreak**. It is important to Daybreak that you remain in control of Project 1999 at all times. You agree not to sell, lease, or transfer control of Project 1999 to any other person or company. If and when you decide to discontinue your operation of Project 1999, you agree to provide prior notice to us and, upon request from Daybreak, to either (i) transfer the emulator, the website, and all related social media sites free of charge to Daybreak, or (ii) permanently delete the emulator, the website, and all related social media sites. Upon such transfer to Daybreak or permanent deletion, Daybreak agrees to release all legal claims it may have against you.

14) **Indemnity & Defense**. You agree to indemnify, defend, and hold harmless Daybreak and its affiliates, directors, officers, employees, agents and representatives against any third party claim arising out of your breach of this Agreement or your operation of Project 1999.

Very truly yours,

David Youssefi
Vice President & General Counsel

Agreed:

By: Sean Norton
Date: 1/23/15

By: Clifton Gibson
Date: 4/23/15

Project 1999 Letter Agreement                              Page 4 of 4

EXHIBIT C