# Exhibit D

EXHIBIT D

David Youssefi
**Senior Vice President & General Counsel**
Daybreak Game Company LLC
13500 Evening Creek Drive North #300
San Diego, CA 92128
Phone:
Fax:

July 10, 2025

VIA E-MAIL

Edward Christopher Spause

**Re:    Project Quarm**

Dear Eda:

Thank you for taking the time to talk to me over the phone about Project Quarm. As we discussed, you may continue operating Project Quarm, including the emulator and the fan site at https://projectquarm.com, so long as you comply with the terms set forth below. If this letter accurately reflects our agreement, please confirm by signing below no later than July 13, 2025.

1)    **Term and Termination**. Provided that you return a signed copy on or before July 13, 2025, this letter agreement ("**Agreement**") shall become effective on July 14, 2025, and shall remain in effect for three (3) years thereafter (the "**Term**"). Either of us may terminate this Agreement if the other breaches the Agreement and fails to cure the breach within ten days of receiving written notice of the breach from the other party. Daybreak may extend the Term in its sole discretion; provided that, any such extension shall only be valid if it is evidenced by a written agreement signed by Daybreak (an "**Extension Agreement**"). This Agreement will automatically terminate if you discontinue operating Project Quarm or attempt to assign this agreement or transfer the operation of Project Quarm to any other person or entity, in whole or in part.

2)    **Preserve the Peace**. This Agreement is not a license. The purpose of this Agreement is to preserve the peace between you and Daybreak, despite the fact that Daybreak believes that your operation of Project Quarm may give rise to certain legal claims and liabilities. We both agree that:

EXHIBIT D

a) Daybreak will not assert any legal claim against you for your operation of Project Quarm during the Term so long as you comply with the terms of this Agreement (except that Daybreak will be entitled to indemnity against third party claims as set forth below);

b) You agree to fully cease operation of Project Quarm within ten (10) days after the expiration or termination of the Term, including any extension thereof approved by Daybreak in a Term Extension Agreement;

c) you have not admitted any fault or liability in connection with Project Quarm;

d) Daybreak is not waiving any legal claims and may assert any valid legal claims it may have against you if you breach the terms of this Agreement; and

e) the statute of limitations for any valid legal claims that Daybreak may have against you will be tolled for the duration of this Agreement.

3) **Representations & Promises**.  In agreeing to allow you to continue operating Project Quarm, Daybreak is relying on certain representations that you have made.  Accordingly, we are entering into this Agreement based on your promise that the following statements are true and will remain true during the term of the Agreement:

a) your emulator software was created by you and was not copied or derived from any software owned by Daybreak;

b) you did not and will not access, copy, modify, distribute, or use any Daybreak server-side software in connection with your development, testing, or operation of Project Quarm;

c) you will not copy, modify, or distribute any EverQuest client software, except that you may modify a user's client data files (but not executable files) as approved by Daybreak in writing in advance (email shall suffice);

d) Project Quarm users are and will always be required to obtain their own copies of the EverQuest client software in order to use Project Quarm, and you will not

EXHIBIT D

          encourage, induce, or assist any user in obtaining any pirated or unauthorized copy of the EverQuest client software;

e)     you will comply with the terms of this Agreement and all applicable laws in connection with your continued operation of Project Quarm;

f)     you will not develop or operate an emulator for any Daybreak game other than EverQuest;

g)     with the exception of Approved Modifications (defined in **Exhibit A**), you will not add or change any of the original EverQuest game content, rules, mechanics, character traits, artwork, or strategies (Project Quarm gameplay must remain exactly the same as the original game); and

h)     Project Quarm will be maintained at all times as a legacy fan project and will never be operated in conjunction with any EverQuest expansion other than the following: The Ruins of Kunark, The Scars of Velious, The Shadows of Luclin, and The Planes of Power.

4)     **Non-Commercial Use Only**. You represent and agree that (i) Project Quarm is and will remain a non-commercial, not-for-profit, fan-based project, (ii) Project Quarm will at all times be operated by you personally, and (iii) you have not, and will not, create or utilize any commercial operation or business entity in connection with Project Quarm. You may continue to solicit donations through PayPal solely for the purpose of covering your server maintenance and data bandwidth costs. However, you may not offer anything of value in exchange for such donations and shall not engage in any other commerce in connection with Project Quarm. For example, and without limitation, you may not sell, or solicit or collect anything of value in exchange for, game subscriptions, software, DLC, in-game items (micro-transactions), game-related services, premium access, or any other physical goods, virtual goods, or services in connection with Project Quarm. Project Quarm must always be completely free to play with no charges for anything at all. You agree that Project Quarm will be operated as a single server with a population cap, such that the number of concurrent users playing the game at any given time shall not exceed one thousand two hundred (1,200) (the "**Player Cap**"). You may implement a queueing system to allow players above that number to wait for an open spot to log in to the server.

EXHIBIT D

Docusign Envelope ID: 9E929888-0CED-4C79-B2FF-CEBE713C8E35



5) **Terms of Service**.  You agree to be bound by Daybreak's Terms of Service and End User License Agreement (EULA), as they may be amended from time to time.  In the event of a conflict between the Terms of Service and EULA, and this Agreement, this Agreement shall control.

6) **Intellectual Property**.  All intellectual property rights in EverQuest, the Daybreak websites, and all other Daybreak games and business assets, including without limitation all trademarks, copyrights, and patents, are and will remain Daybreak's sole and exclusive property.  You may not use any Daybreak trademarks, names, logos, or Daybreak Game Assets (as that term is defined in Daybreak's Terms of Service) unless:  (i) such use is expressly permitted by Daybreak's Terms of Service or this Agreement, or (ii) such use is a valid "fair use" under applicable law.  Under no circumstance will any use of Daybreak's trademarks, names, logos, or Daybreak Game Assets be permitted in connection with the advertising or promotion of Project Quarm, except as expressly provided in paragraph 7 below.  If there is any disagreement about whether your use of Daybreak's trademarks, names, logos, or Daybreak Game Assets is permissible, we agree to cooperate with you in good faith to resolve the disagreement.  But in any event Daybreak will have the final say and you agree to discontinue any use of Daybreak's trademarks, names, logos, or Daybreak Game Assets that Daybreak determines in its reasonable discretion to be impermissible.

You agree that you will not (i) register or apply to register any of Daybreak's trademarks or any marks similar to Daybreak's trademarks, (ii) register or use any domain name or social media handle that contains any of Daybreak's trademarks, and/or (iii) dispute or challenge the validity of any of Daybreak's trademarks, copyrights, or other intellectual property.

7) **Advertising & Social Media**.  You may continue to operate your website at https://projectquarm.com, and your social media pages and feeds, as long as they comply with the terms of this Agreement.  You may not distribute or assist or encourage anyone else to distribute any Project Quarm advertising materials to Daybreak's customers via Daybreak's games, forums, websites, social media sites, or other Daybreak channels of communication to its customers. Except for your website and social media sites that are in compliance with Daybreak's Terms of Service, your Project Quarm advertising and promotional materials, including emails, private messages, online ads and search engine key words, must not utilize or contain any of Daybreak's trademarks, names, logos, or Daybreak Game Assets; with the sole exception that

EXHIBIT D



you may use the name "EverQuest" or the name of an EverQuest expansion (like "Velious") descriptively in plain text (without a logo or stylization), and in a manner that does not disparage or harm the reputation of Daybreak or its games, to describe Project Quarm, for example, to say: "Relive the classic EverQuest experience" or "The Project Quarm Velious expansion is coming soon." All Project Quarm websites, social media sites, and advertising and promotional materials must contain the following disclaimer:  "**Project Quarm is operated solely as a personal, non-commercial, not-for-profit fan-based private server.  Project Quarm is not associated or affiliated in any way with Daybreak Game Company LLC.**"

8)      **No Relationship**.  This Agreement does not create any kind of agency, partnership, joint venture, or licensor-licensee relationship between us at all.  You have no authority to bind Daybreak to any third party or otherwise to act in any way as a representative, partner, or licensee of Daybreak.

10)     **No IP Block**.  You agree that you will not use any technological or other measures that would prevent Daybreak employees accessing Project Quarm.  Daybreak employees must be free to create accounts and to access Project Quarm at all times.

11)     **No Confidentiality**.  This Agreement is not confidential.  You and Daybreak may share the terms of this Agreement with others, provided that any press release or other public statements are reviewed and approved by both of us before they are made public.

12)     **No Assignment**.  You may not assign this Agreement to any other person or company.  Any attempted or purported assignment in violation of this section 12 shall be void.

13)     **Transfer to Daybreak**.  It is important to Daybreak that you remain in control of Project Quarm at all times.  You agree not to sell, lease, or transfer control of Project Quarm to any other person or company.  If and when you decide to discontinue your operation of Project Quarm, you agree to provide prior notice to us and, upon request from Daybreak, to either (i) transfer the emulator, the website, and all related social media sites and handles free of charge to Daybreak, or (ii) permanently delete the emulator, the website, and all related social media sites and handles.  Upon such transfer to Daybreak or permanent deletion, Daybreak agrees to release all legal claims it may have against you.



14) **Indemnity & Defense**.  You agree to indemnify, defend, and hold harmless Daybreak and its affiliates, directors, officers, employees, agents and representatives against any third party claim arising out of your breach of this Agreement or your operation of Project Quarm.

Very Truly Yours,

*[signature]*

David Youssefi

Agreed:

Signed by:
*Edward Christopher Spause*
577AF30D103A42F...

By:  Edward Christopher Spause
Date: 7/10/2025

EXHIBIT D

## Exhibit A – Approved Modifications

The following modifications are approved for Project Quarm (items that are struck through, however, are **not approved**). No other modifications to the base game may be made. Daybreak reserves the right to require any changes to Project Quarm, including the removal of the modifications below, that it believes in its reasonable business judgment to be necessary to avoid commercial harm to EverQuest or Daybreak's intellectual property.

- Zones
    - Veksar
        - Very close to the original design
        - Items about on par with Kunark group gear
        - Zone was released right before Velious
        - Accessible in its normal place
    - ~~Plane of Injustice~~
        - ~~Anniversary event zone, removed completely due to player feedback, not returning~~
        - ~~Gone completely~~
    - Kurn's Tower alt (reused zone for new spawns/loot)
        - Bargynn stole all of the Box of Abu Kar, a small Dark Elf expedition Overthere expedition team can be found in its halls
            - Originally a joke zone ("Oops, all icebones!") for a Holiday event, but turned into a proper zone
            - Gives us a lore reason as to where the Box of Abu-Kar went while offering it as a legacy item
    - ~~Shard of Decay~~
        - ~~Lower level, completely custom version of the Crypt of Decay~~
        - ~~PQ's first event zone, also had GM events that followed where werewolves would appear in the Karanas, Commonlands, etc~~
        - ~~Was accessible to players level 1 to 35~~
        - ~~Gone completely~~
    - ~~Myriah's Domain~~
        - ~~Myriah Ci'Re appeared once during the Holiday season~~
            - ~~Disciple of E`ci, appears in the Domain of Frost~~
            - ~~The Domain of Frost is simply Halas, but repurposed~~
            - ~~Most of this zone was intended to be for low 20s to mid 30s during classic~~
            - ~~Drops aren't anything to write home about~~
            - ~~She's an obvious play on "Mariah Carey", keeping in the spirit of "EastereggQuest"~~
            - ~~Last name also reference to~~ Thimzem Ci'Re
        - ~~Gone completely~~
    - ~~Fireclad Ocean (April Fools, still happened)~~

EXHIBIT D

- - - 
        - ■ ~~It's literally Iceclad Ocean but on fire~~
        - ■ ~~We used Quail to change the textures to burnt trees and a lake of fire~~
        - ■ ~~It's an ongoing joke that we forgot to remove it. Still ingame.~~
      - ○ ~~Slippery Faydark (April Fools, planned for 2026)~~
        - ■ ~~We changed all of Kelethin to be slippery like Velketor's Lab~~
        - ■ ~~Plan was to sneak it in via the server files patcher, and send the client the wrong zone ID, causing players to load into this version of Greater Faydark when they logged in for 1 day in 2026~~
- ● Bank
  - ○ Shared Bank
    - ■ Plans were to expand this and make currency global for all non-special ruleset players
  - ○ Normal - extended slots compared to era
- ● Zone Population / Loot
  - ○ Anti-Bottlenecking exists for various spawn points and loot tables
    - ■ This is mostly player feedback items and is in a similar vein to what was done for the VP key for Time-Locked Progression servers.
    - ■ Any timer that is generally absurdly long either has a way to complete it in an instance, or is significantly reduced.
    - ■ There are countless changes here - way too many to list!
    - ■ I would consider them all to not really be custom changes, but moreso tweaks that help our GM team deal with player congestion without instancing the entire game world.
    - ■ Our Discord ([discord.gg/ProjectQuarm](discord.gg/ProjectQuarm)) has a #patch-notes section with a full outline of these as we maintain full transparency with our game community
- ● Guild Instanced Raid Zones
  - ○ Owned by Guilds - must meet requirements to enable this (see: Discord's #raid_rules)
  - ○ Guild creation is policed so this isn't abused
    - ■ Guilds need to old-style petition to gain access
    - ■ Subject to approval of server staff
  - ○ Loot Lockouts exist in Guild Instances to remain fair
    - ■ We ran into issues where small groups of players were abusing dead guild
    - ■ We periodically check in on this
- ● PVP Zones
  - ○ Raid zones have optional PvP versions
    - ■ These have adjusted rulesets
  - ○ You toggle your PVP flag on to enter them - not guild specific
  - ○ EXP Bonus is generally higher
  - ○ Double loot drops in PVP zones - higher risk, higher reward
  - ○ Corpses are punted outside to the zonein every 30 minutes
  - ○ Exp loss is minimal

EXHIBIT D

Docusign Envelope ID: 95929888-0CEB-4C79-B2FF-CEBF713C8E35

- ○ You still drop items on your corpse here
- ○ Can't rez once dead
- ○ Raid zones often contain group content, so this is for all competitive players
- ○ This is in lieu of open world competition as those are generally seen as unfair
- ○ No training, kill stealing, etc rules exist in PVP zones (except for those like cheating, chat violations, etc)
- ○ Every 7 to 10 days, an earthquake happens and raid targets are respawned
    - ■ This is announced to the entire server
- ○ No loot lockouts, but longer raid target respawns
- ● Race/Class Combinations
    - ○ Barbarian Paladin (quest)
        - ■ ~~An injured barbarian appeared, attacked by Khati Sha in the tunnels of Permafrost~~
        - ■ ~~Gravely injured, his brother turns to the Gods for prayer who answer with the knowledge of truth~~
        - ■ ~~Our Khati Sha was from another timeline where he was uncorrupted, but his purpose remains the same.~~
        - ■ ~~Khati Sha wasn't quite twisted when he appeared at first, he spent time consuming the souls of those in the Faydark, but maintained the ability to not turn completely~~
        - ■ ~~Khati Sha's twisted nature perfectly contradicts Truth and Justice, which plays into the Barbarians' worship of The Seventh Hammer and the Beastlords' guild worship of Mithaniel Marr.~~
        - ■ ~~This stemmed from a player request where they 'really wanted to see Barbarian Paladins' but I refused unless we had a lore reason~~
            - ● ~~I found one!~~
        - ■ ~~At the end of the quest, it is revealed that Mithaniel Marr himself posed as the injured barbarian to bring his presence back to the people of Halas, and introduce the ways of Truth to the people of Halas.~~
    - ○ Wood Elf Beastlord (quest)
        - ■ ~~Khati Sha, after the events of the above quest, attacks Kelethin~~
        - ■ ~~Khati Sha provides his knowledge of beast mastery to the world early, allowing players to gradually gain more levels on their beastlords as real world weeks progress)~~
        - ■ ~~This Khati Sha exists in parallel to the one that is currently on Luclin due to multiversal shenanigans~~
        - ■ ~~Eventually, one day, the "zone leading to Burned Woods" in Kelethin leads to a new location - a twisted reality where Felwithe was under siege and Khati Sha had enough ether to rip into a new reality~~
        - ■ ~~Defeating him gives you Luclin pet spells early (eg; Expedient Companion, Tiny Companion) and chance to unlock Wood Elf Beastlord in NG+~~

- - - ~~Quest starts with a Wood Elf mother who has taken up the way of the Beastlord after feeling a primal, maternal rage from losing her daughter to Khati Sha~~
    - ~~At the end of the quest, it is revealed that Sahteb Mahlni, the Feral Spirit is actually manifested as this Wood Elf avatar to teach the people of Kelethin the ways of the beastlord.~~
    - ~~This questline has an in-joke associated with it~~
      - ~~At PAX East 2024, I asked the official dev team where Burned Woods was this week~~
      - ~~They replied "Kelethin", so I used this answer as a way to build off of the lore~~
      - ~~I kept a teleport object in Kelethin that would take you to a random location and changed it several patches in a row~~
      - ~~Eventually, it lead into this quest, which players had to figure out~~
  - Iksar Ranger (quest)
    - ~~An archaeology expedition and faction quest exists by turning in relics to an Iksar go-between in Field of Bone~~
      - ~~Relics are found in Veksar~~
      - ~~Specific named creatures drop needed components for the quest~~
    - ~~This gains faction with the Iksar Outcasts outside of Field of Bone~~
    - ~~Unlocks Iksar Rangers, who inspire fear into animals~~
      - ~~Unlike other rangers, they are hated by animals because of their strength through fear~~
      - ~~Iksar Rangers can choose to worship either Cazic Thule or Agnostic. If they choose Cazic Thule, they can walk within the city limits. If they do not, they are banished by default and must earn their way into the city as a second-class citizen~~
  - Iksar Rogue (quest)
    - ~~An archaeology expedition and faction quest exists by turning in relics to an Iksar go-between in Field of Bone~~
      - ~~Relics are found in Veksar~~
      - ~~Named drop needed components for the quest~~
    - ~~Unlocks Iksar Rogues, who are the marauders faction in Field of Bone~~
      - ~~Iksar Rogues start out hated and are generally a difficult starting choice, hence why they are an unlock.~~
      - ~~Iksar Rogues can choose to worship either Cazic Thule or Agnostic. If they choose Cazic Thule, they can walk within the city limits by inspiring fear into the local bandit factions. If they do not, they are banished forever, and no amount of faction work will allow them back in.~~
- ~~Raid Encounter~~
  - ~~Khati Sha~~
    - ~~Similar in power to Cazic Thule in the Plane of Fear revamp~~

EXHIBIT D

- - - ~~Unlocks Wood Elf Beastlord, Drops some Luclin/PoP pet-adjacent spells early / Black Blooded Ulak~~
    - ~~Humbly known as the "Pet Boss" - fitting, given his place in lore!~~
- New Game+
  - Allows resetting a character to level 11 from any level
  - If done at 60, this grants a title that increments on every NG+ reset.
  - Players keep their AAs in this process (AAs are not out yet, but this is the plan)
  - Players keep their gear in this process
  - This allows players to potentially play with their friends
  - We found that players were doing this already by dying repeatedly - we just wanted to gamify this system (and reduce corpse cleanup for our GMs!)
- Solo Only / Self Found / Hardcore
  - Flags are not mutually exclusive - you can enable any combination of these below.
  - Solo Only - Prevents grouping with players, trading with players, or looting any creature you don't kill alone.
    - This is done by checking damage percentage
    - Damage shields function differently in this mode (other players' damage shields are considered their damage for Solo Only calculations, among other changes)
  - Self Found - Prevents trading with players and looting any creature you don't kill alone.
    - See above. Just allows for grouping instead.
    - A self found plus mode exists where you can group with players outside of your ruleset
    - You can only loot items from NPCs killed by players in your experience level range. No power leveling characters.
  - Hardcore - When you die, your character is reset
    - Your corpse, spells, skills, etc, are completely reset.
    - Those that die above level 15 are broadcast to the world on their untimely death
- Items
  - Maelin's Mystical Potion - Catch Up mechanic for those who weren't able to attend in game events. Were created in response to people feeling like they missed out on them due to time restraints
    - New characters get a quantity equal to the amount of charges ever given out
    - Clickable item.
    - Charges are given out for free to all existing players as events are announced
  - Veksar has new Iksar Emperor themed items (Nathsar, Kunzar, Jarsath, etc)
    - Veksar is downtiered to Kunark power scaling in general - should not compare with Luclin content
- Legacy Items
  - Lockout of 30d upon looting a legacy item

EXHIBIT D

- ○ Level requirements for looting
- ○ Includes easy farmable items like Manastone
- ○ Was later expanded to normal items like Fishbone Earring
- ○ Creative liberty was expanded to Fungus Tunic / Staff droppables, where no trade versions of them exist as well as tradable ones
    - ■ They drop off of fungus men, not just the named creature
    - ■ The idea is that people can get their no-trade version as long as they are a specific level without bottlenecks, and they would have to
- ○ Nothing gets and stays nerfed, this is to keep the items obtainable and to avoid players from hoarding them from each other
- ● ~~Item tinting/armor fixes~~
    - ○ ~~Requires distribution of files - can nix this~~
- ● Client & QoL
    - ○ We are using the 'EQMac Windows Hack' that made its own modifications to the game client
        - ■ The base client uses one of the many re-releases of EQ Gold Edition, matching the exact server and patch version used in EverQuest for Macintosh by happenstance
            - ● Todd Schmidt (old SOE Dev, Hobart) and I worked to remove the EQMac windows hack from the servers
            - ● A user on MacroQuest (eqmule) got it working against our will in 2013 after I worked with Todd to patch it.
            - ● EQMule made the injection library available to the TAKP team following EQMac's sunset

        - ■ Changes made by us are contained in eqgame.dll
        - ■ Adds buff timers (our client doesn't support them natively)
        - ■ Mouse wheel scroll (see above, doesn't support it natively)
        - ■ Fixes pixel approximation with mouse DPI by fixing cosine approximation functions
        - ■ Patches the 'west bug' by adjusting the clock speed
        - ■ Windows 10/11 support (WinAPI is out of date) as well as minor client fixes to commands like /tgb on which are broken in our client.
    - ○ Zeal adds on top of this, but isn't made by us
        - ■ We could convince Zeal to remove anything that is requested - we are friendly with their team, but it's separate
    - ○ At level 1 through 30, we allow for more players of different level ranges to group up with each other (+/- 10 levels at all times)
        - ■ This is because it's often difficult to find groups in this range
        - ■ Honestly, I've been thinking of going back on this because it hasn't had the intended effect. Happy to remove this 🙂

**Things we have discussed the potential of doing, but haven't done:**
- ● ~~Whole expansion~~

EXHIBIT D

- ○ ~~Terror of Sul~~
    - ■ ~~8 Zones~~
        - ● ~~Lake of Dismay (Kunarkian Froglok home)~~
        - ● ~~Lost City of Gukta (Antonican Froglok home)~~
        - ● ~~Tunnels of Sul (Antonica)~~
        - ● ~~Deepest Guk (Antonica)~~
        - ● ~~Uncorrupted Gunthak (Open Seas)~~
        - ● ~~Unsundered Dulak (Open Seas)~~
        - ● ~~Chosooth's Lair (Kunark)~~
        - ● ~~Plane of Health (Antonica, Extraplanar)~~
    - ■ ~~35 unique quests, ranging from fetch to intricate chains~~
    - ■ ~~Froglok race introduced (accessible via New Game+)~~
        - ● ~~Warrior, Cleric, Shaman, Monk, Magician, Wizard, Enchanter, Paladin~~
    - ■ ~~Undead froglok race introduced (accessible via New Game+)~~
        - ● ~~Warrior, Shadowknight, Necromancer, Rogue, Magician, Wizard~~
    - ■ ~~Custom armor textures for Classic model Frogloks~~
    - ■ ~~Ability to toggle between Kunark and Guktan froglok models (requires user-provided Legacy of Ykesha CD-Rom to be installed on top of installation)~~
    - ■ ~~Intent is not to go beyond the power scope of Planes of Power~~
    - ■ ~~Spirit of the design used in Classic, Kunark, Velious~~
    - ■ ~~Explores the lore of why the Frogloks are Undead, Plane of Health tie in~~
    - ■ ~~Explains and elaborates on the lore of how Frogloks were smuggled to Kunark, differences from Kunarkian and Guktan frogloks.~~
    - ■ ~~Expands upon Anashti Sul, Druzzil Ro and the first prime healer lore~~
        - ● ~~Anashti Sul's existence in our timeline is consequences of the Ethernere being breached in EQ2's Chains of Eternity, alternate plane of reality where Druzzil Ro decided to reset time to before the Quintessence of Time~~
    - ■ ~~Boat crafting / sailing - allows players to own their own boat and sail the seas to Gunthak/Dulak~~
        - ● ~~Massive guild effort, lots of time/resources~~
        - ● ~~Primary access mechanism to those two zones~~
    - ■ ~~Can scrap any of this this if requested~~
- ● ~~New Race~~
    - ○ ~~Froglok - uses custom models for classic froglok~~
    - ○ ~~Uses Quail (see attachments in email) to modify textures, animations, mesh, etc~~
    - ○ ~~Plans to tie this into Terror of Sul's lore~~
- ● ~~Out of Era Zones~~
    - ○ Shadowrest / Decayed Corpse Retrieval
- ● Out of Era Mechanics
    - ○ Druid Zephyr line
    - ○ Sleeper's Tomb 2.0

EXHIBIT D

- ~~New Zone Geometry~~
    - ~~Chosooth's Tomb (under Warsliks Wood)~~
- ~~"Finish" incomplete quests~~
    - ~~Kunark Archaeologist~~
        - ~~Our own unique take on these~~
        - ~~Live items are way out of era, we would like to take creative liberty here~~
    - ~~Completing incomplete quests like unused purpose of Varsoon, Iksar Cudget, etc~~
    - ~~Addition of Iksar quests similar to that of Cudgel, Shackle for Iksar Rogue, Ranger~~
- Bazaar feature that allows for offline trading
    - Players in the offline Bazaar do not count against the Player Cap

EXHIBIT D