# Exhibit E

EXHIBIT E



EXHIBIT E