NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (*pro hac vice* forthcoming)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*pro hac vice*)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*pro hac vice*)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

Attorneys for Plaintiff
DAYBREAK GAME COMPANY LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| DAYBREAK GAME COMPANY LLC, | Case No. 3:25-cv-01489-BAS-BLM |
|---|---|
| Plaintiff, | **PLAINTIFF DAYBREAK GAME COMPANY LLC'S NOTICE OF MOTION TO SEAL** |
| v. | |
| KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive, | **NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |
| Defendants. | **Hearing Date:  September 5, 2025** |

**PLEASE TAKE NOTICE** that Plaintiff Daybreak Game Company LLC ("Daybreak") brings this motion for an order sealing (i) limited portions of Daybreak's Reply in Further Support of its Supplemental Motion for Preliminary Injunction ("Reply"), (ii) portions of the Reply Declaration of Jennifer Chan in support of the Motion for Preliminary Injunction ("Reply Chan Decl."), and (iii) Exhibit A to the Reply Chan Decl. Unredacted copies of these documents have been lodged under seal, and redacted copies have been filed on August 6, 2025. This Motion is brought before Hon. Cynthia Bashant in Courtroom 12B, Suite 1280, 333 West Broadway, San Diego, California 92101. This Motion is noticed to be heard on September 5, 2025, or as soon thereafter as the matter may be heard.

This Court has discretion to permit sealing of documents to protect, *inter alia*, "confidential . . . commercial information." Fed. R. Civ. P. 26(c). Courts consistently recognize that protecting confidential business information constitutes a compelling reason for sealing when disclosure would result in competitive harm. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); s*ee also San Diego Comic Convention v. Dan Farr Prods.*, No. 14-CV-1865 AJB (JMA), 2017 WL 3732081, at *2-3 (S.D. Cal. Aug. 30, 2017) (finding compelling reason to seal confidential business information); *see also Apple Inc. v. Samsung Electronics Co.*, 727 F.3d 1214, 1223-24 (Fed. Cir. 2013) (remanding to seal documents containing business strategies and financial performance to prevent competitive harm where "suppliers could have access to [] profit, cost, and margin data").

Daybreak brings this Motion on the grounds that disclosure of its confidential business and financial information, and the confidential financial information of Defendants Kristopher Takahashi and Alexander Taylor (collectively, "Defendants"), would publicly reveal sensitive information that could jeopardize and harm the ongoing business and operations of Daybreak and Defendants. Specifically

with respect to Daybreak, this confidential information relates to user performance data, as well as financial performance and operational information. Specifically with respect to Defendants, this confidential information reveals sensitive financial information. Daybreak respectfully submits that the Court should grants its Motion because failure to do so would, *inter alia*, place Daybreak in a compromised position and at a competitive disadvantage by revealing its highly sensitive competitive intelligence to competitors in the gaming industry and divulge Daybreak's sensitive business information that is not publicly disclosed. It would also disclose Defendants' sensitive financial information that is not intended for public disclosure.

Daybreak specifically requests that the Court seal the limited portions of Plaintiff's filing as detailed in the below chart:

| Ex. | Document | Portion(s) to be Sealed |
|---|---|---|
| 1 | Reply in Further Support of its Supplemental Motion for Preliminary Injunction | Excerpts on pages 6 and 7 |
| 2 | Reply Chan Decl. | Paragraphs 4, 6, 7 (partial), 15, 24-29 |
| 3 | Reply Chan Decl., Ex. A | Entirely |

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Declaration David Youssefi (ECF No. 9-5, filed on June 16, 2025), and all of the pleadings, records, and papers on file herein.

Dated: August 6, 2025                    Respectfully Submitted,

                                         DENTONS US LLP


                                         By: *Nicholas B. Janda*
                                         Nicholas B. Janda
                                         Monica B. Richman (*pro hac vice* forthcoming)

Daniel A. Schnapp (*pro hac vice*)
Mary Kate Brennan (*pro hac vice*)

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY, LLC*

130949712