Docusign Envelope ID: 106F1CF0-C61F-40F7-8852-F280FE65C802

BENJAMIN B. ANGER, SBN 269145
 ben.anger@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard
Costa Mesa, CA 92626
T: (714) 830-0600 / F: (714) 830-0700

JOSHUA M. DALTON (*pro hac vice*)
 josh.dalton@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
T: (617) 341-7700 / F: (617) 341-7701

*Counsel for Defendants, Kristopher Takahashi and Alexander Taylor*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; Does 1-20, Inclusive,<br><br>Defendants. | CASE NO. 3:25-CV-01489<br><br>**DECLARATION OF JOSHUA M. DALTON IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION IN CONNECTION WITH PLAINTIFF'S SUPPLEMENTAL MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 12, 2025<br>Time: 10:30 am<br>Place: Courtroom 12b 12th Floor<br>Judge: Hon. Cynthia Bashant |

DECLARATION OF JOSH DALTON ISO EX PARTE APP.  NO. 3:25-CV-1489

1  I, Joshua M. Dalton, declare:

2  1. I am an attorney duly admitted to practice in the Commonwealth of Massachusetts and admitted pro hic vice to the bar of the United States District Court of the Southern District of California in this action (ECF No. 30). I am a partner with the law firm of Morgan, Lewis & Bockius LLP and counsel of record for Defendants Kristopher Takahashi and Alexander Taylor in the above-entitled action. I submit this declaration in support of Defendants' Ex Parte Application to file a Supplemental Declaration in Opposition to Plaintiff's Supplemental Motion for Preliminary Injunction. The facts stated herein are true of my personal knowledge, and if called I could and would testify competently thereto.

2. On August 11, 2025, and in accord with Local Civil Rule 83.3(g), counsel for Defendants advised counsel for Plaintiff of the date and substance of this ex parte application. Counsel for Plaintiff Daybreak responded that it opposes the application.

I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____August 11, 2025_____ in _____San Diego, CA_____.

/s/ *Josh Dalton*

Joshua M. Dalton

DECLARATION OF JOSH DALTON ISO EX PARTE APP.                    NO. 3:25-CV-1489

1