# EXHIBIT A

Case 3:25-cv-01489-BAS-BLM     Document 56-2     Filed 08/11/25     PageID.1551     Page 1 of 4

BENJAMIN B. ANGER, SBN 269145
  ben.anger@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard
Costa Mesa, CA 92626
T: (714) 830-0600 / F: (714) 830-0700

JOSHUA M. DALTON (*pro hac vice*)
  josh.dalton@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
T: (617) 341-7700 / F: (617) 341-7701

*Counsel for Defendants, Kristopher Takahashi and Alexander Taylor*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; Does 1-20, Inclusive,<br><br>Defendants. | CASE NO. 3:25-CV-01489<br><br>**SUPPLEMENTAL DECLARATION OF ZACHARY KARLSSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 12, 2025<br>Time: 10:30 am<br>Place: Courtroom 12b 12th Floor<br>Judge: Hon. Cynthia Bashant |

I, **Zachary Karlsson**, declare:

1. My name is Zachary Karlsson. I currently serve as an advisor to Another Quest LLC. I submit this Supplemental Declaration in opposition to Jennifer Chan's Reply Declaration submitted in connection with Plaintiff's Supplemental Motion for Preliminary Injunction. I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto

2. Attached as Exhibit 44 are true and correct copies of excerpts taken from The Hidden Forest EQEmu server website, available at http://www.thehiddenforest.org, which demonstrate that the acceptance of donations and gift giving have been (and continue to be) an open and common practice among the most popular EQEmu servers since at least January 5, 2010.

3. Attached as Exhibit 45 are true and correct copies of excerpts taken from Project Lazarus EQEmu server website, available at https://www.lazaruseq.com, which demonstrate that the acceptance of donations and gift giving have been (and continue to be) an open and common practice among the most popular EQEmu servers.

4. Attached as Exhibit 46 are true and correct copies of excerpts taken from the Red Guides forums, available at https://www.redguides.com, which is a MEGA Thread dedicated to accounting for the ban and suspension waves of players made by Daybreak. These excerpts are dated from August 4th, 2025, which is the date of Daybreak's most recent ban wave.

5. Attached as Exhibit 47 are true and correct copies of excerpts taken from EQEmu's historical data displaying EQEmu's total online player count for all EQEmu servers, including THJ, dated from November 2024 through August 2025. The first page of Exhibit 47 is a chart summarizing the data from the excerpts set forth therein. This data shows that EQEmu's total population did not materially increase as THJ's users increased, which suggests that THJ players were almost exclusively EQEmu players, not EQ players.

6. Attached as Exhibit 48 is a true and correct copy of Square Enix's financial statement for Q1 2025, which was released on August 8, 2025 and is available at https://www.hd.square-enix.com/eng/ir/library/pdf/26q1slides.pdf. Square Enix's 2025 Q1 earnings report highlights that its MMO sales and profits decreased approximately 23% from the prior fiscal year when comparing Q1 2024 to Q1 2025, further suggesting changes in the MMO sector as a whole.

7. Attached as Exhibit 49 are true and correct copies of excerpts of Discord posts found in the Contributors channel of the THJ Discord Server, which are dated February 19, 2025, and contain statements made by Secrets (i.e., the owner of Project Quarm and a then contributor to THJ) in which Secrets recounts conversations with Daybreak employees, who said (i) "they're well aware about THJ and Quarm," and (ii) "[t]hey consider them perfect advertisement vectors for live [EQ] and [EQ] TLP, since there's a lot of lapsed players rediscovering the official game thru us."

I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____August 11, 2025_____ in _____San Francisco, California_____.

/s/ _____

Zachary Karlsson