# EXHIBIT 44





