# EXHIBIT 45



