# EXHIBIT 46

EXHIBIT 46



**Welorf**
Level 2
Joined: Feb 19, 2021
RedCents: 304

Friday at 6:12 AM

smitfrog said: ⊙

Ban them all,....you wont come back. Ban one or two, you open new accounts, use the unbanned toons to PL two new toons and keep playing. Hence they make money. Again.

I felt seen. Created 6 new accounts and named them throw aways to play while i wait for my 5 suspensions to time out.

Except instead of subbing 7 accounts, i will only be subbing 2 of the tanks going forward.

If they stop with the ban wave crap i would easily sub 12 - 14 accounts continuously.

Report

**phillsphan**
Level 2
Joined: Nov 2, 2015
RedCents: 2,8744

Tuesday at 3:53 AM

Well... this day was coming. Some might say long overdue. 6 accounts got a 14 day suspension last week. Then another 5 got banned this week.
This one really hurts. My main got banned. I started it way back on day 1. Oh well. I can't complain. I knew the risks. No way I'm playing EQ without MQ. We'll see if I come back. I still have other accounts. Good luck everyone.

Report

**MindBlayde**
Level 2
Joined: Jul 25, 2025
RedCents: 4264

Wednesday at 8:58 PM

snuffstick said: ⊙

Guess it was a ban wave... To bad for Daybreak, they just lost 6 paid accts.

It sounds like someone at Daybreak has messed something up in their auto-detection software. Nothing about this looks like any actual people are involved in the monitoring. In my opinion for a company that is reliant on subscriptions to use anything except real people to check for cheating is extremely foolish, by all means have the software flag an account but then it takes a human eye to actually see what - if anything - untoward is going one. Shame on them.

Report

**Bregan**
Level 2
Joined: Jul 23, 2021
RedCents: 6514

Wednesday at 12:08 AM

I cancelled all 6 of my subs....well, except the one thats suspended, cause I can't log in. I wonder if they will try to renew that one, it renews during the suspension. I really dont want to because I like tinkering and optimizing my group, but i'm not going to give my money to a group of people who are actively trying to ruin my fun...and yea, I have to sub my entire group. It just nags at me if i dont. I honestly dont understand why they dont just give us more aggressive boxers a server or two (I'm sure this has been answered... somewhere.) but no matter.

I'll never forget my first game that allowed automation... as a matter of fact, it was near impossible to progress without it. It was MajorMud, a text based game that was played on MajorBBS, and most sysops allowed scripting. I had more fun writing the scripts than playing the game. I remember being excited to wake up just to see if my script had survived the night and how much character(s) progressed. They are still out there too. People running entire groups, but eventually someone came along with an application that did everything (connected, logged you in, and ran whatever area you wanted to run, ran you to areas. Who knows, maybe ill give that a go, or one of those idle games to scratch the itch.

Last edited: Wednesday at 1:39 AM

Report

**85mike87**
Level 2
Joined: Dec 20, 2014
RedCents: 404

Monday at 7:19 AM

they have to to be able to see the program running... this happened too to many players...
i wasn't even on for 20 min and poof, two gone .....
i never ever zoned out of GH.... no other guild members.. just my guys....
so now, do i chance it? or just make or play on EMU server?
im glad i removed all my CCs i paid for years and years, even when when not playing...
now i just get china KRs for 7 bucks and goooo...

Report





