# EXHIBIT 47

# EQEmu and THJ Online Playercount Snapshots



8/10/25, 7:35 PM                                    EQEmulator - Server List Nov 8, 2024

The Wayback Machine - https://web.archive.org/web/20241108053514/https://www.eqemulator.org/index.php?pageid=serverlist



| Version | Server Information | Status | Legends Servers |
|---|---|---|---|
| [U] | [View] | 779 | Project Lazarus |
| [U] | [View] | 442 | Project 1999 Green |
| [U] | [View] | 335 | ProjectEQ (PEQ) The Grand Creation |
| [U] | [View] | 268 | Project 1999 Blue |
| [U] | [View] | 205 | EZ Server |
| [U] | [View] | 136 | Wayfarers Haven |
| [U] | [View] | 72 | The Al'Kabor Project (Mac Intel/PC client) [www.takproject.net] |
| [U] | [View] | 29 | Project 1999 Red |
| [U] | [View] | 21 | The Hidden Forest |
| [U] | [View] | 4 | Shards of Dalaya |
| [U] | [View] | Locked | Imperium_EQ |
| **Version** | **Server Information** | **Status** | **Preferred Servers** |
| [U] | [View] | 147 | EQTitan [Legit PoP/LDoN/GoD] |
| [U] | [View] | 88 | Enine's ProFusion |
| [U] | [View] | 47 | Reign of Thule - (PvP) |
| [U] | [View] | 42 | Dragon Soul |
| [U] | [View] | 26 | FVP - The Firiona Vie Project (Kunark) |
| [U] | [View] | 13 | Raid Addicts (Fully Custom) [Solo/Group/Raid] |
| [U] | [View] | 2 | Clumsy's World [Velious, Semi-Custom, QoL+] |
| [U] | [View] | 1 | The Dark Exile |
| [U] | [View] | 0 | DreadBox:Re-Dredged |
| **Version** | **Server Information** | **Status** | **Standard Servers** |
| [U] | [View] | 736 | The Convergence |
| [U] | [View] | 643 | The Heroes' Journey [Multiclass, Solo\Duo, No-Box] |
| com | [View] | 625 | Project Quarm |
| [U] | [View] | 231 | -Dalaya- |
| [U] | [View] | 72 | EQ Might |
| [U] | [View] | 30 | Blood and Rank TPS BETA [www.bloodandrank.org] |
| [U] | [View] | 29 | Wasting Time |

**» Server List**

To find out more information about a server, including description and website, click on the View link.

**» Navigation**

**» EQEmulator**
» » Forum Home
» » Server List

**» Play**
» » Getting Started

**» Server Installers**
» » Windows
» » Linux

**» Resources**
» » Pastebin
» » EOC
» » FAQ
» » Wiki
» » Changelog

Star 444
Watch 58

**» Loginserver**

Status:      UP
Servers:     119
Players:     5176
.:: Server Listing ::.

**» Log in**

User Name:

Password:

☑ Remember Me?
Log in
Not a member yet?
Register Now!

**» Search Forums**

Go
» Advanced Search

User Name: User Name   ☐ Remember Me?
Password:              Log in

Home    Forums    Register    Members List    Search    Today's Posts    Mark Forums Read

**EQEmulator**



| | | | |
|---|---|---|---|
| **» Server List** | | | |
| [U] | [View] | 27 | Aegis of Norrath |
| [U] | [View] | 18 | Sanctuary: Reign of Thrule |
| [U] | [View] | 14 | Unconquered Souls |
| [U] | [View] | 10 | VegasEQ - PoP - [vegaseq.com] |
| [U] | [View] | 9 | Best Emu |
| [U] | [View] | 9 | The EQArchives Project [Free Trade, Legacy] |
| [U] | [View] | 7 | Aussie Crew |
| [U] | [View] | 6 | Reign of Tyranny |
| [U] | [View] | 5 | The Burned Wood |
| [U] | [View] | 4 | Caliran's World |
| [U] | [View] | 4 | Karana (x3 XP, Bots, Speed) |
| [U] | [View] | 4 | The OGO Server (solo friendly - bots, fast rest, no xp loss, no corpse runs, no spell components, auto-scribe, auto-skill, free Quality of Life items) |
| [U] | [View] | 4 | Vegarlson Asylum |
| [U] | [View] | 3 | Perky Crew |
| [U] | [View] | 3 | Shadowed Eclipse |
| [U] | [View] | 2 | DOTA EQ (Instant 60/Full SpellBook/Skills/Kunark/2Box) |
| [U] | [View] | 2 | Addicted Dads |
| [U] | [View] | 2 | Age of Titans (Classless Beta Roguelite) |
| [U] | [View] | Locked | Arkley |
| [U] | [View] | 2 | Chainbreaker |
| [U] | [View] | 2 | Forever Quest |
| [U] | [View] | 2 | [PROJECT AXCLASSIC] The Rathe |
| [U] | [View] | Locked | Aeternum (Custom, Solo, aa's & epic from level 1) |
| [U] | [View] | 1 | Casual Dreams: Solo PoP |
| [U] | [View] | 1 | Shadowquest |
| [U] | [View] | 1 | The Firiona Vie Project (Original) |
| [U] | [View] | 1 | Classic EverQuest with a Twist |
| [U] | [View] | 1 | Moltke's Server |
| [U] | [View] | 1 | Rolath |
| [U] | [View] | 1 | Shadowbox - PVE |
| [U] | [View] | Locked | Snoogins Roost |
| [U] | [View] | Locked | Test Bench |
| [U] | [View] | 0 | A Randomized Loot Server [Classic Progression][Free Trade, Boxing] |
| [U] | [View] | Locked | A Warlock Server (Solo, 1 Bot, Custom, Progression) |
| [U] | [View] | Locked | TestAON |
| [U] | [View] | Locked | Agalloch |
| [U] | [View] | 0 | Alternitys Edge |
| [U] | [View] | 0 | Aman - Home of the Valar |
| [U] | [View] | 0 | An Interesting Hole |
| [U] | [View] | Locked | Pryme's Community Server twitch.tv/prymetymelive |

8/10/25, 7:38 PM                                                    EQEmulator - Server List Dec 22, 2024



The Wayback Machine - https://web.archive.org/web/20241222140620/https://www.eqemulator.org/index.php?pageid=serverlist

| Version | Server Information | Status | Legends Servers |
|---|---|---|---|
| [U] | [View] | 643 | Project Lazarus |
| [U] | [View] | 383 | Project 1999 Green |
| [U] | [View] | 357 | ProjectEQ (PEQ) The Grand Creation |
| [U] | [View] | 233 | Project 1999 Blue |
| [U] | [View] | 164 | EZ Server |
| [U] | [View] | 113 | Wayfarers Haven |
| [U] | [View] | 89 | The Al'Kabor Project (Mac Intel/PC client) [www.takproject.net] |
| [U] | [View] | 54 | Imperium_EQ |
| [U] | [View] | 54 | The Hidden Forest |
| [U] | [View] | 30 | Project 1999 Red |
| [U] | [View] | 6 | Shards of Dalaya |
| **Version** | **Server Information** | **Status** | **Preferred Servers** |
| [U] | [View] | 187 | EQTitan [Legit PoP/LDoN/GoD] |
| [U] | [View] | 146 | EQ ProFusion |
| [U] | [View] | 74 | Dragon Soul |
| [U] | [View] | 35 | FVP - The Firiona Vie Project (Kunark) |
| [U] | [View] | 12 | Raid Addicts (Fully Custom) [Solo/Group/Raid] |
| [U] | [View] | 9 | The Dark Exile |
| [U] | [View] | 3 | Clumsy's World [Velious, Semi-Custom, QoL+] |
| [U] | [View] | 0 | DreadBox:Re-Dredged |
| [U] | [View] | 0 | Reign of Thule - (PvP) |
| [U] | [View] | Down | Rogean Development |
| **Version** | **Server Information** | **Status** | **Standard Servers** |
| [U] | [View] | 1525 | The Heroes' Journey [Multiclass, Solo\Duo, No-Box] |
| [U] | [View] | 806 | The Convergence |
| com | [View] | 406 | Project Quarm |
| [U] | [View] | 77 | -Dalaya- |
| [U] | [View] | 58 | EQ Might |
| [U] | [View] | 32 | Project Gate - PoP - Legit |

**» Server List**

To find out more information about a server, including description and website, click on the View link.

### Navigation

» Navigation
» EQEmulator
» » Forum Home
» » Server List

» Play
» » Getting Started

» Server Installers
» » Windows
» » Linux

» Resources
» » Pastebin
» » EOC
» » FAQ
» » Wiki
» » Changelog

Star 444
Watch 58

### Loginserver

Status:      UP
Servers:     109
Players:     5601
.:: Server Listing ::.

### Log in

User Name:
Password:
☑ Remember Me?
Log in
Not a member yet?
Register Now!

### Search Forums

Go
» Advanced Search

**EQEmulator**

User Name [User Name]   ☐ Remember Me?
Password [          ]   Log in

Home    Forums    Register    Members List    Search    Today's Posts    Mark Forums Read

8/10/25, 7:38 PM                                                    EQEmulator - Server List



» Server List

| | | | |
|---|---|---|---|
| [U] | [View] | 22 | Blood and Rank TPS BETA [www.bloodandrank.org] |
| [U] | [View] | 14 | The EQArchives Project [Free Trade, Legacy] |
| [U] | [View] | 11 | EverQuest Returns \| Bots \| MQ2 \| Custom Progression |
| [U] | [View] | 11 | Wasting Time |
| [U] | [View] | 8 | Karana (x3 XP, Bots, Speed) |
| [U] | [View] | 7 | Sanctuary: Reign of Thrule |
| [U] | [View] | Locked | Arkley |
| [U] | [View] | 4 | Aussie Crew |
| [U] | [View] | 4 | VegasEQ - PoP - [vegaseq.com] |
| [U] | [View] | 3 | Shadowed Eclipse |
| [U] | [View] | 2 | A Warlock Server (Test) |
| [U] | [View] | 2 | EQ Might Test |
| [U] | [View] | 2 | Shadows of Veeshan |
| [U] | [View] | Locked | Snoogins Roost |
| [U] | [View] | 1 | Aegis of Norrath |
| [U] | [View] | 1 | TurboQuest Seasons |
| [U] | [View] | 1 | Bastion Everquest Server |
| [U] | [View] | 1 | Chainbreaker |
| [U] | [View] | 1 | Cosmic Ro |
| [U] | [View] | 1 | HossTest |
| [U] | [View] | 1 | [PROJECT AXCLASSIC] The Rathe |
| [U] | [View] | 1 | The OGO Server (solo friendly - bots, fast rest, no xp loss, no corpse runs, no spell components, auto-scribe, auto-skill, free Quality of Life items) |
| [U] | [View] | 1 | The Sunny Vale |
| [U] | [View] | 0 | A GM Server |
| [U] | [View] | 0 | A Randomized Loot Server [Classic Progression][Free Trade, Boxing] |
| [U] | [View] | 0 | Addicted Dads |
| [U] | [View] | Locked | TestAON |
| [U] | [View] | 0 | Age of Titans (Classless Beta Roguelite) |
| [U] | [View] | 0 | Alternitys Edge |
| [U] | [View] | Locked | Pryme's Community Server twitch.tv/prymetymelive |
| [U] | [View] | Locked | Area 51 |
| [U] | [View] | 0 | Articulated Chaos |
| [U] | [View] | 0 | Bad Omen PEQ Server (Private) |
| [U] | [View] | 0 | Bills EQ Server (2022-09-04) |
| [U] | [View] | 0 | bumamgar_dev |
| [U] | [View] | 0 | Caliran's World |
| [U] | [View] | 0 | Casual Dreams: Solo PoP |
| [U] | [View] | 0 | City Raiders [Beta 1] |
| [U] | [View] | Locked | Clumsy's World [Test] |
| [U] | [View] | 0 | CTS Faldoran Prime |

8/10/25, 7:41 PM                                    EQEmulator - Server List Jan 13, 2025

The Wayback Machine - https://web.archive.org/web/20250113074334/https://eqemulator.org/index.php?pageid=serverlist



| Version | Server Information | Status | Legends Servers |
|---------|-------------------|--------|-----------------|
| [U] | [View] | 532 | Project Lazarus |
| [U] | [View] | 315 | Project 1999 Green |
| [U] | [View] | 256 | ProjectEQ (PEQ) The Grand Creation |
| [U] | [View] | 166 | EZ Server |
| [U] | [View] | 151 | Project 1999 Blue |
| [U] | [View] | 96 | Wayfarers Haven |
| [U] | [View] | 43 | The Hidden Forest |
| [U] | [View] | 41 | The Al'Kabor Project (Mac Intel/PC client) [www.takproject.net] |
| [U] | [View] | 33 | Project 1999 Red |
| [U] | [View] | 26 | Imperium_EQ |
| [U] | [View] | 1 | Shards of Dalaya |

| Version | Server Information | Status | Preferred Servers |
|---------|-------------------|--------|-------------------|
| [U] | [View] | 193 | EQ ProFusion |
| [U] | [View] | 160 | EQTitan [Legit PoP/LDoN/GoD] |
| [U] | [View] | 60 | Dragon Soul |
| [U] | [View] | 20 | Raid Addicts (Fully Custom) [Solo/Group/Raid] |
| [U] | [View] | 2 | Clumsy's World [Velious, Semi-Custom, QoL+] |
| [U] | [View] | 2 | PVP - The Firiona Vie Project (Kunark) |
| [U] | [View] | 0 | Reign of Thule - (PvP) |
| [U] | [View] | 0 | The Dark Exile |

| Version | Server Information | Status | Standard Servers |
|---------|-------------------|--------|------------------|
| [U] | [View] | 1776 | The Heroes' Journey [Multiclass, Solo\Duo, No-Box] |
| [U] | [View] | 661 | The Convergence |
| com | [View] | 408 | Project Quarm |
| [U] | [View] | 123 | -Dalaya- |
| [U] | [View] | 55 | EQ Might |
| [U] | [View] | 35 | Blood and Rank TPS BETA [www.bloodandrank.org] |
| [U] | [View] | 19 | Shelter of the Banned |
| [U] | [View] | 18 | Sanctuary: Reign of Thrule |

https://web.archive.org/web/20250113074334/https://www.eqemulator.org/index.php?pageid=serverlist                                    1/4



| » Server List | | | |
|---|---|---|---|
| [U] | [View] | 14 | Unconquered Souls |
| [U] | [View] | 10 | The EQArchives Project [Free Trade, Legacy] |
| [U] | [View] | 8 | Wasting Time |
| [U] | [View] | 7 | Twizted's Fresh Start |
| [U] | [View] | 6 | VegasEQ - PoP - [vegaseq.com] |
| [U] | [View] | 3 | Aussie Crew |
| [U] | [View] | 3 | Karana (x3 XP, Bots, Speed) |
| [U] | [View] | 2 | Chainbreaker |
| [U] | [View] | 2 | The Fabled Stomping Grounds - Solo/Custom T6 Live |
| [U] | [View] | 1 | Bastion Everquest Server |
| [U] | [View] | 1 | The Firiona Vie Project (Original) |
| [U] | [View] | 1 | Classic EverQuest with a Twist |
| [U] | [View] | 1 | Nowhere |
| [U] | [View] | 1 | Perky Crew |
| [U] | [View] | 1 | [PROJECT AXCLASSIC] The Rathe |
| [U] | [View] | Locked | Test Bench |
| [U] | [View] | 0 | A Classless Server (Solo, custom prog.) |
| [U] | [View] | 0 | A GM Server |
| [U] | [View] | 0 | A Randomized Loot Server [Classic Progression][Free Trade, Boxing] |
| [U] | [View] | 0 | Addicted Dads |
| [U] | [View] | Locked | TestAON |
| [U] | [View] | 0 | Aegis of Norrath |
| [U] | [View] | 0 | Age of Titans (Classless Beta Roguelite) |
| [U] | [View] | 0 | Alternitys Edge |
| [U] | [View] | 0 | Aman - Home of the Valar |
| [U] | [View] | 0 | An Interesting Hole |
| [U] | [View] | 0 | TurboQuest Seasons |
| [U] | [View] | Locked | Arkley |
| [U] | [View] | 0 | Articulated Chaos |
| [U] | [View] | 0 | Bad Omen PEQ Server (Private) |
| [U] | [View] | 0 | Bills EQ Server (2022-09-04) |
| [U] | [View] | 0 | BillServer |
| [U] | [View] | 0 | bumamgar_dev |
| [U] | [View] | 0 | Caliran's World |
| [U] | [View] | 0 | Casual Dreams: Solo PoP |
| [U] | [View] | 0 | City Raiders [Beta 1] |
| [U] | [View] | Locked | Clumsy's World [Test] |
| [U] | [View] | 0 | Cosmic Ro |
| [U] | [View] | 0 | CTS Faldoran Prime |
| [U] | [View] | 0 | Dagarn's Revenge |
| [U] | [View] | 0 | Luclin Reborn |



The Wayback Machine - https://web.archive.org/web/20250202112846/https://www.eqemulator.org/index.php?pageid=serverlist

## » Server List

To find out more information about a server, including description and website, click on the View link.

| Version | Server Information | Status | Legends Servers |
|---|---|---|---|
| [U] | [View] | 314 | ProjectEQ (PEQ) The Grand Creation |
| [U] | [View] | 270 | Project 1999 Green |
| [U] | [View] | 262 | EZ Server |
| [U] | [View] | 156 | Project 1999 Blue |
| [U] | [View] | 153 | Project Lazarus |
| [U] | [View] | 80 | Wayfarers Haven |
| [U] | [View] | 48 | Imperium_EQ |
| [U] | [View] | 47 | The Al'Kabor Project (Mac Intel/PC client) [www.takproject.net] |
| [U] | [View] | 30 | The Hidden Forest |
| [U] | [View] | 17 | Project 1999 Red |
| [U] | [View] | 3 | Shards of Dalaya |

| Version | Server Information | Status | Preferred Servers |
|---|---|---|---|
| [U] | [View] | 188 | EQTitan [Legit PoP/LDoN/GoD] |
| [U] | [View] | 144 | EQ ProFusion |
| [U] | [View] | 99 | Dragon Soul |
| [U] | [View] | 14 | Raid Addicts (Fully Custom) [Solo/Group/Raid] |
| [U] | [View] | 9 | PVP - The Firiona Vie Project (Kunark) |
| [U] | [View] | 0 | Clumsy's World [Velious, Semi-Custom, QoL+] |
| [U] | [View] | 0 | Reign of Thule - (PvP) |
| [U] | [View] | 0 | The Dark Exile |
| [U] | [View] | Down | Rogean Development |

| Version | Server Information | Status | Standard Servers |
|---|---|---|---|
| [U] | [View] | 1616 | The Heroes' Journey [Multiclass, Solo\Duo, No-Box] |
| [U] | [View] | 614 | The Convergence |
| com | [View] | 392 | Project Quarm |
| [U] | [View] | 67 | EQ Might |
| [U] | [View] | 51 | -Dalaya- |
| [U] | [View] | 36 | Shelter of the Banned |
| [U] | [View] | 32 | Blood and Rank TPS BETA [www.bloodandrank.org] |

### » Navigation

**» EQEmulator**
» » Forum Home
» » Server List

**» Play**
» » Getting Started

**» Server Installers**
» » Windows
» » Linux

**» Resources**
» » Pastebin
» » EOC
» » FAQ
» » Wiki
» » Changelog

**DISCORD**

Star 444
Watch 58

### » Loginserver

Status:        UP
Servers:       101
Players:       4731
.:: Server Listing ::.

### » Log in

User Name:

Password:

☑ Remember Me?
Log In
Not a member yet?
Register Now!

### » Search Forums

Go
» Advanced Search

---

**EQEmulator**

User Name: User Name    ☑ Remember Me?
Password:                Log In

| Home | Forums | Register | Members List | Search | Today's Posts | Mark Forums Read |

EQEmulator - Server List



| » Server List | | | |
|---|---|---|---|
| [U] | [View] | 22 | TAKP TLP |
| [U] | [View] | 14 | Unconquered Souls |
| [U] | [View] | 8 | Wasting Time |
| [U] | [View] | 6 | Aegis of Norrath |
| [U] | [View] | 6 | Sanctuary: Reign of Thrule |
| [U] | [View] | 4 | Halls Havoc - Supporting Boxing(up to 4), Classic thru Velious. Raid zones set up for 1-2 groups. |
| [U] | [View] | 4 | Karana (x3 XP, Bots, Speed) |
| [U] | [View] | 4 | The EQArchives Project [Free Trade, Legacy] |
| [U] | [View] | 4 | VegasEQ - PoP - [vegaseq.com] |
| [U] | [View] | Locked | Arkley |
| [U] | [View] | 2 | Age of Titans (Classless Beta Roguelite) |
| [U] | [View] | 2 | TurboQuest Seasons |
| [U] | [View] | 2 | The Firiona Vie Project (Original) |
| [U] | [View] | 2 | Retribution |
| [U] | [View] | 1 | A Classless Server (Solo, custom prog.) |
| [U] | [View] | 1 | Chainbreaker |
| [U] | [View] | 1 | Nowhere |
| [U] | [View] | Locked | Raithels Server |
| [U] | [View] | 1 | Shadowed Eclipse |
| [U] | [View] | 1 | The Fabled Stomping Grounds - Solo/Custom T6 Live |
| [U] | [View] | 0 | A GM Server |
| [U] | [View] | 0 | Addicted Dads |
| [U] | [View] | 0 | Alternitys Edge |
| [U] | [View] | 0 | Aman - Home of the Valar |
| [U] | [View] | 0 | An Interesting Hole |
| [U] | [View] | 0 | Articulated Chaos |
| [U] | [View] | 0 | Aussie Crew |
| [U] | [View] | 0 | Bad Omen PEQ Server (Private) |
| [U] | [View] | 0 | Bastion Everquest Server |
| [U] | [View] | 0 | Bills EQ Server (2022-09-04) |
| [U] | [View] | 0 | bumamgar_dev |
| [U] | [View] | 0 | Caliran's World |
| [U] | [View] | 0 | Casual Dreams: Solo PoP |
| [U] | [View] | 0 | City Raiders [Beta 1] |
| [U] | [View] | Locked | Clumsy's World [Test] |
| [U] | [View] | 0 | Cosmic Ro |
| [U] | [View] | 0 | CTS Faldoran Prime |
| [U] | [View] | 0 | Dagarn's Revenge |
| [U] | [View] | 0 | Luclin Reborn |
| [U] | [View] | 0 | Descent of Darkness: Solo, Bots, Random Loot |
| [U] | [View] | 0 | Dungeon World |

8/10/25, 7:47 PM                                EQEmulator - Server List Mar 11, 2025





| | | | **» Server List** |
|---|---|---|---|
| [U] | [View] | 16 | Age of Titans (Classless Beta Roguelite) |
| [U] | [View] | 13 | Sanctuary: Reign of Thrule |
| [U] | [View] | 12 | Reign of Tyranny |
| [U] | [View] | 11 | Blood and Rank TPS BETA [www.bloodandrank.org] |
| [U] | [View] | 10 | Nowhere |
| [U] | [View] | 7 | The Fabled Stomping Grounds - Solo/Custom T6 Live |
| [U] | [View] | 6 | Perky Crew |
| [U] | [View] | 6 | Wasting Time |
| [U] | [View] | 5 | Shadows of Veeshan |
| [U] | [View] | 4 | Karana (x3 XP, Bots, Speed) |
| [U] | [View] | 4 | VegasEQ - PoP - [vegaseq.com] |
| [U] | [View] | 3 | CompanionQuest |
| [U] | [View] | 3 | Plane of BoTs |
| [U] | [View] | 3 | Shadowed Eclipse |
| [U] | [View] | 2 | A Classless Server (Solo, custom prog.) |
| [U] | [View] | 1 | TurboQuest Seasons |
| [U] | [View] | 1 | Chainbreaker |
| [U] | [View] | 1 | HossTest |
| [U] | [View] | 1 | The Firiona Vie Project (Original) |
| [U] | [View] | 1 | Forever Quest |
| [U] | [View] | 1 | [PROJECT AXCLASSIC] The Rathe |
| [U] | [View] | 1 | Retribution |
| [U] | [View] | 1 | Revenge of the Akhevans |
| [U] | [View] | 1 | Some New Server |
| [U] | [View] | 1 | The Burned Wood |
| [U] | [View] | 0 | Aegis of Norrath |
| [U] | [View] | 0 | Alternitys Edge |
| [U] | [View] | 0 | An Interesting Hole |
| [U] | [View] | Locked | Arkley |
| [U] | [View] | 0 | Articulated Chaos |
| [U] | [View] | 0 | Aussie Crew |
| [U] | [View] | 0 | Bad Omen PEQ Server (Private) |
| [U] | [View] | 0 | Bills EQ Server (2022-09-04) |
| [U] | [View] | 0 | Booty Quest |
| [U] | [View] | 0 | Borrin Thunderface |
| [U] | [View] | 0 | bumamgar_dev |
| [U] | [View] | 0 | Caliran's World |
| [U] | [View] | 0 | Casual Dreams: Solo PoP |
| [U] | [View] | 0 | City Raiders [Beta 1] |
| [U] | [View] | Locked | Clumsy's World [Test] |
| [U] | [View] | 0 | Cosmic Ro |
| [U] | [View] | 0 | Ludin Reborn |

8/10/25, 7:52 PM                                    EQEmulator - Server List Apr 16, 2025





| | | | |
|---|---|---|---|
| **» Server List** | | | |
| [U] | [View] | 12 | Perky Crew |
| [U] | [View] | 12 | TAKP TLP |
| [U] | [View] | 9 | Shadowed Eclipse |
| [U] | [View] | 8 | The EQArchives Project [Free Trade, Legacy] |
| [U] | [View] | 7 | VegasEQ - PoP - [vegaseq.com] |
| [U] | [View] | 6 | Age of Titans (Classless Roguelite) |
| [U] | [View] | 6 | Gledhow the First |
| [U] | [View] | 4 | Wasting Time |
| [U] | [View] | Locked | Requiem: Classic+ | Diablo Style Loot [DEV] |
| [U] | [View] | 3 | The Burned Wood |
| [U] | [View] | 2 | TurboQuest Seasons |
| [U] | [View] | 2 | Aussie Crew |
| [U] | [View] | 2 | Some New Server |
| [U] | [View] | 1 | An Interesting Hole |
| [U] | [View] | 1 | Chainbreaker |
| [U] | [View] | 1 | EverQuest Returns | Bots | MQ2 | Custom Progression |
| [U] | [View] | 1 | The Firiona Vie Project (Original) |
| [U] | [View] | Locked | HeadSpace |
| [U] | [View] | Locked | Raithels Server |
| [U] | [View] | 1 | The Fabled Stomping Grounds - Solo/Custom T6 Live |
| [U] | [View] | Locked | Test Bench |
| [U] | [View] | 1 | Wayfarers Haven Development |
| [U] | [View] | 0 | Age of the Froglok |
| [U] | [View] | 0 | A Classless Server (Solo, custom prog.) |
| [U] | [View] | 0 | Adventure - Requires eqemuclient |
| [U] | [View] | 0 | Alternitys Edge |
| [U] | [View] | 0 | Aman - Home of the Valar |
| [U] | [View] | 0 | Bad Omen PEQ Server (Private) |
| [U] | [View] | 0 | Bills EQ Server (2022-09-04) |
| [U] | [View] | 0 | Borrin Thunderface |
| [U] | [View] | 0 | bumamgar_dev |
| [U] | [View] | 0 | Caliran's World |
| [U] | [View] | 0 | Casual Dreams: Solo PoP |
| [U] | [View] | 0 | City Raiders [Beta 1] |
| [U] | [View] | Locked | Clumsy's World [Test] |
| [U] | [View] | 0 | CTS Faldoran Prime |
| [U] | [View] | 0 | Luclin Reborn |
| [U] | [View] | 0 | Descent of Darkness: Solo, Bots, Random Loot |
| [U] | [View] | 0 | EQ Might Test |
| [U] | [View] | 0 | EQ-Reborn |
| [U] | [View] | 0 | Everlasting Life Server |
| [U] | [View] | 0 | Flavortown (Luclin, QoL, 6-box, Char Transfers) |



The Wayback Machine - https://web.archive.org/web/20250519055207/https://www.eqemulator.org/index.php?pageid=serverlist

**EQEmulator**

User Name: User Name    ☐ Remember Me?
Password:               Log In

| Home | Forums | Register | Members List | Today's Posts | Search |

**» Navigation**

» **EQEmulator**
» » Forum Home
» » Server List

» **Play**
» » Getting Started

» **Server Installers**
» » Windows
» » Linux

» **Resources**
» » Pastebin
» » EOC
» » FAQ
» » Wiki
» » Changelog

**DISCORD**

☐ Star 444
☐ Watch 58

**» Loginserver**

Status:       UP
Servers:      100
Players:      5828

.:: Server Listing ::.

**» Log In**

User Name:

Password:

☑ Remember Me?
Log In

Not a member yet?
Register Now!

**» Search Forums**

[          ]
Go
» Advanced Search

**» Server List**

To find out more information about a server, including description and website, click on the View link.

| Version | Server Information | Status | Legends Servers |
|---------|-------------------|--------|-----------------|
| [U] | [View] | 2682 | The Heroes' Journey [Multiclass, Solo\Duo, No-Box] |
| [U] | [View] | 456 | Project Lazarus |
| [U] | [View] | 331 | Project 1999 Green |
| [U] | [View] | 174 | ProjectEQ (PEQ) The Grand Creation |
| [U] | [View] | 166 | Project 1999 Blue |
| [U] | [View] | 64 | Wayfarers Haven |
| [U] | [View] | 55 | EZ Server |
| [U] | [View] | 48 | The Al'Kabor Project (Mac Intel/PC client) [www.takproject.net] |
| [U] | [View] | 38 | Imperium_EQ |
| [U] | [View] | 30 | The Hidden Forest |
| [U] | [View] | 20 | Project 1999 Red |
| [U] | [View] | 2 | Shards of Dalaya |
| **Version** | **Server Information** | **Status** | **Preferred Servers** |
| [U] | [View] | 162 | EQTitan [Legit PoP/LDoN/GoD] |
| [U] | [View] | 110 | EQ ProFusion |
| [U] | [View] | 29 | Dragon Soul |
| [U] | [View] | 4 | Clumsy's World [Velious, Semi-Custom, QoL+] |
| [U] | [View] | 3 | Raid Addicts [Fully Custom] [Solo/Group/Raid] |
| [U] | [View] | 3 | The Dark Exile |
| [U] | [View] | 1 | FVP - The Firiona Vie Project (Kunark) |
| **Version** | **Server Information** | **Status** | **Standard Servers** |
| [U] | [View] | 592 | The Convergence |
| com | [View] | 527 | Project Quarm |
| [U] | [View] | 85 | Shelter of the Banned |
| [U] | [View] | 48 | Aegis of Norrath |
| [U] | [View] | 39 | -Dalaya- |
| [U] | [View] | 33 | EQ Might |
| [U] | [View] | 28 | Blood and Rank TPS BETA [www.bloodandrank.org] |
| [U] | [View] | 15 | Sanctuary: Reign of Thrule |

297
EXHIBIT 47

8/10/25, 7:56 PM                                        EQEmulator - Server List



| | | | |
|---|---|---|---|
| **» Server List** | | | |
| [U] | [View] | 13 | EverQuest Returns \| Bots \| MQ2 \| Custom Progression |
| [U] | [View] | 12 | Perky Crew |
| [U] | [View] | 12 | Shadowed Eclipse |
| [U] | [View] | 11 | The EQArchives Project [Free Trade, Legacy] |
| [U] | [View] | 7 | TAKP TLP |
| [U] | [View] | 7 | New Freeport [Fully Custom] |
| [U] | [View] | 3 | The Burned Wood |
| [U] | [View] | 2 | Aussie Crew |
| [U] | [View] | 2 | Descent of Darkness: Solo, Bots, Random Loot |
| [U] | [View] | 2 | Karana (x3 XP, Bots, Speed) |
| [U] | [View] | 2 | Nowhere |
| [U] | [View] | 2 | OGEQ |
| [U] | [View] | 1 | Adventure – Requires eqemuclient |
| [U] | [View] | Locked | Age of Titans (Classless Roguelite) |
| [U] | [View] | Locked | Area 51 |
| [U] | [View] | 1 | AYSTEverQuest |
| [U] | [View] | 1 | Chainbreaker |
| [U] | [View] | Locked | Chaotic Treasures (BETA) |
| [U] | [View] | 1 | The Firiona Vie Project (Original) |
| [U] | [View] | Locked | Test Bench |
| [U] | [View] | Locked | Aeternum (Custom, Solo, aa's & epic from level 1) |
| [U] | [View] | 0 | Alternitys Edge |
| [U] | [View] | 0 | Aman - Home of the Valar |
| [U] | [View] | 0 | An Interesting Hole |
| [U] | [View] | 0 | Bills EQ Server (2022-09-04) |
| [U] | [View] | 0 | Terok Setaya |
| [U] | [View] | 0 | bumamgar_dev |
| [U] | [View] | 0 | Caliran's World |
| [U] | [View] | 0 | Casual Dreams: Solo PoP |
| [U] | [View] | 0 | City Raiders [Beta 1] |
| [U] | [View] | Locked | Clumsy's World [Test] |
| [U] | [View] | 0 | Luclin Reborn |
| [U] | [View] | 0 | EQ Might Test |
| [U] | [View] | 0 | EQ-Reborn |
| [U] | [View] | 0 | EQ-TW Everquest 漫遊網 (開發測試用) |
| [U] | [View] | 0 | Flavortown (Luclin, QoL, 6-box, Char Transfers) |
| [U] | [View] | 0 | HossTest |
| [U] | [View] | 0 | ~Shattered Euphoria~ |
| [U] | [View] | 0 | Gledhow the First |
| [U] | [View] | 0 | Halls Havoc - Supporting Boxing(up to 4), Classic thru Velious. Raid zones set up for 1-2 groups. |
| [U] | [View] | Locked | HeadSpace |

EQEmulator - Server List Jun 26, 2025                    https://web.archive.org/web/20250626215230/https://www.eqemulator.o...



299
EXHIBIT 47

EQEmulator - Server List                                    https://web.archive.org/web/20250626215230/https://www.eqemulator.o...



| » Log In | | | |
| --- | --- | --- | --- |
| **» Server List** | | | |
| [U] | [View] | 188 | EQTitan [Legit PoP/LDoN/GoD] |
| [U] | [View] | 107 | EQ ProFusion |
| [U] | [View] | 36 | Dragon Soul |
| [U] | [View] | 8 | Raid Addicts (Fully Custom) [Solo/Group/ Raid] |
| [U] | [View] | 4 | Clumsy's World [Vellous, Semi-Custom, QoL.+] |
| [U] | [View] | 2 | FVP - The Firiona Vie Project (Kunark) |
| [U] | [View] | Locked | Rogean Development |
| [U] | [View] | 0 | The Dark Exile |
| **Version** | **Server Information** | **Status** | **Standard Servers** |
| [U] | [View] | 2569 | The Heroes' Journey [Multiclass, Solo\Duo, No-Box] |
| [U] | [View] | 430 | The Convergence |
| [U] | [View] | 98 | EQ Might |
| [U] | [View] | 73 | -Dalaya- |
| [U] | [View] | 65 | Shelter of the Banned |
| [U] | [View] | 30 | TAKP TLP |
| [U] | [View] | 29 | Shadowed Eclipse |
| [U] | [View] | 20 | Retribution |
| [U] | [View] | 20 | The EQArchives Project [Free Trade, Legacy] |
| [U] | [View] | 17 | EverQuest Returns | Bots | MQ2 | Custom Progression |

Left sidebar:

» Log In

☑ Remember Me?

[Log In]

Not a member yet?
Register Now!

» Search Forums

[Go]
» Advanced Search

EQEmulator - Server List Jul 18, 2025

The Wayback Machine - https://web.archive.org/web/20250718190752/https://eqemulator.org/index.php?pageid=serverlist



| Version | Server Information | Status | Legends Servers |
|---------|-------------------|--------|-----------------|
| [U] | [View] | 682 | Project Lazarus |
| [U] | [View] | 575 | Project 1999 Green |
| [U] | [View] | 266 | ProjectEQ (PEQ) The Grand Creation |
| [U] | [View] | 248 | Project 1999 Blue |
| [U] | [View] | 239 | EZ Server |
| [U] | [View] | 164 | The Al'Kabor Project (Mac Intel/PC client) [www.takproject.net] |
| [U] | [View] | 51 | Imperium_EQ |
| [U] | [View] | 28 | Project 1999 Red |
| [U] | [View] | 20 | The Hidden Forest |
| [U] | [View] | 1 | Shards of Dalaya |

| Version | Server Information | Status | Preferred Servers |
|---------|-------------------|--------|-------------------|
| [U] | [View] | 192 | EQTitan [Legit PoP/LDoN/GoD] |
| [U] | [View] | 164 | EQ ProFusion |
| [U] | [View] | 7 | FVP - The Firiona Vie Project (Kunark) |
| [U] | [View] | 7 | Raid Addicts (Fully Custom) [Solo/Group/Raid] |
| [U] | [View] | 4 | Dragon Soul |
| [U] | [View] | 2 | Clumsy's World [Velious, Semi-Custom, QoL+] |
| [U] | [View] | 2 | The Dark Exile |
| [U] | [View] | Locked | Rogean Development |

| Version | Server Information | Status | Standard Servers |
|---------|-------------------|--------|------------------|
| [U] | [View] | 2312 | The Heroes' Journey [Multiclass, Solo\Duo, No-Box] |
| [U] | [View] | 493 | The Convergence |
| [U] | [View] | 82 | EQ Might |
| [U] | [View] | 81 | -Dalaya- |
| [U] | [View] | 79 | Shelter of the Banned |
| [U] | [View] | 38 | Shadowed Eclipse |
| [U] | [View] | 31 | Aegis of Norrath |
| [U] | [View] | 19 | TAKP TLP |

EQEmulator - Server List



| | | | |
|---|---|---|---|
| **» Server List** | | | |
| [U] | [View] | 12 | **Retribution** |
| [U] | [View] | 12 | The EQArchives Project [Free Trade, Legacy] |
| [U] | [View] | 8 | No Phun Intended |
| [U] | [View] | 6 | **Aussie Crew** |
| [U] | [View] | 6 | Blood and Rank TPS BETA [www.bloodandrank.org] |
| [U] | [View] | 6 | Morte Test Server |
| [U] | [View] | 4 | A VZ/TZ Box |
| [U] | [View] | 2 | A Warlock Server (Solo, 1 Bot, Custom, Progression) |
| [U] | [View] | 1 | An Interesting Hole |
| [U] | [View] | 1 | **TurboQuest Seasons** |
| [U] | [View] | 1 | Chainbreaker |
| [U] | [View] | Locked | Chaotic Treasures (BETA) |
| [U] | [View] | 1 | EQ-Reborn |
| [U] | [View] | 1 | EverQuest Returns | Bots | MQ2 | Custom Progression |
| [U] | [View] | 1 | The Firiona Vie Project (Original) |
| [U] | [View] | 1 | Karana (x3 XP, Bots, Speed) |
| [U] | [View] | 1 | **Unconquered Souls** |
| [U] | [View] | 0 | A EQ PVP [Classic-Luclin]PoP later |
| [U] | [View] | 0 | Adventure - Requires eqemuclient |
| [U] | [View] | 0 | Aman - Home of the Valar |
| [U] | [View] | Locked | Arkley |
| [U] | [View] | 0 | Bad Omen PEQ Server (Private) |
| [U] | [View] | 0 | Bills EQ Server (2022-09-04) |
| [U] | [View] | 0 | bumamgar_dev |
| [U] | [View] | 0 | Caliran's World |
| [U] | [View] | Locked | Clumsy's World [Test] |
| [U] | [View] | 0 | Daerma Adventures |
| [U] | [View] | 0 | Luclin Reborn |
| [U] | [View] | 0 | Descent of Darkness: Solo, Bots, Random Loot |
| [U] | [View] | 0 | EQ-TW Everquest 漫游網 (開發測試用) |
| [U] | [View] | 0 | Everlasting Life Server |
| [U] | [View] | 0 | Flavortown (Luclin, QoL, 6-box, Char Transfers) |
| [U] | [View] | 0 | HossTest |
| [U] | [View] | Locked | Morzains Test Server |
| [U] | [View] | 0 | ~Shattered Euphoria~ |
| [U] | [View] | 0 | Gledhow the First |
| [U] | [View] | 0 | Halls Havoc - Supporting Boxing(up to 4), Classic thru Velious. Raid zones set up for 1-2 groups. |
| [U] | [View] | 0 | Classic EverQuest with a Twist |
| [U] | [View] | 0 | Leininger EQ Server |
| [U] | [View] | 0 | LUNA (Luclin 2 Box Custom) ROF2 | Vex Thal BIS |
| [U] | [View] | 0 | Nowhere |



**» Navigation**

» **EQEmulator**
» » Forum Home
» » Server List

» Play
» » Getting Started

» Server Installers
» » Windows
» » Linux

» Resources
» » Pastebin
» » EOC
» » FAQ
» » Wiki
» » Changelog

**DISCORD**

Star  569
Watch  57

**» Loginserver**

Status:      UP
Servers:    99
Players:    7421
.:: Server Listing ::.

**» Log in**

User Name:

Password:

☑ Remember Me?

**» Server List**

To find out more information about a server, including
description and website, click on the View link.

| Version | Server Information | Status | Legends Servers |
|---------|--------------------|--------|-----------------|
| com | [View] | 879 | Project Quarm |
| [U] | [View] | 717 | Project 1999 Green |
| [U] | [View] | 637 | Project Lazarus |
| [U] | [View] | 615 | ProjectEQ (PEQ) The Grand Creation |
| [U] | [View] | 263 | Project 1999 Blue |
| [U] | [View] | 239 | EZ Server |
| [U] | [View] | 132 | The Al'Kabor Project (Mac Intel/PC client) [www.takproject.net] |
| [U] | [View] | 70 | Imperium_EQ |
| [U] | [View] | 43 | Project 1999 Red |
| [U] | [View] | 5 | Shards of Dalaya |
| [U] | [View] | 0 | The Hidden Forest |
| **Version** | **Server Information** | **Status** | **Preferred Servers** |
| [U] | [View] | 274 | EQ ProFusion |
| [U] | [View] | 35 | Dragon Soul |
| [U] | [View] | 6 | Raid Addicts (Fully Custom) |

5/10/25, 7:23 PM                                        EQEmulator - Server List



| » Log In | » Server List | | |
|---|---|---|---|
| Log In | | | [Solo/Group/Raid] |
| Not a member yet? Register Now! | [U] | [View] | 0 | Clumsy's World [Vellous, Semi-Custom, QoL+] |
| » Search Forums | [U] | [View] | 0 | FVP - The Firiona Vie Project (Kunark) |
| Go ▸ Advanced Search | [U] | [View] | Locked | Rogean Development |
| | [U] | [View] | 0 | The Dark Exile |
| | [U] | [View] | Down | EQTitan [Legit PoP/LDoN/GoD] |
| **Version** | **Server Information** | **Status** | **Standard Servers** |
| [U] | [View] | 2308 | The Heroes' Journey [Multiclass, Solo\Duo, No-Box] |
| [U] | [View] | 726 | The Convergence |
| [U] | [View] | 109 | -Dalaya- |
| [U] | [View] | 108 | EQ Might |
| [U] | [View] | 52 | Shelter of the Banned |
| [U] | [View] | 50 | Aegis of Norrath |
| [U] | [View] | 35 | TAKP TLP |
| [U] | [View] | 15 | Shadowed Eclipse |
| [U] | [View] | 13 | Blood & Rank Progression |
| [U] | [View] | 12 | Chaotic Treasures (Under Development)) |
| [U] | [View] | 10 | Perky Crew |
| [U] | [View] | 10 | VegasEQ - PoP - [vegaseq.com] |
| [U] | [View] | 9 | A Toxic Gamer Production - EQ PvP Arcade |
| [U] | [View] | 9 | Retribution |

304
EXHIBIT 47