# EXHIBIT 48

8/11/25, 2:18 AM
FFXIV company Square Enix's financials dipped in the latest quarterly report, even for its MMO division | Massively Overpowered

Case 3:25-cv-01489-BAS-BLM    Document 56-7    Filed 08/11/25    PageID.1587    Page 2 of 2

# FFXIV company Square Enix's financials dipped in the latest quarterly report, even for its MMO division

By Chris Neal   -   August 11, 2025 10:00 AM



That headline is likely a foregone conclusion for fans who have been paying attention to recent events in *Final Fantasy XIV*, but now there's hard data from Square Enix about its overall fortunes, as its Q1 2025 report is out and confirms a drop almost entirely across the board – including within the company's MMO division.

Overall Square Enix saw net sales drop from ¥85 billion ($575M US) in the same quarter last year to ¥69 billion ($466M US) this year, while sales in its digital entertainment sector (which includes MMOs) was down from ¥62 billion ($419M) to ¥43 billion ($290M) YoY. The MMO segment was specifically called out in the report as well, with ¥9.6 billion in the quarter versus ¥12.5 billion last year, a decrease of 23%.

As one might expect, these revelations have summoned forth legions of armchair analysts who have no shortage of Opinions on the root cause, whether it's changes in *FFXIV's* content cadence, the overall underwhelming reception of *Dawntrail*, or Square Enix directing funds away from the MMORPG and into other projects. Many are also clinging on to analysis and opinions from Yuzu, a primary shareholder in the company. Regardless of the cause, the numbers do not look good.

sources: Square Enix investor relations, Reddit (1, 2), Twitter, cheers Vincent!

**CODE OF CONDUCT | COMMENTING FAQ | EDIT PROFILE | AKISMET PRIVACY**

### No posts to display

