DENTONS US LLP
Nicholas B. Janda (SBN 253610)
nick.janda@dentons.com
601 South Figueroa Street, Ste 2500
Los Angeles, California 90017-5704
Tel:(213) 623-9300
Fax:(213) 623-9924

Norman M. Aspis (SBN 313466)
norman.aspis@dentons.com
4655 Executive Drive, Suite 700
San Diego, CA 92121
Telephone: (619) 699-2574

Monica B. Richman (*pro hac vice* forthcoming)
Monica.richman@dentons.com
Daniel A. Schnapp (*pro hac vice*)
daniel.schnapp@dentons.com
Mary Kate Brennan (p*ro hac vice*)
Marykate.brennan@dentons.com
1221 Avenue of the Americas
New York, New York 10020-1089
Tel: (212) 768-6700
Fax: (212) 768-6800

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP
Benjamin B. Anger (SBN 269145)
ben.anger@morganlewis.com
600 Anton Boulevard Suite 1800
Costa Mesa, CA  92626-7653
Tel:   +1.714.830.0600
Fax:  +1.714.830.0700

Joshua M. Dalton (*pro hac vice*)
josh.dalton@morganlewis.com
One Federal Street
Boston, MA 02110-1726
Tel:   +1.617.341.7700
Fax:   +1.617.341.7701

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC, <br><br> Plaintiff, <br><br> vs. <br><br> KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; Does 1-20, Inclusive, <br><br> Defendants. | Case No. 25CV01489-BAS-BLM <br><br> **JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

JOINT MOTION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT
NO. 25CV01489-BAS-BLM

Pursuant to Local Rules 7.2 and 12.1, Defendants Kristopher Takahashi and Alexander Taylor ("Defendants") and Plaintiff Daybreak Game Company LLC, respectfully submit this Joint Motion to Extend Time to Respond to the Complaint, requesting that the Court extend Defendants' deadline to answer, move, or otherwise respond to the Complaint until and through August 22, 2025. In support of this Motion and to show good cause, the Parties state as follows:

1.     On June 14, 2025, Plaintiff filed their Complaint herein. *See* ECF No. 1.

2.     On or about June 18, 2025, Plaintiff caused the Complaint to be personally served on Defendants Kristopher Takahashi and Alexander Taylor. *See* ECF No. 18 and 19.

3.     On July 17, 2025, the Parties filed a Joint Motion to Extend Time for Defendants to Respond to the Complaint until August 15, 2025. *See* ECF No. 43.

4.     On July 29, 2025, the Court Granted the Joint Motion. *See* ECF No. 49.

5.     On August 12, 2025, the Court held an oral argument on Plaintiff's Supplemental Motion for Preliminary Injunction. The Motion was taken under submission. *See* ECF No. 58.

6.     Defendants and their counsel require additional time to prepare their response to Plaintiff's Complaint.

7.     This is Defendants' second request for an extension of time. This request is not made for the purpose of delay, or for any other improper purpose. Neither party would be unduly prejudiced by the brief extension sought by this Motion.

8.     Counsel for Defendants has conferred with counsel for Plaintiff, and Plaintiff has consented to an extension of Defendants' deadline to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint to August 22,

1  |  2025.

2  |        9.    No scheduling order has been entered in this case, and no other

3  |  deadlines will be affected by the requested extension. The Parties agree that this

4  |  extension shall not be deemed to constitute a waiver of any rights, defenses,

5  |  objections or any other application to any Court that any party may have with

6  |  respect to the claims set forth in the Complaint.

7  |       THEREFORE, for good cause, the Parties jointly move the Court to

8  |  extend the deadline for Defendants to answer, move, or otherwise respond to the

9  |  Complaint to August 22, 2025 and respectfully request that the Court sign the

10 |  proposed order submitted concurrently herewith pursuant to Civil Local Rule

11 |  7.2.

12 |  **[SIGNATURES ON FOLLOWING PAGE]**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

3

JOINT MOTION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT
NO. 25CV01489-BAS-BLM

Dated:    August 13, 2025              MORGAN, LEWIS & BOCKIUS LLP


By */s/ Joshua M. Dalton*
    Joshua M. Dalton
    josh.dalton@morganlewis.com

    Attorneys for Defendants,
    Kristopher Takahashi and
    Alexander Taylor


Dated:    August 13, 2025              DENTONS US LLP


By: */s/ Daniel A. Schnapp*
    Daniel A. Schnapp
    daniel.schnapp@dentons.com

    Attorney for Plaintiff,
    Daybreak Game Company LLC


## SIGNATURE ATTESTATION

In compliance with Section 2(f)(4) of the Electronic Case Filing Administrative Policies & Procedures Manual, I hereby attest that each of the attorneys on whose behalf this filing is being submitted concurs in the filing's content and has authorized the filing.


By: */s/ Joshua M. Dalton*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

4

JOINT MOTION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT
NO. 25CV01489-BAS-BLM