# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI, *et al.*,<br><br>Defendants. | Case No. 25-cv-01489-BAS-BLM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME**<br><br>**(ECF No. 59)** |

Presently before the Court is the parties' Joint Motion for an Extension of Time for Defendants Kristopher Takahashi and Alexander Taylor ("Defendants") to Respond to Plaintiff Daybreak Game Company LLC's Complaint. (ECF No. 59.) Good cause appearing, the Court **GRANTS** the request. Accordingly, Defendants shall have leave to respond on or before **August 22, 2025**.

**IT IS SO ORDERED.**

DATED: August 14, 2025

*Cynthia Bashant*
Hon. Cynthia Bashant, Chief Judge
United States District Court

- 1 -

25cv1489