1  BENJAMIN B. ANGER, SBN 269145
   ben.anger@morganlewis.com
2  MORGAN, LEWIS & BOCKIUS LLP
   600 Anton Boulevard
3  Costa Mesa, CA 92626
   T: (714) 830-0600 / F: (714) 830-0700
4
5  JOSHUA M. DALTON (*pro hac vice*)
   josh.dalton@morganlewis.com
   MORGAN, LEWIS & BOCKIUS LLP
6  One Federal Street
   Boston, MA 02110-1726
7  T: (617) 341-7700 / F: (617) 341-7701

8
   *Counsel for Defendants Kristopher Takahashi*
9  *and Alexander Taylor*

10
                **UNITED STATES DISTRICT COURT**
11              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

12 | DAYBREAK GAME COMPANY LLC, | CASE NO. 3:25-CV-01489 |
   |---|---|
13 | Plaintiff, | |
14 | v. | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY LITIGATION** |
15 | KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; and Does 1-20, Inclusive, | |
16 | | Date: October 3, 2025 |
17 | Defendants. | Place: Courtroom 12b 12th Floor |
   | | Judge: Hon. Cynthia Bashant |
18 | | **NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT.** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on October 3, 2025, or as soon thereafter as this matter may be heard, in the United States District Court, Central District of California, located at 333 West Broadway, Courtroom 12B, San Diego, California, before the Honorable Cynthia A. Bashant, Defendants Kristopher Takahashi and Alexander Taylor ("Defendants") will and hereby do move the Court to compel Plaintiff Daybreak to arbitrate its claims against Defendants and stay the litigation pending arbitration.[1]

Defendants make this Motion under the Federal Arbitration Act, 9 U.S.C. §§ 1–16 ("FAA") on the basis of Daybreak's End User License Agreement to resolve disputes first through Negotiation and, to the extent no resolution is reached between the parties, to submit the claims asserted against Defendants to arbitration. This Motion is based on this Notice of Motion, the following Memorandum of Points and Authorities, and the exhibits attached thereto, the pleadings and other documents on file in this case, all other matters of which the Court may take judicial notice, and any other argument or evidence that may be received by the Court upon hearing of this Motion. This Motion is made following the telephonic conference of counsel pursuant to Local Rule 26.1(a) and Section 4 of the Court's Standing Order for Civil Cases.

---

[1] This Motion satisfies Defendants' obligation to respond to the Complaint (ECF No. 1) at this stage. *See, e.g., KWB & Assocs., Inc. v. Marvin*, 2018 WL 5094927, at *9 (C.D. Cal. Apr. 18, 2018) ("Courts in this Circuit, including this one, commonly treat motions to compel arbitration as preliminary motions under Federal Rule of Civil Procedure 12"); *De Salles v. Cook*, 2016 WL 9113995, at *4 (C.D. Cal. May 12, 2016) (holding that because "motions to compel arbitration" are "preliminary motions," party "was not required to" "file a responsive pleading" (collecting cases)); *Ellison Framing, Inc. v. Zurich Am. Ins. Co.*, 805 F. Supp. 2d 1006, 1012–13 (E.D. Cal. 2011) (collecting cases and permitting defendant to file motion for a stay in lieu of an answer). Should the Court not compel arbitration, Defendants reserve the right to file a Rule 12(b) motion in accordance with any schedule set by the Court. *See Aetna Life Ins. Co. v. Alla Med. Servs., Inc.*, 855 F.2d 1470, 1475 (9th Cir. 1988) (holding that a prior motion to stay based on grounds other than Rule 12 did not bar a later Rule 12(b) motion). Defendants also contend that they are not the proper defendants in this action and reserve, and do not waive, their right to contest personal jurisdiction.

Dated: August 22, 2025

Respectfully submitted,

By: */s/ Joshua M. Dalton*
Benjamin B. Anger, SBN 269145
**MORGAN, LEWIS & BOCKIUS LLP**
600 Anton Boulevard
Costa Mesa, CA 92626
Telephone: (714) 830-0441
ben.anger@morganlewis.com

Joshua M. Dalton (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 341-7700
josh.dalton@morganlewis.com

*Attorneys for Defendants Kristopher Takahashi and Alexander Taylor*