| | |
|---|---|
| 1 | BENJAMIN B. ANGER, SBN 269145 |
| 2 | ben.anger@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP |
| 3 | 600 Anton Boulevard<br>Costa Mesa, CA 92626 |
| 4 | T: (714) 830-0600 / F: (714) 830-0700 |
| 5 | JOSHUA M. DALTON (*pro hac vice*)<br>josh.dalton@morganlewis.com |
| 6 | MORGAN, LEWIS & BOCKIUS LLP<br>One Federal Street |
| 7 | Boston, MA 02110-1726<br>T: (617) 341-7700 / F: (617) 341-7701 |

*Counsel for Defendants, Kristopher Takahashi and Alexander Taylor*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI;<br>ALEXANDER TAYLOR; Does 1-20,<br>Inclusive,<br><br>Defendants. | CASE NO. 3:25-CV-01489<br><br>**DECLARATION OF KRISTOPHER TAKAHASHI IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**<br><br>Date: October 3, 2025<br>Place: Courtroom 12b 12th Floor<br>Judge: Hon. Cynthia Bashant |

I, Kristopher Takahashi, declare:

1. My name is Kristopher Takahashi. I am a managing member of Another Quest LLC ("AQ"), which operates *The Heroes' Journey* ("THJ"). I am over the age of 18 and competent to make this declaration. I submit this Declaration in support of Defendants' Motion to Compel Arbitration and Stay Litigation. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2. I began playing EverQuest in or around the Summer of 2000 at the age of 13. Before I could play EverQuest, I created an account using my full name, an email address, and a password to access the account.

3. Throughout the years that I played EverQuest, I understand that EverQuest modified its applicable End-User License Agreement, which was last updated on June 8, 2022. Attached as **Exhibit 1** is a true and correct copy of Daybreak's End User License Agreement, available at https://www.daybreakgames.com/eula?locale=en_US.

4. I understand that Exhibit 1 is the operative End-User License Agreement for me, given that I last played EverQuest in or around May 2025.

I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ⎯⎯August 22, 2025⎯⎯ in ⎯⎯Port St Lucie, FL⎯⎯.

/s/ *kris Takahashi*
Signed by:
BB727197F66D4E7...

Kristopher Takahashi

---

DECLARATION OF KRISTOPHER TAKAHASHI                                     NO. 3:25-CV-01489

1