BENJAMIN B. ANGER, SBN 269145
 ben.anger@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard
Costa Mesa, CA 92626
T: (714) 830-0600 / F: (714) 830-0700

JOSHUA M. DALTON (*pro hac vice*)
 josh.dalton@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
T: (617) 341-7700 / F: (617) 341-7701

*Counsel for Defendants, Kristopher Takahashi and Alexander Taylor*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; Does 1-20, Inclusive,<br><br>Defendants. | CASE NO. 3:25-CV-01489<br><br>**DECLARATION OF ALEXANDER TAYLOR IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**<br><br>Date: October 3, 2025<br>Place: Courtroom 12b 12th Floor<br>Judge: Hon. Cynthia Bashant |

I, **Alexander Taylor**, declare:

1. My name is Alexander Taylor. I am a Member of Another Quest LLC ("AQ") and, in that capacity, serve as Lead Developer of The Heroes' Journey ("THJ"). I am over the age of 18 and competent to make this declaration. I submit this Declaration in support of Defendants' Motion to Compel Arbitration and Stay Litigation. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. I have been a player of EverQuest since December 2001, beginning on my fourteenth birthday. Before I could play EverQuest, I created an account using my full name, an email address, and a password to access the account.

3. Throughout the years that I played EverQuest, I understand that EverQuest modified its applicable End User License Agreement. Attached as **Exhibit 2** is a true and correct copy of Daybreak's End-User License Agreement, which I understand was effective from February 21, 2018 through June 7, 2022 and was obtained from the Wayback Machine Internet Archive from a URL associated with Daybreak's website.

4. I understand that Exhibit 2 is the operative End-User License Agreement for me, given that I last played EverQuest in or around June 2020.

I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 22, 2025 in Manchester, TN.

/s/ *Alex Taylor*
818D6E62CB93427

Alexander Taylor

DECLARATION OF ALEXANDER TAYLOR                                               No. 3:25-CV-01489

1