UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

DAYBREAK GAME COMPANY, LLC,          )  Case No. 25-cv-1489-BAS
                                     )
                    Plaintiff,       )  August 12, 2025
      vs.                            )
                                     )  Oral Argument Hearing
KRISTOPHER TAKAHASHI, *et al.,*      )
                                     )
                    Defendants.      )
_____)

                 REPORTER'S TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE CYNTHIA A. BASHANT
                    UNITED STATES DISTRICT JUDGE

                         PAGES 1 - 45

APPEARANCES:

FOR PLAINTIFF:          DENTONS US, LLP
                        1221 Avenue of the Americas
                        New York City, New York  10020
                        *By: DANIEL A. SCHNAPP, Esq.*
                        *    MARY KATE BRENNAN, Esq.*
                        *    NICHOLAS B. JANDA, Esq.*


FOR DEFENDANTS:         MORGAN, LEWIS & BOCKIUS, LLP
                        600 Anton Boulevard
                        Irvine, California  92626
                        *By: JOSHUA M. DALTON, Esq.*
                        *    BENJAMIN B. ANGER, Esq.*
                        *    MICHAEL FAKHOURI, Esq.*


REPORTED BY:

ANNE MARIE ROLDAN, RMR, CRR, CSR 13095
OFFICIAL COURT REPORTER
U.S. District Court Clerk's Office
333 West Broadway, Suite 420
San Diego, California  92101

Reported stenographically; transcribed with CAT software.

1      ***TUESDAY, AUGUST 12, 2025, 10:39 A.M.***

2                              ***

3          **THE CLERK:**  Calling Matter 4, 25-cv-1489, Daybreak Game

4    Company, LLC vs. Takahashi, *et al.,* for oral argument hearing.

5          Counsel, please state your appearances for the record,

6    starting with the plaintiffs, once you've reached counsel table.

7          **(Pause.)**

8          **THE CLERK:**  Plaintiffs, please make your appearances.

9          **MR. SCHNAPP:**  Good morning, Your Honor.  My name is

10   Daniel Schnapp, S-c-h-n-a-p-p.  I'm from the law firm of Dentons

11   U.S., LLP.  We represent the plaintiff and the movant, Daybreak.

12         **MS. BRENNAN:**  Good morning, Your Honor.  Mary Kate

13   Brennan also for the plaintiff, also with the law firm of

14   Dentons.

15         **MR. JANDA:**  Good morning, Your Honor.  Nick Janda from

16   Dentons on behalf of Plaintiff.

17         **MR. DALTON:**  Good morning, Your Honor.  Josh Dalton

18   from Morgan Lewis on behalf of defendants.

19         **MR. FAKHOURY:**  Good morning, Your Honor.  Michael

20   Fakhoury from Morgan Lewis on behalf of Defendants.

21         **MR. ANGER:**  Your Honor, this is Ben Anger, also on

22   behalf of defendants, from Morgan Lewis.

23         **THE COURT:**  Okay.  As a preliminary matter, I noticed

24   that yesterday the defendants filed motion for leave to file

25   supplemental declaration.  That motion is denied.

1    I don't think the additional information is

2    particularly helpful to my analysis, and any argument could have

3    been included in the reply.  That's why we have a motion

4    response reply and we don't have *ad infinitum* supplemental

5    declarations.  So that will be denied.

6    And I wanted to give you kind of where I tentatively

7    stand right now so you know where to -- what to address when

8    you're arguing.

9    First of all, I agree with the defendants that this

10   would be a mandatory injunction requiring the law and facts that

11   clearly favor Daybreak's position.  That said, I think Daybreak

12   has established a likelihood of success on the merits, even

13   under that standard.

14   At least, you know, on the copyright infringement and

15   the Digital Millennium Copyright Act, it seems to me that

16   redirecting a user to -- I don't know if you go by "THJ" or "The

17   Heroes' Journey" -- servers instead of EverQuest's servers

18   certainly seem like circumvention under the statute.  So at this

19   point I'm fairly comfortable that they've established a

20   likelihood of success.

21   And I'm not persuaded by the equitable defenses,

22   because it relies on Daybreak's response to unrelated third

23   parties.

24   Now, if there is any evidence that Daybreak knew about

25   the Heroes' Journey's conduct outside of the statute of

1   limitations period and not just the conduct of other emulators,

2   I'd certainly be interested in that.

3        So I think the real question in this case boils down to

4   irreparable harm.  And I am a little concerned about that on

5   behalf of Daybreak.  It seems to me that is this a many -- money

6   can satisfy any problem.

7        So I am concerned if -- other than the YouTube

8   statements is there any other evidence linking the statistical

9   decline to the THJ's launch as opposed to other causes, the way

10  THJ alleges?  Or is there any other evidence of irreparable

11  harm?  I'd like you to really focus on that.

12       And if I do decide a preliminary injunction is

13  warranted, I need some help calculating the bond.  I don't think

14  $5,000 is enough, but I don't know what anything else is based

15  on.  So I am concerned about that.

16       So those are sort of my two main focuses to help

17  pinpoint your discussion.

18            *MR. SCHNAPP:*  Thank you, Your Honor.  If I may?

19            *THE COURT:*  You may.

20            *MR. SCHNAPP:*  Thank you.  I appreciate Your Honor's

21  comments regarding likelihood of success.  I will leave that

22  alone unless Your Honor has any questions.  I'll turn directly

23  to irreparable harm.

24       Your Honor, I think the first thing I want to say is

25  I'm going to talk for a moment, if I have a chance, about the

1    numbers themselves and how we think the numbers lead us to

2    believe there is irreparable harm.

3         I want to say that in this Circuit, irreparable harm is

4    not just based upon drops in revenue and so forth, the loss of

5    users, although that is a pertinent part of the case.  And I'll

6    get to it in a moment.

7         There is, of course, the *Disney* case from the

8    Ninth Circuit in 2017 that irreparable harm may be established

9    simply from a right to control how, when, and through which

10   consumers can access copyrighted works, as well as relationships

11   and goodwill.  And I'd like to speak about that for a moment.

12        First of all, we had established in our papers that

13   those were factors, those were things that had been damaged, and

14   we were leading to catastrophic losses.  The defendants have all

15   but failed to address those issues.

16        So let me start with goodwill.

17        One of the most concerning elements of THJ is that it

18   fundamentally alters game play.  So Your Honor is already

19   familiar with EverQuest.  But EverQuest is a game that requires

20   an amount of skill and patience.

21        It building communities.  We call them "guilds" or

22   "affiliations," not unlike a modern version of Dungeons &

23   Dragons.  Even Mr. Takahashi testified in his declaration that

24   that's a thing that was important to him about EverQuest, is the

25   community.

1    The fact is that because of THJ, there are multitudes

2    and scores of former players that are out saying negative things

3    about our product.

4    What THJ did is they created a derivative work that has

5    what's called a "God mode" or a "cheat mode" that allows them to

6    do away with the patience and the skill that it takes to play

7    the game, and has created what is essentially a way of playing

8    that allows you to jump over what our game is about, which is

9    about building these communities.  It's about the skill, and

10   it's about the patience.

11   So if the public statements that are denigrating --

12   some of them come from the defendants.  But from the public

13   statements that are denigrating our game are leading to a loss

14   of interest in our game, that that is irreparable damage to our

15   goodwill, which is recognized by the Ninth Circuit as

16   irreparable harm.

17   Furthermore, in Ms. Chan's declaration, she points out

18   the loss of opportunities to sell in-game tokens, to sell

19   merchandise, to sell other kinds of things that are associated

20   with the game.  Also, that is irreparable harm.

21   Fundamentally, by changing our -- by affecting our

22   business model and changing the way the game is played, that is

23   irreparable harm.

24   What they have done is they have taken the heart out of

25   the way that EverQuest is played.  So that is one aspect of

1    irreparable harm.

2            Now, with respect to the financial aspect of

3    irreparable harm, it's in our papers, but I will just briefly

4    submit to Your Honor that the defendants themselves have made

5    some very important statements and, at times, admissions.

6            They have said that they now have, at least as of July,

7    30,000 -- 30,000 -- players who are playing THJ.  Now, we have

8    lost, as a matter of monthly average users over the course of a

9    year, approximately 30,000 players.

10            Now, I am not saying, Your Honor, that it is a

11    one-to-one comparison.  But it is an overwhelming and striking

12    factor in this case.

13            We have lost, since THJ has been put into play,

14    approximately 36 percent of our monthly users.

15            We have established in our papers that what is

16    happening is if that is to continue without an injunction, we

17    are going to be faced with the possibility of having to layoff

18    staff that runs EverQuest, staff that lives in San Diego, works

19    in San Diego, notwithstanding the fact that this is

20    institutional knowledge about our game.

21            If this leaves EverQuest, the 25-plus years that we

22    have spent, the millions of dollars that we have spent on this

23    game is going to go out the window.  And, Your Honor, I

24    respectfully submit that is -- that is the very essence of

25    irreparable harm.

1      And I also want to point out, Your Honor, that because

2  it is a multiplayer online game, the way this game works is it

3  operates in its own sort of infrastructure.  We call it -- I

4  think in Mr. Kitchen's declaration, he called it a -- an

5  "infrastructure," and he called it "an experience that is unlike

6  other game genres where players can return to identical

7  experience."

8      This is a community-based and a community-focused game.

9  So it is not a situation where if you lose one player, it's one

10  player, that player may return.  That's now how it works.

11      When these players leave, it has an accelerating

12  affect.  Because it is a group game, it is built on guilds, it

13  is built on memberships, it is built on affiliations, these

14  people that play the game, they form communities.  When one

15  leaves, many follow.

16      So that is also irreparable harm.  Because if we don't

17  put a stop to that, as these players drift away, they play the

18  "cheat code"/"God mode" version of EverQuest, that pulls the

19  most critical aspect of the game, which is players, away.

20      And then lastly, Your Honor, and I think this is in our

21  reply papers, but I want to point it out because it is

22  important:  The defendants have been directly positioning

23  themselves as competitors of our game.

24      They have all the indicia of a complete business.  They

25  are not an emulator.  They are earning a hundred thousand

1    dollars a month now, based upon the accounting that was

2    delivered to us last night.  In December, they were earning

3    $20,000 a month.  So that's a five-fold increase since then.

4         We have what's called a "TLP."  It's sort of our

5    update.  And in this case, our TLP is known as "Fangbreaker,"

6    F-a-n-g-b-r-e-a-k-e-r.  Fangbreaker is a way of sort of updating

7    the game.  You can go online and read about it.

8         But the point is the defendants' game, THJ, has been

9    positioned as a direct competitor to Fangbreaker.  So for

10   example, there are videos that speak about which game should you

11   play, THJ or Fangbreaker?

12        And the defendants take time in their papers to

13   denigrate Fangbreaker:  "It's the worst update we've ever seen."

14   Which is not true.  We've tendered evidence to the Court showing

15   that there are plenty of fans who like Fangbreaker.

16        But the point is, the point is that they have set up a

17   revenue-generating complete business that is directly profiting

18   off of our intellectual property.  It is our game.  It is our

19   game.  And they are doing everything they can to take shots at

20   our game.

21        So Your Honor, for those reasons, I respectfully submit

22   we have established irreparable harm.  I'm happy to answer any

23   questions about it.

24        But I just want to say in summation about it, I think

25   the case law is legion in this Circuit that irreparable harm can

1  exist based upon a number of factors.  Again, loss of goodwill,

2  loss of customers, existential threats to the game or the

3  company itself.  All of those things exist here.

4          Respectfully, Your Honor, this is a perfect case for

5  irreparable harm.

6          **THE COURT:**  Okay.  Going to my second question:  If I

7  agree with you, how did you calculate -- how did you come up

8  with 5,000?  And can you give me a realistic bond?

9          **MR. SCHNAPP:**  Yes, Your Honor.  I think when

10 establishing amounts for bonds, it's a little more of an art

11 than a science, as Your Honor is well aware.

12         We felt that the bond should be somewhat minimal

13 because of the willful nature of the infringement.  But that

14 being said, Your Honor, we are -- this is absolutely an

15 existential issue.  Your Honor can set whatever bond she thinks

16 is appropriate.

17         **THE COURT:**  Can I take into consideration the fact that

18 you just told me they're earning a hundred thousand dollars a

19 month right now?

20         **MR. SCHNAPP:**  I believe you can, yes.

21         **THE COURT:**  Okay.  Thank you.

22         **MR. SCHNAPP:**  Thank you, Your Honor.

23         **MR. DALTON:**  Good morning, Your Honor.

24         **THE COURT:**  Good morning.

25         **MR. DALTON:**  Would I be pressed to ask if I can use a

1   few slides in my presentation?

2           **THE COURT:**  Sure.

3       **(Pause.)**

4           **MR. DALTON:**  Thank you, Your Honor, and good morning

5   again.  Josh Dalton from Morgan Lewis on behalf of Defendants.

6           Your Honor, I will get to the irreparable harm very

7   quickly, but I do think there are some predicate issues that I'd

8   like to just draw your attention to.

9           We believe that estoppel in particular does not require

10  some lengthy period of time and it's not like laches.  If

11  Your Honor believes that laches would require a one-to-one

12  correlation between, you know, Daybreak and just THJ, that the

13  two-and-a-half-decade tradition of emulators does not set up

14  laches, I would at least ask Your Honor to consider estoppel.

15  The *Fields* case, for example, *Fields vs. Google*.

16          Estoppel -- in *Fields*, he set up his websites in

17  January, sued in March.  That was nevertheless enough time for

18  estoppel to attach.

19          So I do believe that estoppel is still relevant here,

20  and given the amount of time, because what you have here is the

21  classic estoppel situation.

22          Defendants are making representations in the market

23  that the -- the plaintiffs, rather, are making representations

24  in the market that Defendants are aware of, Defendants are

25  relying on those to their detriment.  So I think estoppel still

1   applies directly between the parties.

2           **THE COURT:**  What representations are you referring to?

3           **MR. DALTON:**  Yeah.  Okay, Your Honor.  Well, let me

4   just jump to -- jump to this.

5           As we mentioned before, Your Honor, Daybreak has never

6   made any attempt, nor its predecessor, to stop EQEmu from

7   operating.

8           EQEmu is the -- it's the hub of the spoke of all the

9   emulators.  It's been operating for 20-plus years.  And as its

10   lead developer mentioned, "In all my years, I've never seen or

11   heard of any attempt by Daybreak or its predecessor to shut the

12   emulator down."

13           The fact of the matter is, Your Honor, in this

14   community, in this EverQuest community of really rabid fans,

15   this is in the fabric of the -- of the community.  Emulators

16   have always been there, and EQEmu is the epicenter of those.

17           There's been no attempt to shut them down, not even a

18   single lawsuit.  And it goes beyond just silence toward EQEmu.

19   They have made several statements over the years supportive of

20   emulators.  As Mr. Miles here says, "Many of the developers have

21   expressed understanding and support."

22           Mr. Smedley, no less than the executive -- the

23   co-creator of EQ, said that the emulator guys are their Number 1

24   fans, and he is happy to support them.  He said in 2016 he

25   respects the hell out of these people that work on emulators.

1    **THE COURT:**  Is there any comment with respect to THJ?

2    Or is this all just --

3    **MR. DALTON:**  Yes.  We do have a -- we do have a comment

4    which affected THJ, which was unearthed and was part of the

5    supplemental declaration that Mr. Karlsson put in yesterday

6    on -- that we put in on behalf of Defendants.

7    Your Honor, I think that shows that discovery hasn't

8    happened.  It's all happened very quickly.

9    Mr. Kyle Valley, who is the current director of

10   EverQuest, said in a statement in February that "We know about

11   THJ.  We know about Quarm.  They're perfect vectors for

12   advertisement and getting laps players to rediscover the

13   official game."  Which has been consistent with how emulators

14   have been viewed by Daybreak for a generation, because they

15   benefit from emulators.

16   This is a series of quotes, again, from Jeff Butler,

17   who is a former creative director, that emulators, you know,

18   "ensure the historical legacy and are not market substitutions,

19   that tens of thousands of players are keeping the EverQuest

20   legacy alive."

21   And as Mr. Mills said, the players who remain connected

22   to EverQuest, when they leave the larger game, are more likely

23   to return.

24   So this is the reality of how emulators have benefited

25   Daybreak for its entire tenure as owner of EverQuest and for the

1    15 years before.  This is something that they've known.  This is

2    something that they've benefited from right up until, you know,

3    Mr. Valley's statement in February saying, "We understand

4    they're beneficial.  They're an advertisement."

5         So Your Honor, we believe that they can't pull the rug

6    out now so quickly and ask for the mandatory injunction,

7    essentially ending THJ, before we really reach the merits,

8    before we dig into who knew what, when, before we get into

9    discovery before we address those core issues.

10        And Your Honor, I think that your focus on irreparable

11   harm is right on.  So let me jump right into that here.

12        First, they're arguing that THJ is somehow different

13   than other emulators.  They're saying that it's some kind of a

14   commercial operation.  And it's not.

15        As you see in our declarations, they don't sell

16   anything.  There's no game time, subscriptions.  They don't

17   monetize user activity.  They don't gate content behind

18   paywalls.  They don't allow or accept payment.  It's a free

19   game.

20        So in their reply, cognizant of that, they said, well,

21   okay, but it's -- it's donations in a different way.  They're

22   using donations for more of a monetization.

23        Your Honor, even that is inaccurate.  And as we put in

24   our initial papers from Mr. Butler, the former EverQuest

25   creative director, as he said, many of the EQ emulators have

1    solicited donations in some form for a long time.

2           Mr. Takahashi put -- attached to his declaration the

3    donations that come from players to EQEmu itself and to P99.

4    It's been common and an open practice for donations to be

5    accepted with no objection from Daybreak.

6           Now, Your Honor, in their reply, again, they try to

7    imply that it's something new.  And in our supplemental

8    declaration, we added a couple of examples of longstanding EMU,

9    emulators, that accept similar types of donation for similar in

10   kind, for in-game purchases and things like that, just like THJ.

11   And they've been doing that for a decade in one case, several

12   years in the other.

13          So nothing about the economics are different here.

14   This is an emulator that takes donations, but it's still just an

15   emulator, like all the other emulators for the thousands of them

16   over 25 years.

17          And Your Honor, that's because they are very different

18   games.  Mr. Schnapp sort of touched on this.  I won't

19   necessarily dwell on it.  But I just want to point out the fact

20   that they are very different games.

21          THJ is a different journey.  It's sort of a sprint

22   versus a marathon.  EverQuest is a type of grind.  You get 30 of

23   your friends, you're online eight hours a day.  It's what's been

24   described as a lifestyle.

25          And that's one thing for certain players.  But other

players don't want to do that.  They're looking for something else.

Now, I would mention in terms of the God mode and some of the different things, emulators have been providing unique game loops, unique operations, unique servers for this entire time.  There are emulators that have been around that offer a quick version of the game.  That's not new.  None of this is new.  Everything that THJ does or doesn't do with their IP is exactly what's been done by emulators for 25 years.

And instead, what we have here is a very unique game. As Mr. Takahashi said, they've invested thousands of hours in original ideas, content code, and data that differentiates THJ from EverQuest.

There's this multi-classing thing that they do which allows players to have different classes, which is a very big deal in the community, over 100,000 new items, 10,000 new spells.

What you have here is THJ is brand new.  They would have you believe that it's just a back door to EverQuest.  It's not.

THJ is sort of a house that's been built on land that, up until a couple months ago, was not in dispute.  It's as if EverQuest had land around its center that it allowed people to put emulators on freely for 25 years.  And now, suddenly, they're disputing that land.

1    But THJ relied on all the other emulators being built

2    on that land without objection and as fans of the game wanting

3    to -- if you read Mr. Takahashi's heartfelt declaration, this is

4    really something that he did as a fan because of what EverQuest

5    meant to him but as a father not being able to play the

6    traditional game.

7    So they built this thing.  And as their expert

8    described it, they said -- Mr. Kitchen said, "This is

9    significant technical sophistication, a level of technical

10   complexity like professional software engineers."

11   I mean, they're not, but it's flattering.  And that's

12   true, they've got talents and could have taken those talents

13   anywhere.  But they built an emulator in deference to EQ because

14   they love the game and because it's something that was

15   permitted.

16   And as they said in their declarations, this is not --

17   this is not willful.  This is not something where they did

18   something that they believe was not allowed.  Quite the

19   opposite.

20   They thought -- they were under the reasonable belief

21   that they would not only be allowed to exist but would be

22   encouraged by Daybreak, just as the other emulators had been,

23   reinforced by 20 years of silence and by deals with P99 and,

24   more recently, with Quarm.

25   As Mr. Taylor said, "We made the decision to develop

1    our efforts to creating this emulator based on what we had seen

2    in the EQ community, coexistence between EQ and emulators." As

3    he said, "We obviously would never have done so if we had any

4    reason to believe that Daybreak would bring suit."

5         So Your Honor, again, we believe that this is a classic

6    estoppel matter. Daybreak knew about emulators. Daybreak knew

7    about THJ. Daybreak waited at least a few months, which,

8    Your Honor, is not -- it's not quick enough under a lot of case

9    law.

10        If you're going to pivot, right, and change the

11   paradigm after 20 years, you have an obligation to move quickly.

12   Where's the cease-and-desist letter? Where's the email?

13   Where's the effort to quickly contact Defendants to see if

14   something can be worked out?

15        When you have that pivot, it's your obligation to do so

16   before defendants reasonably rely to their detriment. That's

17   what estoppel is all about. That's why *Fields* said it can

18   happen within a few months.

19        And so I think this is a situation where they waited

20   too long. I don't think there's irreparable harm because of

21   that claim. But in addition, Your Honor, the numbers don't add

22   up. The numbers don't show irreparable harm.

23        Now, again, they try to argue in their reply that they

24   didn't know about this until March. But in their opening

25   papers, they talked about October and December. They submitted

1   Mr. Janda's declaration this email that went to their privacy

2   officer in December.  They said, "Here is an email received by

3   us in December that described what was going on."

4           Since then, in their reply, they said, "Actually, that

5   went to spam.  We never saw it."  We have evidence.  We strongly

6   believe that's not the case, that they knew or certainly should

7   have known about THJ months before this claimed March date,

8   including that statement from Mr. Valley.

9           Including the fact that on the subreddit here, you

10  see -- the EverQuest subreddit, The Heroes' Journey announcement

11  of its release is the all-time most popular posted on that

12  subreddit for EverQuest.  They were out there.

13          And this a post by then saying, "Hey, we're starting a

14  new emulator.  We think you guys might be interested in a

15  three-year labor of love."

16          They're open and notorious.  They think this is

17  consistent with the community.  They put this on the EverQuest

18  subreddit, and it's the most popular release.  So the notion

19  that this happened, they only knew about this a couple months, I

20  don't think holds out.

21          And I think discovery will show they knew about this

22  earlier.  And I think that's critical in terms of a lack of

23  irreparable harm and a lack -- a lack of acting quickly, which,

24  as you know, the cases say is not enough.  No action, no email,

25  no letter.

1          Now let's talk about the numbers of players and

2     dollars.  Those don't add up.

3          Your Honor, we all know correlation is not causation.

4     As you see in their papers, they say there's a clear correlation

5     with THJ.  They say that twice, in their original papers and in

6     their reply.  They don't show any causation whatsoever.  Nowhere

7     do they prove -- there's no financial reports to show where the

8     players are going.  There's nothing.  They speculate.

9          Now, as you said, Your Honor, we offered very credible

10    evidence of the things that are probably causing this downturn.

11    Mr. Karlsson's original declaration talked about the 15-percent

12    downturn in Lost Ark and Final Fantasy, which are other MMORPGs,

13    during the same period.

14          **THE COURT:**  Slow down.

15          **MR. DALTON:**  Okay.

16          Mr. Karlsson mentioned that other MMORPGs, so in this

17    industry, were having a similar downturn, over 15 percent in the

18    same period.  And we just found out a couple days ago, so it's

19    in our supplemental declaration, in August that another company,

20    Square Enix, had a 23-percent drop over the same period.  So

21    larger forces at play drawing down MMOs.  That's a potential

22    cause.

23          We talked about the player bans they had.  And this

24    shouldn't be looked past because is this really important.  As

25    Mr. Schnapp mentioned, you need a lot of players all at once to

1    play EverQuest.  You have to do raids with 30 or more.

2          The fact is with the dwindling populations they've had

3    for years, a lot of players do what's called "boxing," or they

4    use bots, and they will get 10 or 15 subscriptions and play it

5    all.

6          They issued a player ban in March getting rid of a lot

7    of these, what were called "whales," huge players that had a

8    bunch of subscriptions.  Well, you may want to hold them to the

9    letter of the law on, you know, whether or not boxing is

10   cheating.  But now you're taking away whales, and you're taking

11   away players and revenue.

12         And we just learned, which is in Mr. Karlsson's

13   supplemental declaration, that in August, just a few days ago,

14   they did another big player ban.  There's a bunch of discussion

15   about it, major players leaving, being kicked off.  So they're

16   sort of causing their own downturn by taking away players in a

17   player ban.

18         And again, Your Honor, you can look at Exhibit 15.  The

19   Fangbreaker was not well-received, was not the success that they

20   certainly would have hoped for.

21         So there are plenty of reasons that this downturn could

22   be happening.  They don't tie any of those to THJ, and they

23   certainly don't rebut any of those.

24         And let's look at what's happening at THJ.  THJ is one

25   of the emulators on EQEmu.  Just one.  But all of the emulators

1    on EQEmu collectively, these are player snapshots.  And between

2    May 2020 and 2025, it's remained around five or six thousand.

3         Between September '24, when they started, before THJ

4    started, and June '25, well into THJ, the amount of EQEmu

5    players basically remain the same.  What that tells you is THJ

6    is drawing its players from the EQEmu community.  There's no

7    evidence they're drawing it from EverQuest.

8         Because remember, if you're on EverQuest, you're

9    grinding.  You're doing the marathon.  You're in those guilds.

10   There's no -- Your Honor, I don't know if you're a marathoner or

11   a runner, but there's no challenge in a 5K if you're a

12   marathoner.  They're different journeys.

13        And so the players that are on the emulator playing the

14   different alternative versions for different reasons are not

15   core EQ players leaving.  There's no evidence of that.  There's

16   evidence that -- I'll skip past because that's in the Karlsson.

17        But there's evidence that THJ, who now has about 27,000

18   forum members compared to the 200,000-plus on P99 and EQEmu

19   forums.  What that tells us is there are a massive amount of

20   players that are EQEmu players that are interested in THJ, that

21   the vast majority of them are likely those players.

22        There is no evidence whatsoever to tie the loss of

23   players on EQ to THJ existing.  There's simply none.  And

24   Your Honor, they're seeking the death penalty for THJ through an

25   injunction right here, right now, before any discovery.  And

1    they're hoping that it may help their situation.  They have no

2    reason, no causation to show that it will.

3         And if we can look just quickly at their financials.

4    And actually, before I turn to the financials, I just want to

5    mention if we consider the order of magnitude, right, of the

6    players here, we're talking about a few thousand players.

7         They talk about there being tenfold that normally

8    playing their game.  They say they need about 25,000 or more,

9    sort of, daily users.  They say they've lost tens of thousands

10   over the course of this year.

11        THJ's a couple thousand players.  The numbers just

12   don't add up.  There's no way to justify.

13        And -- and with respect to Mr. Schnapp's statement,

14   30,000 accounts and they've lost 30,000 players, is very unfair.

15   That's got nothing to do with it.  Because that's 30,000 people

16   that at one point signed up for THJ ever.  Just -- that's a

17   cumulative amount of people.

18        You can see how many people are playing.  It's a couple

19   of thousand.  They're saying they've lost ten times that.  It

20   just doesn't add up.  And there's no basis to say that there's

21   irreparable harm here on the financial side.

22        And if we look at the financials again, I just want to

23   point out that what they said, EG7, their parent company, in its

24   Swedish SEC filings said, "In the fourth quarter of 2024," that

25   "Daybreak was led by EverQuest with an exceptional result."

1        And then in Q1 of '25, when they say THJ was, you know,

2    raging, they said, "EverQuest delivered a stable performance in

3    line with expectations, though down compared to its exceptional

4    results from its anniversary celebration."

5        So the numbers don't support that.  The numbers don't

6    support the player loss.  The numbers don't support the

7    economics.

8        Your Honor, if I could now talk about this notion of

9    other forms of irreparable harm, the allegation that, well,

10    there is irreparable harm from, you know, use of the IP.

11        This is where, Your Honor, I think that history, the

12    25-year history, has to take precedent, has to be relevant.

13    Because if you think about it, what they're arguing in terms of

14    this goodwill notion is that what THJ is doing with the trade

15    dress or with being associated with EverQuest is causing some

16    sort of damage or it's out of their control.

17        With all due respect, Your Honor, they've allowed

18    emulators to use that client.  And let's be clear:  All

19    emulators take that EverQuest client, the authentic client, an

20    old obsolete one, and attach it to a private server.  Every one

21    of them has, all of them, including THJ.  That's been allowed

22    for 25 years.

23        So if they were worried about that client being

24    associated with some other server, Your Honor, all due respect,

25    that ship has sailed.  There is no unique harm from THJ,

1  certainly not enough to elevate to irreparable harm.

2          So I don't think that this notion of some sort of

3  goodwill carries any water.  The reason that we mentioned it in

4  the papers where we did and left it at that is because the heart

5  of trademark law is to protect goodwill.  If you allow your mark

6  to be used by thousands of others for 25 years, the ship has

7  sailed.  There's no additional goodwill that you can protect.

8  So I don't think that works.

9          And again, Your Honor, I would suggest that with regard

10 to DMCA, they have servers that are protected by their accounts.

11 That's the EverQuest server.

12         If you want to play the game that's been described by

13 Mr. Schnapp, that community game, the original EverQuest, the

14 only way to do it is with a Daybreak account and EverQuest, the

15 original, right in there.  Those servers are untouched by

16 emulators.  That's what's protected by their DMCA.

17         They don't protect these other private servers.  Those

18 private servers have been allowed to exist.  Those are the

19 servers that are directed to by all emulators.

20         So it doesn't bypass the EverQuest game.  It goes to a

21 private server that's an emulator.  That's been happening for

22 25 years.  So I don't think that there's any effort there,

23 Your Honor, on DMCA.

24         And I just think I'd like to close with balance of the

25 harms.  That was largely looked over on their part.

1          But the truth is, as you can see, the defendants acted

2     in very good faith based on their love of the game, based on

3     25 years of precedent, and built an EverQuest emulator that they

4     were proud of, that could be used by fathers and husbands as

5     they got older.

6          They did it in support.  They expected Daybreak to be

7     interested.  There's the reference to once they started to get

8     popular, making an effort to reach out to Daybreak to understand

9     what Daybreak might want to do or not do.  No response to that.

10    They just wanted to, you know, stay consistent with the *status*

11    *quo*.  And they devoted thousands of hours to it.

12         And there's a whole community built there.  And you saw

13    in Mr. Takahashi's declaration from a retired Marine that this

14    is an important community for him.

15         A lot of people have spent a lot of time, a lot of

16    third parties, and they're all going to be harmed.  And it's due

17    to the fact that they've -- that these emulators were allowed,

18    that there was no effort to move quickly and prevent this.

19         So I think that, Your Honor, the -- there is no

20    evidence of irreparable harm.  You're exactly right on that.

21         I won't go any further on likelihood of success on

22    copyright and everything because, you know, I think you are

23    where you are on that.  We do believe there are some really

24    important arguments.

25         I also believe that the facts will help convince you

1  that there is estoppel here, perhaps even laches, but certainly

2  estoppel.  And for those reasons, Your Honor, we do not believe

3  an injunction should issue here, certainly not this mandatory

4  injunction, shutting them down completely without even getting

5  into the merits.

6      **THE COURT:**  And if I disagree with you, same question I

7  asked the other side as far as a bond goes.

8      **MR. DALTON:**  Well, Your Honor, I think it's a little

9  like selecting your last meal, so I do it reluctantly.  But I

10  think you're right to at least look at their revenue and project

11  that out.

12      The truth is that these communities get built, and

13  they've argued that their community got built -- if they get

14  shut down, that community is lost.  That's the same for THJ.

15  They will lose their whole thing.  It won't come back if

16  Your Honor stops them.

17      So this is -- this is what's it worth if it turns out,

18  sort of, on appeal that that's not right, and now they've lost

19  the ship.  So I think it has to be reflective of that.

20      **THE COURT:**  Okay.  Thank you.

21      **MR. DALTON:**  Thank you, Your Honor.

22      **MR. SCHNAPP:**  May I reply, Your Honor?

23      **THE COURT:**  You may.

24      **MR. SCHNAPP:**  Your Honor, before I do, there was a

25  statement, and I understood Your Honor's ruling to be that to

1    the extent there were additional materials submitted yesterday,

2    those would not be considered by the Court.

3         **THE COURT:**  That's true, although I did ask him the

4    question.

5         **MR. SCHNAPP:**  I understand.

6         There was a statement that Counsel made regarding some

7    statement made by someone at Daybreak regarding -- specifically

8    regarding THJ is allowing.  And I would just ask, because I

9    don't have it in front of me, I would ask that Counsel provide

10   me with whatever he is referring to so I may look at it?

11        **THE COURT:**  Sure.

12     **(Pause.)**

13        **MR. SCHNAPP:**  Your Honor, I'm going to table that for a

14   moment, if I may.

15        **THE COURT:**  Okay.

16        **MR. SCHNAPP:**  First of all, let me address -- I think

17   at the outset of the argument, Your Honor had said that you were

18   not persuaded by the equitable defenses.  But given that those

19   have been brought up, I wonder if I could just cover them very

20   quickly.

21        First of all, with respect to equitable estoppel and

22   laches, I want to be very clear, we don't consider THJ to be an

23   emulator.  I think one of the important distinctions between the

24   parties here is they repeatedly call themselves an emulator.

25   They are not an emulator.  They are an infringing derivative

1    work, and there is a substantial difference.

2         Emulators are typically fan-mod projects that use the

3    classic version of EverQuest.  They are largely not

4    revenue-generating.  They are tolerated by Daybreak.  And in

5    many circumstances, they have received either cease-and-desist

6    letters; there are agreements that we have reached with them

7    that make them subject to very important restrictions.

8         One thing that emulators definitely don't do is they

9    don't systematically modify our code, and certainly not at the

10   level that they have done it and they have admitted to doing it.

11   They admit that they, for example, have modified 243 aspects of

12   our code so that players can go out and play THJ and be linked

13   to an unauthorized server.

14        That is not an emulator.  That is an infringing

15   derivative work.

16        Furthermore, they are a competing business.  They are

17   generating a hundred thousand dollars a month.  They are

18   marketing their game as a competitor to ours.  That is entirely

19   different than an emulator.

20        One more time -- and I'm sorry to be repeating it -- an

21   emulator is a fan-based project that Daybreak tolerates.  They

22   are not set up as a competing business with an LLC and with all

23   the other indicia of a competing business.

24        Now, with respect to equitable estoppel, there is not a

25   cited case in all of their papers in which a preliminary

1    injunction was denied on the basis of the affirmative defense of

2    equitable estoppel.  Indeed, all of their case law, all of their

3    case law, points to the same thing, which is that you cannot

4    rely upon the affirmative defense of equitable estoppel by

5    pointing to the conduct of other parties.  That just does not

6    exist in the law.

7         With respect to laches, you know, they -- they have

8    brought up the December 2024 email that they claim we were on

9    notice of.  Now, counsel knows, because he and I had a

10   conversation about this email.

11        We found out about this email when counsel called us to

12   tell us about it.  How they know about that email, I don't know.

13   They don't answer for it in their papers.

14        But to suggest to the Court without any evidence

15   whatsoever that they know that somebody like their chief privacy

16   officer received that email, that is complete what-aboutism.

17   They know nothing to base that on.  There's nothing in their

18   papers to base it on.  There is no evidence to base it on.  That

19   is pure rank speculation.

20        With respect to laches, Your Honor, and this also goes

21   to the financial reporting that they talked about, we did, in

22   fact -- they misquoted us in their papers.  We, in fact, did

23   report a decline in our numbers.  They don't address that here

24   today.  It's addressed in our reply.

25        In fact, we said we have noticed a decline.  It was in

1    the spring, the late spring, when we saw that, in fact, that the

2    client had reached a critical point.  And when we realized that

3    it was due to THJ, we took action.

4         There is no case, no case cited in their papers, which

5    any party moved as quickly as we did.  All their cases that go

6    to laches all talk about parties that waited years or 9 months,

7    12 months, or years.  There is not a single case that they cite,

8    and they cite none here today, that is like this situation.

9         I also want to point out that, you know, when we talk

10   about equitable estoppel, one of the things that they don't

11   answer for is the fact that Mr. Takahashi himself had said

12   publicly that he knows that they require a license to do what

13   they're doing.

14        There is no question that they -- that they are hiding

15   behind the actions of other emulators to act as if what they are

16   doing is somehow not different.  It is entirely different.  So

17   Your Honor, I respectfully submit that in terms of equitable

18   defenses they have no case law.  They have no facts.

19        I'm going to turn now to irreparable harm.  They --

20   counsel did not go into great detail about the *Disney* holding.

21   But -- and I'm going to talk about the numbers, too, in a

22   moment.

23        But I do want to just point out that irreparable harm

24   comes in many forms.  And counsel said causation is not

25   correlation, or correlation is not causation.

1           I think, Your Honor, that in Mr. Janda's declaration

2    that was submitted in our initial papers, we had multiple

3    statements that Mr. Janda captured in which we had people say,

4    "I'm playing THJ.  I'm not playing EverQuest again.  I'm playing

5    THJ.  It's better for me.  I think it's a faster game."

6           Whatever the reasons are, the idea that we are not

7    losing customers to THJ is completely preposterous.  It's stated

8    in the Discord chats.  It's stated online.  It's stated

9    publicly.

10          And even worse, it is something that is being promoted

11   by the defendants.  They are out in public saying -- and they

12   put it into their papers -- "Daybreak's EverQuest is obsolete.

13   Fangbreaker isn't what they hoped it would be."

14          Even today, they are marketing their game as a better

15   game than ours.  And yet they wouldn't have a game if it wasn't

16   for our game.

17          As it pertains to the financials, Your Honor, I do have

18   to take issue with what counsel said.  For one thing, there has

19   been a precipitous dropoff in both our monthly average users and

20   daily average users, which are both metrics that are used in the

21   video game industry.

22          Counsel conflated monthly average users and daily

23   average users.  What we know is that they have gained a

24   significant amount of users since their game has started.  While

25   their revenues have gone up 5X in the last six months, our

1    revenues have been declining by almost 36 percent since their

2    game has started.

3         So there are -- we have put into our papers, and they

4    have no answer for it, that there are no other factors that can

5    be causing it.

6         Now, they want to say, "Well, your game is now

7    obsolete.  People don't like it."  Really what they're saying

8    is, "People want to play the cheap code version of the game that

9    is now THJ.  They don't want to play your game.  Now we are

10   considering your game to be obsolete."

11        Now, I take issue with that, obviously.  But the point

12   is that every metric that we have is completely anomalous.  We

13   have a 25-year history of metrics to look at.  This year is

14   entirely different than any other year.

15        Just take, for example, Fangbreaker.  Every year when

16   we have a -- what they call a TLP, our numbers jump

17   precipitously because you have new -- you have people who are

18   interested in playing the new patch or the new update.

19        This year, that did not happen.  That went down, or it

20   stayed the same, at the same time that we have YouTube videos

21   out saying, "Fangbreaker or THJ?  Which one should you play?"

22        So you have a situation in which, number one, we have

23   people saying I'm moving from one game to the other.  We have a

24   25-year history of what our metrics are and an entirely highly

25   anomalous year that has never happened before.  We have numbers

1  that are strikingly similar in the same declines that we had and

2  the inclines that they've had.

3        We have their own admissions:  They are making five

4  times the amount of money that they are making in December.  We

5  know that they're out marketing their game.  We know that

6  they're out on YouTube, on Discord, on Reddit marketing their

7  game and talking about their game.

8        And we know that they've created this cheat-code

9  version of the game, which counsel doesn't deny, that people are

10 saying they'd rather play than the classic EverQuest.

11       So what did they do with this?  They yell, "Equitable

12 estoppel.  Others did it.  Others did it.  Others are emulators.

13 Therefore, we should be allowed to do it."

14       Your Honor, it's our game.  It's our intellectual

15 property.  It's our right to control our intellectual property.

16       They want to talk about the balance of the equities.

17 The equities here are overwhelmingly on our side.  They

18 shouldn't be permitted to go out and profit off our game and

19 then point at our -- the emulators that we tolerated and enter

20 into agreements with and told that they couldn't change the code

21 when they changed the code;

22       When we told them they couldn't generate revenue when

23 they generate revenue; when we told them they couldn't market

24 the game and they market the game.

25       They know this.  Because as we put in our reply papers,

1    we had one of leaders of -- I think it was Project 99 tell

2    Mr. Takahashi on a chat, "You can't do what you're doing.

3    Daybreak doesn't allow you to go out and make money from your

4    game."

5           Didn't stop them.  Now they're willing to hide behind

6    the actions of Project 99 and Project Quarm, and claim we're the

7    same.  Not so.

8           So I also want to just quickly go back for one moment,

9    Your Honor, to the *Disney Enterprises* case from 2017.  There are

10   more cases that say the same thing.  But essentially, what this

11   case says, that the loss of goodwill, negotiating leverage, and

12   nonmonetary terms and licenses cannot be easily remedied with

13   money damages.

14          So the point is I believe that the numbers show a

15   precipitous decline aligned with their increases.  I believe

16   that is causation.  But there are other elements of irreparable

17   harm.

18          They have no answer for the loss of goodwill.  They

19   say, "Your game isn't as good as it used to be."  That -- at the

20   same time they are denigrating our game, they are competing with

21   our game.  They are creating a cheat-code version of our game.

22   That negatively affects our goodwill.  That is irreparable harm

23   under the case law.

24          They also have no answer for the fact that they have

25   pitted their game against our Fangbreaker update.  That is

1  causing people to go play THJ.  Also irreparable harm.

2       They have no answer for the fact that we are going to

3  have to lay off our workforce because of their game.  Also

4  irreparable harm.

5       They have no answer for the fact that people who live

6  around here are going to be laid off.  Also irreparable harm.

7  That it threatens the most important game that Daybreak has,

8  also irreparable harm.

9       They keep bringing up discovery because they want

10  Your Honor to allow this case to keep going.  Is it a mandatory

11  injunction?  It may be.  If there has ever been a situation

12  where a mandatory injunction was warranted, it's this one.

13       Please, Your Honor, don't get fooled by the idea that

14  discovery may show something one day in the future.  They are

15  operating a derivative game that clearly violates our copyright.

16  They systematically modify our copyrighted source code.  They

17  systematically direct their users to do end runs around our

18  authentication software.

19       They didn't even bring up the fact that they admitted

20  to the breach of contract, the breach of EULA, but said that we

21  should look at equitable estoppel instead.

22       As Your Honor said at the beginning of today, we have

23  established likelihood of success on the merits.  We have shown

24  that this game, which is gaining money every month, gaining

25  users every month, it is reflected by our losses.

1          They have no answer to the damage to our goodwill.

2    They have no answer for the damage to our licensing

3    opportunities.

4          Then when we want to talk about balancing the equities,

5    the equities can only be balanced with an injunction here, by

6    shutting down what is an obvious and shameless derivative work.

7          Thank you, Your Honor.

8          **THE COURT:**  I did have one final question, and that is

9    are the parties agreeing that the stipulation that resolved the

10   amended motion for a TRO is in place until I make a decision on

11   this?

12         **MR. SCHNAPP:**  That is our position, Your Honor, yes.

13         **MR. DALTON:**  We'll accept that if Your Honor wants it,

14   yes.

15         **THE COURT:**  Okay.  Why don't we do that.

16         **MR. SCHNAPP:**  Your Honor, may I just have one second,

17   please?

18         **THE COURT:**  Sure.

19      **(Pause.)**

20         **MR. SCHNAPP:**  Your Honor, I'm constrained to have to

21   correct something in counsel's presentation.  He made a

22   statement in which he bases equitable estoppel argument on, or

23   one of the things he based it on, which he said that Daybreak

24   has in some sense sanctioned THJ or said it was good for the

25   company.

1        The quote that he is relying on is not somebody at

2   Daybreak.  It is somebody who has the pseudonym of "Secrets."

3   That person is named Etta.  That is a person who operates one of

4   the emulators.

5        Furthermore, the other document doesn't reference THJ

6   at all.  So I would ask the Court to disregard that.  That is --

7   that was a misstatement or a mischaracterization.

8        And I also go back to the emails that counsel

9   referenced from December.  I would ask them to tender evidence

10  that they know that it ended up in our chief -- that our chief

11  privacy officer read the email.  I don't think there is any

12  evident for that, either.  Thank you.

13       **MR. DALTON:**  Your Honor, if I might just -- a few

14  minutes and correct a few things?

15           **THE COURT:**  Sure.

16       **MR. DALTON:**  Appreciate it.

17       First off, Your Honor, if it walks like a duck and

18  quacks like a duck, it's a duck.  This is an emulator.

19       As you see in the chart -- this is Mr. Takahashi's

20  declaration -- emulators do a certain thing.  They take the

21  private code that's been fan-generated -- totally, incredibly,

22  sort of lovingly generated by fans -- and they create a private

23  server.

24       Now, with these, you know, these MMOs, the whole point

25  is you're all together on the server.  So the only way to be all

1    together on EverQuest is to be on an EverQuest server.

2          All the emulators have their own little universe.  As

3    you can see here, you get the software, you create your own

4    server.

5          They then have to -- a user has to get an EQEmulator

6    account.  They take the decommissioned client, and then they can

7    play -- they go to EQEmu and pick whatever server they want.

8    It's just a list, and they can pick The Heroes' Journey and go

9    through the process that we saw in Mr. Kitchen's declaration.

10   He spelled out in seven pages how complex it is to do that.

11          **THE COURT:**  Slow down.

12          **MR. DALTON:**  Okay.

13          Now, technologically, this is identical to every other

14   emulator.  What is being done to the intellectual property or

15   not done to the intellectual property is identical to every

16   other emulator.

17          They can say it's not an emulator, but it is.  It's

18   just -- it's on the list with the other emulators.  It is an

19   emulator.  There is no question about it.  Their argument seems

20   to be that it's just an emulator that's sort of acting in a

21   different way.

22          There's been 15 years of silence, Your Honor.  They

23   talked about entering agreements.  None of that happened during

24   the 15 years prior to this.

25          I do also want to mention that Mr. Schnapp said that we

1    represented to them that this December 2024 email was somehow in

2    their inbox.  That's not true.

3          What we told them is -- and you'll see it in the

4    exhibit to Mr. Janda's declaration -- a March email that was

5    sent by my partner, Don Shelkey, to EverQuest saying, "I

6    represent an emulator.  They'd like to talk to you and figure

7    out if there is something we can work on, some deal we can do or

8    something," because of Daybreak's history of ignoring every

9    other emulator until it maybe gets big enough.

10         And that was what THJ thought.  Well, maybe if we get

11   big enough.  We're just a passion project.  We might have 200

12   users and stop.  They didn't know whether it would be successful

13   or not.  Once it got to be pretty big, they reached out to

14   Daybreak in March.  That's the email that we identified to them.

15         I never knew about the December 2024 email.  I

16   therefore never mentioned it.  So I don't know what counsel is

17   talking about.  That was only the March email from my partner

18   that I referenced.

19         But he is challenging us whether there is any proof

20   that they read it.  That's what discovery is for.  I don't know.

21   I don't have that evidence.  But it's the privacy officer.  I

22   think there's circumstantial evidence that they probably did

23   read it.  And that would be what discovery would be for.

24         Also, he argued that their financials have dropped in

25   the last few months.  You saw the chart that shows how THJ's

1    users are plodding along around a couple thousand.  There's been

2    no jump in THJ users.

3            There's also been no big jump in revenue.  This notion

4    of 5X, I don't know where that comes from.  They were making

5    about 20,000 a week before.  They're still making that or a

6    little bit less because people aren't donating as much because

7    of the restriction because there's not new ads.

8            That discussion is not true.  There's been no 5X jump.

9        **THE COURT:**  So you're saying they're still making

10   $20,000 a month, not 100,000 a month?

11       **MR. DALTON:**  No.  I'm saying that they've been making

12   20,000 a week or so.  They were making even more than that

13   before, and that's been happening for some time.

14           **THE COURT:**  A week or a month?

15       **MR. DALTON:**  A week.  So there's been no big -- the

16   implication, obviously, was, like, things have gone like a

17   hockey stick.  That was in Ms. Chan's declaration.  There is no

18   hockey stick.  There's -- on numbers, on players, on money.  So

19   there isn't any jump.

20           And you can just see, even if we want to go back and

21   forth on the merits, on the irreparable harm piece, you can see

22   that THJ is a tiny fraction of a tiny fraction of users, a

23   couple thousand out of a few thousand emulators.  They're

24   talking about 10X or 20X of that.  The numbers don't add up.

25           They're hoping that if they kill this emulator, it

1    might help their situation marginally.  It's correlation; it's

2    not causation.  And that doesn't demonstrate irreparable harm.

3    What it demonstrates is possibly there's some economic remedy.

4    But it doesn't demonstrate irreparable harm.

5            This discussion about THJ being pitted against them and

6    all of this, that's not accurate.  We have put papers in from

7    the community in this lawsuit showing how the community is

8    outraged by the lawsuit.  The community doesn't like EverQuest

9    anymore.  They think that it's not doing anything

10   technologically.  They're all moving it way from it because they

11   don't like it anymore.

12           Fangbreaker didn't move because Fangbreaker wasn't

13   good.  You can read all the -- they don't like the rule set and

14   such.

15           So there's nothing about fabricating, claiming it's

16   better, claiming it's a competitor.  That's not what's happening

17   here.  THJ -- it's in our papers, your Honor.  It's not a

18   competitor.  It's a -- it's an emulator.  It's a little spinoff

19   version that has completely different sets.  So those

20   discussions are not accurate.  They're not correct.

21           And I believe there's one other factual statement that

22   was made.  Again, just in terms of -- he mentioned that he

23   believes that in the last couple of months, there's been this

24   big downturn.  There's just no -- there's no correlation.  There

25   is absolutely no correlation, let alone causation, with how THJ

1    has been.  They're losing players for a lot of reasons.  THJ is

2    just not one of them.

3              And so without causation, there's no irreparable harm.

4    This goodwill notion, again, I just want to touch on that

5    because said, you know, there's this other form of irreparable

6    harm.

7              Again, the only notion of irreparable harm from sort of

8    the use of the IP would be around the way that the client,

9    right, the sort of trade dress gets used by emulators.  That's

10   already happening.

11             There are emulators that do every version, every color

12   of the rainbow of different activities and so forth.  That's

13   already happened.  There's no indication that that's any

14   different.

15             Their problems with their players are their problems

16   with their players.  A lot of the -- and we simply put in a lot

17   of the statements of players saying, "THJ goes too fast.  I'm

18   going back to EQ."

19             There's just no correlation.  There's no causation.

20   Thank you.

21             **THE COURT:**  Thank you.  The matter is submitted.  And I

22   will order that the stipulation that's in effect will remain in

23   effect until I issue a ruling one way or the other.

24             **MR. SCHNAPP:**  Thank you, Your Honor.

25             **MR. DALTON:**  Thank you, Your Honor.

1          **MR. SCHNAPP:**  Appreciate your attention.

2          **THE COURT:**  Thank you.

3      **(Proceedings adjourned at 11:39 a.m.)**

4                                  **\*\*\***

5      ///

6      ///

7      ///

8      ///

9      ///

10     ///

11     ///

12     ///

13     ///

14     ///

15     ///

16     ///

17     ///

18     ///

19     ///

20     ///

21     ///

22     ///

23     ///

24     ///

25     ///

1                          *REPORTER'S CERTIFICATE*

2          I, Anne Roldan, certify that I am a duly qualified
   and acting Official Court Reporter for the United States
3  District Court, that the foregoing is a true and accurate
   transcript of the proceedings as taken by me in the
4  above-entitled matter on August 12, 2025; and that the format
   used complies with the rules and requirements of the United
5  States Judicial Conference.

6  Date:  August 15, 2025

7          _____

8  *Anne Roldan, RMR, CRR, CSR 13095*