NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (*pro hac vice*)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*pro hac vice*)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*pro hac vice*)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:25-cv-01489-BAS-BLM<br><br>NOTICE OF WITHDRAWAL AND REFILING OF DAYBREAK'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY LITIGATION, AND SUPPORTING DECLARATIONS |

On September 19, 2025, Plaintiff Daybreak Game Company LLC ("Daybreak") timely filed its Opposition to Defendants' Motion to Compel Arbitration (ECF No. 19) (the "Opposition"). Due to a clerical error, Daybreak's Opposition was inadvertently e-filed using the CM/ECF login credentials for attorney Norman M. Aspis, but was signed by attorney Daniel A. Schnapp (*pro hac*

1   Case No. 5:25-cv-00560-DTB
Notice of Withdrawal and Refiling of
Opposition to Motion to Compel Arbitration

*vice*).  Given the requirement that documents be electronically signed by the same attorney whose CM/ECF account is used to e-file, in accordance with Section II, F. of the ECF Administrative Policies and Procedures Manual, Daybreak hereby withdraws its Opposition and all supporting materials and provides notice of its intent to re-file the Opposition and all supporting materials today, September 22, 2025.  No substantive changes have been made to the Opposition or any of the supporting materials, and Daybreak thus preserves the timeliness of its filing.

Dated: September 22, 2025    Respectfully submitted,

DENTONS US LLP

By:    *Nicholas B. Janda*
       Nicholas B. Janda
       Daniel A. Schnapp (*pro hac vice*)
       Monica B. Richman (*pro hac vice*)
       Mary Kate Brennan (*pro hac vice*)

*Attorneys for Plaintiff*
DAYBREAK GAME COMPANY, LLC

131293804\V-1

2

Case No. 5:25-cv-00560-DTB
Notice of Withdrawal and Refiling of
Opposition to Motion to Compel Arbitration