BENJAMIN B. ANGER, SBN 269145
  ben.anger@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard
Costa Mesa, CA 92626
T: (714) 830-0600 / F: (714) 830-0700

JOSHUA M. DALTON (*pro hac vice*)
  josh.dalton@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
T: (617) 341-7700 / F: (617) 341-7701

*Counsel for Defendants Kristopher Takahashi
and Alexander Taylor*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>  Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI;<br>ALEXANDER TAYLOR; and Does 1-20, Inclusive,<br><br>  Defendants. | CASE NO. 3:25-CV-01489<br><br>**DEFENDANTS' NOTICE OF MOTION AND EMERGENCY MOTION FOR AN ADMINISTRATIVE STAY OF PRELIMINARY INJUNCTION OR FOR CLARIFICATION REGARDING THE SCOPE OF PRELIMINARY INJUNCTION**<br><br>Date: October 24, 2025<br>Place: Courtroom 12b 12th Floor<br>Judge: Hon. Cynthia Bashant<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT.** |

No. 3:25-CV-01489

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on October 24, 2025, or as soon thereafter as this matter may be heard, in the United States District Court, Central District of California, located at 333 West Broadway, Courtroom 12B, San Diego, California, before the Honorable Cynthia A. Bashant, Defendants Kristopher Takahashi and Alexander Taylor ("Defendants") will and hereby do move the Court to issue an administrative stay of the preliminary injunction order or, alternatively, for clarification regarding the scope of preliminary injunction order.

This Motion is based on this Notice of Motion, the following Memorandum of Points and Authorities, the pleadings and other documents on file in this case, all other matters of which the Court may take judicial notice, and any other argument or evidence that may be received by the Court upon hearing of this Motion. This Motion is made following the video conference of counsel pursuant to Local Rule 26.1(a) and Section 4 of the Court's Standing Order for Civil Cases.

Dated: September 23, 2025         Respectfully submitted,

By: */s/ Joshua M. Dalton*
Benjamin B. Anger, SBN 269145
**MORGAN, LEWIS & BOCKIUS LLP**
600 Anton Boulevard
Costa Mesa, CA  92626
Telephone: (714) 830-0441
ben.anger@morganlewis.com

Joshua M. Dalton (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 341-7700
josh.dalton@morganlewis.com

*Attorneys for Defendants Kristopher Takahashi and Alexander Taylor*