NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (*pro hac vice*)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*pro hac vice*)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*pro hac vice*)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 25-cv-01489-BAS-BLM<br><br>**DECLARATION OF NICHOLAS B. JANDA IN SUPPORT OF DAYBREAK'S OPPOSITION TO DEFENDANTS' EMERGENCY MOTION FOR AN ADMINISTRATIVE STAY OF PRELIMINARY INJUNCTION OR FOR CLARIFICATION REGARDING THE SCOPE OF PRELIMINARY INJUNCTION** |

I, Nicholas B. Janda, declare as follows:

1. I am an attorney licensed to practice law in the State of California (State Bar No. 253610) and am counsel of record for Plaintiff Daybreak Game Company LLC ("Daybreak") in this action. I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. I personally observed the following comment posted by Discord member Aporia on July 4, 2025:

3. I personally accessed the following article titled "Daybreak wins



preliminary injunction against EverQuest emulator The Heroes Journey" at https://massivelyop.com/2025/09/20/daybreak-wins-preliminary-injunction-against-everquest-emulator-the-heroes-journey/ on September 20, 2025, where user Bob posted:



4. I personally observed the EQEmulator Server Information on September 24, 2025. A true and correct screenshot is attached here as **Exhibit 1** and incorporated herein by reference.

5. I personally accessed the Reddit post titled "THJ is gone" at https://www.reddit.com/r/everquest/comments/1np6g5y/thj_is_gone/?rdt=44368 on September 24, 2025, where Reddit user Zannypanties commented:



6. I personally accessed the Reddit post titled "The official sub is deleted, this is the new unofficial sub." at https://www.reddit.com/r/TheHeroesJourneyTHJ/comments/1np9p6o/the_official_sub_is_deleted_this_is_the_new/ on September 24, 2025, where Reddit user laziestathlete commented:



7. I personally accessed the Reddit post titled "THJ is gone" at https://www.reddit.com/r/everquest/comments/1np6g5y/thj_is_gone/?rdt=44368 on September 24, 2025, where Reddit user sheijo41 commented:



8. I personally accessed the Reddit post titled "THJ is gone" at https://www.reddit.com/r/everquest/comments/1np6g5y/thj_is_gone/?rdt=44368 on September 24, 2025, where Reddit user sheijo41 commented:



9. I personally accessed the Reddit post titled "THJ is gone" at https://www.reddit.com/r/everquest/comments/1np6g5y/thj_is_gone/?rdt=44368 on September 24, 2025, where Reddit user SuperBry commented:



10. I personally accessed the Reddit post titled "can we make a super thread for THJ ... discussion" at https://www.reddit.com/r/everquest/comments/1nnv9om/can_we_make_a_super_thread_for_thj_discussion/ on September 22, 2025, where Reddit user GoodOl_Butterscotch commented:



11. I personally accessed the Reddit post titled "Offline play?" at https://www.reddit.com/r/TheHeroesJourneyTHJ/comments/1npemxv/offline_play/ on September 24, 2025, where Reddit user Short-Ad1188 commented:

12. I personally accessed the Reddit post titled "THJ is gone" at https://www.reddit.com/r/everquest/comments/1np6g5y/thj_is_gone/?rdt=44368 on September 24, 2025, where Reddit user apoc678 commented:



13. I personally accessed the Reddit post titled "The official sub is deleted, this is the new unofficial sub." at https://www.reddit.com/r/TheHeroesJourneyTHJ/comments/1np9p6o/the_official_sub_is_deleted_this_is_the_new/ on September 24, 2025, where Reddit user apoc678 commented:



14. I personally accessed the Reddit post titled "can we make a super thread for THJ ... discussion" at https://www.reddit.com/r/everquest/comments/1nnv9om/can_we_make_a_super_thread_for_thj_discussion/ on September 24, 2025, where Reddit user Gravityrave commented:



15. I personally observed the following comments posted on the THJ Reddit thread on September 24, 2025:



16. I personally observed the following comment posted by Discord member Aporia on September 25, 2025:



17. I personally observed the following comment posted by Discord member Aporia on September 25, 2025:



18. On September 24, 2025 my colleague and co-counsel Dan Schnapp emailed opposing counsel Joshua M. Dalton at joshua.dalton@morganlewis.com notifying him of Defendants' ongoing violations of the Preliminary Injunction Order entered by the Court on September 19, 2025 (ECF No. 66). A true and correct print out of the email chain is attached hereto as **Exhibit 2** and incorporated herein by reference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 26, 2025, at Sierra Madre, California.

*/s/ Nicholas B. Janda*
Nicholas B. Janda

131331428

# Exhibit 1

☐ EQEmulator

User Name: [User Name] ☐ Remember Me?
Password: [_____] [Log in]

**Home** | **Forums** | **Register** | **Members List** | **Today's Posts** | **Search**

### » Navigation

- » **EQEmulator**
- » » Forum Home
- » » Server List
- » Play
- » » Getting Started
- » Server Installers
- » » Windows
- » » Linux
- » Resources
- » » Pastebin
- » » EOC
- » » FAQ
- » » Wiki
- » » Changelog



Star 573 | Watch 57

### » Log in

User Name: [_____]
Password: [_____]
☑ Remember Me?
[Log in]

Not a member yet?
**Register Now!**

### The Heroes' Journey [Multiclass, Solo\Duo, No-Box]

**Live Statistics**

| | |
|---|---|
| *Worldserver Name:* | The Heroes' Journey [Multiclass, Solo\Duo, No-Box] |
| *Server Version:* | [U] |
| *Server Status:* | **Down** (*Last Seen: 09/24/25 03:02 AM EST*) |
| *Average Players:* | 1713 |
| *Max Players:* | 4525 |

**Server Information**

| | |
|---|---|
| *Registered Name:* | The Heroes' Journey [Multiclass, Solo\Duo, No-Box] |
| *Server Type:* | Legit |
| *Class:* | Standard |
| *Server Owner:* | Catapultam_Habeo |
| *Website:* | Not Available |
| *Description:* | **HeroesJourneyEQ.com** is a single-character duo/trio focused progression server built around seamless multiclassing and the small-group tuning of Retribution. Combine any combination of up to three classes in a unique build; use any of their spells, equipment, AAs, and skills. **Custom client is required to play,** |

### » Loginserver

Status: **UP**
Servers: **101**
Players: **3943**

.:: Server Listing ::.

» **Search Forums**

Go
» Advanced Search

Visit the website to get our patcher.

- Intuitive Multiclassing
- Account-wide progression
- Multiple Pets
- Large Bags
- Select MQ2 QoL features integrated

All times are GMT -4. The time now is **11:40 AM**.
Powered by **vBadvanced** CMPS v%1$s

| ---- EQEmulator | EQEmulator - Archive - Top |

Everquest is a registered trademark of Daybreak Game Company LLC.
EQEmulator is not associated or affiliated in any way with Daybreak Game Company LLC.
Except where otherwise noted, this site is licensed under a **Creative Commons License**.

Powered by vBulletin®, Copyright ©2000 - 2025, Jelsoft Enterprises Ltd.
Template by **Bluepearl Design** and **vBulletin Templates** - Ver3.3

# Exhibit 2

**Tucci, Tricia**

| | |
|---|---|
| **From:** | Dalton, Joshua M. <josh.dalton@morganlewis.com> |
| **Sent:** | Wednesday, September 24, 2025 4:09 PM |
| **To:** | Schnapp, Daniel A.; Fakhoury, Michael W.; Shelkey, Doneld G. |
| **Cc:** | Janda, Nick; Richman, Monica B.; Brennan, Mary Kate |
| **Subject:** | RE: Daybreak v Takahashi et al. re PI Order Violation |

**[WARNING: EXTERNAL SENDER]**

Dan:

As an initial matter, the donations page you reference below was not within the scope of the injunction. It does not promote or distribute THJ. There is no THJ to promote or distribute. It only sought donations, which defendants are plainly able to do. That said, and without any waiver or admission, be advised that the link you forwarded, https://ko-fi.com/theheroesjourney, now resolves to the ko-fi.com home page. Defendants and Another Quest expressly reserve the right to request donations toward their legal defense fund.

I trust this addresses your concerns, but please let me know if you wish to discuss further.

-Josh

**Joshua M. Dalton**
**Morgan, Lewis & Bockius LLP**
One Federal Street | Boston, MA 02110-1726
Direct: +1.617.951.8284 | Main: +1.617.341.7700 | Fax: +1.617.341.7701
Assistant: Kathy Ha | +1.617.341.7294 | kathy.ha@morganlewis.com
Assistant: Catherine McNulty | +1.617.341.7901 | catherine.mcnulty@morganlewis.com
josh.dalton@morganlewis.com | www.morganlewis.com



**From:** Schnapp, Daniel A. <daniel.schnapp@dentons.com>
**Sent:** Wednesday, September 24, 2025 11:28 AM
**To:** Dalton, Joshua M. <josh.dalton@morganlewis.com>; Fakhoury, Michael W. <michael.fakhoury@morganlewis.com>; Shelkey, Doneld G. <doneld.shelkey@morganlewis.com>
**Cc:** Janda, Nick <nick.janda@dentons.com>; Richman, Monica B. <monica.richman@dentons.com>; Brennan, Mary Kate <marykate.brennan@dentons.com>
**Subject:** Daybreak v Takahashi et al. re PI Order Violation

[EXTERNAL EMAIL]
Josh,

The following webpage violates the Preliminary Injunction Order issued by the Court on September 19, 2025. (ECF No. 66.) Please immediately (1) have your clients deactivate and remove the webpage, and (2) provide written confirmation to us that the webpage has been deactivated and removed **by no later than 5:00 p.m. ET today (September 24, 2025)**.

1

Page 13

Daybreak reserves any and all rights.

https://ko-fi.com/theheroesjourney





Daniel A. Schnapp
Partner

👤 +1 212 398 7630  |  🚫 +1 646 872 8847  |  646-872-8847
New York

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.