1  BENJAMIN B. ANGER, SBN 269145
    ben.anger@morganlewis.com
2  MORGAN, LEWIS & BOCKIUS LLP
   600 Anton Boulevard
3  Costa Mesa, CA 92626
   T: (714) 830-0600 / F: (714) 830-0700
4
   JOSHUA M. DALTON (*pro hac vice*)
5    josh.dalton@morganlewis.com
   MORGAN, LEWIS & BOCKIUS LLP
6  One Federal Street
   Boston, MA 02110-1726
7  T: (617) 341-7700 / F: (617) 341-7701

8  *Counsel for Defendants, Kristopher Takahashi and Alexander Taylor*

9

10                          **UNITED STATES DISTRICT COURT**

11                     **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; Does 1-20, Inclusive,<br><br>Defendants. | CASE NO. 3:25-CV-01489<br><br>**DECLARATION OF KRISTOPHER TAKAHASHI IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION FOR AN ADMINISTRATIVE STAY OF PRELIMINARY INJUNCTION OR FOR CLARIFICATION REGARDING THE SCOPE OF PRELIMINARY INJUNCTION**<br><br>Date: October 24, 2025<br>Place: Courtroom 12b 12th Floor<br>Judge: Hon. Cynthia Bashant |

I, Kristopher Takahashi, declare:

1. My name is Kristopher Takahashi. I am a managing member of Another Quest LLC ("AQ"), which operates *The Heroes' Journey* ("THJ"). I am over the age of 18 and competent to make this declaration. I submit this Declaration in support of Defendants' Reply Memorandum in Support of Defendants' Emergency Motion. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. Daybreak claims that "despite the injunction being in effect, Defendants refuse to stop soliciting money from third-parties directly related to THJ." (Opp. at 5.) This statement is false. Defendants immediately stopped soliciting money related to THJ once the injunction was entered. An announcement was posted to share a method for donating to Another Quest with the express purpose of paying legal costs and those associated with defense, as stated in the announcement. Mr. Taylor and I are just two individuals without the means to pay legal fees. It is my understanding that the preliminary injunction order (the "Order") does not and should not prohibit such solicitation. Suggesting (or even implying) that a desire to simply defend ourselves means we are in any way violating the Order jeopardizes the sanctity of the Order and is both wrong and disingenuous.

3. Daybreak claims that "since the PI Order has been in effect, multiple online commentators have discussed a desire for the infringing THJ code to be moved to foreign jurisdictions such as China and Russia," (Opp. at 1) and "the online discussions related to THJ also demonstrate a desire for the infringing THJ code to leak, or worse, that it has already leaked," *id.* While it is true that many passionate fans of what we created would like to have access to it again, regardless of the means, we do not plan, nor have we ever planned, to do such things. With the exception of Aporia, which is my online handle, Defendants neither know the identity of any users cited in Mr. Janda's declaration, nor do they in any way speak for Defendants or reflect any intent by Defendants not to honor the Order.

4. Defendants have no control over anonymous comments posted online by others. Defendants cannot be held accountable for the desires of anonymous Reddit users – including "Bob" and "Zannypanties" – and are disappointed by Daybreak's false narrative. Defendants have operated openly and in good faith from the beginning.

5. In its opposition, Daybreak fails to mention that the core code for THJ comes from EQEmu, which has been publicly available online for nearly two decades. EQEmu is, and has always been, an open-source project. In that spirit, THJ was also an open-source project. We cannot be held responsible for what other people choose to do with public information that was posted (and had been) online for many months and even years prior to the entry of the Order. To be clear, and despite THJ being an open-source project, Defendants have taken steps to dissuade players from discussing any emulation and have rejected inquiries from others about how to engage in further emulation.

6. Daybreak also claims, "Other Discord posts indicate that the THJ Discord channel was renamed 'Legends Rest." (Opp. at 4-5.) That is false. The THJ Discord was not simply renamed. The server address for THJ is no more. This is evidenced by https://discord.gg/theheroesjourney resolving to https://discord.com/invite/theheroesjourney, which is also now invalid. All other invites for the THJ Discord were also removed. All logos, instructions, discussions, guides, and THJ related materials provided by former THJ members were archived for data preservation and compliance reasons and new channels were created.

7. The new Legend's Rest Discord channel is an open community that individuals who are looking for new games to play with one another, includes former THJ players. This is evidenced by the new Legend's Rest Discord server, gaming-general forums, which has 35 active discussions around different games and contains 1626 posts in total. None of these promote THJ nor seek to circumvent the Order.

8. Daybreak claims that Defendants have a "sanctionable desire to not comply with the PI Order as issued by, inter alia, maintaining the infringing code could have far

reaching repercussions for Daybreak, including but not limited to a leak or a movement of THJ to overseas servers." (Opp. at 1-2.) Again, Defendants have no desire whatsoever to violate the Order. Daybreak tellingly provides no support for its repeated false statements. Defendants have complied with the Order and have done so as quickly as possible.

9. Daybreak claims "meeting Defendants' preservation obligations does not necessitate maintaining a code repository. Numerous third-party vendors can preserve source code offline, and out of the hands of Defendants, while maintaining all code structure and metadata." (Opp. at 14.) Defendants have asked Daybreak on multiple occasions to cooperate with Defendants to assist in preserving the THJ code. Defendants are unaware of any mechanism that could preserve source code offline, while not allowing changes, and maintaining all code structure and metadata of a GitHub repository to avoid any potential deletion of evidence. The parties are continuing to discuss proper means to preserve evidence in this lawsuit.

10. Daybreak notes that an individual using the pseudonym "laziesathlete" posted about a "new THJ Reddit sub: r/TheHeroesJourneyTHJ." The fact that a random online user dislikes Daybreak, based in part on its actions in this lawsuit, is beyond Defendants' control. Daybreak's continued attempt to in any way connect anonymous comments on internet forums to Defendants is without merit. We cannot control the actions of everyone on the internet. For the avoidance of any doubts, the creation of this subreddit was not sanctioned by or executed by Defendants. Due to this court's ruling, the official THJ subreddit was shut down. There is no more THJ nor a THJ team.

11. Daybreak also states, "Discord discussions regarding the THJ Discord also state that, 'Defendants are probably laying low and keeping it archived till some of the heat dies down.'" (Opp. at 5-6.) This is another anonymous Reddit user ("sheijo41") that Daybreak seems to be imputing to Defendants. Speculation on the internet does not imply truth. Ascribing any truth to an anonymous statement is unfair and misleading.

For the avoidance of any doubt, Defendants do not know the identity of "sheijo41" and confirm that there is no truth in this anonymous claim.

12. Daybreak claims, "Defendants' request that this Court modify its PI Order would provide Defendants and/or other persons who are in active concert or participation with Defendants a Court-approved way to continue infringing EverQuest (e.g., rebuild and host THJ offshore)." (Opp. at 9-10.) To be clear, Defendants have no intention to continue any version of THJ or other EverQuest emulators. Defendants have completely shut down THJ, and will not in any way restart THJ or any other EverQuest emulator as long as the Order is in place.

13. Though Daybreak has tried to cast doubt on THJ being created and operated by EverQuest fans, and even that it is a part of the EQEmu community, it was from the moment of its inception until its closure as a result of this Order.

14. Our concern around the broadness of the Order is that it could be read to grant Daybreak an avenue to go after other EQEmu servers that have nothing to do with THJ but whose members may have participated at some point in THJ. This concern has been shared across the EQEmu community, as Daybreak's actions have instilled fear and anxiety throughout their own fanbase.

15. The original code that Defendants created is not code that can only be used as part of an EverQuest emulator, like THJ. The code is representative of thousands of hours of work and intellectual property of Another Quest LLC, which can be used in ways wholly unrelated to EverQuest. We are only asking not to have to permanently destroy original engineering work and software product. We await explicit instructions from the Court on how to proceed, not because we have any desire not to comply with this Court's decision but to give it time to remedy what would be a costly loss of IP that does not belong to Daybreak.

16. Daybreak says, "Defendants' suggested revision affirmatively confirming that they may continue using the EVERQUEST mark in any capacity simply indicates that they have plans for further projects that may infringe not only the EVERQUEST

mark but Daybreak's copyrights and other protected material." (Opp. at 15.) This is a false statement, and Daybreak offers no support for its contention. None exists. Daybreak's repeated attempts to insert *ad hominem* attacks on Defendants lacks any foundation in fact, as evidenced by Daybreak's failure to provide any citation to support its repeated false statement about Defendants' intent. Defendants seek only to clarify that they can continue to use the word "EverQuest" as it has and must do, such as in this declaration, and not as a trademark.

17. Daybreak claims, "Defendants' proposed revisions to the PI Order could suggest intent of Defendants and/or those acting in concert with them to continue infringing Daybreak's protected EverQuest intellectual property." (Opp. at 12.) Daybreak's speculation that Defendants have any such intent is completely false and without merit. We continue to act in good faith, have complied, and will comply with whatever the Court decides. Defendants simply want this matter resolved justly.

18. I personally accessed a Reddit post titled, "This sub mentioned in court docs," available at https://www.reddit.com/r/TheHeroesJourneyTHJ/comments/1ns545a/this_sub_mentioned_in_court_docs/?rdt=61481 on September 30, 2025 where the following users commented:

a) laziestathlete: "That's funny. My username is even mentioned in this documents. I have nothing to do with THJ, I just discovered the server a few weeks ago and really fell in love with it. Fuck DB. We are just former players and have nothing to do with the ownership.



b) Pacmanpczz: "wow they are really getting thier (sic) panties in a knot over this, maybe if DBG actually looked after its subscribers and listened to them then people may not have left for THJ. I hope everyone leaves Live as they have a disgusting disdane for thier player base and only seem to want money. They Blame THJ for them losing subscribers which is total BS, they lost players because their TLP sucked ass and they needed someone to blame. The content sucks, it takes forever to do anything requires full groups/raids and is rampant with bots, farmers, hackers and isn't fun to play. I have had 6 active accounts since 2000 and they have all been cancelled never to be reactivated, characters deleted as well. If DBG are reading this this 'Suck it!!!'"




c) crit-en: "I had 7 subs I was paying for, although not using, and only occasionally playing THJ. As soon as it was shut down I cancelled all of my subscriptions - DBG has no clue how these emulated servers actually help bring people like me back, so good riddance."




I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 30, 2025 in Saint Lucie County, Florida.

/s/ *Kris Takahashi*

Kristopher Takahashi