BENJAMIN B. ANGER, SBN 269145
    ben.anger@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard
Costa Mesa, CA 92626
T: (714) 830-0600 / F: (714) 830-0700

JOSHUA M. DALTON (*pro hac vice*)
    josh.dalton@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
T: (617) 341-7700 / F: (617) 341-7701

*Counsel for Defendants*
*Kristopher Takahashi and Alexander Taylor*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; Does 1-20, Inclusive<br><br>Defendants. | Case No. 3:25-CV-01489<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF THEIR MOTION FOR RECONSIDERATION**<br><br>*[Filed concurrently with Motion for Reconsideration]* |

## I. INTRODUCTION

Defendants Kristopher Takahashi and Alexander Taylor, through their undersigned counsel, hereby respectfully move pursuant to Civil Local Rule 79.2 and Section II.j of the ECF Administrative Policies and Procedures for leave to file under seal the following information in support of Defendants' Motion for Reconsideration:

| Documents | Portion to be Sealed | Reason for Sealing |
|---|---|---|
| Defendants' Motion for Reconsideration | Excerpts | Plaintiff's Confidential Information |

A redacted public version of Defendants' Motion will be filed concurrently herewith. In addition, an unredacted, confidential version of Defendants' Motion will be delivered to chambers and served on Plaintiff's counsel. This Motion is supported by the Declaration of Joshua A. Dalton ("Dalton Decl."), filed concurrently herewith.

## II. LEGAL STANDARD

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). However, the public's "access to judicial records is not absolute." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). "Every Court has supervisory power over its own records and files," and may provide access to documents at its discretion. *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995) (citing Nixon, 435 U.S. at 598).

Requests to seal documents relating to motions for a temporary restraining order or a preliminary injunction have been governed by the "compelling reasons" test, although the motions are not dispositive. *See Ctr. For Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097-1102 (9th Cir. 2016) (vacating and remanding for the district court to consider the documents under the compelling reasons standard because "the preliminary injunction motion here was more than tangentially related to the merits of

the case"). "What constitutes a 'compelling reason' is 'best left to the sound discretion of the trial court.'" *Ctr for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097, 1102 (9th Cir. 2016) (quoting Nixon, 435 U.S. at 599). "Examples include when a court record might be used … 'as sources of business information that might harm a litigant's competitive standing.'" *Id*. (quoting *Nixon*, 435 U.S. at 598-99).

## III.   ARGUMENT

Defendants seek to seal limited portions of Defendants' Motion that characterize and discuss materials that Plaintiff has filed under seal. *See* ECF No. 39. The Court has issued a ruling granting Plaintiff's Motion to Seal. *See* ECF No. 67. There is good cause for filing these documents under seal.

Defendants seek to seal portions of Defendants' Motion that quote from, characterize, or otherwise explicitly reference materials identified by Daybreak as containing confidential business information, and for which Defendants do not have the authority to de-designate the information pursuant to the Protective Order. *See* ECF No. 39; Dalton Decl. ¶ 2. Thus, Defendants intend to maintain the confidentiality of this information and seek to file under seal portions of their Motion that discuss information Daybreak has filed under seal.

## IV.   CONCLUSION

For the foregoing reasons, Defendants respectfully requests that the Court grant leave to file under seal the materials discussed above.

Dated: October 14, 2025          Respectfully submitted,

By: */s/ Joshua M. Dalton*
Benjamin B. Anger, SBN 269145
**MORGAN, LEWIS & BOCKIUS LLP**
600 Anton Boulevard
Costa Mesa, CA 92626
Telephone: (714) 830-0441
ben.anger@morganlewis.com

Joshua M. Dalton (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 341-7700
joshua.dalton@morganlewis.com

*Attorneys for Defendants
Kristopher Takahashi and Alexander Taylor*