BENJAMIN B. ANGER, SBN 269145
  ben.anger@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard
Costa Mesa, CA 92626
T: (714) 830-0600 / F: (714) 830-0700

JOSHUA M. DALTON (*pro hac vice*)
  josh.dalton@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
T: (617) 341-7700 / F: (617) 341-7701

*Counsel for Defendants, Kristopher Takahashi and Alexander Taylor*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; Does 1-20, Inclusive,<br><br><br>Defendants. | CASE NO. 3:25-CV-01489<br><br>**DECLARATION OF JOSHUA M. DALTON IN SUPPORT OF DEFENDANTS' MOTION TO SEAL IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION** |

I, Joshua M. Dalton, declare:

1. I am an attorney duly admitted to practice in the Commonwealth of Massachusetts and admitted pro hic vice to the bar of the United States District Court of the Southern District of California in this action (ECF No. 30). I am a partner with the law firm of Morgan, Lewis & Bockius LLP and counsel of record for Defendants Kristopher Takahashi and Alexander Taylor in the above-entitled action. I submit this declaration in support of Defendants' Motion to Seal. The facts stated herein are true of my personal knowledge, and if called I could and would testify competently thereto.

2. I have identified one category of information that contains confidential information, which has been marked confidential by Plaintiff. This information relates to Daybreak's business information, including its (i) user statistics and (ii) financial performance. I understand that Daybreak maintains that this information is confidential business information, and Daybreak has filed this information under seal. *See* ECF No. 39. The Court has also issued a ruling granting on Plaintiff's Motion to Seal. *See* ECF No. 67.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 14, 2025, in Boston, Massachusetts.

Joshua M. Dalton