1  NICHOLAS B. JANDA (SBN 253610)
   nick.janda@dentons.com
2  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
3  Los Angeles, California 90017-5704
   Telephone: (213) 623-9300
4  Facsimile: (213) 623-9924

5  MONICA B. RICHMAN (*pro hac vice*)
   monica.richman@dentons.com
6  DANIEL A. SCHNAPP (*pro hac vice*)
   daniel.schnapp@dentons.com
7  MARY KATE BRENNAN (*pro hac vice*)
   marykate.brennan@dentons.com
8  DENTONS US LLP
   1221 Avenue of the Americas
9  New York, New York 10020-1089
   Telephone: (212) 768-6700
10 Facsimile: (212) 768-6800

11 *Attorneys for Plaintiff*
   *DAYBREAK GAME COMPANY LLC*
12

13            UNITED STATES DISTRICT COURT

14            SOUTHERN DISTRICT OF CALIFORNIA

15 | DAYBREAK GAME COMPANY LLC, | Case No. 3:25-cv-01489-BAS-BLM |
|---|---|
| Plaintiff, | **DECLARATION OF CAMERON REDMOND IN SUPPORT OF PLAINTIFF'S MOTION REQUESTING ALTERNATIVE SERVICE OF PRELIMINARY INJUNCTION ORDER AS TO NONPARTY ZACHARY KARLSSON** |
| v. | |
| KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive, | |
| Defendants. | |

I, CAMERON REDMOND, declare as follows:

1. I, CAMERON REDMOND, am currently working with Jetty Partners, LLC ("Jetty Partners"), an investigative firm, through my employment with an affiliated entity. Jetty Partners is retained by Plaintiff Daybreak Game Company LLC ("Daybreak" or "Plaintiff") in the above-captioned action. I submit this declaration in support of Plaintiff's Motion for Alternative Service of Preliminary Injunction Order as to Nonparty Zachary Karlsson ("Karlsson"). I have personal knowledge of the facts set forth herein based on my own investigative work and my discussions with members of the Jetty Partners team. If called as a witness, I could and would testify competently thereto.

2. At Daybreak's direction, Jetty Partners initiated targeted efforts to locate and surveil Karlsson for the purpose of facilitating personal service of the Preliminary Injunction Order ("PI Order") (ECF No. 66) on him.

3. Through the investigation, Jetty Partners determined that Karlsson's likely residential address is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

4. On information and belief, the source of which is my discussions with other members of the Jetty Partners team, a search of commercial databases and public records led Jetty Partners to conclude that Karlsson likely resides at ▓▓▓▓▓▓. In particular, ▓▓▓▓ County property records reflect that ▓▓▓▓▓▓▓▓ is owned by Karlsson and his partner, Derek M. Shockey, and commercial databases show that Mr. Shockey likewise resides at ▓▓▓▓▓▓▓▓. Reddit comments posted by Karlsson between April 2025 and October 2025 further confirmed his current residence in ▓▓▓▓.

5. Following the determination that Karlsson resides at ▓▓▓▓▓▓▓▓, I was part of a team that commenced on-the-ground surveillance.

6. On November 12, 2025, between approximately 2:05 p.m. and 2:10 p.m. PT, I personally observed an individual believed by me to be Karlsson exit

1  and then reenter the residence at ▮▮▮▮▮▮▮▮▮▮▮▮. This observation provided
2  a contemporaneous visual confirmation that Karlsson was physically present at, and
3  utilizing, ▮▮▮▮▮▮▮▮▮▮ during the surveillance period.
4      I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6      Executed on December 5, 2025, at 12:36 pm.

/s/ *Cameron Redmond*
—DocuSigned by:
2349300E21754DE...

CAMERON REDMOND