UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**Daybreak Game Company LLC**
  Plaintiff(s)

VS.    Case No: 25-cv-01489-BAS-BLM

**Kristopher Takahashi, et al.**
  Defendant(s)

## AFFIDAVIT OF DUE DILIGENCE

I, Rebecca Short, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen (18) years, doing business at 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770, and not a party to or otherwise interested in this action. That I am the Custodian of Records of Capitol Process Services, Inc.

That Capitol Process Services, Inc. has been duly authorized to make service of the Letter dated October 9, 2025 and Order Granting Motion for Preliminary Injunction in the above entitled case.

That after due search, careful inquiry and diligent attempt(s), we have been unable to serve Zack Karlsson with the above named process.

That on October 10, 2025 at 8:06 PM, my agent, John Sharper attempted to serve Zack Karlsson at [redacted]. On this occasion, Mr. Sharper received no answer at the door after knocking for several minutes and ringing the Ring branded video doorbell. In addition, dogs were heard inside at this time and the blinds were open in an upstairs window.

That on October 11, 2025 at 12:12 PM, my agent, John Sharper attempted to serve Zack Karlsson at [redacted]. On this occasion, Mr. Sharper knocked on the door and rang the doorbell for several minutes, but did not receive an answer.

That on October 12, 2025 at 8:22 AM, my agent, John Sharper attempted to serve Zack Karlsson at [redacted]. On this occasion, as before, Mr. Sharper knocked on the door and rang the doorbell for several minutes, but was unable to summon anyone to the door. In addition, Mr. Sharper stated that he did not notice any changes at the residence at this time.

That on October 14, 2025 at 8:33 AM, my agent, Mike Johnson attempted to serve Zack Karlsson at [redacted]. On this occasion, Mr. Johnson rang the doorbell and knocked on the door for several minutes, but did not receive an answer. In addition, Mr. Johnson saw that there was some trash in one of the waste receptacles, indicating that the residence is likely occupied.

That on October 15, 2025 at 8:57 PM, my agent, Mike Johnson attempted to serve Zack Karlsson at [redacted]. On this occasion, although Mr. Johnson stated he could hear water running inside, he was unable to summon anyone to the door after knocking and ringing the doorbell for several minutes. In addition, a dog was heard barking inside, there was a light on upstairs, and the trash receptacles were placed by the curb.

That on October 16, 2025 at 12:11 PM, my agent, Mike Johnson attempted to serve Zack Karlsson at [redacted]. On this occasion, again, Mr. Johnson received no answer at the door after knocking and ringing the doorbell for several minutes. In addition, the trash receptacles were still by the curb.

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 12/09/2025*

Rebecca Short

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*
