

1 | NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
2 | DENTONS US LLP
601 South Figueroa Street, Suite 2500
3 | Los Angeles, California 90017-5704
Telephone: (213) 623-9300
4 | Facsimile: (213) 623-9924

5 | MONICA B. RICHMAN (*pro hac vice*)
monica.richman@dentons.com
6 | DANIEL A. SCHNAPP (*pro hac vice*)
daniel.schnapp@dentons.com
7 | MARY KATE BRENNAN (*pro hac vice*)
marykate.brennan@dentons.com
8 | DENTONS US LLP
1221 Avenue of the Americas
9 | New York, New York 10020-1089
Telephone: (212) 768-6700
10 | Facsimile: (212) 768-6800

11 | *Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY LLC*

12 |

13 | UNITED STATES DISTRICT COURT

14 | SOUTHERN DISTRICT OF CALIFORNIA

15 | DAYBREAK GAME COMPANY LLC,                Case No. 3:25-cv-01489-BAS-BLM

16 |              Plaintiff,                   **DECLARATION OF CAMERON
                                              REDMOND IN SUPPORT OF**
17 |        v.                                **PLAINTIFF'S RENEWED MOTION
                                              REQUESTING ALTERNATIVE**
18 | KRISTOPHER TAKAHASHI, ALEXANDER          **SERVICE OF PRELIMINARY
    TAYLOR, and DOES 1-20, inclusive,        INJUNCTION ORDER AS TO**
19 |                                          **NONPARTY ZACHARY KARLSSON**
                 Defendants.
20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

I, CAMERON REDMOND, declare as follows:

1.      I, CAMERON REDMOND, am currently working with Jetty Partners, LLC ("Jetty Partners"), an investigative firm, through my employment with an affiliated entity. Jetty Partners is retained by Plaintiff Daybreak Game Company LLC ("Daybreak" or "Plaintiff") in the above-captioned action. I submit this declaration in support of Plaintiff's Renewed Motion for Alternative Service of Preliminary Injunction Order as to Nonparty Zachary Karlsson ("Karlsson"). I have personal knowledge of the facts set forth herein based on my own investigative work and my discussions with members of the Jetty Partners team. If called as a witness, I could and would testify competently thereto.

2.      At Daybreak's direction, Jetty Partners initiated targeted efforts to locate and surveil Karlsson for the purpose of facilitating personal service of the Preliminary Injunction Order ("PI Order") (ECF No. 66) on him.

3.      Through the investigations, both prior to Plaintiff's original motion requesting alternative service (ECF No. 90) and after the Court's December 16, 2025 Order denying said request without prejudice (ECF No. 93), Jetty Partners determined that Karlsson's likely residential address is ██████████████████████████████████████.

4.      Jetty Partners conducted searches of two commercial databases that pull data from credit header reports, both of which report Karlsson's only current address to be the ████████ ████.

5.      Jetty Partners searched multiple subscription open-source intelligence ("OSINT") databases, which compile data from credit header reports, social media, and numerous additional surface, deep, and dark web sources, and found no additional addresses currently associated with Karlsson.

6.      Jetty Partners also conducted extensive searches across a proprietary repository containing billions of records compromised in data breaches, enabling linkages between individuals and their personally identifiable information ("PII"), including physical addresses, email addresses, phone numbers, and social media handles.

Case No. 3:25-cv-01489-BAS-BLM
DECLARATION OF CAMERON REDMOND
IN SUPPORT OF PLAINTIFF'S RENEWED
ALTERNATIVE SERVICE MOTION

1        7.      Jetty Partners conducted searches of several open-source data aggregator

2 sites and identified no additional current addresses associated with Karlsson.

3        8.      Jetty Partners reviewed Alameda County property records through the online

4 database maintained by the Alameda County Clerk-Recorder and identified no properties currently

5 owned by Karlsson or his partner Derek Shockey aside from the ███████████.

6        9.      On information and belief, the source of which is my discussions with

7 members of the Jetty Partners team, social media content recently posted by Karlsson makes no

8 references to additional residential addresses or a recent move.

9      10.     On information and belief, the source of which is my discussions with

10 members of the Jetty Partners team, a thorough review of the abovementioned sources yielded only

11 the ██████████ as a residential address currently associated with Karlsson.

12     I declare under penalty of perjury under the laws of the United States of America that the

13 foregoing is true and correct.

14     Executed on December ‾29‾, 2025, at ‾2:45 pm‾.

15

16                              DocuSigned by:

_Cameron Redmond_

17                                2349300E21734DE...

18                  CAMERON REDMOND

19

20

21

22

23

24

25

26

27

28

Case No. 3:25-cv-01489-BAS-BLM
DECLARATION OF CAMERON REDMOND
IN SUPPORT OF PLAINTIFF'S RENEWED
ALTERNATIVE SERVICE MOTION