NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (*pro hac vice*)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*pro hac vice*)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*pro hac vice*)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

Attorneys for Plaintiff
DAYBREAK GAME COMPANY LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:25-cv-01489-BAS-BLM<br><br>**PLAINTIFF DAYBREAK GAME COMPANY LLC'S NOTICE OF MOTION TO SEAL**<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br><br>**Hearing Date:  January 30, 2026** |

**PLEASE TAKE NOTICE** that Plaintiff Daybreak Game Company LLC ("Daybreak") brings this motion for an order sealing limited portions of the (i) Declaration of Cameron Redmond ("Declaration") in Support of Plaintiff's Renewed Motion Requesting Alternative Service of Preliminary Injunction Order as to Nonparty Zachary Karlsson ("Karlsson") on the grounds that it reveals Karlsson's personally identifiable information ("PII"), including his personal residential address. An unredacted copy of the Declaration has been lodged under seal, and a redacted copy has been filed on December 30, 2025. This Motion is brought before Hon. Cynthia Bashant in Courtroom 12B, Suite 1280, 333 West Broadway, San Diego, California 92101. This Motion is noticed to be heard on January 30, 2026, or as soon thereafter as the matter may be heard.

Courts routinely seal documents containing PII. *Cancino Castellar v. Mayorkas*, No. 17-CV-00491-BAS-AHG, 2021 WL 3678440, at *3 (S.D. Cal. Aug. 19, 2021) (finding a "compelling interest" to maintain under seal records that contain personal information); *Stiner v. Brookdale Senior Living, Inc.*, No. 17-CV-03962-HSG, 2022 WL 1180216, at *2 (N.D. Cal. March 30, 2022) (sealing employees', residents', and other individuals' "contact and other personally-identifying information"); *Ashton Woods Holdings LLC v. USG Corp.*, No. 15-CV-01247-HSG, 2021 WL 4497868, at *2 (N.D. Cal. Feb. 8, 2021) (finding "compelling reasons" to seal "potentially sensitive identifying information"); *Deluca v. Farmers Ins. Exch.*, No. 17-CV-00034-EDL, 2019 WL 13202012, at *2 (N.D. Cal. May 15, 2019) (finding that sealing was appropriate where documents contained information "that would allow a member of the public to derive the identity" of an individual).

Daybreak brings this Motion on the grounds that disclosure of Karlsson's PII would compromise his recognized privacy interests and serve no legitimate public purpose.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in support thereof, and all of the pleadings, records, and papers on file herein.

Dated: December 30, 2025

Respectfully Submitted,

DENTONS US LLP

By: */s/ Daniel A. Schnapp*
Daniel A. Schnapp (*pro hac vice*)
Nicholas B. Janda
Monica B. Richman (*pro hac vice*)
Mary Kate Brennan (*pro hac vice*)

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY, LLC*

131993340