NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MONICA B. RICHMAN (*pro hac vice*)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*pro hac vice*)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*pro hac vice*)
marykate.brennan@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Plaintiff*
*DAYBREAK GAME COMPANY LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC, <br><br> Plaintiff, <br><br> v. <br><br> KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 3:25-cv-01489-BAS-BLM <br><br> **CERTIFICATE OF SERVICE** |

In accordance with the Court's December 31, 2025 Order ("12/31 Order") (ECF No. 99), I hereby certify that I caused the Order Granting Motion for Preliminary Injunction (ECF No. 66) and 12/31 Order to be served on Zachary Karlsson as follows:

| TIME | DATE | MANNER OF SERVICE | WHETHER DAYBREAK RECEIVED WRITTEN ACKNOWLEDGEMENT FROM KARLSSON | WHETHER DISCORD OR REDDIT MESSAGING WAS TRANSMITTED SUCCESSFULLY |
|---|---|---|---|---|
| N/A | 1/2/26 | Certified mail | Daybreak did not receive written acknowledgment from Karlsson but delivery on January 6, 2026, at 9:34 a.m. was confirmed by USPS. | N/A |
| 3:43 p.m. ET | 1/9/26 | Reddit messaging (including a link where the materials can be accessed and downloaded) | Daybreak did not receive written acknowledgment from Karlsson. | Daybreak's Reddit message was successfully transmitted. |
| N/A | N/A | Discord messaging (including a link where the materials can be accessed and downloaded) | N/A | Daybreak's Discord message was not successfully transmitted to Karlsson via Discord messaging because Karlsson's "Ozuri" Discord account does not accept messages or friend requests from unknown users. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on January 13, 2026, in New York, New York.

                                                   *s/Mary Kate Brennan*
                                                   Mary Kate Brennan

132114610\V-1