**DENTONS**

**Mary Kate Brennan**
Senior Attorney

marykate.brennan@dentons.com
D   +1 212-768-6922

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

January 30, 2026

**VIA ECF**

Hon. Cynthia A. Bashant
James M. Carter and Judith N. Keep
United States Courthouse
333 West Broadway, Suite 1280
San Diego, CA 92101

Re:   *Daybreak Game Company v. Kristopher Takahashi et al*. 3:25-cv-01489

Dear Judge Bashant:

      Pursuant to Your Honor's October 30, 2025 Order (ECF No. 84), Plaintiff Daybreak Game Company LLC ("Daybreak") and Defendants Kristopher Takahashi and Alexander Taylor ("Defendants") (collectively, the "Parties") jointly and respectfully submit this letter regarding the status of arbitration and confirm that there has been no decision on arbitrability to date.

      Below, the Parties provide a high-level summary of the arbitration proceeding which remains at its initial stages:

- **November 21, 2025**: Daybreak filed its Demand for Arbitration with the AAA
- **January 23, 2026**: AAA formally commenced the proceeding

      Currently, Defendants' deadline to file an Answering Statement is February 6, 2026. On January 29, 2026, Defendants asked if Daybreak would agree to a one-week extension of this deadline. Daybreak agreed to this request.

                                       Respectfully Submitted,

                                       */s/ Mary Kate Brennan*
                                       Mary Kate Brennan

cc:   All counsel of record

**Puyat Jacinto & Santos** ► **Link Legal** ► **Zaanouni Law Firm & Associates** ► **LuatViet** ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

US_ACTIVE\132211904\V-3