DENTONS US LLP
NICHOLAS B. JANDA (SBN 253610)
nick.janda@dentons.com
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: (213) 623-9300

MONICA B. RICHMAN (*Pro Hac Vice*)
monica.richman@dentons.com
DANIEL A. SCHNAPP (*Pro Hac Vice*)
daniel.schnapp@dentons.com
MARY KATE BRENNAN (*Pro Hac Vice*)
marykate.brennan@dentons.com
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700

Attorneys for Plaintiff
DAYBREAK GAME COMPANY LLC

MORGAN, LEWIS & BOCKIUS LLP
Benjamin B. Anger (SBN 269145)
ben.anger@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Telephone: (714) 830-0600

Joshua M. Dalton *(Pro Hac Vice)*
josh.dalton@morganlewis.com
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8284

Attorney for Defendants KRISTOPHER
TAKAHASHI and ALEXANDER TAYLOR

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER TAKAHASHI, ALEXANDER TAYLOR, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:25-cv-01489-BAS-BLM<br><br>Hon. Cynthia A. Bashant, Ctrm. 12B<br><br>JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION |

WHEREFORE, the above-captioned action ("Action") having been compromised fully and finally with respect to any and all claims and causes of action by and between Plaintiff Daybreak Game Company LLC ("Daybreak") and Defendants Kristopher Takahashi and Alexander Taylor ("Defendants") (collectively, the "Parties"), the Parties jointly and respectfully submit this Joint Motion for Entry of Consent Judgment and Permanent Injunction ("Consent Judgment"), and request that this Court:

ORDER AND ADJUDGE that Defendants shall pay Daybreak the Settlement Amount as set forth in the Confidential Settlement Agreement between the Parties ("Settlement Agreement"), with each said party to bear its own fees and costs, in accordance with the proposed Consent Judgment lodged with the Court.

ORDER AND ADJUDGE that Defendants, along with their officers, directors, agents, employees, and all persons or entities acting in active concert or participation with them on or after the Effective Date, be permanently enjoined from: (a) developing, distributing, licensing, promoting, or otherwise making available THJ or any similar EverQuest emulator that infringes Daybreak's EverQuest Copyrights, EverQuest Marks, or any other Daybreak intellectual property rights; (b) operating the website heroesjourneyemu.com and any other websites used to promote or distribute THJ; (c) maintaining any public or private repositories containing code for THJ, including at github.com/The-Heroes-Journey-EQEMU or any other online repository; (d) operating any server emulation software that enables access to any of Daybreak's online games, including but not limited to software that circumvents authentication mechanisms, replicates server functionality, or facilitates access outside of Daybreak's authorized distribution channels or that infringes the Daybreak Copyrights or other intellectual property rights; (e) using the EverQuest Marks or any confusingly similar variations thereof; and (f) reproducing, selling, distributing, publicly performing or displaying, or otherwise using in an infringing manner any of the EverQuest Copyrights or other Daybreak copyrighted works without

authorization from Daybreak.

In support of this Joint Motion, the Parties state as follows:

WHEREAS, the Parties have met, conferred, and negotiated in good faith and have reached an agreement to resolve Daybreak's claims against Defendants without further litigation, and the Parties consent to the entry of the Proposed Final Judgment and Permanent Injunction Upon Consent ("Consent Judgment") (attached hereto as Exhibit A) by the Court for the purposes of settlement only, without any admission by any party, and without trial or finding of any issue of fact or law;

WHEREAS, the Parties have agreed for the purposes of the Settlement Agreement to the amount set forth in the Settlement Agreement (the "Damages Amount") as a proxy for actual and statutory damages based on the decline in revenue attributable to Defendants' conduct, as well as attorneys' fees incurred in connection with the Action and related arbitration proceedings that Daybreak could have proved at trial or arbitration. Daybreak agrees to forbear from enforcing the Damages Amount unless and until a court of competent jurisdiction determines that Defendants have materially violated the Consent Judgment;

WHEREAS, in the event of any material violation of the Consent Judgment that is otherwise not resolved through the remediation procedure set forth in the Settlement Agreement, the Parties stipulate and consent that judgment may be entered against the Defendant(s) found to have materially breached the Settlement Agreement in favor of Daybreak in an amount up to the Damages Amount specific to that Defendant's material breach. Upon any such determination, the specific Damages Amount attributable to the materially breaching party shall become immediately due and payable, and Daybreak may pursue all available remedies to collect the Damages Amount against the materially breaching Defendant, including but not limited to execution on the judgment and supplementary proceedings;

WHEREAS, the Consent Judgment is the product of a negotiated agreement between Daybreak and Defendants to resolve and settle the claims alleged by

Case No. 3:25-cv-01489-BAS-BLM
Joint Motion for Entry of Consent
Judgment and Permanent Injunction

Daybreak against Defendants; and

WHEREAS, Daybreak and Defendants have agreed to jointly move the Court to enter the Consent Judgment as part of this negotiated agreement;

Daybreak and Defendants respectfully request that the Court enter the Consent Judgment.

The Court shall retain jurisdiction over this matter for purposes of enforcing the Consent Judgment and the terms of the Settlement Agreement.

THE PARTIES, BY AND THROUGH THEIR COUNSEL BELOW, STIPULATE TO ENTRY OF THIS ORDER.

Dated: March 18, 2026                    DENTONS US LLP

By:     *s/Nicholas B. Janda*
        Nicholas B. Janda
        Daniel A. Schnapp (Pro Hac Vice)
        Monica B. Richman (Pro Hac Vice)
        Mary Kate Brennan (Pro Hac Vice)

Attorneys for Plaintiff DAYBREAK GAME COMPANY, LLC

Dated: March 18, 2026                    MORGAN, LEWIS & BOCKIUS LLP

By:     *s/Joshua M. Dalton*
        Joshua M. Dalton
        Benjamin Bruce Anger

Attorneys for Defendants KRISTOPHER TAKAHASHI AND ALEXANDER TAYLOR

<u>SIGNATURE CERTIFICATION</u>

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Joshua M. Dalton, counsel for Defendants Kristopher Takahashi and Alexander Taylor (collectively, "Defendants"), and that I have obtained his authorization to affix his electronic signature on this document.


Dated: March 18, 2026                    DENTONS US LLP

                                         By:    *s/Nicholas B. Janda*
                                                Nicholas B. Janda

Case No. 3:25-cv-01489-BAS-BLM
Joint Motion for Entry of Consent
Judgment and Permanent Injunction