**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAYBREAK GAME COMPANY, LLC, <br><br> Daybreak, <br><br> v. <br><br> KRISTOPHER TAKAHASHI *et. al*, <br><br> Defendants. | Case No. 25-cv-01489-BAS-BLM <br><br> **ORDER ON PARTIES' JOINT MOTION FOR JUDGMENT AND PERMANENT INJUNCTION (ECF No. 104)** |

Presently before the Court is Parties' Joint Motion for Judgment and Permanent Injunction ("Joint Motion").  (ECF No. 104.)  Parties have appeared and stipulated to the entry of this Final Judgment and Permanent Injunction.  (*Id*.)

Thus, the Court **GRANTS** Parties' Joint Motion and shall separately enter the Final Judgment and Permanent Injunction Order.  (ECF No. 104.)

**IT IS SO ORDERED.**

**DATED: March 19, 2026**

_____

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

25cv1489