UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY, LLC,<br><br>Daybreak,<br><br>v.<br><br>KRISTOPHER TAKAHASHI *et. al*,<br><br>Defendants. | Case No. 25-cv-01489-BAS-BLM<br><br>**FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

The Court granted Parties' Joint Motion for Final Judgment and Permanent Injunction. (ECF No. 105.) It is hereby **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Daybreak Game Company LLC ("Daybreak") filed this lawsuit on June 14, 2025, seeking injunctive and monetary relief against Defendants Kristopher Takahashi and Alexander Taylor for, *inter alia*, copyright infringement and trademark infringement. (ECF No. 1.)

2. EverQuest was originally developed by Verant Interactive and released by Sony in 1999. In 2015, Sony Online Entertainment LLC, which included the EverQuest development team and all rights in the EverQuest game franchise and related intellectual property, was acquired by a private buyer and renamed Daybreak Game Company LLC.

25cv1489

3. Daybreak is the owner of numerous registered copyrights, including those listed in the chart below:

| Title | Reg. No. |
|---|---|
| EverQuest. | PA0000933147 |
| EverQuest. | TX0004879520 |
| EverQuest. (map) | VA0001015154 |
| Everquest, the ruins of Kunark. | PA0001001701 |
| EverqQuest : the scars of velious | PA0001077985 |
| EverQuest, shadows of Luclin. | PA0001084803 |
| EverQuest : Planes of Power. | PA0001245922 |
| EverQuest Planes of Power: Prima's official strategy guide | TX0005635557 |
| EverQuest: the ruins of Kunark/written by Brad McQuaid and Jim Lee | TX0005493741 |
| Everquest: transformation/writer, Devin Grayson; artist Philip S. Tan | TX0005593463 |
| EverQuest : Lost Dungeons of Norrath. | PA0001246135 |
| EverQuest online adventures. | PA0001245921 |
| EverQuest online adventures : Frontiers. | PA0001246134 |
| EverQuest : the legacy of Ykesha. | PA0001246139 |
| EverQuest : Gates of Discord. | PA0001256065 |
| Omens of war. | PA0001256081 |
| EverQuest atlas : the maps of Myrist / compiled by Maelin Starpyre. | TX0006058975 |
| EverQuest role-playing game: player's handbook | TX0006052320 |
| Everquest : dragons of Norrath. | PA0001259127 |

25cv1489

| | |
|---|---|
| The Shadows of Luclin | VAU000529434 |
| EverQuest: Rain of Fear *(Client-Side Code 2013)* | PA0002533309 |
| EverQuest Franchise Primer | TXU002490913 |
| Encyclopedia Norrathica – A complete and unabridged compilation of historical, geographical and theological writings of the world of EverQuest. | TXU002491692 |
| Norrathica - An edited compilation of historical, geographical and theological writings on the world | TXU002490919 |
| EverQuest: Rain of Fear *(Client-Side Code 2012)* | PA0002533846 |
| EverQuest: Rain of Fear - Server-Side Code | PA0002533847 |
| Cazic-Thule *(1999)* | Case No. 1-14932662144 |
| Cazic-Thule *(2010)* | Case No. 1-14932585291 |
| Lord Nagafen *(1999)* | Case No. 1-14932585581 |
| Lord Nagafen *(2006)* | Case No. 1-14932585548 |
| Lady Vox *(1999)* | Case No. 1-14932572631 |
| Lady Vox *(2006)* | Case No. 1-14932572631 |

25cv1489

| Innoruuk | Case No. 1-14932585515 |
|---|---|

(collectively, the "EverQuest Copyrights").

4. Defendants acknowledge that the EverQuest Copyrights are valid and protectable.

5. Daybreak also maintains trademark protection for the EverQuest name, including those listed in the chart below:

| Trademark | U.S. Reg. No. | Goods & Services (Int'l Class) | First Use |
|---|---|---|---|
| EVERQUEST | 2520693 | Metal key chains and pewter figurines (006); Non-metal key chains and figurines made of plastic (020) | Nov. 1, 2000 |
| EVERQUEST | 2137911 | Computer and video game software (028) | June 16, 1997 |
| EVERQUEST | 2507594 | Operating a real time, role playing game for others over global and local area computer networks (041) | March 16, 1999 |
| EVERQUEST EVOLUTION | 2952622 | Computer game software and video game software (009); | Aug. 18, 2003 |

- 4 -

25cv1489

| | | | |
|---|---|---|---|
| | | Operating a real time game for others over computer networks (041) | |
| EVERQUEST II DESTINY OF VELIOUS | 4026845 | Computer game software and video game software; providing downloadable multiplayer, role playing, real time computer and video game software via an online website for entertainment purposes (009); Entertainment services, namely, operating a multiplayer, role playing, real time game for others via the Internet and local area computer networks (041) | Feb. 22, 2011 |
| EVERQUEST HOUSE OF THULE | 4026846 | Computer game software and video game software; providing downloadable multiplayer, role playing, real time computer and video game software via an online website for entertainment purposes (009); | Oct. 12, 2010 |

25cv1489

| | | Entertainment services, namely, operating a multiplayer, role playing, real time game for others via the Internet and local area computer networks (041) | |
|---|---|---|---|
| EVERQUEST: THE RUINS OF KUNARK | 2562334 | Operating a real time, role playing game for others over global and local area computer networks (041) | April 24, 2000 |

(collectively, the "EverQuest Marks").

6. Defendants acknowledge that the EverQuest Marks are valid and protectable.

7. Defendants created, operated, and promoted an unauthorized EverQuest game called "The Heroes' Journey" ("THJ").

8. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Copyright Act, 17 U.S.C. §§ 101 *et seq*., the Lanham Act, 15 U.S.C. §§ 1051 *et seq*., and the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201 *et seq.*

9. This Court has personal jurisdiction over the Parties because:

    a. Defendants agreed to personal jurisdiction in this District when they accessed and used the EverQuest software subject to Daybreak's End User License Agreement ("EULA").

    b. Defendants purposefully have directed their activities toward California and this District by, among other things, operating an interactive website accessible to California residents, and actively soliciting users located in California;

25cv1489

c. Defendants have caused harm that they knew would be felt in California, where Daybreak is headquartered and where Daybreak owns and manages the EverQuest intellectual property;

d. Defendants have infringed the intellectual property owned by a California company, thereby expressly aiming their conduct at California; and

e. Defendants have received monetary compensation from users located in California, demonstrating purposeful availment of the benefits and protections of California law and creating sufficient minimum contacts with this forum.

10. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

11. This Court issued a Preliminary Injunction Order on September 19, 2025 ("PI Order"). (ECF No. 66.)

12. The PI Order, among other things, "ENJOINS Defendants, along with their officers, directors, agents, employees, and all persons or entities acting in active concert or participation with them, from: developing, distributing, licensing, promoting, or otherwise making available THJ or any similar software that infringes Daybreak's copyrights; operating the website heroesjourneyemu.com and any other websites used to promote or distribute THJ; maintaining any public or private repositories containing code for THJ, including at github.com/The-Heroes-Journey-EQEMU or any other online repository; operating any server emulation software that enables unauthorized access to Daybreak's EverQuest copyrighted works; and using the EVERQUEST mark or any confusingly similar variations thereof." *Id*.

13. Since the Court issued the PI Order, the Parties have entered into a Confidential Settlement Agreement ("Settlement Agreement").

14. In addition to the provisions set forth in the Confidential Settlement Agreement, Defendants agree to the amount of Three Million Five Hundred Thousand Dollars ($3,500,000) ("Damages Amount") as a proxy for damages and attorneys' fees that Daybreak may have been able to prove at trial. Daybreak has agreed to forbear from collecting the Damages Amount from Defendants unless and until Defendants are

- 7 -

found to have breached any provision of this Consent Judgment or the Settlement Agreement, in which event Daybreak shall be entitled to full recovery of the Damages Amount from Defendants, in addition to any other remedies available under this Consent Judgment, the Agreement, or applicable law.

15. Defendants along with their officers, directors, agents, employees, and all persons or entities acting in active concert or participation with them, are permanently enjoined and barred, on or after the Effective Date, from the following: (a) developing, distributing, licensing, promoting, or otherwise making available THJ or any similar EverQuest emulator that infringes Daybreak's EverQuest Copyrights or EverQuest Marks, or any other Daybreak intellectual property rights; (b) operating the website heroesjourneyemu.com and any other websites used to promote or distribute THJ; (c) maintaining any public or private repositories containing code for THJ, including at github.com/The-Heroes-Journey-EQEMU or any other online repository; (d) operating any server emulation software that enables access to any of Daybreak's online games, including but not limited to software that circumvents authentication mechanisms, replicates server functionality, or facilitates access outside of Daybreak's authorized distribution channels or that infringes the Daybreak Copyrights or other intellectual property rights; (e) using the EverQuest Marks or any confusingly similar variations thereof; and (f) reproducing, selling, distributing, publicly performing or displaying, or otherwise using in an infringing manner any of the EverQuest Copyrights or other Daybreak copyrighted works without authorization from Daybreak.

16. The Parties shall comply with the Agreement.

17. This Court maintains exclusive jurisdiction to enforce this Consent Judgement and the provisions of the Agreement. The Parties acknowledge that a breach of this Consent Judgment by Defendants will result in immediate and irreparable harm to Daybreak, and that Daybreak should be awarded its attorneys' fees and costs should Daybreak have to bring any motion or proceeding to enforce the terms hereof. The

25cv1489

Parties consent to this Court's subject matter and personal jurisdiction for any such motion or proceeding related to the Consent Judgement and/or the Agreement.

18. Defendants have consented to the entry of this Consent Judgment, acknowledge that the Consent Judgment adjudicates all claims related to this matter, and waive any and all rights of appeal.

19. Unless expressly stated, the specific prohibitions, obligations, and requirements imposed by this Consent Judgment shall be in effect for unlimited duration.

Because claims against all Defendants are hereby resolved, the Court **DISMISSES WITH PREJUDICE** the action against Defendants.  The Court also **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

**DATED: March 19, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 9 -

25cv1489